## SWORN CERTIFICATION OF PLAINTIFF

Bed Bath & Beyond, Inc., SECURITIES LITIGATION

I, Stephen and June Vitiello, certify:

1. I have reviewed the complaint and authorized its filing and/or adopted its allegations.

2. I did not purchase Bed Bath & Beyond, Inc., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Bed Bath & Beyond, Inc., during the class period set forth in the Complaint are as follows:

    See Attached Transactions

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

    ☐ Check here if you are a current employee or former employee of the defendant Company.

I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: 4/3/2020

_June L. Vitiello_
_Stephen P. Vitiello_
(Please Sign Your Name Above)

**Stephen and June Vitiello's Transactions in Bed Bath and Beyond (BBBY)**

### Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 10/11/2019 | Bought | 100 | $13.0250 |
| 10/11/2019 | Bought | 100 | $12.9850 |
| 10/23/2019 | Bought | 7 | $13.9850 |
| 10/23/2019 | Bought | 93 | $13.9857 |
| 10/28/2019 | Bought | 300 | $14.5153 |

### Account 2: Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 10/11/2019 | Bought | 40 | $12.9950 |
| 10/23/2019 | Bought | 60 | $14.0000 |
| 10/28/2019 | Bought | 200 | $14.4900 |