**LEVI & KORSINSKY, LLP**
Eduard Korsinsky
55 Broadway, 10th Floor
New York, New York 10006
Tel.:  (212) 363-7500
Fax:  (212) 363-7171
Email: ek@zlk.com

*Counsel for Movant Matthew Dass*
*and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN AND JUNE VITIELLO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND INC., MARK J. TRITTON, MARY A. WINSTON, and ROBYN M. D'ELIA,<br><br>Defendants. | Case No. 2:20-cv-04240-MCA-MAH<br><br>**DECLARATION OF EDUARD KORSINSKY IN SUPPORT OF MATTHEW DASS'S OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF**<br><br>**MOTION DATE: July 20, 2020** |
| JERRY KIRKLAND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND INC., MARK J. TRITTON, MARY A. WINSTON, and ROBYN M. D'ELIA,<br><br>Defendants. | Case No. 2:20-cv-05339-MCA-MAH |

I, EDUARD KORSINSKY, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner of the law firm Levi & Korsinsky, LLP, proposed Lead Counsel for Matthew Dass ("Movant").  I respectfully submit this declaration in support of the Movant's Opposition to the Competing Motions for Lead Plaintiff.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A        Press Release regarding Ragini Dhanvantray

Exhibit B        Singapore's REFJA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of July, 2020.        /s/Eduard Korsinsky
                                            Eduard Korsinsky

2