# EXHIBIT A



10 Anson Road #05-01/15, International Plaza, Singapore 079903
Telephone: (65) 6227 8551 Fax: (65) 6225 1676 Website: www.acra.gov.sg

**FOR IMMEDIATE RELEASE**

**PROFESSIONAL CORPORATE SERVICE PROVIDER CHARGED BY ACRA FOR LODGING FALSE INFORMATION**

**Singapore, 16 March 2010 –** A professional corporate service provider was charged in the Subordinate Courts by the Accounting and Corporate Regulatory Authority (ACRA) on five charges of authorising the lodging of false information under the Companies Act.

Miss Ragini Dhanvantray, aged 45, pleaded guilty on 10 March 2010 to committing the offences and was fined a total of $21,000 - or $7,000 on each of the three charges of authorising the false lodgements under section 401(2A)(b) of the Companies Act, Cap.50. Two similar charges were taken into consideration for the purposes of sentencing.

In 2009, ACRA received information from the Commercial Affairs Division of possible breaches under section 145 (1) of the Companies Act committed by certain companies.

ACRA's investigations disclosed that Ragini – who is the managing director of Rikvin Consultancy Pte Ltd (Rikvin), a company which provides corporate services, had named herself as the local director in five companies on the request of the foreign directors who were not residing in Singapore, to satisfy the requirements of Section 145(1) of the Companies Act, which stipulates that every company shall have at least one director who is ordinarily resident in Singapore. The companies' registered office address was the same as the registered office of Rikvin, located in Cecil Street.

On 14 November 2008, a staff of Rivkin changed the residential addresses of the foreign directors of these companies concerned, to Rikvin's registered office address. ACRA's investigations revealed that Ragini had authorised the above changes to be made, knowing that the information was false, as the foreign directors had not changed their residential addresses in the first place.

Under section 401 (2A) (b) of the Companies Act, any person who, for any purpose under this Act authorises another person to lodge or file with or submit to the Registrar any document knowing that document to be false or misleading in a material respect, shall be guilty of an offence and shall be liable on conviction to a fine not exceeding $50,000 or to imprisonment for a term not exceeding 2 years or to both.

**Zero tolerance for false or fraudulent filing**

One of ACRA's statutory duties is to maintain the public registers of business entities and to make the information kept therein publicly available to the business community and, the public at large as well as to other governmental and public agencies. The integrity and accuracy of the information kept is also dependent on true and accurate filings by companies and professional corporate service providers filing on their behalf.

"Data integrity and accuracy of information lodged is critical for the continuance of trust and reliance on the information filed," reiterates Mr Muhammad Hidhir Majid, ACRA's Deputy Chief Executive for Legal & Enforcement. "ACRA takes a serious view on false or fraudulent filings, especially by professionals, and will not hesitate to take strong measures, including court prosecution, to maintain public confidence in the information stored in its statutory registers."

### 

**For media enquiries, please contact:**

Kate Hia
Manager, Corporate Communications
DID: 6325 3787
Email: kate_hia@acra.gov.sg

**About ACRA**

The Accounting and Corporate Regulatory Authority (ACRA) is the national regulator of business entities and public accountants in Singapore. ACRA also plays the role of a facilitator for the development of business entities and the public accountancy profession.

The mission of ACRA is to provide a responsive and trusted regulatory environment for businesses and public accountants. As at 28 February 2010, over 365,000 business entities and 900 public accountants practising in public accounting firms, accounting limited liability partnerships and accounting corporations are registered with ACRA.

For more information, please visit www.acra.gov.sg