**LEVI & KORSINSKY, LLP**
Eduard Korsinsky
55 Broadway, 10th Floor
New York, New York 10006
Tel.:  (212) 363-7500
Fax:  (212) 363-7171
Email: ek@zlk.com

*Counsel for Movant Matthew Dass*
*and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN AND JUNE VITIELLO, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:20-cv-04240-MCA-MAH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | **MOTION DATE: July 20, 2020** |
| BED BATH & BEYOND INC., MARK J. TRITTON, MARY A. WINSTON, and ROBYN M. D'ELIA, | |
| Defendants. | |
| JERRY KIRKLAND, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 2:20-cv-05339-MCA-MAH |
| v. | |
| BED BATH & BEYOND INC., MARK J. TRITTON, MARY A. WINSTON, and ROBYN M. D'ELIA, | |
| Defendants. | |

1

I, Eduard Korsinsky, hereby certify that on July 6, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/Eduard Korsinsky*
Eduard Korsinsky