# EXHIBIT A

# Kavin Bakhda | LinkedIn

**in** **linkedin.com**/in/kavinbakhda



- Kavin Bakhda
- Kavin has a account

## Co-Founder at Cash Guru

- Singapore
- 71 connections
- Contact info

 Cash Guru

 Curtin Singapore

## Experience

-

## Co-Founder

Company Name

Cash Guru

Dates Employed Jul 2019 – Present

Employment Duration 1 yr 1 mo

Location Singapore

- **RIKVIN CAPITAL**

## Business Development Manager

Company Name

Rikvin Capital Full-time

Dates Employed Oct 2018 – Present

Employment Duration 1 yr 10 mos

Location Singapore



## Project Quality Engineer

Company Name

GE

Dates Employed Jan 2013 – Jun 2013

Employment Duration 6 mos

Location Singapore

Single-handedly managed the successful upgrade and deployment of a new environmental illumination system with zero cost overruns and zero safety incidents.

# Education



## Curtin Singapore

Degree Name Bachelor of Commerce - BCom

Field Of Study Accounting and Finance

Dates attended or expected graduation 2016 – 2018



## Ngee Ann Polytechnic

Degree Name Diploma

Field Of Study Mechanical Engineering

Dates attended or expected graduation 2012 – 2015

# Volunteer Experience



## Volunteer

Company Name Shrimad Rajchandra Love & Care

Dates volunteered Jan 2019 – Present

Volunteer duration 1 yr 7 mos

Cause Social Services

# Skills & Endorsements

1. Business Development

   See 4 endorsements for Business Development 4
   Wee Thomas and 3 connections have given endorsements for this skill

2. Marketing Strategy

   See 4 endorsements for Marketing Strategy 4
   Wee Thomas and 3 connections have given endorsements for this skill

3. Start-ups

   See 4 endorsements for Start-ups 4
   Wee Thomas and 3 connections have given endorsements for this skill

# People Also Viewed

-

Srinivas Katepalli 3rd degree connection 3rd

Senior IT Executive | Offshore Delivery | Healthcare | Real-Time Systems | Application Software Development

-

  [Ian Lin 3rd degree connection 3rd](#)

  [Founder at ID Brands](#)


- [Nidhi Mathur out of network 3rd+](#)

  [Director - Compensation & Benefits at Citi](#)

-

  [Prantik Mazumdar 3rd degree connection 3rd](#) in

  [Proud Father | Digital Transformation Catalyst | Venture Fund & Angel Investor](#)

- [Zi Lin 3rd degree connection 3rd](#)

  [Data Analyst at GovTech](#)

LinkedIn Corporation © 2020