# EXHIBIT A

# Kavin Bakhda | LinkedIn

in **linkedin.com**/in/kavinbakhda

- Kavin Bakhda
- Kavin has a account



## Co-Founder at Cash Guru

- Singapore
- 71 connections
- Contact info

 Cash Guru

 Curtin Singapore

## Experience

-

## Co-Founder

Company Name

Cash Guru

Dates Employed Jul 2019 – Present

Employment Duration 1 yr 1 mo

Location Singapore

-

## Business Development Manager

Company Name

Rikvin Capital Full-time

Dates Employed Oct 2018 – Present

Employment Duration 1 yr 10 mos

Location Singapore



- Project Quality Engineer

Company Name

GE

Dates Employed Jan 2013 – Jun 2013

Employment Duration 6 mos

Location Singapore

Single-handedly managed the successful upgrade and deployment of a new environmental illumination system with zero cost overruns and zero safety incidents.

# Education



- Curtin Singapore

Degree Name Bachelor of Commerce - BCom

Field Of Study Accounting and Finance

Dates attended or expected graduation 2016 – 2018



- Ngee Ann Polytechnic

Degree Name Diploma

Field Of Study Mechanical Engineering

Dates attended or expected graduation 2012 – 2015

## Volunteer Experience



Volunteer

Company Name Shrimad Rajchandra Love & Care

Dates volunteered Jan 2019 – Present

Volunteer duration 1 yr 7 mos

Cause Social Services

## Skills & Endorsements

1. Business Development

   See 4 endorsements for Business Development 4
   Wee Thomas and 3 connections have given endorsements for this skill

2. Marketing Strategy

   See 4 endorsements for Marketing Strategy 4
   Wee Thomas and 3 connections have given endorsements for this skill

3. Start-ups

   See 4 endorsements for Start-ups 4
   Wee Thomas and 3 connections have given endorsements for this skill

## People Also Viewed

-

Srinivas Katepalli 3rd degree connection 3rd

Senior IT Executive | Offshore Delivery | Healthcare | Real-Time Systems | Application Software Development

-

  [Ian Lin](#) 3rd degree connection 3rd

  Founder at ID Brands

- [Nidhi Mathur](#) out of network 3rd+

  Director - Compensation & Benefits at Citi

-

  [Prantik Mazumdar](#) 3rd degree connection 3rd

  Proud Father | Digital Transformation Catalyst | Venture Fund & Angel Investor

- [Zi Lin](#) 3rd degree connection 3rd

  Data Analyst at GovTech

LinkedIn Corporation © 2020