# EXHIBIT B

# Accumulators Are Collecting Fans Again

WSJ **wsj.com**/articles/SB125166464377570481

By Laura Santini                                                    September 1, 2009

HONG KONG -- An infamous destroyer of Asian wealth is making a surprise comeback.

Financial derivatives known as accumulators generated controversy last year after wiping out enormous sums among high net-worth individuals in Asia. Now, bankers say private-wealth managers at Citigroup Inc., C -0.17% UBS AG UBS -0.52% , HSBC Holdings PLC and other firms are back to selling stock accumulators.

The return of the accumulator -- dubbed the "I kill you later" for the financial pain these investments inflicted when markets went south last year -- reflects how rapidly the appetite for risk globally has recovered as investors bet that the worst of the economic downturn is over.

Also



driving demand are Asia's surging stock prices. Since hitting lows for the year in early March, Hong Kong's Hang Seng index has climbed 74%, while key stock indexes in Korea and Singapore have risen 56% and 78%, respectively, over the same period.

In Hong Kong, the frothiness has spread beyond the stock market. Property values in the city are soaring, brought on by extremely low interest rates, the availability of credit and concerns that inflation could pick up later. Meanwhile, last year's job losses in the financial sector have largely stopped, with some firms seeking investment bankers and hiring in areas such as restructuring and distressed investing.

"There has been a very modest pick-up in demand for structured products as a result of the stock-market rally in the last few months," said a spokesman for Citigroup's private bank. "However, clients are now much more conservative in terms of leverage and the product features." UBS and HSBC declined to comment.

Accumulators oblige investors to buy shares at a fixed price -- usually a discount to prevailing market rates -- at regular intervals. If the stock's market price continues to gain, investors can pocket a hefty return; usually, the contracts include a kick-out feature that causes the contract to expire if shares rise above a certain level.

But the potential for easy money carries big risk. Losses when share prices fall are unlimited for the duration of the contract.

Recent sales still lag behind those in the boom years of 2006 and 2007. Bankers estimate contracts worth $5 billion are outstanding in Hong Kong so far this year. By comparison, in April last year, Hong Kong regulators estimated that $23 billion in accumulators were outstanding.

"These are likely new investors entering accumulators now," says Amar Gill, head of markets research at CLSA Asia-Pacific Markets. "I reckon they are not fully aware of the risk," namely that it isn't easy to cut one's losses before the contract expires. He warns that current market buoyancy might be undercut by corporate earnings that have improved slightly but not to levels reached before the financial crisis.

Bankers say the products being sold today are improved, but the new features only limit the damage should stock prices slide. The product's duration has been cut to three to six months in many cases. Previous contracts normally expired after one year.

Some private bankers have become gun-shy about offering accumulators to investors already shouldering high levels of risk. Buying on margin, which allowed investors to enter into the contracts by putting up a small fraction of the overall value, also has been curtailed, a person familiar with the new contracts says.

Some people have accused banks of improperly selling accumulators as a "special bargain" offered exclusively to coveted high-net-worth customers. And the products have been the subject of legal and regulatory disputes.

One Hong Kong client filed a lawsuit against UBS with regard to accumulator purchases in 2007 and 2008 on behalf of her account, which, she claims, resulted in losses of more than 200 million Hong Kong dollars ($25.8 million). Last month, the city's Securities and Futures Commission barred a former Goldman Sachs private banker from providing financial advice for two years, stating that she entered into accumulator transactions "without her client's instructions, knowledge or proper authorization."

The Monetary Authority of Singapore "has received a few queries on stock accumulators from investors," a spokeswoman for the city's primary financial regulator wrote in an email, declining to elaborate. Because the products aren't marketed to retail customers, however, the MAS says it doesn't track sales of accumulators in Singapore, which shares with Hong Kong status as a private-banking hub.

Initially created for corporate clients in Europe who wanted to gradually build up equity positions in other companies, accumulators were adapted for individuals a few years ago by the derivatives desks of investment banks, which then marketed them to private banks and by extension, to their wealthy clients, in over-the-counter transactions that aren't disclosed to regulators. For this reason, regulators say, tracking exact sales figures is difficult.

Regulators warn that investors are responsible for understanding the risks of buying sophisticated, loosely regulated products. The Hong Kong Monetary Authority, the front-line regulator of the city's banks, has said it prefers to maintain "freedom of choice" of investment products but is reviewing ways to beef up investor protections.

Martin Wheatley, chief executive of Hong Kong's SFC, said that if accumulators are making a comeback, he hopes investors will make sure they understand the risks "and are prepared to lose whatever losses will come."

—Peter Stein contributed to this article.

**Write to** Laura Santini at laura.santini@wsj.com

Copyright ©2020 Dow Jones & Company, Inc. All Rights Reserved.
87990cbe856818d5eddac44c7b1cdeb8