Edna D. Guerrasio
Jonathan E. Richman (admitted *pro hac vice*)
Proskauer Rose LLP
Eleven Times Square
New York, New York  10036
(212) 969-3000
eguerrasio@proskauer.com
jerichman@proskauer.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **STEPHEN AND JUNE VITIELLO,** **Individually and on Behalf of All Others Similarly Situated,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **BED BATH & BEYOND INC.**, *et al.*, <br><br> **Defendants.** | **No. 2:20-cv-04240-MCA-MAH** |

### DECLARATION OF JONATHAN E. RICHMAN
### IN CONNECTION WITH
### DEFENDANTS' MOTION TO DISMISS
### PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT

I, Jonathan E. Richman, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a member of the law firm of Proskauer Rose LLP, counsel for Bed Bath & Beyond Inc. ("BBBY") and the individual defendants in the above-captioned action.  I am a member of the Bar of the State of New York and have been admitted to appear *pro hac vice* in this action.

2.      I make this Declaration to provide the Court with copies of documents cited in Defendants' Memorandum of Law in support of their motion to dismiss the Amended Class Action Complaint in this action.

3.      I make this Declaration on personal knowledge, except as otherwise stated.

4.      Attached as Exhibit A is a true and correct copy of the transcript of BBBY's conference call with analysts on January 9, 2019, to discuss BBBY's earnings for the third quarter of fiscal year 2018.

5.      Attached as Exhibit B is a true and correct copy of BBBY's Form 8-K (with its exhibits) filed with the U.S. Securities and Exchange Commission (the "SEC") on April 22, 2019, announcing changes to the composition of BBBY's Board of Directors.

6.      Attached as Exhibit C is a true and correct copy of BBBY's Form 10-K for its 2018 fiscal year ended March 2, 2019, filed with the SEC on April 30, 2019.

7.      Attached as Exhibit D is a true and correct copy of BBBY's Form 8-K (with its exhibits) filed with the SEC on May 29, 2019, announcing additional new members of BBBY's Board of Directors.

8.      Attached as Exhibit E is a true and correct copy of the transcript of BBBY's conference call with analysts on July 10, 2019, to discuss BBBY's earnings for the first quarter of fiscal year 2019.

9.      Attached as Exhibit F is a true and correct copy of BBBY's Form 8-K (with its exhibits) filed with the SEC on July 10, 2019, reporting financial results for the first quarter of fiscal year 2019.

2

10.     Attached as Exhibit G is a true and correct copy of BBBY's Form 8-K filed with the SEC on July 23, 2019, announcing a reduction in BBBY's corporate staff at the company's headquarters in Union, New Jersey.

11.     Attached as Exhibit H is a true and correct copy of BBBY's Form 8-K (with its exhibits) filed with the SEC on September 4, 2019, announcing BBBY's strategic initiatives, including its inventory-reduction program.

12.     Attached as Exhibit I is a true and correct copy of the transcript of BBBY's conference call with analysts on October 2, 2019, to discuss BBBY's earnings for the second quarter of fiscal year 2019.

13.     Attached as Exhibit J is a true and correct copy of BBBY's Form 10-Q for the second quarter of fiscal year 2019, filed with the SEC on October 9, 2019.

14.     Attached as Exhibit K is a true and correct copy of BBBY's Form 8-K filed with the SEC on December 17, 2019, announcing a restructuring of BBBY's leadership team, including the departure of six senior members.

15.     Attached as Exhibit L is a true and correct copy of the transcript of BBBY's conference call with analysts on January 8, 2020, to discuss BBBY's earnings for the third quarter of fiscal year 2019.

16.     Attached as Exhibit M is a true and correct copy of the transcript of BBBY's conference call with analysts on February 18, 2020, to discuss BBBY's recent asset sale and capital-allocation strategy.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
       December 21, 2020

_____
Jonathan E. Richman