# EXHIBIT A

**S&P Global**
Market Intelligence

# Bed Bath & Beyond Inc. NasdaqGS:BBBY FQ3 2019 Earnings Call Transcripts

## Wednesday, January 09, 2019 10:00 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ3 2019- | | | -FQ4 2019- | -FY 2019- | | -FY 2020- |
|---|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | GUIDANCE | CONSENSUS |
| EPS Normalized | 0.17 | 0.18 | ▲5.88 | 1.12 | 2.00 | 2.00 | 1.60 |
| Revenue (mm) | 3041.13 | 3032.23 | ▼(0.29 %) | 3408.85 | 12149.35 | - | 12082.68 |

Currency: USD
Consensus as of  Jan-09-2019 10:06 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

|  | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ4 2018 | 1.41 | 1.48 | ▲1 4.96 % |
| FQ1 2019 | 0.32 | 0.38 | ▲2 18.75 % |
| FQ2 2019 | 0.50 | 0.36 | ▼3 (28.00 %) |
| FQ3 2019 | 0.17 | 0.18 | ▲4 5.88 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Table of Contents

**Call Participants**          ....................................................................    **3**

**Presentation**          ....................................................................    **4**

**Question and Answer**          ....................................................................    **10**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

# Call Participants

**EXECUTIVES**

**Eugene A. Castagna**
*COO & President*

**Janet M. Barth**
*Vice President of Investor Relations*

**Robyn M. D'Elia**
*CFO & Treasurer*

**Steven H. Temares**
*CEO & Director*

**ANALYSTS**

**Bradley Bingham Thomas**
*KeyBanc Capital Markets Inc., Research Division*

**Christopher Michael Horvers**
*JP Morgan Chase & Co, Research Division*

**Cristina Fernández**
*Telsey Advisory Group LLC*

**Curtis Smyser Nagle**
*BofA Merrill Lynch, Research Division*

**Gregory Scott Melich**
*MoffettNathanson LLC*

**Jonathan Richard Matuszewski**
*Jefferies LLC, Research Division*

**Joshua Kamboj**
*Morgan Stanley, Research Division*

**Michael Lasser**
*UBS Investment Bank, Research Division*

**Peter Sloan Benedict**
*Robert W. Baird & Co. Incorporated, Research Division*

**Robert Kenneth Griffin**
*Raymond James & Associates, Inc., Research Division*

**Steven Paul Forbes**
*Guggenheim Securities, LLC, Research Division*

**Unknown Analyst**

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Welcome to Bed Bath & Beyond's Fiscal 2018 Third Quarter Earnings Call. [Operator Instructions] Today's conference call is being recorded. A rebroadcast of the conference call will be available between -- beginning on Wednesday, January 9, 2019, at 8 p.m. Eastern Time through 8 p.m. Eastern Time on Friday, January 11, 2019. To access the rebroadcast, you may dial (888) 843-7419 with a passcode ID of 47947100.

At this time, I would like to turn the conference call over to Janet Barth, Vice President, Investor Relations. Please go ahead.

**Janet M. Barth**
*Vice President of Investor Relations*

Thank you, Adrienne, and good afternoon, everyone.

Before we begin, I want to remind you that our fiscal 2018 third quarter earnings release and slide presentation can be found in the Investor Relations section of our website at www.bedbathandbeyond.com and as exhibits to a Form 8-K we filed just ahead of this call. Feel free to access these materials now while I continue with our introduction.

Joining me on our call today are Steven Temares, Bed Bath & Beyond's Chief Executive Officer and Member of the Board of Directors; Robyn D'Elia, our Chief Financial Officer and Treasurer; Gene Castagna, President and Chief Operating Officer; and Sue Lattmann, our Chief Administrative Officer.

Let me remind you that this conference call and the slides we refer to may contain forward-looking statements, including statements about or references to our internal models and our long-term objectives. All such statements are subject to risks and uncertainties that could cause actual results to differ materially from what we say during the call today. Please refer to our most recent periodic SEC filings for more detail on these risks and uncertainties. The company undertakes no obligation to update or revise any forward-looking statements.

Here are some financial highlights. Our net sales increased approximately 2.6% for the quarter, and comparable sales declined approximately 1.8%, with strong sales growth in our customer-facing digital channels and a mid-single-digit percentage decline in sales from our stores. Our net earnings per diluted share in the third quarter were $0.18, in line with our model. Our retail inventories ended at about $2.9 billion at the end of the third quarter, down about 6% from the end of the prior year period and has contributed to our strong cash and investment balance of approximately $1 billion, which is nearly double the amount of cash and investments we had at the end of our fiscal 2017 third quarter.

We've updated our fiscal 2018 modeling assumptions and currently estimate comparable sales for the year to decrease about 1% and continue to model net earnings per diluted share for fiscal 2018 to be about $2. We are ahead of plan with respect to our long-term financial goals to moderate the declines in our operating profit and net earnings per diluted share this year and next and grow net earnings per diluted share by 2020. And based upon our preliminary assumptions, we now believe that our fiscal 2019 net earnings per diluted share will be about the same as this year. In addition, our Board of Directors today declared a quarterly dividend of $0.16 per share payable on April 16, 2019, to shareholders of record at the close of business on March 15, 2019.

During our call today, Steven will give an update on the company and a few of our strategic initiatives, and Robyn will review our quarterly financial results, share our updated modeling assumptions for fiscal 2018 and then provide some high-level directional information for fiscal 2019. We will then open up the call for questions.

I'll now turn the call over to Steven.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Steven H. Temares**
*CEO & Director*

Thank you, Janet.

Let me start by saying that we are pleased with the progress we're making in transforming our company and believe we are currently ahead of plan. This reflects some of the adjustments we have been making as we pursue our long-term strategic goals.

As we discussed during our last call in September, we had been managing our business with a stronger bias towards prioritizing profitability above sales growth to put us in a better position to reestablish earnings growth. Through a comprehensive review of our assortment, the early learnings coming from our initiatives as well as the investments we've been making in new technology tools and systems, we're able to make better decisions and pull different levers to drive more profitable results.

We're using these insights to support various business decisions to ensure that they are aligned with our mission of being the expert for the home and heartfelt life events, and we can execute in a way that is profitable and scalable. While some of these decisions, such as eliminating less profitable SKUs from our assortment, making adjustments to our free shipping thresholds, modifying business rules for beyond store and web transactions and modifying our pricing algorithms may unfavorably impact our sales in the near term, we believe these sound business decisions will lead to a stronger company and improved profitability over time.

Turning now to an update on a few of our strategic initiatives. For those that have the slide presentation in front of you, I will start with FEO, which stands for Front-End Optimization. FEO involves the re-platforming of our digital commerce platforms for Bed Bath & Beyond and buybuy BABY for both the United States and Canada with new service-based architecture as a responsive design that enables us to change and deploy new sections or features within and across all of our web channels more quickly and cost-effectively. For our customers, FEO will create a better shopping experience with improved page load performance and a cleaner, more contemporary website design.

We were anxious and excited to roll out FEO before the holiday, although knowing that not all of the existing website functionality would be available at launch. We believe that the valuable learnings we would gain in terms of customer experience and site performance during a peak sales period would be more beneficial in the long run versus the short-term risk to sales due to some temporary loss of relevancy in our search result rankings and any revisions required within the newly created platform. We're now building the functionality with additional features and capabilities, and as we go forward, we will continue to optimize the platform and integrate more content and product imagery to display our expertise.

Next, let's turn to our next-generation store initiative. As we have previously said, we have identified as many as 40 or so Bed Bath & Beyond stores that will become our working labs in support of our next-generation store initiatives. In these lab stores, we are testing new and different assortments and visual merchandising and reimagining the in-store experience to be able to further reinforce our position as the expert for the home and heartfelt life events. We are incorporating the learnings from our assortment strategy initiatives and other ongoing tests to assess where we can selectively and efficiently roll out these new experiences to a larger number of stores.

Just to note, these lab stores will each present differently with different tests underway at any given time. In the 18 lab stores we have initiated so far, we've been augmenting our assortments with seasonal and treasure-hunt product as well as commodity product consisting of health and beauty care and food. We have also been testing different visual merchandising presentations to create a more inspirational environment while at the same time reducing inventory to optimize the floorspace and to create a cleaner and more open appearance. Again, early learnings and successes can then be rolled out to the broader chain as part of our ordinary course of business.

The next set of experiences we will be testing feature even more evolved models for visual presentations, merchandising and store operations, including creating more open sightlines, further integrating our

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

assortment and focusing associate support across merchandise areas to better represent our key destinational categories such as cooking and entertaining, bedding and bath, home décor, and cleaning and organization.

We are tracking the progress of these evolving experiences with several metrics, including customer behavior data for new, existing and reactivated customers; space productivity; transactions; sales and profitability; and inventory. For the lab stores that have been opened for at least 4 weeks, the experiences created are contributing to sales and transactions, which year-to-date through the end of the third quarter are performing at a mid-single percentage rate better than the rest of our Bed Bath & Beyond stores.

For the same period, these stores are achieving inventory reductions in excess of 10% better than the inventory reductions being achieved by the rest of the chain. We are pleased with the early learnings from these lab stores and we continue to iterate based upon them.

I will finish my update with decorative furnishings, which is also being expressed in our next-gen lab store initiative through a treasure-hunt assortment of cash and carry items as well as in more than 70 other Bed Bath & Beyond stores in the form of furniture vignettes, with plans to expand to approximately 150 stores during 2019.

Overall sales of decorative furnishings within Bed Bath & Beyond and buybuy BABY in the United States and Canada have grown in the mid-teen percentage range fiscal year-to-date. As with our overall sales, sales of our decorative furnishings in the third quarter was tempered by actions taken to drive improvement in the long-term margin structure of our decorative furnishings category. In this regard, we've been eliminating less profitable SKUs and poor performing vendors from our assortment.

Our strategy to decorative furnishing is to continue shifting the category sales mix to more proprietary product such as our upcoming introduction of the Bee & Willow line, the first of 6 in-house decorative furnishing brands we plan to introduce for Bed Bath & Beyond in 2019 and 2020. The Bee & Willow Home collection includes a mix of modern farm house and cottage furnishings, including furniture, lighting, rugs, wall décor and seasonal accessories and more. This exclusive brand will be featured in all our Bed Bath & Beyond stores and online, and we will have upwards of approximately 150 stores present Bee & Willow furniture vignettes. While some elements of the collection are starting to roll out now, the full assortment will be available by March 2019.

Our new in-house brands will each have an independent esthetic, either built upon existing and established private-label brands or as a new brand launch within our private-label portfolio. With these new introductions, we will be able to enhance our product differentiation and margin profile within the category as well as offer a range of distinctive styles, inclusive of farm house, traditional, modern, global and eclectic.

As we transform our company, we have been engaged in significant change to permit, undertake and execute our reinvention across people, processes and systems. The investments we have made and continue to make are designed to position our company for long-term success. We have established the foundation and the framework and are executing initiatives that we believe are allowing us to stabilize our business and grow earnings again. As we are moving forward in 2019, we expect these initiatives to gain even more momentum and accelerate.

Looking past 2019, our transformation will become even more visible to our customers. Our intent is to continue to put resources behind deepening our identity as a data-driven analytics and technology company. We will better represent whole home and heartfelt life events and better inspire our customers through a more robust decorative furnishings offering and more proprietary and meaningfully differentiated products. We will further integrate our life stage businesses. We will evolve our stores so that they will have cleaner sightlines, less clutter and are better cross-merchandised, and our associates will be better enabled to support our customers' shopping needs. We will continue to enhance our digital experience. We will better engage with our customers through both more relatable national branding and a greater emphasis on marketing personalization. And overall, we expect to operate fewer stores while continuing to drive profitable digital growth, all supported by an efficient corporate structure.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In all of this, we remain focused on our financial goals of moderating the declines in our operating profit and net earnings per diluted share and reestablishing growth in both. As Janet said earlier, we are ahead of plan. And based on our preliminary assumptions, we now believe that our fiscal 2019 net earnings per diluted share will be about the same as this year.

I'll now turn the call over to Robyn to review our quarterly results in more detail, sharing our modeling assumptions for fiscal 2018, and then provide some high-level directional information for 2019.

**Robyn M. D'Elia**
*CFO & Treasurer*

Thank you, Steven.

As I begin, I would like to remind you that our fiscal 2017 was a 53-week year, causing our fiscal 2018 to start 1 calendar week later than fiscal 2017. However, our comp sales metric compares to the same year-over-year calendar weeks. For your reference, specific date ranges related to our comp sales metrics are provided on the slide entitled Q3 2018 P&L Summary.

For those of you who are following along with the slides, I will now review our third quarter results. Overall, while our net earnings per diluted share were in line with our model for the quarter, as Steve described earlier, our third quarter net sales growth was somewhat moderated by actions taken during the quarter in support of our stronger bias towards driving profitability improvement over near-term sales growth. For example, during the quarter in our Bed Bath & Beyond digital channel, we raised our free shipping thresholds to $39 from $29, and during the extended Thanksgiving weekend, we offered a free shipping threshold of $19 compared to having no minimum purchase during the same period last year.

We issued fewer marketing e-mails and spent less on paid search advertising for Bed Bath & Beyond compared to the prior year. We eliminated less profitable SKUs from our assortment primarily within our decorative furnishings category. And we knew that the preholiday rollout of FEO will be a risk to sales due to some temporary loss of relevancy in our search result rankings.

Net sales in the quarter were approximately $3 billion, an increase of approximately 2.6% compared to the third quarter of last year, primarily due to the calendar shift of the post-Thanksgiving week into the third quarter and out of the fourth quarter, partially offset by actions taken during the quarter in support of our stronger bias towards driving profitability improvement that I just mentioned.

Comp sales for the quarter declined approximately 1.8% and reflected a decrease in the number of transactions in stores, partially offset by an increase in the average transaction amount. On a directional basis, comp sales growth from our customer-facing digital channels continued to be strong in the quarter while comp sales from our stores declined in the mid-single-digit percentage range.

Gross margin in the quarter was approximately 33.1% of net sales as compared to approximately 35.2% in the third quarter of last year. In order of magnitude, this decrease as a percentage of net sales was primarily due to a decrease in merchandise margins and an increase in coupon expense. The increase in coupon expense was the result of an increase in the average coupon amount, partially offset by a decrease in the number of redemptions.

As we have previously described during these calls, our BEYOND+ membership program has and will continue to have an impact on our gross margin as the rate of member enrollment increases. We estimate the impact from BEYOND+ on our gross margin was approximately 30 basis points for the third quarter and approximately 40 basis points for the first 9 months. As a reminder, the richer benefits of this program, including 20% off entire purchase and free shipping, are realized immediately upon sale, while the $29 membership fee is currently amortized over the 1-year membership period. Notwithstanding the short-term margin impact during this period of increasing member enrollment, we continue to evaluate the learnings and remain very encouraged by the long-term potential of BEYOND+.

SG&A for the quarter was approximately 31.5% of net sales as compared to approximately 31.6% in the prior year period. We had 2 significant items in the quarter which were previously discussed that basically offset each other. First, we had about $26 million in incremental advertising expense in this quarter,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

resulting from the impact of the new revenue recognition standard, which for us shifted advertising expenses from the fourth quarter to the third quarter. This expense was offset by the $28 million gain on the sale of the building.

As a percentage of net sales, we also had increases in technology-related expenses, including related depreciation and management consulting expenses related to some of our ongoing strategic initiatives, offset by decreases in payroll and payroll-related expenses, including the benefit from the change in the value of our nonqualified deferred compensation plan investment. This benefit was fully offset in net interest expense and therefore did not impact net earnings. For the quarter and year-to-date, the decline in the operating profit margin was less than we experienced in the prior year, which was in line with our model.

Net interest expense was approximately $22.7 million compared to $13.6 million in the prior year period. As I just mentioned, this increase in net interest expense was primarily the result of an unfavorable change in the value of our nonqualified deferred compensation plan investment, which is fully offset in SG&A.

While we are now modeling our effective tax rate for the year to be around 24%, our effective rate for the quarter was approximately 9.2%. The rate this quarter reflects the lower federal tax rate resulting from the Tax Act and approximately $4.8 million of net after-tax benefits due to distinct events occurring in this quarter, which is only about $1.5 million higher than the net after-tax benefits occurring in the prior year period. However, on a lower pretax earnings base, this resulted in a greater beneficial impact on the tax rate for the quarter. Considering all of this activity, net earnings per diluted share were $0.18 for the quarter, in line with our model.

Now looking to our balance sheet. We ended the quarter with approximately $1 billion in cash and investments, an increase of approximately $460 million, which is nearly double the amount of cash and investments we had at the end of the fiscal 2017 third quarter. We also ended the quarter with retail inventories of approximately $2.9 billion at cost, which represents a reduction of about 6% compared to the end of the third quarter last year. We continue to focus on inventory optimization strategies. Our retail inventories continue to be tailored to meet the [ needs and ] demands of our customers and are in good position.

Capital expenditures for the first 9 months of 2018 were approximately $256 million, with about 2/3 related to technology projects, including investments in our digital capabilities and the development and deployment of new systems and equipment in our stores. The remaining CapEx was primarily related to our new store openings and investments in existing stores. During the third quarter, we opened 4 new stores and closed 15 stores.

Our goodwill and other intangible assets will be reviewed as required by the accounting rules during our fiscal fourth quarter to determine if the carrying value of these assets need to be adjusted. Looking ahead, if our market capitalization remains around its current level through the fiscal fourth quarter based on the application of the accounting rules, it may indicate that the carrying value of these assets will need to be adjusted through a noncash charge in the fiscal fourth quarter. Of course, this noncash charge, if taken, will be disclosed as a separate item to provide visibility to our actual operating results.

Also during the third quarter, share repurchases were approximately $8 million, representing a little more than 0.5 million shares. In addition, our Board of Directors today declared a quarterly dividend of $0.16 per share to be paid on April 16, 2019, to shareholders of record as of March 15, 2019.

Now let's turn to our modeling assumptions for fiscal 2018, which have been updated to consider our results to date, including the holiday selling season, the continuation of trends we have been experiencing and the earlier-mentioned actions being taken in support of our stronger bias towards prioritizing long-term profitability over near-term sales growth.

Consolidated net sales, which includes 1 less week of sales compared to fiscal 2017, are modeled to decrease in the low single-digit percentage range. As a result of the impact of the fiscal calendar shift resulting from the 53rd week in the prior year, which moved the post-Thanksgiving week into the third

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

quarter and out of the fourth quarter and 1 less week in the fiscal fourth quarter, we are modeling net sales for the fourth quarter to decrease in the low double-digit percentage range; comparable sales for the year to decrease about 1%, including continued strong growth in our customer-facing digital channels; gross margin deleverage, primarily due to our continued investment in our customer value proposition, including the impact from the BEYOND+ membership program and our overall mix of merchandise, including the ongoing shift to our digital channels; SG&A deleverage, primarily due to the investments we are making to transform the company; operating margin deleverage to be less than we experienced in 2017; depreciation expense to be in the range of approximately $325 million to $335 million; an estimated full year tax rate around 24%; the reduction of our year-over-year retail inventory at cost by approximately $100 million or about 4% at the end of the fiscal year; capital expenditures for the full year in the range of approximately $350 million to $400 million, subject to the timing and composition of projects; the opening of approximately 20 new stores with the majority being buybuy BABY and Cost Plus World Market stores; the closing of approximately 40 stores with the majority being Bed Bath & Beyond stores; continued growth of our cash and investments even after funding our operations and capital expenditures as well as our quarterly dividends and share repurchases.

As a reminder, our share repurchase program may be influenced by several factors, including business and market conditions. All of this considered, we continue to model our annual net earnings per diluted share to be about $3.

I will end my remarks with a few high-level directional comments about next year. During our quarterly conference call in April, we will be in a better position to provide more detailed modeling assumptions around fiscal 2019, but for now, I want to reiterate what Steven said earlier that we remain focused on our financial goals of moderating the declines in our operating profit and net earnings per diluted share and reestablishing growth in both.

Based on our progress with the transformation and our stronger bias towards prioritizing long-term profitability above near-term sales growth, we've made the following preliminary assumptions for fiscal 2019.

We expect comparable sales to decrease in the low single-digit percentage range, driven by the decline in store traffic that we have been experiencing. We expect our operating profit as a percentage of sales to be similar to 2018 as a result of our ongoing initiatives and the review of our overall expense structure across the organization. And this includes implementing efficiencies in store and corporate operations, executing against opportunities to improve the overall mix of our product offerings to a higher gross margin; optimizing our advertising and coupon strategies associated with some of our advertising vehicles, including direct mail, digital and social media, and placing greater reliance on personalization; a comprehensive review of all store users with the assistance of a third party; and further leveraging of our dedicated offshore technology office in India. Lastly, we expect CapEx to be similar to this year.

Based on these high-level assumptions, we believe we will be able to substantially reduce the year-over-year decline in our net earnings per diluted share that we have experienced during our period of heavy investments to transform our company over the past 3 years. On a preliminary basis, we believe that our fiscal 2019 net earnings per diluted share will be about the same as this year.

Before we open the call to questions, I want to note that we will report our fiscal fourth quarter earnings results on Wednesday, April 10, 2019.
We can now open the call for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

BED BATH & BEYOND INC. FQ3 2019 EARNINGS CALL | JAN 09, 2019

# Question and Answer

**Operator**

[Operator Instructions] And the first question comes from Jonathan Matuszewski from Jefferies.

**Jonathan Richard Matuszewski**
*Jefferies LLC, Research Division*

I guess, just first off on the next-gen lab stores. You shared what you're doing differently from a top line perspective and categories, but can you go into a little bit more about what you're doing from an expense structure perspective and how those changes can be replicated across the chain?

**Steven H. Temares**
*CEO & Director*

Sure, Jonathan. The -- so first of all, look, we said that these are lab stores and that there's different tests going on in different stores at any one time. And some of the things we're doing as we model store payroll going forward is we're looking at the categories of the store that were really destinational occurring and they really drive an associate -- a positive associate interaction with the customer. Where is it that a customer can best be approached, be offered help, put together and answer for a customer? Where, if you look across fashion decisions or parts of the store where it's more difficult to make a decision across higher price points and more complicated or complex merchandise. Those are the areas where we would shift payroll into those areas of the store versus those areas that maybe we just need to do a good job of making sure that we're in stock. The things that we're doing to make sure that we have the associates in the stores for the hours that we need them. We have different tools now to make sure that we understand those hours in any particular store that we need people and where do we need them. We could look at where we have callouts and the ability to have a new technology to allow us to quickly address callouts in store to make sure that we have the proper coverage on the floor. So there's a number of things we're doing from a payroll model that will -- translating and should translate over the -- over time to a better customer experience.

**Jonathan Richard Matuszewski**
*Jefferies LLC, Research Division*

Great. That's helpful. And then, I guess, just transitioning to kind of the upgrade of kind of the front-end site. Sounds like maybe some of the improvements have been implemented and others are on the way. But maybe when you were doing testing for some of these upgrades, what kind of traffic and conversion improvements did you see coming from efforts to improve page load speed or simplified user interface? Were these material to kind of digital trends? And I guess, when can we expect the rest of the upgrades to be rolled out and maybe other concepts beyond Bed Bath's website to get them?

**Steven H. Temares**
*CEO & Director*

Sure. Okay, so the answer to back half of the question is that we're looking at the end -- some time to -- right now, we're shooting for the middle of March to recover a lot of the functionality that didn't go into FEO so that we could get FEO out in the time frame we wanted to get it out. We're seeing improvements in conversion. The traffic itself, there was impact. And there's measurement impacts and there's impacts in terms of our ability to look at furniture data. So right now, there's a lot of things are going on that we have to better assess to understand. But we did know -- we knew going into it that things like traffic, relevancy could have been impacted by things that we did, that we knew that there was functionality that we had that we didn't have Day 1 to be able to launch. So again, we'll recover that functionality by that second week of March is the plan, then to continue to add-on functionality as we go forward. But again, even with this, we've seen good improvements in conversion rate.

**Eugene A. Castagna**
*COO & President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

BED BATH & BEYOND INC. FQ3 2019 EARNINGS CALL | JAN 09, 2019

And Jon, this is Gene. Bed Bath & Beyond and buybuy BABY are both on the new Front-End infrastructure. And then we're looking over the next couple of years to see when it makes sense to add any of the other concepts to the infrastructure.

**Operator**

And the next question comes from Zach Fadem from Wells Fargo.

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

Could you talk a little more about the impact of the real estate gain in the quarter? Looks like your EPS in Q3 was closer to $0.02, excluding that onetime item. So first of all, is that right? And then second of all, for the full year outlook, just want to clarify whether the $2 in guidance also includes this onetime gain.

**Robyn M. D'Elia**
*CFO & Treasurer*

Sure. So we did have a sale of a building in the quarter, and we had -- we talked about it last quarter, and it did represent $0.16 on the quarter. But also, we had the acceleration of our advertising expenses from our revenue recognition accounting standard move into the third quarter as well. So those 2 essentially offset each other, and we've provided visibility to those items on our call last quarter. And then as far as the full year guidance, the $2, it does include the impact of this gain on the sale of the building.

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

So the $2 for the full year includes a onetime gain, but what about the offsetting ad expense? Is that different or is it the full $0.15?

**Robyn M. D'Elia**
*CFO & Treasurer*

No, both items are included in our full year model. The advertising expense is a change due to revenue recognition and it impacts the timing of advertising. But for the full year, it wouldn't be an impact. So it was more pronounced, the advertising on Q3 and Q4, where we shifted dollars into Q3 -- shifted advertising expenses to Q3 and out of Q4. But both are in our full year model and both were in our plans as of last quarter and continue to be there this quarter.

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

So for the full year, the real estate gain is a onetime item while the ad expense is not, correct?

**Steven H. Temares**
*CEO & Director*

Correct.

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

Got it. And then second, on the decision to raise your free shipping threshold on your website, curious how much comp you think you left on the table from doing this.

**Steven H. Temares**
*CEO & Director*

Yes. I mean, it's always difficult to say how much comp you left on the table with the change. You'll have certain customers perhaps not buy due to the higher threshold and perhaps other customers add something to the cart to get to the threshold. But we do think anytime you raise the threshold that it does have some impact on sales, but it's difficult to quantify externally.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

And your next question comes from Michael Lasser from UBS.

**Michael Lasser**
*UBS Investment Bank, Research Division*

It's on the initial 2019 guidance. It would represent, obviously, a substantial change in trend, so could you give us more detail? I think some of the comments that you outlined suggest that a good portion of the improvement in the margin trajectory could've come from SG&A. So is there really that much more cost to cut? And how much is going to come from gross margin?

**Robyn M. D'Elia**
*CFO & Treasurer*

Sure, thanks for the question. So in our preliminary assumptions, as you noted, we outlined some of the items where we have initiatives that we expect to take hold. There are many others that we're continuing to work on. And we do think, predominantly, the dollars will come from SG&A benefits but some will be in margin as well. And some of the items that I'd outlined include a comprehensive review of all of our store leases with the assistance of a third party. So typically, we look out a few years and we have an in-house real estate team that regularly negotiates our leases. But we've decided at this point to take a more aggressive approach in looking at that particular area and evaluating all of our store leases with set parameters and expectations in terms of what we want to achieve. We're also working on optimizing our advertising and coupon strategies, including all of our advertising vehicles. And as we mentioned before, we were working on a personalization strategic initiative, and so we plan on placing greater reliance on personalization.

**Steven H. Temares**
*CEO & Director*

Yes. And yes, we've -- through this period of transition, we've been making heavy investments. Next year, we believe that to a greater degree, we'll be able to leverage a lot of the investments that we've been making both in technology and in people to be able to enhance the profitability.

**Michael Lasser**
*UBS Investment Bank, Research Division*

And if we look at the run rate of your business, your comp getting -- declining at a low single-digit rate. The gross margin has been declining in excess of a couple hundred basis points. So you're expecting next year that your comps will decline at a similar level but your gross margin may be flat to up. So what's inherent in that expectation? You're no longer going to be pursuing or you're going to be prioritizing profitability at the expense of sale, so shouldn't we expect sales to be even lower next year than this year? And what have you assumed from a coupon redemption and amount perspective, your net assumption for next year?

**Robyn M. D'Elia**
*CFO & Treasurer*

Well, in our preliminary assumptions, we did share that our comp sales will be decreasing in the low single digit, considering all of the levers that we were pulling to drive more profitable results. So it is considered in the model. And I think we -- what we shared was that our operating margin will be consistent with fiscal '18.

**Eugene A. Castagna**
*COO & President*

And of course, we haven't completed the budget. This is a preliminary look. In April, we'll be able to provide a lot more information. But we do think directionally at this point in time, that's just where 2019 will head.

**Steven H. Temares**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*CEO & Director*

And again, just so we're clear, that is not about just -- it's not a cost-cutting exercise for us. As Gene said, this is a natural evolution for us from all these investments that we've been making. That we changed our entire leadership team, we've hired the people, we've invested in the systems. We put the processes in place. We've added the SKUs. We've benefited from having the consulting expertise. We're executing against our initiatives. So again, all those things allow us to pull the levers and to make the changes necessary to be more profitable. So again, we've established a new baseline for us to conduct business in a better way. And those are the investments we've been making to allow us to do that.

**Operator**

And our next question comes from Steve Forbes from Guggenheim.

**Steven Paul Forbes**
*Guggenheim Securities, LLC, Research Division*

Maybe a quick follow-up on the shipping threshold changes. So more about the margin implications during the quarter, right, given the change. Can you help us quantify what that benefit was year-on-year and whether we should expect a similar sort of benefit looking out over the next 9 months? Is there any plan to sort of change those thresholds one way or another?

**Robyn M. D'Elia**
*CFO & Treasurer*

What we've built into our planning regarding our free shipping threshold is to remain at the current levels that we're at, barring any changes for holidays or things of that nature. And I think as Gene mentioned, it's difficult to quantify one individual item and whether we lost sales as a result of raising that free shipping threshold for an individual customer. But we've built it into the plan at a consistent level.

**Steven Paul Forbes**
*Guggenheim Securities, LLC, Research Division*

And then just a follow-up on decorative furnishings, right? So it appears, right, that the growth rate has been moderating, and I think you talked about some reasons why. So can you just give us an exit rate there? What was the rate of growth during the quarter? And then can you update us on the number of SKUs? I mean, is the number of SKUs -- are you reducing the absolute number of SKUs or is it more of like optimization, et cetera?

**Steven H. Temares**
*CEO & Director*

It's going to be a combination. For now, it was a reduction of SKUs. We're taking thousands of SKUs off if we can't get them to the right model for us. But at the same time going forward, as we said, we're developing private label proprietary brands. And the purpose of that is to drive margin opportunity and differentiation in our assortment. Again, getting back to the critical importance of newness and meaningfully differentiating our assortment. This is going to be one of the categories that the customer's going to see. When we talk about Bee & Willow, when we talk about the rollouts of the next 5 private label proprietary brands that we're going to be showing our customers between now and 2020, that will allow us not only to add other additional SKUs, but it's going to allow us to be more profitable in doing so and to be able to bring to the customer something they're not seeing elsewhere.

**Steven Paul Forbes**
*Guggenheim Securities, LLC, Research Division*

And just one last follow-up on the number of openings and closings incorporated into the '19 plan.

**Robyn M. D'Elia**
*CFO & Treasurer*

We can't provide that further detail. We hadn't shared that in this preliminary view of our '19 model.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Steven H. Temares**
*CEO & Director*

And again, so much of it is -- you've heard the conversation around that we've taken a more aggressive approach to speaking to our landlords. Historically, we believe that we've done a good job with our real estate program, but we've only been talking a few years out on leases or leases that were problematic for us, which were few and far between. Now we're taking the approach with the outside -- with the benefit of outside partner to talk about all our leases. So again, where we end up in '19 is really going to be dependent upon our communication with our landlord vendors, where we come out -- our landlord partners, where we come out in these negotiations. So it's very -- I'd say we'll have a greater color on it clearly as we speak in the next few months, but that's also something that's going to, I think, develop over the course of the year because it's being aggressive the way we should be and having a sense of urgency in how we deal with the company and across the company and -- when it comes to our real estate.

**Operator**

And our next question comes from Bobby Griffin from Raymond James.

**Robert Kenneth Griffin**
*Raymond James & Associates, Inc., Research Division*

My first question is on the next-generation stores. You guys have disclosed some favorable metrics with the 40 test stores. I was just curious what you would like to see maybe to accelerate that rollout and have a bigger kind of redo of the core Bed Bath & Beyond stores.

**Steven H. Temares**
*CEO & Director*

Yes, again, just so that we remain focused on the fact that these are lab stores and there's a lot of different initiatives going on. The intent is to get those initiatives as they work, whether it relates to our assortment or our virtual merchandising or to the store labor model and to roll them forward into the existing stores. It's not as if one of those stores is going to walk in and see perfection. So again, the things that we're learning and things that we're doing and things that are working, the intent is to get them to other stores and to scale them.

**Robert Kenneth Griffin**
*Raymond James & Associates, Inc., Research Division*

I guess, the follow-up, what would be the time frame that you would like to get them to other stores and to scale them? Is there workings to maybe speed that up, given some of the success you're seeing early on?

**Steven H. Temares**
*CEO & Director*

We like to have them in there 3 years ago. Since we've been working on all of them, then that's not going to be the case. But some of them are out there already. So when we look at some of the things we're doing with the assortment, when we look at putting things together in a collection, our approach to newness or approach to just some of the openness in the store that we wanted, to queue lines or to taking down finger walls or lifestyle across merchandising categories or some of the things we're doing from a labor perspective, all those things have aspects to them that are rolling forward as we speak, because again, is that the intent isn't to work behind-the-scenes on a perfect store and then transfer that in one fell swoop, is to get these wins, and as we go to roll them forward.

**Robert Kenneth Griffin**
*Raymond James & Associates, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay, I appreciate that color. And I guess lastly for me, interest rate ticked up sequentially. Can you just help us understand what exactly drove that? And is the 3Q rate more of the normalized rate we should use going forward?

**Robyn M. D'Elia**
*CFO & Treasurer*

The interest expense line item, this is included in the remarks if you go back, that we had a change in our nonqualified deferred compensation plan, the change in investment value, in the market value. And we have a dollar amount that runs through interest expense and an offsetting amount that runs through SG&A. So the net impact on the P&L is 0, but interest expense was a bit higher for the quarter.

**Robert Kenneth Griffin**
*Raymond James & Associates, Inc., Research Division*

And that will continue going forward?

**Robyn M. D'Elia**
*CFO & Treasurer*

No. That was just tied to the change in the value at the end of this quarter.

**Steven H. Temares**
*CEO & Director*

Yes, because the 3 components of our interest expense are our bonds and that's fixed every quarter. We have a couple sale leaseback transactions that are small that go through there. And then other than that, it's just the fluctuation in the noncall plan and then whatever interest income we have to offset, which, as our cash balances have gone up and interest rates have gone up, will actually get a bigger offset year-over-year. But usually, the biggest fluctuation could be if the stock market goes up and down and our participants have investments in the stock market. That flows through the interest income expense line and then offset into SG&A, and that's been happening for years.

**Operator**

And the next question comes from Christopher Horvers from JPMorgan.

**Christopher Michael Horvers**
*JP Morgan Chase & Co, Research Division*

So a clarification question. On the 2019 guide, that about $2. If you back out the building gain, is it that you're expecting earnings to actually -- sort of be up a little bit year-over-year? Not trying to hold you to $0.15, but is that accurate? And related to that, as you think about a flat operating margin in 2019, it seems like you're expecting gross margin to still decline but at a much lower pace. Do you expect leverage on operating expenses?

**Robyn M. D'Elia**
*CFO & Treasurer*

So the earnings guidance, that will be about the same as this year, meaning same as '18. We are contemplating that including the gain on the sale of the building. So it would be about the same level. And then your second question on the op margin, I think you're indicating what's the variation between...

**Steven H. Temares**
*CEO & Director*

Gross margin and SG&A.

**Robyn M. D'Elia**
*CFO & Treasurer*

Gross margin and SG&A. Again, we expect more benefit in the SG&A area.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Steven H. Temares**
*CEO & Director*

I mean, at this time, it is still preliminary. We are still putting together the budgets, but we do believe that having an earnings per share next year equal to what it is this year is achievable.

**Christopher Michael Horvers**
*JP Morgan Chase & Co, Research Division*

Got it. And then in terms of -- and then as you think about -- like the tax rate implied for the fourth quarter is actually -- it looks like it's lower than the year. So what -- how do you think about like your longer-term tax rate?

**Robyn M. D'Elia**
*CFO & Treasurer*

Our tax rate, I guess, with the changes in the Tax Act, should run on average at about 25%. That's what we started this year modeling, and our full your assumption is 24% with the discrete fees we've had to date. So that should be the normalized run rate. But again, you can have discretes any quarter that we hadn't planned on due to settlements of federal or state ongoing audits.

**Operator**

And the next question comes from Simeon Gutman from Morgan Stanley.

**Joshua Kamboj**
*Morgan Stanley, Research Division*

This is Josh Kamboj on for Simeon. In 2019's guidance, what is improving more than you expected today versus sort of is there anything that you might be pulling ahead in terms of strategic plans that you earlier would have done later on after next year?

**Steven H. Temares**
*CEO & Director*

Yes, from my perspective, and I guess, everybody could have their perspective on it, because it's across a lot of different line items and a lot of things we're doing in the company. But for me is just that -- we've been -- spent a lot of time and effort reinventing our company. Our earnings peaked, I think, in -- what was it, February 2015, on an earnings per share basis. And we've been reinventing the company. We've been investing heavily in our company over this period of time. And the things that we're doing, we're now -- they're taking root. And we're seeing these things take root, and we're seeing the ability to be more optimistic earlier. We felt comfortable with 2020. Now we're saying earlier. So that's what we're seeing today, but it really is a long -- everything we're doing, when we talk about the things we're doing from an assortment perspective or the things we're doing from a digital perspective or the marketing. We talk about the things we're doing from personalization, when we talk about the technology enhancements, our enterprise order management system, our human capital management system, we talk about the things we're doing with Revionics and our value optimization group, rolling out the point-of-sale, the workforce management. There's so many things that we put into place that now we're starting to see and we're getting the cadence of where we're going to get these benefits, so allows us to be -- we're closer to that time frame, it allows us to have greater visibility. And so that's a shorter term, so that's where we're at.

**Joshua Kamboj**
*Morgan Stanley, Research Division*

Just a quick follow-up. The EPS guidance for next year, is it fair to assume that it's based on today's share count? And linked question, you've got a lot of cash on your balance sheet that's built up over time. Can you talk maybe about your plans for that?

**Robyn M. D'Elia**
*CFO & Treasurer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sure. So our plan for 2019 will be about the same as 2018, assumes a similar buyback cadence to our plans for '18. So no dramatic shifts there. And then in terms of our cash balance, we had been indicating we are planning to build our cash balance. It feels prudent to have cash while we're going through this transformation process. We work with our board regularly on any capital allocation decisions. And to date, we've been utilizing cash to buy back shares.

**Joshua Kamboj**
*Morgan Stanley, Research Division*

And then just last one, can you tell us what percentage of your stores are unprofitable today?

**Robyn M. D'Elia**
*CFO & Treasurer*

The vast majority of our stores are profitable.

**Steven H. Temares**
*CEO & Director*

Yes. But again, just to -- again, so here's the thing, is that we're forward-looking. We've been fortunate that we made good real estate decisions with good forward-looking approaches to them. We assumed a lot of things. But going forward, when we're looking at in states, the starting rate going up and what that means for inflation in terms of wages, when we look at what's the decline in foot traffic in a store, when we look at the visibility and transparency in pricing, what does that mean to our margins? When we look at these things, we're not just looking today. We're making decisions today with our -- within our real estate. And with our real estate, that's looking years out. So today, we're in a good place. But again, we want to make sure that we're in a good place 6 months from now and 2 years from now. And we've acted upon things. And we have, at Bed Bath & Beyond, for example, I don't know, 960 stores or some number thereabout. And our ability to push the business from one store to the other and to retain significant portions of it are enough to make sense of that move is also part of the equation. So you can have a profitable store, but if that declines in profitability, it makes more sense to move the money or the sales into another store. So that's all part of the analysis that's getting done. So although we've been very good and in a good place, we're looking forward and we're looking at what those opportunities are. And we will be aggressive in acting to the degree that our conversations with our landlords don't result in the answers that we're looking for.

**Operator**

And our next question comes from Curtis Nagle from Bank of America.

**Curtis Smyser Nagle**
*BofA Merrill Lynch, Research Division*

So the first one is, I guess, just -- not to belabor a point, but as you guys have sort of stated there, a lot of moving pieces here going into next year. So why did you provide preliminary guidance for '19, given that it is the first -- what would imply the first increase in earnings in many years and gross margins still look like it's been pretty weak? Why not wait another quarter till things settle out a little bit?

**Robyn M. D'Elia**
*CFO & Treasurer*

Well, we're comfortable with our plan that we've laid out and how we're executing against that plan. As we mentioned, we're ahead of plan and we felt it was important to share what our view is at this point. And we can provide further details as we get to April.

**Eugene A. Castagna**
*COO & President*

Yes, because we had been providing the thought that we would have decrease in earnings per share this year, a further decrease next year and then an increase in 2020. But based on all the planning work we've

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

done, we're comfortable that, that changed, so we didn't want to obviously repeat the -- what we were thinking that we would have a decrease next year and an increase in this call. We wanted to update that for where we stood today.

**Curtis Smyser Nagle**
*BofA Merrill Lynch, Research Division*

Okay. When you say, I guess, you're ahead of your plan, I mean, could you specify what that means? And then just one other quick question, how did the baby business do and did it help comps?

**Eugene A. Castagna**
*COO & President*

I mean we're ahead of plan as far as what I just said that our long-term planning was that we would have a decrease in EPS this year, a decrease next year and then starting to see growth the year after. We think we're ahead of plan because we're planning preliminarily not to have that decrease next year, that we're going to start to see improvements enough to be able to flatten out the EPS next year. As far as the baby business, it continues to do well. We have one less competitor there in the market with Babies"R"Us not being in business. And so the baby business across the Bed Bath & Beyond side, baby side, baby stores continues to perform well.

**Operator**

[Operator Instructions] And our next question comes from Brad Thomas from KeyBanc.

**Bradley Bingham Thomas**
*KeyBanc Capital Markets Inc., Research Division*

I guess wanted to follow up on the outlook for SG&A and just sort of stepping back. Obviously, you've been making investments. I guess, how much of an opportunity is there to get better savings simply because you're not making the investments? Are there dollars that you've been spending with vendors or duplicative IT suppliers that will just roll off? And any more color on that would be helpful.

**Robyn M. D'Elia**
*CFO & Treasurer*

So we've been calling out for a few quarters that in the SG&A area, we've had incremental spend due to management consulting. And while we've had a number of -- we have a number of ongoing projects with our consultants, we do think some will fall off, maybe a couple will be added in. But net-net in '19 that we would estimate seeing a reduction of about $8 million in the plan.

**Bradley Bingham Thomas**
*KeyBanc Capital Markets Inc., Research Division*

Great. And then I think you called out a 30 basis point drag from the BEYOND+ program. I guess, when we think about the run rate of that program, is there any way to quantify what sort of a tailwind it might be for you for margins in 2019?

**Robyn M. D'Elia**
*CFO & Treasurer*

Well, the drag comes when we're in this heavy ramp-up period in terms of enrollment, so it's somewhat tied to how many members we'll scale up to. But I wouldn't anticipate a significant change from what we've seen or what we've provided in '19.

**Janet M. Barth**
*Vice President of Investor Relations*

And we're continuing to monitor the program and continue our learnings and whatnot. And so as we develop the plan further for BEYOND+, we could make changes that we feel were appropriate to continue to make sure that it's a profitable endeavor and that we continue to see favorable results of it.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

And our next question comes from Peter Benedict from Baird.

**Peter Sloan Benedict**
*Robert W. Baird & Co. Incorporated, Research Division*

Just a couple here. Are you able to quantify the calendar shift impact just on the third quarter sales, what that was?

**Robyn M. D'Elia**
*CFO & Treasurer*

We haven't quantified the calendar shift or the impact on sales. But we do know that net sales were up 2.6%, and our comp on an apples-to-apples basis was down 1.8%. But the primary driver of the increase to 2.6% was that incremental week of sales post-Thanksgiving.

**Peter Sloan Benedict**
*Robert W. Baird & Co. Incorporated, Research Division*

Okay, that makes sense. And then the lab stores, I think you guys said that the lab stores are running mid-single digits maybe better than the base. I was curious, is that -- is the base of the other non-lab stores, so it's running mid-single-digit better than the store base? Or is that -- is that better than the total company kind of comps?

**Steven H. Temares**
*CEO & Director*

It's better than the store base. But again, I wouldn't -- there's so many -- that's why we keep saying that these initiatives within the NGS stores are contributing to stores that are showing this because there's different ones in different stores and different degrees. But in the aggregate, they're doing that -- that's what they're doing. Through the third quarter, that's what that was. But again, we're looking at the individual initiatives even more than we're looking at the store. Because even if you look holistically at the stores, it's not necessarily that the customer would identify something at the store. You might have something positive in a store and something that's not working in the store. So again, it's really critical that we get everybody -- trying to get everybody to understand that these are lab stores, and that it's not like you're walking into seeing something that's complete soup-to-nuts and that's -- we expect that, that's just going to tell us something that way. But again, each initiative is being measured and measured in connection with the other initiatives that are going on in that store.

**Operator**

And our next question comes from Cristina Fernández from Telsey Advisory Group.

**Cristina Fernández**
*Telsey Advisory Group LLC*

I wanted to ask a question on the home furnishings initiative. Can you talk about, on the 70 stores where you have the expanded SKUs, are those home furnishing sales driving a lift to other parts of the store? That's one part. And then the second part, as you add the 6 private label brands over the next year or 2, like how -- can you help us quantify how many incremental SKUs that will add to that assortment?

**Steven H. Temares**
*CEO & Director*

What was the second part of the question? I'm sorry, Cristina.

**Cristina Fernández**
*Telsey Advisory Group LLC*

So you talked about adding 6 brands over the next year or 2 on the home furnishing side, help us quantify like how many additional SKUs that would add to the total home furnishings category.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Steven H. Temares**
*CEO & Director*

Yes, again, first of all, I don't have it at my fingertips, so I couldn't answer that. And I'm not sure that we've shared it or it's fully developed yet, because again, some of this is still very much a work in progress. With regard to the first question, which was the 70 stores, is that what the first question was? Is it driving...

**Robyn M. D'Elia**
*CFO & Treasurer*

Our lift to the rest of the stores.

**Steven H. Temares**
*CEO & Director*

Yes, so again, we have 2 things going on. We have -- merchandise in the decorative furnishings area that's cash and carry. That's treasure hunt, it's in and out. And again, that continues to do well. And we're going to continue to upgrade that assortment. And I think as we move into this January, February, we're going to even see that assortment improve. And then simultaneously, we have stores that have furniture vignettes which are not things that people are buying and carrying out of the store, but it's where the sales associates help or can get you something, which you can order from Beyond store. But we introduce you to this category and you go home and buy it online. And that's today in 70 stores -- that's the 70 store number, and that will be expanded to 140, 150 stores over the course of 2019. So again, 2 different things. The treasure hunt primarily could be found in the lab stores. The furniture vignettes could be found in, for the most part, additional stores, in additional 70 stores to soon become 150.

**Operator**

And our next question comes from [ John Quinn ] from Deutsche Bank.

**Unknown Analyst**

Just one quick clarification on the 2019 guidance preliminary, and I apologize if I missed this. But just wanted to be clear, as you're including that $0.16 in the $2 this year, are there any real estate gains or anything onetime in nature that's contemplated for next year going forward?

**Robyn M. D'Elia**
*CFO & Treasurer*

We don't have any onetime transactions contemplated for next year.

**Steven H. Temares**
*CEO & Director*

And just so we're clear on the real estate again, it was part of our plan this year. It's not part of any real estate. But we do have a vast -- I guess, 4 million square feet of real estate, is that correct, that we own.

**Robyn M. D'Elia**
*CFO & Treasurer*

Yes.

**Steven H. Temares**
*CEO & Director*

And again, this particular piece that we sold, we were no longer operating this. So we sold it. It's not part of what we do selling real estate. But again, to the extent that we've made good real estate decisions, and looking across the 4 million square feet we have, I think generally speaking, we've made very good decisions as regards to real estate. So there's a good opportunity there, but it's not part of the plan.

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. And just one other quick one. Just trying to do the math just as it relates to that. So if you take the $0.16 out and kind of put the numbers through based on your comp guidance, it seems like that would imply maybe margin's down a little bit. I just was -- that's why I was wondering if there was something I was missing on the operating -- the flattish operating margin guidance.

**Robyn M. D'Elia**
*CFO & Treasurer*

No, the flattish operating margin guidance contemplates that the building sale was in 2018. And that sale of that real estate was contemplated in our model for 3Q and for our full year when we provided guidance last quarter.

**Operator**

And our last question will come from Greg Melich from MoffettNathanson.

**Gregory Scott Melich**
*MoffettNathanson LLC*

Digital, is it still mid-teens percent of sales? And I'm -- sort of back end, so maybe it was up 20% given that the stores were down mid-single-digits. Does that make sense?

**Robyn M. D'Elia**
*CFO & Treasurer*

We just experienced a strong growth in our customer-facing digital channels for the quarter.

**Gregory Scott Melich**
*MoffettNathanson LLC*

But you don't want to give a number to it or...

**Eugene A. Castagna**
*COO & President*

Yes. I mean, a part of what we're doing looking forward is, for example, Steve's mentioned before that we pulled some products that were not making money on the web off. And we're looking at all areas of our business. A part of it may include increasing or decreasing advertising in certain areas where we're seeing the profits. And so as far as giving a number for the digital increase every year, I mean, strong obviously means positive comps, but we haven't really gone into what percent exactly it is.

**Gregory Scott Melich**
*MoffettNathanson LLC*

So we'll get the strong double-digit. I'll make that a MoffettNathanson estimate.

**Steven H. Temares**
*CEO & Director*

Just again, not to be difficult, but again, just to add and as you talk about that, we're moving away from it because the levers we're pulling, whether it be taking SKUs off or whether it's that would change the business rules for Beyond store and web transactions, if we change free shipping thresholds. So again, as we have this bias towards profitability, getting locked into this businesses growing more or less, it's more important that we're growing the profitability of that business. So again, we're not trying to be difficult, but then we don't want to lock into that -- to being the significant thing to measure.

**Gregory Scott Melich**
*MoffettNathanson LLC*

Great. And there's 2 other things real quick. Did I hear that in your plan for next year, it also included some potential asset sales or no?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Robyn M. D'Elia**
*CFO & Treasurer*

No, it does not include it.

**Gregory Scott Melich**
*MoffettNathanson LLC*

That was all about this year. And then last, I hate to have an accounting question. But have you taken a look at -- or how do you think any preliminary estimates as to the new accounting could play out in terms of bringing the leases on balance sheet next year?

**Robyn M. D'Elia**
*CFO & Treasurer*

We have been working through that process. We've implemented new software to take the burden off the accounting team and make it easier administratively to be able to quantify that impact. But essentially, the rent expense going into next year will be the same. It should be at the same level, and it will gross up the balance sheet. And our preliminary estimate was about $2 billion, but we're still working through the details.

**Gregory Scott Melich**
*MoffettNathanson LLC*

So we came out to about 2 turns of leverage added, and that sounds about right? You got it up to $2 billion, just using the multiple rent?

**Robyn M. D'Elia**
*CFO & Treasurer*

Yes.

**Operator**

I'll now turn the call back over to Janet Barth for final remarks.

**Janet M. Barth**
*Vice President of Investor Relations*

Thank you, Adrienne, and thank you all for joining us today. We look forward to speaking with you again on April 10 when we report our fiscal 2018 fourth quarter results. Have a good night.

**Operator**
Thank you, ladies and gentlemen. This concludes today's conference. Thank you for participating, and you may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# EXHIBIT B

8-K 1 a19-8691_28k.htm 8-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# FORM 8-K

### CURRENT REPORT
### PURSUANT TO SECTION 13 OR 15 (d) OF THE
### SECURITIES EXCHANGE ACT OF 1934

Date of Report (Date of earliest event reported)  **April 21, 2019**

# BED BATH & BEYOND INC.
(Exact name of registrant as specified in its charter)

| **New York** | **0-20214** | **11-2250488** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**650 Liberty Avenue, Union, New Jersey 07083**
(Address of principal executive offices) (Zip Code)

**(908) 688-0888**
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☒    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4 (c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 5.02**     **Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On April 21, 2019, the Board of Directors (the "Board") of Bed Bath & Beyond Inc. (the "Company") appointed each of Harriet Edelman, Harsha Ramalingam, Andrea M. Weiss, Mary A. Winston and Ann Yerger as an independent director of the Company, effective as of May 1, 2019. Ms. Edelman, Ms. Weiss, Ms. Winston, Ms. Yerger and Mr. Ramalingam will each serve until the Company's 2019 annual meeting of shareholders, when she or he is expected to stand for re-election to the Board by a vote of the Company's shareholders. None of Ms. Edelman, Ms. Weiss, Ms. Winston, Ms. Yerger and Mr. Ramalingam has been appointed as a member of any committee of the Board at this time; however, the Company expects to appoint some or all of these new directors to one or more committees of the Board in the future.

Ms. Edelman, Ms. Weiss, Ms. Winston, Ms. Yerger and Mr. Ramalingam will each be compensated in accordance with the Company's standard compensation policies and practices for its non-employee directors (pro-rated based on start date), which are generally described in the Company's proxy statement for its 2018 annual meeting of shareholders.

No family relationships exist between any of Ms. Edelman, Ms. Weiss, Ms. Winston, Ms. Yerger or Mr. Ramalingam and any of the Company's other directors or executive officers. There are no arrangements or understandings pursuant to which any of Ms. Edelman, Ms. Weiss, Ms. Winston, Ms. Yerger or Mr. Ramalingam was elected as a director, and there are no related party transactions between the Company and any of Ms. Edelman, Ms. Weiss, Ms. Winston, Ms. Yerger or Mr. Ramalingam reportable under Item 404(a) of Regulation S-K.

On April 21, 2019, Warren Eisenberg and Leonard Feinstein transitioned to the role of Co-Founders, Co-Chairmen Emeriti of the Board, effective immediately. As part of this transition, Patrick R. Gaston was appointed Independent Chairman of the Board, effective immediately. As a result of this transition, Mr. Eisenberg and Mr. Feinstein ceased to be officers of the Company effective as of April 21, 2019.

On April 21, 2019, the Board accepted the resignations of Warren Eisenberg, Leonard Feinstein, Dean Adler, Stanley Barshay, Klaus Eppler, Jordan Heller and Victoria Morrison from the Board, effective as of May 1, 2019. None of Mr. Eisenberg, Mr. Feinstein, Mr. Adler, Mr. Barshay, Mr. Eppler, Mr. Heller or Ms. Morrison resigned as a result of any disagreement with the Board, the Company or its management on any matter relating to the Company's operations, policies or practices.

On April 21, 2019, the Board also approved the creation of the Business Transformation and Strategic Review Committee as a new committee of the Board. The Committee will include both new and incumbent directors. In addition, on April 21, 2019, the Board appointed Virginia Ruesterholz as Chairwoman of the Nominating and Corporate Governance Committee.

A copy of the press release issued by the Company on April 22, 2019 regarding the above is filed as Exhibit 99.1 to this Current Report on Form 8-K and is incorporated by reference into this Item 5.02.

**Item 5.03**     **Amendments to Articles of Incorporation or Bylaws; Change in Fiscal Year.**

On April 21, 2019 and effective on the same date, the Board amended the Amended By-laws of the Company (the "By-Law Amendment"). The By-Law Amendment allows the Company to appoint a Director Emeritus or Chairman Emeritus and removes the requirement that the Chairman of the Board be considered an executive officer of the Company.

The foregoing description is qualified in its entirety by reference to the full text of the By-law Amendment, a copy of which is attached hereto as Exhibit 3.1.

**Item 8.01**     **Other Events.**

On April 22, 2019, the Company also published an Investor Presentation regarding the changes described in Item 5.02. A copy of the Investor Presentation is attached hereto as Exhibit 99.2 and is incorporated herein by reference. Additionally, the Company has posted the Investor Presentation on the investor relations section of its website at www.bedbathandbeyond.com.

2

**Important Information**

Bed Bath & Beyond Inc. (the "Company") intends to file a definitive proxy statement and associated proxy card in connection with the solicitation of proxies for the Company's 2019 Annual Meeting with the Securities and Exchange Commission (the "SEC"). Details concerning the nominees of the Company's Board of Directors for election at the 2019 Annual Meeting will be included in the Proxy Statement. BEFORE MAKING ANY VOTING DECISION, INVESTORS AND SHAREHOLDERS OF THE COMPANY ARE URGED TO READ ALL RELEVANT DOCUMENTS FILED WITH OR FURNISHED TO THE SEC, INCLUDING THE COMPANY'S DEFINITIVE PROXY STATEMENT AND ANY SUPPLEMENTS THERETO, BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION. Investors and shareholders will be able to obtain a copy of the definitive proxy statement and other documents filed by the Company free of charge from the SEC's website, www.sec.gov. The Company's shareholders will also be able to obtain, without charge, a copy of the definitive proxy statement and other relevant filed documents by directing a request by mail to Bed Bath & Beyond Inc. at 650 Liberty Avenue Union, New Jersey 07083, by contacting the Company's proxy solicitor, D.F. King & Co., toll-free at 1 (888) 777-0320 or at bbby@dfking.com, or from the investor relations section of the Company's website at www.bedbathandbeyond.com.

**Participants in the Solicitation**

The Company, its directors and certain of its executive officers will be deemed participants in the solicitation of proxies from shareholders in respect of the 2019 Annual Meeting. Information regarding the names of the Company's directors and executive officers and their respective interests in the Company by security holdings or otherwise is set forth in the Company's Annual Report on Form 10-K for the fiscal year ended March 3, 2018, filed with the SEC on May 2, 2018, the Company's quarterly reports on Form 10-Q filed with the SEC on July 6, 2018, October 10, 2018 and January 9, 2019, the Company's Current Report on Form 8-K filed with the SEC on June 5, 2018 and the Company's definitive proxy statement for the 2018 Annual Meeting of Shareholders, filed with the SEC on May 31, 2018. To the extent holdings of such participants in the Company's securities have changed since the amounts described in the proxy statement for the 2018 Annual Meeting of Shareholders, such changes have been reflected on Initial Statements of Beneficial Ownership on Form 3 or Statements of Change in Ownership on Form 4 filed with the SEC. These documents can be obtained free of charge from the sources indicated above. Additional information regarding the interests of these participants in any proxy solicitation and a description of their direct and indirect interests, by security holdings or otherwise, will also be included in any proxy statement and other relevant materials to be filed with the SEC, if and when they become available.

**Item 9.01          Financial Statements and Exhibits.**

(d) Exhibits:

| Exhibit No. | Description |
| --- | --- |
| 3.1 | Amendment to By-Laws of Bed Bath & Beyond Inc. |
| 99.1 | Press Release issued by Bed Bath & Beyond Inc. on April 22, 2019. |
| 99.2 | Investor Presentation for the fiscal fourth quarter ended April 22, 2019. |

3

*SIGNATURES*

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**BED BATH & BEYOND INC.**
(Registrant)

Date: April 22, 2019

By:  /s/ Allan N. Rauch
Allan N. Rauch
Chief Legal Officer and General Counsel

4

EX-3.1 2 a19-8691_2ex3d1.htm EX-3.1

**Exhibit 3.1**

Effective April 21, 2019, Bed Bath & Beyond Inc. amended its Amended By-Laws by inserting the following as Article III, Section 19 thereof:

  **Section 19. <u>Director and Chairman Emeritus</u>.**  The Board of Directors may, from time to time in its discretion, by majority vote, designate one or more of its former directors a Director Emeritus or, in the case of a former Chairman of the Board, a Chairman Emeritus. Each such designation shall be for such term as is determined by a majority of the Board of Directors or until such Director Emeritus' or Chairman Emeritus' earlier death, resignation, retirement or removal (for any reason or no reason by a majority of the Board of Directors). Each Director Emeritus and Chairmen Emeritus may be re-appointed for one or more additional terms.  Directors Emeritus and the Chairmen Emeritus may attend board meetings as and when invited by the Board of Directors and attend meetings of any committee of the Board of Directors as and when invited by the committee, but they shall not be entitled to notice of any such meetings or to vote or be counted for quorum purposes at any such meetings. If present, Directors Emeritus and the Chairmen Emeritus may participate in the discussions occurring at such meetings. Any person holding the position of Director Emeritus or Chairman Emeritus shall not be considered a director or officer for any purpose, including the corporation's Certificate of Incorporation and bylaws, applicable federal securities laws and the New York Business Corporation Law, as it may be amended (the "NYBCL"), and a Director Emeritus or Chairman Emeritus shall have no power or authority to manage the affairs of the Corporation. Directors Emeritus and the Chairman Emeritus shall not have any of the responsibilities or liabilities of a director or officer of the Corporation under the NYBCL, nor any of a director's or officer's rights, powers or privileges in their capacities as Directors Emeritus or Chairman Emeritus. Reference in these By-laws to "directors" or "officers" shall not mean or include Directors Emeritus or the Chairman Emeritus. Directors Emeritus and the Chairman Emeritus will be entitled to receive fees for such service in such form and amount as approved by the Board of Directors, and shall be reimbursed for reasonable travel and other out-of-pocket business expenses incurred in connection with attendance at meetings of the Board of Directors and its committees. Directors Emeritus and the Chairman Emeritus shall remain subject to the reporting requirements of Section 16 of the Securities Exchange Act of 1934, as amended, and shall remain subject to all of the Corporation's policies applicable to directors. A Director Emeritus and the Chairman Emeritus shall be entitled to benefits and protections in accordance Article V of these By-laws ("Indemnification").

Effective April 21, 2019, Bed Bath & Beyond Inc. also amended and restated Article IV, Section 1 of its Amended By-laws to read in its entirety as follows:

  **Section 1. <u>Officers</u>.** The officers of the Corporation shall include the Chief Executive Officer, the President, one or more Vice Presidents (one or more of whom may be designated as Executive Vice Presidents or as Senior Vice Presidents or by other designations), the Secretary, the Treasurer and such other officers as the Board of Directors may from time to time deem necessary, each of whom shall have such duties, powers and functions as provided in these By-laws and as may be determined from time to time by resolution of the Board of Directors. Two or more offices may be held by the same person; provided, however, that no officer shall execute, acknowledge or verify any instrument in more than one capacity. Each of the officers shall, when requested, consult with and advise the other officers of the Corporation.

EX-99.1 3 a19-8691_2ex99d1.htm EX-99.1

**Exhibit 99.1**

### Bed Bath & Beyond Inc. Announces Transformation of Board of Directors and
### Additional Governance Enhancements

*Appoints Five Independent, Highly Qualified, Diverse Directors to Board*

*Patrick Gaston Named Independent Chairman*

*Forming Business Transformation and Strategy Review Committee*

**UNION, NJ., April 22, 2019** — Bed Bath & Beyond Inc. (Nasdaq: BBBY) (the "Company") today announced that, in response to shareholder feedback and in connection with its commitment to accelerating refreshment at the Board-level, the Company's Board of Directors is transforming; the Board will comprise 10 directors, nine of whom are independent and six of whom are women. The transformed Board will reflect significant diversity across race, gender and ethnicity, and have an average tenure of less than four years. The Company also announced a series of additional governance enhancements.

Specifically, the Company announced that:

- Five current independent directors will step down.
- Co-Founders Warren Eisenberg and Leonard Feinstein have transitioned to the role of Co-Founders, Co-Chairmen Emeriti and will retire from the Board.
- Current Lead Independent Director, Patrick Gaston has been named Independent Chairman, effective immediately.
- The Board will form a Business Transformation and Strategy Review Committee to review all aspects of the Company's business transformation, strategy and structure.
- The Audit and Compensation Committees of the Board will be reconstituted, including the appointment of committee chairs.
- A new executive compensation plan that increases the at-risk component of executive compensation and further aligns compensation with Company performance and long-term shareholder value creation will be adopted. The Company will provide details on its new executive compensation plan in connection with the filing of its proxy statement.

The five newly appointed independent directors, effective May 1, 2019, are:

- Harriet Edelman, current Vice Chairman, Emigrant Bank and former Senior Vice President and Chief Information Officer, Business Transformation, and Senior Vice President, Global Supply Chain of Avon Products Inc.
- Harsha Ramalingam, current senior advisor at Boston Consulting Group, current President and Owner, Ramalingam Consulting and former Global Vice President, e-commerce Platform at Amazon.com, Inc., where he was also responsible for the Chief Information Officer and Chief Information Security Officer (CISO) functions.
- Andrea Weiss, current Founding Partner, The O Alliance Consulting Services and Chief Executive Officer and Founder of Retail Consulting Inc., and former senior executive at dELiA*s, Inc., The Limited Inc., GUESS, Inc., Ann Taylor Stores, Inc. and The Walt Disney Company.
- Mary Winston, current President and Founder, WinsCo Enterprises Consulting Services and former Executive Vice President and Chief Financial Officer at Family Dollar Stores Inc.
- Ann Yerger, current Corporate Governance Specialist, Spencer Stuart North American Board Practice and former Executive Director of the Council of Institutional Investors.

The four continuing independent directors, three of whom have been appointed in the past two years as part of the Board's ongoing refreshment program, are — Stephanie Bell-Rose, Patrick Gaston, Johnathan B. (JB) Osborne and Virginia Ruesterholz. In connection with the new director appointments, Dean Adler, Stanley Barshay, Klaus Eppler, Jordan Heller and Victoria Morrison will step down from the Company's Board, effective May 1, 2019.

Patrick Gaston, who was named Independent Chairman, stated, "As we have communicated to Bed Bath & Beyond shareholders, the Board has been undertaking a comprehensive review of its composition, governance structure and compensation practices. The changes announced today reflect significant shareholder input and underscore our commitment to ensuring we have best-in-class governance.

This Board transformation and refreshed governance structure is rooted in accountability, transparency and collaboration, and as we provide oversight and move the Company forward, we are committed to continuing to act in the best interest of our shareholders."

Mr. Gaston continued, "We are immensely grateful to Dean, Stanley, Klaus, Jordan and Victoria for their leadership, tireless commitment and significant contributions to our Company. Their willingness to step down from the Board to facilitate the acceleration of the Company's governance transformation speaks volumes as to the kind of people they are and their dedication to the Company."

The Company has had multiple discussions with members of the Activist Group, which is composed of Legion Partners, Macellum Capital Management and Ancora Advisors, and has invited them to participate in the Board transformation process and to offer their ideas for business and operational improvement. To date, the Activist Group has declined this invitation, but the Company remains open to engaging in constructive dialogue with them.

**Co-Founders Transitioned to Co-Founders, Co-Chairmen Emeriti; Lead Independent Director Named Independent Chairman**

In addition, in connection with the Board's transformation plan, Co-Founders and Co-Chairmen of the Board Warren Eisenberg and Leonard Feinstein have transitioned to the role of Co-Founders, Co-Chairmen Emeriti and will retire from the Board, effective May 1, 2019. As part of this transition, Patrick Gaston, current Lead Independent Director of the Board, has been named Independent Chairman, effective immediately.

**Creation of Business Transformation and Strategy Review Committee; Reconstitution of Existing Board Committees**

The Board is forming a new Business Transformation and Strategy Review Committee to review all aspects of the Company's business transformation, strategy and structure.

To further enhance its independence, organization and leadership responsibilities, the Board also intends to reconstitute the Audit Committee and the Compensation Committee with a mix of new and existing independent directors, including the appointment of committee chairs.

In addition, the Nominating & Corporate Governance Committee was recently reconstituted as follows:

- Virginia Ruesterholz, Chairwoman
- Stephanie Bell-Rose
- Patrick Gaston

**Appointment of Five New Independent Directors**

Led by the independent directors of the reconstituted Nominating & Corporate Governance Committee, which consists of two of the four shortest tenured independent directors, and with the assistance of leading executive search firm Heidrick & Struggles, the Board conducted an extensive search to identify the five new independent directors.

Ms. Ruesterholz, independent director and recently appointed Chairwoman of the Nominating & Corporate Governance Committee, said, "The changes made to our Board composition take into account the important feedback that we've received following discussion with many of our shareholders over the past year. Our Board is committed to continuing to engage with our shareholders, is open to further input and will continue to assess Board refreshment on an ongoing basis."

Ms. Ruesterholz continued, "We are delighted to welcome five new independent directors with such extensive business backgrounds and who bring skill sets directly relevant to the ongoing business transformation at Bed Bath & Beyond. As leaders in the fields of global retail, merchandising, technology, logistics, finance and governance, Harriet, Harsha, Andrea, Mary and Ann have been change-agents while serving on other public and private company boards and as members of management teams.

Collectively, their perspectives, experience and expertise will greatly enhance the effectiveness of our Board."

**Harriet Edelman**, 63

Ms. Edelman brings three decades of global operating experience in consumer goods and financial services. She currently serves as Vice Chairman of Emigrant Bank, where she leads the finance, information technology and credit administrative operations. Prior to joining the bank in 2008 as special advisor to the Chairman, she spent nearly 30 years at Avon Products Inc. touching virtually every function, such as business transformation, marketing, new product development and sales, while serving in various leadership roles, including as Senior Vice President and Chief Information Officer, Business Transformation and Senior Vice President, Global Supply Chain. As Senior Vice President, Global Supply Chain at Avon, she led production and distribution of billions of products annually, and oversaw construction of Avon's new facilities in Latin America, Asia, and Eastern Europe. She has 16 years of corporate governance experience, having served on the boards of Blair Corporation, The Hershey Company, Ariba Inc., and UCB S.A. She currently serves on the boards of Brinker International, Inc. and Assurant, Inc. Ms. Edelman also serves on the Board of Trustees at Bucknell University as Vice Chairman, and serves as a member of the Executive, Finance and Nominating & Governance Committees.

Ms. Edelman received a Bachelor of Music from Bucknell University and an MBA in Marketing and Operations Research at the Fordham Gabelli School of Business.

Ms. Edelman said, "Consumer goods businesses have been central to my career, and I am honored to join the Board of an industry pioneer such as Bed Bath & Beyond. As a frequent customer, I have long admired the Company for its products and services, and its customer-first approach to conducting business. I look forward to leveraging my background in marketing, technology and supply chain management, as well as experience serving public company boards, to help deliver on the Company's continued transformation."

**Harsha Ramalingam**, 60

Mr. Ramalingam, who currently serves as a senior advisor at Boston Consulting Group and who is the President and Owner of his own consulting firm, brings over 30 years of operational leadership experience and global expertise in areas including information technology and internet software. He has previously served in various leadership roles at Amazon.com, Inc., including as Global Vice President of the e-commerce Platform Group, which included ownership of the Chief Information Officer and CISO Functions, and also as a member of the Consumer Leadership Team responsible for the Company's consumer business. During his tenure of just under seven years as a senior executive at Amazon.com, Inc., the Company grew from less than $20 billion in revenue to over $100 billion. Mr. Ramalingam also spent six years at EMC Corporation, including as Vice President, Products and Operations of EMC's SaaS/Cloud business, where he was responsible for R&D, product and program management, financing, and technical and business operations from conception to launch. While at EMC, he successfully executed EMC's acquisition and integration of Mozy. He spent the earlier part of his career in various information management and technology roles. Mr. Ramalingam previously served on the board of Intralinks Inc.

Mr. Ramalingam received a Bachelor of Technology from the Indian Institute of Technology, an MBA in General Management from the Indian Institute of Management and received an Executive Education at Stanford University Graduate School of Business.

Mr. Ramalingam said, "It is a privilege to be appointed to the Bed Bath & Beyond Board. The Company has many positive digital initiatives underway to improve and enhance the customer experience through e-commerce, consistent with the retail industry's evolving needs. I am eager to work with my fellow Board members and the management team, and believe my consumer and technology experience, including while at Amazon.com, will lend itself well to capitalizing on the many opportunities for growth."

Case 2:20-cv-04240-MCA-MAH Document 47-3 Filed 12/21/20 Page 34 of 283 PageID: 855

**Andrea Weiss**, 64

Ms. Weiss was an early innovator in multi-channel commerce and brings nearly 30 years of entrepreneurial leadership experience in the retail industry, currently serving as Founding Partner of The O Alliance, LLC and Chief Executive Officer and Founder of Retail Consulting Inc. She is recognized as a pioneer in creating a seamless customer experience, and has been a key player in transforming retail into the digital space. She also has extensive experience developing high-level business strategy and tactical execution plans, including implementing turnaround initiatives for leading brands in the U.S. and Europe. She has held executive leadership roles at dELiA*s, Inc., The Limited Inc., GUESS, Inc., Ann Taylor Stores, Inc. and The Walt Disney Company. Ms. Weiss is a National Association of Corporate Directors (NACD) Board Governance Fellow and was named to the NACD Top 100 Best Public Directors in 2016. Ms. Weiss previously served on the boards of GSI Commerce, Pep Boys, Chico's FAS, Inc. and Nutrisystem, Inc. She currently serves as a director on the boards of Cracker Barrel Old Country Store, Inc. and RPT Realty.

Ms. Weiss received a Bachelor of Fine Arts from Virginia Commonwealth University and a Masters of Administrative Science from The Johns Hopkins University. She also completed post-graduate studies at Harvard Business School and The Kellogg School at Northwestern University.

Ms. Weiss said, "In today's omnichannel retail environment, it is critical to be agile and to collaborate across functions to drive faster decision making to enhance results. Bed Bath & Beyond is making strides in this regard and is poised to continue innovating and accelerating to meet customers' complex needs. As a long time Bed Bath & Beyond customer myself and having spent my entire career in the retail industry leading transformation, I look forward to bringing my expertise to bear as the Company continues to execute against its transformation plan."

**Mary Winston**, 57

Ms. Winston is a seasoned executive with significant governance expertise across a broad range of industries, having served on large public company boards and audit committees for many years. She has a strong background in all aspects of finance and accounting, as well as experience in M&A, corporate strategy, cost restructuring programs, corporate governance/compliance, and investor relations/communications. Among other roles, she has served as Executive Vice President and Chief Financial Officer at Family Dollar Stores Inc., Senior Vice President and Chief Financial Officer at Giant Eagle, Inc., Executive Vice President and Chief Financial Officer at Scholastic Corporation, Vice President and Controller of Visteon Corporation and Vice President, Global Financial Operations at Pfizer Inc. in the Pharmaceuticals Group. Ms. Winston currently serves as President at WinsCo Enterprises Inc., a financial and board governance consulting firm. She has served on the boards of Plexus Corp and SuperValu Inc. and is currently a member of the boards of Acuity Brands, Inc., Domtar Corporation and Dover Corporation.

Ms. Winston received a Bachelors degree of Accounting from the University of Wisconsin, an MBA in Finance, Marketing and International Business from Northwestern University's Kellogg Graduate School, and is a CPA, as well as a NACD Board Leadership Fellow.

Ms. Winston said, "This is an important time for Bed Bath & Beyond as the Company prioritizes profitability and continues its efforts to position itself for long-term growth. As a seasoned Board member and having turned to Bed Bath & Beyond throughout my own life events, I am eager to contribute as a director to the ongoing transformation that will enable the Company to further differentiate itself across channels, brands and locations well into the future."

**Ann Yerger**, 57

Ms. Yerger spent nearly 20 years with the Council of Institutional Investors (CII), including ten years in leadership as CII's Executive Director. CII is a nonprofit, nonpartisan association of asset owners, asset managers and other service providers representing assets under management of approximately $40 trillion focused on effective corporate governance practices. Previously, Ms. Yerger was the Investor Responsibility Research Center's Deputy Director for Corporate Governance Service. Ms. Yerger's deep

corporate governance and shareholder-oriented work also includes service as an advisor to Spencer Stuart's North American Board Practice group, which helps companies strengthen their boards and improve their effectiveness, a member of Grant Thornton's Audit Quality Advisory Council, executive director of EY's Center for Board Matters, and as a member of the Investor Advisory Group of the Public Company Accounting Oversight Board, the Investor Advisory Committee of the U.S. Securities and Exchange Commission, Weinberg Center for Corporate Governance Advisory Board, the Nasdaq Listing and Hearing Review Council and the U.S. Treasury Department's Advisory Committee on the Auditing Profession. She has also testified before Congressional committees on important corporate governance and investor protection issues. ICGN, the International Corporate Governance Network, previously awarded Ms. Yerger with the "ICGN Award for Excellence in Corporate Governance," which is granted for exceptional achievements towards improving corporate governance, in recognition of her work in galvanizing investor collaborative initiatives resulting in significant advances in American corporate governance over 25 years. She has also been included multiple times on the NACD's list of the 100 most influential corporate governance professionals. She is a NACD Board Leadership Fellow and an independent director of Hershey Entertainment and Resorts Company and chairs its Governance Committee and serves on the Compensation and Executive Organization Committee.

Ms. Yerger received a Bachelor of Arts in Economics from Duke University and an MBA from Tulane University. She is a CFA charterholder.

Ms. Yerger said, "I was attracted to the Bed Bath & Beyond Board because of the Company's commitment to transform its corporate governance and strengthen its engagement with shareholders. Bed Bath & Beyond is making important changes to its Board and across the business, and I look forward to contributing to the Company's ongoing transformation."

**Bed Bath & Beyond Continuing Directors**

**Stephanie Bell-Rose**, 61

Ms. Bell-Rose is a Senior Managing Director at TIAA and Head of the TIAA Institute, which produces original research and insights on issues pertaining to financial security and organizational effectiveness in the educational, nonprofit and public sectors. Before joining TIAA in 2010, Ms. Bell-Rose served as a managing director at The Goldman Sachs Group, Inc. and president of its foundation, and as counsel and program officer at the Andrew W. Mellon Foundation. She is a Trustee of The John S. and James L. Knight Foundation, the Council on Foundations and the Public Welfare Foundation. Ms. Bell-Rose is also a member of the Council on Foreign Relations, the Executive Leadership Council, the Economic Club of New York, and the Women's Forum of New York, and she is Trustee Emerita of the Barnes Foundation and Honorary Trustee of the American Museum of Natural History.

Ms. Bell-Rose's leadership experience across a number of sophisticated organizations brings an important set of insights to our Board. In addition, her background in organizational effectiveness and her experience in participating, at a senior level, in business transformations in a variety of settings, is particularly beneficial in the context of the Company's ongoing transformation.

**Patrick Gaston**, 61

Mr. Gaston is Chief Executive Officer of Gaston Consulting, which focuses on building public/private partnerships that addresses issues related to corporate responsibility, sustainability, diversity and social and economic change for businesses, the public sector and civil society. He also served as an adjunct professor of business management at the Community College of Denver from 2017 through 2018. Prior to that, he was President of the Western Union Foundation (2013 - 2016) and initiated a workforce education program focused on youth and women throughout the world. From January to December 2012, he was the Chief Executive Officer of Gastal Networks, LLC, a consulting firm specializing in corporate social responsibility initiatives. From January to December 2011, he served a one-year term as Executive in Residence and Senior Advisor with the Clinton Bush Haiti Fund to support the rebuilding efforts in Haiti. Until January 2011, Mr. Gaston was President of the Verizon Foundation since 2003. Mr. Gaston pioneered the creation of a corporate social responsibility program and created a consumer advisory board focused on external stakeholder engagement on governance, public policy and community

investment matters. Prior to assuming that position, Mr. Gaston held a variety of management positions at Verizon Communications Inc. and its predecessors since 1984, including positions in operations, marketing, human resources, strategic planning and government relations. He has been a director of the Company since 2007.

Among other things, Mr. Gaston brings to the Board experience with respect to very large and complex public companies as well as extensive strategic planning and stakeholder engagement experience. He has worked with local, national and international organizations through his non-profit work. He currently volunteers as a member on five non-profit boards focusing on education, reforestation and youth development.

**JB Osborne**, 38

Mr. Osborne is the CEO of Red Antler, a branding company, which he co-founded in 2007, which was named one of Fast Company's Most Innovative in Marketing & Advertising. Leading a multi-disciplinary team of strategists, designers, marketers and engineers with his co-founders at Red Antler, Osborne has helped define a new generation of products and services that people love. Since 2007, he has worked with founders of top, fast-growing companies across categories including Casper, Allbirds, Brandless, Betterment and Boxed, advising them on how to build category-defining experiences. In addition, Osborne oversees Red Antler's operations and venture partnerships, and frequently speaks to venture portfolios, accelerators, and at conferences about the role of brand in building a category leading business. Osborne was selected as one of WWD's (Women's Wear Daily) 40 under 40 in fashion and retail in 2017, and was also selected as one of Forbes' Consumer Catalysts: 2017's Top Dealmakers and Influencers in the Consumer Industry.

Prior to founding Red Antler, Osborne opened the New York office of Consortium, a boutique creative shop based in Auckland, New Zealand. He began his career at advertising agency Saatchi & Saatchi working with global brands. Among other things, Mr. Osborne brings to the Board experience in and knowledge of branding, marketing and communications, as well as broad experience in the emerging technologies and data analytics utilized in digital marketing.

**Virginia Ruesterholz**, 57

Ms. Ruesterholz most recently served as Executive Vice President, Strategic Initiatives of Verizon Communications Inc. She was previously President of Verizon Services Operations, a $10 billion global shared-services business group with over 25,000 employees that operated Verizon's wireline network as well as the finance operations, real estate and supply chain services that supported all Verizon companies. Prior, Ms. Ruesterholz served as President of Verizon Telecom, where she led the $30 billion wireline unit that served Verizon's domestic consumer, general business and wholesale markets, and where she also oversaw the U.S. rollout of the high-speed fiber optic network known as Fios®. She serves on the Board of Directors of Frontier Communications Corporation and The Hartford Financial Services Group, Inc. She is also a Trustee of Stevens Institute of Technology, where she served as the first female Chair in its 149 year history.

Among other things, Ms. Ruesterholz brings to the Board extensive senior leadership experience at a global organization, as well as broad experience with the type of strategic, operational and financial matters a public company encounters while executing a transformational business plan.

**Steven Temares**, 60

Mr. Temares has served as Chief Executive Officer of the Company since 2003. He was President and Chief Executive Officer from 2003 to 2006 and was President and Chief Operating Officer from 1999 to 2003. Mr. Temares joined the Company in 1992 and has served as a director since 1999. Mr. Temares has been part of the leadership of the Company throughout its entire history as a public company.

Having served as our CEO since 2003, Mr. Temares' extensive knowledge of, and passion for, the Company and its wide-ranging operations are invaluable to the Board. Mr. Temares has guided the Company through a prolonged period of growth that established its competitive position, and today is

leading the Company through an extensive transformation in pursuit of its mission to be trusted by customers as the expert for the home and heart-felt life events.

## Additional Materials

In connection with this announcement, the Company has made available an Investor Presentation and an infographic on the investor relations section of its website.

## Advisors

Goldman, Sachs & Co. is acting as financial advisor to Bed Bath & Beyond, and Wachtell, Lipton, Rosen & Katz is serving as legal counsel.

## About the Company

Bed Bath & Beyond Inc. and subsidiaries (the "Company") is an omnichannel retailer that is the trusted expert for the home and heartfelt life events. The Company sells a wide assortment of domestics merchandise and home furnishings. The Company also provides a variety of textile products, amenities and other goods to institutional customers in the hospitality, cruise line, healthcare and other industries. Additionally, the Company is a partner in a joint venture which operates retail stores in Mexico under the name Bed Bath & Beyond.

## Forward-Looking Statements

This press release may contain forward-looking statements. Many of these forward-looking statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, and similar words and phrases. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments; the ability to attract and retain qualified employees in all areas of the organization; the cost of labor, merchandise and other costs and expenses; potential supply chain disruption due to trade restrictions, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; the ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets it serves; the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and the effect of other factors, on the Company's capital allocation strategy; the impact of goodwill and intangible asset impairments; disruptions to the Company's information technology systems including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to the Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade; changes to, or new, tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; foreign currency exchange rate fluctuations; the integration of acquired businesses; and potential continuing uncertainty arising in connection with the announced intention by certain shareholders to seek control of the Company's Board of Directors. The Company does not undertake any obligation to update its forward-looking statements.

## Important Information

Bed Bath & Beyond Inc. (the "Company") intends to file a definitive proxy statement and associated proxy card in connection with the solicitation of proxies for the Company's 2019 Annual Meeting with the Securities and Exchange Commission (the "SEC"). Details concerning the nominees of the Company's Board of Directors for election at the 2019 Annual Meeting will be included in the Proxy Statement. BEFORE MAKING ANY VOTING DECISION, INVESTORS AND SHAREHOLDERS OF THE COMPANY ARE URGED TO READ ALL RELEVANT DOCUMENTS FILED WITH OR FURNISHED TO THE SEC, INCLUDING THE COMPANY'S DEFINITIVE PROXY STATEMENT AND ANY SUPPLEMENTS THERETO, BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION. Investors and shareholders will be able to obtain a copy of the definitive proxy statement and other documents filed by the Company free of charge from the SEC's website, www.sec.gov. The Company's shareholders will also be able to obtain, without charge, a copy of the definitive proxy statement and other relevant filed documents by directing a request by mail to Bed Bath & Beyond Inc. at 650 Liberty Avenue Union, New Jersey 07083, by contacting the Company's proxy solicitor, D.F. King & Co., toll-free at 1 (888) 777-0320 or at bbby@dfking.com, or from the investor relations section of the Company's website at www.bedbathandbeyond.com.

## Participants in the Solicitation

The Company, its directors and certain of its executive officers will be deemed participants in the solicitation of proxies from shareholders in respect of the 2019 Annual Meeting.  Information regarding the names of the Company's directors and executive officers and their respective interests in the Company by security holdings or otherwise is set forth in the Company's Annual Report on Form 10-K for the fiscal year ended March 3, 2018, filed with the SEC on May 2, 2018, the Company's quarterly reports on Form 10-Q filed with the SEC on July 6, 2018, October 10, 2018 and January 9, 2019, the Company's Current Report on Form 8-K filed with the SEC on June 5, 2018 and the Company's definitive proxy statement for the 2018 Annual Meeting of Shareholders, filed with the SEC on May 31, 2018.  To the extent holdings of such participants in the Company's securities have changed since the amounts described in the proxy statement for the 2018 Annual Meeting of Shareholders, such changes have been reflected on Initial Statements of Beneficial Ownership on Form 3 or Statements of Change in Ownership on Form 4 filed with the SEC.  These documents can be obtained free of charge from the sources indicated above.  Additional information regarding the interests of these participants in any proxy solicitation and a description of their direct and indirect interests, by security holdings or otherwise, will also be included in any proxy statement and other relevant materials to be filed with the SEC, if and when they become available.

**CONTACTS:**
INVESTOR CONTACT: Janet M. Barth, (908) 613-5820

MEDIA CONTACT: Matthew Sherman / Nick Lamplough, Joele Frank, Wilkinson Brimmer Katcher, (212) 355-4449

EX-99.2 4 a19-8691_2ex99d2.htm EX-99.2

**Exhibit 99.2**

 

## Announcing Transformation of Board of Directors and Additional Governance Enhancements

April 22, 2019

# Building a Better Bed Bath & Beyond

## We Are Transforming Our Board and Governance Structure to Support the Transformation of our Business

✓ **Adding 5 new and independent, highly qualified, and diverse directors**

✓ **Patrick Gaston has been named Independent Chairman**

✓ **5 existing independent directors will step down from the Board**

✓ **Co-Founders and Co-Chairmen have transitioned to a Co-Chairmen Emeriti status and will retire from the Board**

✓ **Taking into account these recent changes 80% of our board will have joined since 2017 and 80% are of diverse backgrounds**

✓ **Forming a Business Transformation and Strategy Review committee**

✓ **Reconstitution of our independent committee structures, including appointment of committee chairs**

✓ **Will adopt a new executive compensation plan**

 BED BATH & BEYOND    1

# Bed Bath & Beyond's Governance Transformation is a Direct Result of Our Shareholder Engagement

| What We Heard from Shareholders | Taking Action to Enhance Governance |
|---|---|
| **1** **Accelerate Board Refreshment** | ✓ Process executed by our recently reconstituted independent Nominating & Governance Committee, led by Chairwoman Virginia Ruesterholz<br>✓ Engaged Heidrick & Struggles, a leading executive search firm, to identify recent appointees<br>✓ 5 new independent, highly qualified and diverse candidates appointed to the Board, effective May 1, 2019<br>✓ 7 of the longest-tenured directors to leave Board<br>✓ In total, 8 new directors appointed in past 2 years (80% of the pro forma board) |
| **2** **Enhance the Board With New Skills** | ✓ New directors with significant experience in global retail, merchandising, technology, logistics, finance and governance<br>✓ Highly complementary to existing Board Director qualifications<br>✓ Bringing with them experience in business transformation and a track record of enhancing shareholder value<br>✓ Each new director is diverse, and 80% of the Board is diverse, 60% women |
| **3** **Enhance Board Leadership** | ✓ Patrick Gaston designated as Board Independent Chairman<br>✓ Co-Founders and Co-Chairmen transitioned to a Co-Chairmen Emeriti status and will retire from the Board, effective May 1, 2019<br>✓ Forming a Business Transformation and Strategy Review Committee to review all aspects of the Company's business transformation, strategy and structure<br>✓ Audit and Compensation Committees to be reconstituted with a mix of new and existing directors, including committee chairs |
| **4** **Improve Executive Compensation Plan** | ✓ Will adopt new executive compensation plan, to be shared in connection with filing of our proxy<br>✓ Will increase the at-risk component of executive compensation<br>✓ Further align compensation plan with Company performance and long-term shareholder value creation |



BED BATH & BEYOND  2



# Our Highly Independent Board Has Dramatically Evolved

## 2016

**Dean Adler** — Joined Board: 2001
**Stanley Barshay** — Joined Board: 2003
**Warren Eisenberg** (C) — Joined Board: 1971
**Geraldine Elliott** — Joined Board: 2014
**Klaus Eppler** (L) — Joined Board: 1992
**Leonard Feinstein** (C) — Joined Board: 1971
**Patrick Gaston** — Joined Board: 2007
**Jordan Heller** — Joined Board: 2003
**Victoria Morrison** — Joined Board: 2001
**Steven Temares** — Joined Board: 1999

## Today

**Stephanie Bell-Rose** — Joined Board: 2018
**Harriet Edelman** — Joined Board: 2019
**Patrick Gaston** — Joined Board: 2007
**JB Osborne** — Joined Board: 2018
**Harsha Ramalingam** — Joined Board: 2019
**Virginia Ruesterholz** — Joined Board: 2017
**Steven Temares** — Joined Board: 1999
**Andrea Weiss** — Joined Board: 2019
**Mary Winston** — Joined Board: 2019
**Ann Yerger** — Joined Board: 2019

**Legend:** Former Director | Added in Past 2 Years | New Directors | (C) Chairman | (IC) Independent Chairman | (L) Lead Director

BED BATH & BEYOND   3

## The Board is More Independent, More Diverse and Brings Fresh Perspectives

| | 2016 | | Current |
|---|---|---|---|
| Independent Directors | 70% | → | 90% |
| Average Director Tenure | 20 years | → | <4 years |
| % Diverse Directors | 30% | → | 80% |
| Average Director Age | 68 | → | ~58 |



BED BATH & BEYOND   4

# Our Directors Bring Substantial Branding, Retail, Operational and Technology Skills to the Boardroom



| | Brand Marketing / Product Merchandising | Corporate Finance / Capital Markets / Financial Acumen | Industry Experience | International Experience | Operations Management Experience | Public Company Board Service / Corporate Governance | Real Estate | Senior Leadership & Strategic Planning | Technology / Data Security |
|---|---|---|---|---|---|---|---|---|---|
| Patrick Gaston | ■ | ■ | ■ | ■ | ■ | | | ■ | |
| Steven Temares | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | |
| Stephanie Bell-Rose | | ■ | ■ | ■ | ■ | | | ■ | |
| JB Osborne | ■ | ■ | ■ | | ■ | | | ■ | ■ |
| Virginia Ruesterholz | | ■ | ■ | ■ | ■ | ■ | | ■ | ■ |
| Harriet Edelman | ■ | | | ■ | ■ | ■ | | ■ | ■ |
| Harsha Ramalingam | | | ■ | ■ | ■ | ■ | | ■ | ■ |
| Andrea Weiss | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Mary Winston | | ■ | | | | ■ | | ■ | |
| Ann Yerger | | ■ | | ■ | | ■ | ■ | ■ | |
| **Total** | 5 / 10 | 7 / 10 | 7 / 10 | 8 / 10 | 8 / 10 | 6 / 10 | 3 / 10 | 10 / 10 | 5 / 10 |



BED BATH & BEYOND   5

# Our New Board Leadership

✓ **Transitions to independent Board Chair leadership**

✓ **New Chairwoman of the Nomination & Corporate Governance Committee**



**Patrick Gaston**
**Independent Chairman**

- Chief Executive Officer of Gaston Consulting
- President of the Western Union Foundation (2013-2016)
- President of the Verizon Foundation (2003 – 2011)
- Various management positions at Verizon Communications, Inc. (1984 - 2011)
- Director of BBBY since 2007

Mr. Gaston brings to the Board extensive business and leadership experience in areas such as finance, human resources, public affairs, diversity, and strategic planning.



**Virginia Ruesterholz**
**Chairwoman of the Nomination & Corporate Governance Committee**

- Executive Vice President – Strategic Initiatives of Verizon Communications (2012)
- President of Verizon Services Operations (2009-2011)
- President of Verizon Telecom (2006-2009)
- Serves on the Board of Frontier Communications Corporation and the Hartford Financial Services Group
- Director of BBBY since 2017

Ms. Ruesterholz's extensive experience with executing a transformational business plan, involving significant investment in technology and related services, is highly relevant.



6

# Bed Bath & Beyond's New Independent Directors (1/3)

## Harriet Edelman

    

- **Vice Chairman of Emigrant Bank**
  Former SVP, CIO, Business Transformation, and SVP Global Supply Chain at Avon Products
- **Director of Brinker International and Assurant**
- **Former Director of Blair Corporation, The Hershey Company,**
- **Ariba Inc. and UCB S.A**
  Vice Chairman and Member of the Executive, Finance and Nominating & Governance Committees, Bucknell University Board of Trustees

| | |
|---|---|
| **Senior Leadership** | **Extensive leadership experience** with 16 years of corporate governance experience as **Vice Chairman of Emigrant Bank** |
| **Business Experience** | Spent nearly 30 years at Avon Products Inc. where she rose to various leadership positions in virtually every function, including business transformation, marketing, new product development, and sales |
| **Board Experience** | Significant **public company experience**, having served on four boards of directors including current service on the boards of **Brinker International and Assurant** |

| Financial Expertise | Brand Marketing | Supply Chain Management |
|---|---|---|

## Harsha Ramalingam

  

- **Senior Advisor, Boston Consulting Group and President and Owner of Ramalingam Consulting**
- **Former Global VP of the e-commerce Platform Group, ownership of the CIO and CISO Functions at Amazon.com, member of Consumer Leadership Team**
- **VP, Products and Operations, ECM SaaS/Cloud at ECM Corp**
- **Former Director of Intralinks**

| | |
|---|---|
| **Technology Experience** | Over 30 years of operational leadership experience and global expertise in areas including **information technology and internet software** |
| **Business Experience** | Led Amazon.com's platform technology organization, including **eCommerce, information security, corporate information systems (CIS)** and new business incubation |
| **Board Experience** | Served on the board of **Intralinks**, a software provider of secure communications solutions |

| Cyber Security | Senior Leadership | Global Experience |
|---|---|---|

 7

# Bed Bath & Beyond's New Independent Directors (2/3)

## Andrea Weiss

   

- Founding Partner, The O Alliance Consulting Services
- CEO and Founder of Retail Consulting
- Former executive at dELiA*s, The Limited, GUESS,
- Ann Taylor Stores and The Walt Disney Company
- Director of Cracker Barrel Old Country Store and RPT Realty
- Former Director of GSI Commerce, Pep Boys, Chico's FAS and Nutrisystem

| Senior Leadership | Previously held executive leadership roles at dELiA*s, The Limited, GUESS, Ann Taylor Stores and The Walt Disney Company |
| --- | --- |
| Retail Experience | Early innovator in multi-channel commerce and brings nearly 30 years of entrepreneurial leadership experience in the retail industry, transforming in to the digital space |
| Board Experience | Significant public company experience, having served on four boards including currently on Cracker Barrel Old Country Store, RPT Realty |

| Brand Marketing | Operation Management | Real Estate |
| --- | --- | --- |

## Mary Winston

 

- President and Founder, WinsCo Enterprises Consulting Services
- Former EVP, CFO, Family Dollar Stores
- Former senior executive at Giant Eagle, Scholastic, Visteon, Pfizer
- Director of Acuity Brands, Domtar and Dover
- Former Director of Plexus Corp and SuperValu

| Financial Expertise | Extensive financial expertise, having served as the CFO of Family Dollar Stores, Giant Eagle and Scholastic |
| --- | --- |
| Senior Leadership | Currently serving as the founder of WinsCo Enterprises and previously held executive leadership roles at Family Dollar Stores, Giant Eagle, Scholastic, Visteon and Pfizer |
| Board Experience | Significant public company experience, having served on five boards of directors including currently on the board of Acuity Brands, Domtar and Dover |

| Retail Experience | Corporate Finance |
| --- | --- |

 8

# Bed Bath & Beyond's New Independent Directors (3/3)

## Ann Yerger

  SpencerStuart

- Corporate Governance Specialist, North American Board Practice, Spencer Stuart
- Director, Hershey Entertainment and Resorts Company
- Member of Grant Thornton Audit Quality Advisory Council
- Member of Investor Advisory Group of the Public Company
- Accounting Oversight Board, the Investor Advisory Committee of the US Securities and Exchange Commission, Weinberg Center for Corporate Governance Advisory Board, the Nasdaq Listing and Hearing Review Council and the US Treasury Department's Advisory Committee on the Auditing Profession
- Executive Director, EY Center for Board Matters
- Former Executive Director of the Council of Institutional Investors (CII)
- Former IRRC deputy director for the Investor Responsibility Research Center's corporate governance service

| Senior Leadership | **Extensive leadership experience** as a nationally recognized governance specialist in various roles |
|---|---|
| Governance Experience | Spent nearly 20 years at CII including 10 years in leadership as executive director |
| Board Experience | Serves on the board of Hershey Entertainment and Resorts Company, chairing the Governance Committee and serving on the Compensation and Executive Organization Committee |

 9



# Additional Key Governance Initiatives

✓ **Will adopt new executive compensation plan in response to shareholder feedback, to be shared in connection with filing of our proxy**

   • **Builds upon the ~40% reduction in compensation since 2015**

   • **Will increase the at-risk component of executive compensation**

   • **Further alignment with Company performance and long-term shareholder value**

✓ **Will form Business Transformation and Strategy Review committee**

   • **To review all aspects of the Company's business transformation, strategy and structure**

✓ **Reconstitution of our independent committee structure**

   • **Includes the appointment of Chairs for all committees**

BED BATH & BEYOND    10

# Appendix – Foundation for Significant Transformational Change

 11

## Our Mission

# To be the trusted expert for the home and heart-felt life events.



   12

# Bed Bath & Beyond's Strategic Advantages

**Strong brands that are trusted by customers with a reputation for quality**

          

**Omni-channel capabilities leveraging both physical and digital assets**



1,500+ physical locations across all brands...



...complemented by our digital platforms

**Deep expertise in whole home across all important life stages**



A solution for every room in the house...

   

...through every important life stage

 13

# Bed Bath & Beyond is Responding to the Challenging and Dynamic Retail Environment

## Dynamic Retail Environment

- Dramatic shift to omnichannel – customers demanding a seamless, convenient experience between in-store and digital

- Significant competition with high level of pricing transparency – both to the customer and the retailer

- Customer preference for breadth of offering in both brick & mortar and digital experience

- High level of interest in destinational categories (e.g. bed, bath, kitchen, windows and tabletop) and focus on experiential retail

- Shift from branded items to high-quality private label products

## Bed Bath & Beyond's Response

- Complete transformation of Bed Bath & Beyond's business over the past 18 months

- Structural change of our organization and infrastructure

- Investments in IT, analytics, and value optimization to enable data-driven decision making

- Evolution of our in-store and digital customer experience

- Enhancement of our assortment – including new private label brands

- Extensive focus on profitability, down to the item by channel



BED BATH & BEYOND    14

# Key Initiatives in the Multi-Year Transformation plan

**Drive Mid-and-Long-term Revenue Growth**

- Concept Strategy/ Brand Vision
- Proprietary Brands & Private Label
- Next Gen Lab Store Initiatives
- Front-End Optimization
- Value Optimization

**Drive Near-term and Ongoing Gross Margin Improvements**

- Merchandise Mix
- Value Optimization
- Coupon Strategy
- Supply Chain Enhancements
- Global Sourcing/ 2nd Sourcing Office in Asia

**Drive Near-term and Ongoing SG&A Improvements**

- Store Labor Model
- Marketing Efficiency
- Occupancy/Real Estate Optimization

**Current and Sustainable World-Class Operational Support**

- Reconstructed Team/ Changing How We Work
- Data & Analytics as a Strategic Asset
- IT Transformation/ India Development Center



15

# EXHIBIT C

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

_____

# FORM 10-K

**Annual Report Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**For the fiscal year ended March 2, 2019**

Commission File Number 0-20214

# <u>BED BATH & BEYOND INC.</u>

(Exact name of registrant as specified in its charter)

| <u>New York</u> | <u>11-2250488</u> |
|---|---|
| (State or other jurisdiction of | (IRS Employer |
| incorporation or organization) | Identification No.) |

**650 Liberty Avenue, Union, New Jersey 07083**
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: **908/688-0888**

**Securities registered pursuant to Section 12(b) of the Act:**

| <u>Title of each class</u> | <u>Name of each exchange on which registered</u> |
|---|---|
| Common stock, $.01 par value | The Nasdaq Stock Market LLC |
| | (Nasdaq Global Select Market) |

**Securities registered pursuant to Section 12(g) of the Act:** None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes <u>X</u> No __

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes __ No <u>X</u>

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes <u>X</u> No __

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes <u>X</u> No__

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [ X ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer <u>X</u> | Accelerated filer __ |
| Non-accelerated filer __ | Smaller reporting company ___ |
| Emerging growth company ___ | |

1

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ___

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes __ No X

As of September 1, 2018, the aggregate market value of the common stock held by non-affiliates (which was computed by reference to the closing price on such date of such stock on the Nasdaq Global Select Market) was $2,340,418,978. *

The number of shares outstanding of the registrant's common stock (par value $0.01 per share) at March 30, 2019: 132,089,269.

**Documents Incorporated by Reference**

Portions of the Registrant's definitive proxy statement for the 2019 Annual Meeting of Shareholders to be filed pursuant to Regulation 14A are incorporated by reference in Part III hereof.

\*      For purposes of this calculation, all outstanding shares of common stock have been considered held by non-affiliates other than the 7,593,322 shares beneficially owned by directors and executive officers, including trusts and foundations affiliated with them. In making such calculation, the Registrant does not determine the affiliate or non-affiliate status of any shares for any other purpose.

2

# TABLE OF CONTENTS

**Form 10-K**

| Item No. | Name of Item |
| --- | --- |
| | **PART I** |
| Item 1. | Business |
| Item 1A. | Risk Factors |
| Item 1B. | Unresolved Staff Comments |
| Item 2. | Properties |
| Item 3. | Legal Proceedings |
| Item 4. | Mine Safety Disclosures |
| | **PART II** |
| Item 5. | Market for Registrant's Common Equity, Related Shareholder Matters and Issuer Purchases of Equity Securities |
| Item 6. | Selected Financial Data |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk |
| Item 8. | Financial Statements and Supplementary Data |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure |
| Item 9A. | Controls and Procedures |
| Item 9B. | Other Information |
| | **PART III** |
| Item 10. | Directors, Executive Officers and Corporate Governance |
| Item 11. | Executive Compensation |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Shareholder Matters |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence |
| Item 14. | Principal Accounting Fees and Services |
| | **PART IV** |
| Item 15. | Exhibits, Financial Statement Schedules |
| Item 16. | Form 10-K Summary |

3

# PART I

*Unless otherwise indicated, the term "Company" refers collectively to Bed Bath & Beyond Inc. and subsidiaries as of March 2, 2019. The Company's fiscal year is comprised of the 52 or 53 week period ending on the Saturday nearest February 28. Accordingly, fiscal 2018, fiscal 2017, and fiscal 2016 represented 52 weeks, 53 weeks, and 52 weeks, respectively, and ended on March 2, 2019, March 3, 2018, and February 25, 2017, respectively. Unless otherwise indicated, all references herein to periods of time (e.g., quarters and years) are to fiscal periods.*

## ITEM 1 – BUSINESS

### Overview

Bed Bath & Beyond Inc. is an omnichannel retailer offering high quality and differentiated products, services and solutions for the home and heart-felt life events. The Company sells a wide assortment of domestic merchandise and home furnishings and operates under the names Bed Bath & Beyond ("BBB"), Christmas Tree Shops, Christmas Tree Shops andThat! or andThat! (collectively, "CTS"), Harmon, Harmon Face Values, or Face Values (collectively, "Harmon"), buybuy BABY ("Baby") and World Market, Cost Plus World Market or Cost Plus (collectively, "Cost Plus World Market"). Customers can purchase products either in-store, online, with a mobile device or through a customer contact center. The Company generally has the ability to have customer purchases picked up in-store or shipped direct to the customer from the Company's distribution facilities, stores or vendors. In addition, the Company operates Of a Kind, an e-commerce website that features specially commissioned, limited edition items from emerging fashion and home designers; One Kings Lane, an authority in home décor and design, offering a unique collection of select home goods, designer and vintage items; PersonalizationMall.com ("PMall"), an industry-leading online retailer of personalized products; Chef Central, a retailer of kitchenware, cookware and homeware items catering to cooking and baking enthusiasts; and Decorist, an online interior design platform that provides personalized home design services. The Company also operates Linen Holdings, a provider of a variety of textile products, amenities and other goods to institutional customers in the hospitality, cruise line, healthcare and other industries, which operates under the names of Harbor Linen and T-Y Group.

The Company operates a robust ecommerce platform consisting of various websites and applications including bedbathandbeyond.com, bedbathandbeyond.ca, harmondiscount.com, facevalues.com, christmastreeshops.com, andthat.com, buybuybaby.com, buybuybaby.ca, harborlinen.com, t-ygroup.com, worldmarket.com, ofakind.com, onekingslane.com, personalizationmall.com, chefcentral.com and decorist.com. The Company also operates an established retail store base which consists of 1,533 stores, as of March 2, 2019, and includes 994 Bed Bath & Beyond ("BBB") stores in all 50 states, the District of Columbia, Puerto Rico and Canada, 277 stores under the names of World Market, Cost Plus World Market or Cost Plus (collectively, "Cost Plus World Market"), 124 buybuy BABY ("Baby") stores in 36 states and Canada, 81 stores under the names Christmas Tree Shops, Christmas Tree Shops andThat! or andThat! (collectively, "CTS"), 55 stores under the names Harmon, Harmon Face Values or Face Values (collectively, "Harmon"), and two One Kings Lane stores. In addition, the Company is a partner in a joint venture which operates ten stores in Mexico under the name Bed Bath & Beyond.

The integration of retail store and customer facing digital channels allows the Company to provide its customers with a seamless shopping experience. In-store purchases are primarily fulfilled from that store's inventory, or may also be shipped to a customer from one of the Company's distribution facilities, a vendor, or another store. Purchases, including web and mobile, can be shipped to a customer from the Company's distribution facilities, directly from vendors, or from a store. The Company's customers can also choose to pick up online orders in a store, as well as return online purchases to a store. Customers can also make purchases through one of the Company's customer contact centers and in-store through The Beyond Store, the Company's proprietary, web-based platform. These capabilities allow the Company to better serve customers across various channels.

The Company accounts for its operations as two operating segments: North American Retail and Institutional Sales. The Institutional Sales operating segment, which is comprised of Linen Holdings, does not meet the quantitative thresholds under U.S. generally accepted accounting principles and therefore is not a reportable segment. Net sales outside of the U.S. for the Company were not material for 2018, 2017 and 2016.

### Strategy

Bed Bath & Beyond's mission is to be the trusted expert for the home and heart-felt life events. These include certain life events that evoke strong emotional connections such as getting married, moving to a new home, having a baby, going to college and decorating a room, which the Company supports through its wedding and baby registries, mover and student life programs, and its design consultation services.

To advance its mission, the Company is executing on a comprehensive plan to transform its business and position Bed Bath & Beyond for long-term success. The strategic focus of the transformational initiatives include: product assortment, shopping experience,

services and solutions, and operational excellence. The Company's ongoing efforts to implement and execute on these organization-wide foundational initiatives are intended to drive four key strategic objectives:

- **Mid-and-long-term revenue growth** from portfolio strategy alignment across product assortment, customer experience and customer engagement, including greater focus on growing destinational categories (such as bed, bath, kitchen, windows and tabletop) and proprietary and private-label brands; enhance in-store customer experiences; an enhanced online experience; as well as efforts to assure that the Company's customers are getting the right value for the products they want and need most.

- **Near-term and ongoing gross margin improvements** through changes in assortment mix to drive sales to better margin categories; modifications in pricing algorithms; further optimization of coupon strategy; and supply chain improvements.

- **Near-term and ongoing SG&A improvements** from improvements in store labor model; marketing efficiencies; and reductions in occupancy expense relating to ongoing store lease negotiations.

- **Current and sustainable world-class operational support** through investments in human capital, data and analytics and process improvements; repositioning and articulating the Bed Bath & Beyond brand in the marketplace across all customer interactions including assortment, store and digital experience and marketing; and enhancements in global sourcing capabilities.

To continue the transformational work necessary to execute its comprehensive plan, the Company has been making significant investments in people, processes and technology. The Company's strategy also remains rooted in a customer-first approach and commitment to customer service, while maintaining strong financial discipline. The Company believes it will achieve its mission to be the trusted expert for the home and heart-felt life events**.**

**Pricing.** The Company believes in offering its customers high quality and differentiated products, services and solutions at the right price and value. The Company regularly monitors price levels at its competitors in order to ensure that its prices are in accordance with its pricing philosophy. The Company believes that the application of its pricing philosophy is a significant factor in its ability to establish trust among customers as the expert for the home and heart-felt life events.

**Merchandising.** The Company sells a wide assortment of domestics merchandise and home furnishings. Domestics merchandise includes categories such as bed linens and related items, bath items and kitchen textiles. Home furnishings include categories such as kitchen and tabletop items, fine tabletop, basic housewares, general home furnishings (including furniture and wall décor), consumables and certain juvenile products. The Company strives to present an exciting and engaging assortment of products to its customers, including name brands, proprietary and exclusive brands, as well as personalized products. The Company pursues product differentiation in several ways, including its own product development, and exclusivity and limited distribution with its vendor partners. Some examples of the Company's proprietary brands include Bee & Willow Home, Wamsutta, Olivia & Oliver, SALT and Artisanal Kitchen Supply. The Company, on an ongoing basis, tests new merchandise categories and adjusts the categories of merchandise carried in-store and online and may add new product categories or expand its merchandise assortment as appropriate. Additionally, the Company has and continues to integrate its merchandise assortments among its concepts.

The Company has been evolving its merchandise mix to provide a more inspirational and personal shopping experience with an expanded offering, which includes a more differentiated product mix, and enhanced services and solutions for customers, both in-store and across its customer facing digital channels.

As consumer shopping preferences continue to shift to customer facing digital channels, the Company believes its investments are driving a better omnichannel experience. The Company continues to improve the presentation and content as well as the functionality, general search and navigation features across its customer facing digital channels. The Company is also adapting its physical channels to further integrate its omnichannel capabilities to enhance the in-store customer experience by bringing products, services and solutions, as well as the Company's brand, to life. This includes services such as reserve online and pickup in-store, purchase online and return in-store, and online appointment scheduling for one of the Company's various registry services.

**Marketing.** The Company's marketing efforts include a full-range of online and off-line vehicles, including email, mobile SMS, social, search, digital display, content and influencer marketing, online affiliate programs, and public relations efforts, as well as traditional print media such as postcards, newspaper inserts, circulars, and catalogs, all of which sometimes include coupon offers. The Company is making significant investments to further develop and integrate its expansive customer data with other relevant third-party data and technology tools to develop and scale tailored and personalized marketing communications, and strengthen its position as the expert for the home and heart-felt life events.

5

**Customer Service.** The Company's customer-first approach is rooted in creating a noticeably better shopping experience for each and every customer. The Company invests in its people and in delivering high-quality products, services and solutions. As part of its objective to take care of its customers, the Company strives to make returns and exchanges hassle-free, whether in store or online. The Company's best-in-class registry services for wedding, baby, college and other heart-felt life events provide a unique opportunity to deepen customer relationships by demonstrating a high level of customer service during important life stages. Also, the Company continues to invest in the technology necessary to enable a more seamless interaction between its associates and its customers wherever, whenever and however they wish to interact with the Company. The Company's customer contact centers provide 24/7 customer service and provide support by phone, email or live chat. During the second quarter of fiscal 2017, the Company opened its newest customer contact center in the Orlando, Florida area. The Company continues to focus its efforts and investments to strengthen its position as a leader in customer service.

## Suppliers

The Company purchases substantially all of its merchandise in the United States, the majority from domestic sources (who may manufacture overseas) and the balance from importers. The Company purchases a small amount of its merchandise directly from overseas sources. In fiscal 2018, the Company purchased its merchandise from approximately 11,200 suppliers with its largest supplier accounting for approximately 3% of its merchandise purchases with the 10 largest suppliers accounting for approximately 15% of such purchases. The Company has no long term contracts for the purchases of merchandise. The Company believes that most merchandise, other than brand name goods, is available from a variety of sources and that most brand name goods can be replaced with comparable merchandise.

The Company is in the early stages of expanding its direct importing and direct sourcing capabilities, including the establishment of a second sourcing office in Asia, which opened during fiscal 2018. The Company believes that its expanding global sourcing capabilities will be able to sustain a higher penetration of its own sourced and developed proprietary product in its merchandise assortment.

## Distribution

A substantial portion of the Company's merchandise is shipped to stores through a combination of third party facilities, including cross dock locations, or Company operated distribution facilities which are located throughout the United States. The remaining merchandise for stores is shipped directly from vendors. Merchandise is shipped directly to customers from one of the Company's operated distribution facilities, stores or from vendors. The majority of the Company's shipments are made by contract carriers depending upon location.

See "Item 2 – Properties" for additional information regarding the Company's distribution facilities.

## Associates

As of March 2, 2019, the Company employed approximately 62,000 regular full-time and part-time associates. The Company believes that its employee relations are very good and that the labor turnover rate among its management employees is lower than that generally experienced within the industry.

## Seasonality

The Company's business is subject to seasonal influences. Generally, its sales volumes are higher in the calendar months of August, November and December, and lower in February.

## Growth

The Company has undertaken significant change to adapt to the dynamic retail environment and the evolving needs of its customers to improve its competitive position. To support this change, the Company appointed new leaders to bring expertise in the areas of data analytics, supply chain, customer fulfillment, merchandising, life stages, e-commerce, portfolio management and information technology. As a result, the Company believes that it has the necessary management depth to drive growth.

The Company's ongoing transformation plan is expected to improve mid-and-long-term revenue growth, enhance gross and operating margins and create sustainable shareholder value. The strategic focus of the plan includes product assortment, shopping experience, services and solutions, and operational excellence, and the key financial objectives are: mid-and-long-term revenue growth; near-term and ongoing gross margin improvements; near-term and ongoing selling, general and administrative expenses improvements; and current and sustainable world-class operational support.

6

The continued growth of the Company is dependent, in part, upon the Company's ability to execute its transformation strategy successfully.

From the beginning of fiscal 1992 to the end of fiscal 2018, the Company has grown from 34 stores to 1,533 stores, plus its interactive platforms, including websites and applications, and distribution facilities. Total store square footage, net of openings and closings, grew from approximately 0.9 million square feet at the beginning of fiscal 1992 to approximately 43.1 million square feet at the end of fiscal 2018, and included 17 store openings and 37 closures in fiscal 2018. In fiscal 2019, the Company expects company-wide to open approximately 15 new stores, and close a minimum of approximately 40 stores, unless it can negotiate more favorable lease terms with landlords. Over the past several years, sales from the Company's customer facing digital channels have continued to experience strong growth.

As of March 2, 2019, the Company had distribution facilities totaling approximately 7.2 million square feet, supporting the growth of its customer facing digital channels as well as its stores and its institutional sales segment.

## Competition

The Company operates in a highly competitive business environment and competes with other national, regional, local and online retailers that may carry similar lines of merchandise, including department stores, specialty stores, off-price stores, mass merchandise stores and online only retailers. The Company believes the key to competing in its industry is to provide best-in-class customer service and customer experiences in stores and online, which includes a compelling price and value; high-quality and differentiated products, services and solutions; convenience; technology; personalization; and appealing and experiential store environments.

## Tradenames and Service Marks

The Company uses the service marks "Bed Bath & Beyond," "buybuy BABY," "Christmas Tree Shops," "andThat!," "Harmon," "Face Values," "Cost Plus," "World Market," "Cost Plus World Market," "Of a Kind," "One Kings Lane," "PersonalizationMall.com," "PMall," "Chef Central," and "Decorist," in connection with its retail services. The Company also uses the service marks "Harbor Linen" and "TY Group" in connection with its institutional sales segment. The Company has registered trademarks and service marks or is seeking registrations for these and other trademarks and service marks with the United States Patent and Trademark Office. In addition, the Company has registered or has applications pending with the trademark registries of several foreign countries, including having registered the "Bed Bath & Beyond" name and logo in Canada and Mexico and having registered the "buybuy BABY" name and logo in Canada. The Company also owns a number of product trademarks. The Company files patent applications and seeks copyright registrations where it deems such to be advantageous to the business. The Company believes that its name recognition and service marks are important elements of the Company's merchandising strategy.

## Available Information

The Company makes available as soon as reasonably practicable after filing with the Securities and Exchange Commission ("SEC"), free of charge, through its website, www.bedbathandbeyond.com, the Company's annual reports on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, and amendments to those reports, electronically filed or furnished pursuant to Section 13(a) or 15(d) of the Securities Exchange Act of 1934.

# ITEM 1A – RISK FACTORS

## FORWARD-LOOKING STATEMENTS

This Form 10-K contains forward-looking statements within the meaning of Section 21E of the Securities Exchange Act of 1934, as amended. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include the following:

**General economic factors beyond the Company's control and changes in the economic climate could adversely affect the Company's performance.**

General economic factors that are beyond the Company's control could impact the Company's forecasts and actual performance. These factors include housing markets, recession, inflation, deflation, consumer credit availability, consumer debt levels, fuel and energy costs, interest rates, tax rates and policy, unemployment trends, the impact of natural disasters, civil disturbances and terrorist activities, foreign currency exchange rate fluctuations, conditions affecting the retail environment for products sold by the Company and other matters that influence consumer spending. Changes in the economic climate could adversely affect the Company's performance.

7

**The Company operates in the highly competitive retail business where the use of emerging technologies as well as unanticipated changes in the pricing and other practices of competitors may adversely affect the Company's performance.**

The retail business is highly competitive. The Company competes for customers, employees, locations, merchandise, technology, services and other important aspects of the business with many other local, regional and national retailers. Those competitors range from specialty retailers to department stores and discounters as well as online and multichannel retailers. Specifically, rapidly evolving technologies are altering the manner in which the Company and its competitors communicate and transact with customers. The Company's execution of the elements of its transformation strategy designed to adapt to these changes, in the context of competitors' actions, customers adoption of new technology, and related changes in customer behavior, presents a specific risk in the event the Company is unable to successfully execute its plans or adjust them over time if needed. Further, unanticipated changes in pricing and other practices of the Company's competitors, including promotional activity, such as thresholds for free shipping and rapid price fluctuation enabled by technology, may adversely affect the Company's performance.

**The Company's failure to anticipate and respond in a timely fashion to changes in consumer preferences and demographic factors may adversely affect the Company's financial condition and results of operations.**

The Company's success depends on its ability to anticipate and respond in a timely manner to changing merchandise trends, customer demands and demographics. The Company's failure to anticipate, identify or react appropriately to changes in customer tastes, preferences, shopping and spending patterns and other life interest decisions could lead to, among other things, excess inventories or a shortage of products and may adversely affect the Company's financial condition and results of operations.

**Unusual weather patterns could adversely affect the Company's performance.**

The Company's operating results could be negatively impacted by unusual weather patterns. Frequent or unusually heavy snow, ice or rain storms, hurricanes, floods, tornados or extended periods of unseasonable temperatures could adversely affect the Company's performance.

**A major disruption of the Company's information technology systems could negatively impact operating results.**

The Company's operating results could be negatively impacted by a major disruption of the Company's information technology systems. The Company relies heavily on these systems to process transactions, manage inventory replenishment, summarize results and control distribution of products. Despite numerous safeguards and careful contingency planning, these systems are still subject to power outages, telecommunication failures, cybercrimes, cybersecurity attacks and other catastrophic events. A major disruption of the systems and their backup mechanisms may cause the Company to incur significant costs to repair the systems, experience a critical loss of data and/or result in business interruptions.

**A breach of the Company's data security systems or those of its third party service providers could have a negative impact on the Company's operating results and financial performance due to possible loss of consumer confidence, as well as potential government penalties and private litigation.**

The Company processes, transmits, stores and maintains certain information about its customers and employees in the ordinary course of business. In connection with certain activities, including without limitation credit card processing, website hosting, data encryption and software support, the Company utilizes third party service providers, and the Company believes it takes appropriate steps to require such providers to secure such information and to assess their ability to do so. The Company invests considerable resources in protecting this sensitive information but is still subject to a possible security event, including but not limited to cybercrimes or cybersecurity attacks which may not be detected for a period of time. A breach of its security systems or those of its third party service providers resulting in unauthorized access to stored personal information could negatively impact the Company's operating results and financial performance. Certain aspects of the business, particularly the Company's websites, heavily depend on consumers entrusting personal financial information to be transmitted securely over public networks. A loss of consumer confidence from such a breach could result in lost future sales and have a material adverse effect on the Company's reputation. In addition, a breach or other type of cybercrime or cybersecurity attack could cause the Company to incur significant costs to restore the integrity of its data and systems, could require the devotion of significant management resources, and could result in significant costs in government penalties and private litigation.

**A failure of the Company's suppliers to adhere to appropriate laws, regulations or standards could negatively impact its reputation.**

The Company purchases substantially all of its merchandise in the United States, the majority from domestic sources (who may manufacture overseas) and the balance from importers. The Company purchases a small amount of its merchandise directly from overseas sources. The failure of one of the Company's domestic or foreign suppliers to adhere to labor, environmental, privacy, health

8

and safety laws, regulations and standards could negatively impact the Company's reputation and have an adverse effect on the Company's results of operations.

**Damage to the reputation of the Company in any aspect of its operations could potentially impact its operating and financial results.**

The Company's reputation is based, in part, on perceptions of subjective qualities, so incidents involving the Company, its products or the retail industry in general that erode customer trust or confidence could adversely affect the Company's reputation and its business. As the Company increases the number of items it is able to have shipped directly from a vendor to a customer for home delivery or in home assembly, any deficiencies in the performance of these third party merchandise vendors and service providers could also have an adverse effect on the Company's reputation, despite the Company's monitoring controls and procedures. In addition, challenges to the Company's compliance with a variety of social, product, labor and environmental standards could also jeopardize its reputation and lead to adverse publicity, especially in social media. The use of social media by the Company and consumers has also increased the risk that the Company's reputation could be negatively impacted. The availability of information and opinion on social media is immediate, as is its impact. The opportunity for dissemination of information, including inaccurate and inflammatory information and opinion, is virtually limitless. Information about or affecting the Company is easily accessible and rapidly disseminated.

Damage to the reputation of the Company in any aspect of its operations could potentially impact its operating and financial results as well as require additional resources to rebuild its reputation.

**Changes in statutory, regulatory, and other legal requirements at a local, state or provincial and national level, or deemed noncompliance with such requirements, could potentially impact the Company's operating and financial results.**

The Company is subject to numerous statutory, regulatory and legal requirements at a local, state or provincial and national level, and this regulatory environment is subject to constant change. The Company's operating results could be negatively impacted by developments in these areas due to the costs of compliance in addition to possible government penalties and litigation in the event of deemed noncompliance. Changes in the law or the regulatory environment in the areas of product safety, environmental protection, privacy and information security, wage and hour laws, and international trade policy, among others, could potentially impact the Company's operations and financial results.

**Changes to accounting rules, regulations and tax laws, or new interpretations of existing accounting standards or tax laws could negatively impact the Company's operating results and financial position.**

The Company's operating results and financial position could be negatively impacted by changes to accounting rules and regulations or new interpretations of existing accounting standards. The Company's effective income tax rate could be impacted by changes in accounting standards as well as changes in tax laws or the interpretations of these tax laws by courts and taxing authorities which could negatively impact the Company's financial results. Such changes would include for example, the possible adoption by the United States of additional tariffs, or the disallowance of tax deductions, with respect to imported merchandise.

**New, or developments in existing, litigation, claims or assessments could potentially impact the Company's operating and financial results.**

The Company is involved in litigation, claims and assessments incidental to the Company's business, the disposition of which is not expected to have a material effect on the Company's financial position or results of operations. It is possible, however, that future results of operations for any particular quarterly or annual period could be materially affected by changes in the Company's assumptions related to these matters. While outcomes of such actions vary, any such claim or assessment against the Company could potentially impact the Company's operations and financial results.

**The success of the Company is dependent, in part, on managing costs of labor, merchandise and other expenses that are subject to factors beyond the Company's control.**

The Company's success depends, in part, on its ability to manage operating costs and to look for opportunities to reduce costs. The Company's ability to meet its labor needs while controlling costs is subject to external factors such as unemployment levels, prevailing wage rates, minimum wage legislation, labor organizing activities and changing demographics. The Company's ability to find qualified merchandise vendors and service providers and obtain access to products in a timely and efficient manner can be adversely affected by trade restrictions, political instability, the financial instability of suppliers, suppliers' noncompliance with applicable laws, transportation costs, disruptions to its supply chain network serving the Company's stores, distribution facilities and customers due to labor disturbances and other items, and other factors beyond the Company's control.

9

**Disruptions of the Company's supply chain could have an adverse effect on the Company's operating and financial results.**

Disruption of the Company's supply chain capabilities due to trade restrictions, political instability, weather, natural disaster, terrorism, product recalls, labor supply or stoppages, the financial and/or operational instability of key suppliers and carriers, or other reasons could impair the Company's ability to distribute its products. To the extent the Company is unable to mitigate the likelihood or potential impact of such events, there could be an adverse effect on the Company's operating and financial results.

**The success of the Company is dependent, in part, on the ability of its employees in all areas of the organization to execute its business plan and, ultimately, to satisfy its customers.**

The Company's ability to attract and retain qualified employees in all areas of the organization may be affected by a number of factors, including geographic relocation of employees, operations or facilities and the highly competitive markets in which the Company operates, including the markets for the types of skilled individuals needed to support the Company's continued success.

**The success of the Company is dependent, in part, on its ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets it serves.**

The Company's success depends, in part, on its ability to develop its digital capabilities in conjunction with optimizing its physical store operations and market coverage, while maintaining profitability. The Company's ability to develop these capabilities will depend on a number of factors, including its assessment and implementation of emerging technologies. The Company's ability to optimize its store operations and market coverage requires active management of its real estate portfolio in a manner that permits store sizes, layouts, locations and offerings to evolve over time, which to the extent it involves the relocation of existing stores or the opening of additional stores will depend on a number of factors, including its identification and availability of suitable locations; its success in negotiating leases on acceptable terms; and its timely development of new stores, including the availability of construction materials and labor and the absence of significant construction and other delays based on weather or other events. These factors could potentially increase the cost of doing business and the risk that the Company's business practices could result in liabilities that may adversely affect its performance, despite the exercise of reasonable care.

**Disruptions in the financial markets could have an adverse effect on the Company's ability to access its cash and cash equivalents.**

The Company may have amounts of cash and cash equivalents at financial institutions that are in excess of federally insured limits. While the Company closely manages its cash and cash equivalents balances to minimize risk, if there were disruptions in the financial markets, the Company cannot be assured that it will not experience losses on its deposits.

**The Company's stock price has been and may continue to be subject to volatility, and this and other factors may affect elements of the Company's capital allocation strategy such as share repurchases and dividends.**

The Company's stock price has experienced volatility over time and this volatility may continue, in part due to factors such as those mentioned in this Item 1A. Stock volatility in itself may adversely affect shareholder confidence as well as employee morale and retention for those associates who receive equity grants as part of their compensation packages. The impact on employee morale and retention could adversely affect the Company's business performance and financial results. Stock volatility and other factors may also affect elements of the Company's capital allocation strategy.

As part of its capital allocation strategy, since December 2004, the Company's Board of Directors has authorized several share repurchase programs, and in April 2016, the Board of Directors authorized a quarterly dividend program. Decisions regarding share repurchases and dividends are within the discretion of the Board of Directors, and will be influenced by a number of factors, including the price of the Company's common stock, general business and economic conditions, the Company's financial condition and operating results, the emergence of alternative investment or acquisition opportunities, changes in business strategy and other factors. Changes in, or the elimination of, the Company's share repurchase programs or its dividend could have an adverse effect on the price of the Company's common stock.

**The Company's business would be adversely affected if the Company is unable to service its debt obligations.**

The Company has incurred indebtedness under senior unsecured notes and has entered into a senior unsecured revolving credit facility. The Company's ability to pay interest and principal when due, comply with debt covenants or repurchase the senior unsecured notes if a change of control occurs, will depend upon, among other things, sales and cash flow levels and other factors that affect its future financial and operating performance, including prevailing economic conditions and financial and business factors, many of which are beyond the Company's control.

10

If the Company becomes unable in the future to generate sufficient cash flow to meet its debt service requirements, it may be forced to take remedial actions such as restructuring or refinancing its debt; seeking additional debt or equity capital; reducing or delaying its business activities, or selling assets. There can be no assurance that any such measures would be successful.

**The Company has acquired several businesses and continues to evaluate potential business initiatives, including acquisitions, any of which could adversely impact the Company's performance.**

The Company believes it carefully evaluates and plans for the integration of newly acquired businesses, as well as carefully prepares for and executes on other business combinations and strategic initiatives that are part of the success of its business. However, such activities involve certain inherent risks, including the failure to retain key personnel from an acquired business; undisclosed or subsequently arising liabilities; challenges in the successful integration of operations, aligning standards, policies and systems; and the potential diversion of management resources from existing operations to respond to unforeseen issues arising in the context of the integration of a new business or initiative.

## ITEM 1B – UNRESOLVED STAFF COMMENTS

None.

## ITEM 2 – PROPERTIES

Most of the Company's stores are located in suburban areas of medium and large-sized cities. These stores are situated in strip and power strip shopping centers, as well as in major off-price and conventional malls, and in free standing buildings.

The Company's 1,533 stores are located in all 50 states, the District of Columbia, Puerto Rico and Canada and range in size from approximately 3,500 to 100,000 square feet, but are predominantly between 18,000 and 50,000 square feet. Approximately 85% to 90% of store space is used for selling areas.

The table below sets forth the locations of the Company's stores as of March 2, 2019:

**STORE LOCATIONS**

| | | | |
|---|---|---|---|
| Alabama | 24 | New York | 99 |
| Alaska | 1 | North Carolina | 46 |
| Arizona | 40 | North Dakota | 3 |
| Arkansas | 8 | Ohio | 47 |
| California | 182 | Oklahoma | 10 |
| Colorado | 34 | Oregon | 16 |
| Connecticut | 26 | Pennsylvania | 42 |
| Delaware | 6 | Rhode Island | 5 |
| Florida | 96 | South Carolina | 24 |
| Georgia | 39 | South Dakota | 3 |
| Hawaii | 2 | Tennessee | 26 |
| Idaho | 9 | Texas | 120 |
| Illinois | 49 | Utah | 15 |
| Indiana | 22 | Vermont | 3 |
| Iowa | 11 | Virginia | 48 |
| Kansas | 12 | Washington | 36 |
| Kentucky | 11 | West Virginia | 3 |
| Louisiana | 21 | Wisconsin | 16 |
| Maine | 8 | Wyoming | 2 |
| Maryland | 23 | District of Columbia | 3 |
| Massachusetts | 43 | Puerto Rico | 3 |
| Michigan | 43 | Alberta, Canada | 13 |
| Minnesota | 15 | British Columbia, Canada | 12 |
| Mississippi | 7 | Manitoba, Canada | 1 |
| Missouri | 22 | New Brunswick, Canada | 2 |
| Montana | 9 | Newfoundland and Labrador, Canada | 1 |
| Nebraska | 8 | Nova Scotia, Canada | 2 |
| Nevada | 15 | Ontario, Canada | 26 |
| New Hampshire | 15 | Prince Edward Island, Canada | 1 |
| New Jersey | 93 | Saskatchewan, Canada | 2 |
| New Mexico | 9 | **Total** | **1,533** |

11

The Company leases substantially all of its existing stores. The leases provide for original lease terms that generally range from 10 to 15 years and most leases provide for a series of five year renewal options, often at increased rents. The Company evaluates leases on an ongoing basis which may lead to renegotiated lease provisions, including rent and term duration, during renewal options, or the possible relocation or closing of stores. The Company expects to close a minimum of approximately 40 stores in fiscal 2019, unless it is able to negotiate more favorable lease terms with its landlords. Certain leases provide for scheduled rent increases (which, in the case of fixed increases, the Company accounts for on a straight-line basis over the committed lease term, beginning when the Company obtains possession of the premises) and/or for contingent rent (based upon store sales exceeding stipulated amounts).

The Company has distribution facilities, which ship merchandise to stores and customers, totaling approximately 7.2 million square feet consisting of three owned and 16 leased facilities.

As of March 2, 2019, the Company has approximately 940,000 square feet within 23 leased and owned facilities for procurement and corporate office functions. In addition, the Company has four locations, totaling approximately 7,500 square feet, which are utilized primarily for sales related functions for its institutional sales segment.

## ITEM 3 – LEGAL PROCEEDINGS

The District Attorney's office for the County of Ventura, California, together with District Attorneys for other counties in California (together, the "District Attorneys"), recently concluded an investigation regarding the management and disposal at the Company's stores in California of certain materials that may be deemed hazardous or universal waste under California law. On March 19, 2019, the District Attorneys provided the Company with a settlement demand that included a proposed civil penalty, reimbursement of investigation costs, and certain injunctive relief, including modifications to the Company's existing compliance program, which already includes associate training, on-going review of disposal rules applicable to various product categories, and specialized third-party disposal. The Company is working with the District Attorneys towards a resolution of this matter and has recorded an accrual for the estimated probable loss for this matter as of March 2, 2019. While no assurance can be given as to its ultimate outcome, the Company does not believe that the final resolution of this matter will have a material effect on the Company's consolidated financial position, results of operations or liquidity.

The Company is party to various legal proceedings arising in the ordinary course of business, which the Company does not believe to be material to the Company's consolidated financial position, results of operations or liquidity.

## ITEM 4 – MINE SAFETY DISCLOSURES

Not Applicable.

12

**PART II**

# ITEM 5 – MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED SHAREHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES

The Company's common stock is traded on The Nasdaq Global Select Market under the symbol BBBY. On March 30, 2019, there were approximately 5,200 shareholders of record of the common stock (without including individual participants in nominee security position listings). On March 29, 2019, the last reported sale price of the common stock was $16.99.

During fiscal 2016, the Company's Board of Directors authorized a quarterly dividend program. During fiscal 2018 and 2017, total cash dividends of $86.3 million and $80.9 million were paid, respectively. Subsequent to the end of the fourth quarter of fiscal 2018, on April 10, 2019, the Company's Board of Directors declared a quarterly dividend increase to $0.17 per share to be paid on July 16, 2019 to shareholders of record at the close of business on June 14, 2019. The Company expects to pay quarterly cash dividends on its common stock in the future, subject to the determination by the Board of Directors, based on an evaluation of the Company's earnings, financial condition and requirements, business conditions and other factors.

Since 2004 through the end of fiscal 2018, the Company has repurchased approximately $10.6 billion of its common stock through share repurchase programs. The Company's purchases of its common stock during the fourth quarter of fiscal 2018 were as follows:

| Period | Total Number of Shares Purchased (1) | | Average Price Paid per Share (2) | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs (1) | | Approximate Dollar Value of Shares that May Yet Be Purchased Under the Plans or Programs (1) (2) |
|---|---|---|---|---|---|---|
| December 2, 2018 - December 29, 2018 | 209,600 | $ | 12.09 | 209,600 | $ | 1,411,246,888 |
| December 30, 2018 - January 26, 2019 | 908,600 | $ | 14.31 | 908,600 | $ | 1,398,244,105 |
| January 27, 2019 - March 2, 2019 | 4,046,800 | $ | 15.33 | 4,046,800 | $ | 1,336,216,128 |
| Total | 5,165,000 | $ | 15.02 | 5,165,000 | $ | 1,336,216,128 |

(1) Between December 2004 and September 2015, the Company's Board of Directors authorized, through several share repurchase programs, the repurchase of $11.950 billion of its shares of common stock. The Company has authorization to make repurchases from time to time in the open market or through other parameters approved by the Board of Directors pursuant to existing rules and regulations. Shares purchased, as indicated in this table, also include shares withheld to cover employee related taxes on vested restricted shares and performance stock unit awards.

(2) Excludes brokerage commissions paid by the Company.

**Stock Price Performance Graph**

The graph shown below compares the performance of the Company's common stock with that of the S&P 500 Index, the S&P Specialty Retail Index and the S&P Retail Composite Index over the same period (assuming the investment of $100 in the Company's common stock and each of the three Indexes on March 1, 2014, and the reinvestment of dividends, if any).

13



14

# ITEM 6 – SELECTED FINANCIAL DATA.

| Consolidated Selected Financial Data | | Fiscal Year Ended (1) | | | | |
|---|---|---|---|---|---|---|
| (in thousands, except per share and selected operating data) | | March 2, 2019 | March 3, 2018 (2) | February 25, 2017 (3) | February 27, 2016 | February 28, 2015 |
| **Statement of Operations Data:** | | | | | | |
| Net sales | $ | 12,028,797 | $ 12,349,301 | $ 12,215,757 | $ 12,103,887 | $ 11,881,176 |
| Gross profit | | 4,103,980 | 4,443,015 | 4,576,350 | 4,620,310 | 4,619,779 |
| Operating (loss) profit (8) | | (87,135) | 761,321 | 1,135,210 | 1,414,903 | 1,554,293 |
| Net (loss) earnings | | (137,224) | 424,858 | 685,108 | 841,489 | 957,474 |
| Net (loss) earnings per share - Diluted | $ | (1.02) | $ 3.04 | $ 4.58 | $ 5.10 | $ 5.07 |
| Dividends declared per share (6) | $ | 0.64 | $ 0.60 | $ 0.50 | $ — | $ — |
| **Selected Operating Data:** | | | | | | |
| Number of stores open (at period end) | | 1,533 | 1,552 | 1,546 | 1,530 | 1,513 |
| Total square feet of store space (at period end) | | 43,132,000 | 43,681,000 | 43,619,000 | 43,274,000 | 43,041,000 |
| Percentage (decrease) increase in comparable sales (4) | | (1.1%) | (1.3%) | (0.6)% | 1.0% | 2.4% |
| Comparable sales (in 000's) (4) | $ | 11,604,110 | $ 11,813,092 | $ 11,701,042 | $ 11,722,973 | $ 11,517,454 |
| **Balance Sheet Data (at period end):** | | | | | | |
| Working capital | $ | 1,832,340 | $ 1,805,393 | $ 1,559,400 | $ 1,757,282 | $ 1,933,647 |
| Total assets | | 6,570,541 | 7,040,806 | 6,822,655 | 6,487,677 | 6,749,665 |
| Long-term sale/leaseback and capital lease obligations | | 103,983 | 105,614 | 107,136 | 109,274 | 106,948 |
| Long-term debt (5) | | 1,487,934 | 1,492,078 | 1,491,603 | 1,491,137 | 1,490,672 |
| Shareholders' equity (6) (7) | $ | 2,560,331 | $ 2,888,628 | $ 2,719,277 | $ 2,559,540 | $ 2,743,190 |

(1) Each fiscal year represents 52 weeks, except for fiscal 2017 (ended March 3, 2018) which represents 53 weeks.
(2) The Company acquired Decorist, Inc. on March 6, 2017.
(3) The Company acquired One Kings Lane, Inc. on June 13, 2016, PersonalizationMall.com, LLC ("PMall") on November 23, 2016, and certain assets of Chef Central on January 27, 2017.
(4) Comparable sales include sales consummated through all retail channels which have been operating for twelve full months following the opening period (typically four to six weeks). Of a Kind was excluded from the comparable sales calculations through the end of the first fiscal half of 2016, and is included beginning with the fiscal third quarter of 2016. PMall is included in the comparable sales calculation beginning in the fourth quarter of fiscal 2017. One Kings Lane, Chef Central and Decorist are included in the comparable sales calculation beginning in the first quarter of fiscal 2018. Linen Holdings is excluded from the comparable sales calculations and will continue to be excluded on an ongoing basis as it represents non-retail activity.
(5) On July 17, 2014, the Company issued $300 million aggregate principal amount of 3.749% senior unsecured notes due August 1, 2024, $300 million aggregate principal amount of 4.915% senior unsecured notes due August 1, 2034 and $900 million aggregate principal amount of 5.165% senior unsecured notes due August 1, 2044. In fiscal 2018, the Company purchased and retired $4.6 million of senior unsecured notes due August 1, 2024. Amounts shown are net of unamortized deferred financing costs.
(6) The Company's Board of Directors declared quarterly dividends of $0.16 per share in each quarter of fiscal 2018, totaling $0.64 per share or approximately $89 million for the fiscal year 2018, $0.15 per share in each quarter of fiscal 2017, totaling $0.60 per share or approximately $86 million for the fiscal year 2017 and $0.125 per share in each quarter of fiscal 2016, totaling $0.50 per share or approximately $76 million for the fiscal year 2016. The Company had not declared any cash dividends in any of the fiscal years prior to fiscal 2016.
(7) In fiscal 2018, 2017, 2016, 2015, and 2014, the Company repurchased approximately $0.148 billion, $0.252 billion, $0.547 billion, $1.101 billion, and $2.251 billion of its common stock, respectively.
(8) Fiscal 2018 operating loss includes non-cash pre-tax goodwill and other impairment charges of $509.9 million.

# ITEM 7 – MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

OVERVIEW

Bed Bath & Beyond Inc. and subsidiaries (the "Company") is an omnichannel retailer selling a wide assortment of domestics merchandise and home furnishings which operates under the names Bed Bath & Beyond ("BBB"), Christmas Tree Shops, Christmas Tree Shops andThat! or andThat! (collectively, "CTS"), Harmon, Harmon Face Values, or Face Values (collectively, "Harmon"), buybuy BABY ("Baby") and World Market, Cost Plus World Market or Cost Plus (collectively, "Cost Plus World Market"). Customers can purchase products either in-store, online, with a mobile device or through a customer contact center. The Company generally has the ability to have customer purchases picked up in-store or shipped direct to the customer from the Company's distribution facilities, stores or vendors. In addition, the Company operates Of a Kind, an e-commerce website that features specially commissioned, limited edition items from emerging fashion and home designers; One Kings Lane, an authority in home décor and design, offering a unique collection of select home goods, designer and vintage items; PersonalizationMall.com ("PMall"), an industry-leading online retailer of personalized products; Chef Central, a retailer of kitchenware, cookware and homeware items catering to cooking and baking enthusiasts; and Decorist, an online interior design platform that provides personalized home design services. The Company also operates Linen Holdings, a provider of a variety of textile products, amenities and other goods to institutional customers in the hospitality, cruise line, healthcare and other industries. Additionally, the Company is a partner in a joint venture which operates retail stores in Mexico under the name Bed Bath & Beyond.

The Company accounts for its operations as two operating segments: North American Retail and Institutional Sales. The Institutional Sales operating segment, which is comprised of Linen Holdings, does not meet the quantitative thresholds under U.S. generally accepted accounting principles and therefore is not a reportable segment.

The Company's mission is to be the trusted expert for the home and heart-felt life events. These include certain life events that evoke strong emotional connections such as getting married, moving to a new home, having a baby, going to college and decorating a room, which the Company supports through its wedding and baby registries, mover and student life programs, and its design consultation services.

To advance its mission, the Company is executing on a comprehensive plan to transform its business and position the Company for long-term success. The strategic focus of the transformational initiatives include: product assortment, shopping experience, services and solutions, and operational excellence. The Company's ongoing efforts to implement and execute on these organization-wide foundational initiatives are intended to drive four key strategic objectives including mid-and-long-term revenue growth, near-term and ongoing gross margin improvements, near-term and ongoing selling, general and administrative expenses ("SG&A) improvements, and current and sustainable world-class operational support.

The integration of retail store and customer facing digital channels allows the Company to provide its customers with a seamless shopping experience. In-store purchases are primarily fulfilled from that store's inventory, or may also be shipped to a customer from one of the Company's distribution facilities, a vendor, or another store. Purchases, including web and mobile, can be shipped to a customer from the Company's distribution facilities, directly from vendors, or from a store. The Company's customers can also choose to pick up online orders in a store, as well as return online purchases to a store. Customers can also make purchases through one of the Company's customer contact centers and in-store through The Beyond Store, the Company's proprietary, web-based platform. These capabilities allow the Company to better serve customers across various channels.

Operating in the highly competitive retail industry, the Company, along with other retail companies, is influenced by a number of factors including, but not limited to, general economic conditions including the housing market, unemployment levels and commodity prices; the overall macroeconomic environment and related changes in the retailing environment; consumer preferences, spending habits and adoption of new technologies; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; potential supply chain disruption; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; and the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities. The Company cannot predict whether, when or the manner in which these factors could affect the Company's operating results.

The results of operations for the fiscal year ended March 3, 2018 include Decorist since the date of acquisition, March 6, 2017. The results of operations for the fiscal year ended February 25, 2017 include One Kings Lane since the date of acquisition, June 13, 2016, and PMall since the date of acquisition, November 23, 2016.

16

The following represents an overview of the Company's financial performance for the periods indicated:

- Net sales in fiscal 2018 (fifty-two weeks) decreased approximately 2.6% to $12.029 billion; net sales in fiscal 2017 (fifty-three weeks) increased approximately 1.1% to $12.349 billion over net sales of $12.216 billion in fiscal 2016 (fifty-two weeks).

- Comparable sales in fiscal 2018 (fifty-two weeks) decreased by approximately 1.1%, as compared to a decrease of approximately 1.3% for fiscal 2017 (fifty-three weeks) and a decrease of approximately 0.6% for fiscal 2016 (fifty-two weeks). Comparable sales percentages are calculated based on an equivalent number of weeks in each annual period. For fiscal 2018 and fiscal 2017, comparable sales consummated through customer facing digital channels continued the trend of year over year strong growth, while comparable sales consummated in-store declined in the mid-single-digit percentage range from the corresponding period in the prior year.

Comparable sales include sales consummated through all retail channels which have been operating for twelve full months following the opening period (typically four to six weeks). The Company is an omnichannel retailer with capabilities that allow a customer to use more than one channel when making a purchase, including in-store, online, with a mobile device or through a customer contact center, and have it fulfilled, in most cases, either through in-store customer pickup or by direct shipment to the customer from one of the Company's distribution facilities, stores or vendors.

Sales consummated on a mobile device while physically in a store location are recorded as customer facing digital channel sales. Customer orders taken in-store by an associate through The Beyond Store, the Company's proprietary, web-based platform are recorded as in-store sales. Customer orders reserved online and picked up in a store are recorded as in-store sales. Sales originally consummated from customer facing digital channels and subsequently returned in-store are recorded as a reduction of in-store sales.

Stores relocated or expanded are excluded from comparable sales if the change in square footage would cause meaningful disparity in sales over the prior period. In the case of a store to be closed, such store's sales are not considered comparable once the store closing process has commenced. Stores impacted by unusual and unexpected events outside the Company's control, including severe weather, fire or floods, are excluded from comparable sales for the period of time that such event would cause a meaningful disparity in sales over the prior period. Of a Kind was excluded from the comparable sales calculations through the end of the first fiscal half of 2016, and is included beginning with the fiscal third quarter of 2016. PMall is included in the comparable sales calculation beginning in the fourth quarter of fiscal 2017. One Kings Lane, Chef Central and Decorist are included in the comparable sales calculation beginning in the first quarter of fiscal 2018. Linen Holdings is excluded from the comparable sales calculations and will continue to be excluded on an ongoing basis as it represents non-retail activity.

- Gross profit for fiscal 2018 was $4.104 billion or 34.1% of net sales, compared with $4.443 billion or 36.0% of net sales for fiscal 2017 and $4.576 billion or 37.5% of net sales for fiscal 2016.

- SG&A for fiscal 2018 were $3.681 billion or 30.6% of net sales, compared with $3.682 billion or 29.8% of net sales for fiscal 2017 and $3.441 billion or 28.2% of net sales for fiscal 2016.

- Goodwill and other impairments for fiscal 2018 were $509.9 million or 4.2% of net sales. There were no goodwill and other impairments in fiscal 2017 or fiscal 2016.

- Interest expense, net was $69.5 million, $65.7 million, and $69.6 million in fiscal 2018, 2017 and 2016, respectively.

- The effective tax rate was 12.4%, 38.9%, and 35.7% for fiscal years 2018, 2017 and 2016, respectively.

For fiscal 2018, 2017 and 2016, the effective tax rate included net benefits of approximately $12.1 million, net expense of approximately $7.1 million which included the impacts of the comprehensive tax legislation, commonly referred to as the Tax Cuts and Jobs Act (the "Tax Act"), enacted by the U.S. government on December 22, 2017 and net benefits of approximately $18.5 million, respectively. The effective tax rates for fiscal 2018, 2017 and 2016 included net benefits due to the recognition of favorable discrete federal and state tax items.

The Company's effective tax rate for fiscal 2017 included a net increase of approximately 1.5%, resulting from the impacts of the Tax Act. The Tax Act significantly revised the U.S. tax code by, among other things, (i) reducing the federal corporate income tax rate from 35% to 21%, effective January 1, 2018, (ii) imposing a one-time transition tax on earnings of foreign subsidiaries deemed to be repatriated and (iii) implementing a modified territorial tax system. The net unfavorable tax impact included the following: (1) re-measurement of the Company's net deferred tax assets that existed on December 22,

17

2017; (2) deferred taxes that were created after December 22, 2017 that were deducted at the federal statutory rate of 32.66%, but will reverse at the newly enacted 21% federal statutory rate; (3) the transition tax on accumulated foreign earnings; and (4) the decrease in the federal statutory tax rate in fiscal 2017.

Additionally in fiscal 2017, the effective tax rate included the effect of the adoption of Accounting Standards Update 2016-09, *Compensation – Stock Compensation (Topic 718): Improvements to Share-Based Payment Accounting*, ("ASU 2016-09, *Stock Compensation*"), which increased the effective tax rate by approximately 1.4%. The effective rate also included approximately 1.9% of favorable tax benefits occurring during fiscal 2017.

- For the fiscal year ended March 2, 2019 (fifty-two weeks), net loss per diluted share was $(1.02) ($(137.2) million) and included the unfavorable impact of approximately $3.07 per diluted share from goodwill and other impairments. For the fiscal year ended March 3, 2018 (fifty-three weeks), net earnings per diluted share was $3.04 ($424.9 million) and for the fiscal year ended February 25, 2017 (fifty-two weeks), net earnings per diluted share was $4.58 ($685.1 million).

  For the fiscal year ended March 2, 2019, the decrease in net earnings per diluted share is a result of the decrease in net earnings due to the items described above, partially offset by the impact of the Company's repurchase of its common stock.

  For the fiscal year ended March 3, 2018, the decrease in net earnings per diluted share is the result of the decrease in net earnings due to the items described above, partially offset by an estimated $0.05 benefit related to the fifty-third week in fiscal 2017 and the benefit of the Company's repurchases of its common stock. In addition, fiscal 2017 net earnings per diluted share included the net unfavorable impact of the Tax Act of approximately $0.08, the unfavorable impact of the adoption of ASU 2016-09, *Stock Compensation* of approximately $0.07 and the cash restructuring charges associated with the acceleration of the realignment of its store management structure of approximately $0.04.

Capital expenditures for fiscal 2018, 2017, and 2016 were $325.4 million, $375.8 million and $373.6 million, respectively. Approximately 60% of the current year capital expenditures were for technology projects, including investments in the Company's digital capabilities, and the development and deployment of new systems and equipment in its stores. The remaining capital expenditures were primarily related to new store openings and investments in existing stores.

The Company continues to review and prioritize its capital needs and remains committed to making the required investments in its infrastructure, including adding resources, to help position the Company for continued growth and success. Key areas of investment include: continuing to improve the presentation and content as well as the functionality, general search and navigation across its customer facing digital channels; improving customer data integration and customer relations management capabilities; continuing to enhance service offerings to its customers; continuing to strengthen and deepen its information technology, analytics, marketing and e-commerce groups; and creating more flexible fulfillment options that will improve the Company's delivery capabilities and lower the Company's shipping costs. These and other investments are expected to, among other things, provide a seamless and compelling customer experience across the Company's omnichannel retail platform.

During fiscal 2018, the Company opened a total of 17 new stores and closed 37 stores. The Company plans to continue to actively manage its real estate portfolio in order to permit store sizes, layouts, locations and offerings to evolve over time to optimize market profitability and will renovate or reposition stores within markets when appropriate. Over the past several years, the Company's pace of its store openings has slowed, and the Company has increased the number of store closings. The Company expects to close a minimum of approximately 40 stores in fiscal 2019, unless it is able to negotiate more favorable lease terms with its landlords. These expected closures are primarily Bed Bath & Beyond stores. In fiscal 2019, the Company expects to open approximately 15 new stores. Additionally, the Company expects to continue to invest in technology related projects, including the deployment of new systems and equipment in its stores, enhancements to the Company's customer facing digital channels, ongoing investment in its data warehouse and data analytics and the continued deployment of a new point of sale system.

During fiscal 2016, the Company's Board of Directors authorized a quarterly dividend program. During fiscal 2018, 2017 and 2016, total cash dividends of $86.3 million, $80.9 million and $55.6 million were paid, respectively. Subsequent to the end of the fourth quarter of fiscal 2018, on April 10, 2019, the Company's Board of Directors declared a quarterly dividend increase to $0.17 per share to be paid on July 16, 2019 to shareholders of record at the close of business on June 14, 2019. The Company expects to pay quarterly cash dividends on its common stock in the future, subject to the determination by the Board of Directors, based on an evaluation of the Company's earnings, financial condition and requirements, business conditions and other factors.

During fiscal 2018, 2017 and 2016, the Company repurchased 9.1 million, 8.0 million, and 12.3 million shares, respectively, of its common stock at a total cost of approximately $148.1 million, $252.4 million and $547.0 million, respectively. The Company's share repurchase program may be influenced by several factors, including business and market conditions. The Company reviews its alternatives with respect to its capital structure on an ongoing basis.

18

RESULTS OF OPERATIONS

The following table sets forth for the periods indicated (i) selected statement of operations data of the Company expressed as a percentage of net sales and (ii) the percentage change in dollar amounts from the prior year in selected statement of operations data:

| | Fiscal Year Ended | | | | |
| --- | --- | --- | --- | --- | --- |
| | Percentage of Net Sales | | | Percentage Change from Prior Year | |
| | March 2, 2019 | March 3, 2018 | February 25, 2017 | March 2, 2019 | March 3, 2018 |
| Net sales | 100.0 % | 100.0% | 100.0% | (2.6)% | 1.1 % |
| Cost of sales | 65.9 | 64.0 | 62.5 | 0.2 | 3.5 |
| Gross profit | 34.1 | 36.0 | 37.5 | (7.6) | (2.9) |
| Selling, general and administrative expenses | 30.6 | 29.8 | 28.2 | — | 7.0 |
| Goodwill and other impairments | 4.2 | — | — | 100.0 | — |
| Operating (loss) profit | (0.7) | 6.2 | 9.3 | (111.4) | (32.9) |
| Interest expense, net | 0.6 | 0.5 | 0.6 | 5.8 | (5.6) |
| (Loss) earnings before provision for income taxes | (1.3) | 5.6 | 8.7 | (122.5) | (34.7) |
| (Benefit) provision for income taxes | (0.2) | 2.2 | 3.1 | (107.2) | (28.8) |
| Net (loss) earnings | (1.1) | 3.4 | 5.6 | (132.3) | (38.0) |

*Net Sales*

Since fiscal 2017 was a fifty-three week year, fiscal 2018 started one calendar week later than fiscal 2017. The comparable sales calendar compares the same calendar weeks.

Net sales in fiscal 2018 (fifty-two weeks) decreased $320.5 million to $12.029 billion, representing a decrease of 2.6% compared to $12.349 billion of net sales in fiscal 2017 (fifty-three weeks), which increased $133.5 million or 1.1% over the $12.216 billion of net sales in fiscal 2016 (fifty-two weeks). For fiscal 2018, the decrease was attributable to one less week in sales compared to fiscal 2017 and a decrease in comparable sales. For fiscal 2017, the increase was attributable to an increase of approximately 1.8% due to the fifty-third week and approximately 0.8% in the Company's non-comparable sales, partially offset by a decrease of approximately 1.5% in comparable sales, adjusted to compare fifty-two weeks to fifty-two weeks.

The decrease in comparable sales for fiscal 2018 (fifty-two weeks) was approximately 1.1% as compared with a decrease of approximately 1.3% for fiscal 2017 (fifty-three weeks). Comparable sales percentages are calculated based on an equivalent number of weeks in each annual period. The decrease in comparable sales for fiscal 2018 and 2017 was due to a decrease in the number of transactions in stores, partially offset by an increase in the average transaction amount.

The Company's comparable sales metric considers sales consummated through all retail channels – in-store, online, with a mobile device or through a customer contact center. Customers today may take advantage of the Company's omnichannel environment by using more than one channel when making a purchase. The Company believes in an integrated and seamless customer experience. A few examples are: a customer may be assisted by an in-store associate to create a wedding or baby registry, while the guests may ultimately purchase a gift from the Company's websites; or a customer may research a particular item, and read other customer

19

reviews on the Company's websites before visiting a store to consummate the actual purchase; or a customer may reserve an item online for in-store pick up; or while in a store, a customer may make the purchase on a mobile device for in home delivery from either a distribution facility, a store or directly from a vendor. In addition, the Company accepts returns in-store without regard to the channel in which the purchase was consummated, therefore resulting in reducing store sales by sales originally consummated through customer facing digital channels. As the Company's retail operations are integrated and it cannot reasonably track the channel in which the ultimate sale is initiated, the Company can however provide directional information on where the sale was consummated.

For fiscal 2018 and 2017, comparable sales consummated through customer facing digital channels continued the trend of year over year strong growth, while comparable sales consummated in-store declined in the mid-single-digit percentage range from the corresponding period in the prior year.

Comparable sales represented $11.604 billion, $11.813 billion, and $11.701 billion of net sales for fiscal 2018, 2017 and 2016, respectively. Comparable sales dollars are calculated based on an equivalent number of weeks in each annual period.

Domestics merchandise includes categories such as bed linens and related items, bath items and kitchen textiles. Home furnishings include categories such as kitchen and tabletop items, fine tabletop, basic housewares, general home furnishings (including furniture and wall décor), consumables and certain juvenile products. Sales of domestics merchandise accounted for approximately 35.4%, 35.5%, and 36.8% of net sales in fiscal 2018, 2017, and 2016, respectively, of which the Company estimates that bed linens accounted for approximately 11% of net sales in fiscal 2018, 2017, and 2016. The remaining net sales in fiscal 2018, 2017, and 2016 of 64.6%, 64.5%, and 63.2%, respectively, represented sales of home furnishings. No other individual product category accounted for 10% or more of net sales during fiscal 2018, 2017, and 2016.

*Gross Profit*

Gross profit in fiscal 2018, 2017, and 2016 was $4.104 billion or 34.1% of net sales, $4.443 billion or 36.0% of net sales, and $4.576 billion or 37.5% of net sales, respectively. The decrease in the gross profit margin as a percentage of net sales between fiscal 2018 and 2017 was primarily attributed to, in order of magnitude: an increase in coupon expense, resulting from an increase in the average coupon amount partially offset by a decrease in the number of redemptions; a decrease in merchandise margin; and an increase in net direct to customer shipping expense. The decrease in the gross profit margin as a percentage of net sales between fiscal 2017 and 2016 was primarily attributed to, in order of magnitude: a decrease in merchandise margin; an increase in coupon expense, resulting from increases in redemptions and the average coupon amount; and an increase in net direct to customer shipping expense.

In addition, the Company is investing in the lifetime value of its customers through its annual Beyond Plus membership and College Savings Pass programs. The richer benefits of these programs, including twenty percent off entire purchase and free shipping, are realized immediately upon sale and had, and will continue to have, an impact on the Company's gross margin during the period of increasing enrollment. The Beyond Plus membership fee of $29 is currently amortized over the one-year membership period. The Company estimated that the impact of these programs reduced gross margin as a percentage of net sales by approximately 40 basis points for fiscal 2018.

*Selling, General and Administrative Expenses*

SG&A was $3.681 billion or 30.6% of net sales in fiscal 2018, $3.682 billion or 29.8% of net sales in fiscal 2017, and $3.441 billion or 28.2% of net sales in fiscal 2016. The percentage of net sales increase in SG&A between fiscal 2018 and 2017 was primarily attributable to an increase in technology expenses, including related depreciation. The percentage of net sales increase in SG&A between fiscal 2017 and 2016 was primarily attributable to, in order of magnitude: an increase in payroll and payroll related items (including salaries and store management restructuring charges); an increase in advertising expenses, due in part to the growth in digital advertising; and an increase in technology expenses and related depreciation.

*Goodwill and other impairments*

Goodwill and other impairments were $509.9 million in fiscal 2018. Goodwill impairments were $325.2 million, tradename impairments were $161.7 million and long-lived assets impairments were $23.0 million. The non-cash pre-tax goodwill impairment charges were primarily the result of a sustained decline in the Company's market capitalization. There were no goodwill or other impairments in fiscal 2017.

*Operating (Loss) Profit*

Operating loss for fiscal 2018 was $87.1 million or 0.7% of net sales and operating profit was $761.3 million or 6.2% of net sales for fiscal 2017, and $1.135 billion or 9.3% of net sales in fiscal 2016. The change in operating (loss) profit as a percentage of net sales between fiscal 2018 and 2017 were the result of the reductions in gross profit margin, the increase in SG&A as a percentage

20

of net sales and goodwill and other impairments as described above. The change in operating profit as a percentage of net sales between fiscal 2017 and 2016 were result of the reductions in gross profit margin and the increases in SG&A as a percentage of net sales as described above.

The Company believes operating margin, as a percentage of net sales, in fiscal 2019 will be in range of 3.4% to 3.8%, as it continues to focus on its ongoing initiatives and the review of its overall expense structure across the organization.

*Interest Expense, net*

Interest expense, net was $69.5 million, $65.7 million, and $69.6 million in fiscal 2018, 2017 and 2016, respectively. For fiscal 2018, 2017 and 2016, interest expense, net primarily related to interest on the senior unsecured notes issued in July 2014. Included in interest expense, net was an expense of $2.7 million for fiscal 2018, and net benefits of $13.3 million and $11.5 million for fiscal 2017 and fiscal 2016, respectively, related to changes in the Company's nonqualified deferred compensation plan ("NQDC") investments. These favorable changes were fully offset by corresponding unfavorable changes in the NQDC liability recorded in SG&A and resulted in no net impact to the consolidated statement of earnings.

*Income Taxes*

The effective tax rate was 12.4% for fiscal 2018, 38.9% for fiscal 2017, and 35.7% for fiscal 2016. For fiscal 2018, 2017 and 2016, the effective tax rate included net benefits of approximately $12.1 million, net expense of approximately $7.1 million which included the impacts of the Tax Act and net benefits of approximately $18.5 million, respectively. The effective tax rates for fiscal 2018, 2017 and 2016 included net benefits due to the recognition of favorable discrete federal and state tax items.

The Company's effective tax rate for fiscal 2017 included a net increase of approximately 1.5%, resulting from the Tax Act. The fiscal 2017 effective tax rate also included the effect of the adoption of ASU 2016-09, *Stock Compensation*, which increased the effective tax rate by approximately 1.4%. The adoption of the standard did not affect the Company's cash outflows for income taxes. Additionally, the fiscal 2017 effective rate included approximately 1.9% of net benefits primarily due to the recognition of favorable discrete federal and state tax items.

Potential volatility in the effective tax rate from year to year may occur as the Company is required each year to determine whether new information changes the assessment of both the probability that a tax position will effectively be sustained and the appropriateness of the amount of recognized benefit.

GROWTH

The Company has undertaken significant change to adapt to the dynamic retail environment and the evolving needs of its customers to improve its competitive position. To support this change, the Company appointed new leaders to bring expertise in the areas of data analytics, supply chain, customer fulfillment, merchandising, life stages, e-commerce, portfolio management and information technology. As a result, the Company believes that it has the necessary management depth to drive growth.

The Company's ongoing transformation plan is expected to improve mid-and-long-term revenue growth, enhance gross and operating margins and create sustainable shareholder value. The strategic focus of the plan includes product assortment, shopping experience, services and solutions, and operational excellence, and the key financial objectives are: mid-and-long-term revenue growth; near-term and ongoing gross margin improvements; near-term and ongoing SG&A improvements; and current and sustainable world-class operational support.

The continued growth of the Company is dependent, in part, upon the Company's ability to execute its transformation strategy successfully.

From the beginning of fiscal 1992 to the end of fiscal 2018, the Company has grown from 34 stores to 1,533 stores, plus its interactive platforms, including websites and applications, and distribution facilities. Total store square footage, net of openings and closings, grew from approximately 0.9 million square feet at the beginning of fiscal 1992 to approximately 43.1 million square feet at the end of fiscal 2018, and included 17 store openings and 37 closures during fiscal 2018. In fiscal 2019, the Company expects company-wide to open approximately 15 new stores, and close a minimum of approximately 40 stores, unless it can negotiate more favorable lease terms with landlords. Over the past several years, sales from the Company's customer facing digital channels have continued to experience strong growth.

As of March 2, 2019, the Company had distribution facilities totaling approximately 7.2 million square feet, supporting the growth of its customer facing digital channels as well as its stores and its institutional sales segment.

LIQUIDITY AND CAPITAL RESOURCES

21

The Company has been able to finance its operations, including its growth and acquisitions, substantially through internally generated funds. The Company ended fiscal 2018 in a strong cash position, which it anticipates maintaining, to provide the Company the flexibility to fund its ongoing initiatives and act upon other opportunities that may arise. As of March 2, 2019, the Company had approximately $1.015 billion in cash and investment securities, an increase of approximately $271 million compared with $744 million as of March 3, 2018. For fiscal 2019, the Company believes that it can continue to finance its operations, including its growth, planned capital expenditures, debt service obligations, cash dividends, and share repurchases, through existing and internally generated funds. In addition, if necessary, the Company could borrow under its $250 million revolving credit facility or the available balances under its lines of credit. Capital expenditures for fiscal 2019 are modeled to be in the range of approximately $350 million to $375 million, subject to the timing and composition of projects. In addition, the Company reviews its alternatives with respect to its capital structure on an ongoing basis.

*Fiscal* 2018 *compared to Fiscal* 2017

Net cash provided by operating activities in fiscal 2018 was $918.3 million, compared with $859.7 million in fiscal 2017. Year over year, the Company experienced an increase in cash provided by the net components of working capital (primarily prepaid expenses and other current assets, largely due to the prepayment in the prior fiscal year of certain operating expenses associated with tax planning strategies, partially offset by accounts payable) and a decrease in net earnings, as adjusted for non-cash expenses (primarily goodwill and other impairments and deferred income taxes).

Retail inventory, which includes inventory in the Company's distribution facilities for direct to customer shipments, was approximately $2.6 billion, a decrease of approximately 4.7% compared to retail inventory at March 3, 2018. The Company continues to focus on its inventory optimization strategies.

Net cash used in investing activities in fiscal 2018 was $509.7 million, compared with $674.4 million in fiscal 2017. In fiscal 2018, net cash used in investing activities was primarily due to $325.4 million of capital expenditures and $195.5 million of purchases of investment securities, net of redemptions. In fiscal 2017, net cash used in investing activities was primarily due to $375.8 million of capital expenditures and $292.5 million of purchases of investment securities.

Net cash used in financing activities for fiscal 2018 was $238.6 million, compared with $323.4 million in fiscal 2017. The decrease in net cash used in financing activities was primarily due to a decrease in common stock repurchases of $104.4 million partially offset by a decrease in proceeds from the exercise of stock options.

*Fiscal 2017 compared to Fiscal 2016*

Net cash provided by operating activities in fiscal 2017 was $859.7 million, compared with $1.043 billion in fiscal 2016. Year over year, the Company experienced a decrease in net earnings, as adjusted for non-cash expenses (primarily deferred income taxes), and an increase in cash used in the net components of working capital (primarily prepaid expenses and other current assets, largely due to the prepayment of certain operating expenses associated with tax planning strategies, partially offset by merchandise inventories).

Retail inventory, which includes inventory in the Company's distribution facilities for direct to customer shipments, was approximately $2.7 billion at March 3, 2018, a decrease of approximately 6.0% compared to retail inventory at February 25, 2017. The percentage decrease was due, in part, to the favorable impact of the Company's inventory optimization strategies.

Net cash used in investing activities in fiscal 2017 was $674.4 million, compared with $491.9 million in fiscal 2016. In fiscal 2017, net cash used in investing activities was primarily due to $375.8 million of capital expenditures and $292.5 million of purchases of investment securities. In fiscal 2016, net cash used in investing activities was primarily due to $373.6 million of capital expenditures and $201.3 million of payments related to acquisitions, net of acquired cash, partially offset by $86.2 million of redemptions of investment securities.

Net cash used in financing activities for fiscal 2017 was $323.4 million, compared with $582.2 million in fiscal 2016. The decrease in net cash used in financing activities was primarily due to a decrease in common stock repurchases of $294.6 million partially offset by an increase of $25.3 million for the payment of dividends.

*Other Fiscal 2018 Information*

At March 2, 2019, the Company maintained two uncommitted lines of credit of $100 million each, with expiration dates of August 30, 2019 and February 23, 2020, respectively. These uncommitted lines of credit are currently and are expected to be used for letters of credit in the ordinary course of business. During fiscal 2018, the Company did not have any direct borrowings under the uncommitted lines of credit. Although no assurances can be provided, the Company intends to renew both uncommitted lines of credit before the respective expiration dates.

On November 14, 2017, the Company replaced its existing $250 million five year senior unsecured revolving credit facility agreement with various lenders with a new $250 million five year senior unsecured revolving credit facility agreement ("Revolver") with various lenders maturing November 14, 2022. The new Revolver has essentially the same terms and requirements as the prior revolving credit facility agreement. For fiscal 2018 and 2017, the Company did not have any borrowings under the Revolver.

Between December 2004 and September 2015, the Company's Board of Directors authorized, through several share repurchase programs, the repurchase of $11.950 billion of its common stock. Since 2004 through the end of fiscal 2018, the Company has repurchased approximately $10.6 billion of its common stock through share repurchase programs. The Company has approximately $1.3 billion remaining of authorized share repurchases as of March 2, 2019. The Company has authorization to make repurchases from time to time in the open market or through other parameters approved by the Board of Directors pursuant to existing rules and regulations. The Company's share repurchase program could change, and would be influenced by several factors, including business and market conditions.

During fiscal 2016, the Company's Board of Directors authorized a quarterly dividend program. During fiscal 2018 and 2017, total cash dividends of $86.3 million and $80.9 million were paid, respectively. Subsequent to the end of the fourth quarter of fiscal 2018, on April 10, 2019, the Company's Board of Directors declared a quarterly dividend increase to $0.17 per share to be paid on July 16, 2019 to shareholders of record at the close of business on June 14, 2019. The Company expects to pay quarterly cash dividends on its common stock in the future, subject to the determination by the Board of Directors, based on an evaluation of the Company's earnings, financial condition and requirements, business conditions and other factors.

The Company has contractual obligations consisting mainly of principal and interest related to the senior unsecured notes, operating leases for stores, offices, distribution facilities and equipment, purchase obligations, long-term sale/leaseback and capital lease obligations and other long-term liabilities which the Company is obligated to pay as of March 2, 2019 as follows:

| (in thousands) | Total | | Less than 1 year | | 1-3 years | | 4-5 years | | After 5 years |
|---|---|---|---|---|---|---|---|---|---|
| Senior unsecured notes [1] | $ | 1,495,377 | $ | — | $ | — | $ | — | $ 1,495,377 |
| Interest on senior unsecured notes [1] | | 1,474,822 | | 72,304 | | 144,608 | | 144,608 | 1,113,302 |
| Operating lease obligations [2] | | 2,771,196 | | 609,613 | | 968,963 | | 576,450 | 616,170 |
| Purchase obligations [3] | | 942,296 | | 942,296 | | — | | — | — |
| Long-term sale/leaseback and capital lease obligations [4] | | 311,763 | | 10,401 | | 20,848 | | 20,931 | 259,583 |
| Other long-term liabilities [5] | | 439,183 | | — | | — | | — | — |
| | | | | | | | | | |
| Total Contractual Obligations | $ | 7,434,637 | $ | 1,634,614 | $ | 1,134,419 | $ | 741,989 | $ 3,484,432 |

(1) On July 17, 2014, the Company issued $300 million aggregate principal amount of 3.749% senior unsecured notes due August 1, 2024, $300 million aggregate principal amount of 4.915% senior unsecured notes due August 1, 2034 and $900 million aggregate principal amount of 5.165% senior unsecured notes due August 1, 2044. In fiscal 2018, the Company purchased and retired $4.6 million of senior unsecured notes due August 1, 2024.

(2) The amounts presented represent the future minimum lease payments under non-cancelable operating leases. In addition to minimum rent, certain of the Company's leases require the payment of additional costs for insurance, maintenance and other costs. These additional amounts are not included in the table of contractual commitments as the timing and/or amounts of such payments are not known. As of March 2, 2019, the Company has leased sites for 14 new or relocated locations planned for opening in fiscal 2018 or 2019, for which aggregate minimum rental payments over the term of the leases are approximately $101.5 million and are included in the table above.

(3) Purchase obligations primarily consist of purchase orders for merchandise.

(4) Long-term sale/leaseback and capital lease obligations represent future minimum lease payments under the sale/leaseback and capital lease agreements.

(5) Other long-term liabilities are primarily comprised of income taxes payable, deferred rent, workers' compensation and general liability reserves and various other accruals and are recorded as Deferred Rent and Other Liabilities and Income Taxes Payable in the consolidated balance sheet as of March 2, 2019. The amounts associated with these other long-term liabilities have been reflected only in the Total Column in the table above as the timing and / or amount of any cash payment is uncertain.

SEASONALITY

The Company's business is subject to seasonal influences. Generally, its sales volumes are higher in the calendar months of August, November, and December, and lower in February.

23

INFLATION

The Company does not believe that its operating results have been materially affected by inflation during the past year. There can be no assurance, however, that the Company's operating results will not be affected by inflation in the future.

CRITICAL ACCOUNTING POLICIES

The preparation of consolidated financial statements in conformity with U.S. generally accepted accounting principles requires the Company to establish accounting policies and to make estimates and judgments that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of the consolidated financial statements and the reported amounts of revenues and expenses during the reporting period. The Company bases its estimates on historical experience and on other assumptions that it believes to be relevant under the circumstances, the results of which form the basis for making judgments about the carrying value of assets and liabilities that are not readily apparent from other sources. In particular, judgment is used in areas such as inventory valuation, impairment of long-lived assets, goodwill and other indefinite lived intangible assets, accruals for self-insurance and income and certain other taxes. Actual results could differ from these estimates.

*Inventory Valuation*: Merchandise inventories are stated at the lower of cost or market. Inventory costs are primarily calculated using the weighted average retail inventory method.

Under the retail inventory method, the valuation of inventories at cost and the resulting gross margins are calculated by applying a cost-to-retail ratio to the retail values of inventories. The cost associated with determining the cost-to-retail ratio includes: merchandise purchases, net of returns to vendors, discounts and volume and incentive rebates; inbound freight expenses; duty, insurance and commissions.

At any one time, inventories include items that have been written down to the Company's best estimate of their realizable value. Judgment is required in estimating realizable value and factors considered are the age of merchandise and anticipated demand. Actual realizable value could differ materially from this estimate based upon future customer demand or economic conditions.

The Company estimates its reserve for shrinkage throughout the year based on historical shrinkage and any current trends, if applicable. Actual shrinkage is recorded at year end based upon the results of the Company's physical inventory counts for locations at which counts were conducted. For locations where physical inventory counts were not conducted in the fiscal year, an estimated shrink reserve is recorded based on historical shrinkage and any current trends, if applicable. Historically, the Company's shrinkage has not been volatile.

The Company accrues for merchandise in transit once it takes legal ownership and title to the merchandise; as such, an estimate for merchandise in transit is included in the Company's merchandise inventories.

*Impairment of Long-Lived Assets*: The Company reviews long-lived assets for impairment when events or changes in circumstances indicate the carrying value of these assets may exceed their current fair values. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of an asset to the estimated undiscounted future cash flows expected to be generated by the asset. If the carrying amount of an asset exceeds its estimated future cash flows, an impairment charge is recognized for the amount by which the carrying amount of the asset exceeds the fair value of the assets. Assets to be disposed of would be separately presented in the balance sheet and reported at the lower of the carrying amount or fair value less costs to sell, and are no longer depreciated. The assets and liabilities of a disposal group classified as held for sale would be presented separately in the appropriate asset and liability sections of the balance sheet. In fiscal 2018, the Company recorded a $23.0 million non-cash pre-tax impairment charge within goodwill and other impairments in the consolidated statement of operations for certain store-level assets. There were no impairments to long-lived assets in fiscal 2017 or 2016. In the future, if events or market conditions affect the estimated fair value to the extent that a long-lived asset is impaired, the Company will adjust the carrying value of these long-lived assets in the period in which the impairment occurs.

*Goodwill and Other Indefinite Lived Intangible Assets*: The Company reviews goodwill and other intangibles that have indefinite lives for impairment annually as of the end of the fiscal year or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. Impairment testing is based upon the best information available including estimates of fair value which incorporate assumptions marketplace participants would use in making their estimates of fair value. Significant assumptions and estimates are required, including, but not limited to, projecting future cash flows, determining appropriate discount rates and terminal growth rates, and other assumptions, to estimate the fair value of goodwill and indefinite lived intangible assets. Although the Company believes the assumptions and estimates made are reasonable and appropriate, different assumptions and estimates could materially impact its reported financial results. In addition, sustained declines in the Company's stock price and related market capitalization could impact key assumptions in the overall estimated fair values of its reporting units and could result

24

in non-cash impairment charges that could be material to the Company's consolidated balance sheet or result of operations. Prior to March 2, 2019, the Company has not historically recorded an impairment to its goodwill and other indefinite lived intangible assets.

As of March 2, 2019, the Company completed a quantitative impairment analysis of goodwill related to its reporting units by comparing the fair value of a reporting unit with its carrying amount. The Company performed a discounted cash flow analysis and market multiple analysis for each reporting unit. Based upon the analysis performed, the Company recognized goodwill impairment charges of $285.1 million and $40.1 million for the North American Retail and Institutional Sales reporting units, respectively. The non-cash pre-tax impairment charges were primarily the result of a sustained decline in the Company's market capitalization.

Other indefinite lived intangible assets were recorded as a result of acquisitions and primarily consist of tradenames. The Company values its tradenames using a relief-from-royalty approach, which assumes the value of the tradename is the discounted cash flows of the amount that would be paid by a hypothetical market participant had they not owned the tradename and instead licensed the tradename from another company. As of March 2, 2019, for certain other indefinite lived intangible assets, the Company completed a quantitative impairment analysis by comparing the fair value of the tradenames to their carrying value and recognized a non-cash pre-tax tradename impairment charge of $161.7 million, within goodwill and other impairments in the consolidated statement of operations, for certain of the tradenames within the North American Retail reporting unit. As of March 2, 2019, for the remaining other indefinite lived intangibles assets, the Company assessed qualitative factors in order to determine whether any events and circumstances existed which indicated that it was more likely than not that the fair value of these other indefinite lived assets did not exceed their carrying values and concluded no such events or circumstances existed which would require an impairment test be performed. In the future, if events or market conditions affect the estimated fair value to the extent that an asset is impaired, the Company will adjust the carrying value of these assets in the period in which the impairment occurs.

*Self Insurance*: The Company utilizes a combination of insurance and self insurance for a number of risks including workers' compensation, general liability, cyber liability, property liability, automobile liability and employee related health care benefits (a portion of which is paid by its employees). Liabilities associated with the risks that the Company retains are estimated by considering historical claims experience, demographic factors, severity factors and other actuarial assumptions. Although the Company's claims experience has not displayed substantial volatility in the past, actual experience could materially vary from its historical experience in the future. Factors that affect these estimates include but are not limited to: inflation, the number and severity of claims and regulatory changes. In the future, if the Company concludes an adjustment to self insurance accruals is required, the liability will be adjusted accordingly.

*Taxes*: The Company accounts for its income taxes using the asset and liability method. Deferred tax assets and liabilities are recognized for the future tax consequences attributable to the differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases and operating loss and tax credit carry-forwards. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the year in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in earnings in the period that includes the enactment date.

On December 22, 2017, the U.S. government enacted comprehensive tax legislation commonly referred to as the Tax Act. The Tax Act included a mandatory one-time tax on accumulated earnings of foreign subsidiaries, and as a result, all previously unremitted earnings for which no U.S. deferred tax liability had been previously accrued has now been subject to U.S. tax. Notwithstanding the U.S. taxation of these amounts, the Company intends to continue to reinvest the unremitted earnings of its Canadian subsidiary. Accordingly, no additional provision has been made for U.S. or additional non-U.S. taxes with respect to these earnings, except for the transition tax resulting from the Tax Act. In the event of repatriation to the U.S., it is expected that such earnings would be subject to non-U.S. withholding taxes offset, in whole or in part, by U.S. foreign tax credits.

The Company recognizes the tax benefit from an uncertain tax position only if it is at least more likely than not that the tax position will be sustained on examination by the taxing authorities based on the technical merits of the position. The tax benefits recognized in the financial statements from such a position are measured based on the largest benefit that has a greater than fifty percent likelihood of being realized upon settlement with the taxing authorities.

Potential volatility in the effective tax rate from year to year may occur as the Company is required each year to determine whether new information changes the assessment of both the probability that a tax position will effectively be sustained and the appropriateness of the amount of recognized benefit.

The Company also accrues for certain other taxes as required by its operations.

Judgment is required in determining the provision for income and other taxes and related accruals, and deferred tax assets and liabilities. In the ordinary course of business, there are transactions and calculations where the ultimate tax outcome is uncertain.

25

Additionally, the Company's various tax returns are subject to audit by various tax authorities. Although the Company believes that its estimates are reasonable, actual results could differ from these estimates.

**FORWARD-LOOKING STATEMENTS**

This Form 10-K and Management's Discussion and Analysis of Financial Condition and Results of Operations contain forward-looking statements within the meaning of Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements include statements related to future, not past, events. In this context, forward-looking statements often address the Company's expected future business, financial performance and financial condition, and often contain words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, and similar words and phrases. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments; the ability to attract and retain qualified employees in all areas of the organization; the cost of labor, merchandise and other costs and expenses; potential supply chain disruption due to trade restrictions, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; the ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets it serves; the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and the effect of other factors, on the Company's capital allocation strategy; the impact of goodwill and intangible asset impairments; disruptions to the Company's information technology systems including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to the Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade, changes to, or new, tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; foreign currency exchange rate fluctuations; the integration of acquired businesses; and potential continuing uncertainty arising in connection with the announced intention by certain shareholders to seek control of the Company's Board of Directors. The Company does not undertake any obligation to update its forward-looking statements.

## ITEM 7A – QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

As of March 2, 2019, the Company's investments include cash and cash equivalents of approximately $509.0 million, short-term investment securities of $485.8 million and long term investments in auction rate securities of approximately $19.9 million at weighted average interest rates of 1.49%, 2.43% and 2.75%, respectively. The book value of these investments is representative of their fair values.

The Company's senior unsecured notes have fixed interest rates and are not subject to interest rate risk. As of March 2, 2019, the fair value of the senior unsecured notes was $1.157 billion, which is based on quoted prices in active markets for identical instruments compared to the carrying value of approximately $1.495 billion.

26

## ITEM 8 – FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

The following are included herein:

1) Consolidated Balance Sheets as of March 2, 2019 and March 3, 2018

2) Consolidated Statements of Operations for the fiscal years ended March 2, 2019, March 3, 2018, and February 25, 2017

3) Consolidated Statements of Comprehensive (Loss) Income for the fiscal years ended March 2, 2019, March 3, 2018, and February 25, 2017

4) Consolidated Statements of Shareholders' Equity for the fiscal years ended March 2, 2019, March 3, 2018, and February 25, 2017

5) Consolidated Statements of Cash Flows for the fiscal years ended March 2, 2019, March 3, 2018, and February 25, 2017

6) Notes to Consolidated Financial Statements

7) Reports of Independent Registered Public Accounting Firm

27

# BED BATH & BEYOND INC. AND SUBSIDIARIES

*Consolidated Balance Sheets*
*(in thousands, except per share data)*

| | | March 2, 2019 | | March 3, 2018 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 508,971 | $ | 346,140 |
| Short term investment securities | | 485,799 | | 378,039 |
| Merchandise inventories | | 2,618,922 | | 2,730,874 |
| Prepaid expenses and other current assets | | 296,280 | | 516,025 |
| Total current assets | | 3,909,972 | | 3,971,078 |
| Long term investment securities | | 20,010 | | 19,517 |
| Property and equipment, net | | 1,853,091 | | 1,909,289 |
| Goodwill | | 391,052 | | 716,283 |
| Other assets | | 396,416 | | 424,639 |
| Total assets | $ | 6,570,541 | $ | 7,040,806 |
| **Liabilities and Shareholders' Equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 1,094,078 | $ | 1,197,504 |
| Accrued expenses and other current liabilities | | 623,734 | | 633,100 |
| Merchandise credit and gift card liabilities | | 339,322 | | 335,081 |
| Current income taxes payable | | 20,498 | | — |
| Total current liabilities | | 2,077,632 | | 2,165,685 |
| Deferred rent and other liabilities | | 395,409 | | 431,592 |
| Income taxes payable | | 49,235 | | 62,823 |
| Long term debt | | 1,487,934 | | 1,492,078 |
| Total liabilities | | 4,010,210 | | 4,152,178 |
| Shareholders' equity: | | | | |
| Preferred stock - $0.01 par value; authorized - 1,000 shares; no shares issued or outstanding | | — | | — |
| Common stock - $0.01 par value; authorized - 900,000 shares; issued 342,582 and 341,795, respectively; outstanding 132,233 and 140,498 shares, respectively | | 3,426 | | 3,418 |
| Additional paid-in capital | | 2,118,673 | | 2,057,975 |
| Retained earnings | | 11,112,887 | | 11,343,503 |
| Treasury stock, at cost | | (10,616,045) | | (10,467,972) |
| Accumulated other comprehensive loss | | (58,610) | | (48,296) |
| Total shareholders' equity | | 2,560,331 | | 2,888,628 |
| Total liabilities and shareholders' equity | $ | 6,570,541 | $ | 7,040,806 |

See accompanying Notes to Consolidated Financial Statements.

# BED BATH & BEYOND INC. AND SUBSIDIARIES

*Consolidated Statements of Operations*
*(in thousands, except per share data)*

| | Twelve Months Ended | | |
| --- | --- | --- | --- |
| | March 2, 2019 | March 3, 2018 | February 25, 2017 |
| Net sales | $ 12,028,797 | $ 12,349,301 | $ 12,215,757 |
| Cost of sales | 7,924,817 | 7,906,286 | 7,639,407 |
| Gross profit | 4,103,980 | 4,443,015 | 4,576,350 |
| Selling, general and administrative expenses | 3,681,210 | 3,681,694 | 3,441,140 |
| Goodwill and other impairments | 509,905 | — | — |
| Operating (loss) profit | (87,135) | 761,321 | 1,135,210 |
| Interest expense, net | 69,474 | 65,661 | 69,555 |
| (Loss) earnings before provision for income taxes | (156,609) | 695,660 | 1,065,655 |
| (Benefit) provision for income taxes | (19,385) | 270,802 | 380,547 |
| Net (loss) earnings | $ (137,224) | $ 424,858 | $ 685,108 |
| Net (loss) earnings per share - Basic | $ (1.02) | $ 3.05 | $ 4.61 |
| Net (loss) earnings per share - Diluted | $ (1.02) | $ 3.04 | $ 4.58 |
| Weighted average shares outstanding - Basic | 134,292 | 139,238 | 148,590 |
| Weighted average shares outstanding - Diluted | 134,292 | 139,739 | 149,708 |
| Dividends declared per share | $ 0.64 | $ 0.60 | $ 0.50 |

See accompanying Notes to Consolidated Financial Statements.

29

# BED BATH & BEYOND INC. AND SUBSIDIARIES

*Consolidated Statements of Comprehensive (Loss) Income*
*(in thousands)*

| | Twelve Months Ended | | |
|---|---|---|---|
| | **March 2, 2019** | **March 3, 2018** | **February 25, 2017** |
| Net (loss) earnings | $ (137,224) | $ 424,858 | $ 685,108 |
| | | | |
| Other comprehensive (loss) income: | | | |
| | | | |
| Change in temporary impairment of auction rate securities, net of taxes | 366 | 95 | (351) |
| Pension adjustment, net of taxes | (482) | 2,021 | 1,710 |
| Currency translation adjustment | (10,198) | (2,548) | 6,389 |
| Reclassification due to the adoption of ASU 2018-02 | — | (614) | — |
| | | | |
| Other comprehensive (loss) income | (10,314) | (1,046) | 7,748 |
| | | | |
| Comprehensive (loss) income | $ (147,538) | $ 423,812 | $ 692,856 |

See accompanying Notes to Consolidated Financial Statements.

30

# BED BATH & BEYOND INC. AND SUBSIDIARIES

### Consolidated Statements of Shareholders' Equity
### (in thousands)

| | Common Stock | | Additional Paid-in Capital | Retained Earnings | Treasury Stock | | Accumulated Other Comprehensive Loss | Total |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | | | Shares | Amount | | |
| Balance at February 27, 2016 | 337,613 | $ 3,377 | $ 1,884,813 | $ 10,394,865 | (180,923) | $ (9,668,517) | $ (54,998) | $ 2,559,540 |
| Net earnings | | | | 685,108 | | | | 685,108 |
| Other comprehensive loss, net of tax | | | | | | | 7,748 | 7,748 |
| Dividend declared | | | | (76,083) | | | | (76,083) |
| Shares sold under employee stock option plans, net of taxes | 634 | 6 | 15,700 | | | | | 15,706 |
| Issuance of restricted shares, net | 1,102 | 11 | (11) | | | | | — |
| Payment and vesting of performance stock units | 180 | 1 | (1) | | | | | — |
| Stock-based compensation expense, net | | | 74,114 | | | | | 74,114 |
| Director fees paid in stock | 4 | | 166 | | | | | 166 |
| Repurchase of common stock, including fees | | | | | (12,336) | (547,022) | | (547,022) |
| Balance at February 25, 2017 | 339,533 | 3,395 | 1,974,781 | 11,003,890 | (193,259) | (10,215,539) | (47,250) | 2,719,277 |
| Net earnings | | | | 424,858 | | | | 424,858 |
| Other comprehensive income, net of tax | | | | 614 | | | (1,046) | (432) |
| Dividend declared | | | | (85,859) | | | | (85,859) |
| Shares sold under employee stock option plans, net of taxes | 359 | 4 | 10,157 | | | | | 10,161 |
| Issuance of restricted shares, net | 1,575 | 16 | (16) | | | | | — |
| Payment and vesting of performance stock units | 321 | 3 | (3) | | | | | — |
| Stock-based compensation expense, net | | | 72,904 | | | | | 72,904 |
| Director fees paid in stock | 7 | | 152 | | | | | 152 |
| Repurchase of common stock, including fees | | | | | (8,038) | (252,433) | | (252,433) |
| Balance at March 3, 2018 | 341,795 | 3,418 | 2,057,975 | 11,343,503 | (201,297) | (10,467,972) | (48,296) | 2,888,628 |
| Net earnings | | | | (137,224) | | | | (137,224) |
| Other comprehensive loss, net of tax | | | | | | | (10,314) | (10,314) |
| Effect of Adoption of ASU 2014-09 | | | | (4,221) | | | | (4,221) |
| Dividend declared | | | | (89,171) | | | | (89,171) |
| Issuance of restricted shares, net | 320 | 3 | (3) | | | | | — |
| Payment and vesting of performance stock units | 464 | 5 | (5) | | | | | — |
| Stock-based compensation expense, net | | | 60,657 | | | | | 60,657 |
| Director fees paid in stock | 3 | — | 49 | | | | | 49 |
| Repurchase of common stock, including fees | | | | | (9,052) | (148,073) | | (148,073) |
| Balance at March 2, 2019 | 342,582 | $ 3,426 | $ 2,118,673 | $ 11,112,887 | (210,349) | $(10,616,045) | $ (58,610) | $ 2,560,331 |

See accompanying Notes to Consolidated Financial Statements.

# BED BATH & BEYOND INC. AND SUBSIDIARIES
*Consolidated Statements of Cash Flows*
*(in thousands)*

| | Twelve Months Ended | | |
|---|---|---|---|
| | March 2, 2019 | March 3, 2018 | February 25, 2017 |
| Cash Flows from Operating Activities: | | | |
| Net (loss) earnings | $ (137,224) | $ 424,858 | $ 685,108 |
| Adjustments to reconcile net (loss) earnings to net cash provided by operating activities: | | | |
| Depreciation and amortization | 338,825 | 313,107 | 290,914 |
| Gain on sale of building | (29,690) | — | — |
| Gain on debt extinguishment | (412) | — | — |
| Goodwill and other impairments | 509,905 | — | — |
| Stock-based compensation | 58,514 | 70,510 | 71,911 |
| Deferred income taxes | (104,089) | 175,351 | 24,878 |
| Other | (814) | (69) | (1,032) |
| Decrease (increase) in assets, net of effect of acquisitions: | | | |
| Merchandise inventories | 106,928 | 176,672 | (38,493) |
| Trading investment securities | 86,277 | (16,036) | (18,780) |
| Other current assets | 269,186 | (258,853) | (18,464) |
| Other assets | 218 | (4,754) | (14,480) |
| (Decrease) increase in liabilities, net of effect of acquisitions: | | | |
| Accounts payable | (90,657) | 13,210 | 49,458 |
| Accrued expenses and other current liabilities | (77,147) | 80,375 | (8,586) |
| Merchandise credit and gift card liabilities | 16,016 | 25,510 | 11,390 |
| Income taxes payable | 8,360 | (64,941) | (8,307) |
| Deferred rent and other liabilities | (35,918) | (75,251) | 17,754 |
| Net cash provided by operating activities | 918,278 | 859,689 | 1,043,271 |
| Cash Flows from Investing Activities: | | | |
| Purchase of held-to-maturity investment securities | (734,424) | (292,500) | — |
| Redemption of held-to-maturity investment securities | 538,925 | — | 86,240 |
| Capital expenditures | (325,366) | (375,793) | (373,574) |
| Proceeds from sale of a building | 11,183 | — | — |
| Investment in unconsolidated joint venture | — | — | (3,318) |
| Payment for acquisitions, net of cash acquired | — | (6,119) | (201,277) |
| Net cash used in investing activities | (509,682) | (674,412) | (491,929) |
| Cash Flows from Financing Activities: | | | |
| Payment of dividends | (86,287) | (80,877) | (55,612) |
| Repurchase of common stock, including fees | (148,073) | (252,433) | (547,022) |
| Payment of senior notes | (4,224) | — | — |
| Proceeds from exercise of stock options | — | 10,313 | 20,424 |
| Payment of other liabilities | — | (434) | — |
| Net cash used in financing activities | (238,584) | (323,431) | (582,210) |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | (7,181) | (4,035) | 3,624 |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 162,831 | (142,189) | (27,244) |
| Cash, cash equivalents and restricted cash: | | | |
| Beginning of period | 367,140 | 509,329 | 536,573 |
| End of period | $ 529,971 | $ 367,140 | $ 509,329 |

See accompanying Notes to Consolidated Financial Statements.

32

**Notes to Consolidated Financial Statements**
*Bed Bath & Beyond Inc. and Subsidiaries*

## 1.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES AND RELATED MATTERS

A.  Nature of Operations

Bed Bath & Beyond Inc. and subsidiaries (the "Company") is an omnichannel retailer selling a wide assortment of domestics merchandise and home furnishings which operates under the names Bed Bath & Beyond ("BBB"), Christmas Tree Shops, Christmas Tree Shops andThat! or andThat! (collectively, "CTS"), Harmon, Harmon Face Values or Face Values (collectively, "Harmon"), buybuy BABY ("Baby") and World Market, Cost Plus World Market or Cost Plus (collectively, "Cost Plus World Market"). Customers can purchase products from the Company either in-store, online, with a mobile device or through a customer contact center. The Company generally has the ability to have customer purchases picked up in-store or shipped direct to the customer from the Company's distribution facilities, stores or vendors. In addition, the Company operates Of a Kind, an e-commerce website that features specially commissioned, limited edition items from emerging fashion and home designers; One Kings Lane, an authority in home décor and design, offering a unique collection of select home goods, designer and vintage items; PersonalizationMall.com ("PMall"), an industry-leading online retailer of personalized products; Chef Central, a retailer of kitchenware, cookware and homeware items catering to cooking and baking enthusiasts; and Decorist, an online interior design platform that provides personalized home design services. The Company also operates Linen Holdings, a provider of a variety of textile products, amenities and other goods to institutional customers in the hospitality, cruise line, healthcare and other industries. Additionally, the Company is a partner in a joint venture which operates retail stores in Mexico under the name Bed Bath & Beyond.

The Company accounts for its operations as two operating segments: North American Retail and Institutional Sales. The Institutional Sales operating segment, which is comprised of Linen Holdings, does not meet the quantitative thresholds under U.S. generally accepted accounting principles and therefore is not a reportable segment. Net sales outside of the U.S. for the Company were not material for fiscal 2018, 2017, and 2016. As the Company operates in the retail industry, its results of operations are affected by general economic conditions and consumer spending habits.

B.  Fiscal Year

The Company's fiscal year is comprised of the 52 or 53-week period ending on the Saturday nearest February 28th. Accordingly, fiscal 2018 and fiscal 2016 represented 52 weeks and ended on March 2, 2019 and February 25, 2017, respectively. Fiscal 2017 represented 53 weeks and ended March 3, 2018.

C.  Principles of Consolidation

The accompanying consolidated financial statements include the accounts of the Company and its wholly owned subsidiaries. The Company accounts for its investment in the joint venture under the equity method.

The fiscal 2017 and 2016 consolidated statements of cash flows were revised to include restricted cash due to the adoption of the Financial Accounting Standards Board ("FASB"), Accounting Standards Update ("ASU") 2016-18, *Statement of Cash Flows (Topic 230): Restricted Cash* in fiscal 2018.

All significant intercompany balances and transactions have been eliminated in consolidation.

D.  Use of Estimates

The preparation of consolidated financial statements in conformity with U.S. generally accepted accounting principles requires the Company to establish accounting policies and to make estimates and judgments that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of the consolidated financial statements and the reported amounts of revenues and expenses during the reporting period. The Company bases its estimates on historical experience and on other assumptions that it believes to be relevant under the circumstances, the results of which form the basis for making judgments about the carrying value of assets and liabilities that are not readily apparent from other sources. In particular, judgment is used in areas such as inventory valuation, impairment of long-lived assets, impairment of auction rate securities, goodwill and other indefinite lived intangible assets, accruals for self insurance, litigation, store opening, expansion, relocation and closing costs, the provision for sales returns, vendor allowances, stock-based compensation and income and certain other taxes. Actual results could differ from these estimates.

E.  Recent Accounting Pronouncements

In March 2016, the FASB issued ASU 2016-09, *Compensation - Stock Compensation (Topic 718): Improvements to Employee Share-Based Payment Accounting*, which simplifies several aspects of the accounting for share-based payment transactions, including the

33

accounting for income taxes, forfeitures and statutory tax withholding requirements, as well as classification in the statement of cash flows. ASU 2016-09 requires, on a prospective basis, recognition of excess tax benefits and tax deficiencies (resulting from an increase or decrease in the fair value of an award from grant date to the vesting or exercise date) in the provision for income taxes as a discrete item in the period in which they occur. The ASU also changes the classification of excess tax benefits from a financing activity to an operating activity in the Company's consolidated statements of cash flows. In addition, ASU 2016-09 allows companies to make an accounting policy election to either estimate expected forfeitures or account for them as they occur. ASU 2016-09 is effective for fiscal years beginning after December 15, 2016, and interim periods within those years, with early adoption permitted. The Company adopted ASU 2016-09 during the first quarter of fiscal 2017. During the fiscal year ended March 3, 2018, the Company recognized in income tax expense discrete tax expenses of $13.0 million related to tax deficiencies. Additionally, the Company elected to account for forfeitures as an estimate of the number of awards that are expected to vest, which is consistent with its accounting policy prior to adoption of ASU 2016-09. The Company adopted the provisions of ASU 2016-09 related to changes in the consolidated statements of cash flows on a retrospective basis. As such, excess tax benefits are now classified as an operating activity in the Company's Consolidated Statements of Cash Flows instead of as a financing activity. As a result, excess tax benefits of $1.5 million for the twelve months February 25, 2017 were reclassified from financing activities to operating activities. ASU 2016-09 also requires that the value of shares withheld from employees upon vesting of stock awards in order to satisfy any applicable tax withholding requirements is presented within financing activities in the Company's Consolidated Statements of Cash Flows, which is consistent with the Company's historical presentation, and therefore had no impact to the Company.

In May 2014, the FASB issued ASU 2014-09, *Revenue from Contracts with Customers (Topic 606)*. This guidance requires an entity to recognize revenue in a manner that depicts the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services. The new standard also will result in enhanced disclosures about the nature, amount, timing and uncertainty of revenue and cash flows arising from contracts with customers. In July 2015, the FASB issued ASU 2015-14, *Revenue from Contracts with Customers (Topic 606): Deferral of the Effective Date*. This guidance deferred the effective date of ASU 2014-09 for one year from the original effective date. In accordance with the deferral, ASU 2014-09 is effective for annual reporting periods beginning after December 15, 2017, including interim periods within that reporting period. In 2016, the FASB issued several amendments to clarify various aspects of the implementation guidance. ASU 2014-09 can be adopted either retrospectively to each prior reporting period presented or as a cumulative-effect adjustment as of the date of adoption. At the beginning of the first quarter of fiscal 2018, the Company adopted ASU 2014-09 using the modified retrospective transition method and recognized the cumulative effect of applying this standard to opening retained earnings. The Company recorded a net after-tax reduction to opening retained earnings of approximately $4.2 million as of March 4, 2018. The comparative financial information has not been adjusted and continues to be reported under ASC Topic 605, *Revenue Recognition (Topic 605)*.

The majority of the Company's revenue is generated from the sale of products in its retail stores, which will continue to be recognized when control of the product is transferred to the customer. The adoption of ASU 2014-09 resulted in the following changes:

- A change in the timing of recognizing advertising expense related to direct response advertising. These costs that were previously expensed over the period during which the sales were expected to occur will now be expensed on the first day of the direct response advertising event.

- A change in the presentation of the sales return reserve on the consolidated balance sheet, as estimated costs of returns will be recorded as a current asset rather than netted with the sales return reserve.

- Changes in the presentation of certain other revenue streams on the consolidated statement of earnings between net sales, cost of sales, and selling, general and administrative expenses.

The below tables set forth the adjustments to the Company's consolidated statement of earnings and consolidated balance sheet as a result of the newly adopted revenue recognition standard.

34

| (In thousands) | | Twelve months ended March 2, 2019 | | | |
| --- | --- | --- | --- | --- | --- |
| | | As Reported | | Balances Without Adoption of ASU 2014-09 | Impact of Adoption Increase/(Decrease) |
| Net sales | $ | 12,028,797 | $ | 12,038,964 | $ (10,167) |
| Cost of sales | | 7,924,817 | | 7,960,335 | (35,518) |
| Gross profit | | 4,103,980 | | 4,078,629 | 25,351 |
| Selling, general and administrative expenses | | 3,681,210 | | 3,657,157 | 24,053 |
| Goodwill and other impairments | | 509,905 | | 509,905 | — |
| Operating (loss) profit | | (87,135) | | (88,433) | 1,298 |
| Interest expense, net | | 69,474 | | 69,474 | — |
| (Loss) earnings before provision for income taxes | | (156,609) | | (157,907) | 1,298 |
| (Benefit) provision for income taxes | | (19,385) | | (19,696) | 311 |
| Net (loss) earnings | $ | (137,224) | $ | (138,211) | $ 987 |
| Net (loss) earnings per share - Diluted | $ | (1.02) | $ | (1.03) | $ 0.01 |

| (In thousands) | | March 2, 2019 | | | |
| --- | --- | --- | --- | --- | --- |
| | | As Reported | | Balances Without Adoption of ASU 2014-09 | Impact of Adoption Increase/(Decrease) |
| **Assets** | | | | | |
| Merchandise inventories | $ | 2,618,922 | $ | 2,620,679 | $ (1,757) |
| Prepaid expenses and other current assets | | 296,280 | | 253,431 | 42,849 |
| **Liabilities and Shareholders' Equity** | | | | | |
| Accrued expenses and other current liabilities | $ | 623,734 | $ | 566,902 | $ 56,832 |
| Merchandise credit and gift card liabilities | | 339,322 | | 350,567 | (11,245) |
| Retained earnings | | 11,112,887 | | 11,116,121 | (3,234) |

In January 2017, the FASB issued ASU 2017-01, *Business Combinations (Topic 805): Clarifying the Definition of a Business*. ASU 2017-01 requires that when substantially all of the fair value of the gross assets acquired (or disposed of) is concentrated in a single identifiable asset or a group of identifiable assets, the set of assets would not represent a business. Also, in order to be considered a business, an acquisition would have to include an input and a substantive process that together significantly contribute to the ability to produce outputs. Under the update, fewer sets of assets are expected to be considered businesses. ASU 2017-01 is effective for annual reporting periods beginning after December 15, 2017, including interim periods within that reporting period. The Company adopted this guidance at the beginning of the first quarter of fiscal 2018 and it did not have a material effect on the Company's consolidated financial position, results of operations, or cash flows.

In January 2017, the FASB issued ASU 2017-04, *Intangibles – Goodwill and Other (Topic 350): Simplifying the Test for Goodwill Impairment*. ASU 2017-04 eliminates the requirement to calculate the implied fair value of goodwill to measure the amount of impairment loss, if any, under the second step of the current goodwill impairment test. Under the update, the goodwill impairment loss would be measured as the amount by which a reporting unit's carrying value exceeds its fair value, not to exceed the carrying amount of goodwill. ASU 2017-04 is effective for annual reporting periods beginning after December 15, 2019, with early adoption permitted. The Company adopted this guidance in the fourth quarter of fiscal 2018 and performed its annual goodwill impairment test in accordance with ASU 2017-04, which resulted in a non-cash pre-tax goodwill impairment charge of $325.2 million.

In November 2016, the FASB issued ASU 2016-18, *Statement of Cash Flows (Topic 230): Restricted Cash*, which requires entities to include restricted cash with cash and cash equivalents when reconciling the beginning-of -period and end-of period total amounts presented in the statement of cash flows. ASU 2016-18 is effective for fiscal years beginning after December 15, 2017, with early adoption permitted. The Company adopted this standard in fiscal 2018 on a retrospective basis, which did not result in a material impact the Company's consolidated statements of cash flows.

In February 2016, the FASB issued ASU 2016-02, *Leases (Topic 842)*. This guidance requires an entity to recognize lease liabilities and a right-of-use asset for all leases on the balance sheet and to disclose key information about the entity's leasing arrangements. ASU 2016-02 is effective for annual reporting periods beginning after December 15, 2018, including interim periods within that reporting period, with earlier adoption permitted. In July 2018, the FASB approved an amendment to the new guidance that allows companies the option of using the effective date of the new standard as the initial application (at the beginning of the period in which it is adopted, rather than at the beginning of the earliest comparative period) and to recognize the effects of applying the new ASU as a cumulative effect adjustment to the opening balance sheet or retained earnings. Based on the effective dates, the Company will adopt the new guidance at the beginning of the first quarter of fiscal 2019 using the new transition election to not restate comparative periods. The Company will elect the package of practical expedients upon adoption, which permits the Company to not reassess under the new standard the Company's prior conclusions about lease identification, lease classification, and initial direct costs. In addition, the Company will elect not to separate lease and non-lease components for all real estate leases and does not expect to elect the hindsight practical expedient. Lastly, the Company expects to elect a short-term lease exception policy, permitting it to exclude the recognition requirements of this standard from leases with initial terms of 12 months or less. Upon adoption, the Company expects to recognize right-of-use assets of approximately $1.8 billion to $2.2 billion and operating lease liabilities of approximately $2.0 billion to $2.4 billion on its consolidated balance sheet, with no significant change to its consolidated statements of operations or cash flows. In addition, the actual right-of-use asset amount will depend on the finalization of any impairment of the right-of-use assets, which is currently being reviewed by the Company and this adjustment will be recorded as a cumulative-effect adjustment to retained earnings upon adoption.

F.    Cash and Cash Equivalents

The Company considers all highly liquid instruments purchased with original maturities of three months or less to be cash equivalents. Included in cash and cash equivalents are credit and debit card receivables from banks, which typically settle within five business days, of $92.9 million and $95.6 million as of March 2, 2019 and March 3, 2018, respectively.

G.    Investment Securities

Investment securities consist primarily of U.S. Treasury Bills with remaining maturities of less than one year and auction rate securities, which are securities with interest rates that reset periodically through an auction process. The U.S. Treasury Bills are classified as short term held-to-maturity securities and are stated at their amortized cost which approximates fair value. Auction rate securities are classified as available-for-sale and are stated at fair value, which had historically been consistent with cost or par value due to interest rates which reset periodically, typically every 7, 28 or 35 days. As a result, there generally were no cumulative gross unrealized holding gains or losses relating to these auction rate securities. However, beginning in mid-February 2008 due to market conditions, the auction process for the Company's auction rate securities failed and continues to fail. These failed auctions result in a lack of liquidity in the securities, and affect their estimated fair values at March 2, 2019 and March 3, 2018, but do not affect the underlying collateral of the securities. (See "Fair Value Measurements," Note 4 and "Investment Securities," Note 5). All income from these investments is recorded as interest income.

Those investment securities which the Company has the ability and intent to hold until maturity are classified as held-to-maturity investments and are stated at amortized cost. Those investment securities which are bought and held principally for the purpose of selling them in the near term are classified as trading securities and are stated at fair market value.

Premiums are amortized and discounts are accreted over the life of the security as adjustments to interest income using the effective interest method. Dividend and interest income are recognized when earned.

H.    Inventory Valuation

Merchandise inventories are stated at the lower of cost or market. Inventory costs are primarily calculated using the weighted average retail inventory method.

Under the retail inventory method, the valuation of inventories at cost and the resulting gross margins are calculated by applying a cost-to-retail ratio to the retail values of inventories. The cost associated with determining the cost-to-retail ratio includes: merchandise purchases, net of returns to vendors, discounts and volume and incentive rebates; inbound freight expenses; duty, insurance and commissions.

At any one time, inventories include items that have been written down to the Company's best estimate of their realizable value. Judgment is required in estimating realizable value and factors considered are the age of merchandise and anticipated demand. Actual realizable value could differ materially from this estimate based upon future customer demand or economic conditions.

36

The Company estimates its reserve for shrinkage throughout the year based on historical shrinkage and any current trends, if applicable. Actual shrinkage is recorded at year end based upon the results of the Company's physical inventory counts for locations at which counts were conducted. For locations where physical inventory counts were not conducted in the fiscal year, an estimated shrink reserve is recorded based on historical shrinkage and any current trends, if applicable. Historically, the Company's shrinkage has not been volatile.

The Company accrues for merchandise in transit once it takes legal ownership and title to the merchandise; as such, an estimate for merchandise in transit is included in the Company's merchandise inventories.

I.    Property and Equipment

Property and equipment are stated at cost and are depreciated primarily using the straight-line method over the estimated useful lives of the assets (forty years for buildings; five to twenty years for furniture, fixtures and equipment; and three to ten years for computer equipment and software). Leasehold improvements are amortized using the straight-line method over the lesser of their estimated useful life or the life of the lease. Depreciation expense is primarily included within selling, general and administrative expenses.

The cost of maintenance and repairs is charged to earnings as incurred; significant renewals and betterments are capitalized. Maintenance and repairs amounted to $132.4 million, $125.7 million, and $131.6 million for fiscal 2018, 2017 and 2016, respectively.

J.    Impairment of Long-Lived Assets

The Company reviews long-lived assets for impairment when events or changes in circumstances indicate the carrying value of these assets may exceed their current fair values. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of an asset to the estimated undiscounted future cash flows expected to be generated by the asset. If the carrying amount of an asset exceeds its estimated future cash flows, an impairment charge is recognized for the amount by which the carrying amount of the asset exceeds the fair value of the assets. Assets to be disposed of would be separately presented in the balance sheet and reported at the lower of the carrying amount or fair value less costs to sell, and are no longer depreciated. The assets and liabilities of a disposal group classified as held for sale would be presented separately in the appropriate asset and liability sections of the balance sheet. In fiscal 2018, the Company recorded a $23.0 million non-cash pre-tax impairment charge within goodwill and other impairments in the consolidated statement of operations for certain store-level assets. There were no impairments to long-lived assets in fiscal 2017 or 2016. In the future, if events or market conditions affect the estimated fair value to the extent that a long-lived asset is impaired, the Company will adjust the carrying value of these long-lived assets in the period in which the impairment occurs.

K.    Goodwill and Other Indefinite Lived Intangible Assets

The Company reviews goodwill and other intangibles that have indefinite lives for impairment annually as of the end of the fiscal year or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. Impairment testing is based upon the best information available including estimates of fair value which incorporate assumptions marketplace participants would use in making their estimates of fair value. Significant assumptions and estimates are required, including, but not limited to, projecting future cash flows, determining appropriate discount rates and terminal growth rates, and other assumptions, to estimate the fair value of goodwill and indefinite lived intangible assets. Although the Company believes the assumptions and estimates made are reasonable and appropriate, different assumptions and estimates could materially impact its reported financial results. In addition, sustained declines in the Company's stock price and related market capitalization could impact key assumptions in the overall estimated fair values of its reporting units and could result in non-cash impairment charges that could be material to the Company's consolidated balance sheet or results of operations. Prior to March 2, 2019, the Company has not historically recorded an impairment to its goodwill and other indefinite lived intangible assets.

As of March 2, 2019, the Company completed a quantitative impairment analysis of goodwill related to its reporting units by comparing the fair value of a reporting unit with its carrying amount. The Company performed a discounted cash flow analysis and market multiple analysis for each reporting unit. Based upon the analysis performed, the Company recognized non-cash pre-tax goodwill impairment charges of $285.1 million and $40.1 million for the North American Retail and Institutional Sales reporting units, respectively. The non-cash pre-tax impairment charges were primarily the result of a sustained decline in the Company's market capitalization.

Other indefinite-lived intangible assets were recorded as a result of acquisitions and primarily consist of tradenames. The Company values its tradenames using a relief-from-royalty approach, which assumes the value of the tradename is the discounted cash flows of the amount that would be paid by a hypothetical market participant had they not owned the tradename and instead licensed the tradename from another company. As of March 2, 2019, for certain other indefinite lived intangible assets, the Company completed a quantitative impairment analysis by comparing the fair value of the tradenames to their carrying value and recognized a non-cash pre-tax tradename impairment charge of $161.7 million, within goodwill and other impairments in the consolidated statement of

37

operations, for certain of the tradenames within the North American Retail reporting unit. As of March 2, 2019, for the remaining other indefinite lived intangibles assets, the Company assessed qualitative factors in order to determine witer any events and circumstances existed which indicated that it was more likely than not that the fair value of these other indefinite lived assets did not exceed their carrying values and concluded no such events or circumstances existed which would require an impairment test be performed. In the future, if events or market conditions affect the estimated fair value to the extent that an asset is impaired, the Company will adjust the carrying value of these assets in the period in which the impairment occurs.

Included within other assets in the accompanying consolidated balance sheets as of March 2, 2019 and March 3, 2018, respectively, are $143.8 million and $305.4 million for indefinite lived tradenames and trademarks.

L.    Self Insurance

The Company utilizes a combination of insurance and self insurance for a number of risks including workers' compensation, general liability, cyber liability, property liability, automobile liability and employee related health care benefits (a portion of which is paid by its employees). Liabilities associated with the risks that the Company retains are estimated by considering historical claims experience, demographic factors, severity factors and other actuarial assumptions. Although the Company's claims experience has not displayed substantial volatility in the past, actual experience could materially vary from its historical experience in the future. Factors that affect these estimates include but are not limited to: inflation, the number and severity of claims and regulatory changes. In the future, if the Company concludes an adjustment to self insurance accruals is required, the liability will be adjusted accordingly.

M.    Deferred Rent

The Company accounts for scheduled rent increases contained in its leases on a straight-line basis over the term of the lease beginning as of the date the Company obtained possession of the leased premises. Deferred rent amounted to $75.2 million and $81.6 million as of March 2, 2019 and March 3, 2018, respectively.

Cash or lease incentives ("tenant allowances") received pursuant to certain store leases are recognized on a straight-line basis as a reduction to rent over the lease term. The unamortized portion of tenant allowances is included in deferred rent and other liabilities. The unamortized portion of tenant allowances amounted to $127.4 million and $133.4 million as of March 2, 2019 and March 3, 2018, respectively.

N.    Shareholders' Equity

The Company has authorization to make repurchases of its common shares from time to time in the open market or through other parameters approved by the Board of Directors pursuant to existing rules and regulations.

Between December 2004 and September 2015, the Company's Board of Directors authorized, through several share repurchase programs, the repurchase of $11.950 billion of its shares of common stock. Since 2004 through the end of fiscal 2018, the Company has repurchased approximately $10.6 billion of its common stock through share repurchase programs. The Company also acquires shares of its common stock to cover employee related taxes withheld on vested restricted stock and performance stock unit awards.

During fiscal 2018, the Company repurchased approximately 9.1 million shares of its common stock at a total cost of approximately $148.1 million. During fiscal 2017, the Company repurchased approximately 8.0 million shares of its common stock at a total cost of approximately $252.4 million. During fiscal 2016 the Company repurchased approximately 12.3 million shares of its common stock at a total cost of approximately $547.0 million. The Company has approximately $1.3 billion remaining of authorized share repurchases as of March 2, 2019.

During fiscal 2016, the Company's Board of Directors authorized a quarterly dividend program. During fiscal 2018 and 2017, total cash dividends of $86.3 million and $80.9 million were paid, respectively. Subsequent to the end of the fourth quarter of fiscal 2018, on April 10, 2019, the Company's Board of Directors declared a quarterly dividend increase to $0.17 per share to be paid on July 16, 2019 to shareholders of record at the close of business on June 14, 2019. The Company expects to pay quarterly cash dividends on its common stock in the future, subject to the determination by the Board of Directors, based on an evaluation of the Company's earnings, financial condition and requirements, business conditions and other factors.

Cash dividends, if any, are accrued as a liability on the Company's consolidated balance sheets and recorded as a decrease to additional paid-in capital when declared.

O.    Fair Value of Financial Instruments

The Company's financial instruments include cash and cash equivalents, investment securities, accounts payable, long term debt and certain other liabilities. The Company's investment securities consist primarily of U.S. Treasury securities, which are stated at

38

amortized cost, and auction rate securities, which are stated at their approximate fair value. The book value of the financial instruments, excluding the Company's long term debt, is representative of their fair values (See "Fair Value Measurements," Note 4). The fair value of the Company's long term debt is approximately $1.157 billion as of March 2, 2019, which is based on quoted prices in active markets for identical instruments (i.e., Level 1 valuation), compared to the carrying value of approximately $1.495 billion.

P.    Revenue Recognition

Sales are recognized upon purchase by customers at the Company's retail stores or upon delivery for products purchased from its websites. The value of point-of-sale coupons and point-of-sale rebates that result in a reduction of the price paid by the customer are recorded as a reduction of sales. Shipping and handling fees that are billed to a customer in a sale transaction are recorded in sales. Taxes, such as sales tax, use tax and value added tax, are not included in sales.

Revenues from gift cards, gift certificates and merchandise credits are recognized when redeemed. Gift cards have no provisions for reduction in the value of unused card balances over defined time periods and have no expiration dates. In fiscal 2018, the Company recognized net sales for gift card and merchandise credit redemptions of approximately $126.3 million which were included in merchandise credit and gift card liabilities on the consolidated balance sheet as of March 3, 2018.

Sales returns are provided for in the period that the related sales are recorded based on historical experience. Although the estimate for sales returns has not varied materially from historical provisions, actual experience could vary from historical experience in the future if the level of sales return activity changes materially. In the future, if the Company concludes that an adjustment is required due to material changes in the returns activity, the liability for estimated returns and the corresponding right of return asset will be adjusted accordingly. As of March 2, 2019, the liability for estimated returns of $90.4 million is included in accrued expenses and other current liabilities and the corresponding right of return asset for merchandise of $53.4 million is included in prepaid expenses and other current assets.

The Company sells a wide assortment of domestics merchandise and home furnishings. Domestics merchandise includes categories such as bed linens and related items, bath items and kitchen textiles. Home furnishings include categories such as kitchen and tabletop items, fine tabletop, basic housewares, general home furnishings (including furniture and wall décor), consumables and certain juvenile products. Sales of domestics merchandise and home furnishings accounted for approximately 35.4% and 64.6% of net sales, respectively, for fiscal 2018, 35.5% and 64.5% of net sales, respectively, for fiscal 2017 and 36.8% and 63.2% of net sales, respectively, for fiscal 2016.

Q.    Cost of Sales

Cost of sales includes the cost of merchandise, buying costs and costs of the Company's distribution network including inbound freight charges, distribution facility costs, receiving costs, internal transfer costs and shipping and handling costs.

R.    Vendor Allowances

The Company receives allowances from vendors in the normal course of business for various reasons including direct cooperative advertising, purchase volume and reimbursement for other expenses. Annual terms for each allowance include the basis for earning the allowance and payment terms, which vary by agreement. All vendor allowances are recorded as a reduction of inventory cost, except for direct cooperative advertising allowances which are specific, incremental and identifiable. The Company recognizes purchase volume allowances as a reduction of the cost of inventory in the quarter in which milestones are achieved. Advertising costs were reduced by direct cooperative allowances of $37.0 million, $38.5 million, and $37.4 million for fiscal 2018, 2017, and 2016, respectively.

S.    Store Opening, Expansion, Relocation and Closing Costs

Store opening, expansion, relocation and closing costs, including markdowns, asset residual values and projected occupancy costs, are charged to earnings as incurred.

T.    Advertising Costs

Prior to fiscal 2018, expenses associated with direct response advertising were expensed over the period in which the sales were expected to occur, generally five to eight weeks. Beginning in fiscal 2018, due to the adoption of ASU 2014-09, advertising expense related to direct response advertising are expensed on the first day of the direct response advertising event. All other expenses associated with store advertising are charged to earnings as incurred. Net advertising costs amounted to$463.2 million, $444.4 million, and $381.1 million for fiscal 2018, 2017, and 2016, respectively.

U.    Stock-Based Compensation

The Company measures all employee stock-based compensation awards using a fair value method and records such expense in its consolidated financial statements. Currently, the Company's stock-based compensation relates to restricted stock awards, stock options and performance stock units. The Company's restricted stock awards are considered nonvested share awards.

V.  Income Taxes

The Company files a consolidated federal income tax return. Income tax returns are also filed with each taxable jurisdiction in which the Company conducts business.

The Company accounts for its income taxes using the asset and liability method. Deferred tax assets and liabilities are recognized for the future tax consequences attributable to the differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases and operating loss and tax credit carry-forwards. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the year in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in earnings in the period that includes the enactment date.

On December 22, 2017, the U.S. government enacted comprehensive tax legislation commonly referred to as the Tax Cuts and Jobs Act, (the "Tax Act"). The Tax Act included a mandatory one-time tax on accumulated earnings of foreign subsidiaries, and as a result, all previously unremitted earnings for which no U.S. deferred tax liability had been previously accrued has now been subject to U.S. tax. Notwithstanding the U.S. taxation of these amounts, the Company intends to continue to reinvest the unremitted earnings of its Canadian subsidiary. Accordingly, no additional provision has been made for U.S. or additional non-U.S. taxes with respect to these earnings, except for the transition tax resulting from the Tax Act. In the event of repatriation to the U.S., it is expected that such earnings would be subject to non-U.S. withholding taxes offset, in whole or in part, by U.S. foreign tax credits.

The Company recognizes the tax benefit from an uncertain tax position only if it is at least more likely than not that the tax position will be sustained on examination by the taxing authorities, based on the technical merits of the position. The tax benefits recognized in the financial statements from such a position are measured based on the largest benefit that has a greater than fifty percent likelihood of being realized upon settlement with the taxing authorities.

Judgment is required in determining the provision for income taxes and related accruals, deferred tax assets and liabilities. In the ordinary course of business, there are transactions and calculations where the ultimate tax outcome is uncertain. Additionally, the Company's tax returns are subject to audit by various tax authorities. Although the Company believes that its estimates are reasonable, actual results could differ from these estimates.

W.  Earnings per Share

The Company presents earnings per share on a basic and diluted basis. Basic earnings per share is computed by dividing net earnings by the weighted average number of shares outstanding. Diluted earnings per share is computed by dividing net earnings by the weighted average number of shares outstanding, including the dilutive effect of stock-based awards as calculated under the treasury stock method.

Stock-based awards of approximately 8.2 million, 8.0 million, and 4.4 million shares were excluded from the computation of diluted earnings per share as the effect would be anti-dilutive for fiscal 2018, 2017, and 2016, respectively.

## 2. RESTRUCTURING ACTIVITIES

In the second quarter of fiscal 2017, the Company accelerated the realignment of its store management structure to support its customer-focused initiatives and omnichannel growth and expensed pre-tax cash restructuring charges of approximately $16.9 million, primarily for severance and related costs in conjunction with this realignment. During fiscal 2017, the Company paid $16.7 million of these costs.

## 3. ACQUISITIONS

On June 13, 2016, the Company acquired One Kings Lane, Inc., an authority in home décor and design, offering a unique collection of select home goods, designer and vintage items. Since the date of acquisition, the results of One Kings Lane's operations, which were not material, have been included in the Company's results of operations and no proforma disclosure of financial information has been presented. One Kings Lane is included in the North American Retail operating segment.

On November 23, 2016, the Company acquired PersonalizationMall.com, LLC, an industry-leading online retailer of personalized products, for an aggregate purchase price of approximately $190.3 million. Since the date of acquisition, the result of PMall's

40

operations, which were not material, have been included in the results of operations and no proforma disclosure of financial information has been presented. PMall is included in the North American Retail operating segment.

During the third quarter of fiscal 2017, the Company finalized the valuation of assets acquired and liabilities assumed. The following table summarizes the estimated fair value of the assets acquired and liabilities assumed at the date of acquisition.

| (in millions) | As of November 23, 2016 |
|---|---:|
| Current assets | $ 15.5 |
| Property and equipment and other non-current assets | 9.3 |
| Goodwill | 194.2 |
| Intangible assets | 10.4 |
| Total assets acquired | 229.4 |
| Accounts payable and other liabilities | (39.1) |
| Total net assets acquired | $ 190.3 |

Included within intangible assets above is approximately $10.0 million for tradenames, which is not subject to amortization. The tradenames and goodwill are expected to be deductible for tax purposes.

On January 27, 2017, the Company acquired certain assets including the brand, website and certain intellectual property assets and assumed certain contractual obligations of Chef Central, a retailer of kitchenware, cookware and homeware items catering to cooking and baking enthusiasts. Since the date of acquisition, the results of Chef Central's operations, which were not material, have been included in the Company's results of operations and no proforma disclosure of financial information has been presented. Chef Central is included in the North American Retail operating segment. (See "Transactions and Balances with Related Parties," Note 9).

On March 6, 2017, the Company acquired Decorist, Inc., an online interior design platform that provides personalized home design services. Since the date of acquisition, the results of Decorist's operations, which were not material, have been included in the Company's results of operations and no proforma disclosure of financial information has been presented. Decorist is included in the North American Retail operating segment.

## 4. FAIR VALUE MEASUREMENTS

Fair value is defined as the price that would be received to sell an asset or paid to transfer a liability (i.e., "the exit price") in an orderly transaction between market participants at the measurement date. In determining fair value, the Company uses various valuation approaches, including quoted market prices and discounted cash flows. The hierarchy for inputs used in measuring fair value maximizes the use of observable inputs and minimizes the use of unobservable inputs by requiring that the most observable inputs be used when available. Observable inputs are inputs that market participants would use in pricing the asset or liability developed based on market data obtained from independent sources. Unobservable inputs are inputs that reflect a company's judgment concerning the assumptions that market participants would use in pricing the asset or liability developed based on the best information available under the circumstances. In certain cases, the inputs used to measure fair value may fall into different levels of the fair value hierarchy. In such cases, an asset or liability must be classified in its entirety based on the lowest level of input that is significant to the measurement of fair value. The fair value hierarchy is broken down into three levels based on the reliability of inputs as follows:

• Level 1 – Valuations based on quoted prices in active markets for identical instruments that the Company is able to access. Since valuations are based on quoted prices that are readily and regularly available in an active market, valuation of these products does not entail a significant degree of judgment.

• Level 2 – Valuations based on quoted prices in active markets for instruments that are similar, or quoted prices in markets that are not active for identical or similar instruments, and model-derived valuations in which all significant inputs and significant value drivers are observable in active markets.

• Level 3 – Valuations based on inputs that are unobservable and significant to the overall fair value measurement.

41

As of March 2, 2019, the Company's financial assets utilizing Level 1 inputs include short term trading investment securities traded on active securities exchanges. The Company did not have any financial assets utilizing Level 2 inputs. Financial assets utilizing Level 3 inputs included long term investments in auction rate securities consisting of preferred shares of closed end municipal bond funds (See "Investment Securities," Note 5).

## 5.  INVESTMENT SECURITIES

The Company's investment securities as of March 2, 2019 and March 3, 2018 are as follows:

| (in millions) | | March 2, 2019 | | March 3, 2018 |
|---|---|---|---|---|
| Available-for-sale securities: | | | | |
| Long term | $ | 19.9 | $ | 19.4 |
| | | | | |
| Trading securities: | | | | |
| Short term | | — | | 86.3 |
| | | | | |
| Held-to-maturity securities: | | | | |
| Short term | | 485.8 | | 291.7 |
| Total investment securities | $ | 505.7 | $ | 397.4 |

*Auction Rate Securities*

As of March 2, 2019 and March 3, 2018, the Company's long term available-for-sale investment securities represented approximately $20.3 million par value of auction rate securities, consisting of preferred shares of closed end municipal bond funds, less temporary valuation adjustments of approximately $0.4 million and $0.9 million, respectively. Since these valuation adjustments are deemed to be temporary, they are recorded in accumulated other comprehensive loss, net of a related tax benefit, and did not affect the Company's net earnings.

*U.S. Treasury Securities*

As of March 2, 2019, the Company's short term held-to-maturity securities included approximately $485.8 million of U.S. Treasury Bills with remaining maturities of less than one year. These securities are stated at their amortized cost which approximates fair value, which is based on quoted prices in active markets for identical instruments (i.e., Level 1 valuation). As of March 3, 2018, the Company had $291.7 short term held-to-maturity securities.

*Trading Investment Securities*

The Company's trading investment securities, which are provided as investment options to the participants of the nonqualified deferred compensation plan, are stated at fair market value (See "Employee Benefit Plans," Note 11). The value of these trading investment securities included in the table above was approximately $86.3 million as of March 3, 2018.

## 6. PROPERTY AND EQUIPMENT

Property and equipment consist of the following:

| (in thousands) | | March 2, 2019 | | March 3, 2018 |
|---|---|---|---|---|
| Land and buildings | $ | 587,684 | $ | 588,115 |
| Furniture, fixtures and equipment | | 1,469,835 | | 1,409,157 |
| Leasehold improvements | | 1,623,015 | | 1,543,452 |
| Computer equipment and software | | 1,659,589 | | 1,500,199 |
| | | 5,340,123 | | 5,040,923 |
| | | | | |
| Less: Accumulated depreciation | | (3,487,032) | | (3,131,634) |
| Property and equipment, net | $ | 1,853,091 | $ | 1,909,289 |

42

**7. LONG TERM DEBT**

*Senior Unsecured Notes*

On July 17, 2014, the Company issued $300 million aggregate principal amount of 3.749% senior unsecured notes due August 1, 2024 (the "2024 Notes"), $300 million aggregate principal amount of 4.915% senior unsecured notes due August 1, 2034 (the "2034 Notes") and $900 million aggregate principal amount of 5.165% senior unsecured notes due August 1, 2044 (the "2044 Notes" and, together with the 2024 Notes and the 2034 Notes, the "Notes"). Interest on the Notes is payable semi-annually on February 1 and August 1 of each year. In fiscal 2018, the Company purchased and retired $4.6 million of senior unsecured notes due August 1, 2024.

The Notes were issued under an indenture (the "Base Indenture"), as supplemented by a first supplemental indenture (together, with the Base Indenture, the "Indenture"), which contains various restrictive covenants, which are subject to important limitations and exceptions that are described in the Indenture. The Company was in compliance with all covenants related to the Notes as of March 2, 2019.

The Notes are unsecured, senior obligations and rank equal in right of payment to any of the Company's existing and future senior unsecured indebtedness. The Company may redeem the Notes at any time, in whole or in part, at the redemption prices described in the Indenture plus accrued and unpaid interest to the redemption date. If a change in control triggering event, as defined by the Indenture governing the Notes, occurs unless the Company has exercised its right to redeem the Notes, the Company will be required to make an offer to the holders of the Notes to purchase the Notes at 101% of their principal amount, plus accrued and unpaid interest.

*Revolving Credit Agreement*

On November 14, 2017, the Company replaced its existing $250 million five year senior unsecured revolving credit facility agreement with various lenders with a new $250 million five year senior unsecured revolving credit facility agreement ("Revolver") with various lenders maturing November 14, 2022. The new Revolver has essentially the same terms and requirements as the prior revolving credit facility agreement. For fiscal 2018 and 2017, the Company did not have any borrowings under the Revolver.

Borrowings under the Revolver accrue interest at either (1) a fluctuating rate equal to the greater of the prime rate, as defined in the Revolver, the Federal Funds Rate plus 0.50%, or one-month LIBOR plus 1.0% and, in each case, plus an applicable margin based upon the Company's leverage ratio which is calculated quarterly, (2) a periodic fixed rate equal to LIBOR plus an applicable margin based upon the Company's leverage ratio which is calculated quarterly or (3) an agreed upon fixed rate. In addition, a commitment fee is assessed, which is included in interest expense, net in the consolidated statement of operations. The Revolver contains customary affirmative and negative covenants and also requires the Company to maintain a maximum leverage ratio. The Company was in compliance with all covenants related to the Revolver as of March 2, 2019.

Deferred financing costs associated with the Notes and the current and former Revolvers of approximately $10.5 million were capitalized. In the accompanying consolidated balance sheets, the deferred financing costs are included in long term debt, net of amortization, for the Notes and are included in other assets, net of amortization, for the Revolver. These deferred financing costs for the Notes and the Revolver are being amortized over the term of each of the Notes and the term of the Revolver and such amortization is included in interest expense, net in the consolidated statement of operations. Interest expense related to the Notes and the Revolver, including the commitment fee and the amortization of the deferred financing costs, was approximately $73.0 million, $74.4 million, and $73.4 million for fiscal 2018, 2017 and 2016, respectively.

*Lines of Credit*

At March 2, 2019, the Company maintained two uncommitted lines of credit of $100 million each, with expiration dates of August 30, 2019 and February 23, 2020, respectively. These uncommitted lines of credit are currently and are expected to be used for letters of credit in the ordinary course of business. During fiscal 2018 and 2017, the Company did not have any direct borrowings under the uncommitted lines of credit. As of March 2, 2019, there was approximately $18.8 million of outstanding letters of credit. Although no assurances can be provided, the Company intends to renew both uncommitted lines of credit before the respective expiration dates. In addition, as of March 2, 2019, the Company maintained unsecured standby letters of credit of $47.0 million, primarily for certain insurance programs.

**8.   PROVISION FOR INCOME TAXES**

On December 22, 2017, the U.S. government enacted the Tax Act. The Tax Act significantly revised the U.S. tax code by, among other things, (i) reducing the federal corporate income tax rate, effective January 1, 2018, from 35% to 21%, (ii) imposing a one-

43

time transition tax on earnings of foreign subsidiaries deemed to be repatriated and (iii) implementing a modified territorial tax system.

In March 2018, the FASB issued ASU 2018-05, *Income Taxes (Topic 740): Amendments to SEC Paragraphs Pursuant to the Securities and Exchange Commission ("SEC") Staff Accounting Bulletin No. 118 ("SAB 118")*. This update provided guidance on income tax accounting implications under the Tax Act. SAB 118 addressed the application of GAAP to situations when a registrant does not have the necessary information available, prepared or analyzed in reasonable detail to complete the accounting for certain income tax effects of the Tax Act and allows companies to record provisional amounts during a remeasurement period not to exceed one year after the enactment date while the accounting impact remains under analysis.

The Company has reasonably estimated the impact of the Tax Act in its fiscal 2017 provision for income taxes in accordance with its interpretation of the Tax Act and available guidance. The Tax Act resulted in a net unfavorable tax impact of approximately $10.5 million recorded in the fiscal fourth quarter of 2017.

As of December 22, 2018, the Company completed its review of the previously recorded provisional amounts related to the Tax Act and recorded an immaterial favorable adjustment to these amounts during fiscal 2018. The provisional amounts were related to the remeasurement of the Company's net deferred tax assets and the transition tax on accumulated foreign earnings, which collectively totaled approximately $26.8 million as of March 3, 2018.

The components of the provision for income taxes are as follows:

| | | FISCAL YEAR ENDED | | | | |
|---|---|---|---|---|---|---|
| *(in thousands)* | | March 2, 2019 | | March 3, 2018 | | February 25, 2017 |
| Current: | | | | | | |
| Federal | $ | 61,721 | $ | 82,044 | $ | 313,571 |
| State and local | | 22,995 | | 13,554 | | 42,101 |
| | | 84,716 | | 95,598 | | 355,672 |
| | | | | | | |
| Deferred: | | | | | | |
| Federal | | (83,576) | | 157,057 | | 20,295 |
| State and local | | (20,525) | | 18,147 | | 4,580 |
| | | (104,101) | | 175,204 | | 24,875 |
| | $ | (19,385) | $ | 270,802 | $ | 380,547 |

44

At March 2, 2019 and March 3, 2018, included in other assets is a net deferred income tax asset of $115.1 million and $11.0 million, respectively. These amounts represent the net tax effects of temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes. The significant components of the Company's deferred tax assets and liabilities consist of the following:

| (in thousands) | March 2, 2019 | March 3, 2018 |
|---|---|---|
| Deferred tax assets: | | |
| Inventories | $ 24,292 | $ 26,657 |
| Deferred rent and other rent credits | 42,147 | 47,893 |
| Insurance | 23,300 | 22,274 |
| Stock-based compensation | 16,097 | 23,690 |
| Nonqualified deferred compensation plan | 6,771 | 19,671 |
| Merchandise credits and gift card liabilities | 43,630 | 36,793 |
| Accrued expenses | 26,550 | 29,557 |
| Obligations on distribution facilities | 26,618 | 26,210 |
| Carryforwards and other tax credits | 48,115 | 48,221 |
| Other | 26,400 | 28,972 |
| | | |
| Deferred tax liabilities: | | |
| Depreciation | (132,120) | (125,067) |
| Goodwill | (3,337) | (54,254) |
| Intangibles | (19,414) | (55,091) |
| Prepaid expenses | (854) | (52,723) |
| Other | (13,115) | (11,778) |
| | $ 115,080 | $ 11,025 |

At March 2, 2019, the Company has federal net operating loss carryforwards of $3.4 million (tax effected), which will begin expiring in 2025, state net operating loss carryforwards of $3.5 million (tax effected), which will expire between 2018 and 2031, California state enterprise zone credit carryforwards of $2.2 million (tax effected), which will expire in 2023, but require taxable income in the enterprise zone to be realizable.

The Company has not established a valuation allowance for the net deferred tax asset as it is considered more likely than not that it is realizable through a combination of future taxable income and the deductibility of future net deferred tax liabilities.

The following table summarizes the activity related to the gross unrecognized tax benefits from uncertain tax positions:

| (in thousands) | March 2, 2019 | March 3, 2018 |
|---|---|---|
| Balance at beginning of year | $ 75,443 | $ 76,415 |
| | | |
| Increase related to current year positions | 6,490 | 11,437 |
| Increase related to prior year positions | 2,822 | 4,128 |
| Decrease related to prior year positions | (6,128) | (1,823) |
| Settlements | (2,338) | (1,448) |
| Lapse of statute of limitations | (14,352) | (13,266) |
| | | |
| Balance at end of year | $ 61,937 | $ 75,443 |

Gross unrecognized tax benefits are classified in non-current income taxes payable (or a contra deferred tax asset) on the consolidated balance sheet for uncertain tax positions taken (or expected to be taken) on a tax return. As of March 2, 2019 and March 3, 2018, approximately $61.9 million and $75.4 million, respectively, of gross unrecognized tax benefits would impact the Company's effective tax rate. As of March 2, 2019 and March 3, 2018, the liability for gross unrecognized tax benefits included approximately $8.3 million

45

Table of Contents

and $9.6 million, respectively, of accrued interest. The Company recorded a decrease of interest of approximately $0.9 million for the fiscal year ended March 2, 2019 and an increase of approximately $1.5 million for the fiscal year ended March 3, 2018 for gross unrecognized tax benefits in the consolidated statement of earnings.

The Company anticipates that any adjustments to gross unrecognized tax benefits which will impact income tax expense, due to the expiration of statutes of limitations, could be approximately $4 million in the next twelve months. However, actual results could differ from those currently anticipated.

As of March 2, 2019, the Company operated in all 50 states, the District of Columbia, Puerto Rico, Canada and several other international countries and files income tax returns in the United States and various state, local and international jurisdictions. The Company is currently under examination by the Internal Revenue Service for the tax year 2015. The Company is open to examination for state, foreign and local jurisdictions with varying statutes of limitations, generally ranging from three to five years.

For fiscal 2018, the effective tax rate is comprised of the federal statutory income tax rate of 21.00%, the State income tax rate, net of federal benefit, of 1.38%, provision for uncertain tax positions of 7.24%, the impact of the Tax Act of 2.70%, the impact of goodwill non-deductible impairment charges of 18.64%, the impact of tax deficiencies related to stock-based compensation of 6.48%, the impact of various tax credits of 4.53% and other income taxes benefits of 3.41%. For fiscal 2017, the effective tax rate is comprised of the federal statutory income tax rate of 32.66%, the State income tax rate, net of federal benefit, of 4.12%, the net impact of the Tax Act of 3.86%, provision for uncertain tax positions of 0.32%, the impact of tax deficiencies related to stock-based compensation of 1.39%, the benefit of various tax credits of 0.96% and other income tax benefits of 2.46%. For fiscal 2016, the effective tax rate is comprised of the federal statutory income tax rate of 35.00%, the State income tax rate, net of federal benefit, of 3.25%, provision for uncertain tax positions of 0.28%, the benefit of various tax credits of 0.64% and other income tax benefits of 2.18%.

## 9. TRANSACTIONS AND BALANCES WITH RELATED PARTIES

In fiscal 2002, the Company had an interest in certain life insurance policies on the lives of its Co-Founders and their spouses. The Company's interest in these policies was equivalent to the net premiums paid by the Company. The agreements relating to the Company's interest in the life insurance policies on the lives of its Co-Founders and their spouses were terminated in fiscal 2003. Upon termination in fiscal 2003, the Co-Founders paid to the Company $5.4 million, representing the total amount of premiums paid by the Company under the agreements and the Company was released from its contractual obligation to make substantial future premium payments. In order to confer a benefit to its Co-Founders in substitution for the aforementioned terminated agreements, the Company has agreed to pay to the Co-Founders, at a future date, an aggregate amount of $4.2 million, which is included in accrued expenses and other current liabilities as of March 2, 2019 and March 3, 2018.

On January 27, 2017, the Company acquired certain assets including the brand, website and certain intellectual property assets and assumed certain contractual obligations of Chef Central, a retailer of kitchenware, cookware and homeware items catering to cooking and baking enthusiasts. Ron Eisenberg, the son of Warren Eisenberg, the Company's Co-Founder, was the founder and owner of Chef Central, and joined the Company as an employee to build Chef Central branded stores or departments. Mr. Eisenberg brought more than 30 years of specialty retail experience and the transaction also added knowledgeable and talented associates to the Company with great culinary retailing expertise. Warren Eisenberg recused himself from Board of Director deliberations relating to the transaction (See "Acquisitions," Note 3).

On April 21, 2019, Warren Eisenberg and Leonard Feinstein transitioned to the role of Co-Founders and Co-Chairmen Emeriti of the Board of Directors of the Company. As a result of this transition, Mr. Eisenberg and Mr. Feinstein ceased to be officers of the Company effective as of April 21, 2019.

## 10. LEASES

The Company leases retail stores, as well as distribution facilities, offices and equipment, under agreements expiring at various dates through 2041. Certain leases provide for contingent rents (which are based upon store sales exceeding stipulated amounts and are immaterial in fiscal 2018, 2017, and 2016), scheduled rent increases and renewal options. The Company is obligated under a majority of the leases to pay for taxes, insurance and common area maintenance charges.

As of March 2, 2019, future minimum lease payments under non-cancelable operating leases were as follows:

46

| (in thousands) | | Operating Leases |
|---|---|---:|
| Fiscal Year: | | |
| 2019 | $ | 609,613 |
| 2020 | | 534,055 |
| 2021 | | 434,908 |
| 2022 | | 334,587 |
| 2023 | | 241,863 |
| Thereafter | | 616,170 |
| Total future minimum lease payments | $ | 2,771,196 |

Expenses for all operating leases were $593.3 million, $614.1 million, and $582.2 million for fiscal 2018, 2017, and 2016, respectively.

As of March 2, 2019 and March 3, 2018, the capital lease obligations were approximately $3.8 million and $4.5 million, respectively, for which the current and long-term portions are included within accrued expenses and other current liabilities and deferred rent and other liabilities, respectively, in the consolidated balance sheet. Monthly minimum lease payments are accounted for as principal and interest payments. Interest expense for all capital leases was $0.3 million, $0.3 million, and $0.4 million for fiscal 2018, 2017, and 2016, respectively. The minimum capital lease payments, including interest, by fiscal year are: $0.9 million in fiscal 2019, $0.8 million in fiscal 2020, $0.7 million in fiscal 2021, $0.6 million in fiscal 2022, $0.6 million in fiscal 2023 and $1.0 million thereafter.

The Company has financing obligations, related to two sale/leaseback agreements, which approximated the discounted fair value of the minimum lease payments, had a residual fair value at the end of the lease term and are being amortized over the term of the respective agreements, including option periods, of 32 and 37 years. As of March 2, 2019 and March 3, 2018, the sale/leaseback financing obligations were approximately $101.7 million and $102.5 million, respectively, for which the current and long-term portions are included within accrued expenses and other current liabilities and deferred rent and other liabilities, respectively, in the consolidated balance sheet. Monthly lease payments are accounted for as principal and interest payments (at approximate annual interest rates of 7.2% and 10.6%). These sale/leaseback financing obligations, excluding the residual fair value at the end of the lease term, mature as follows: $0.8 million in fiscal 2019, $0.9 million in fiscal 2020, $0.9 million in fiscal 2021, $1.0 million in fiscal 2022, $1.0 million in fiscal 2023 and $75.4 million thereafter.

## 11.  EMPLOYEE BENEFIT PLANS

*Defined Contribution Plans*

The Company has three defined contribution savings plans covering all eligible employees of the Company ("the Plans"). Participants of the Plans may defer annual pre-tax compensation subject to statutory and Plan limitations. In addition, a certain percentage of an employee's contributions are matched by the Company and vest over a specified period of time, subject to certain statutory and Plan limitations. The Company's match was approximately $15.5 million, $16.4 million, and $15.2 million for fiscal 2018, 2017, and 2016, respectively, which was expensed as incurred.

*Nonqualified Deferred Compensation Plan*

On December 27, 2017, the Company terminated its nonqualified deferred compensation plan ("NQDC"). After December 27, 2017, no participant deferrals were accepted and all balances were to be liquidated more than 12 months but less than 24 months after December 27, 2017. During fiscal 2018, all participants balances were liquidated and disbursed to those participants.

The Company's NQDC was for the benefit of employees who are defined by the Internal Revenue Service as highly compensated. Participants of the NQDC were able to defer annual pre-tax compensation subject to statutory and plan limitations. In addition, a certain percentage of an employee's contributions may have been matched by the Company and vested over a specified period of time, subject to certain plan limitations. The Company's match was approximately $0.6 million, $0.6 million, and $0.5 million in fiscal 2018, 2017, and 2016, respectively, which was expensed as incurred.

Changes in the fair value of the trading securities related to the NQDC and the corresponding change in the associated liability are included within interest income and selling, general and administrative expenses respectively, in the consolidated statements of earnings. Historically, these changes have resulted in no net impact to the consolidated statements of earnings.

*Defined Benefit Plan*

47

Table of Contents

The Company has a non-contributory defined benefit pension plan for the CTS employees, hired on or before July 31, 2003, who meet specified age and length-of-service requirements. The benefits are based on years of service and the employee's compensation up until retirement. The Company recognizes the overfunded or underfunded status of the pension plan as an asset or liability in its statement of financial position and recognizes changes in the funded status in the year in which the changes occur. For the years ended March 2, 2019, March 3, 2018 and February 25, 2017, the net periodic pension cost was not material to the Company's results of operations. The Company has a $1.6 million asset, which is included in other assets as of March 2, 2019 and $14.3 million liability, which is included in deferred rent and other liabilities as of March 3, 2018. In addition, as of March 2, 2019 and March 3, 2018, the Company recognized a loss of $3.7 million, net of taxes of $1.3 million, and a loss of $3.2 million, net of taxes of $1.1 million, respectively, within accumulated other comprehensive loss.

## 12.  COMMITMENTS AND CONTINGENCIES

The District Attorney's office for the County of Ventura, California, together with District Attorneys for other counties in California (together, the "District Attorneys"), recently concluded an investigation regarding the management and disposal at the Company's stores in California of certain materials that may be deemed hazardous or universal waste under California law. On March 19, 2019, the District Attorneys provided the Company with a settlement demand that included a proposed civil penalty, reimbursement of investigation costs, and certain injunctive relief, including modifications to the Company's existing compliance program, which already includes associate training, on-going review of disposal rules applicable to various product categories, and specialized third-party disposal. The Company is working with the District Attorneys towards a resolution of this matter and has recorded an accrual for the estimated probable loss for this matter as of March 2, 2019. While no assurance can be given as to its ultimate outcome, the Company does not believe that the final resolution of this matter will have a material effect on the Company's consolidated financial position, results of operations or liquidity.

The Company maintains employment agreements with its Co-Founders. Under these agreements, the Co-Founders could at any time elect senior status (i.e., to be continued to be employed to provide non-line executive consultative services). On May 11, 2017, the Co-Founders notified the Company that they elected to commence their Senior Status Period, effective May 21, 2017. The Co-Founders are entitled to a base salary, termination payments, postretirement benefits and other terms and conditions of employment, pursuant to the senior status provisions of these employment agreements. On April 21, 2019, Warren Eisenberg and Leonard Feinstein transitioned to the role of Co-Founders and Co-Chairmen Emeriti of the Board of Directors of the Company.  As a result of this transition, Mr. Eisenberg and Mr. Feinstein ceased to be officers of the Company effective as of April 21, 2019, and became entitled to the payments and benefits provided under their employment agreements that apply in the case of a termination without cause, which generally include continued senior status payments until May 2027 and continued participation for the Co-Founders (and their spouses, if applicable) at the Company's expense, in medical, dental, hospitalization and life insurance and in all other employee plans and programs in which the Co-Founders (or their family) were participating as of the date of termination and other or additional benefits in accordance with the applicable plans and programs until the earlier of death of the survivor of the Co-Founder and his spouse or the date(s) he receives equivalent coverage and benefits from a subsequent employer.  In addition, the Co-Founders are entitled to supplemental pension payments specified in their employment agreements until the death of the survivor of the Co-Founder and his spouse, reduced by the continued senior status payments referenced in the foregoing sentence.

In addition, the Company maintains employment agreements with other executives which provide for severance pay and, in some instances, certain other supplemental retirement benefits.

The Company records an estimated liability related to its various claims and legal actions arising in the ordinary course of business when and to the extent that it concludes a liability is probable and the amount of the loss can be reasonably estimated. Such estimated loss is based on available information and advice from outside counsel, where appropriate. As additional information becomes available, the Company reassesses the potential liability related to claims and legal actions and revises its estimated liabilities, as appropriate. The Company expects the ultimate disposition of these matters will not have a material adverse effect on the Company's consolidated financial position, results of operations or liquidity. The Company also cannot predict the nature and validity of claims which could be asserted in the future, and future claims could have a material impact on its earnings.

## 13.  SUPPLEMENTAL CASH FLOW INFORMATION

The Company paid income taxes of $61.3 million, $203.9 million, and $364.4 million in fiscal 2018, 2017, and 2016, respectively. In addition, the Company had interest payments of approximately $81.4 million, $81.3 million, and $81.4 million in fiscal 2018, 2017, and 2016, respectively.

The Company recorded an accrual for capital expenditures of $51.7 million, $63.7 million, and $59.0 million as of March 2, 2019, March 3, 2018 and February 25, 2017, respectively. In addition, the Company recorded an accrual for dividends payable of $28.3 million and $25.5 million as of March 2, 2019 and March 3, 2018, respectively. The Company did not declare any dividends prior to fiscal 2016. In fiscal 2018, the Company recorded a $31.1 million note receivable in connection with the sale of a building.

48

**14. STOCK-BASED COMPENSATION**

The Company measures all employee stock-based compensation awards using a fair value method and records such expense, net of estimated forfeitures, in its consolidated financial statements. Currently, the Company's stock-based compensation relates to restricted stock awards, stock options and performance stock units. The Company's restricted stock awards are considered nonvested share awards.

Stock-based compensation expense for the fiscal year ended March 2, 2019, March 3, 2018 and February 25, 2017 was approximately $58.5 million ($51.3 million after tax or $0.38 per diluted share), $70.5 million ($43.1 million after tax or $0.31 per diluted share), and approximately $71.9 million ($46.3 million after tax or $0.31 per diluted share), respectively. In addition, the amount of stock-based compensation cost capitalized for the years ended March 2, 2019 and March 3, 2018 was approximately $2.3 million and $2.4 million, respectively.

*Incentive Compensation Plans*

The Company currently grants awards under the Bed Bath & Beyond 2018 Incentive Compensation Plan (the "2018 Plan"), which includes an aggregate of 4.6 million shares of common stock authorized for issuance of awards permitted under the 2018 Plan, including stock options, stock appreciation rights, restricted stock awards, performance awards and other stock based awards. The 2018 Plan supplements the Bed Bath & Beyond 2012 Incentive Compensation Plan (the "2012 Plan"), which amended and restated the Bed Bath & Beyond 2004 Incentive Compensation Plan (the "2004 Plan"). The 2012 Plan includes an aggregate of 43.2 million common shares authorized for issuance of awards permitted under the 2012 Plan (similar to the 2018 Plan). Outstanding awards that were covered by the 2004 Plan continue to be in effect under the 2012 Plan.

Similar to the 2012 Plan, the 2018 Plan is a flexible compensation plan that enables the Company to offer incentive compensation through stock options (whether nonqualified stock options or incentive stock options), restricted stock awards, stock appreciation rights, performance awards and other stock based awards, including cash awards. Under the 2018 Plan, grants are determined by the Compensation Committee for those awards granted to executive officers and by an appropriate committee for all other awards granted. Awards of stock options and restricted stock generally vest in five equal annual installments beginning one to three years from the date of grant. Awards of performance stock units generally vest over a period of four years from the date of grant dependent on the Company's achievement of performance-based tests and subject, in general, to the executive remaining in the Company's service on specified vesting dates.

The Company generally issues new shares for stock option exercises, restricted stock awards and vesting of performance stock units.

*Stock Options*

Stock option grants are issued at fair market value on the date of grant and generally become exercisable in either three or five equal annual installments beginning one year from the date of grant for options issued since May 10, 2010, and beginning one to three years from the date of grant for options issued prior to May 10, 2010, in each case, subject, in general to the recipient remaining in the Company's service on specified vesting dates. Option grants expire eight years after the date of grant. All option grants are nonqualified. As of March 2, 2019, unrecognized compensation expense related to the unvested portion of the Company's stock options was $10.1 million, which is expected to be recognized over a weighted average period of 2.8 years.

The fair value of the stock options granted was estimated on the date of the grant using a Black-Scholes option-pricing model that uses the assumptions noted in the following table.

|  | FISCAL YEAR ENDED | | |
| --- | --- | --- | --- |
| **Black-Scholes Valuation Assumptions  (1)** | **March 2, 2019** | **March 3, 2018** | **February 25, 2017** |
| Weighted Average Expected Life (in years)  (2) | **6.7** | 6.7 | 6.6 |
| Weighted Average Expected Volatility  (3) | **34.96%** | 26.49% | 26.96% |
| Weighted Average Risk Free Interest Rates  (4) | **2.92%** | 2.17% | 1.46% |
| Expected Dividend Yield (5) | **3.80%** | 1.60% | 1.10% |

(1) Forfeitures are estimated based on historical experience.
(2) The expected life of stock options is estimated based on historical experience.
(3) Expected volatility is based on the average of historical and implied volatility. The historical volatility is determined by observing actual prices of the Company's stock over a period commensurate with the expected life of the awards. The implied volatility

49

represents the implied volatility of the Company's call options, which are actively traded on multiple exchanges, had remaining maturities in excess of twelve months, had market prices close to the exercise prices of the employee stock options and were measured on the stock option grant date.

(4) Based on the U.S. Treasury constant maturity interest rate whose term is consistent with the expected life of the stock options.

(5) Expected dividend yield is estimated based on anticipated dividend payouts.

Changes in the Company's stock options for the fiscal year ended March 2, 2019 were as follows:

| (Shares in thousands) | Number of Stock Options | | Weighted Average Exercise Price |
|---|---|---|---|
| Options outstanding, beginning of period | 4,241 | $ | 55.76 |
| Granted | 1,065 | | 16.85 |
| Exercised | — | | — |
| Forfeited or expired | (911) | | 49.96 |
| Options outstanding, end of period | 4,395 | | 47.53 |
| Options exercisable, end of period | 2,308 | $ | 61.79 |

The weighted average fair value for the stock options granted in fiscal 2018, 2017, and 2016 was $4.31, $9.50, and $11.87, respectively. The weighted average remaining contractual term and the aggregate intrinsic value for options outstanding as of March 2, 2019 was 4.3 years and the aggregate intrinsic value was $0. The weighted average remaining contractual term for options exercisable as of March 2, 2019 was 2.6 years and the aggregate intrinsic value was $0. No stock options were exercised during fiscal 2018. The total intrinsic value for stock options exercised during fiscal 2017 and 2016 was $3.9 million and $9.0 million, respectively.

*Restricted Stock*

Restricted stock awards are issued and measured at fair market value on the date of grant and generally become vested in five equal annual installments beginning one to three years from the date of grant, subject, in general, to the recipient remaining in the Company's service on specified vesting dates. Vesting of restricted stock is based solely on time vesting. As of March 2, 2019, unrecognized compensation expense related to the unvested portion of the Company's restricted stock awards was $99.3 million, which is expected to be recognized over a weighted average period of 4.0 years.

Changes in the Company's restricted stock for the fiscal year ended March 2, 2019 were as follows:

| (Shares in thousands) | Number of Restricted Shares | | Weighted Average Grant-Date Fair Value |
|---|---|---|---|
| Unvested restricted stock, beginning of period | 4,311 | $ | 48.07 |
| Granted | 695 | | 18.08 |
| Vested | (884) | | 54.14 |
| Forfeited | (375) | | 41.51 |
| Unvested restricted stock, end of period | 3,747 | $ | 41.73 |

*Performance Stock Units*

Performance stock units ("PSUs") are issued and measured at fair market value on the date of grant. Vesting of PSUs awarded to certain of the Company's executives is dependent on the Company's achievement of a performance-based test during a one-year period from the date of grant and during a three-year period from the date of grant and, assuming achievement of the performance-based test, time vesting over periods of up to four years, subject, in general, to the executive remaining in the Company's service on specified vesting dates. Performance during the one-year period will be based on Earnings Before Interest and Taxes ("EBIT") margin relative to a peer group of the Company and performance during the three-year period will be based on Return on Invested Capital ("ROIC") or a combination of EBIT margin and ROIC relative to such peer group. The awards based on EBIT margin and ROIC range from a floor of zero to a cap of 150% of target achievement. PSUs are converted into shares of common stock upon payment following vesting. Upon grant of the PSUs, the Company recognizes compensation expense related to these awards based

50

on the assumption that 100% of the target award will be achieved. The Company evaluates the target assumption on a quarterly basis and adjusts compensation expense related to these awards, as appropriate. As of March 2, 2019, unrecognized compensation expense related to the unvested portion of the Company's performance stock units was $16.3 million, which is expected to be recognized over a weighted average period of 1.7 years.

Changes in the Company's PSUs for the fiscal year ended March 2, 2019 were as follows:

| (Shares in thousands) | Number of Performance Stock Units | Weighted Average Grant-Date Fair Value |
|---|---|---|
| Unvested performance stock units, beginning of period | 1,352 | $ 46.06 |
| Granted | 1,274 | 16.90 |
| Vested | (492) | 50.82 |
| Forfeited | (52) | 43.28 |
| Unvested performance stock units, end of period | 2,082 | $ 27.16 |

## 15.  SUMMARY OF QUARTERLY RESULTS (UNAUDITED)

| | FISCAL 2018 QUARTER ENDED | | | | FISCAL 2017 QUARTER ENDED | | | |
|---|---|---|---|---|---|---|---|---|
| (in thousands, except per share data) | June 2, 2018 | September 1, 2018 | December 1, 2018 | March 2, 2019 | May 27, 2017 | August 26, 2017 | November 25, 2017 | March 3, 2018 |
| Net sales | $ 2,753,667 | $ 2,935,018 | $ 3,032,231 | $ 3,307,881 | $ 2,742,141 | $ 2,936,357 | $ 2,954,539 | $ 3,716,264 |
| Gross profit | 964,848 | 988,561 | 1,003,710 | 1,146,861 | 1,000,115 | 1,068,559 | 1,041,061 | 1,333,280 |
| Operating profit (loss) | 81,229 | 78,858 | 49,513 | (296,735) | 147,011 | 168,847 | 108,360 | 337,103 |
| Earnings (loss) before provision for income taxes | 64,497 | 64,247 | 26,822 | (312,175) | 130,431 | 149,681 | 94,739 | 320,809 |
| Provision (benefit) for income taxes | 20,921 | 15,608 | 2,468 | (58,382) | 55,148 | 55,451 | 33,438 | 126,765 |
| Net earnings (loss) | $ 43,576 | $ 48,639 | $ 24,354 | $ (253,793) | $ 75,283 | $ 94,230 | $ 61,301 | $ 194,044 |
| EPS-Basic (1) | $ 0.32 | $ 0.36 | $ 0.18 | $ (1.92) | $ 0.53 | $ 0.67 | $ 0.44 | $ 1.41 |
| EPS-Diluted (1) | $ 0.32 | $ 0.36 | $ 0.18 | $ (1.92) | $ 0.53 | $ 0.67 | $ 0.44 | $ 1.41 |
| Dividends declared per share | $ 0.160 | $ 0.160 | $ 0.160 | $ 0.160 | $ 0.150 | $ 0.150 | $ 0.150 | $ 0.150 |

(1) Net earnings per share ("EPS") amounts for each quarter are required to be computed independently and may not equal the amount computed for the total year.

51

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Shareholders and Board of Directors
Bed Bath & Beyond Inc.:

*Opinion on the Consolidated Financial Statements*

We have audited the accompanying consolidated balance sheets of Bed Bath & Beyond Inc. and subsidiaries (the Company) as of March 2, 2019 and March 3, 2018, the related consolidated statements of operations, comprehensive (loss) income, shareholders' equity, and cash flows for each of the years in the three-year period ended March 2, 2019, and the related notes and the consolidated financial statement schedule (collectively, the consolidated financial statements). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of March 2, 2019 and March 3, 2018, and the results of its operations and its cash flows for each of the years in the three-year period ended March 2, 2019, in conformity with U.S. generally accepted accounting principles.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the Company's internal control over financial reporting as of March 2, 2019, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission, and our report dated April 30, 2019 expressed an unqualified opinion on the effectiveness of the Company's internal control over financial reporting.

*Basis for Opinion*

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audits provide a reasonable basis for our opinion.

/s/ KPMG LLP

We have served as the Company's auditor since 1992.

Short Hills, New Jersey
April 30, 2019

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM ON INTERNAL CONTROL OVER FINANCIAL REPORTING**

To the Shareholders and Board of Directors
Bed Bath & Beyond Inc.:

*Opinion on Internal Control Over Financial Reporting*

We have audited Bed Bath & Beyond Inc. and subsidiaries' (the Company) internal control over financial reporting as of March 2, 2019, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of March 2, 2019, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated balance sheets of the Company as of March 2, 2019 and March 3, 2018, the related consolidated statements of operations, comprehensive (loss) income, shareholders' equity, and cash flows for each of the years in the three-year period ended March 2, 2019, and the related notes and consolidated financial statement schedule, (collectively, the consolidated financial statements), and our report dated April 30, 2019 expressed an unqualified opinion on those consolidated financial statements.

*Basis for Opinion*

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control Over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audit also included performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

*Definition and Limitations of Internal Control Over Financial Reporting*

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ KPMG LLP

Short Hills, New Jersey
April 30, 2019

53

# ITEM 9 – CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE

None.

# ITEM 9A – CONTROLS AND PROCEDURES

(a) Disclosure Controls and Procedures

Based on their evaluation as of March 2, 2019, our Principal Executive Officer and Principal Financial Officer have concluded that our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended) were effective to ensure that the information required to be disclosed by our management in the reports that we file or submit under the Securities Exchange Act of 1934 is (i) recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and (ii) accumulated and communicated to our management, including our Principal Executive Officer and Principal Financial Officer, to allow timely decisions regarding required disclosure.

Our management, including our Principal Executive Officer and Principal Financial Officer, does not expect that our disclosure controls and procedures or our internal controls will prevent all error and all fraud. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Our disclosure controls and procedures are designed to provide such reasonable assurance of achieving their objectives, and our Principal Executive Officer and Principal Financial Officer have concluded that our disclosure controls and procedures are effective at that reasonable assurance level.

(b) Management's Report on Internal Control over Financial Reporting

Our management is responsible for establishing and maintaining adequate internal control over financial reporting (as defined in Rule 13a-15(f) under the Securities Exchange Act of 1934, as amended). Our management assessed the effectiveness of our internal control over financial reporting as of March 2, 2019. In making this assessment, our management used the criteria set forth by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO"), released in 2013, Internal Control-Integrated Framework.

Our management has concluded that, as of March 2, 2019, our internal control over financial reporting is effective based on these criteria.

(c) Attestation Report of the Independent Registered Public Accounting Firm

KPMG LLP issued an audit report on the effectiveness of our internal control over financial reporting, which is included herein.

(d) Changes in Internal Control over Financial Reporting

There were no changes in our internal controls over financial reporting during the quarter ended March 2, 2019 that have materially affected, or are reasonably likely to materially affect, our internal controls over financial reporting.

# ITEM 9B – OTHER INFORMATION

None.

54

PART III

# ITEM 10 – DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE

(a)  Directors of the Company

Information relative to Directors of the Company is set forth under the section captioned "Election of Directors" in the registrant's definitive Proxy Statement for the 2019 Annual Meeting of Shareholders ("the Proxy Statement") and is incorporated herein by reference.

(b)  Executive Officers of the Company

Information relative to Executive Officers of the Company is set forth under the section captioned "Executive Officers" in the Proxy Statement and is incorporated herein by reference.

(c)  Information with respect to compliance with Section 16(a) of the Securities Exchange Act of 1934 is set forth under the section captioned "Section 16(a) Beneficial Ownership Reporting Compliance" in the Proxy Statement and is incorporated herein by reference.

(d)  Information on our audit committee and the audit committee financial expert is set forth under the section captioned "Audit Committee" in the Proxy Statement and is incorporated herein by reference.

(e)  The Company has adopted a code of ethics entitled "Policy Of Ethical Standards For Business Conduct" that applies to all of its employees, including Executive Officers, and the Board of Directors, the complete text of which is available through the Investor Relations section of the Company's website, www.bedbathandbeyond.com.

# ITEM 11 – EXECUTIVE COMPENSATION

The information required by this item is set forth under the section captioned "Executive Compensation" in the Proxy Statement and is incorporated herein by reference.

# ITEM 12 – SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED SHAREHOLDER MATTERS

The Equity Plan Compensation Information required by this item is included below; all other information required by this item is in the Proxy Statement and is incorporated herein by reference.

The following table provides certain information as of March 2, 2019 with respect to the Company's equity compensation plans:

| Plan Category | Number of securities to be issued upon exercise of outstanding options, warrants and rights (a) | Weighted-average exercise price of outstanding options, warrants and rights (b) | Number of securities remaining available for future issuance under equity compensation plans (excluding securities reflected in column (a)) (c) |
|---|---|---|---|
| Equity compensation plans approved by shareholders (1) | 7,187,798  (2) | $ 47.53  (3) | 6,234,083 |
| Equity compensation plans not approved by shareholders | — | — | — |
| Total (4) | 7,187,798  (2) | $ 47.53  (3) | 6,234,083 |

(1) These plans consist of the Company's 2004 Incentive Compensation Plan and the 2012 Incentive Compensation Plan, which amended and restated the 2004 Incentive Compensation Plan.

(2) This amount includes 2,792,819 shares that may be issued upon the vesting of performance stock units granted under the 2012 Incentive Compensation Plan, which represents the estimated maximum number of shares that may be issued upon the vesting of the performance stock units. This amount also includes 4,394,979 of stock options outstanding.

(3) The weighted-average exercise price solely takes into account outstanding stock options as other outstanding awards under the 2004 Incentive Compensation Plan and the 2012 Incentive Compensation Plan do not have an exercise price.

(4) Any shares of common stock that are subject to awards of options or stock appreciation rights under the 2012 Incentive Compensation Plan shall be counted against the aggregate number of shares of common stock that may be issued as one share for every share issued. Any shares of common stock that are subject to awards other than options or stock appreciation rights, including restricted stock awards and performance stock units, shall be counted against this limit as 2.20 shares for every share granted.

## ITEM 13 – CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE

The information required by this item is set forth under the sections captioned "Director Independence" and "Certain Relationships and Related Transactions" in the Proxy Statement and is incorporated herein by reference.

## ITEM 14 – PRINCIPAL ACCOUNTING FEES AND SERVICES

The information required by this item is in the Proxy Statement and is incorporated herein by reference.

PART IV

# ITEM 15 – EXHIBITS, FINANCIAL STATEMENT SCHEDULES

**(a) (1)** Consolidated Financial Statements of Bed Bath & Beyond Inc. and subsidiaries are incorporated under Item 8 of this Form 10-K.

**(a) (2) Financial Statement Schedules**

For the Fiscal Years Ended March 2, 2019, March 3, 2018 and February 25, 2017.

Schedule II – Valuation and Qualifying Accounts

**(a) (3) Exhibits**

Unless otherwise indicated, exhibits are incorporated by reference to the correspondingly numbered exhibits to the Company's Registration Statement on Form S-1 (Commission File No. 33-47250).

| Exhibit No. | Exhibit |
| --- | --- |
| 3.1*** | Restated Certificate of Incorporation |
| 3.2 | Certificate of Amendment to the Company's Certificate of Incorporation (incorporated by reference to Exhibit 3 to the Company's Quarterly Report on Form 10-Q/A for the quarter ended August 25, 1996) |
| 3.3 | Certificate of Amendment to the Company's Certificate of Incorporation (incorporated by reference to Exhibit 3.1 to the Company's Quarterly Report on Form 10-Q for the quarter ended August 30, 1997) |
| 3.4 | Certificate of Change of Bed Bath & Beyond Inc. under Section 805-A of the Business Corporation Law (incorporated by reference to Exhibit 3.2 to the Company's Quarterly Report on Form 10-Q for the quarter ended August 30, 1997) |
| 3.5 | Certificate of Amendment of Certificate of Incorporation (incorporated by reference to Exhibit 3 to the Company's Quarterly Report on Form 10-Q for the quarter ended May 30, 1998) |
| 3.6 | Certificate of Amendment of Certificate of Incorporation of the Company (incorporated by reference to Exhibit 10.1 to the Company's Quarterly Report on Form 10-Q for the quarter ended September 1, 2001) |
| 3.7 | Certificate of Amendment of Certificate of Incorporation of the Company (incorporated by reference to Exhibit 3.1 to the Company's Form 8-K dated July 1, 2009) |
| 3.8 | Amended By-Laws of Bed Bath & Beyond Inc. (incorporated by reference to Exhibit 3.1 to the Company's Form 10-Q filed with the Commission on December 28, 2017) |
| 3.9 | Amendment to By-Laws of Bed Bath & Beyond Inc. (incorporated by reference to Exhibit 3.1 to the Company's Form 8-K filed on April 22, 2019) |
| 4.1 | Indenture, dated as of July 17, 2014, relating to the 3.749% senior unsecured notes due 2024, the 4.915% senior unsecured notes due 2034 and the 5.165% senior unsecured notes due 2044, between the Company and The Bank of New York Mellon, as trustee (incorporated by reference to Exhibit 4.1 to the Company's Form 8-K filed with the Commission on July 17, 2014) |
| 4.2 | First Supplemental Indenture, dated as of July 17, 2014, relating to the 3.749% senior unsecured notes due 2024, the 4.915% senior unsecured notes due 2034 and the 5.165% senior unsecured notes due 2044, between the Company and The Bank of New York Mellon, as trustee (incorporated by reference to Exhibit 4.2 to the Company's Form 8-K filed with the Commission on July 17, 2014) |
| 4.3 | Form of 3.749% senior unsecured notes due 2024 (incorporated by reference to Exhibit 4.3 to the Company's Form 8-K filed with the Commission on July 17, 2014) |
| 4.4 | Form of 4.915% senior unsecured notes due 2034 (incorporated by reference to Exhibit 4.4 to the Company's Form 8-K filed with the Commission on July 17, 2014) |
| 4.5 | Form of 5.165% senior unsecured notes due 2044 (incorporated by reference to Exhibit 4.5 to the Company's Form 8-K filed with the Commission on July 17, 2014) |
| 10.1* | Stock Option Agreement between the Company and Warren Eisenberg, dated as of August 26, 1997 (incorporated by reference to Exhibit 10.3 to the Company's Quarterly Report on Form 10-Q for the quarter ended August 30, 1997) |
| 10.2* | Stock Option Agreement between the Company and Leonard Feinstein, dated as of August 26, 1997 (incorporated by reference to Exhibit 10.4 to the Company's Quarterly Report on Form 10-Q for the quarter ended August 30, 1997) |

57

| | |
|---|---|
| 10.3* | Company's 1992 Stock Option Plan, as amended through August 26, 1997 (incorporated by reference to Exhibit 10.5 to the Company's Quarterly Report on Form 10-Q for the quarter ended August 30, 1997) |
| 10.4* | Company's 1996 Stock Option Plan, as amended through August 26, 1997 (incorporated by reference to Exhibit 10.6 to the Company's Quarterly Report on Form 10-Q for the quarter ended August 30, 1997) |
| 10.5* | Employment Agreement between the Company and Steven H. Temares (dated as of December 1, 1994) (incorporated by reference to Exhibit 10.16 to the Company's Form 10-K for the year ended February 28, 1998) |
| 10.6* | Form of Employment Agreement between the Company and the Chief Merchandising Officer and Senior Vice President and Senior Vice President – Stores (dated as of December 1, 1994) (incorporated by reference to Exhibit 10.17 to the Company's Form 10-K for the year ended February 28, 1998) |
| 10.7* | Company's 1998 Stock Option Plan (incorporated by reference to Exhibit 10 to the Company's Quarterly Report on Form 10-Q for the quarter ended May 30, 1998) |
| 10.8* | Stock Option Agreement between the Company and Warren Eisenberg, dated as of August 13, 1999 (incorporated by reference to Exhibit 10.1 to the Company's Quarterly Report on Form 10-Q for the quarter ended November 27, 1999) |
| 10.9* | Stock Option Agreement between the Company and Leonard Feinstein, dated as of August 13, 1999 (incorporated by reference to Exhibit 10.2 to the Company's Quarterly Report on Form 10-Q for the quarter ended November 27, 1999) |
| 10.10* | Form of Standard Stock Option Agreement (incorporated by reference to Exhibit 10.3 to the Company's Quarterly Report on Form 10-Q for the quarter ended November 27, 1999) |
| 10.11* | Company's 2000 Stock Option Plan (incorporated by reference to Exhibit 10 to the Company's Quarterly Report on Form 10-Q for the quarter ended May 27, 2000 which is incorporated by reference to Exhibit A to the Registrant's Proxy Statement dated May 22, 2000) |
| 10.12* | Form of Standard Stock Option Agreement (incorporated by reference to Exhibit 10.1 to the Company's Quarterly Report on Form 10-Q for the quarter ended August 26, 2000) |
| 10.13* | Company's 2001 Stock Option Plan (incorporated by reference to Exhibit 10.29 to the Company's Form 10-K for the year ended March 3, 2001) |
| 10.14* | Form of Standard Stock Option Agreement (incorporated by reference to Exhibit 10.1 to the Company's Quarterly Report on Form 10-Q for the quarter ended May 1, 2002) |
| 10.15* | Form of Standard Stock Option Agreement (incorporated by reference to Exhibit 10.1 to the Company's Quarterly Report on Form 10-Q for the quarter ended August 31, 2002) |
| 10.16* | Agreement Terminating Agreements concerning "Split Dollar" Life Insurance Plan, dated May 9, 1994 and June 16, 1995, among the Company, Jay D. Waxenberg, as trustee of the Warren Eisenberg Life Insurance Trust, Warren Eisenberg and Maxine Eisenberg (incorporated by reference to Exhibit 10.1 to the Company's Form 10-Q for the quarter ended November 29, 2003) |
| 10.17* | Agreement Terminating Agreements concerning "Split Dollar" Life Insurance Plan, dated May 9, 1994 and June 16, 1995, among the Company, Jay D. Waxenberg, as trustee of the Leonard Joseph Feinstein Life Insurance Trust and Leonard Feinstein (incorporated by reference to Exhibit 10.2 to the Company's Form 10-Q for the quarter ended November 29, 2003) |
| 10.18* | Compensation Agreement concerning Substitute Benefit Payments upon Termination of "Split Dollar" Life Insurance Plan between the Company and Warren Eisenberg, dated as of February 27, 2004 (incorporated by reference to Exhibit 10.20 to the Company's Form 10-K for the year ended February 28, 2004) |
| 10.19* | Compensation Agreement concerning Substitute Benefit Payments upon Termination of "Split Dollar" Life Insurance Plan between the Company and Leonard Feinstein, dated as of February 27, 2004 (incorporated by reference to Exhibit 10.21 to the Company's Form 10-K for the year ended February 28, 2004) |
| 10.20* | Employment Agreement between the Company and Eugene A. Castagna (dated as of March 1, 2000) (incorporated by reference to Exhibit 10.22 to the Company's Form 10-K for the year ended February 28, 2004) |
| 10.21* | Company's 2004 Incentive Compensation Plan (incorporated by reference to Exhibit B to the Registrant's Proxy Statement dated May 28, 2004) |
| 10.22* | Form of Standard Stock Option Agreement dated as of May 10, 2004 (incorporated by reference to Exhibit 10.1 to the Company's Form 10-Q for the quarter ended May 29, 2004) |
| 10.23* | Form of Stock Option Agreement under 2004 Incentive Compensation Plan (incorporated by reference to Exhibit 10.1 to the Company's Form 10-Q for the quarter ended August 28, 2004) |
| 10.24* | Form of Restricted Stock Agreement under 2004 Stock Incentive Plan (incorporated by reference to Exhibit 10.1 to the Company's Form 10-Q for the quarter ended May 28, 2005) |
| 10.25* | Performance-Based Form of Restricted Stock Agreement under 2004 Stock Incentive Plan (incorporated by reference to Exhibit 10.2 to the Company's Form 10-Q for the quarter ended May 28, 2005) |

| 10.26* | Form of Stock Option Agreement under 2004 Stock Option Plan (incorporated by reference to Exhibit 10.1 to the Company's Form 10-Q for the quarter ended August 27, 2005) |
|---|---|
| 10.27* | Company's Nonqualified Deferred Compensation Plan (effective January 1, 2006) (incorporated by reference to Exhibit 10.1 to the Company's Form 8-K dated January 5, 2006) |
| 10.28* | Addendum to Stock Option Agreements for Warren Eisenberg, Leonard Feinstein and Steven H. Temares, dated as of December 27, 2006 (incorporated by reference to Exhibit 10.31 to the Company's Form 10-K for the year ended March 3, 2007) |
| 10.29* | Addendum to Stock Option Agreements for Eugene A. Castagna, Matthew Fiorilli and Arthur Stark dated December 28, 2006 (incorporated by reference to Exhibit 10.32 to the Company's Form 10-K for the year ended March 3, 2007) |
| 10.30* | Amended and Restated Employment Agreement between the Company and Warren Eisenberg, dated as of December 31, 2008 (incorporated by reference to Exhibit 10.1 to the Company's Form 10-Q for the quarter ended November 29, 2008) |
| 10.31* | Amended and Restated Employment Agreement between the Company and Leonard Feinstein, dated as of December 31, 2008 (incorporated by reference to Exhibit 10.2 to the Company's Form 10-Q for the quarter ended November 29, 2008) |
| 10.32* | Bed Bath & Beyond Inc. Policy on Recovery of Incentive Compensation (incorporated by reference to Exhibit 10.1 to the Company's Form 10-Q for the quarter ended May 30, 2009) |
| 10.33* | Performance-Based Form of Restricted Stock Agreement under 2004 Stock Incentive Plan (incorporated by reference to Exhibit 10.2 to the Company's Form 10-Q for the quarter ended May 30, 2009) |
| 10.34* | Form of Amendment to Employment Agreement of Steven H. Temares, Eugene A. Castagna, Matthew Fiorilli and Arthur Stark, dated May, 2007 in the case of Messrs. Temares, Fiorilli and Stark, and July, 2007 in the case of Mr. Castagna (incorporated by reference to Exhibit 10.1 to the Company's Form 10-Q for the quarter ended August 29, 2009) |
| 10.35* | Amended and Restated Supplemental Executive Retirement Benefit Agreement between the Company and Steven H. Temares, dated November 16, 2009 (incorporated by reference to Exhibit 10.1 to the Company's Form 8-K dated November 19, 2009) |
| 10.36* | Escrow Agreement with Respect to Supplemental Executive Retirement Benefit Agreement between the Company and Steven H. Temares, dated November 16, 2009 (incorporated by reference to Exhibit 10.2 to the Company's Form 8-K dated November 19, 2009) |
| 10.37* | Amendment dated as of August 13, 2010 to Amended and Restated Employment Agreement between the Company and Warren Eisenberg, dated as of December 31, 2008 (incorporated by reference to Exhibit 10.1 to the Company's Form 10-Q for the quarter ended August 28, 2010) |
| 10.38* | Amendment dated as of August 13, 2010 to Amended and Restated Employment Agreement between the Company and Leonard Feinstein, dated as of December 31, 2008 (incorporated by reference to Exhibit 10.2 to the Company's Form 10-Q for the quarter ended August 28, 2010) |
| 10.39* | Bed Bath & Beyond Inc. 2012 Incentive Compensation Plan (incorporated by reference to Exhibit 10.1 to the Company's Form 8-K filed with the Commission on June 26, 2012) |
| 10.40* | Performance-Based Form of Restricted Stock Agreement under 2012 Stock Incentive Plan (incorporated by reference to Exhibit 10.39 to the Company's Form 10-K for the year ended March 1, 2013) |
| 10.41* | Form of Stock Option Agreement under 2012 Stock Option Plan (incorporated by reference to Exhibit 10.40 to the Company's Form 10-K for the year ended March 1, 2013) |
| 10.42* | Notice of Amendment to Restricted Stock Agreements, dated on or before June 11, 2012 (incorporated by reference to Exhibit 10.41 to the Company's Form 10-K for the year ended March 1, 2013) |
| 10.43* | Letter agreement dated as of June 28, 2013 between the Company and Warren Eisenberg (incorporated by reference to Exhibit 10.1 to the Company's Form 8-K filed with the Commission on July 2, 2013) |
| 10.44* | Letter agreement dated as of June 28, 2013 between the Company and Leonard Feinstein (incorporated by reference to Exhibit 10.2 to the Company's Form 8-K filed with the Commission on July 2, 2013) |
| 10.45* | Amendment dated as of February 26, 2014 to Amended and Restated Employment Agreement between the Company and Warren Eisenberg, dated as of December 31, 2008, as previously amended as of June 29, 2010 and August 13, 2010 (incorporated by reference to Exhibit 10.1 to the Company's Form 8-K filed with the Commission on February 28, 2014) |
| 10.46* | Amendment dated as of February 26, 2014 to Amended and Restated Employment Agreement between the Company and Leonard Feinstein, dated as of December 31, 2008, as previously amended as of June 29, 2010 and August 13, 2010 (incorporated by reference to Exhibit 10.2 to the Company's Form 8-K filed with the Commission on February 28, 2014) |
| 10.47* | Form of Standard Performance Unit Agreement under 2012 Stock Incentive Plan (incorporated by reference to Exhibit 10.1 to the Company's Form 8-K filed with the Commission on May 9, 2014) |

| 10.48* | Employment Agreement between the Company and Susan E. Lattmann (dated as of October 6, 2014) (incorporated by reference to Exhibit 10.1 to the Company's Form 10-Q filed with the Commission on October 8, 2014) |
|---|---|
| 10.49* | Form of Performance Stock Unit Agreement under 2012 Incentive Compensation Plan (effective 2015) (incorporated by reference to Exhibit 10.1 to the Company's Form 10-Q filed with the Commission on July 8, 2015) |
| 10.50* | Amended and Restated Nonqualified Deferred Compensation Plan (effective January 1, 2016) (incorporated by reference to Exhibit 10.1 to the Company's Form 10-Q filed with the Commission on July 6, 2016) |
| 10.51* | Amended and Restated Nonqualified Deferred Compensation Plan (effective January 1, 2008) (incorporated by reference to Exhibit 10.2 to the Company's Form 10-Q filed with the Commission on July 6, 2016) |
| 10.52* | Form of Performance Stock Unit Agreement under 2012 Incentive Compensation Plan (effective 2016) (incorporated by reference to Exhibit 10.3 to the Company's Form 10-Q filed with the Commission on July 6, 2016) |
| 10.53* | Letter agreement dated February 7, 2017 between the Company and Warren Eisenberg (incorporated by reference to Exhibit 10.1 to the Company's Form 8-K filed with the Commission on February 9, 2017) |
| 10.54* | Letter agreement dated February 7, 2017 between the Company and Leonard Feinstein (incorporated by reference to Exhibit 10.2 to the Company's Form 8-K filed with the Commission on February 9, 2017) |
| 10.55* | Form of Standard Performance Stock Unit Agreement under 2012 Incentive Compensation Plan (effective 2017) (incorporated by reference to Exhibit 10.1 to the Company's Form 10-Q filed with the Commission on June 30, 2017) |
| 10.56* | Form of Performance Stock Unit Agreement under 2012 Incentive Compensation Plan (effective 2017) for Steven H. Temares (incorporated by reference to Exhibit 10.2 to the Company's Form 10-Q filed with the Commission on June 30, 2017) |
| 10.57* | Amendment dated as of November 1, 2017 to Employment Agreement between the Company and Susan Lattmann (incorporated by reference to Exhibit 10.1 to the Company's Form 10-Q filed with the Commission on December 28, 2017) |
| 10.58* | Form of Amendment to Employment Agreement of Matthew Fiorilli and Arthur Stark, dated December 14, 2006 in the case of Mr. Fiorilli and December 22, 2006 in the case of Mr. Stark (incorporated by reference to Exhibit 10.58 to the Company's Form 10-K filed with the Commission on May 2, 2018) |
| 10.59* | Amendment to Employment Agreement of Eugene A. Castagna, dated December 22, 2006 (incorporated by reference to Exhibit 10.58 to the Company's Form 10-K filed with the Commission on May 2, 2018) |
| 10.60* | Amendment to Employment Agreement of Steven H. Temares, dated August 21, 2009 (incorporated by reference to Exhibit 10.58 to the Company's Form 10-K filed with the Commission on May 2, 2018) |
| 10.61* | Voluntary salary waiver between the Company and Steven H. Temares (dated as of May 14, 2018) (incorporated by reference to Exhibit 10.1 to the Company's Form 10-Q filed with the Commission on July 6, 2018) |
| 10.62* | Employment Agreement between the Company and Robyn M. D'Elia (dated as of June 4, 2018) (incorporated by reference to Exhibit 10.1 to the Company's Form 8-K filed with the Commission on June 5, 2018) |
| 10.63* | Bed Bath & Beyond Inc. 2018 Incentive Compensation Plan (incorporated by reference to Exhibit 10.1 to the Company's Form 8-K filed with the Commission on June 29, 2018) |
| 21** | Subsidiaries of the Company |
| 23** | Consent of Independent Registered Public Accounting Firm |
| 31.1** | Certification of Principal Executive Officer Pursuant to Section 302 of the Sarbanes - Oxley Act of 2002 |
| 31.2** | Certification of Principal Financial Officer Pursuant to Section 302 of the Sarbanes - Oxley Act of 2002 |
| 32** | Certification of Principal Executive Officer and Principal Financial Officer Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes - Oxley Act of 2002 |
| 101.INS | XBRL Instance Document |
| 101.SCH | XBRL Taxonomy Extension Schema Document |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document |

| | |
|---|---|
| * | This is a management contract or compensatory plan or arrangement. |
| ** | Filed herewith. |
| *** | This Exhibit was originally filed in paper format. Accordingly, a hyperlink has not been provided. |

61

## ITEM 16 – FORM 10-K SUMMARY

None.

62

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**BED BATH & BEYOND INC.**

**By:** */s/ Steven H. Temares*

**Steven H. Temares**
**Chief Executive Officer**
April 30, 2019

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

63

| Signature | Capacity | Date |
|---|---|---|
| */s/ Warren Eisenberg*<br>**Warren Eisenberg** | Director | April 30, 2019 |
| */s/ Leonard Feinstein*<br>**Leonard Feinstein** | Director | April 30, 2019 |
| */s/ Steven H. Temares*<br>**Steven H. Temares** | Chief Executive Officer<br>and Director | April 30, 2019 |
| */s/ Robyn M. D'Elia*<br>**Robyn M. D'Elia** | Chief Financial Officer and Treasurer<br>(Principal Financial and Accounting Officer) | April 30, 2019 |
| */s/ Dean S. Adler*<br>**Dean S. Adler** | Director | April 30, 2019 |
| */s/ Stanley Barshay*<br>**Stanley Barshay** | Director | April 30, 2019 |
| */s/ Stephanie Bell-Rose*<br>**Stephanie Bell-Rose** | Director | April 30, 2019 |
| */s/ Klaus Eppler*<br>**Klaus Eppler** | Director | April 30, 2019 |
| */s/ Patrick R. Gaston*<br>**Patrick R. Gaston** | Director | April 30, 2019 |
| */s/ Jordan Heller*<br>**Jordan Heller** | Director | April 30, 2019 |
| */s/ Victoria A. Morrison*<br>**Victoria A. Morrison** | Director | April 30, 2019 |
| *s/ Johnathan B. Osborne*<br>**Johnathan B. Osborne** | Director | April 30, 2019 |
| */s/ Virginia P. Ruesterholz*<br>**Virginia P. Ruesterholz** | Director | April 30, 2019 |

64

+**Bed Bath & Beyond Inc. and Subsidiaries**

**Schedule II - Valuation and Qualifying Accounts**
**Fiscal Years Ended March 2, 2019, March 3, 2018 and February 25, 2017**
**(amounts in millions)**

| Column A | Column B | Column C | Column C | Column D | Column E |
|---|---|---|---|---|---|
| Description | Balance at Beginning of Period | Additions Charged to Income | Additions Charged to Other Accounts | Adjustments and/or Deductions | Balance at End of Period |
| Sales Returns and Allowance | | | | | |
| | | | | | |
| Year Ended: | | | | | |
| March 2, 2019 | $  41.2 | $  488.5 | $  95.5  (1) | $  534.7 | $  90.5 |
| March 3, 2018 | 45.4 | 614.9 | — | 619.1 | 41.2 |
| February 25, 2017 | 44.5 | 666.4 | 1.6  (2) | 667.1 | 45.4 |

(1)  Due to the adoption of Financial Accounting Standards Board, Accounting Standard Update 2014-09, *Revenue from Contracts with Customers (Topic 606)*.

(2)  Principally due to acquisitions during the fiscal year ended February 25, 2017.

65

**Exhibit 21**

**SUBSIDIARIES OF BED BATH & BEYOND INC.**

The following are all of the subsidiaries of Bed Bath & Beyond Inc. other than: (i) 100% owned subsidiaries of Bed 'n Bath Stores Inc. holding no assets other than a single store lease and, in some cases, fully depreciated fixed assets; (ii) 100% owned subsidiaries of Harmon Stores, Inc. holding no assets other than a single store lease and, in some cases, fully depreciated fixed assets; (iii) 100% owned subsidiaries of Buy Buy Baby, Inc. holding no assets other than a single store lease and, in some cases, fully depreciated fixed assets; and (iv) omitted subsidiaries which in the aggregated would not constitute a significant subsidiary.

| *Name* | *Jurisdiction* |
| --- | --- |
| Bed Bath & Beyond of California Limited Liability Company | Delaware |
| Bed Bath & Beyond Canada L.P. | Ontario |
| Buy Buy Baby, Inc. | Delaware |
| Christmas Tree Shops, Inc. | Massachusetts |
| Cost Plus, Inc. | California |
| Cost Plus Management Services, Inc. | California |
| Harmon Stores, Inc. | Delaware |
| Harbor Linen, LLC | Delaware |
| Liberty Procurement Co. Inc. | New York |
| PersonalizationMall.com, LLC | Delaware |

**Exhibit 23**

**CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

The Board of Directors
Bed Bath & Beyond Inc:

We consent to the incorporation by reference in the registration statement (Nos. 33-63902, 33-87602, 333-18011, 333-75883, 333-64494, 333-126169, 333-182528, and 333-227939) on Form S-8 and in the registration statement (No. 333-197267) on Form S-3 of Bed Bath & Beyond Inc. and subsidiaries of our reports dated April 30, 2019, with respect to the consolidated balance sheets of Bed Bath & Beyond Inc. and subsidiaries as of March 2, 2019 and March 3, 2018, the related consolidated statements of operations, comprehensive (loss) income, shareholders' equity, and cash flows for each of the years in the three-year period ended March 2, 2019, and the related notes and the consolidated financial statement schedule, and the effectiveness of internal control over financial reporting as of March 2, 2019, which reports appear in the March 2, 2019 annual report on Form 10-K of Bed Bath & Beyond Inc. and subsidiaries.

/s/ KPMG LLP

Short Hills, New Jersey
April 30, 2019

**Exhibit 31.1**

**CERTIFICATION**

I, Steven H. Temares, certify that:

1.    I have reviewed this annual report on Form 10-K of Bed Bath & Beyond Inc.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

      a.    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

      b.    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

      c.    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

      d.    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

      a.    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

      b.    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: April 30, 2019

        */s/ Steven H. Temares*
        Steven H. Temares
        Chief Executive Officer

**Exhibit 31.2**

**CERTIFICATION**

I, Robyn M. D'Elia, certify that:

1.      I have reviewed this annual report on Form 10-K of Bed Bath & Beyond Inc.;

2.      Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.      Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.      The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a.   Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b.   Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c.   Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d.   Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.      The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a.   All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b.   Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: April 30, 2019

*/s/ Robyn M. D'Elia*
Robyn M. D'Elia
Chief Financial Officer and Treasurer
(Principal Financial and Accounting Officer)

**Exhibit 32**

**CERTIFICATION**

The undersigned, the Principal Executive Officer and Principal Financial Officer of Bed Bath & Beyond Inc. (the "Company"), hereby certify, to the best of their knowledge and belief, that the Form 10-K of the Company for the annual period ended March 2, 2019, (the "Periodic Report") accompanying this certification fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m or 78o(d)) and that the information contained in the Periodic Report fairly presents, in all material respects, the financial condition and results of operations of the Company. The foregoing certification is provided solely for purposes of complying with the provisions of Section 906 of the Sarbanes – Oxley Act and is not intended to be used for any other purposes.

Date: April 30, 2019

*/s/ Steven H. Temares*
Steven H. Temares
Chief Executive Officer

*/s/ Robyn M. D'Elia*
Robyn M. D'Elia
Chief Financial Officer and Treasurer
(Principal Financial and Accounting Officer)

# EXHIBIT D

8-K 1 d746944d8k.htm FORM 8-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15 (d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of Report (Date of earliest event reported): May 29, 2019**

# BED BATH & BEYOND INC.
**(Exact name of registrant as specified in its charter)**

| **New York** | **0-20214** | **11-2250488** |
|:---:|:---:|:---:|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**650 Liberty Avenue, Union, New Jersey 07083**
**(Address of principal executive offices) (Zip Code)**

**(908) 688-0888**
**(Registrant's telephone number, including area code)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4 (c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|:---:|:---:|:---:|
| **Common stock, $.01 par value** | **BBBY** | **The Nasdaq Stock Market LLC** **(Nasdaq Global Select Market)** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 8.01 Other Events**

Bed Bath & Beyond Inc. (the "Company") issued a press release on May 29, 2019 regarding the matters addressed therein, including the appointment of new directors and cooperation and support arrangements entered into among the Company, Legion Partners Holdings, LLC and certain of its affiliates set forth therein, Macellum Advisors GP, LLC and certain of its affiliates set forth therein and Ancora Advisors, LLC and certain of its affiliates set forth therein. A copy of this press release is included as Exhibit 99.1 to this Form 8-K.

**Item 9.01 Financial Statements and Exhibits**

(d) Exhibits:

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release issued by Bed Bath & Beyond Inc. on May 29, 2019. |

2

Form 8-K

*SIGNATURES*

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

<table>
<tr><td></td><td></td><td>**BED BATH & BEYOND INC.**<br>(Registrant)</td></tr>
<tr><td>Date: May 29, 2019</td><td></td><td>By: <u>/s/ Robyn M. D'Elia</u><br>    Robyn M. D'Elia<br>    Chief Financial Officer and Treasurer<br>    (Principal Financial and Accounting Officer)</td></tr>
</table>

3

EX-99.1 2 d746944dex991.htm EX-99.1

**Exhibit 99.1**

### Bed Bath & Beyond Inc. Continues Transformation and Announces Appointment of Four New Directors to the Board

*In Cooperation with Investor Group Consisting of Legion Partners, Macellum Advisors and Ancora Advisors, Enhances Board to Position the Company for Success*

*New Directors Bring Additional Retail, E-Commerce and Financial Expertise and Passion for Change to the Board to Support Business Transformation Underway*

UNION, N.J., May 29, 2019 /PRNewswire/ — Bed Bath & Beyond Inc. (Nasdaq: BBBY) today announced that four new independent directors have been appointed to the Company's Board of Directors as part of the Board's continued transformation. With these appointments, the Board will comprise 13 directors, 12 of whom have joined the Board within the past two years, 12 of whom are independent and seven of whom are women. All members of the Board have been selected for their complementary skill sets and shared commitment to improve the Company's performance and drive value for all Bed Bath & Beyond stakeholders as the business continues to evolve.

With the addition of these four new independent directors – John E. Fleming, Sue E. Gove, Jeffrey A. Kirwan and Joshua E. Schechter – the Bed Bath & Beyond Board will consist of:

- Patrick Gaston, Independent Chairman of the Board, President and Chief Executive Officer of PG Consulting, former President, Western Union Foundation and Verizon Foundation and former Senior Advisor to the Clinton Bush Haiti Fund.

- Mary Winston, Interim Chief Executive Officer, President and Founder, WinsCo Enterprises Consulting Services and former Executive Vice President and Chief Financial Officer at Family Dollar Stores Inc.

- Stephanie Bell-Rose, Senior Managing Director, TIAA and Head of the TIAA Institute and former managing director of The Goldman Sachs Group, Inc. and President of the Goldman Sachs Foundation.

- Harriet Edelman, current Vice Chairman, Emigrant Bank and former Senior Vice President and Chief Information Officer, Business Transformation, and Senior Vice President, Global Supply Chain of Avon Products Inc.

- John E. Fleming, former Global eCommerce Chief Executive Officer of Uniqlo Co. Ltd. and Chief Merchandising Officer and Chief Marketing Officer of Walmart, Inc.

- Sue E. Gove, President of Excelsior Advisors, LLC, a retail consulting and advisory firm, a Senior Advisor to Alvarez & Marsal, former President and Chief Executive Officer of Golfsmith International Holdings, Inc and Chief Operating Officer of Zale Corporation.

- Jeffrey A. Kirwan, former Global President and Chief Executive Officer of the Gap division of The Gap, Inc.

- Johnathan B. (JB) Osborne, Chief Executive Officer and Co-Founder of Red Antler.

- Harsha Ramalingam, senior advisor at Boston Consulting Group, President and Owner, Ramalingam Consulting and former Global Vice President, e-commerce Platform at Amazon.com, Inc., where he was also responsible for the Chief Information Officer and Chief Information Security Officer functions.

- Virginia Ruesterholz, former Executive Vice President, Strategic Initiatives, Verizon Communications, Inc. and former President, Verizon Services Operations.

- Joshua E. Schechter, private investor and public company director, former Chairman of several public boards and former co-President of Steel Partners Japan Asset Management.

- Andrea Weiss, current Founding Partner, The O Alliance Consulting Services and Chief Executive Officer and Founder of Retail Consulting Inc., and former senior executive at dELiA*s, Inc., The Limited Inc., GUESS, Inc., Ann Taylor Stores, Inc. and The Walt Disney Company.

- Ann Yerger, Corporate Governance Specialist for Spencer Stuart's North American Board Practice and former Executive Director of the Council of Institutional Investors.

These appointments follow transformational changes made by the Bed Bath & Beyond Board of Directors. The Board's recent changes and ongoing actions include:

- Appointing nine new independent directors to the Board with relevant skill sets for accelerating the business transformation underway and promoting robust Board oversight. In addition, the Company's longest-tenured directors have stepped down from the Board;

- Appointing Patrick Gaston, transformational leader and seasoned executive, as Independent Chair of the Board;

- Appointing Mary Winston, a seasoned public company executive who recently joined the Bed Bath & Beyond Board, as Interim CEO;

- Actively searching for a permanent CEO who will bring transformation and innovation experience in the retail sector to the Company. The search process is being led by a dedicated CEO Search Committee (which will include two of the directors who joined the Board in connection with today's announcement), chaired by independent director Virginia Ruesterholz, the recently appointed chair of the Nominating and Governance Committee, and is supported by a leading executive search firm; and

- Creating a Business Transformation and Strategy Review Committee (which will include two of the directors who joined the Board in connection with today's announcement), chaired by Andrea Weiss, a long-time retail executive and innovator.

Patrick Gaston, Independent Chairman of the Bed Bath & Beyond Board, said, "We have significantly transformed the Bed Bath & Beyond Board with the appointment of nine new independent directors over the last month. I am pleased to welcome John, Sue, Jeffrey and Joshua as new independent directors who bring additional financial, retail, e-commerce and leadership experience to complement our Board's strong qualifications, skills and expertise. We appreciate the work undertaken by the Investor Group and their contributions and are excited to work collaboratively with all of our Board members and our shareholders to embrace opportunities to create lasting value for the Company and all its stakeholders. The newly transformed Board brings rich diversity of perspectives, backgrounds, ages, gender, race and ethnicity and reflects the diversity of the Company's loyal customers and dedicated associates. We believe that our refreshed Board is well-equipped to oversee and drive the business transformation underway, and we look forward to working tirelessly on behalf of all shareholders to create significant value."

Mary Winston, Interim Chief Executive Officer of Bed Bath & Beyond, said, "Bed Bath & Beyond is an iconic retailer with great brands, strong customer affinity and hardworking associates. We are at an important inflection point in the Company's history, and with the benefit of a newly transformed Board, the Company is committed to taking the right actions to further enhance our competitive and financial position, transform Bed Bath & Beyond faster to win in the omnichannel marketplace and execute on our priorities."

The Investor Group stated, "We are pleased to have reached this resolution with Bed Bath & Beyond, which is the result of collaborative dialogue and intensive engagement with the Company. Together with the existing Board members, these four new independent directors will help the Company navigate the current omnichannel retail environment and pursue our shared goal of enhancing shareholder value. We are optimistic about the Company's efforts to find a best-in-class CEO to drive shareholder value and applaud the Board's commitment to building an even stronger future for shareholders, customers, associates and other stakeholders."

In connection with the appointments of the four new independent directors, Bed Bath & Beyond has entered into a cooperation and support agreement with the Investor Group, which together owns approximately 5.23% of the Company's outstanding common stock. Under the terms of the agreement, the Investor Group has agreed to withdraw its slate of ten nominees and support and vote in favor of all of the Bed Bath & Beyond-recommended director nominees at the 2019 and 2020 Annual Meetings of

Shareholders, which will include the four new independent directors appointed today. The Investor Group also has agreed to abide by certain customary standstill provisions until 30 days prior to the close of the nomination window for the Company's 2021 Annual Meeting of Shareholders. The litigation filed by a member of the Investor Group is also being withdrawn and dismissed. The complete agreement will be filed on a Form 8-K with the U.S. Securities and Exchange Commission.

**About the New Directors**

**John E. Fleming**, age 60, has served as a member of the Advisory Board of UNTUCKit LLC, a casual men's apparel company, since December 2017, as a member of the Board of Directors of r21Holdings, Inc., a specialty retailer of young men and women's casual apparel and accessories, since August 2017, and as a member of the Board of Directors of The Visual Comfort Group, a lighting company that serves both wholesale and direct to consumer channels, since May 2017. Additionally, Mr. Fleming has served as an independent director and advisor since August 2016. Previously, Mr. Fleming was most recently the Chief Executive Officer of Global eCommerce of Uniqlo Co. Ltd., a Japanese casual wear designer, manufacturer and retailer, from October 2013 to August 2016. Prior to that, he was at Walmart, Inc. ("Walmart"), a multinational retail corporation, from 2000 to 2010, where he held a number of executive positions, including Executive Vice President, Chief Marketing Officer (2005 to 2006) and Executive Vice President, Chief Merchandising Officer (2007 to 2010). From 2001 to 2005, Mr. Fleming was the Chief Executive Officer of Walmart.com, Walmart's e-commerce platform, and was the Chief Merchandising Officer in 2000. He began his career at Dayton Hudson, previously a department store chain, and rose through the ranks to become the Senior Vice President of Merchandising. He was at Dayton Hudson from 1981 to 2000. Since April 2005, Mr. Fleming has served on the Board of Directors of USA Hockey Foundation, the philanthropic arm of USA Hockey. He previously served on the Board of Directors of each of Stitch Fix, an online subscription and personal styling service, from 2012 to 2014, Bi-Lo Holdings, LLC, a subsidiary of Southeastern Grocers, a supermarket portfolio, from 2012 to 2014 and Walmart de México y Centroamérica, the Mexican and Central American Walmart division, from 2006 to 2009. Mr. Fleming received his B.A. from Colorado College.

**Sue E. Gove**, age 60, is President of Excelsior Advisors, LLC, a retail consulting and advisory firm, and serves as a Senior Advisor to Alvarez & Marsal, a corporate consulting firm. Prior to founding Excelsior Advisors in August 2014, she was the President and Chief Executive Officer of Golfsmith International Holdings, Inc., an American golf specialty retailer, from October 2012 to April 2014 and President, from February 2012 to April 2014. Ms. Gove also served Golfsmith as Chief Operating Officer from September 2008 to October 2012, as Chief Financial Officer from March 2009 to July 2012 and as Executive Vice President from September 2008 to February 2012. In addition, Ms. Gove spent 25 years at Zale Corporation, a jewelry retailer, where she served in senior financial, operating and strategic roles, culminating in the EVP and Chief Operating Officer role. Ms. Gove currently serves on the boards of Tailored Brands, Inc., a retail holding company for various men's apparel stores since August 2017 and Iconix Brand Group, Inc., a brand management company. Previously, she was a director of each of Logitech International SA, a provider of personal computer and mobile peripherals, from September 2015 until September 2018 and AutoZone Inc., a retailer of aftermarket automotive parts and accessories, from July 2005 until December 2017. Ms. Gove received her BBA from the University of Texas at Austin.

**Jeffrey A. Kirwan**, age 52, will be appointed Executive Chairman of Maurices Incorporated ("maurices"), a specialty retailer focused on women's value apparel, upon the closing of the acquisition of a majority equity stake in maurices by OpCapita Consumer Opportunities Fund II LP, which is expected to close by early summer 2019. Previously, Mr. Kirwan served as the Global President and Chief Executive Officer, Gap ("Gap"), a division of The Gap, Inc., a worldwide clothing and accessories retailer, from December 2014 until March 2018. Prior to that, he worked at Gap China as Executive Vice President and President, from February 2013 to December 2014, and as Senior Vice President, Managing Director and Chief Operating Officer from May 2011 to February 2013. Previously, he worked as Senior Vice President, Stores and Operations, Old Navy, a division of The Gap, Inc., from August 2008 to May 2011, and at Old Navy Canada as Senior Vice President and General Manager, from March 2008 to August 2008, and as Vice President and General Manager, from April 2007 to March 2008. Mr. Kirwan received his B.S. from Rhode Island College and an M.B.A. from the University of Maryland University College.

**Joshua E. Schechter**, 45, is a private investor. Mr. Schechter has also served as Chairman of the Board of Directors of SunWorks, Inc., a premier provider of high-performance solar power solutions, since May 2018 and as a director since April 2018, as a director of Genesco Inc., a specialty retailer of footwear and accessories, since April 2018 through Genesco's 2019 annual meeting, Viad Corp, an S&P SmallCap 600 international experiential services company, since April 2015, and a director of Support.com, Inc., a leading provider of cloud-based software and services, since June 2016. He previously served as a director of Aderans Co., Ltd. ("Aderans"), a multi-national company engaged in hair-related business, and as the Executive Chairman of Aderans America Holdings, Inc., Aderans' holding company in the United States, from August 2008 to May 2015. From 2001 to June 2013, Mr. Schechter served as Managing Director of Steel Partners Ltd., a privately owned hedge fund sponsor, and from 2008 to June 2013, Mr. Schechter served as co-President of Steel Partners Japan Asset Management, LP, a private company offering investment services. Mr. Schechter previously served on the board of directors of The Pantry, Inc., a leading independently operated convenience store chain in the southeastern United States and one of the largest independently operated convenience store chains in the country, from March 2014 until the completion of its sale in March 2015, WHX Corporation (n/k/a Handy & Harman Ltd.), a diversified manufacturer of engineered niche industrial products with leading market positions in many of the markets it serves, from 2005 until 2008; and Puroflow, Inc. (n/k/a Argan, Inc.), a provider of a full range of power industry and telecommunications infrastructure services, from 2001 until 2003. Mr. Schechter earned an MPA in Professional Accounting and a BBA from The University of Texas at Austin.

**About the Company**

Bed Bath & Beyond Inc. and subsidiaries (the "Company") is an omnichannel retailer that is the trusted expert for the home and heartfelt life events. The Company sells a wide assortment of domestics merchandise and home furnishings. The Company also provides a variety of textile products, amenities and other goods to institutional customers in the hospitality, cruise line, healthcare and other industries. Additionally, the Company is a partner in a joint venture which operates retail stores in Mexico under the name Bed Bath & Beyond.

**Forward-Looking Statements**

This press release may contain forward-looking statements. Many of these forward-looking statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, and similar words and phrases. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments; the ability to attract and retain qualified employees in all areas of the organization; the cost of labor, merchandise and other costs and expenses; potential supply chain disruption due to trade restrictions, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; the ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets it serves; the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and the effect of other factors, on the Company's capital

allocation strategy; the impact of goodwill and intangible asset impairments; disruptions to the Company's information technology systems including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to the Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade; changes to, or new, tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; foreign currency exchange rate fluctuations; and the integration of acquired businesses. The Company does not undertake any obligation to update its forward-looking statements.

**CONTACTS:**
INVESTOR CONTACT: Janet M. Barth, (908) 613-5820 or IR@bedbath.com

MEDIA CONTACT: Matthew Sherman / Tim Lynch / Adam Pollack / Arielle Rothstein
Joele Frank, Wilkinson Brimmer Katcher, (212) 355-4449

# EXHIBIT E

**S&P Global**
Market Intelligence

# Bed Bath & Beyond Inc. NasdaqGS:BBBY FQ1 2020 Earnings Call Transcripts

## Wednesday, July 10, 2019 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2020- | | | -FQ2 2020- | -FY 2020- | | -FY 2021- |
|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | GUIDANCE | CONSENSUS |
| EPS Normalized | 0.08 | 0.12 | ▲50.00 | 0.39 | 1.98 | 2.11 | 2.19 |
| Revenue (mm) | 2580.51 | 2572.99 | ▼(0.29 %) | 2806.58 | 11501.26 | 11400.00 | 11294.05 |

Currency: USD
Consensus as of  Jul-10-2019 12:31 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- **EPS NORMALIZED** -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2019** | 0.50 | 0.36 | ▼(28.00 %) |
| **FQ3 2019** | 0.17 | 0.18 | ▲5.88 % |
| **FQ4 2019** | 1.10 | 1.20 | ▲9.09 % |
| **FQ1 2020** | 0.08 | 0.12 | ▲50.00 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ..................................................................... | **3** |
| **Presentation** | ..................................................................... | **4** |
| **Question and Answer** | ..................................................................... | **10** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Janet M. Barth**
*Vice President of Investor
Relations*

**Mary A. Winston**
*Interim CEO & Director*

**Robyn M. D'Elia**
*CFO & Treasurer*

## ANALYSTS

**Anthony Chinonye Chukumba**
*Loop Capital Markets LLC,
Research Division*

**Atul Maheswari**
*UBS Investment Bank, Research
Division*

**Beryl Bugatch**
*Raymond James & Associates,
Inc., Research Division*

**Bradley Bingham Thomas**
*KeyBanc Capital Markets Inc.,
Research Division*

**Christopher Michael Horvers**
*JP Morgan Chase & Co, Research
Division*

**Curtis Smyser Nagle**
*BofA Merrill Lynch, Research
Division*

**Eric Michael Cohen**
*Wells Fargo Securities, LLC,
Research Division*

**Jaime M. Katz**
*Morningstar Inc., Research
Division*

**Jonathan Richard Matuszewski**
*Jefferies LLC, Research Division*

**Joshua Kamboj**
*Morgan Stanley, Research Division*

**Oliver Wintermantel**
*Evercore ISI Institutional Equities,
Research Division*

**Seth Mckain Basham**
*Wedbush Securities Inc., Research
Division*

**Steven Paul Forbes**
*Guggenheim Securities, LLC,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Welcome to Bed Bath & Beyond's First Quarter Fiscal 2019 Earnings Call. [Operator Instructions] Today's conference call is being recorded. A rebroadcast of the conference call will be available beginning on Wednesday, July 10, 2019, at 8:00 p.m. Eastern time through 8:00 p.m. Eastern time on Friday, July 12, 2019. To access the rebroadcast, you may dial (888) 843-7419 with a passcode ID of 48713230.

At this time, I would like to turn the conference call over to Janet Barth, Vice President, Investor Relations. Please go ahead.

**Janet M. Barth**
*Vice President of Investor Relations*

Thank you, Carol, and good afternoon, everyone. Before we begin, I want to remind you that our fiscal 2019 first quarter earnings release and slide presentation can be found in the Investor Relations section of our website at www.bedbathandbeyond.com and as exhibit to the Form 8-K we filed just ahead of this call.

Joining me on our call today are Mary Winston, Bed Bath & Beyond's Interim Chief Executive Officer and member of the Board of Directors; and Robyn D'Elia, our Chief Financial Officer and Treasurer.

Let me remind you that this conference call and the slides we'll refer to may contain forward-looking statements, including statements about or references to our internal models and our long-term objectives. All such statements are subject to risks and uncertainties that could cause actual results to differ materially from what we say during the call today. Please refer to our most recent periodic SEC filings for more detail on these risks and uncertainties, including the Risk Factors section in our annual report on Form 10-K. The company undertakes no obligation to update or revise any forward-looking statements.

Additionally, the information we will discuss today contains certain financial measures that exclude amounts or are subject to adjustments that have the effect of excluding amounts that are included in the most directly comparable measure prepared in accordance with generally accepted financial measures. A reconciliation to the most comparable measure is presented in accordance with GAAP. Please refer to the tables at the end of our earnings release available in our website and included as an exhibit to our Form 8-K filed today.

Some highlights from the first quarter include: adjusted net earnings per diluted share were $0.12, at the high end of our guidance range of between approximately $0.07 and $0.12 and excluded $3.03 related to a noncash impairment of goodwill and other intangible assets as well as severance and shareholder activity cost.

Net sales declined approximately 6.6%, slightly below our guidance of approximately $2.6 billion.

Retail inventories were reduced by approximately $124 million at cost or approximately 5% compared to the end of the prior year first quarter.

We ended the first quarter with approximately $923 million of cash and investments, which is approximately 9% more than the amount we had at the end of the prior year period.

In addition, on July 8, our Board of Directors declared a quarterly dividend of $0.17 per share payable on October 15, 2019, to shareholders of record at the close of business on September 13, 2019.

I will now turn the call over to Mary.

**Mary A. Winston**
*Interim CEO & Director*

Thank you, Janet. And thanks, all of you, for joining us this afternoon. On today's call, I'd like to share my initial thoughts and observations about the business and speak to our 4 near-term priorities and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

areas of focus. Following my comments, I will turn the call over to Robyn for a review of the financial and operational highlights for the quarter as well as our outlook for the full year, and then we'll take your questions.

As you may know, I joined the Bed Bath & Beyond Board of Directors in early May in connection with the company's transformation and refreshment of the Board's composition and governance structure.

As a long-time customer, I believe Bed Bath & Beyond is a great brand with a strong customer affinity, and I was eager to join the Board and contribute to stabilizing and repositioning the business for future growth as a successful omnichannel retailer.

When the Board then determined it was the right time to identify the company's next generation of leadership, I was honored to step in as Interim CEO. I am working closely with the Board and management leveraging my retail industry experience as well as my background in finance and corporate strategy during this transition period. I view my role as one where I can provide strategic leadership and help prioritize and drive forward the most meaningful initiatives to advance the work underway to improve our financial performance, enhance our competitive position and drive shareholder value.

I'll start today with my initial observations of the company. I've made a concerted effort over the past several weeks to meet with many associates across the organization, gaining an understanding of the company's history, culture and the way we operate. I have visited many of our stores across multiple banners as well as one of our distribution facilities to ensure I saw firsthand the operations of our business. During these visits, I witnessed our associates' passion for customer service, and the deep connection we have with our customers was obvious.

It is also compelling to see our customers' enthusiasm and commitment to our brand. That said, it is also clear that the company has not kept pace with how the customer has evolved and how consumers shop today. We need to give our customers a reason to keep shopping in our brick-and-mortar stores, and in order to do that, we must update and enhance store experience. This will continue to be a priority for us.

Beyond enhancing our store experience, we must also transform the online shopping experience to engage our customers digitally. Both our store and digital experiences will continue to be areas of focus for us.

It's still early and there is much work to do to fully assess the business. Importantly, what I have seen and heard up to this point has validated my confidence that Bed Bath & Beyond is an iconic brand with a tremendous opportunity. The company has a strong geographic footprint as well as attractive and growing product categories. We also have a resilient team that is operating with a sense of urgency to improve the company's competitive position.

As we look ahead, the Board and the management team are in full agreement that there needs to be a fundamental change in our approach to executing the company's business transformation. A key challenge for the business in the past has been that there have been too many initiatives underway, which has resulted in a lack of strategic focus and less meaningful results. We are committed to completing a deep review of the business to prioritize and drive forward the most meaningful initiatives to improve performance.

This was part of the critical work underway at the Board level. Under the leadership of independent Chairman, Patrick Gaston, the new Board consisting of a highly diverse set of leaders with a wide range of fresh perspectives and background is well equipped to oversee and partner with management to drive the intensive business transformation that is needed. Importantly, all of our directors are highly engaged and are moving quickly to continue to enhance our governance structure, transform our compensation program, evaluate our capital allocation priorities and assess and shape a new strategic direction for our company.

To that end, the recently formed business transformation and strategy committee is set to review and evaluate the ongoing business transformation and will make recommendations on how the company can best capitalize on and navigate the evolving retail environment to accelerate the company's evolution.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Together, the Board and management team are challenging our current value proposition and operating model to take on a more holistic approach to the transformation while also maintaining a focus on delighting our customers and delivering long-term value to shareholders.

We are in full agreement on our 4 key near-term priorities: first, stabilizing sales and driving top line growth; secondly, resetting the cost structure; third, reviewing and optimizing the company's asset base, including our portfolio of retail banners; and finally, defining our organization's structure.

As I evaluate and assess the work underway, my early observations reveal that our #1 priority must be a focus on stabilizing our top line and optimizing our sales opportunities. This will require collaboration and refinement of initiatives across multiple areas of the business, including merchandising, marketing, branding, pricing and supply chain. And as I mentioned, we will also be sharpening our focus on delivering a seamless omnichannel experience, including our current in-store and digital experiences. To be clear, our efforts will be focused on opportunities to drive profitable sales growth.

Our second priority is to reset our cost structure to better align with the current state of the business. This will include reductions in cost of goods and SG&A. While the company has previously initiated some actions and made progress on this front, we need to dig deeper and to cast a wider net. Focus on our cost of goods and gross margin will entail an assessment of opportunities within our proprietary and private label brands as well as our supply chain and global sourcing capabilities.

Prior actions underway relating to pricing strategies, coupon expense and outbound shipping expense are showing early positive results. Our initial focus on SG&A has resulted in further reduction in store payroll primarily through better alignment of store hours with foot traffic, a streamlining of our field support structure and a reduction in tasks performed at the store level.

In advertising, we have been improving the efficiency of our direct mail events and digital marketing. As we continue our focus on our cost structure, we will take a fresh look at our corporate overhead, ensuring we have the right structure and resources for the business we're managing today.

Finally, the company commenced a comprehensive real estate optimization effort 6 months ago with the assistance of a specialized real estate consultant who is leading the renegotiations of the company's leases. Occupancy savings from this effort will benefit fiscal 2019 and far beyond.

Our third near-term priority is to review the company's asset base. This encompasses a fleet optimization project for all Bed Bath & Beyond stores to understand how best to position our store locations in various markets across the country and Canada.

In addition to the real estate optimization effort I just mentioned, we anticipate leveraging the findings of this fleet optimization project to evaluate potential store closures and/or relocations. These decisions will be based on a combination of each stores' performance, profitability, its geographic location and the customer demographics. Our ultimate objective is to find the right balance between our physical and digital presence within the markets we serve and to deliver the shopping experience our customers want.

The Board and I are also in the process of evaluating the various retail banners we operate to better understand their strategic and financial contributions to the portfolio. Following this review, we will determine the appropriate next steps.

Our fourth near-term priority is to take a fresh look at our organization structure. We have a seasoned management team that understands the business and culture well. And as I mentioned earlier, I've seen our teams operating with urgency, and I'm grateful for their hard work and commitment. It is critically important that as we transform Bed Bath & Beyond, we ensure we have not only the right talent and expertise but also the right team structures in place to facilitate a connected and efficient organization.

To build the future of this business, leaders will operate with clarity and focus and being empowered to make decisions for which there will be accountability. By focusing on our 4 near-term priorities, we will reset our approach to the company's business transformation, prioritizing the things that we believe are going to deliver the greatest value to our customers and our shareholders.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Before I turn the call over to Robyn, I'd like to provide a brief update of the Board's CEO search. With the support of a leading executive search firm, the CEO search committee has undertaken a robust process to recruit a permanent CEO, working to identify a leader who has a multifaceted skill set, including transformation and innovation experience in the retail sector as well as e-commerce and marketing experience. We have generated significant interest, and while urgent, we will take the time we need to select the right leader for the future of Bed Bath & Beyond. We will update you further once we have something to share.

Finally, I'd like to comment briefly on our first quarter results and our outlook for the full year. As you saw in our news release, first quarter sales were slightly below the range the company had provided while EPS on an adjusted basis is at the high end of the company's previously provided range.

As we look forward taking into consideration both the work to be done in our transformation as well as continuing challenges and the broader retail environment, we are taking a more conservative approach to our outlook for the remainder of fiscal 2019. As Robyn will discuss in a moment, we have maintained our sales and earnings expectations for the year, albeit at the lower end of the previously stated guidance ranges.

In summary, there is critical work to do and there are challenges we are working to address. We remain confident in the underlying business and our ability to leverage the strength of the Bed Bath & Beyond brand and our lasting connection with customers to deliver on our near-term priority and transform the company.

With a renewed focus on our customer and a winning customer value proposition, we believe we can capture opportunities in the market and create sustainable value for our shareholders.

As we move forward, we will share our progress about how we are executing against our near-term priorities and our plans to deliver improved results.

And now I'll turn the call over to Robyn to review our financials and our outlook.

**Robyn M. D'Elia**
*CFO & Treasurer*

Thank you, Mary. Starting with our bottom line. For the first quarter of fiscal 2019, our reported net loss per diluted share was $2.91. This loss included pretax charges related to noncash goodwill and other impairments of approximately $401 million; severance, including the departures of key senior executives, of approximately $38 million; and shareholder activity cost of approximately $8 million. Excluding these items, our net earnings per diluted share was $0.12 at the high end of our guidance range.

To provide more meaningful insights about the operational performance of our business during the first quarter, my comments about the quarterly results exclude the impact of these items in 2019 as well as the impact of severance incurred in last year's fiscal first quarter.

Turning now to a review of our sales results. Our net sales in the quarter were approximately $2.6 billion, a decrease of approximately 6.6% from the first quarter of last year.

Comp sales for the quarter also decreased approximately 6.6% and reflected a decrease in the number of transactions in stores partially offset by an increase in the average transaction amount.

On a directional basis, comp sales from our stores declined in the high single-digit percentage range partially offset by slight growth in comp sales from our customer-facing digital channels.

As we discussed during our earnings call in April, our first quarter modeling assumptions included a decline in comp sales due to: one, a shift in the Easter holiday to later in the quarter this year compared to last year, which for us would reduce the tailwind effect we typically get from consumers looking to refresh their homes for spring; two, a lower advertising spend this quarter versus the prior year period with plans to shift that spend to the fourth quarter; and three, an acceleration of our bias towards prioritizing profitability over near-term sales growth, which includes actions such as eliminating less profitable SKUs from the assortment, adding minimum quantity requirements and excluding coupons for select SKUs.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Gross margin for the quarter was approximately 34.5% of net sales as compared to approximately 35% in the first quarter of last year. In order of magnitude, this decrease as a percentage of net sales was primarily due to a decrease in merchandise margin partially offset by decreases in coupon expense and net direct-to-customer shipping expense.

The decrease in coupon expense was the result of a decrease in the number of redemptions with fewer pieces distributed partially offset by an increase in the average coupon amount.

In addition, as we have previously described, our BEYOND+ membership program has impacted and will continue to unfavorably impact our gross margin as the rate of member enrollment increases. As a reminder, the consumer-focused benefits of this program, including 20% of entire purchase and free shipping, are realized immediately upon sale while the membership fee is currently amortized over the 1-year membership period.

As of the end of the first quarter, we have approximately 1.2 million BEYOND+ members. We estimate the impact from BEYOND+ on our gross margin was approximately 60 basis points for the first quarter this year and 40 basis points for the first quarter last year.

Notwithstanding the short-term margin impact during this period of increasing member enrollment, we continue to evaluate the learnings and we remain very encouraged by the incremental benefits we are seeing as well as the long-term potential of BEYOND+.

In addition, this program is another means to gain customer insights that over time will help us to direct specific product offers and content to these loyal customers through marketing personalization to drive incremental sales and margin enhancements.

SG&A for the quarter was approximately 32.9% of net sales as compared to approximately 31.7% in the prior year period. In order of magnitude, this increase in SG&A as a percentage of net sales was primarily due to increases in technology-related expenses, including depreciation and occupancy expenses. Heading into the quarter, we expect to deleverage from these fixed costs due to our planned decline in comp sales.

Our effective tax rate in the first quarter was approximately 38.6% and includes approximately $2.9 million of net after-tax costs due to distinct events occurring in the quarter. In the prior year period, our effective tax rate was approximately 30.5% and included net after-tax costs of approximately $2.6 million due to distinct events occurring in that quarter. Our first quarter guidance planned for a higher tax rate. However, we had more favorable discrete items than were included in our model representing about $0.02 per share.

Now looking to our balance sheet. We ended the quarter with approximately $923 million in cash and investments, an increase of approximately $76 million or approximately 9% over the end of the prior year first quarter.

Retail inventories at the end of the quarter were approximately $2.5 billion at cost, which represents a reduction of nearly 5% or approximately $124 million compared to the end of the first quarter last year.

During the fiscal first quarter, we further adjusted the carrying value of our goodwill and other intangible assets as required by the accounting rules by taking an impairment charge of approximately $401 million. This noncash pretax charge was primarily the result of a sustained decline in the company's market capitalization and does not impact our ongoing day-to-day operations.

Capital expenditures for the quarter were approximately $68 million with about 50% related to technology projects primarily including investments in our digital capabilities, analytics and logistics. The remaining CapEx spend was primarily for the opening of 3 new stores and the remodeling of over 40 existing stores, the both of which were next-generation lab stores.

Share repurchases during the quarter were approximately $81 million, representing about 5.3 million shares. In addition, on July 8, our Board of Directors declared a quarterly dividend of $0.17 per share to be paid on October 15, 2019, to shareholders of record as of September 13, 2019.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Lastly, regarding our balance sheet. It now reflects operating lease assets of $2 billion and operating lease liabilities of $2.2 billion due to the adoption of the new lease accounting standard, which for us requires all leases with terms greater than 12 months to be capitalized on the balance sheet. As we noted in the press release, the adoption of this standard will not result in significant changes to our statements of operations or cash flows. In addition, there is no impact to any of our debt covenants related to our indenture or revolving credit agreement. Additional disclosure is included in our 10-Q filed with the SEC today.

Now turning to our financial guidance for fiscal 2019. As we evolve our plans around the 4 key near-term priorities just described, we will continue to evaluate the components of our financial model for the year. As Mary mentioned, taking into consideration both the work to be done in our transformation as well as the continuing challenges in the broader retail environment, we are taking a more conservative approach to our outlook for the remainder of the year.

On our last call, we modeled net sales to be between $11.4 billion and $11.7 billion. Considering what we know about the second quarter to date and our outlook for the back half of the fiscal year, we expect our consolidated net sales to continue to be within this range, but at the lower end driven by the declines in store comps that we have been experiencing.

Net earnings per diluted share are estimated to fall toward the lower end of the previously provided range of approximately $2.11 to $2.20, excluding the goodwill and other impairments, severance expenses and shareholder activity costs.

On a quarterly basis, we expect to see improvement in our financial performance as the year progresses. Our model to achieve consolidated net sales at the low end of our previously guided range anticipates a gradual sequential improvement in comp sales from stores as we progress through the year, benefiting from our efforts to stabilize sales, including changes to our marketing program coupled with other sales initiatives underway. Considering this, plus the timing of our transformational initiatives as well as the usual seasonality of our business, we believe our net earnings per diluted share will be stronger in the back half of fiscal 2019.

Finally, capital expenditures for fiscal 2019 are planned to be approximately $350 million to $375 million. This year's spend includes about $50 million associated with investments in warehouses for e-commerce distribution through personalized product, although we are continuing to evaluate our capital projects for the year.

I will now turn the call back over to Mary.

**Mary A. Winston**
*Interim CEO & Director*

Thank you, Robyn. In closing, I want to reiterate my confidence in our associates' ability to connect with and serve our customers. Without question, our associates are our greatest asset, but we need to ensure they have the right tools to effectively and successfully compete in today's retail environment. As we move ahead to execute against the near-term priorities that I laid out, our focus will remain on delighting our customers and delivering long-term value for our shareholders.
And with that, we can now open the call for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Bobby Griffin from Raymond James.

**Beryl Bugatch**
*Raymond James & Associates, Inc., Research Division*

It's actually Budd Bugatch for Bobby. He's traveling today so something for him. Congratulations, Mary. Good luck to you on the -- on your interim role, and we wish you the best on that. I have a few questions, if I could. The first question is can you talk a little bit about the NGS stores? There are now how many of them? And what is the performance of those? And is the plan still to roll those out?

**Mary A. Winston**
*Interim CEO & Director*

Thank you for the kind comments. So in terms of the NGS stores, yes, that is still a priority. We have 34 stores right now. We're still seeing good results. We are refining what we see in the stores and continuing to update and continuing to roll that out so that program is continuing to be one of our top priorities.

And again, as I said in my prepared remarks, we are taking a look though at all of the initiatives. We'll be looking at that one as well. And again, as you know, it's still early days, but the performance on that looks good and we're getting good information that we can help -- that will help us transform our store experience.

**Beryl Bugatch**
*Raymond James & Associates, Inc., Research Division*

Okay. And Robyn, on the charge of the goodwill and the other intangibles, is that just related to the market cap fall or is it attached to any of the particular items or items of goodwill in the -- on the balance sheet?

**Robyn M. D'Elia**
*CFO & Treasurer*

The most significant component of the charge is related to goodwill. And just as a point of reference, goodwill is now down to 0 on the balance sheet. But there was some residual impact related to the trade names for some of the acquisitions that we've had throughout the years.

**Beryl Bugatch**
*Raymond James & Associates, Inc., Research Division*

Okay. And when you look at the cash flow for the -- cash flow from operations or free cash, that was significantly below last year. I suspect that includes some of the unusual items, you got the severance and the shareholder activity cost. What was the net impact of those unusual items on cash in the quarter?

**Robyn M. D'Elia**
*CFO & Treasurer*

I don't have that component piece broken out right in front of me, but we can certainly give you a call with that information.

**Beryl Bugatch**
*Raymond James & Associates, Inc., Research Division*

Okay. And the guidance, forward guidance, does that include any more onetime charges or called-out items? Or are you unable to predict those at this point in time?

**Robyn M. D'Elia**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*CFO & Treasurer*

No, the guidance that we're providing would be excluding what happens to date and any other onetime items. It's really guidance from an operational perspective.

**Beryl Bugatch**
*Raymond James & Associates, Inc., Research Division*

Right. And are there any other onetime items that you can see at this point in time?

**Robyn M. D'Elia**
*CFO & Treasurer*

Nothing built into the plan.

**Operator**

Our next question comes from Jaime Katz from Morningstar.

**Jaime M. Katz**
*Morningstar Inc., Research Division*

I'm curious, I think last quarter, it was commented that comps were expected to be in the low single-digit to mid-single-digit range. And I'm assuming that, that low single digit is off the table and we're looking more towards a mid-single-digit decline even with improving comps over the remainder of the year. Is that fair?

**Mary A. Winston**
*Interim CEO & Director*

For the full year, yes, we're still in that same low to mid-single-digit decline.

**Jaime M. Katz**
*Morningstar Inc., Research Division*

Okay. And then I know there are a lot of initiatives underway, but maybe if you can help us think about what initiatives might have been undertaken already, where we might see benefits and expenses, things like changes in the buying organization. I know that was partially siloed across brands in the past or where maybe we can see the elimination of some redundancies going forward in the near term.

**Mary A. Winston**
*Interim CEO & Director*

So I'll point -- I'll just point us back to some of the things that I said in my prepared remarks. So we have had a number of initiatives underway. The renegotiation of some of the company's leases, that's expected to benefit us this fiscal year and beyond.

We've also already seen some reductions in our store labor cost as a result of rightsizing to foot traffic and just taking a look at streamlining the field organization and eliminating task in the stores. So all of those initiatives are continuing to be ongoing, but we are seeing impact from them now and expect to later in the year.

Beyond some of those, we again are going to be looking at where we're getting the greatest impact and reprioritizing within the context of the 4 key near-term priorities. So there may be some shifts in initiatives as we go into the back half of the year, but those are some of the primary ones that we're currently seeing benefit from.

**Operator**

Our next question comes from Christopher Horvers from JPMorgan.

**Christopher Michael Horvers**
*JP Morgan Chase & Co, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So I had a question about the guide. Usually, with a new CEO, and in cases like this, the guidance is often pulled. So it's interesting that you're only going to the low end despite the strategy is going to shift and it could shift further. So can you talk about the thought process around keeping the guide and only going to the lower end? And what gives you the confidence, whether it's -- you see more cost-out opportunity or you see the progression of the comp of the business, what's giving you that confidence to be even in the range at this point?

**Mary A. Winston**
*Interim CEO & Director*

Well, a big piece of it is, as you point out, many of the initiatives are already ongoing. So while I am still getting my arms around the business and assessing where those initiatives stand and what the impact of them will be, I've seen enough to know that we've got lots of activity going on and even though we may reprioritize some of it, we do expect to see some benefit from it.

You'll notice that we took out some of the details that were provided in the previous guidance because I think as we reprioritize initiatives, there may be shifts between what will impact gross margin versus SG&A and that kind of thing. But at this point, I'm confident in the top line and the bottom line although at the low end of the range. And again, our guidance is without any special items so if we make significant changes, we'll communicate those at the time.

**Christopher Michael Horvers**
*JP Morgan Chase & Co, Research Division*

That's a good segue. So as you think about the down 6.6% fixed comp, while that's disappointing and below the range and below the market at the same time the gross margin decline really improved. So I don't know if you had a chance to think about like how much of the -- was there a comp in gross margin trade-offs that was made in this quarter? And do you think -- does that part of strategy, per se, shift where maybe we get some better comps but the gross margin declines start to reaccelerate?

**Robyn M. D'Elia**
*CFO & Treasurer*

Well, as we've pointed to for the last couple of quarters, we've mentioned prioritizing profitability over sales. And certainly, some of the changes that we've made particularly impacted the customer-facing digital channel growth. But we are moving those levers or pulling those levers to drive more profitable results, so that's definitely contributing. And those things were eliminating less profitable SKUs from the assortment, adding minimum quantity requirements for certain SKUs, coupon exclusions, changing dynamic pricing algorithms. And all of those have been layering in for some consecutive quarters.

I guess in addition to that, we also had initiatives driving improvement in the merchandise margin area, some of which Mary had just recently mentioned, but I would add to that, that we've been evaluating our pricing strategies as well.

**Operator**

Our next question comes from Oliver Wintermantel from Evercore ISI.

**Oliver Wintermantel**
*Evercore ISI Institutional Equities, Research Division*

I just wanted to double check the guidance from last quarter in the fourth quarter that 2020 guidance, you didn't mention that. Is that still a valid guidance or did you pull that?

**Robyn M. D'Elia**
*CFO & Treasurer*

I'm sorry. In terms of our guidance, we felt comfortable confirming that our sales and EPS would be at the low end of the range previously provided. So our sales range was between $11.4 billion and $11.7 billion and our EPS range was $2.11 to $2.20.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Oliver Wintermantel**
*Evercore ISI Institutional Equities, Research Division*

But the 2020 guidance that you gave last time and the long-term guidance?

**Robyn M. D'Elia**
*CFO & Treasurer*

I'm sorry. We do not provide any guidance beyond 2019 at this point.

**Mary A. Winston**
*Interim CEO & Director*

Yes, and I think that's related to the fact that again, I and the Board will be looking at all the initiatives. And of course, many of the initiatives that we are going to be prioritizing will have impact beyond 2019. And so once we are set on how we're going to reset the transformation and what the top initiative priorities will be, we'll be in better position to talk to 2020.

**Oliver Wintermantel**
*Evercore ISI Institutional Equities, Research Division*

Got it. Got it. And if I may, the online growth, did you comment on that in the prepared remarks? And if not, can you maybe update us what online growth was in the quarter?

**Robyn M. D'Elia**
*CFO & Treasurer*

We said the growth, we had slight growth from our customer-facing digital channels. And as I just walked through, the growth in the customer-facing digital channels for this quarter was impacted by the actions we took to prioritize profitability over sales. So we eliminated less profitable SKUs from our assortment. We added minimum quantity requirements for certain SKUs. We have not yet anniversaried the increase in our free shipping threshold that we put in place towards the back half of last year.

So all of these things are layering on top of one another and impacting the growth in the customer-facing digital channels, but we are seeing higher profitability.

**Operator**

Our next question comes from Michael Lasser from UBS.

**Atul Maheswari**
*UBS Investment Bank, Research Division*

This is Atul Maheswari filling in for Michael Lasser. My question is a bit of a follow-up from one of the earlier questions. So you did list stabilizing sales as one of your near-term priorities. How do you really expect to achieve this objective without compromising margins given you have prioritized one over the other in the past? And what are some of the key changes that you need to implement to ensure that both sales and margins grow at the same time?

**Mary A. Winston**
*Interim CEO & Director*

Yes. So obviously, it's still early days and we're still getting our arms around everything that's going on and prioritizing what the initiatives will be. But I think the -- in addition to the sales comment, you also have to couple that with our focus on managing gross margin from a cost perspective. So we do expect to drive sales, but we expect that to be profitable. And in the gross margin area, I think we talked about looking at where we are with our vendors and looking at other -- just components of cost of sales where we can get some benefit there.

**Operator**

Our next question comes from Simeon Gutman from Morgan Stanley.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Joshua Kamboj**
*Morgan Stanley, Research Division*

This is Josh Kamboj on for Simeon Gutman. Our first question, what rate of industry growth is embedded in your guide for 2019? And how did the market grow versus your initial expectations in the first quarter?

**Robyn M. D'Elia**
*CFO & Treasurer*

I'm sorry. Can you just repeat that?

**Joshua Kamboj**
*Morgan Stanley, Research Division*

Sorry, yes. What rate of industry growth have you embedded into your guide for 2019? And how did the market grow versus your expectations in the first quarter?

**Robyn M. D'Elia**
*CFO & Treasurer*

So I guess you're thinking about our sales plan? I mean in terms of our sales guidance, we were anticipating a decline in the -- between 5% and 6% in the first quarter. We came in slightly below that sales range. And from a...

**Joshua Kamboj**
*Morgan Stanley, Research Division*

No. Sorry, yes, I was wondering if you were baking in a certain rate of home furnishings' industry growth as a whole into your guide for the year. And if you can share what that is and what that might have been in the first quarter, like if you thought home furnishings were going to be flat and maybe the industry declined a little bit. Not your own guide, just how you're thinking about the industry backdrop for the year.

**Mary A. Winston**
*Interim CEO & Director*

Let us take a look at that and maybe get back with you. I mean as we think about the home furnishing market, it's not a usually declining market, but it's obviously not robustly growing either. I think the biggest thing we see in the market is the continued focus on online sales and that, and so that's impacting everybody in the market. But the overall market, we have not built in any significant expectations in either direction for the market to be booming or for the market to be way down.

**Joshua Kamboj**
*Morgan Stanley, Research Division*

All right, that's helpful. And then just as a follow-up, is it safe to assume that you have 25% tariffs embedded in the guide now? And just in the context of the fact that the guide didn't move that much, were they also -- sorry, I'm not sure, I think we're having some IT issues. A follow-up question was just, is it now safe to assume that 25% tariffs are baked into your guide? And just in the context of the fact that it didn't move much following what you initially laid out alongside the fourth quarter results, were they also at the 25% level in that initial guide even though the tariffs haven't stepped up to that rate at that point in time?

**Robyn M. D'Elia**
*CFO & Treasurer*

No. At the onset of the year, they were definitely not at the 25% rate. And we're continuing to monitor the situation, and we haven't made any changes to the guidance at this point for that rate.

**Operator**

Our next question comes from Steve Forbes from Guggenheim Securities.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

**Steven Paul Forbes**
*Guggenheim Securities, LLC, Research Division*

I wanted to focus on the BEYOND+ program, right, given sort of the gross margin implications here. And so just on the growth in members, whether it's quarter-over-quarter or just the run rate of the growth, are you surprised by the ramp in membership growth as it appears it's slowed a little bit?

And are there any plans to sort of tweak the offering, whether it's a certain component of the value proposition as you think about reaccelerating that growth? And maybe just if you can comment on what you're seeing as it relates to membership ticket and traffic trends.

**Robyn M. D'Elia**
*CFO & Treasurer*

So yes, we have seen some growth during this quarter in the BEYOND+ membership program. And as you mentioned, we're continuing to evaluate it so we may see some changes to the value offers in the future. At this point, we're continuing to see positive results. The BEYOND+ members, we're seeing that they shopped twice as many times as the average customer and as they spend 4x as the amount of an average customer. And so we're encouraged by that, and we're continuing to monitor it.

**Steven Paul Forbes**
*Guggenheim Securities, LLC, Research Division*

And then as a follow-up maybe for you, Mary. If you think about your tenure thus far, you're obviously traveling around the stores, the distribution centers, talking to store associates. I think you mentioned right in your prepared remarks revisiting the value proposition and sort of rethinking that on how you can improve it. So what did you hear right from the store associates as it pertains to what maybe they think or they're hearing from customers as what needs to transpire as it relates to the broader value proposition that Bed Bath & Beyond puts out there?

**Mary A. Winston**
*Interim CEO & Director*

Yes, well, the first thing I would say that I've heard from our associates is their enthusiasm about the customers' commitment to the stores. They know the customers who come in because they're frequent shoppers, and they're committed to providing them the best service and the best value that they can. So that's the first thing.

I think the other thing I've heard from people and seen myself is the affinity for the coupon. And so we have to continue to manage that and evaluate how we want to handle that, but that's near and dear to the customers' hearts and our stores. Members know that as well.

I think from a value proposition standpoint, again, this is something we will be revisiting at the Board level and certainly working with our Transformation and Strategy Committee. But what we're hearing at store level is customers comparing our pricing to others' pricing, and we feel good about the moves we've made recently, but customers are focused on pricing, value and that type of thing. So we're hearing a little bit of that as well.

**Operator**

Our next question comes from Anthony Chukumba from Loop Capital Markets.

**Anthony Chinonye Chukumba**
*Loop Capital Markets LLC, Research Division*

I guess my first question is just on the presentation of the results, particularly you backed out the goodwill, but you also backed out the severance costs and the shareholder costs and then you showed the comparison year-over-year where you backed out some items in the first quarter of last year. I guess I was just wondering, why did you switch the presentation to show the non-GAAP as opposed to historically

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

when you've only really for the most part shown GAAP with the exception of like big goodwill amortization charges? I guess I was just wondering what the rationale was for going to that presentation.

**Robyn M. D'Elia**
*CFO & Treasurer*

Well, I think our objective was to present our operating results, present things on an apples-to-apples basis so it's easy to compare and see the changes or the improvements that we've made on a year-over-year basis.

**Anthony Chinonye Chukumba**
*Loop Capital Markets LLC, Research Division*

Okay. That's helpful. And then just a quick follow-up. You talked about this -- these 4 key near-term priorities, and one of them is sort of reviewing the asset base. And it looks like you're reviewing all of your concepts, including your sort of noncore concepts. Any sense for timing in terms of making decisions on -- specifically on the noncore concepts like -- for example potential divestitures?

**Mary A. Winston**
*Interim CEO & Director*

At this point, I'm not going to commit to any specific timing. We're certainly moving with a sense of urgency. This is a priority for the management team and the Board. The Board will be overseeing our work to look at the various concepts. And when we have some next steps or something to announce, we'll certainly make you aware of it.

**Operator**

Our next question comes from Jonathan Matuszewski from Jefferies.

**Jonathan Richard Matuszewski**
*Jefferies LLC, Research Division*

So in guiding through the lower end of the range, you alluded to maybe what sounds like a continuation of tough top line trends quarter to date. Is that quarter-to-date trend consistent with the high single-digit decline in brick-and-mortar comps and slight DTC growth we saw this quarter?

**Robyn M. D'Elia**
*CFO & Treasurer*

So we are expecting a gradual sequential improvement in the comp sales from stores as we move throughout the year. And that -- we'll achieve that through our efforts to stabilize sales, including some changes we've made to our marketing program and other sales initiatives that we have underway. We did mention earlier that we were going to shift some advertising expenses from the first quarter to the fourth quarter so that will help out later in the back half, but we are again looking to improve the trend throughout the year.

**Jonathan Richard Matuszewski**
*Jefferies LLC, Research Division*

Got you. So that would include a sequential improvement from 1Q to 2Q?

**Robyn M. D'Elia**
*CFO & Treasurer*

Well what we know about 2Q to date has definitely been built into the model. We haven't seen a major shift in the trend that we've experienced in 1Q at this point, so we -- but we are again projecting through the remainder of the year, improvement.

**Jonathan Richard Matuszewski**
*Jefferies LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Got you. And then just on the sourcing side, you guys have made some enhancements to the team and opened up the second office in Asia. And obviously, there were long-term plans discussed to really ramp up direct imports in certain categories. So maybe just share some of your latest thoughts there if there's been any initial traction in ramping up direct imports. Any thoughts there would be great.

**Mary A. Winston**
*Interim CEO & Director*

Well, let me speak about it a little bit more broadly and then if Robyn wants to add in terms of what we've seen recently. In general, I think obviously, focusing on our supply chain and our direct sourcing opportunities to provide great benefits so we're definitely taking a look at that. That is on the docket with all of the initiatives that we'll be working with the Transformation Committee of the Board with to prioritize. We have had early good results, and we're looking at certain things in that area, but we don't have a lot to report on at this point, so.

**Operator**

Our next question comes from Seth Basham from Wedbush Securities.

**Seth Mckain Basham**
*Wedbush Securities Inc., Research Division*

My question is first around pricing. You talked about the diluting in pricing strategy. What changes have you made recently? And how are you thinking about pricing relative to the competition going forward?

**Robyn M. D'Elia**
*CFO & Treasurer*

We've definitely made changes in terms of changes to our dynamic pricing strategies and algorithms, and we've looked to optimize our base pricing as -- or initial and base pricing of merchandise. We've seen that those pricing strategies helped us in the merchandise margin area. We saw a decrease in merchandise margin, but it's at a lesser rate, I guess, than we've been experiencing. So the trend is improving due to some of those pricing changes that were put in place.

**Seth Mckain Basham**
*Wedbush Securities Inc., Research Division*

Got it. So your emphasis on the base pricing, you're raising base prices to protect margins Is that the -- what I should be taking away from this?

**Robyn M. D'Elia**
*CFO & Treasurer*

Yes. We are evaluating our pricing strategies holistically in that one element of it. Yes.

**Mary A. Winston**
*Interim CEO & Director*

Yes. So I will put an emphasis on the fact that, that is one element of it. You should not take away that we're wholesale increasing prices. I mean we are monitoring what the competition is doing, thinking about our need to stabilize sales and how sensitive the customer can be to pricing.

So we're evaluating it holistically and so on some SKUs and categories, we might increase prices. In other areas, we might not. So it's more complicated than just saying -- being able to say that yes, we're taking wholesale price increases, because we're not doing that.

**Operator**

Our next question comes from Curtis Nagle from Bank of America.

**Curtis Smyser Nagle**
*BofA Merrill Lynch, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

So just a quick one on, I guess, potential asset or concept sales. Is that something you'll be able to do or, I guess, would consider doing without a permanent CEO in place?

**Mary A. Winston**
*Interim CEO & Director*

Well, what I will say about everything that we're focused on, the Board has a sense of urgency and the management team has a sense of urgency. And so while the CEO search is certainly a priority, we're not going to be standing still in the interim. So when we see opportunities that we think are really going to be to the benefit of the business, we will move forward on them. Now whether or not that particular thing will be one of those things, can't speak to that at this point until we finish our evaluation of things. But we will not be holding off on actions that we think makes sense to really stabilize the company and move forward.

**Curtis Smyser Nagle**
*BofA Merrill Lynch, Research Division*

Understood. That makes sense. And just a quick one on the guidance. I don't think I heard anything pertaining to how buybacks may or may not be factored in. Are there future buybacks in the full year guidance?

**Robyn M. D'Elia**
*CFO & Treasurer*

We do have plans for buybacks from the guidance. But again, we wanted to give the metrics that we were most comfortable with, which is sales at the low end of the range and EPS at the low end of the range.

**Mary A. Winston**
*Interim CEO & Director*

Yes. And what I will just add on that, one of the things that the Board will be doing is taking a look at the capital allocation approach for the company. And so we will be factoring into that the need to invest in the business, to transform, to maintain stability in the business. And we'll also be evaluating how we want to return cash to shareholders through both dividends and/or share repurchases.

**Operator**

Our next question comes from Zach Fadem from Wells Fargo.

**Eric Michael Cohen**
*Wells Fargo Securities, LLC, Research Division*

This is Eric Cohen on for Zach. You commented earlier that historically, Bed Bath has not kept up with changing consumer behavior and you mentioned that you're going to make updates to that store experience. Can you sort of comment on what changes we can expect to see and maybe when we can sort of see them in the store to impact the sales or margins?

**Mary A. Winston**
*Interim CEO & Director*

Well, what I will say is we continue to have quite a few initiatives underway in that area. And that is core to what our next-generation lab store initiative is all about, is being able to test those concepts, see what's working, tweak it as we go, roll out things that makes sense across the chain. So to say specifically at this moment what those things are, it's probably a little premature because we're continuing to evaluate the performance in those stores and make those decisions.

**Eric Michael Cohen**
*Wells Fargo Securities, LLC, Research Division*

Fair enough. And then can you also comment the change you're making to the coupon strategy? You thought that was actually a gross margin benefit this quarter. Just sort of how -- changes you've made,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and then presumably this led to probably some lost sales that you're comfortable with, so the lost sales on the table and just sort of how your prices stack up versus peers?

**Robyn M. D'Elia**
*CFO & Treasurer*

From a coupon perspective, we look at the mix of offers, availability of coupons and then also having some coupon exclusion. So from a rate of gross sales, it is favorable this quarter and it did -- there was a decrease this quarter that contributed to our gross margin.

**Operator**

Our final question comes from Brad Thomas from KeyBanc Capital.

**Bradley Bingham Thomas**
*KeyBanc Capital Markets Inc., Research Division*

Just want to follow up on the review of the different concepts, and over the years, the company has not wanted to disclose revenues by segment or profit by segment. But I was wondering if there's any more quantification or color that you might be willing to provide today about how the different businesses are performing.

**Mary A. Winston**
*Interim CEO & Director*

Unfortunately, no, there's nothing more that we're going to provide today on a concept basis because you're right, we have not in the past given those numbers. And so for now, we're going to continue in that path. But you can be assured that we are going to be evaluating the concepts and looking at all of those businesses and making appropriate decisions.

**Bradley Bingham Thomas**
*KeyBanc Capital Markets Inc., Research Division*

Got you. And if I could follow up then on maybe the cost expense opportunity, recognizing that there could be some moving pieces between the line items versus the way you guided earlier in the year. I guess, Mary, Robyn, could you talk a little bit about how you're thinking about the expense opportunity in 2019 and maybe how much you can bring that SG&A line down by this year?

**Mary A. Winston**
*Interim CEO & Director*

Well, I won't attempt to quantify it, but as I did say in my prepared remarks, SG&A and rightsizing for the business that we're managing right now is a top priority for us. I think that we just have to look at that, and so we're going to -- we've been looking at it. We have lots of initiatives underway. We've been executing initiatives in the SG&A area, but we're going to continue our focus there and accelerate some of the activity that's underway.

**Operator**

Ladies and gentlemen, that is all the time we have for questions today. I will now turn the call back to Janet Barth for closing comments.

**Janet M. Barth**
*Vice President of Investor Relations*

Thank you, Cheryl. And thank you all for participating in our call today. If we didn't get to your questions or if you have additional questions, feel free to contact me for a follow-up call. Other than that, have a good night. Thank you.

**Operator**

Thank you, ladies and gentlemen. That concludes today's conference. Thank you for your participation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# EXHIBIT F

8-K 1 form8-k71019q1fy19.htm 8-K

---

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

## FORM 8-K

## CURRENT REPORT
## PURSUANT TO SECTION 13 OR 15 (d) OF THE
## SECURITIES EXCHANGE ACT OF 1934

Date of Report (Date of earliest event reported)  **July 10, 2019**

# BED BATH & BEYOND INC.
(Exact name of registrant as specified in its charter)

| **New York** | **0-20214** | **11-2250488** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**650 Liberty Avenue, Union, New Jersey 07083**
(Address of principal executive offices)    (Zip Code)

**(908) 688-0888**
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4 (c))

**Securities registered pursuant to section 12(b) of the Act:**

| **Title of each class** | **Trading Symbol** | **Name of each exchange on which registered** |
|---|---|---|
| Common stock, $.01 par value | BBBY | The Nasdaq Stock Market LLC |
| | | (Nasdaq Global Select Market) |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.
☐

**Item 2.02**          **Results of Operations and Financial Condition**

On July 10, 2019, Bed Bath & Beyond Inc. (the "Company") issued a press release announcing the Company's financial results for its fiscal first quarter ended June 1, 2019. A copy of this press release is attached hereto as Exhibit 99.1 and is incorporated herein by reference.

**Item 7.01**          **Regulation FD Disclosure**

On July 10, 2019, the Company published an Investor Presentation for its fiscal first quarter ended June 1, 2019 as noted in the press release described in Item 2.02 above. The Investor Presentation is attached hereto as Exhibit 99.2 and is incorporated herein by reference. Additionally, the Company has posted the Investor Presentation on the investor relations section of its website at www.bedbathandbeyond.com.

The Company's July 10, 2019 press release further announced that its Board of Directors declared a quarterly dividend on July 8, 2019 of $0.17 per share, to be paid on October 15, 2019 to shareholders of record at the close of business on September 13, 2019.

The information in this Current Report on Form 8-K (including the exhibits attached hereto) is being furnished under Items 2.02 and 7.01 and shall not be deemed "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liability of such section or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01**          **Financial Statements and Exhibits**

(d)   Exhibits:

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release issued by Bed Bath & Beyond Inc. on July 10, 2019. |
| 99.2 | Investor Presentation for the fiscal first quarter ended June 1, 2019. |

*SIGNATURES*

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**<u>BED BATH & BEYOND INC.</u>**

(Registrant)

Date: July 10, 2019                                     By:    */s/ Robyn M. D'Elia*

                                                              Robyn M. D'Elia
                                                              Chief Financial Officer and Treasurer
                                                              (Principal Financial and Accounting Officer)

EX-99.1 2 exhibit991-pressreleaseq12.htm EXHIBIT 99.1

**Exhibit 99.1**

## FOR IMMEDIATE RELEASE

### BED BATH & BEYOND INC. REPORTS RESULTS FOR FISCAL 2019 FIRST QUARTER

*Reported First Quarter Net Loss Per Diluted Share of ($2.91); Adjusted Net Earnings Per Diluted Share of $0.12,
At the High-End of Guidance Range
Revenue Slightly Below Guidance Range
Establishes Key Near-Term Priorities to Accelerate Transformation*

UNION, New Jersey, July 10, 2019 --- Bed Bath & Beyond Inc. (Nasdaq: BBBY) today reported financial results for the first quarter of fiscal 2019 ended June 1, 2019.

Mary A. Winston, Interim CEO, stated, "Bed Bath & Beyond is an iconic brand with tremendous opportunity and we recognize that there needs to be a fundamental change in our approach to executing the Company's business transformation. We have set four key near-term priorities that include stabilizing and driving top-line growth; resetting the cost structure; reviewing and optimizing the Company's asset base, including our portfolio of retail banners; and refining our organization structure. The Board and management team are aligned on these priorities, and we are committed to completing a deep review of the business to prioritize and drive forward the most meaningful initiatives to improve performance. As we execute against these near-term priorities, our focus will remain on delighting our customers and delivering long-term value for our shareholders."

### Fiscal 2019 First Quarter Results

For the fiscal 2019 first quarter, the Company reported a net loss of ($2.91) per diluted share (($371.1) million), which included an unfavorable impact of approximately $3.03 per diluted share related to a non-cash impairment of goodwill and other intangible assets, as well as severance and shareholder activity costs incurred during the quarter, compared with net earnings of $.32 per diluted share ($43.6 million) for the fiscal 2018 first quarter, which included an unfavorable impact of approximately $.06 from severance costs. Excluding the goodwill and other impairments, severance and shareholder activity costs, the Company reported adjusted net earnings of $.12 per diluted share ($15.5 million) for the fiscal 2019 first quarter. Net sales for the fiscal 2019 first quarter were approximately $2.6 billion, a decrease of approximately 6.6% compared to the prior year period. Comparable sales in the fiscal 2019 first quarter declined approximately 6.6%.

### Capital Allocation

On July 8, 2019, the Company's Board of Directors declared a quarterly dividend of $0.17 per share payable on October 15, 2019 to shareholders of record at the close of business on September 13, 2019.

During the fiscal 2019 first quarter, the Company repurchased approximately $81.5 million of its common stock, representing approximately 5.3 million shares.

The Company ended the fiscal 2019 first quarter with approximately $923 million in cash and investments, an increase of approximately 9.0%, compared with approximately $847 million in cash and investments at the end of the fiscal 2018 first quarter.

### Fiscal 2019 Financial Outlook

For the fiscal 2019 full year, excluding the goodwill and other impairments, severance and shareholder activity costs, the Company is modeling to be at the lower end of its previously provided ranges of $11.4 billion to $11.7 billion for net sales and $2.11 to $2.20 for net earnings per diluted share.

https://www.sec.gov/Archives/edgar/data/886158/000088615819000016/exhibit991-pressreleaseq12.htm

Due to the inherent difficulty of forecasting the timing or amount of items that have not yet occurred and are out of the Company's control, and that would impact its net sales, diluted net earnings per share, and the most directly comparable forward-looking GAAP financial measures, the Company has not provided a reconciliation to these measures for its fiscal 2019 full year outlook on a GAAP basis. For the same reasons, the Company is unable to address the probable significance of the unavailable information. Forward-looking non-GAAP financial measures provided without the most directly comparable GAAP financial measures may vary materially from the corresponding GAAP financial measures.

**Adoption of Lease Accounting Standard**

The Company adopted ASU 2016-02, *Leases (Topic 842)*, related to its accounting for leases at the beginning of the fiscal 2019 first quarter. The adoption of this standard resulted in the recording on the consolidated balance sheet of approximately $2.0 billion of operating lease assets and approximately $2.2 billion of operating lease liabilities, with no significant change to the consolidated statements of operations or cash flows. The standard has no impact on the Company's debt covenant compliance under its Indenture or Revolving Credit Agreement.

**Fiscal 2019 First Quarter Conference Call and Investor Presentation**

Bed Bath & Beyond Inc.'s fiscal 2019 first quarter conference call with analysts and investors will be held today at 5:00pm EDT and may be accessed by dialing 1-888-771-4371, or if international, 1-847-585-4405, using conference ID number 48713230. The replay of the call will be available beginning today at 8:00pm EDT through 8:00pm EDT on Friday, July 12, 2019, and can be accessed by dialing 1-888-843-7419, using conference ID number 48713230. The call and replay can also be accessed via audio webcast on the investor relations section of the Company's website at www.bedbathandbeyond.com.

The Company has also made available an Investor Presentation on the investor relations section of the Company's website at www.bedbathandbeyond.com.

**About the Company**

Bed Bath & Beyond Inc. and subsidiaries (the "Company") is an omnichannel retailer that is the trusted expert for the home and heart-felt life events. The Company sells a wide assortment of domestics merchandise and home furnishings. The Company also provides a variety of textile products, amenities and other goods to institutional customers in the hospitality, cruise line, healthcare and other industries. Additionally, the Company is a partner in a joint venture which operates retail stores in Mexico under the name Bed Bath & Beyond.

The Company operates websites at bedbathandbeyond.com, bedbathandbeyond.ca, worldmarket.com, buybuybaby.com, buybuybaby.ca, christmastreeshops.com, andthat.com, harmondiscount.com, facevalues.com, ofakind.com, onekingslane.com, personalizationmall.com, decorist.com, harborlinen.com, and t-ygroup.com. As of June 1, 2019, the Company had a total of 1,536 stores, including 995 Bed Bath & Beyond stores in all 50 states, the District of Columbia, Puerto Rico and Canada, 277 stores under the names of World Market, Cost Plus World Market or Cost Plus, 126 buybuy BABY stores, 81 stores under the names Christmas Tree Shops, Christmas Tree Shops andThat! or andThat!, 55 stores under the names Harmon, Harmon Face Values or Face Values, and two retail stores under the name One Kings Lane. During the fiscal first quarter, the Company opened three stores including one Bed Bath & Beyond store and two buybuy Baby stores. The joint venture, to which the Company is a partner, operates ten stores in Mexico under the name Bed Bath & Beyond.

**Non-GAAP Information**

This press release contains certain non-GAAP information, such as adjusted net earnings per diluted share, which is intended to provide visibility into the Company's core operations by excluding the effects of the goodwill and other impairments, severance and shareholder activity costs. The Company's definition and calculation of non-GAAP

measures may differ from that of other companies. Non-GAAP financial measures should be viewed in addition to, and not as an alternative for, the Company's reported GAAP financial results.

**Forward-Looking Statements**

This press release contains forward-looking statements, including, but not limited to, anticipated net earnings per diluted share, and operating margin. Many of these forward-looking statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, and similar words and phrases. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments; the ability to attract and retain qualified employees in all areas of the organization, including a permanent Chief Executive Officer; the cost of labor, merchandise and other costs and expenses; potential supply chain disruption due to trade restrictions, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; the ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets it serves; the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and the effect of other factors, on the Company's capital allocation strategy; the impact of goodwill and intangible asset impairments; disruptions to the Company's information technology systems including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to the Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade; changes to, or new, tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; foreign currency exchange rate fluctuations; and the integration of acquired businesses. The Company does not undertake any obligation to update its forward-looking statements.

**INVESTOR CONTACT:**

Janet M. Barth, (908) 613-5820 or IR@bedbath.com

**MEDIA CONTACT:**

Matthew Sherman / Nick Lamplough / Leigh Parrish / Adam Pollack / Arielle Rothstein - Joele Frank, Wilkinson, Brimmer Katcher, (212) 355-4449

**BED BATH & BEYOND INC. AND SUBSIDIARIES**
*Consolidated Statements of Operations*
*(in thousands, except per share data)*
*(unaudited)*

| | Three Months Ended | |
| --- | --- | --- |
| | June 1, 2019 | June 2, 2018 |
| Net sales | $ 2,572,989 | $ 2,753,667 |
| Cost of sales | 1,685,810 | 1,788,819 |
| Gross profit | 887,179 | 964,848 |
| Selling, general and administrative expenses | 892,754 | 883,619 |
| Goodwill and other impairments | 401,267 | — |
| Operating (loss) profit | (406,842) | 81,229 |
| Interest expense, net | 15,898 | 16,732 |
| (Loss) earnings before provision for income taxes | (422,740) | 64,497 |
| (Benefit) provision for income taxes | (51,655) | 20,921 |
| Net (loss) earnings | $ (371,085) | $ 43,576 |
| Net (loss) earnings per share - Basic | $ (2.91) | $ 0.32 |
| Net (loss) earnings per share - Diluted | $ (2.91) | $ 0.32 |
| Weighted average shares outstanding - Basic | 127,614 | 135,987 |
| Weighted average shares outstanding - Diluted | 127,614 | 136,601 |
| Dividends declared per share | $ 0.17 | $ 0.16 |

## BED BATH & BEYOND INC. AND SUBSIDIARIES
*Consolidated Balance Sheets*
*(in thousands, except per share data)*
*(unaudited)*

| | June 1, 2019 | June 2, 2018 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 700,389 | $ 678,646 |
| Short term investment securities | 201,664 | 148,313 |
| Merchandise inventories | 2,540,852 | 2,646,263 |
| Prepaid expenses and other current assets | 254,187 | 483,159 |
| Total current assets | 3,697,092 | 3,956,381 |
| Long term investment securities | 20,677 | 19,957 |
| Property and equipment, net | 1,822,679 | 1,893,230 |
| Operating lease assets | 1,990,963 | — |
| Goodwill | — | 716,283 |
| Other assets | 456,784 | 427,895 |
| | $ 7,988,195 | $ 7,013,746 |
| **Liabilities and Shareholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 1,066,282 | $ 1,082,943 |
| Accrued expenses and other current liabilities | 590,087 | 716,069 |
| Merchandise credit and gift card liabilities | 343,087 | 329,055 |
| Current operating lease liabilities | 410,417 | — |
| Current income taxes payable | 21,209 | — |
| Total current liabilities | 2,431,082 | 2,128,067 |
| Other liabilities | 184,242 | 431,799 |
| Income taxes payable | 47,745 | 57,507 |
| Operating lease liabilities | 1,775,081 | — |
| Long term debt | 1,488,051 | 1,492,194 |
| Total liabilities | 5,926,201 | 4,109,567 |
| Shareholders' equity: | | |
| Preferred stock - $0.01 par value; authorized - 1,000 shares; no shares issued or outstanding | — | — |
| Common stock - $0.01 par value; authorized - 900,000 shares; issued 343,419 and 342,642 shares, respectively; outstanding 127,774 and 140,131 shares, respectively | 3,434 | 3,426 |
| Additional paid-in capital | 2,138,362 | 2,082,238 |
| Retained earnings | 10,679,515 | 11,360,572 |

| | | | |
|---|---|---|---|
| Treasury stock, at cost; 215,645 and 202,511 shares, respectively | (10,697,540) | | (10,490,082) |
| Accumulated other comprehensive loss | (61,777) | | (51,975) |
| Total shareholders' equity | 2,061,994 | | 2,904,179 |
| | $ 7,988,195 | $ | 7,013,746 |

# BED BATH & BEYOND INC. AND SUBSIDIARIES
### Consolidated Statements of Cash Flows
### (in thousands, unaudited)

|  | Three Months Ended | |
|  | June 1, 2019 | June 2, 2018 |
|---|---|---|
| Cash Flows from Operating Activities: | | |
| Net (loss) earnings | $ (371,085) | $ 43,576 |
| Adjustments to reconcile net earnings to net cash provided by operating activities: | | |
| Depreciation and amortization | 83,542 | 79,578 |
| Goodwill and other impairments | 401,267 | — |
| Stock-based compensation | 19,348 | 23,572 |
| Deferred income taxes | (54,514) | (3,548) |
| Other | (2,301) | (1,109) |
| Decrease (increase) in assets: | | |
| Merchandise inventories | 76,455 | 82,252 |
| Trading investment securities | 21 | (2,069) |
| Other current assets | 137 | 104,954 |
| Other assets | 88 | (482) |
| (Decrease) increase in liabilities: | | |
| Accounts payable | (10,996) | (78,717) |
| Accrued expenses and other current liabilities | (30,580) | (5,401) |
| Merchandise credit and gift card liabilities | 3,896 | 5,553 |
| Income taxes payable | (880) | (3,767) |
| Operating lease assets and liabilities, net | (23,922) | — |
| Other liabilities | (389) | 602 |
| Net cash provided by operating activities | 90,087 | 244,994 |
| Cash Flows from Investing Activities: | | |
| Purchase of held-to-maturity investment securities | (57,000) | (5,625) |
| Redemption of held-to-maturity investment securities | 343,000 | 238,125 |
| Capital expenditures | (68,375) | (97,813) |
| Net cash provided by investing activities | 217,625 | 134,687 |
| Cash Flows from Financing Activities: | | |
| Payment of dividends | (21,894) | (21,414) |
| Repurchase of common stock, including fees | (81,495) | (22,110) |
| Net cash used in financing activities | (103,389) | (43,524) |
| Effect of exchange rate changes on cash, cash equivalents and restricted cash | (2,095) | (3,651) |
| Net increase in cash, cash equivalents and restricted cash | 202,228 | 332,506 |
| Cash, cash equivalents and restricted cash: | | |
| Beginning of period | 529,971 | 367,140 |
| End of period | $ 732,199 | $ 699,646 |

The Fiscal Year 2018 consolidated statement of cash flows was revised to include restricted cash due to the adoption of Accounting Standards Update 2016-18 *Statement of Cash Flows (Topic 230)* in Fiscal Year 2018.

**Non-GAAP Financial Measures**

The following table reconciles non-GAAP financial measures presented in this press release. The Company believes that these non-GAAP financial measures provide meaningful supplemental information regarding the performance of the Company's business. These non-GAAP financial measures should not be considered superior to, but in addition to other financial measures prepared in accordance with GAAP, including the year-to-year results. The Company's method of determining these non-GAAP financial measures may be different from other companies' methods and, therefore, may not be comparable to those used by other companies and the Company does not recommend the sole use of this non-GAAP measure to assess its financial and earnings performance.

***Non-GAAP Reconciliation***
***(in thousands, except per share data)***
***(unaudited)***

| | Three Months Ended | |
| --- | --- | --- |
| | **June 1, 2019** | **June 2, 2018** |
| **Reconciliation of Adjusted Net Earnings** | | |
| Reported net (loss) earnings | $ (371,085) | $ 43,576 |
| Pre-tax Adjustments: | | |
| Goodwill and other impairments (a) | 401,267 | — |
| Severance costs | 38,662 | 9,333 |
| Shareholder activity costs | 8,000 | — |
| Total pre-tax adjustments | 447,929 | 9,333 |
| Tax impact of adjustments | (61,387) | (1,618) |
| Total adjustments, after tax | 386,542 | 7,715 |
| Adjusted net income | $ 15,457 | $ 51,291 |
| **Reconciliation of Adjusted Earnings per Diluted Share** | | |
| Reported net (loss) earnings per diluted share | $ (2.91) | $ 0.32 |
| Goodwill and other impairments, severance and shareholder activity costs | 3.03 | 0.06 |
| Adjusted earnings per diluted share | $ 0.12 | $ 0.38 |

(a) Goodwill and other impairments include: (1) goodwill and tradename impairments related to the North American Retail reporting unit; and (2) tradename impairments related to the Institutional Sales reporting unit.



bbbyfy19firstquarterirsl

# Forward Looking Statements

This presentation contains forward-looking statements, including, but not limited to, anticipated net earnings per diluted share, and operating margin. statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a resu include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related c environment; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may imp types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from exist across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with orgar investments; the ability to attract and retain qualified employees in all areas of the organization, including a permanent Chief Executive Officer; the cost costs and expenses; potential supply chain disruption due to trade restrictions, political instability, labor disturbances, product recalls, financial or opera carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new st profitably maintain the appropriate mix of digital and physical presence in the markets it serves; the ability to assess and implement technologies in sup development of its omnichannel capabilities; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and Company's capital allocation strategy; the impact of goodwill and intangible asset impairments; disruptions to the Company's information technology sy security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk a Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for c regulatory and legal requirements, including without limitation proposed changes affecting international trade; changes to, or new, tax laws or interpret developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; foreign currency exchange rate fluctuations; the in The Company does not undertake any obligation to update its forward-looking statements.

2





# Critical Work of the Board of Directors

- Complete a Deep Review of the Business
  - o Prioritize and drive forward the most meaningful initiatives to improve performance

- Formed Business Transformation and Strategy Review Committee
  - o Review and evaluate the ongoing business transformation
  - o Make recommendations on how to accelerate the Company's evolution

- CEO Search
  - o Robust process underway supported by a leading executive search firm
  - o Seeking a leader with a multi-faceted skill set



# Key Near-Term Priorities

1. Stabilizing and driving top-line growth

2. Resetting the cost structure

3. Reviewing and optimizing the Company's asset base, including our portfolio of retail banners

4. Refining our organization structure



# Q1 2019 Financial Results Summary

- Net loss per diluted share of ($2.91), including an unfavorable impact of approximately $3.03 pe share related to a non-cash impairment of goodwill and other intangible assets, as well as severa shareholder activity costs incurred during the quarter

- Adjusted net earnings per diluted share of $0.12, excluding the goodwill and other impairments and shareholder activity costs, at the high-end of our guidance range of between $0.07 and $0.1

- Net sales declined ~6.6%, slightly below our guidance of ~$2.6 billion

- Comp sales declined ~6.6%, including a high-single digit % decline in store comps, partially offse growth in our customer-facing digital channels

- Retail inventories at the end of Q1 2019 were reduced by ~$124 million (~5%) vs Q1 2018

- Cash and investments balance increased ~9% vs Q1 2018 to ~$923 million

7

# Q1 2019 P&L Summary

*(amounts in millions, except comp%, % of sales, and per share data)*

|  | Three Months Ended | | | |
|---|---|---|---|---|
|  | Adjusted [a] | | Adjusted [b] | |
|  | June 1, 2019 | % of Sales | June 2, 2018 | % of Sales |
| Comp Sales % |  | (6.6) |  | (0.6) |
| Net Sales | $2,573 | 100.0 | $2,754 | 100.0 |
| Gross Profit | 887 | 34.5 | 965 | 35.0 |
| SG&A Expenses | 846 | 32.9 | 874 | 31.7 |
| Operating Profit | 41 | 1.6 | 91 | 3.3 |
| Net Earnings | 15 | 0.6 | 51 | 1.9 |
| EPS - Diluted | $0.12 |  | $0.38 |  |
| WAS - Diluted | 128 |  | 137 |  |

a) Excludes goodwill and other impairments (non-cash), severance and shareholder activity costs.
b) Excludes severance costs.
c) As a percentage of net sales, primarily due to a decrease in merchandise margin, partially offset by decreases in coupon expense and net direct-to-customer shipping expense.
d) As a percentage of net sales, primarily due to increases in technology-related expenses, including depreciation and occupancy expenses.

8

# FY 2019 Financial Outlook

### Current 2019 Full Year Guidance*
(excludes goodwill and other impairments, severance and shareholder activity costs)

| | |
|---|---|
| Consolidated Net Sales | $11.4 - $11.7 bn (lower end of range) |
| Diluted EPS | $2.11 - $2.20 (lower end of range) |
| Capital Expenditures | $350 - $375 mm* |

* The Company will continue to evaluate its capital projects for the year.

9

## Guidance Cons

- Executing on ke
- The work to be
- Continuing chal environment



# Non-GAAP Reconciliation

*(in thousands, except per share data)*
*(unaudited)*

|  | Three Months En |
| --- | --- |
|  | **June 1, 2019** |

| Reconciliation of Adjusted Net Earnings | | |
| --- | --- | --- |
| Reported net (loss) earnings | $ | (371,085) |
| | | |
| Pre-tax Adjustments: | | |
| Goodwill and other impairments (a) | | 401,267 |
| Severance costs | | 38,662 |
| Shareholder activity costs | | 8,000 |
| Total pre-tax adjustments | | 447,929 |
| | | |
| Tax impact of adjustments | | (61,387) |
| | | |
| Total adjustments, after tax | | 386,542 |
| | | |
| Adjusted net income | $ | 15,457 |

| Reconciliation of Adjusted Net Earnings per Diluted Share | | |
| --- | --- | --- |
| Reported net (loss) earnings per diluted share | $ | (2.91) |
| Goodwill and other impairments, severance and shareholder activity costs | | 3.03 |
| Adjusted earnings per diluted share | $ | 0.12 |

a) Goodwill and other impairments include: (1) goodwill and tradename impairments related to the North American Retail reporting unit; and (2) tradename impairments related to the Institutional Sales reporting unit.

11

https://www.sec.gov/Archives/edgar/data/886158/000088615819000016/bbbyfy19firstquarterirsl.htm

# EXHIBIT G

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

## FORM 8-K

---

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15 (d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of Report (Date of earliest event reported) July 22, 2019**

---

# BED BATH & BEYOND INC.
**(Exact name of registrant as specified in its charter)**

---

| **New York** | **0-20214** | **11-2250488** |
|:---:|:---:|:---:|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(I.R.S. Employer Identification No.)** |

**650 Liberty Avenue, Union, New Jersey 07083**
**(Address of principal executive offices) (Zip Code)**

**(908) 688-0888**
**(Registrant's telephone number, including area code)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4 (c))

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol** | **Name of each exchange on which registered** |
|:---:|:---:|:---:|
| **Common stock, $.01 par value** | **BBBY** | **The Nasdaq Stock Market LLC (Nasdaq Global Select Market)** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.05 Costs Associated With Exit or Disposal Activities.**

On July 23, 2019, Bed Bath & Beyond Inc. (the "Company") announced that in connection with its ongoing transformation and near-term priority to reset the Company's cost structure, it has initiated a reduction in corporate staff at its headquarters in Union, New Jersey and at other select locations where corporate associates are based. These actions are estimated to generate future annual pre-tax cost savings of approximately $30.7 million. Due to the timing of these changes, the pre-tax cost savings for the remainder of fiscal 2019 are estimated to be approximately $18.9 million. The Company expects to incur pre-tax cash restructuring charges of approximately $12.0 million in fiscal 2019, primarily for severance and related costs in conjunction with this staff reduction, all of which will be expensed in the second quarter.

In addition, the Company continues to review its cost structure to identify additional cost savings opportunities.

**Item 5.02 Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On July 22, 2019, Eugene A. Castagna ceased to serve as President and Chief Operating Officer of the Company. In connection with his separation from the Company, Mr. Castagna will be entitled to those separation payments and benefits as are provided upon a termination of employment without "cause" pursuant to his employment agreement and outstanding option and performance stock unit award agreements. Following his separation, Mr. Castagna will continue to be subject to certain restrictive covenants, including post-termination, non-competition and non-solicitation covenants.

**Item 7.01 Regulation FD Disclosure.**

On July 23, 2019, the Company reiterated its guidance with respect to fiscal 2019 net earnings per diluted share. A copy of the press release issued by the Company on July 23, 2019 regarding the above is filed as Exhibit 99.1 to this Current Report on Form 8-K and is incorporated by reference into this Item 7.01.

The information in Item 7.01 of this Current Report on Form 8-K is being furnished and shall not be deemed "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liability of such section or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release issued by Bed Bath & Beyond Inc. on July 23, 2019 |

**Forward-Looking Statements**

This report contains forward-looking statements, including, but not limited to, anticipated net earnings per diluted share and the amount and timing of estimated future annual pre-tax cost savings and pre-tax cash restructuring charges associated with the workforce reduction, as well as the ability to identify additional cost savings opportunities. Many of these forward-looking statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, and similar words and phrases. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments; the ability to attract and retain qualified employees in all areas of the organization, including a permanent Chief Executive Officer; the cost of labor, merchandise and other costs and expenses; potential supply chain disruption due to trade restrictions, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to

find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; the quality, accessibility and profitably maintain the appropriate mix of digital and physical presence in the markets it serves; the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and the effect of other factors, on the Company's capital allocation strategy; the impact of goodwill and intangible asset impairments; disruptions to the Company's information technology systems including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to the Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade; changes to, or new, tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; foreign currency exchange rate fluctuations; and the integration of acquired businesses. The Company does not undertake any obligation to update its forward-looking statements.

*SIGNATURES*

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**BED BATH & BEYOND INC.**
(Registrant)

Date: July 23, 2019                                        By:    /s/ Robyn M. D'Elia

                                                                  Robyn M. D'Elia
                                                                  Chief Financial Officer and Treasurer
                                                                  (Principal Financial and Accounting Officer)

**FOR IMMEDIATE RELEASE**

## BED BATH & BEYOND INC. INITIATES CORPORATE WORKFORCE REDUCTION
*Realignment of Cost Structure Supports Ongoing Business Transformation*
*Departure of President and Chief Operating Officer*

UNION, New Jersey, July 23, 2019 — Bed Bath & Beyond Inc. (Nasdaq: BBBY) today announced that in connection with its ongoing transformation and near-term priority to reset the Company's cost structure, it has initiated a reduction in corporate staff at its headquarters in Union, New Jersey and at other select locations where corporate associates are based. As part of this realignment, Eugene A. Castagna, President and Chief Operating Officer of the Company, departed today and the role has been eliminated.

Mary A. Winston, Interim CEO, and Member of the Board of Directors of Bed Bath & Beyond Inc. stated, "As we reset our approach to the business transformation underway, we are executing against 4 key near-term priorities including resetting the cost structure. While decisions that impact our staff are difficult, today's action is an important step in simplifying our corporate structure and ensuring our resources are aligned with the business we are managing today. We remain confident in the underlying business and our ability to leverage the strength of the Bed Bath & Beyond brand and our lasting connection with customers to deliver on our near-term priorities and transform the Company."

The Company recently completed a comprehensive and careful review of its corporate office cost structure, which has resulted in a reduction of approximately 7% of its corporate staff, including vice presidents, directors, managers and professional staff. Each of the impacted associates was offered severance pay and other Company support to assist them with their job transition. The Company will continue to review its cost structure to identify additional cost-savings opportunities.

**Cost Savings and Fiscal 2019 Financial Outlook**

These organizational changes are estimated to generate future annual pre-tax net savings of approximately $30.7 million. Due to the timing of these changes, the pre-tax net savings for the remainder of fiscal 2019 are estimated to be approximately $18.9 million. The Company expects to incur pre-tax cash restructuring charges of approximately $12.0 million in fiscal 2019, primarily for severance and related costs in conjunction with this staff reduction, all of which will be expensed in the second quarter.

As provided during the Company's fiscal 2019 first quarter conference call on July 10, 2019, Bed Bath & Beyond Inc. expects its fiscal 2019 full year net earnings per diluted share to be at the lower end of $2.11 to $2.20, excluding goodwill and other impairments, severance and shareholder activity costs. In providing this operational guidance, the Company included an estimate of the pre-tax cost savings related to today's action to reset its cost structure. The Company expects to see a gradual, sequential improvement in its quarterly net earnings per diluted share, with the vast majority of its net earnings per diluted share to be earned in the second half of the fiscal year.

Due to the inherent difficulty of forecasting the timing or amount of items that have not yet occurred and are out of the Company's control and that would impact its net sales, diluted net earnings per share, and the most directly comparable forward-looking GAAP financial measures, the Company has not provided a reconciliation to these measures for its fiscal 2019 full year outlook on a GAAP basis. For the same reasons, the Company is unable to address the probable significance of the unavailable information. Forward-looking non-GAAP financial measures provided without the most directly comparable GAAP financial measures may vary materially from the corresponding GAAP financial measures.

## About the Company

Bed Bath & Beyond Inc. and subsidiaries (the "Company") is an omnichannel retailer that is the trusted expert for the home and heart-felt life events. The Company sells a wide assortment of domestics merchandise and home furnishings. The Company also provides a variety of textile products, amenities and other goods to institutional customers in the hospitality, cruise line, healthcare and other industries. Additionally, the Company is a partner in a joint venture which operates retail stores in Mexico under the name Bed Bath & Beyond.

The Company operates websites at bedbathandbeyond.com, bedbathandbeyond.ca, worldmarket.com, buybuybaby.com, buybuybaby.ca, christmastreeshops.com, andthat.com, harmondiscount.com, facevalues.com, ofakind.com, onekingslane.com, personalizationmall.com, decorist.com, harborlinen.com, and t-ygroup.com.

## Forward-Looking Statements

This press release contains forward-looking statements, including, but not limited to, anticipated net earnings per diluted share and the amount and timing of estimated future annual pre-tax cost savings and pre-tax cash restructuring charges associated with the workforce reduction, as well as the ability to identify additional cost savings opportunities. Many of these forward-looking statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, and similar words and phrases. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments; the ability to attract and retain qualified employees in all areas of the organization, including a permanent Chief Executive Officer; the cost of labor, merchandise and other costs and expenses; potential supply chain disruption due to trade restrictions, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; the

ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets it serves; an ability to access and implement technologies in support of the Company's development of omnichannel capabilities; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and the effect of other factors, on the Company's capital allocation strategy; the impact of goodwill and intangible asset impairments; disruptions to the Company's information technology systems including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to the Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade; changes to, or new, tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; foreign currency exchange rate fluctuations; and the integration of acquired businesses. The Company does not undertake any obligation to update its forward-looking statements.

**INVESTOR CONTACT:**

Janet M. Barth, (908) 613-5820 or IR@bedbath.com

**MEDIA CONTACT:**

Matthew Sherman / Nick Lamplough / Leigh Parrish / Adam Pollack / Arielle Rothstein - Joele Frank, Wilkinson, Brimmer Katcher, (212) 355-4449

# EXHIBIT H

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 8-K

### CURRENT REPORT
PURSUANT TO SECTION 13 OR 15 (d)
OF THE SECURITIES EXCHANGE ACT OF 1934

**Date of Report (Date of earliest event reported) September 4, 2019**

# BED BATH & BEYOND INC.

(Exact name of registrant as specified in its charter)

| **New York** | **0-20214** | **11-2250488** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**650 Liberty Avenue, Union, New Jersey 07083**
(Address of principal executive offices) (Zip Code)

**(908) 688-0888**
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4 (c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| **Common stock, $.01 par value** | **BBBY** | **The Nasdaq Stock Market LLC (Nasdaq Global Select Market)** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

**Item 7.01 Regulation FD Disclosure.**

On September 4, 2019, Bed Bath & Beyond Inc. (the "Company") issued a press release containing a letter to the Company's shareholders providing an update with respect to the Company's ongoing business transformation. A copy of the press release is attached as Exhibit 99.1 to this Current Report on Form 8-K and is incorporated by reference into this Item 7.01.

The information in Item 7.01 of this Current Report on Form 8-K is being furnished and shall not be deemed "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liability of such section or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d)    Exhibits.

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release issued by Bed Bath & Beyond Inc. on September 4, 2019 |

*SIGNATURES*

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**BED BATH & BEYOND INC.**
(Registrant)

Date: September 4, 2019                    By:    /s/ Robyn M. D'Elia

                                                  Robyn M. D'Elia
                                                  Chief Financial Officer and Treasurer
                                                  (Principal Financial and Accounting Officer)

**FOR IMMEDIATE RELEASE**

**Bed Bath & Beyond Provides Strategic Update in Letter to Shareholders**

Targeted Investments to Drive Efficiencies and Stabilization
New CEO Expected to be Announced in Coming Weeks

**UNION, N.J., Sept. 4, 2019** — Bed Bath & Beyond Inc. (Nasdaq: BBBY) today published a letter to shareholders providing a strategic update on the Company's business transformation efforts. The full text of the letter, which can also be found at http://bedbathandbeyond.gcs-web.com/investor-relations, follows:

Dear Fellow Shareholders,

In recent months, we have initiated significant changes at Bed Bath & Beyond, including at the Board level and across the entire organization. Our objectives are to accelerate improvement in our financial performance, enhance our competitive positioning and ensure we have a best-in-class governance structure. While in its early stages, the transformation underway is advancing, and we wanted to share an update on the progress we are making toward achieving these objectives.

The Board and management team are aligned around four key priorities, which interim CEO Mary Winston communicated during the Company's first quarter 2019 earnings conference call in July. These priorities include stabilizing and driving top-line growth; resetting the cost structure; reviewing and optimizing the Company's asset base, including the portfolio of retail banners; and refining Bed Bath & Beyond's organization structure. We are relentless in our pursuit of short-term opportunities to effect meaningful change, while laying the foundation for transforming our Company for long-term success. Some examples are:

Stabilizing and Driving Top-Line Growth – A rapid refresh of nearly 160 Bed Bath & Beyond stores is underway and is expected to be finished in advance of the 2019 holiday season. We expect this multi-million-dollar investment in physical improvements to be clearly visible to the customer and favorably impact the in-store shopping experience over the short term.

A longer-term comprehensive store renovation program, in conjunction with further investments in our customer-facing digital channels as well as marketing and loyalty initiatives, will further the goal to delight our customers whenever and wherever they experience our brand.

Resetting the Cost Structure – Cost savings from our comprehensive lease renewal efforts and the corporate workforce reduction announced in late July 2019, and certain other near-term actions, are expected to collectively take tens of millions of dollars out of the cost base of our business, increasing margins while also creating a more effective organization to meet the needs of our customers today and in the future.

Longer term, a substantial change in our sourcing and buying approach to increase the penetration of our private-label offerings should yield significant cost savings over the next two-to-three years and provide further product differentiation and a more favorable margin structure.

Reviewing and Optimizing Our Asset Base – An aggressive reduction of up to $1 billion of inventory is expected to be executed over the next 18 months, including the removal of excess aged inventory from our stores anticipated before the 2019 holiday season. This effort should allow us to quickly reset inventory levels in both our stores and distribution centers, as well as refresh our assortment, providing for newness and higher-margin products, all in an effort to drive customer traffic and support top-line performance.

Also, we continue to evaluate and flex to create a better balance between our physical and digital presence within the markets we serve, to deliver the shopping experience our customers want. Furthermore, we expect to be able to take advantage of our heavy lease expiration cadence over the next couple of years, to close underperforming stores or relocate stores to improve sales and profitability on a per-store basis.

While our near-term priorities are primarily focused on Bed Bath & Beyond, we are also well underway with a review of the strategic alignment of all of the other business concepts and are assessing ways to better align or create value from these brands. In order to streamline and expedite this strategic review, we moved the reporting structure of all these other business concepts under one leader in conjunction with our other corporate workforce changes made in late July. While we cannot make any assurances, we are working with outside advisors, including Goldman Sachs, and are currently evaluating several different opportunities.

Board Transformation – Nine new independent directors have been appointed over the past few months, significantly reducing the average tenure of our Board. The new Board brings rich diversity of perspectives, backgrounds, ages, gender, race and ethnicity and reflects the diversity of the Company's loyal customers and dedicated associates.

Our directors are leaders in global retail, merchandising, technology, logistics, finance and governance, and we believe that our refreshed Board is well-equipped to provide an appropriate and effective level of oversight and guidance as we move our Company forward in partnership with our talented and highly dedicated management team.

In this short time, we have also accomplished a great deal toward building a best-in-class governance structure to help us move more effectively toward our goals, including: appointing an independent chair; reconstituting each of our Board committees; appointing committee chairs and updating committee charters and governance policies; and establishing a Business Transformation and Strategic Review Committee to review and evaluate the ongoing business transformation and make recommendations on how the Company can best capitalize on and navigate the evolving retail environment.

CEO Search—Substantial progress has been made toward identifying the Company's next permanent CEO. With the support of a leading executive search firm, the Board's CEO Search Committee has undertaken a robust process to identify a leader who has a multifaceted skill set, including transformation and innovation experience in the retail sector as well as e-commerce and marketing experience. The caliber of candidates is outstanding, and we expect to be able to announce the hire of a world-class CEO in the coming weeks who will lead the Company and continue the transformation already underway.

As we continue to work toward executing on our business transformation, we remain confident in the strength of our brand and the future of Bed Bath & Beyond. Our focus on putting the customer at the center of our transformation, supported by data and insights, is intended to restore Bed Bath & Beyond to its iconic status and improve the Company's competitive position.

While our teams are moving rapidly to address many near-term opportunities to stabilize the business and lay the foundation for sustainable growth, these are just the first steps in the Company's ongoing business transformation. Mary will give a more fulsome update on the business activities supporting our strategic priorities during our next earnings conference call scheduled for Wednesday, October 2, 2019.

Thank you for your interest and support of Bed Bath & Beyond.

Sincerely,

Patrick R. Gaston
Chairman of the Board of Directors

Mary A. Winston
Interim Chief Executive Officer

**About the Company**

Bed Bath & Beyond Inc. and subsidiaries (the "Company") is an omnichannel retailer that is the trusted expert for the home and heart-felt life events. The Company sells a wide assortment of domestics merchandise and home furnishings. The Company also provides a variety of textile products, amenities and other goods to institutional customers in the hospitality, cruise line, healthcare and other industries. Additionally, the Company is a partner in a joint venture which operates retail stores in Mexico under the name Bed Bath & Beyond.

The Company operates websites at bedbathandbeyond.com, bedbathandbeyond.ca, worldmarket.com, buybuybaby.com, buybuybaby.ca, christmastreeshops.com, andthat.com, harmondiscount.com, facevalues.com, ofakind.com, onekingslane.com, personalizationmall.com, decorist.com, harborlinen.com, and t-ygroup.com.

**Forward-Looking Statements**

This press release contains forward-looking statements, including, but not limited to, anticipated cost savings and the anticipated announcement of the hiring of a permanent Chief Executive Officer. Many of these forward-looking statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, and similar words and phrases. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments; the ability to attract and retain qualified employees in all areas of the organization, including a permanent Chief Executive Officer; the cost of labor, merchandise and other costs and expenses; potential supply chain disruption due to trade restrictions, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; the ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets it serves; the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and the effect of other factors, on the Company's capital allocation strategy; risks associated with the ability to achieve a successful outcome for business concepts and to otherwise achieve its business strategies; the impact of goodwill and intangible asset impairments; disruptions to the Company's information technology systems including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to the Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade; changes to, or new, tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; foreign currency exchange rate fluctuations; and the integration of acquired businesses. The Company does not undertake any obligation to update its forward-looking statements.

**CONTACTS:**

**INVESTOR CONTACT:**
Janet M. Barth, (908) 613-5820 OR IR@bedbath.com

**MEDIA CONTACT:**
Nick Lamplough / Leigh Parrish - Joele Frank, Wilkinson, Brimmer Katcher,
(212) 355-4449

# EXHIBIT I

## THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

### BBBY - Q2 2019 Bed Bath & Beyond Inc Earnings Call

## EVENT DATE/TIME: OCTOBER 02, 2019 / 9:00PM GMT

**OVERVIEW:**

Co. reported 2Q19 net sales of approx. $2.7b and GAAP net loss per diluted share of $1.12. Expects FY19 net sales to be around $11.4b and net diluted EPS to be $2.08-2.13.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Client Id: 77

OCTOBER 02, 2019 / 9:00PM, BBBY - Q2 2019 Bed Bath & Beyond Inc Earnings Call

## CORPORATE PARTICIPANTS

**Janet M. Barth** *Bed Bath & Beyond Inc. - VP of IR*

**Mary A. Winston** *Bed Bath & Beyond Inc. - Interim CEO & Director*

**Robyn M. D'Elia** *Bed Bath & Beyond Inc. - CFO & Treasurer*

## CONFERENCE CALL PARTICIPANTS

**Atul Maheswari** *UBS Investment Bank, Research Division - Associate*

**Bradley Bingham Thomas** *KeyBanc Capital Markets Inc., Research Division - Director and Equity Research Analyst*

**Curtis Smyser Nagle** *BofA Merrill Lynch, Research Division - VP*

**Daniel Harry Hofkin** *William Blair & Company L.L.C., Research Division - Analyst*

**Jonathan Richard Matuszewski** *Jefferies LLC, Research Division - Equity Analyst*

**Oliver Wintermantel** *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

**Robert Kenneth Griffin** *Raymond James & Associates, Inc., Research Division - Senior Research Associate*

**Sarah Clark** *JP Morgan Chase & Co, Research Division - High Yield Credit Research Analyst*

**Seth Mckain Basham** *Wedbush Securities Inc., Research Division - MD Of Equity Research*

**Simeon Ari Gutman** *Morgan Stanley, Research Division - Executive Director*

**Zachary Robert Fadem** *Wells Fargo Securities, LLC, Research Division - Senior Analyst*

## PRESENTATION

**Operator**

Welcome to the Bed Bath & Beyond Second Quarter Fiscal 2019 Earnings Call. (Operator Instructions) Today's conference call is being recorded. A rebroadcast of the conference call will be available beginning on Wednesday, October 2, 2019, at 8:00 p.m. Eastern Time through 8:00 p.m. Eastern Time on Friday October 4, 2019. To access the rebroadcast, you may dial (888) 843-7419 with a passcode ID of 49010664.

At this time, I'd like to turn the conference call over to Janet Barth, Vice President, Investor Relations. Please go ahead.

---

**Janet M. Barth** *- Bed Bath & Beyond Inc. - VP of IR*

Thank you, Adrienne, and good afternoon, everyone. Before we begin, I want to remind you that our fiscal 2019 second quarter earnings release and slide presentation can be found in the Investor Relations section of our website at www.bedbathandbeyond.com and as exhibits to the Form 8-K we filed just ahead of this call.

Joining me on our call today are Mary Winston, Bed Bath & Beyond's Interim Chief Executive Officer and member of the Board of Directors; and Robyn D'Elia, our Chief Financial Officer and Treasurer.

Let me remind you that this conference call and the slides we'll refer to may contain forward-looking statements, including statements about or references to our outlook regarding the company's performance, our internal model and our long-term objectives. All such statements are subject to risks and uncertainties that could cause actual results to differ materially from what we say during the call today. Please refer to our most recent periodic SEC filings for more detail on these risks and uncertainties, including the Risk Factors section in our annual report on Form 10-K. The company undertakes no obligation to update or revise any forward-looking statements.

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

Client Id: 77

OCTOBER 02, 2019 / 9:00PM, BBBY - Q2 2019 Bed Bath & Beyond Inc Earnings Call

Additionally, the information we will discuss today contains certain financial measures that exclude amounts or are subject to adjustments that have the effect of excluding amounts that are included in the most directly comparable measure prepared in accordance with generally accepted financial measures. For a reconciliation to the most comparable measures presented in accordance with GAAP, please refer to the table at the end of our earnings release available on our website and included as an exhibit to our Form 8-K filed today.

Some highlights from the second quarter include: adjusted net earnings per diluted share of $0.34, excluding $1.46, which consists of severance costs and an inventory write-down, which are related to the first wave of transformational initiatives as well as noncash store impairment charges; a 20 basis point improvement in adjusted gross margin reflecting benefits of several ongoing margin enhancement initiatives; a $47 million year-over-year reduction in adjusted SG&A expense reflecting some early benefits from our cost structure optimization efforts, including lower payroll and occupancy expenses; a cash and investments balance of approximately $1 billion; and a decline in retail inventories of approximately $492 million or approximately 18% at cost compared to the end of the prior year period, including a transformation-related inventory write-down of approximately $194 million during the fiscal 2019 second quarter. In addition, today, the Board declared a quarterly dividend of $0.17 per share that will be payable on January 14, 2020, to shareholders of record at the close of business on December 13, 2019.

I will now turn the call over to Mary.

**Mary A. Winston** - *Bed Bath & Beyond Inc. - Interim CEO & Director*

Thank you, Janet, and thank all of you for joining us this afternoon. On today's call, I'd like to provide an update on our actions supporting the company's strategic near-term priorities in connection with our ongoing business transformation. Following my comments, I will turn the call over to Robyn for a review of our financial and operational highlights of the quarter as well as our outlook for the year. Then we'll take your questions.

We feel good about the progress we are making against our 4 key near-term priorities, including stabilizing sales and driving top line growth; resetting the cost structure; reviewing and optimizing the company's asset base, including the portfolio of retail banners; and refining our organization structure. This work is being done with the support and guidance of the Business Transformation and Strategy Review Committee of the Board and a highly engaged leadership team. I'm even more confident in the tremendous opportunity in front of us.

Today, I would like to provide an update on the progress we have made against each of our 4 priorities as well as what this means for our path forward. Our goal is to ensure our customers see a meaningful difference this critical holiday season while laying the foundation for transforming our company for long-term success. Last month, in a letter to shareholders, Chairman Patrick Gaston and I shared our enthusiasm for our progress by providing a few specific examples of our near-term actions. I will now provide more details on those actions and several other initiatives we are pursuing.

Our #1 priority is stabilizing our top line and optimizing our sales opportunities. A core component of our sales stabilization efforts and our transformation overall is based on new data-driven insights that we are using to identify opportunities for improving our customer value proposition. We are committed to providing our customers with value, an improved omni-channel shopping experience and a relevant and compelling assortment of products. To deliver on this commitment, we are pursuing a multipronged approach that includes both near-term and long-term strategies to create a noticeably different shopping experience and a differentiated value proposition for our customers.

First, we are already underway with a rapid refresh of almost 160 of our highest volume and most profitable Bed Bath & Beyond stores to improve store traffic trends, drive sales and reset the store experience. We intend to create a more inviting and visually appealing shopping environment through a series of physical improvements to high-traffic areas of these stores such as in entryways and at checkout. These basic improvements, including installation of queue lines at checkout to display exciting impulse items, will be complemented with the rollout of new visual merchandising elements at the front end of the store and upgraded associate and customer-facing technology tools to enhance our associates' ability to drive sales and customer engagement. We expect most of the updates to be completed in advance of the 2019 holiday season.

Second, we plan to implement performance incentives for our store managers based on sales targets over the holiday period. To further drive holiday sales, we are adding marketing and promotional support for Bed Bath & Beyond in the back half of the year. Included in this spend are further investments in life-stage marketing and branding to reengage our customers as well as to drive foundational improvements in loyalty and

3

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

shopping frequency. It also includes plans for special in-store and online promotional events during Thanksgiving week through Cyber Monday as part of our efforts to aggressively target this important retail period.

Increasing enrollment in our at BEYOND+ membership program will be a critical focus during this time as well, including special promotional offers to drive increased customer acquisition and engagement. Our BEYOND+ members today shop on average 2x more frequently than our average nonmember customers and spend on average 4x as much.

We continue to optimize our overall marketing mix by reinvesting savings from our direct mail efforts into digital channels, including video, paid social and display advertising, while ensuring customers who use coupons to shop continue to receive them. We're also improving our marketing personalization efforts with more than 125 test campaigns launched so far. We have subsequently scaled about 1/4 of the campaigns to reach a larger audience. Our new customer data platform allows for the faster launch of new personalized experiences while providing greater reach across channels. Our personalization efforts in e-mail have reached more than 85% of our total e-mail subscribers within the past 5 months, and customers receiving personalized e-mails are engaging at an average click-through rate of between 20% and 40%.

Similar to our approach with marketing personalization, we are forming a cross-functional agile team focused on driving customer acquisition and sales within social media channels through rapid cycle testing of new content and targeting approaches. We are also in the process of rolling out a new promotional framework developed around the retail holiday calendar and other relevant themes with events that are bigger, bolder and beyond anything that we've done before. This includes significant changes to our holiday promotional plan to ensure our pricing on individual offers is compelling; to promote better coordination and communication across all customer touch points, both in-store and online, in a much more cohesive way; and to amplify our promotions to a greater extent than in previous years through additional investments in new communication channels, such as digital video and radio, while we also expand on our use of our existing communication channels.

We continue to make strategic pricing decisions to deliver noticeable value to our customers. These strategies include refining our dynamic pricing algorithms and online and in-store pricing actions to address customer price perceptions. The implementation of markdown optimization software and processes is accelerating sell-through, resulting in less aged inventory and optimizing the profitability of our seasonal and fashion assortment. We believe that more effective pricing will drive both top line growth and profit improvement. These near-term opportunities will provide the foundation required to invest in and execute the shopping transformation consumers are demanding and allow us to reinvigorate our iconic brand. Moreover, successful transformation will require significant enhancements to both our physical and digital channels to provide our customers a more seamless omni-channel shopping experience.

To start, we will get better at meeting our customers where and how they want to shop and where and how they want to receive their purchases. We continue to invest in our customer-facing digital channels while material improvements to the search and recommendations functionality of our site and mobile app. We are also systematically working toward removing customer friction throughout the experience by streamlining the checkout process and by adding estimated delivery dates to the product pages for items that we warehouse.

We also plan to convert our Reserve Online, Pick up In-Store service to Buy Online, Pick up In-Store to provide more convenience for customers to quickly pick up items at the store and enable conveniences like curbside pickup or lockers. These positive changes are yielding favorable results in our mobile app sales, which have grown over 90% year-over-year in the second quarter.

In addition to the store refresh initiative I just spoke about, we're developing a multiyear plan to upgrade and refresh a majority of our Bed Bath & Beyond locations. To help execute these plans, we are leveraging some of our other initiatives, such as our fleet optimization initiative and learnings from our next-generation lab stores. We will also incorporate insights from consumer research along with new visual and branding standards as well as technology upgrades. We will have a series of store experiences that we believe will resonate with our customers and enable them to interact with our brand from wherever is most convenient for them. Our store renovation plans are more substantial than anything we've done in the past, and we believe this plan will deliver noticeable change for our customers. We expect to begin the first wave of store renovations in early fiscal 2020.

Our second near-term priority is to reset our cost structure to better align with the current state of the business. We believe there are several hundred million dollars of cost savings opportunity over the long term embedded in our broader transformation efforts. Among these actions already taken, the initiation -- first, the initiation of a comprehensive real estate optimization effort, which commenced about 9 months ago. As

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**OCTOBER 02, 2019 / 9:00PM, BBBY - Q2 2019 Bed Bath & Beyond Inc Earnings Call**

we have previously discussed, we are working with a specialized real estate consultant to renegotiate all leases, including those with longer-dated terms. In many cases, we have been able to achieve more favorable lease terms and landlord contributions. Occupancy savings from these efforts are expected to benefit fiscal 2019 and beyond. Next, we continue to review our overhead costs to drive greater operational efficiencies. We remain committed to doing what is necessary to ensure we have the right structure and resources for the business we are managing today and to position Bed Bath & Beyond for a bright future.

Although our review is ongoing and more changes are necessary, to date, we have taken the following actions: first, we completed a workforce reduction, which affected approximately 7% of our corporate staff, including executive officers, vice presidents, directors, managers and professional staff; second, we have realigned the organization structure to better support the transformation underway, including changes in reporting structure and responsibilities for some of our senior leaders; third, we are in the process of outsourcing certain transaction processing functions within our merchandising and finance areas to a third party, which is expected to result in the elimination of nearly 80 positions later in the calendar year. These actions, including other changes in our senior leadership structure combined with our real estate optimization savings, will generate cost savings of approximately $30 million from -- for fiscal 2019 and just over $50 million on an annualized basis.

As we work to optimize our cost structure for the longer term, we are casting a wider net, including an assessment of opportunities within our proprietary and private label brands as well as our supply chain and global sourcing capabilities. To accelerate this initiative, we are actively engaging with the industry's leading sourcing firms. As we implement multiple initiatives over the next several months, we see opportunity to achieve longer-term savings in cost of goods in the range of a few hundred million dollars.

Private label branding provides a lever to not only differentiate our customer value proposition but also to optimize our margin structure through improved direct import and direct sourcing practices. Today, our private label penetration within Bed Bath & Beyond is well below our competitors with a smaller percentage that is directly sourced, and therefore we have significant opportunity for margin improvement. One of our key focus areas is increasing the overall penetration of our portfolio of private label brands, such as Wamsutta, SALT, ORG, Bee & Willow, Artisanal Kitchen Supply and Olivia & Oliver, as well as our key preferred national brands such as UGG, Therapedic and Brookstone.

We are also in the process of launching 2 additional private label decorative home furnishing brands: One Kings Lane Open House and Marmalade. These are part of our previously communicated plans to introduce 6 in-house brands during 2019 and 2020. Our initial launch occurred last spring with the introduction of Bee & Willow.

Our third near-term priority is to review and optimize our asset base. As we mentioned in the recent shareholder letter, we have plans to aggressively reduce up to $1 billion of inventory at retail over the next 18 months. As a result of this decision, we took a $194 million inventory write-down in the second quarter. We believe this aggressive disposition of inventory will enable us to more quickly reset inventory levels in both our Bed Bath & Beyond stores and distribution centers to allow for a faster refresh of our assortment as well as to enable us to refocus store labor activity to better support our customers and drive sales. In the short term, more than approximately $350 million of inventory at retail will be removed from our stores before the 2019 holiday season. This will be accomplished with a series of markdowns and clearance events as well as with the assistance of an independent liquidator, all to be managed thoughtfully to prevent cannibalization of sales.

We have also completed our initial assessment with a fleet optimization program for all Bed Bath & Beyond stores to create a better balance between our physical and digital presence within the markets we serve. With the assistance of a third party, we have analyzed each U.S. stores' performance, profitability, geographic location and customer demographics to understand how best to position our store locations in various markets across the country. While we previously communicated an estimate of 40 total store closures in fiscal 2019 across all concepts, our fleet optimization work has resulted in the decision to close approximately 60 total stores in fiscal 2019 including approximately 40 Bed Bath & Beyond stores and 20 other concept stores. With this action, we are increasing the profitability of our remaining portfolio and believe that our remaining fleet will benefit from our renewed focus on driving traffic and operating efficiency.

Through this fleet optimization project, we have refined our internal processes for evaluating our stores' performance, which will benefit us going forward, especially as we look to capitalize on our heavy lease expiration cadence where we have more than 400 leases across all concepts expiring over the next couple of years. We are also evaluating opportunities for sale leaseback transactions, which could generate significant cash for the

5

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Client Id: 77

company. We have nearly 4 million square feet of owned real estate, including both retail and nonretail buildings, as well as a little over half a million square feet of land. We are currently evaluating several offers from interested parties.

While our near-term priorities are primarily focused on Bed Bath & Beyond, a review of the strategic alignment of all the other business concepts is well underway. As previously announced, we are working with outside advisers, including Goldman Sachs, to assess how to better realign and realize greater value from certain of these assets. As part of our strategic review, we are evaluating a range of options, including outside interest in several of our brands. At the same time, we have acted to close down one of our least productive e-commerce businesses. While we have made no final decisions and cannot make any assurances, we believe significant value can be unlocked from potential sale leaseback and business concept transactions.

Our fourth and final near-term priority is to take a fresh look at our organization structure. It is critically important that as we transform Bed Bath & Beyond, we ensure we have not only the right talent and expertise but also the right team structures in place to facilitate a connected and efficient organization. During this interim period, we have realigned the reporting structure of the organization such that all other business concepts now report into one leader. This is a benefit in 2 ways: first, this enables us to streamline and expedite our strategic review of these businesses; and second, it allows the rest of our senior leaders to focus on transforming the Bed Bath & Beyond business.

As you heard from my update today, we are making good progress across multiple fronts. Our teams are operating with urgency and focus, and I'm grateful for their hard work, commitment and support. Together, the Board and the management team are challenging our current value proposition and operating model while also maintaining the focus on delighting our customers and delivering long-term value for shareholders.

Before closing, I'd like to comment briefly on the second quarter results and our outlook for the full year. Despite the ongoing challenges on our top line performance, we are pleased to have delivered adjusted net earnings per diluted share of $0.34 cents this quarter, reflecting the relentless effort of our teams and our progress in driving the company's transformation efforts. As Robyn will discuss in a moment, we are monitoring the tariff situation closely and working with our vendor partners to limit the impact on our business and customers. As this situation is still evolving, our financial guidance does not include any incremental impact from the Lists 4A and 4B tariffs or the tariff increase to 30% from List 3 items. We continue to expect our fiscal 2019 financial results to be in line with our most recent guidance, excluding incremental tariffs.

I'll now turn the call over to Robyn to review our quarterly financials and our outlook for the year.

---

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

Thank you, Mary. On a GAAP basis, we reported a net loss per diluted share of $1.12 for the second quarter of fiscal 2019. This loss includes charges related to the first wave of transformation initiatives, including severance costs of approximately $23 million associated with our corporate workforce reduction and our decision to outsource certain transaction processing functions within the business and an inventory write-down of approximately $194 million associated with our plans to aggressively reduce up to $1 billion of inventory at retail over the next 18 months. In addition, we had a noncash charge of approximately $28 million for the impairment of certain store-level assets. Excluding these charges, which aggregate to $1.46, our net earnings per diluted share was $0.34.

My remarks today on non-GAAP results exclude the impact of these transformation-related expenses and other charges to better represent the year-over-year performance of the business during the quarter.

Turning now to a review of our second quarter sales results. Our net sales in the quarter were approximately $2.7 billion, a decrease of approximately 7.3% from the second quarter of last year. Comp sales for the quarter decreased approximately 6.7% and reflected a decrease in the number of transactions in stores partially offset by an increase in the average transaction amount. On a directional basis, comp sales from our stores declined in the high single-digit percentage range while comp sales from our customer-facing digital channels declined slightly.

On an adjusted basis, gross margin for the quarter was approximately 33.9% of net sales as compared to approximately 33.7% in the second quarter of last year. This 20 basis point improvement reflects the progress of our margin enhancement initiatives. In order of magnitude, this improvement as a percentage of net sales was primarily due to decreases in coupon expense and net direct-to-customer shipping expense partially offset by a

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



decrease in merchandise margin. The decrease in coupon expense was the result of a lower number of redemptions partially offset by a higher average coupon amount.

In addition, as we have previously described, our BEYOND+ membership program has impacted and will continue to unfavorably impact our gross margin as the rate of member enrollment increases. We estimate the impact from BEYOND+ on our gross margin was approximately 50 basis points for the second quarter this year compared to 40 basis points for the second quarter last year. As a reminder, the consumer-focused benefits of this program, including 20% off entire purchase and free shipping, are realized immediately upon sale while the membership fee is currently amortized over the 1-year membership period. We currently have approximately 1.3 million BEYOND+ members, representing a modest sequential increase over the membership level at the end of the first quarter.

We continue to evaluate the learnings from this program. And as Mary referenced earlier, the data shows that our BEYOND+ members shop 2x more frequently than our average nonmember customers and spend on average 4x as much. The customer insights we have gained also help us direct product offers and content to these loyal customers through marketing personalization. As Mary also mentioned, we are planning some BEYOND+ specific promotional offers around the holiday to increase acquisition and improve member engagement.

Adjusted SG&A expense for the quarter was approximately $858 million or 31.6% of net sales as compared to approximately $905 million or 30.8% of net sales in the prior year period. The year-over-year $47 million decrease reflects some early benefits from our cost structure optimization efforts, including lower payroll and payroll-related and occupancy expenses. As a percentage of net sales, the 80 basis point increase was primarily due to the pronounced effect of our fixed costs, such as technology-related expenses, including depreciation and occupancy on a lower sales base.

On an adjusted basis, our effective tax rate was approximately 9% and includes approximately $5.3 million of net after-tax benefit or about $0.04 per diluted share due to distinct events occurring in the quarter. As a result of the lower pretax earnings base in the second quarter, these net after-tax benefits result in a greater beneficial impact on the effective tax rate. In the prior year period, our adjusted effective tax rate was approximately 24.4% and included net after-tax cost of approximately $1.8 million due to distinct events occurring in that quarter.

Now looking to our balance sheet. We ended the quarter with approximately $1 billion in cash and investments. Retail inventories at the end of the quarter were approximately $2.3 billion at cost, which represents a reduction of approximately $492 million or approximately 18% at cost compared to the end of the prior year period, including an inventory write-down of approximately $194 million during the fiscal 2019 second quarter.

Capital expenditures for the first 6 months were approximately $125 million with about 50% related to technology projects, primarily including investments in our digital capabilities, analytics and logistics. The remaining CapEx was primarily related to new store openings and maintenance of existing stores and the remodeling of 75 stores, the bulk of which were next-generation lab stores. During the second quarter, we closed 2 Bed Bath & Beyond stores. Share repurchases under our current $2.5 billion share repurchase program were approximately $16 million in the quarter, representing about 1.4 million shares. We plan to continue our share repurchase program throughout the remainder of the fiscal year subject to business and market conditions.

Our capital allocation strategy is actively under review as the Board and management team evaluate future capital investments required to progress the company's ongoing business transformation as well as potential uses of funds generated by any potential asset sales or further monetization of our balance sheet including sale leaseback transactions. And finally, our Board of Directors today declared a quarterly dividend of $0.17 per share to be paid on January 14, 2020, to shareholders of record as of December 13, 2019.

I'll wrap up my remarks in the second quarter by acknowledging that while we have more work to do, we are making good progress toward achieving our objectives.

Before turning to guidance, I'd like to make a few comments about tariffs. Our merchandising and pricing teams have been able to execute appropriate strategies to minimize the unfavorable impact from tariffs relating to items on Lists 1 through 3 at the current 25% rate. These strategies primarily include negotiating with our vendor partners and adjusting retail prices when appropriate. Keep in mind that Bed Bath & Beyond currently sources the vast majority of its products domestically, and therefore we are not directly subject to these tariff changes but only to the degree that

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



we cannot mitigate any potential pass-through from our vendor partners. An estimation of the Lists 1 through 3 tariff impact was contemplated in our most recent financial guidance.

Subsequently, we have been evaluating the potential incremental impact from the move to 30% on List 3 and the proposed Lists 4A and 4B tariff, which affects a significantly larger part of our assortment than the prior tariffs. As you know, List 4A went into effect on September 1, and List 4B is expected to be implemented on December 15. So far, we have not seen any material impact from the implementation of List 4 tariffs.

At this time, we have not included an estimate for an incremental tariff impact in our fiscal 2019 guidance. However, we believe the incremental potential impact could be up to $0.10, and that is assuming we can continue to execute some mitigation strategies. We are monitoring the situation closely and working with our vendor partners to limit the impact to our business and customers.

Now turning to guidance. Fiscal 2019 full year results continue to be in line with our most recent guidance and assumes our current investment plans to drive top line performance in the back half as well as our comp sales trends year-to-date and excludes goodwill and other impairments, severance costs, shareholder activity costs, the inventory write-down and any incremental impact from tariffs. Fiscal 2019 full year net sales are estimated to be around $11.4 billion, and net earnings per diluted share are estimated to be between $2.08 and $2.13.

As we look to the back half of the year, I would like to point out a few items. First, our third quarter ends on November 30, the Saturday of Thanksgiving weekend. Therefore, our third quarter results this year will reflect only the Thanksgiving holiday weekend, including Black Friday, while our fiscal third quarter results last year included Thanksgiving, Black Friday, Cyber Monday and that whole week. Second, as Mary noted, we are adding marketing and promotional spend for Bed Bath & Beyond in the back half, with the majority of this expense occurring late in the third quarter, with some of the anticipated benefit to sales occurring in the fourth quarter. Lastly, our third quarter last year benefited from a $28 million gain on the sale of a building, which represented about $0.16.

Taking this all into consideration, we expect fiscal 2019 third quarter adjusted net earnings per diluted share to be relatively flat versus the prior year period which, on an adjusted basis, was about $0.02 per diluted share. The remainder of our full year net earnings per diluted share is expected to be earned in the fourth quarter.

Finally, capital expenditures for the fiscal 2019 continue to be planned at approximately $350 million to $375 million with about 50% related to technology projects as well as the spend associated with our rapid store refresh program and investments in warehouses for e-commerce distribution and personalized product.

I will now turn the call back over to Mary.

---

**Mary A. Winston** - *Bed Bath & Beyond Inc. - Interim CEO & Director*

Thank you, Robyn. During our call, we have provided a lot of transparency around the things that we are doing to advance our strategic priorities, including plans to aggressively reduce up to $1 billion of inventory at retail over the next 18 months, including the removal of aged inventory from our stores before the 2019 holiday season to refresh our assortment and support top line performance; the initiation of a rapid store refresh of nearly 160 of our highest volume and most profitable Bed Bath & Beyond stores to improve the in-store shopping experience; the completion of our initial fleet optimization analysis for Bed Bath & Beyond and the decision to close 40 Bed Bath & Beyond stores and 20 other concept stores this year; our decision to close down one of our least productive e-commerce businesses; and finally, the ongoing evaluation of our business concepts and our real estate holdings.

In summary, as we continue to work toward executing on our business transformation, we remain confident in the strength of our company and the future of Bed Bath & Beyond. Our teams are moving rapidly to address many near-term opportunities to stabilize the business and lay the foundation for sustainable growth. I want to thank all of our associates for their ongoing dedication and support of the transformation efforts underway.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

Before turning to Q&A, let me say a few words about our CEO search. As we said in the recent shareholder letter, substantial progress has been made toward identifying the company's next permanent CEO. We remain on track and still expect to make an announcement soon.

Now we can open the call for questions.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) And our first question comes from Seth Basham from Wedbush.

**Seth Mckain Basham** - *Wedbush Securities Inc., Research Division - MD Of Equity Research*

My question is around the outlook for holidays. You guys are shifting a bunch of marketing dollars and promotional dollars to the holiday period. Can you first quantify how much you're shifting and how much you're adding? And secondly, what type of improvement do you expect in those sales as well as margin over this period?

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

Sure. Thanks, Seth. So as you've mentioned, we are shifting dollars into the back half for promotional and marketing support. Those dollars are being generated from ongoing transformation initiatives as well as the benefits that Mary mentioned in our cost structure savings initiatives. And those dollars that we're planning to invest will be spent on promotional events during Thanksgiving week through Cyber Monday as well as driving enrollment in BEYOND+ and investing in new communication channels, such as digital, video and radio. In terms of quantifying it, we've built it all in for the model, and those -- the reinvestment of those dollars is allowing us to maintain our top line at around $11.4 billion as well as maintain our bottom line within the previously guided range.

**Seth Mckain Basham** - *Wedbush Securities Inc., Research Division - MD Of Equity Research*

That's helpful. And then I have a follow-up as it relates to your inventory. You guys are quickly reducing your inventory to get to your goal of $1 billion reduction at retail. Should we expect any more markdowns or, I should say, write-downs to reach that goal over the next 18 months?

**Mary A. Winston** - *Bed Bath & Beyond Inc. - Interim CEO & Director*

This is Mary. No, I think we believe that where we are with the write-down we're taking this quarter covers the full $1 billion of inventory. So now our work will just be to accelerate the process and actually getting it out of our stores.

**Operator**

And our next question comes from Brad Thomas from KeyBanc Capital Markets.

**Bradley Bingham Thomas** - *KeyBanc Capital Markets Inc., Research Division - Director and Equity Research Analyst*

First, I wanted to ask about some of the strategic review as you analyze some of the different business units and some of the assets that you may be able to sell, like some other real estate. I guess is there any ability to quantify for us the kind of bids or interest level that may be out there and anymore ability to talk about timing with which you might be able to address some of this?

9

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



OCTOBER 02, 2019 / 9:00PM, BBBY - Q2 2019 Bed Bath & Beyond Inc Earnings Call

**Mary A. Winston** - *Bed Bath & Beyond Inc. - Interim CEO & Director*

This is Mary. Thanks for the question, Brad. I would say, at this point, no, we're not in a position to put specific numbers to the businesses and all that. I will say we are very actively engaged in the process. So -- and we've had a number of inbound interest on some of our portfolio companies. And so we're taking a look at those. We're evaluating that. We're going through the normal process that you would go through to do that. And so when we have something to report that actually turns into a potential transaction, we'll certainly come forward with that. But at this point, not knowing how many things may go forward and all of that, it's hard for us to put any number on it.

And in terms of the other assets, the real estate, I think we talked about that from a square footage standpoint as the combination of retail and nonretail real estate. So we're looking at some inbounds there as well. And so we'll have a sense of that, I would say, in the next quarter or 2 as we move through that process.

**Bradley Bingham Thomas** - *KeyBanc Capital Markets Inc., Research Division - Director and Equity Research Analyst*

That's helpful, Mary. And if I could ask a follow-up around fundamentals. You're clearly making some progress on gross margin and on expenses. But I guess as I look at same-store sales, a difficult first half of the year. Can you talk a little bit of how you're thinking about same-store sales progressing through the balance of the year and kind of what you've been seeing so far in 3Q?

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

Yes. So -- oh, go ahead, I'm sorry.

**Mary A. Winston** - *Bed Bath & Beyond Inc. - Interim CEO & Director*

I'll go first, and then I'll let Robyn go, I'll just make a couple of quick comments. I think you're right in your comments about what the trends you're currently seeing. It has been a rough first half of the year. And as we've said early on, we expect sales to start to stabilize and to see better trends in the back half of the year. For the full year, we do still expect to be comping down though. And we've talked pretty extensively in the prepared remarks about all of the initiatives that we have underway to help drive sales. I'll let Robyn jump in and cover some of that.

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

So just to cover your question on how we're performing third quarter to-date, we are still declining from a comp perspective but at a lower rate than what we've experienced through the second quarter.

**Operator**

And our next question comes from Bobby Griffin from Raymond James.

**Robert Kenneth Griffin** - *Raymond James & Associates, Inc., Research Division - Senior Research Associate*

I was first hoping to dive a little bit into the gross margin aspect. Can you maybe give us a little color, by concept or maybe month by month, the progress you're making in improving the margin structure? And then basically the same question on the SG&A side, too, if we can get some color around, month-over-month, how it's improved and where the bigger opportunities are for the remainder of the year.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

OCTOBER 02, 2019 / 9:00PM, BBBY - Q2 2019 Bed Bath & Beyond Inc Earnings Call

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

Sure. Just to address your point on breaking out the components by concept, that is not historically been our reporting cadence to break it out at that granular level. But from a gross margin perspective, we are pleased that this quarter, we have favorable trends, 20 basis points improvement. That is a significant shift from what we've been experiencing from a trending perspective. And it's driven by benefits in coupons and net direct-to-customer shipping with some offset in merchandise margin. But that merchandise margin, which I'm talking about on a consolidated basis, the trend in that has been improving due to some of the ongoing initiatives that we have in place. So for some select product, we've actually moved to direct importing and gained efficiencies from our own supply chain, which has benefited us. We've also been actively engaging in vendor negotiations around our merchandise. And then we've also continued with some strategic pricing initiatives, which has helped benefit our margin. And we have more to come.

**Robert Kenneth Griffin** - *Raymond James & Associates, Inc., Research Division - Senior Research Associate*

I guess I was maybe looking on the 20 basis points for the quarter, did it exit the quarter at a stronger rate than that where we can see that it's improving at a faster rate and we're on pace for greater than 20 exiting the quarter. I guess just on a consolidated basis was what I was asking.

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

Yes. And I guess the way I'm viewing is quarter-to-quarter. I mean last quarter, we were down 50 basis points. It was unfavorable. And now we've trended positively this quarter by 20, so we are moving in a positive momentum.

**Robert Kenneth Griffin** - *Raymond James & Associates, Inc., Research Division - Senior Research Associate*

Okay. And then on the store closures, can you just tell us about the timing of the 60 all weighted in the fourth quarter? How should we spread them out in our model?

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

They are weighted towards the fourth quarter, which is the typical timing of when we negotiate our leases.

**Operator**

And our next question comes from Carla Casella from JPMorgan.

**Sarah Clark** - *JP Morgan Chase & Co, Research Division - High Yield Credit Research Analyst*

This is Sarah Clark on for Carla Casella. I was just wondering if you would consider buying back bonds in the market and if you had any update on a target leverage figure.

**Mary A. Winston** - *Bed Bath & Beyond Inc. - Interim CEO & Director*

Yes. We don't have an update at this point on a target leverage figure. We are actively discussing with the Board our overall capital allocation approach, and so we will be sorting that out relatively soon. As you know, we have a number of moving pieces. I think right now, our capital allocation priorities continue to be what they have been given the amount of transformation effort that we have underway. Certainly, investing back in the business to drive those initiatives and get sales moving in the right direction and improve the business performance is a top priority. But we're also looking at the other ways to return funds to shareholders. So continuing our dividend program, the share buybacks that Robyn spoke about and buying back our debt is on the list as well. So we'll -- that will be a consideration as well.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

OCTOBER 02, 2019 / 9:00PM, BBBY - Q2 2019 Bed Bath & Beyond Inc Earnings Call

**Operator**

And our next question comes from Simeon Gutman from Morgan Stanley.

**Simeon Ari Gutman** - *Morgan Stanley, Research Division - Executive Director*

My first question, back on some of the inventory and the destocking. I know you said an 18-month process, can you tell us maybe what inning is it in from, I guess, a store perspective? And the impact that it's having as the customer shops, can you give us some sense? Are you seeing a basket-size change? Are you seeing conversion then go up online if they're not finding something in the store? And then I have one follow-up on the gross margin.

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

From a timing perspective, in the short term, we are planning that -- to have about $350 million of the inventory out of the stores before holiday. We are in the early innings of starting that process and of removing the inventory from the physical store locations. As we're working through that, we're mindful not to cannibalize sales during this holiday period.

**Simeon Ari Gutman** - *Morgan Stanley, Research Division - Executive Director*

Okay. I guess the follow-up on the gross margin, I apologize because I wasn't on the beginning part of the call. So you took, I guess, this write-down now, and you're suggesting we add it back, and now you're starting to clear out some of this inventory. And so can you just talk about some of the mechanics of this on the gross margin, how we should think about it?

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

Sure. So for the quarter, we took a charge of $194 million. As that inventory clears through, any markdowns associated with that inventory has already been taken from a P&L perspective. But we also have inventory that we've been focused on from an assortment optimization perspective included in this write-down that we'll have to work through the process over time, which will take us about 18 months or up to 18 months to clear through that merchandise and be able to present a crisper, fresher point of view from a customer perspective.

**Operator**

And our next question comes from Michael Lasser from UBS.

**Atul Maheswari** - *UBS Investment Bank, Research Division - Associate*

This is Atul Maheswari on for Michael Lasser. So it seems like your digital growth took a step down this quarter. What drove this deceleration? And what plans do you have to reaccelerate top line and reaccelerate online sales? And then along those lines, what have you baked in for digital growth in the back half of the year?

**Mary A. Winston** - *Bed Bath & Beyond Inc. - Interim CEO & Director*

This is Mary. I'll take the first part of your question about our digital business. So your observation is correct, we were slightly down on that business this quarter. And I would say the biggest impact is somewhat self-inflicted. We're still suffering the ramifications of decisions that were made earlier where we were focused on profitability at the expense of sales. So for the online business, we did things like eliminate some of the SKUs online

12

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

OCTOBER 02, 2019 / 9:00PM, BBBY - Q2 2019 Bed Bath & Beyond Inc Earnings Call

because of their level of profitability. We minimized -- we've put a minimum order quantity on some of the online sales. We increased our free shipping threshold. So collectively, all those things have put pressure on that business.

What we're trying to do about that is we're reversing many of those decisions. Again, our top priority now is to focus on sales and to manage the cost line through all the other initiatives that we've talked about. And so we are reinvesting in our online. We're investing in improvements in our search and recommendations capabilities on the website. We're streamlining the checkout process. We're about to be rolling out our BOPIS, Buy Online, Pick up In-Store. So we're doing a number of things to change the tide and change the direction of that and move -- start to move that in the right direction. And what was your second question?

**Atul Maheswari** - *UBS Investment Bank, Research Division - Associate*

So basically, what have you baked in for digital growth in the back half of the year.

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

So in terms of the back half, to get to the range of around $11.4 billion, it does imply that there's less negative -- I guess less negative comps from a back half perspective, but we don't break that out by channel explicitly.

**Operator**

And your next question comes from Jonathan Matuszewski from Jefferies.

**Jonathan Richard Matuszewski** - *Jefferies LLC, Research Division - Equity Analyst*

First one, just to follow up on e-comm, you alluded to closing down one of your least productive digital businesses. So maybe just give us some more color there in terms of timing, rationale and impact to sales and profitability. And then I had just a quick follow-up.

**Mary A. Winston** - *Bed Bath & Beyond Inc. - Interim CEO & Director*

Okay. On that particular business, the timing is the end of this month. It is one of our smallest businesses, so the impact on the financial performance overall is immaterial. It's a business that specializes in selling specialized and unique fashion and home products. And again, it's one of our smallest e-commerce businesses.

**Jonathan Richard Matuszewski** - *Jefferies LLC, Research Division - Equity Analyst*

Okay. Great. And then just a follow-up question on 4Q. So based on the revised annual guide, it looks like we'd be looking for around 3 quarters of annual earnings coming in 4Q. And that's a bit above kind of what's been earned in recent years. So could you just confirm, is it the new promotional framework during the holiday season that you think is going to be driving the earnings growth? And then just clarify whether that implied 4Q guide includes things like potential sale leaseback proceeds.

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

So we do have a significant amount of earnings included in the fourth quarter, one, due to the timing shift of the holiday period. So the third quarter of this year ends on the Saturday right after Thanksgiving whereas last year, it had included Thanksgiving, Black Friday and a full week following that. So that's one item, that the fourth quarter now picks up that initial week following Thanksgiving. Additionally, with the incremental marketing and promotional spend that we're adding for the year, if you -- you may recall that from the accounting rules, once you send an event out, you

13

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Client Id: 77

## OCTOBER 02, 2019 / 9:00PM, BBBY - Q2 2019 Bed Bath & Beyond Inc Earnings Call

immediately have to expense that event in full even though the benefits of that event may spread over a period of time. And so it will impact third quarter more heavily and benefit fourth quarter because you'll have some sales spillover into that period. And as far as considering proceeds from sale leaseback, that is not contemplated in the model.

**Operator**

And our next question comes from Oliver Wintermantel from Evercore ISI.

**Oliver Wintermantel** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

I just wanted to clarify, when you said that the inventory fell through, that should not have a gross margin impact towards the rest of the year. So I just want to clarify that. And then my other question on gross margins is like the shipping cost seemed to be a benefit in the second quarter. So was that driven by lower sales and that's why shipping costs were better? And then now looking into the back end of the year, do you expect that your sales are going to improve throughout the year? And the BEYOND+ membership promotions that you have during the holiday season, should we expect gross margins to be down because of shipping costs? Or should that have a negative impact?

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

So that was a multipart question. I'm going to start with the first one, and I may have to ask you to repeat a couple of your sub-bullet points. So on the inventory, you're asking about the margin impact as we take out the merchandise. Again, we're mindful not to cannibalize sales during the holiday period. And we can, using a third-party liquidator, remove that merchandise from our stores but not have it out in the market competing against ourselves or be liquidating it in a heavy fashion during this time frame. And then I think you asked about shipping expense. Yes, we've seen shipping as a favorable driver as a percent of sales benefiting gross margin in this quarter. And I'm sorry, if you could repeat your...

**Oliver Wintermantel** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Yes. The question was just with your improving sales in the back end of the year and the BEYOND+ membership promotions, should we expect then gross margins to be negatively impacted because of shipping costs in the second half?

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

Assuming a significant ramp-up in BEYOND+, yes, we've been calling out how that's impacted margin because they do have free shipping associated with increased enrollment, but they also spend more frequently and spend heavier when they're buying from us than the average customer.

**Operator**

And our next question comes from Curtis Nagle from Bank of America.

**Curtis Smyser Nagle** - *BofA Merrill Lynch, Research Division - VP*

Maybe just a little bit more detail on the progress of the CEO search, perhaps how many candidates you're down to, what does soon mean. And are you still within "weeks" as you guys have laid out in your shareholder letter?

14

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Client Id: 77

## OCTOBER 02, 2019 / 9:00PM, BBBY - Q2 2019 Bed Bath & Beyond Inc Earnings Call

**Mary A. Winston** *- Bed Bath & Beyond Inc. - Interim CEO & Director*

So to answer the last part of your question first, yes, we are definitely down to the final weeks. I'm not going to get into the details of the number of candidates, but we have been very actively focused on the search. We've got a great search firm working with us. We've had great interest in the position, so we've had quite a number of strong candidates. As I think we had mentioned before, we're looking for somebody with retail transformation experience, innovation, online and digital experience, marketing experience. So we're looking for all of the things that we would need to really continue the transformation of the business. And we feel good about where we are in the process, and so we expect to be naming a permanent CEO soon.

**Curtis Smyser Nagle** *- BofA Merrill Lynch, Research Division - VP*

Okay. Fair enough. And then just in terms of 3Q, thinking about the timing and the calendar shift and when holidays hit, is that going to impact how you guys report comps? Or is that going to be adjusted for?

**Robyn M. D'Elia** *- Bed Bath & Beyond Inc. - CFO & Treasurer*

Our comps will be based on the same period in the prior year, so we wouldn't adjust for it.

**Operator**

And our next question comes from Zach Fadem from Wells Fargo.

**Zachary Robert Fadem** *- Wells Fargo Securities, LLC, Research Division - Senior Analyst*

Again, on the gross margin, you mentioned the ramp in BEYOND+. But I believe you said the coupon had a less negative impact from fewer redemptions. So curious if you could speak to that in a little more detail whether the lower coupon usage was self-inflicted and how we should think about the coupon going forward as its impact to sales and gross margin.

**Robyn M. D'Elia** *- Bed Bath & Beyond Inc. - CFO & Treasurer*

Sure. So coupon -- the decrease in the redemptions of coupon was, I would say, not self-inflicted. We had as many coupons distributed this quarter this year versus last year, and we will continue to issue coupons to customers who utilize them and who want them when they're shopping with us.

**Zachary Robert Fadem** *- Wells Fargo Securities, LLC, Research Division - Senior Analyst*

Okay. Understood. And then on the store manager incentives, maybe you could talk a little bit more about the metrics you'll be tracking and rewarding. And when you were evaluating whether to move forward with this plan, curious to hear whether you piloted the program in any of your stores and maybe you can talk about your findings there and any sales or margin lift per store that we should anticipate.

**Mary A. Winston** *- Bed Bath & Beyond Inc. - Interim CEO & Director*

So we don't have those details quite handy. And no, we did not pilot it separately. And this is basically a onetime program that's targeted toward driving sales over the holiday period. This is a really critical period for us. We're doing a lot of things to bring people into the stores, and so we also want to incentivize our sales managers to be thinking about selling and driving sales as they're in the stores. And it's also good for morale in a time of change in the stores and sales comping down up to this point, so it will give them the opportunity to participate in driving incremental sales.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

Client Id: 77

OCTOBER 02, 2019 / 9:00PM, BBBY - Q2 2019 Bed Bath & Beyond Inc Earnings Call

**Operator**

And our last question will come from Daniel Hofkin from William Blair.

**Daniel Harry Hofkin** - *William Blair & Company L.L.C., Research Division - Analyst*

Just a quick question about general fundamentals and then a quick -- just a couple of quick housekeeping questions. So you talked about efforts to drive more sales in the back half and to the holidays. Can you just talk about what sort of impact you expect on profit margins or profitability from that and how that could kind of build over time? Obviously, driving top line is important but in terms of the trade-up between sales and margins and then, like I said, I have a couple of quick housekeeping questions after that.

**Mary A. Winston** - *Bed Bath & Beyond Inc. - Interim CEO & Director*

So let me just start, and then I'm going to turn it over to Robyn to maybe talk at a little bit more detailed level. But even as we said in the fourth quarter, we are focused on driving -- I mean the first quarter call, we're focused on driving top line, but we're focused on maintaining profitability as well. So we believe, given the number of levers we have to pull and the number of opportunities we have in the business, that we can drive sales and we may be on promotion, of course, through the holiday season and be doing more advertising. But we think we have other levers to pull to control the cost structure to maintain profitability.

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

And considering that and the sales stabilization initiatives that we have is what led us to maintaining our guidance of the sales around $11.4 billion and then EPS between $2.08 and $2.13.

**Daniel Harry Hofkin** - *William Blair & Company L.L.C., Research Division - Analyst*

Okay. And then I guess a couple of things. A couple of adjustments you guys have made, I guess, in this release and then in the prior quarter, too. You took what looks like a sizable reduction in your sales return liability in the last couple of quarters relative to last year, like more than 200 basis points by our math as a percentage of sales. Just wondering what would have driven that and that large reduction. And then the other question is just on the size of the inventory adjustment this quarter in terms of like adding it all back to adjusted earnings.

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

So from a sales return perspective, that reserve is definitely impacted by the seasonality of our business. And so if sales are coming down, depending on the time of the year that we're in, we're certainly going to see reductions in that reserve. In addition, we made some changes to our returns policy which, over time, we would assume that the sales returns would be fewer than what we've had experienced in the past. However, we don't know if we compromise sales by some of those changes initially from a customer-facing perspective. But again, over time, the sales return policy would impact it. If you have a specific quarter, detail dollars, we can certainly have a follow-up call to walk you through the mechanics of what you're seeing. And I'm sorry, you had a second question?

**Daniel Harry Hofkin** - *William Blair & Company L.L.C., Research Division - Analyst*

Yes. Just about the inventory adjustment. I mean I understand conceptually, but it kind of seems like the inventory presumably was, either in hindsight, you overpaid for it or market conditions or whatever, kind of competitive positions changed. Just wondering why it would be -- why you guys would add back kind of that full charge within this quarter as opposed to just part of it or apply it against historical earnings over the period where it would have lost value.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

OCTOBER 02, 2019 / 9:00PM, BBBY - Q2 2019 Bed Bath & Beyond Inc Earnings Call

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

Well, this inventory write-down is tied to our strategic initiatives. It's flagging inventory that we see as aged inventory or duplicative SKUs in our assortment. So we've been actively working on identifying those duplicative SKUs and wanting to move them out of our assortment again so that we can present a clearer point of view from an inventory and merchandising perspective to our customers. So we view this as tied to transformation.

**Operator**

And this concludes the question-and-answer session. I'll now turn the call back over to Janet Barth for final remarks.

**Janet M. Barth** - *Bed Bath & Beyond Inc. - VP of IR*

Thank you. And thank you all for participating on our call today. If we didn't get to your questions or if you have additional questions, please feel free to contact me for a follow-up call, e-mail. Call me, I'll be happy to get back to you. Otherwise, have a good night.

**Operator**

Thank you. Ladies and gentlemen, this concludes today's conference call. Thank you for participating, and you may now disconnect.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2019, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



# EXHIBIT J

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

_____

**FORM 10-Q**

☒     **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the quarterly period ended August 31, 2019**

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from _____ to _____**

**Commission File Number 0-20214**

**BED BATH & BEYOND INC.**
(Exact name of registrant as specified in its charter)

| **New York** | **11-2250488** |
|---|---|
| (State of incorporation) | (IRS Employer Identification No.) |

**650 Liberty Avenue, Union, New Jersey 07083**
(Address of principal executive offices)    (Zip Code)

Registrant's telephone number, including area code: **(908) 688-0888**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Trading Symbol** | **Name of each exchange on which registered** |
|---|---|---|
| Common stock, $.01 par value | BBBY | The Nasdaq Stock Market LLC |
| | | (Nasdaq Global Select Market) |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒          No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

Yes ☒          No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes ☐          No ☒

**Number of shares outstanding of the issuer's Common Stock:**

| **Class** | **Outstanding at August 31, 2019** |
|---|---|
| Common Stock - $0.01 par value | 126,566,039 |

BED BATH & BEYOND INC. AND SUBSIDIARIES

INDEX

***PART I - FINANCIAL INFORMATION***

Item 1.          Financial Statements (unaudited)

Consolidated Balance Sheets August 31, 2019 and March 2, 2019

Consolidated Statements of Operations Three and Six Months Ended August 31, 2019 and September 1, 2018

Consolidated Statements of Comprehensive (Loss) Income Three and Six Months Ended August 31, 2019 and September 1, 2018

Consolidated Statements of Shareholders' Equity Three and Six Months Ended August 31, 2019 and September 1, 2018

Consolidated Statements of Cash Flows Six Months Ended August 31, 2019 and September 1, 2018

Notes to Consolidated Financial Statements

Item 2.          Management's Discussion and Analysis of Financial Condition and Results of Operations

Item 3.          Quantitative and Qualitative Disclosures about Market Risk

Item 4.          Controls and Procedures

***PART II - OTHER INFORMATION***

Item 1.          Legal Proceedings

Item 1A.         Risk Factors

Item 2.          Unregistered Sales of Equity Securities and Use of Proceeds

Item 6.          Exhibits

Signatures

Certifications

-2-

**BED BATH & BEYOND INC. AND SUBSIDIARIES**
*Consolidated Balance Sheets*
*(in thousands, except per share data)*
*(unaudited)*

| | | August 31, 2019 | | March 2, 2019 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 983,847 | $ | 508,971 |
| Short term investment securities | | — | | 485,799 |
| Merchandise inventories | | 2,334,936 | | 2,618,922 |
| Prepaid expenses and other current assets | | 301,368 | | 296,280 |
| Total current assets | | 3,620,151 | | 3,909,972 |
| Long term investment securities | | 20,520 | | 20,010 |
| Property and equipment, net | | 1,772,667 | | 1,853,091 |
| Operating lease assets | | 2,012,681 | | — |
| Goodwill | | — | | 391,052 |
| Other assets | | 490,359 | | 396,416 |
| Total assets | $ | 7,916,378 | $ | 6,570,541 |
| **Liabilities and Shareholders' Equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 1,073,895 | $ | 1,094,078 |
| Accrued expenses and other current liabilities | | 615,748 | | 623,734 |
| Merchandise credit and gift card liabilities | | 341,143 | | 339,322 |
| Current operating lease liabilities | | 456,324 | | — |
| Current income taxes payable | | — | | 20,498 |
| Total current liabilities | | 2,487,110 | | 2,077,632 |
| Other liabilities | | 182,700 | | 395,409 |
| Income taxes payable | | 41,683 | | 49,235 |
| Operating lease liabilities | | 1,813,015 | | — |
| Long term debt | | 1,488,167 | | 1,487,934 |
| Total liabilities | | 6,012,675 | | 4,010,210 |
| Shareholders' equity: | | | | |
| Preferred stock - $0.01 par value; authorized - 1,000 shares; no shares issued or outstanding | | — | | — |
| Common stock - $0.01 par value; authorized - 900,000 shares; issued 343,595 and 342,582, respectively; outstanding 126,566 and 132,233 shares, respectively | | 3,436 | | 3,426 |
| Additional paid-in capital | | 2,150,542 | | 2,118,673 |
| Retained earnings | | 10,521,658 | | 11,112,887 |
| Treasury stock, at cost; 217,029 and 210,349 shares, respectively | | (10,714,012) | | (10,616,045) |
| Accumulated other comprehensive loss | | (57,921) | | (58,610) |
| Total shareholders' equity | | 1,903,703 | | 2,560,331 |
| Total liabilities and shareholders' equity | $ | 7,916,378 | $ | 6,570,541 |

See accompanying Notes to Consolidated Financial Statements.

-3-

## BED BATH & BEYOND INC. AND SUBSIDIARIES
*Consolidated Statements of Operations*
*(in thousands, except per share data)*
*(unaudited)*

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | August 31, 2019 | September 1, 2018 | August 31, 2019 | September 1, 2018 |
| Net sales | $ 2,719,447 | $ 2,935,018 | $ 5,292,436 | $ 5,688,685 |
| Cost of sales | 1,992,459 | 1,946,457 | 3,678,269 | 3,735,276 |
| Gross profit | 726,988 | 988,561 | 1,614,167 | 1,953,409 |
| Selling, general and administrative expenses | 880,889 | 909,703 | 1,773,643 | 1,793,322 |
| Goodwill and other impairments | 28,357 | — | 429,624 | — |
| Operating (loss) profit | (182,258) | 78,858 | (589,100) | 160,087 |
| Interest expense, net | 16,342 | 14,611 | 32,240 | 31,343 |
| (Loss) earnings before provision for income taxes | (198,600) | 64,247 | (621,340) | 128,744 |
| (Benefit) provision for income taxes | (59,835) | 15,608 | (111,490) | 36,529 |
| Net (loss) earnings | $ (138,765) | $ 48,639 | $ (509,850) | $ 92,215 |
| Net (loss) earnings per share - Basic | $ (1.12) | $ 0.36 | $ (4.06) | $ 0.68 |
| Net (loss) earnings per share - Diluted | $ (1.12) | $ 0.36 | $ (4.06) | $ 0.68 |
| Weighted average shares outstanding - Basic | 123,349 | 135,410 | 125,481 | 135,698 |
| Weighted average shares outstanding - Diluted | 123,349 | 135,675 | 125,481 | 136,138 |
| Dividends declared per share | $ 0.17 | $ 0.16 | $ 0.34 | $ 0.32 |

See accompanying Notes to Consolidated Financial Statements.

-4-

**BED BATH & BEYOND INC. AND SUBSIDIARIES**
*Consolidated Statements of Comprehensive (Loss) Income*
*(in thousands, unaudited)*

| | Three Months Ended | | | | Six Months Ended | | | |
|---|---|---|---|---|---|---|---|---|
| | **August 31, 2019** | | **September 1, 2018** | | **August 31, 2019** | | **September 1, 2018** | |
| Net (loss) earnings | $ | **(138,765)** | $ | 48,639 | $ | **(509,850)** | $ | 92,215 |
| | | | | | | | | |
| Other comprehensive income (loss): | | | | | | | | |
| | | | | | | | | |
| Change in temporary impairment of auction rate securities, net of taxes | | **(116)** | | (150) | | 377 | | 165 |
| Pension adjustment, net of taxes | | **666** | | 657 | | 639 | | 793 |
| Currency translation adjustment | | **3,306** | | (1,682) | | (327) | | (5,812) |
| | | | | | | | | |
| Other comprehensive income (loss) | | **3,856** | | (1,175) | | 689 | | (4,854) |
| | | | | | | | | |
| Comprehensive (loss) income | $ | **(134,909)** | $ | 47,464 | $ | **(509,161)** | $ | 87,361 |

See accompanying Notes to Consolidated Financial Statements.

-5-

# BED BATH & BEYOND INC. AND SUBSIDIARIES
*Consolidated Statements of Shareholders' Equity*
*(in thousands, unaudited)*

### Three Months Ended August 31, 2019

| | Common Stock | | Additional Paid-in Capital | Retained Earnings | Treasury Stock | | Accumulated Other Comprehensive Loss | Total |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | | | Shares | Amount | | |
| Balance at June 1, 2019 | 343,419 | $ 3,434 | $ 2,138,362 | $ 10,679,515 | (215,645) | $ (10,697,540) | $ (61,777) | $ 2,061,994 |
| Net loss | | | | (138,765) | | | | (138,765) |
| Other comprehensive income, net of tax | | | | | | | 3,856 | 3,856 |
| Dividend declared | | | | (19,092) | | | | (19,092) |
| Issuance of restricted shares, net | 166 | 1 | (1) | | | | | — |
| Payment and vesting of performance stock units | 10 | 1 | (1) | | | | | — |
| Stock-based compensation expense, net | | | 12,182 | | | | | 12,182 |
| Repurchase of common stock, including fees | | | | | (1,384) | (16,472) | | (16,472) |
| Balance at August 31, 2019 | 343,595 | $ 3,436 | $ 2,150,542 | $ 10,521,658 | (217,029) | $ (10,714,012) | $ (57,921) | $ 1,903,703 |

### Six Months Ended August 31, 2019

| | Common Stock | | Additional Paid-in Capital | Retained Earnings | Treasury Stock | | Accumulated Other Comprehensive Loss | Total |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | | | Shares | Amount | | |
| Balance at March 2, 2019 | 342,582 | $ 3,426 | $ 2,118,673 | $ 11,112,887 | (210,349) | $ (10,616,045) | $ (58,610) | $ 2,560,331 |
| Net loss | | | | (509,850) | | | | (509,850) |
| Other comprehensive income, net of tax | | | | | | | 689 | 689 |
| Effect of Adoption of ASU 2016-02 | | | | (40,700) | | | | (40,700) |
| Dividend declared | | | | (40,679) | | | | (40,679) |
| Issuance of restricted shares, net | 456 | 4 | (4) | | | | | — |
| Payment and vesting of performance stock units | 557 | 6 | (6) | | | | | — |
| Stock-based compensation expense, net | | | 31,879 | | | | | 31,879 |
| Repurchase of common stock, including fees | | | | | (6,680) | (97,967) | | (97,967) |
| Balance at August 31, 2019 | 343,595 | $ 3,436 | $ 2,150,542 | $ 10,521,658 | (217,029) | $ (10,714,012) | $ (57,921) | $ 1,903,703 |

See accompanying Notes to Consolidated Financial Statements.

-6-

## BED BATH & BEYOND INC. AND SUBSIDIARIES
*Consolidated Statements of Shareholders' Equity*
*(in thousands, unaudited)*

| | Three Months Ended September 1, 2018 | | | | | | | |
| | Common Stock | | Additional Paid-in Capital | Retained Earnings | Treasury Stock | | Accumulated Other Comprehensive Loss | Total |
| | Shares | Amount | | | Shares | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Balance at June 2, 2018 | 342,642 | $ 3,426 | $ 2,082,238 | $ 11,360,572 | (202,511) | $ (10,490,082) $ | (51,975) | $ 2,904,179 |
| Net earnings | | | | 48,639 | | | | 48,639 |
| Other comprehensive loss, net of tax | | | | | | | (1,175) | (1,175) |
| Dividend declared | | | | (22,650) | | | | (22,650) |
| Issuance of restricted shares, net | 66 | — | — | | | | | — |
| Payment and vesting of performance stock units | — | 1 | (1) | | | | | — |
| Stock-based compensation expense, net | | | 14,045 | | | | | 14,045 |
| Repurchase of common stock, including fees | | | | | (2,146) | (40,630) | | (40,630) |
| **Balance at September 1, 2018** | **342,708** | **$ 3,427** | **$ 2,096,282** | **$ 11,386,561** | **(204,657)** | **$ (10,530,712) $** | **(53,150)** | **$ 2,902,408** |

| | Six Months Ended September 1, 2018 | | | | | | | |
| | Common Stock | | Additional Paid-in Capital | Retained Earnings | Treasury Stock | | Accumulated Other Comprehensive Loss | Total |
| | Shares | Amount | | | Shares | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Balance at March 3, 2018 | 341,795 | $ 3,418 | $ 2,057,975 | $ 11,343,503 | (201,297) | $ (10,467,972) $ | (48,296) | $ 2,888,628 |
| Net earnings | | | | 92,215 | | | | 92,215 |
| Other comprehensive loss, net of tax | | | | | | | (4,854) | (4,854) |
| Effect of Adoption of ASU 2014-09 | | | | (4,221) | | | | (4,221) |
| Dividend declared | | | | (44,936) | | | | (44,936) |
| Issuance of restricted shares, net | 449 | 4 | (4) | | | | | — |
| Payment and vesting of performance stock units | 464 | 5 | (5) | | | | | — |
| Stock-based compensation expense, net | | | 38,316 | | | | | 38,316 |
| Repurchase of common stock, including fees | | | | | (3,360) | (62,740) | | (62,740) |
| **Balance at September 1, 2018** | **342,708** | **$ 3,427** | **$ 2,096,282** | **$ 11,386,561** | **(204,657)** | **$ (10,530,712) $** | **(53,150)** | **$ 2,902,408** |

See accompanying Notes to Consolidated Financial Statements.

-7-

# BED BATH & BEYOND INC. AND SUBSIDIARIES
### Consolidated Statements of Cash Flows
### (in thousands, unaudited)

| | Six Months Ended | |
|---|---|---|
| | August 31, 2019 | September 1, 2018 |
| Cash Flows from Operating Activities: | | |
| Net (loss) earnings | $ (509,850) | $ 92,215 |
| Adjustments to reconcile net (loss) earnings to net cash provided by operating activities: | | |
| Depreciation and amortization | 167,972 | 161,668 |
| Goodwill and other impairments | 429,624 | — |
| Stock-based compensation | 31,410 | 37,043 |
| Deferred income taxes | (87,201) | (4,074) |
| Other | (3,135) | (1,029) |
| Decrease (increase) in assets: | | |
| Merchandise inventories | 283,884 | (85,805) |
| Trading investment securities | 21 | (4,174) |
| Other current assets | (54,246) | 175,479 |
| Other assets | (1,262) | 1,475 |
| Increase (decrease) in liabilities: | | |
| Accounts payable | 12,250 | 218,945 |
| Accrued expenses and other current liabilities | (3,458) | 51,734 |
| Merchandise credit and gift card liabilities | 1,829 | 5,774 |
| Income taxes payable | (28,056) | (7,268) |
| Operating lease assets and liabilities, net | 17,089 | — |
| Other liabilities | (968) | (2,967) |
| Net cash provided by operating activities | 255,903 | 639,016 |
| Cash Flows from Investing Activities: | | |
| Purchase of held-to-maturity investment securities | (57,000) | (121,625) |
| Redemption of held-to-maturity investment securities | 545,000 | 298,125 |
| Capital expenditures | (125,210) | (181,541) |
| Net cash provided by (used in) investing activities | 362,790 | (5,041) |
| Cash Flows from Financing Activities: | | |
| Payment of dividends | (43,373) | (43,401) |
| Repurchase of common stock, including fees | (97,967) | (62,740) |
| Net cash used in financing activities | (141,340) | (106,141) |
| Effect of exchange rate changes on cash, cash equivalents and restricted cash | (167) | (4,677) |
| Net increase in cash, cash equivalents and restricted cash | 477,186 | 523,157 |
| Cash, cash equivalents and restricted cash: | | |
| Beginning of period | 529,971 | 367,140 |
| End of period | $ 1,007,157 | $ 890,297 |

See accompanying Notes to Consolidated Financial Statements.

-8-

**BED BATH & BEYOND INC. AND SUBSIDIARIES**
*Notes to Consolidated Financial Statements*
*(unaudited)*

### 1) Basis of Presentation

The accompanying consolidated financial statements have been prepared without audit. In the opinion of management, the accompanying consolidated financial statements contain all adjustments (consisting of only normal recurring accruals and elimination of intercompany balances and transactions) necessary to present fairly the financial position of Bed Bath & Beyond Inc. and subsidiaries (the "Company") as of August 31, 2019 and March 2, 2019 and the results of its operations, shareholders' equity, and comprehensive (loss) income for the three and six months ended August 31, 2019 and September 1, 2018, respectively, and its cash flows for the six months ended August 31, 2019 and September 1, 2018, respectively.

The accompanying unaudited consolidated financial statements are presented in accordance with the requirements for Form 10-Q and consequently do not include all the disclosures normally required by U.S. generally accepted accounting principles ("GAAP"). Reference should be made to Bed Bath & Beyond Inc.'s Annual Report on Form 10-K for the fiscal year ended March 2, 2019 for additional disclosures, including a summary of the Company's significant accounting policies, and to subsequently filed Form 8-Ks.

The consolidated statement of cash flows for the six months ended September 1, 2018 was revised to include restricted cash due to the adoption of the Financial Accounting Standards Board ("FASB") Accounting Standards Update ("ASU") 2016-18, *Statement of Cash Flows (Topic 230): Restricted Cash* in fiscal 2018.

The Company accounts for its operations as two operating segments: North American Retail and Institutional Sales. The Institutional Sales operating segment, which is comprised of Linen Holdings, does not meet the quantitative thresholds under GAAP and therefore is not a reportable segment. Net sales outside of the U.S. for the Company were not material for the three and six months ended August 31, 2019 and September 1, 2018. As the Company operates in the retail industry, its results of operations are affected by general economic conditions and consumer spending habits.

### 2) Recent Accounting Pronouncements

In February 2016, the FASB issued ASU 2016-02, *Leases (Topic 842)*. This guidance requires an entity to recognize lease liabilities and a right-of-use asset for all leases on the balance sheet and to disclose key information about the entity's leasing arrangements. ASU 2016-02 is effective for annual reporting periods beginning after December 15, 2018, including interim periods within that reporting period, with earlier adoption permitted. In July 2018, the FASB approved an amendment to the new guidance that allows companies the option of using the effective date of the new standard as the initial application (at the beginning of the period in which it is adopted, rather than at the beginning of the earliest comparative period) and to recognize the effects of applying the new ASU as a cumulative effect adjustment to the opening balance sheet or retained earnings.

The Company adopted this accounting standard at the beginning of the first quarter of fiscal 2019 using the new transition election to not restate comparative periods. The Company elected the package of practical expedients upon adoption, which permits the Company to not reassess under the new standard the Company's prior conclusions about lease identification, lease classification and initial direct costs. In addition, the Company elected not to separate lease and non-lease components for all real estate leases and did not elect the hindsight practical expedient. Lastly, the Company elected the short-term lease exception policy, permitting it to exclude the recognition requirements of this standard from leases with initial terms of 12 months or less. Upon adoption, the Company recognized operating lease assets of approximately $2.0 billion and operating lease liabilities of approximately $2.2 billion on its consolidated balance sheet. In addition, upon adoption deferred rent and various lease incentives which were recorded as of March 2, 2019 were reclassified as a component of the right-of-use assets. Upon adoption, the Company recognized a cumulative adjustment decreasing opening retained earnings by approximately $40.7 million due to the impairment of certain right-of-use assets. The adoption of the new standard did not have a material impact on the consolidated statements of operations or cash flows.

### 3) Revenue Recognition

Sales are recognized upon purchase by customers at the Company's retail stores or upon delivery for products purchased from its websites. The value of point-of-sale coupons and point-of-sale rebates that result in a reduction of the price paid by the customer are recorded as a reduction of sales. Shipping and handling fees that are billed to a customer in a sale transaction are recorded in sales. Taxes, such as sales tax, use tax and value added tax, are not included in sales.

Revenues from gift cards, gift certificates and merchandise credits are recognized when redeemed. Gift cards have no provisions for reduction in the value of unused card balances over defined time periods and have no expiration dates. For the six months ended August 31, 2019, the Company recognized net sales for gift card and merchandise credit redemptions of approximately $81.3 million which were included in merchandise credit and gift card liabilities on the consolidated balance sheet as of March 2, 2019.

Sales returns are provided for in the period that the related sales are recorded based on historical experience. Although the estimate for sales returns has not varied materially from historical provisions, actual experience could vary from historical experience in the future if the level of sales return activity changes materially. In the future, if the Company concludes that an adjustment is required due to material changes in the returns activity, the liability for estimated returns and the corresponding right of return asset will be adjusted accordingly. As of August 31, 2019, the liability for estimated returns of $81.6 million is included in accrued expenses and other current liabilities and the corresponding right of return asset for merchandise of $49.3 million is included in prepaid expenses and other current assets.

The Company sells a wide assortment of domestics merchandise and home furnishings. Domestics merchandise includes categories such as bed linens and related items, bath items and kitchen textiles. Home furnishings include categories such as kitchen and tabletop items, fine tabletop, basic housewares, general home furnishings (including furniture and wall décor), consumables and certain juvenile products. Sales of domestics merchandise and home furnishings accounted for approximately 38.7% and 61.3% of net sales, respectively, for the three months ended August 31, 2019, and approximately 38.6% and 61.4% of net sales, respectively, for the three months ended September 1, 2018. Sales of domestics merchandise and home furnishings accounted for approximately 37.2% and 62.8% of net sales, respectively, for the six months ended August 31, 2019, and approximately 37.3% and 62.7% of net sales, respectively, for the six months ended September 1, 2018.

### 4) Fair Value Measurements

Fair value is defined as the price that would be received to sell an asset or paid to transfer a liability (i.e., "the exit price") in an orderly transaction between market participants at the measurement date. In determining fair value, the Company uses various valuation approaches, including quoted market prices and discounted cash flows. The hierarchy for inputs used in measuring fair value maximizes the use of observable inputs and minimizes the use of unobservable inputs by requiring that the most observable inputs be used when available. Observable inputs are inputs that market participants would use in pricing the asset or liability developed based on market data obtained from independent sources. Unobservable inputs are inputs that reflect a company's judgment concerning the assumptions that market participants would use in pricing the asset or liability developed based on the best information available under the circumstances. In certain cases, the inputs used to measure fair value may fall into different levels of the fair value hierarchy. In such cases, an asset or liability must be classified in its entirety based on the lowest level of input that is significant to the measurement of fair value. The fair value hierarchy is broken down into three levels based on the reliability of inputs as follows:

- Level 1 - Valuations based on quoted prices in active markets for identical instruments that the Company is able to access. Since valuations are based on quoted prices that are readily and regularly available in an active market, valuation of these products does not entail a significant degree of judgment.

- Level 2 - Valuations based on quoted prices in active markets for instruments that are similar, or quoted prices in markets that are not active for identical or similar instruments, and model-derived valuations in which all significant inputs and significant value drivers are observable in active markets.

- Level 3 - Valuations based on inputs that are unobservable and significant to the overall fair value measurement.

The Company did not have any financial assets utilizing Level 2 inputs. Financial assets utilizing Level 3 inputs included long term investments in auction rate securities consisting of preferred shares of closed end municipal bond funds (See "Investment Securities," Note 6).

*Fair Value of Financial Instruments*

The Company's financial instruments include cash and cash equivalents, investment securities, accounts payable, long term debt and certain other liabilities. The Company's investment securities consist primarily of U.S. Treasury securities, which are stated at amortized cost, and auction rate securities, which are stated at their fair value. The book value of the financial instruments, excluding the Company's long term debt, is representative of their fair values. The fair value of the Company's long term debt is approximately $1.146 billion as of August 31, 2019, which is based on quoted prices in active markets for identical instruments (i.e., Level 1 valuation), compared to the carrying value of approximately $1.495 billion.

-10-

*5) Cash and Cash Equivalents*

Included in cash and cash equivalents are credit and debit card receivables from banks, which typically settle within five business days, of $92.7 million and $92.9 million as of August 31, 2019 and March 2, 2019, respectively.

*6) Investment Securities*

The Company's investment securities as of August 31, 2019 and March 2, 2019 are as follows:

| *(in millions)* | **August 31, 2019** | | **March 2, 2019** | |
|---|---|---|---|---|
| Available-for-sale securities: | | | | |
| Long term | $ | **20.4** | $ | 19.9 |
| | | | | |
| Held-to-maturity securities: | | | | |
| Short term | | **—** | | 485.8 |
| Total investment securities | $ | **20.4** | $ | 505.7 |

*Auction Rate Securities*

As of August 31, 2019 and March 2, 2019, the Company's long term available-for-sale investment securities represented approximately $20.3 million par value of auction rate securities consisting of preferred shares of closed end municipal bond funds, less temporary valuation adjustments of approximately $0.1 million and $(0.4) million, respectively. Since these valuation adjustments are deemed to be temporary, they are recorded in accumulated other comprehensive loss, net of a related tax benefit, and did not affect the Company's net earnings.

*U.S. Treasury Securities*

As of August 31, 2019, the Company did not hold any short term held-to maturity securities. As of March 2, 2019, the Company's short term held-to-maturity securities included approximately $485.8 million of U.S. Treasury Bills with remaining maturities of less than one year. These securities are stated at their amortized cost which approximates fair value, which is based on quoted prices in active markets for identical instruments (i.e., Level 1 valuation).

*7) Impairment of Long-Lived Assets*

The Company reviews long-lived assets for impairment when events or changes in circumstances indicate the carrying value of these assets may exceed their current fair values. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of an asset to the estimated undiscounted future cash flows expected to be generated by the asset. If the carrying amount of an asset exceeds its estimated future cash flows, an impairment charge is recognized for the amount by which the carrying amount of the asset exceeds the fair value of the asset. Assets to be disposed of would be separately presented in the balance sheet and reported at the lower of the carrying amount or fair value less costs to sell, and are no longer depreciated. The assets and liabilities of a disposal group classified as held for sale would be presented separately in the appropriate asset and liability sections of the balance sheet. In the three and six months ended August 31, 2019, the Company recorded a $28.4 million non-cash pre-tax impairment charge within goodwill and other impairments in the consolidated statement of operations for certain store-level assets, including leasehold improvements, and operating lease assets. There were no impairments to long-lived assets in the three and six months ended September 1, 2018. In the future, if events or market conditions affect the estimated fair value to the extent that a long-lived asset is impaired, the Company will adjust the carrying value of these long-lived assets in the period in which the impairment occurs.

*8) Property and Equipment*

As of August 31, 2019 and March 2, 2019, included in property and equipment, net is accumulated depreciation of approximately $2.2 billion and $3.5 billion, respectively.

*9) Leases*

The Company leases retail stores, as well as distribution facilities, offices and equipment, under agreements expiring at various dates through 2041. The leases provide for original lease terms that generally range from 10 to 15 years and most leases provide for a series of five year renewal options, often at increased rents, the exercise of which is at the Company's sole discretion. In recognizing the lease right-of-use assets and lease liabilities, the Company utilizes the lease term for which it is reasonably certain to use the underlying asset, including consideration of options to extend or terminate the lease. Certain leases provide for contingent rents (which are based upon store sales exceeding stipulated amounts and are immaterial for the three and six months ended August 31, 2019 and September 1, 2018), scheduled rent increases and renewal options. The Company is obligated under a majority of the leases to pay for taxes, insurance and common area maintenance charges.

Companies are required to use the rate implicit in the lease whenever that rate is readily determinable and if the interest rate is not readily determinable, then a lessee may use its incremental borrowing rate. The incremental borrowing rate is the rate of interest that a lessee would have to pay to borrow on a collateralized basis over a similar term at an amount equal to the lease payments in a similar economic environment. The Company determined discount rates based on the rates of its unsecured borrowings, which are then adjusted for the appropriate lease term and effects of full collateralization. In determining the Company's operating lease assets and operating lease liabilities, the Company applied these incremental borrowing rates to the minimum lease payments within each lease agreement.

The components of total lease cost for the three and six months ended August 31, 2019, were as follows.

| (in thousands) | Statement of Operations Location | Three months ended August 31, 2019 | Six months ended August 31, 2019 |
|---|---|---|---|
| Operating lease cost | Cost of sales and SG&A | $ 143,773 | $ 287,673 |
| Finance lease cost: | | | |
| Depreciation of property | SG&A | 648 | 1,296 |
| Interest on lease liabilities | Interest expense, net | 2,214 | 4,436 |
| Variable lease cost | Cost of sales and SG&A | 50,275 | 98,170 |
| Sublease income | SG&A | (278) | (556) |
| Total lease cost | | $ 196,632 | $ 391,019 |

As of August 31, 2019, assets and liabilities related to the Company's operating and finance leases are as follows:

| (in thousands) | Consolidated Balance Sheet Location | August 31, 2019 |
|---|---|---|
| **Assets** | | |
| Operating leases | Operating lease assets | $ 2,012,681 |
| Finance leases | Property and equipment, net | 70,583 |
| Total Lease assets | | $ 2,083,264 |
| | | |
| **Liabilities** | | |
| Current: | | |
| Operating leases | Current operating lease liabilities | $ 456,324 |
| Finance leases | Accrued expenses and other current liabilities | 1,547 |
| Noncurrent: | | |
| Operating leases | Operating lease liabilities | 1,813,015 |
| Finance leases | Other liabilities | 103,172 |
| Total lease liabilities | | $ 2,374,058 |

As of August 31, 2019, the Company's lease liabilities mature as follows:

-12-

| *(in thousands)* | | Operating Leases | | Finance Leases |
|---|---|---|---|---|
| Fiscal Year: | | | | |
| Remainder of 2019 | $ | 286,430 | $ | 5,221 |
| 2020 | | 576,119 | | 10,469 |
| 2021 | | 481,833 | | 10,434 |
| 2022 | | 387,133 | | 10,407 |
| 2023 | | 294,998 | | 10,524 |
| Thereafter | | 722,013 | | 259,584 |
| Total lease payments | $ | 2,748,526 | $ | 306,639 |
| Less imputed interest | | (479,187) | | (201,920) |
| Present value of lease liabilities | $ | 2,269,339 | $ | 104,719 |

The Company's lease terms and discount rates are as follows:

| | August 31, 2019 |
|---|---|
| Weighted-average remaining lease term (in years) | |
| Operating leases | 6.1 |
| Finance leases | 26.2 |
| Weighted-average discount rate | |
| Operating leases | 6.1% |
| Finance leases | 9.0% |

Other information for the Company's leases is as follows:

| *(in thousands)* | | Six months ended August 31, 2019 |
|---|---|---|
| Cash paid for amounts included in the measurement of lease liabilities | | |
| Operating cash flows from operating leases | $ | 271,669 |
| Operating cash flows from finance leases | | 5,160 |
| Operating lease assets obtained in exchange for new operating lease liabilities | | 262,315 |

At the beginning of fiscal 2019, the Company adopted ASU2016-02, and as required, the following disclosure is provided for periods prior to adoption. As of March 2, 2019, future minimum lease payments under non-cancelable operating leases were as follows:

| *(in thousands)* | Operating Leases |
|---|---|
| Fiscal Year: | |
| 2019 | 609,613 |
| 2020 | 534,055 |
| 2021 | 434,908 |
| 2022 | 334,587 |
| 2023 | 241,863 |
| Thereafter | 616,170 |
| Total future minimum lease payments | 2,771,196 |

As of March 2, 2019, the capital lease obligations were approximately $3.8 million for which the current and long-term portions were included within accrued expenses and other current liabilities and other liabilities, respectively, in the consolidated balance sheet. Monthly minimum lease payments are accounted for as principal and interest payments. The minimum capital lease payments, including interest, by fiscal year were: $0.9 million in fiscal 2019; $0.8 million in fiscal 2020; $0.7 million in fiscal 2021; $0.6 million in fiscal 2022; $0.6 million in fiscal 2023; and $1.0 million thereafter.

The Company has financing obligations, related to two sale/leaseback agreements, which approximated the discounted fair value of the minimum lease payments, had a residual fair value at the end of the lease term and are being amortized over the term of the respective agreements, including option periods, of 32 and 37 years. As of March 2, 2019, the sale/leaseback financing obligations were approximately $101.7 million, for which the current and long-term portions were included within accrued expenses and other current liabilities and other liabilities, respectively, in the consolidated balance sheet. Monthly lease payments are accounted for as principal and interest payments (at approximate annual interest rates of 7.2% and 10.6%). These sale/leaseback financing obligations, excluding the residual fair value at the end of the lease term, mature as follows: $0.8 million in fiscal 2019; $0.9 million in fiscal 2020; $0.9 million in fiscal 2021; $1.0 million in fiscal 2022; $1.0 million in fiscal 2023; and $75.4 million thereafter.

## 10) Goodwill and Other Indefinite Lived Intangible Assets

The Company reviews goodwill and other intangibles that have indefinite lives for impairment annually as of the end of the fiscal year or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. Impairment testing is based upon the best information available including estimates of fair value which incorporate assumptions marketplace participants would use in making their estimates of fair value. Significant assumptions and estimates are required, including, but not limited to, projecting future cash flows, determining appropriate discount rates and terminal growth rates, and other assumptions, to estimate the fair value of goodwill and indefinite lived intangible assets. Although the Company believes the assumptions and estimates made are reasonable and appropriate, different assumptions and estimates could materially impact its reported financial results.

Prior to March 2, 2019, the Company had not historically recorded an impairment to its goodwill and other indefinite lived intangible assets. In fiscal 2018, the Company recognized non-cash pre-tax goodwill impairment charges of $285.1 million and $40.1 million for the North American Retail and Institutional Sales reporting units, respectively. As of June 1, 2019, the Company completed a quantitative impairment analysis of goodwill related to its reporting units by comparing the fair value of a reporting unit with its carrying amount. The Company performed a discounted cash flow analysis and market multiple analysis for each reporting unit. Based upon the analysis performed, the Company recognized a non-cash pre-tax goodwill impairment charge of $391.1 million for the North American Retail reporting unit. The non-cash pre-tax impairment charge was primarily the result of a sustained decline in the Company's market capitalization.

Other indefinite lived intangible assets were recorded as a result of acquisitions and primarily consist of tradenames. The Company values its tradenames using a relief-from-royalty approach, which assumes the value of the tradename is the discounted cash flows of the amount that would be paid by a hypothetical market participant had they not owned the tradename and instead licensed the tradename from another company. As of June 1, 2019, for certain other indefinite lived intangible assets, the Company completed a quantitative impairment analysis by comparing the fair value of the tradenames to their carrying value and recognized a non-cash pre-tax tradename impairment charge of $10.2 million, within goodwill and other impairments in the consolidated statement of operations, for certain tradenames. As of August 31, 2019, the Company assessed qualitative factors in order to determine whether any events and circumstances existed which indicated that it was more likely than not that the fair value of these other indefinite lived assets did not exceed their carrying values and concluded no such events or circumstances existed which would require an impairment test be performed. In the future, if events or market conditions affect the estimated fair value to the extent that an asset is impaired, the Company will adjust the carrying value of these assets in the period in which the impairment occurs.

There were no impairments of indefinite lived intangible assets in the three months ended August 31, 2019. Included within other assets in the accompanying consolidated balance sheets as of August 31, 2019 and March 2, 2019, respectively, are $133.6 million and $143.8 million for indefinite lived tradenames and trademarks.

## 11) Long Term Debt

### Senior Unsecured Notes

On July 17, 2014, the Company issued $300 million aggregate principal amount of 3.749% senior unsecured notes due August 1, 2024, $300 million aggregate principal amount of 4.915% senior unsecured notes due August 1, 2034 and $900 million aggregate principal amount of 5.165% senior unsecured notes due August 1, 2044 (collectively, the "Notes"). Interest on the Notes is payable semi-annually on February 1 and August 1 of each year. In fiscal 2018, the Company purchased and retired approximately $4.6 million of senior unsecured notes due August 1, 2024.

The Notes were issued under an indenture (the "Base Indenture"), as supplemented by a first supplemental indenture (together, with the Base Indenture, the "Indenture"), which contains various restrictive covenants, which are subject to important limitations

-14-

and exceptions that are described in the Indenture. The Company was in compliance with all covenants related to the Notes as of August 31, 2019.

*Revolving Credit Agreement*

On November 14, 2017, the Company replaced its existing $250 million five year senior unsecured revolving credit facility agreement with various lenders with a new $250 million five year senior unsecured revolving credit facility agreement ("Revolver") with various lenders maturing November 14, 2022. The new Revolver has essentially the same terms and requirements as the prior revolving credit facility agreement. During the six months ended August 31, 2019, the Company did not have any borrowings under the Revolver.

The Revolver contains customary affirmative and negative covenants and also requires the Company to maintain a maximum leverage ratio. The Company was in compliance with all covenants related to the Revolver as of August 31, 2019.

Deferred financing costs associated with the Notes and the revolving credit facilities of approximately $10.5 million were capitalized. In the accompanying Consolidated Balance Sheets, the deferred financing costs are included in long term debt, net of amortization, for the Notes, and are included in other assets, net of amortization, for the Revolver. These deferred financing costs for the Notes and the Revolver are being amortized over the term of each of the Notes and the term of the Revolver and such amortization is included in interest expense, net in the consolidated statements of operations. Interest expense related to the Notes and the revolving credit facilities, including the commitment fee and the amortization of deferred financing costs, was approximately $18.2 million and $18.3 million for the three months ended August 31, 2019 and September 1, 2018, respectively, and $36.4 million and $36.5 million for the six months ended August 31, 2019 and September 1, 2018, respectively.

*Lines of Credit*

At August 31, 2019, the Company maintained two uncommitted lines of credit of $100 million each, with expiration dates of February 23, 2020 and August 30, 2020, respectively. These uncommitted lines of credit are currently and are expected to be used for letters of credit in the ordinary course of business. During the first six months of fiscal 2019, the Company did not have any direct borrowings under the uncommitted lines of credit. Although no assurances can be provided, the Company intends to renew both uncommitted lines of credit before the respective expiration dates.

## 12) Shareholders' Equity

The Company has authorization to make repurchases from time to time in the open market or through other parameters approved by the Board of Directors pursuant to existing rules and regulations.

Between December 2004 and September 2015, the Company's Board of Directors authorized, through several share repurchase programs, the repurchase of $11.950 billion of its shares of common stock. The Company also acquires shares of its common stock to cover employee related taxes withheld on vested restricted stock and performance stock unit awards. In the first six months of fiscal 2019, the Company repurchased approximately 6.7 million shares of its common stock for a total cost of approximately $98.0 million, bringing the aggregate total of common stock repurchased to approximately 217.0 million shares for a total cost of approximately $10.7 billion since the initial authorization in December 2004. The Company has approximately $1.2 billion remaining of authorized share repurchases as of August 31, 2019.

During fiscal 2016, the Company's Board of Directors authorized a quarterly dividend program. During the six months ended August 31, 2019 and September 1, 2018, total cash dividends of $43.4 million were paid, respectively. Subsequent to the end of the second quarter of fiscal 2019, on October 2, 2019, the Company's Board of Directors declared a quarterly dividend of $0.17 per share to be paid on January 14, 2020 to shareholders of record as of the close of business on December 13, 2019. The Company expects to pay quarterly cash dividends on its common stock in the future, subject to the determination by the Board of Directors, based on an evaluation of the Company's earnings, financial condition and requirements, business conditions and other factors.

Cash dividends, if any, are accrued as a liability on the Company's consolidated balance sheets and recorded as a decrease to retained earnings when declared.

## 13) Stock-Based Compensation

The Company measures all employee stock-based compensation awards using a fair value method and records such expense, net of estimated forfeitures, in its consolidated financial statements. Currently, the Company's stock-based compensation relates to

-15-

restricted stock awards, stock options and performance stock units. The Company's restricted stock awards are considered nonvested share awards.

Stock-based compensation expense for the three and six months ended August 31, 2019 was approximately $12.1 million ($8.4 million after tax or $0.07 per diluted share) and approximately $31.4 million ($25.8 million after tax or $0.20 per diluted share), respectively. Stock-based compensation expense for the three and six months ended September 1, 2018 was approximately $13.4 million ($10.2 million after tax or $0.08 per diluted share) and approximately $37.0 million ($26.5 million after tax or $0.19 per diluted share), respectively. In addition, the amount of stock-based compensation cost capitalized for the six months ended August 31, 2019 and September 1, 2018 was approximately $0.5 million and $1.3 million, respectively.

*Incentive Compensation Plans*

The Company grants awards under the Bed Bath & Beyond 2012 Incentive Compensation Plan (the "2012 Plan") and the Bed Bath & Beyond 2018 Incentive Compensation Plan (the "2018 Plan"), which was adopted by the Company and approved by shareholders in 2018. The 2012 Plan includes an aggregate of 43.2 million common shares authorized for issuance and the 2018 Plan includes an aggregate share reserve of 4.6 million shares of common stock, resulting in a total of 47.8 million shares authorized for issuance under both plans.

The terms of the 2012 Plan and the 2018 Plan are substantially similar and enable the Company to offer incentive compensation through stock options (whether nonqualified stock options or incentive stock options), restricted stock awards, stock appreciation rights, performance awards and other stock based awards, including cash awards. Grants are determined by the Compensation Committee for those awards granted to executive officers and by an appropriate committee for all other awards granted. Stock option grants generally become exercisable in either three or five equal annual installments beginning one year from the date of grant, subject, in general, to the recipient remaining in the Company's service on specified vesting dates. Restricted stock awards generally become vested in five to seven equal annual installments beginning one to three years from the date of grant, subject, in general, to the recipient remaining in the Company's service on specified vesting dates. Performance stock units generally vest over a period of three to four years from the date of grant dependent on the Company's achievement of performance-based tests and subject, in general, to the executive remaining in the Company's service on specified vesting dates.

The Company generally issues new shares for stock option exercises, restricted stock awards and vesting of performance stock units. No grants have been made to date under the 2018 Plan, which expires in May 2028. The 2012 Plan expires in May 2022.

*Stock Options*

Stock option grants are issued at fair market value on the date of grant and generally become exercisable in either three or five equal annual installments beginning one year from the date of grant, subject, in general, to the recipient remaining in the Company's service on specified vesting dates. Option grants expire eight years after the date of grant. All option grants are nonqualified. As of August 31, 2019, unrecognized compensation expense related to the unvested portion of the Company's stock options was $3.7 million, which is expected to be recognized over a weighted average period of 3.4 years.

The fair value of the stock options granted was estimated on the date of the grant using a Black-Scholes option-pricing model that uses the assumptions noted in the following table.

| | Six Months Ended | |
| --- | --- | --- |
| **Black-Scholes Valuation Assumptions (1)** | **August 31, 2019** | **September 1, 2018** |
| Weighted Average Expected Life (in years) (2) | **7.6** | 6.7 |
| Weighted Average Expected Volatility (3) | **39.41%** | 34.96% |
| Weighted Average Risk Free Interest Rates (4) | **2.39%** | 2.92% |
| Expected Dividend Yield (5) | **4.34%** | 3.80% |

(1) Forfeitures are estimated based on historical experience.
(2) The expected life of stock options is estimated based on historical experience.
(3) Expected volatility is based on the average of historical and implied volatility. The historical volatility is determined by observing actual prices of the Company's stock over a period commensurate with the expected life of the awards. The implied volatility represents the implied volatility of the Company's call options, which are actively traded on multiple exchanges, had remaining maturities in excess of twelve months, had market prices close to the exercise prices of the employee stock options and were measured on the stock option grant date.

-16-

(4) Based on the U.S. Treasury constant maturity interest rate whose term is consistent with the expected life of the stock options.

(5) Expected dividend yield is estimated based on anticipated dividend payouts.

Changes in the Company's stock options for the six months ended August 31, 2019 were as follows:

| (Shares in thousands) | Number of Stock Options | | Weighted Average Exercise Price |
|---|---|---|---|
| Options outstanding, beginning of period | 4,395 | $ | 47.53 |
| Granted | 144 | | 15.68 |
| Exercised | — | | — |
| Forfeited or expired | (2,607) | | 53.86 |
| Options outstanding, end of period | 1,932 | $ | 36.62 |
| Options exercisable, end of period | 1,094 | $ | 45.83 |

The weighted average fair value for the stock options granted during the first six months of fiscal 2019 and 2018 was $4.18 and $4.31, respectively. The weighted average remaining contractual term and the aggregate intrinsic value for options outstanding as of August 31, 2019 was 5.3 years and $0, respectively. The weighted average remaining contractual term for options exercisable as of August 31, 2019 was 4.4 years and the aggregate intrinsic value was $0. There were no stock options exercised during the first six months of fiscal 2019 and 2018.

*Restricted Stock*

Restricted stock awards are issued and measured at fair market value on the date of grant and generally become vested in five to seven equal annual installments beginning one to three years from the date of grant, subject, in general, to the recipient remaining in the Company's service on specified vesting dates. Vesting of restricted stock is based solely on time vesting. As of August 31, 2019, unrecognized compensation expense related to the unvested portion of the Company's restricted stock awards was $88.4 million, which is expected to be recognized over a weighted average period of 3.9 years.

Changes in the Company's restricted stock for the six months ended August 31, 2019 were as follows:

| (Shares in thousands) | Number of Restricted Shares | | Weighted Average Grant-Date Fair Value |
|---|---|---|---|
| Unvested restricted stock, beginning of period | 3,747 | $ | 41.73 |
| Granted | 880 | | 13.52 |
| Vested | (689) | | 50.47 |
| Forfeited | (424) | | 36.73 |
| Unvested restricted stock, end of period | 3,514 | $ | 33.56 |

*Performance Stock Units*

Performance stock units ("PSUs") are issued and measured at fair market value on the date of grant. Vesting of PSUs awarded to certain of the Company's executives is dependent on the Company's achievement of a performance-based test during a one-year period from the date of grant and during a three-year period from the date of grant and, assuming achievement of the performance-based test, time vesting over periods of up to four years, subject, in general, to the executive remaining in the Company's service on specified vesting dates. For awards granted in fiscal 2018 and prior, performance during the three-year period were based on Return on Invested Capital ("ROIC") or a combination of Earnings Before Interest and Taxes ("EBIT") margin and ROIC relative to a peer group. For awards granted in fiscal 2019, performance during a one-year period is based on a one-year Company EBIT goal and performance during the three-year period is based on a three-year cumulative Company EBIT goal and a relative three-year Total Shareholder Return ("TSR") goal relative to a peer group. The PSU awards range from a floor of zero to a cap of 150% of target achievement. PSUs are converted into shares of common stock upon payment following vesting. Upon grant of the PSUs, the Company recognizes compensation expense related to these awards based on the Company's estimate of the percentage of the award that will be achieved. The Company evaluates the estimate on these awards on a quarterly basis and adjusts compensation expense related to these awards, as appropriate. As of August 31, 2019, unrecognized compensation expense related to the unvested portion of the Company's performance stock units was $7.5 million, which is expected to be recognized over a weighted average period of 2.0 years.

The fair value of the PSUs granted in fiscal 2019 for which performance during the three-year period will be based on a relative three-year Total Shareholder Return ("TSR") goal relative to a peer group was estimated on the date of the grant using a Monte Carlo simulation that uses the assumptions noted in the following table.

| Monte Carlo Simulation Assumptions | Six Months Ended August 31, 2019 |
|---|---|
| Risk Free Interest Rate | 1.7% |
| Expected Dividend Yield | —% |
| Expected Volatility | 43.40% |
| Expected Term | 3 years |

Changes in the Company's PSUs for the six months ended August 31, 2019 were as follows:

| (Shares in thousands) | Number of Performance Stock Units | | Weighted Average Grant-Date Fair Value |
|---|---|---|---|
| Unvested performance stock units, beginning of period | 2,082 | $ | 27.16 |
| Granted | 821 | | 11.02 |
| Vested | (557) | | 35.09 |
| Forfeited or performance condition adjustments | (173) | | 24.87 |
| Unvested performance stock units, end of period | 2,173 | $ | 19.21 |

### 14) Earnings per Share

The Company presents earnings per share on a basic and diluted basis. Basic earnings per share has been computed by dividing net earnings by the weighted average number of shares outstanding. Diluted earnings per share has been computed by dividing net earnings by the weighted average number of shares outstanding, including the dilutive effect of stock-based awards as calculated under the treasury stock method.

Stock-based awards for the three and six months ended August 31, 2019 of approximately 5.9 million and 6.8 million, respectively, and September 1, 2018 of approximately 7.6 million and 8.1 million, respectively, were excluded from the computation of diluted earnings per share as the effect would be anti-dilutive.

### 15) Supplemental Cash Flow Information

The Company paid income taxes of $39.6 million and $34.9 million in the first six months of fiscal 2019 and 2018, respectively. In addition, the Company had interest payments of approximately $40.6 million and $40.7 million in the first six months of fiscal 2019 and 2018, respectively.

The Company recorded an accrual for capital expenditures of $19.3 million and $13.8 million as of August 31, 2019 and September 1, 2018, respectively. In addition, the Company recorded an accrual for dividends payable of $25.6 million and $27.0 million as of August 31, 2019 and September 1, 2018, respectively.

### 16) Restructuring Activities

In the first quarter of fiscal 2019, the Company expensed pre-tax restructuring charges of approximately $3.9 million, related to the realignment of its store management structure to support its customer-focused initiatives and omnichannel growth. These charges primarily were for severance and related costs in conjunction with this realignment. The Company paid $2.6 million of these costs during the six months ended August 31, 2019.

During the second quarter of fiscal 2019, the Company expensed pre-tax restructuring charges of approximately $22.5 million, related to a corporate workforce reduction which impacted the Company's corporate staff, including executive officers, vice presidents, directors, managers, and professional staff and the Company's decision to outsource certain transaction processing functions within the business. These charges were primarily for severance and related costs in conjunction with transformation initiatives. The Company paid $1.0 million of these costs during the three months ended August 31, 2019.

*17) Commitments and Contingencies*

The District Attorney's office for the County of Ventura, together with District Attorneys for other counties in California (together, the "District Attorneys"), recently concluded an investigation regarding the management and disposal at the Company's stores in California of certain materials that may be deemed hazardous or universal waste under California law. On March 19, 2019, the District Attorneys provided the Company with a settlement demand that included a proposed civil penalty, reimbursement of investigation costs, and certain injunctive relief, including modifications to the Company's existing compliance program, which already includes associate training, on-going review of disposal rules applicable to various product categories, and specialized third-party disposal. The Company is working with the District Attorneys towards a resolution of this matter and has recorded an accrual for the estimated probable loss for this matter as of August 31, 2019 and March 2, 2019. While no assurance can be given as to its ultimate outcome, the Company does not believe that the final resolution of this matter will have a material effect on the Company's consolidated financial position, results of operations or liquidity.

On April 21, 2019, Warren Eisenberg and Leonard Feinstein transitioned to the role of Co-Founders and Co-Chairmen Emeriti of the Board of Directors of the Company. As a result of this transition, Mr. Eisenberg and Mr. Feinstein ceased to be officers of the Company effective as of April 21, 2019, and became entitled to the payments and benefits provided under their employment agreements that apply in the case of a termination without cause, which generally include continued senior status payments until May 2027 and continued participation for the Co-Founders (and their spouses, if applicable) at the Company's expense in employee plans and programs. In addition, the Co-Founders are entitled to supplemental pension payments specified in their employment agreements until the death of the survivor of the Co-Founder and his spouse, reduced by the continued senior status payments referenced in the foregoing sentence.

Pursuant to their respective restricted stock and performance stock unit agreements, shares of restricted stock and performance-based stock units granted to Messrs. Eisenberg and Feinstein vested upon their resignation as members of the Board of Directors effective May 1, 2019, subject, however, to attainment of any applicable performance goals and the certification of the applicable performance-based tests by the Compensation Committee, as provided under their award agreements.

The Company's Chief Executive Officer ("CEO") departed the Company effective as of May 12, 2019. In accordance with the terms of the CEO's employment and equity award agreements, the CEO was entitled to three times the then-current salary, payable over three years in normal payroll installments, except that any amount due prior to the six months after his departure, will be paid in a lump sum after such six-month period. Such amounts will be reduced by any compensation earned with any subsequent employer or otherwise and will be subject to the CEO's compliance with a one-year non-competition and non-solicitation covenant. Further, as a result of this departure, the time-vesting component of the CEO's equity-based awards accelerated, including (i) stock options (which currently are "underwater"), (ii) PSU awards which had previously met the related performance-based test, had been certified by the Compensation Committee, and remained subject solely to time-vesting, and (iii) PSU awards (assuming target level of performance) which remain subject to attainment of any performance goals and the certification of the applicable performance-based tests by the Compensation Committee, as provided under his award agreements.

The CEO was also party to a supplemental executive retirement benefit agreement ("SERP") and a related escrow agreement, pursuant to which the CEO was entitled to receive a supplemental retirement benefit as a result of the separation from service from the Company. Pursuant to the SERP, as a result of the separation from service with the Company as of May 12, 2019 being treated as a termination without cause, the CEO is entitled to a lump sum payment equal to the present value of an annual amount equal to 50% of the CEO's annual base salary on the date of termination of employment if such annual amount were paid for a period of 10 years in accordance with the Company's normal payroll practices, subject to the CEO's timely execution and non-revocation of a release of claims in favor of the Company, which will be paid on the first business day following the six-month anniversary of the CEO's termination of service. Although the SERP provides that the CEO will be protected from any impact resulting from the possible application of Section 409A of the Code to the terms of the SERP due to the complexities surrounding Section 409A, the Company believes that no such payment will be required.

The Company has expensed pre-tax charges related to both the transition of Messrs. Eisenberg and Feinstein to the role of Co-Founders and Co-Chairmen Emeriti of the Board of Directors of the Company and the departure of the Company's CEO of approximately $35.2 million.

In addition, the Company maintains employment agreements with other executives which provide for severance pay.

The Company records an estimated liability related to its various claims and legal actions arising in the ordinary course of business when and to the extent that it concludes a liability is probable and the amount of the loss can be reasonably estimated. Such estimated loss is based on available information and advice from outside counsel, where appropriate. As additional information becomes available, the Company reassesses the potential liability related to claims and legal actions and revises its estimated

-19-

liabilities, as appropriate. The Company expects the ultimate disposition of these matters will not have a material adverse effect on the Company's consolidated financial position, results of operations or liquidity. The Company also cannot predict the nature and validity of claims which could be asserted in the future, and future claims could have a material impact on its earnings.

-20-

*ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS*

*Overview*

Bed Bath & Beyond Inc. and subsidiaries (the "Company") is an omnichannel retailer selling a wide assortment of domestics merchandise and home furnishings which operates under the names Bed Bath & Beyond ("BBB"), Christmas Tree Shops, Christmas Tree Shops andThat! or andThat! (collectively, "CTS"), Harmon, Harmon Face Values, or Face Values (collectively, "Harmon"), buybuy BABY ("Baby") and World Market, Cost Plus World Market, or Cost Plus (collectively, "Cost Plus World Market"). Customers can purchase products either in-store, online, with a mobile device or through a customer contact center. The Company generally has the ability to have customer purchases picked up in-store or shipped direct to the customer from the Company's distribution facilities, stores or vendors. In addition, the Company operates Of a Kind, an e-commerce website that features specially commissioned, limited edition items from emerging fashion and home designers; One Kings Lane, an authority in home décor and design, offering a unique collection of select home goods, designer and vintage items; PersonalizationMall.com ("PMall"), an industry-leading online retailer of personalized products; and Decorist, an online interior design platform that provides personalized home design services. The Company also operates Linen Holdings, a provider of a variety of textile products, amenities and other goods to institutional customers in the hospitality, cruise line, healthcare and other industries. Additionally, the Company is a partner in a joint venture which operates retail stores in Mexico under the name Bed Bath & Beyond.

The Company accounts for its operations as two operating segments: North American Retail and Institutional Sales. The Institutional Sales operating segment, which is comprised of Linen Holdings, does not meet the quantitative thresholds under U.S. generally accepted accounting principles and therefore is not a reportable segment.

The Company's mission is to be trusted by its customers as the expert for the home and heart-felt life events. These include certain life events that evoke strong emotional connections such as getting married, moving to a new home, having a baby, going to college and decorating a room, which the Company supports through its wedding and baby registries, mover and student life programs, and design consultation services.

To advance its mission, the Company is executing on a comprehensive plan to transform its business and position the Company for long-term success. On May 13, 2019, the Company announced that Mary Winston, a seasoned public company executive who recently joined the Company's Board of Directors (the "Board"), was appointed Interim Chief Executive Officer (CEO), after the then CEO stepped down. The Board has formed a CEO search committee to identify a permanent CEO and has made substantial progress toward identifying the Company's next CEO. During this interim period, the Board and management team are taking a more holistic approach to the Company's on-going business transformation and have identified four key near-term priorities that include: 1) stabilizing sales and driving top-line growth; 2) resetting the cost structure; 3) reviewing and optimizing the Company's asset base, including its portfolio of retail banners; and 4) refining the Company's organization structure.

The integration of retail store and customer facing digital channels allows the Company to provide its customers with a seamless shopping experience. In-store purchases are primarily fulfilled from that store's inventory, or may also be shipped to a customer from one of the Company's distribution facilities, from a vendor, or from another store. Purchases, including web and mobile, can be shipped to a customer from the Company's distribution facilities, directly from vendors, or from a store. The Company's customers can also choose to pick up online orders in a store, as well as return online purchases to a store. Customers can also make purchases through one of the Company's customer contact centers and in-store through The Beyond Store, the Company's proprietary, web-based platform. These capabilities allow the Company to better serve customers across various channels.

Operating in the highly competitive retail industry, the Company, along with other retail companies, is influenced by a number of factors including, but not limited to: general economic conditions including the housing market, unemployment levels and commodity prices; the overall macroeconomic environment and related changes in the retailing environment; consumer preferences, spending habits and adoption of new technologies; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; potential supply chain disruption; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; and the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities. The Company cannot predict whether, when or the manner in which these factors could affect the Company's operating results.

The following represents an overview of the Company's financial performance for the periods indicated:

-21-

- Net sales for the three months ended August 31, 2019 were $2.719 billion, a decrease of approximately 7.3% as compared with the three months ended September 1, 2018. Net sales for the six months ended August 31, 2019 were $5.292 billion, a decrease of approximately 7.0% as compared with the six months ended September 1, 2018.

- Comparable sales for the three and six months ended August 31, 2019 decreased by approximately 6.7% and 6.6%, respectively, as compared to a decrease of approximately 0.6% for both the three and six months ended September 1, 2018. For the three months ended August 31, 2019, comparable sales consummated in-store declined in the high-single-digit percentage range, while comparable sales consummated through customer facing digital channels declined slightly. For the six months ended August 31, 2019, comparable sales consummated in-store declined in the high-single-digit percentage range, partially offset by a slight increase in comparable sales consummated through customer facing digital channels.

  Comparable sales include sales consummated through all retail channels which have been operating for twelve full months following the opening period (typically four to six weeks). The Company is an omnichannel retailer with capabilities that allow a customer to use more than one channel when making a purchase, including in-store, online, with a mobile device or through a customer contact center, and have it fulfilled, in most cases, either through in-store customer pickup or by direct shipment to the customer from one of the Company's distribution facilities, stores or vendors.

  Sales consummated on a mobile device while physically in a store location are recorded as customer facing digital channel sales. Customer orders taken in-store by an associate through The Beyond Store, the Company's proprietary, web-based platform, are recorded as in-store sales. Customer orders reserved online and picked up in a store are recorded as in-store sales. Sales originally consummated from customer facing digital channels and subsequently returned in-store are recorded as a reduction of in-store sales.

  Stores relocated or expanded are excluded from comparable sales if the change in square footage would cause meaningful disparity in sales over the prior period. In the case of a store to be closed, such store's sales are not considered comparable once the store closing process has commenced. Stores impacted by unusual and unexpected events outside the Company's control, including severe weather, fire or floods, are excluded from comparable sales for the period of time that such event would cause a meaningful disparity in sales over the prior period. One Kings Lane and Decorist are included in the comparable sales calculation beginning in the first quarter of fiscal 2018. Linen Holdings is excluded from the comparable sales calculations and will continue to be excluded on an ongoing basis as it represents non-retail activity.

- Gross profit for the three months ended August 31, 2019 was $727.0 million, or 26.7% of net sales, compared with $988.6 million, or 33.7% of net sales, for the three months ended September 1, 2018. Gross profit for the six months ended August 31, 2019 was $1.614 billion, or 30.5% of net sales, compared with $1.953 billion, or 34.3% of net sales, for the six months ended September 1, 2018. The decrease in the gross profit margin was primarily attributable to a decrease in merchandise margin, as a result of an incremental reserve for future markdowns of approximately $194.0 million taken in the second quarter of fiscal 2019 related to the Company's transformation initiatives, which was an incremental charge to the actual markdowns recorded in the second quarter of fiscal 2019.

- Selling, general and administrative expenses ("SG&A") for the three months ended August 31, 2019 were $880.9 million, or 32.4% of net sales, compared with $909.7 million, or 31.0% of net sales, for the three months ended September 1, 2018. SG&A for the six months ended August 31, 2019 were $1.774 billion, or 33.5% of net sales, compared with $1.793 billion, or 31.5% of net sales, for the six months ended September 1, 2018.

- Goodwill and other impairments for the three and six months ended August 31, 2019 were $28.4 million, or 1.0% of net sales and $429.6 million or 8.1% of net sales, respectively. There were no goodwill and other impairments in the three and six months ended September 1, 2018.

- Interest expense, net for the three and six months ended August 31, 2019 was $16.3 million and $32.2 million, respectively, compared with $14.6 million and $31.3 million, respectively, for the three and six months ended September 1, 2018.

- The effective tax rate for the three and six months ended August 31, 2019 was 30.1% and 17.9%, respectively, as compared with 24.3% and 28.4%, respectively, for the three and six months ended September 1, 2018. For the three months and six months ended August 31, 2019, the effective tax rate reflects the impact of charges for goodwill and other impairments and severance costs, portions of which are non-deductible for tax purposes. The tax rates also included other discrete tax items resulting in net after tax benefits of approximately $5.4 million and $1.8 million, respectively, for the three months ended August 31, 2019 and September 1, 2018 and net after tax costs of approximately $7.0 million and $1.5 million, respectively for the six months ended August 31, 2019 and September 1, 2018.

-22-

- For the three months ended August 31, 2019, net loss per diluted share was $(1.12) ($(138.8) million), as compared with net earnings per diluted share of $0.36 ($48.6 million) for the three months ended September 1, 2018. The decrease in net earnings per diluted share for the three months ended August 31, 2019 is the result of the decrease in net earnings due to the items described above, partially offset by the impact of the Company's repurchases of its common stock. In addition, for the three months ended August 31, 2019, net loss per diluted share included the unfavorable impact of approximately $1.46 per diluted share from charges related to the first wave of the Company's transformation initiatives, including severance costs associated with the corporate workforce reduction and the decision to outsource certain functions, and an incremental reserve for future markdowns. This unfavorable impact also included non-cash store impairment charges incurred during the fiscal second quarter of 2019.

  For the six months ended August 31, 2019, net loss per diluted share was $(4.06) ($(509.9) million), as compared with net earnings per diluted share of $0.68 ($92.2 million) for the six months ended September 1, 2018. The decrease in net earnings per diluted share for the six months ended August 31, 2019 is the result of the decrease in net earnings due to the items described above, partially offset by the impact of the Company's repurchases of its common stock. In addition, for the six months ended August 31, 2019, net loss per diluted share included the unfavorable impact of approximately $4.52 per diluted share related to goodwill and other impairments charges, including store impairment charges, an incremental reserve for future markdowns related to the Company's transformation initiatives, severance costs and shareholder activity costs.

Capital expenditures for the six months ended August 31, 2019 and September 1, 2018 were $125.2 million and $181.5 million, respectively. In the first six months of fiscal 2019, approximately 50% of the capital expenditures related to technology projects, including investments in the Company's digital capabilities, analytics, logistics, and the development and deployment of new systems and equipment in its stores. The remaining capital expenditures were primarily related to new store openings and investments in existing stores.

The Company continues to review and prioritize its capital needs and remains committed to making the required investments in its infrastructure, including adding resources, to progress the Company's ongoing business transformation. Key areas of investment include: continuing to improve the presentation and content as well as the functionality, general search and navigation across its customer facing digital channels; improving customer data integration and customer relations management capabilities; continuing to enhance service offerings to its customers; continuing to strengthen and deepen its information technology, analytics, marketing and e-commerce groups; and creating more flexible fulfillment options that will improve the Company's delivery capabilities and lower the Company's shipping costs. These and other investments are expected to, among other things, provide a seamless and compelling customer experience across the Company's omnichannel retail platform.

During the six months ended August 31, 2019, the Company opened three new stores and closed two stores. The Company has also completed an initial assessment based on the results of a fleet optimization project for all Bed Bath & Beyond stores with the goal to create a better balance between its physical and digital presence within the markets it serves. As part of this project, the Company continues to analyze stores' performance, profitability, geographic location and customer demographics to understand how best to position its store locations in various markets across the country. Over the past several years, the Company's pace of its store openings has slowed, and the Company has increased the number of store closings. The Company expects to close approximately 60 stores in fiscal 2019, including approximately 40 Bed Bath & Beyond stores and 20 other concept stores. In fiscal 2019, the Company expects to open approximately 12 new stores. As of August 31, 2019, the Company operated 1,534 stores plus the Company's interactive platforms, including websites and applications, and distribution facilities and total store square footage, net of openings and closings, was approximately 43.1 million square feet. As of August 31, 2019, the Company had distribution facilities totaling approximately 7.2 million square feet, supporting its customer facing digital channels as well as its stores and its institutional sales segment.

During fiscal 2016, the Company's Board of Directors authorized a quarterly dividend program. During the six months ended August 31, 2019 and September 1, 2018, total cash dividends of $43.4 million were paid, respectively. Subsequent to the end of the second quarter of fiscal 2019, on October 2, 2019, the Company's Board of Directors declared a quarterly dividend of $0.17 per share to be paid on January 14, 2020 to shareholders of record as of the close of business on December 13, 2019. The Company expects to pay quarterly cash dividends on its common stock in the future, subject to the determination by the Board of Directors, based on an evaluation of the Company's earnings, financial condition and requirements, business conditions and other factors.

During the three and six months ended August 31, 2019, the Company repurchased approximately 1.4 million and 6.7 million shares, respectively, of its common stock at a total cost of approximately $16.5 million and $98.0 million, respectively. During the three and six months ended September 1, 2018, the Company repurchased approximately 2.1 million and 3.4 million shares, respectively, of its common stock at a total cost of approximately $40.6 million and $62.7 million, respectively. The Company's

share repurchase program may be influenced by several factors, including business and market conditions. The Company reviews its alternatives with respect to its capital structure on an ongoing basis.

### Results of Operations

*Net Sales*

Net sales for the three months ended August 31, 2019 were $2.719 billion, a decrease of $215.6 million or approximately 7.3%, compared to $2.935 billion of net sales for the corresponding quarter last year. Net sales for the six months ended August 31, 2019 were $5.292 billion, a decrease of $396.2 million, or approximately, 7.0%, over net sales of $5.689 billion for the corresponding six months last year. The decrease in net sales for the three and six months ended August 31, 2019 was primarily due to a decrease in comparable sales.

The decrease in comparable sales for the three and six months ended August 31, 2019 was approximately 6.7% and 6.6%, respectively, as compared to a decrease of approximately 0.6% for the three and six months ended September 1, 2018. The decrease in comparable sales for the three and six months ended August 31, 2019 was due to a decrease in the number of transactions in stores, partially offset by an increase in the average transaction amount.

The Company's comparable sales metric considers sales consummated through all retail channels - in-store, online, with a mobile device or through a customer contact center. Customers today may take advantage of the Company's omnichannel environment by using more than one channel when making a purchase. The Company believes in an integrated and seamless customer experience. A few examples are: a customer may be assisted by an in-store associate to create a wedding or baby registry, while the guests may ultimately purchase a gift from the Company's websites; or a customer may research a particular item, and read other customer reviews on the Company's websites before visiting a store to consummate the actual purchase; or a customer may reserve an item online for in-store pick up; or while in a store, a customer may make the purchase on a mobile device for in home delivery from either a distribution facility, a store or directly from a vendor. In addition, the Company accepts returns in-store without regard to the channel in which the purchase was consummated, therefore resulting in reducing store sales by sales originally consummated through customer facing digital channels. As the Company's retail operations are integrated and it cannot reasonably track the channel in which the ultimate sale is initiated, the Company can, however, provide directional information on where the sale was consummated.

For the three months ended August 31, 2019, comparable sales consummated in-store declined in the high-single-digit percentage range, while comparable sales consummated through customer facing digital channels declined slightly. For the six months ended August 31, 2019, comparable sales consummated in-store declined in the high-single-digit percentage range, partially offset by a slight increase in comparable sales consummated through customer facing digital channels.

For the three and six months ended August 31, 2019, comparable sales represented $2.639 billion and $5.128 billion of net sales, respectively. For the three and six months ended September 1, 2018, comparable sales represented $2.831 billion and $5.499 billion of net sales, respectively.

Domestics merchandise includes categories such as bed linens and related items, bath items and kitchen textiles. Home furnishings include categories such as kitchen and tabletop items, fine tabletop, basic housewares, general home furnishings (including furniture and wall décor), consumables and certain juvenile products. Sales of domestics merchandise and home furnishings accounted for approximately 38.7% and 61.3% of net sales, respectively, for the three months ended August 31, 2019, and approximately 38.6% and 61.4% of net sales, respectively, for the three months ended September 1, 2018. Sales of domestics merchandise and home furnishings accounted for approximately 37.2% and 62.8% of net sales, respectively, for the six months ended August 31, 2019, and approximately 37.3% and 62.7% of net sales, respectively, for the six months ended September 1, 2018.

*Gross Profit*

Gross profit for the three months ended August 31, 2019 was $727.0 million, or 26.7% of net sales, compared with $988.6 million, or 33.7% of net sales, for the three months ended September 1, 2018. Gross profit for the six months ended August 31, 2019 was $1.614 billion, or 30.5%, of net sales, compared with $1.953 billion, or 34.3% of net sales, for the six months ended September 1, 2018. The decrease in the gross profit margin as a percentage of net sales for the three and six months ended August 31, 2019 was primarily attributable to a decrease in merchandise margin, as a result of an incremental reserve for future markdowns of approximately $194.0 million taken in the second quarter of fiscal 2019 related to the Company's transformation initiatives, which was an incremental charge to the actual markdowns recorded in the second quarter of fiscal 2019.

-24-

This incremental reserve for future markdowns was the result of the Company's strategic decision to reduce inventory by up to $1.0 billion at retail over the next 18 months. This reduction is being driven by the acceleration of the Company's inventory rationalization efforts, including reductions of aged and duplicative SKUs within the Company's assortment. By taking this action, the Company is seeking to reset its inventory levels in both stores and distribution centers, as well as refresh its assortment, providing for newness and higher-margin products, all in an effort to drive customer traffic and support top-line performance.

In addition, the Company is investing in the lifetime value of its customers through its annual Beyond Plus membership program. The richer benefits of this program, including twenty percent off entire purchase and free shipping, are realized immediately upon sale and had, and will continue to have, an impact on the Company's gross margin during the period of increasing enrollment. The Beyond Plus membership fee is amortized over the one-year membership period. The Company estimated that the impact of these programs reduced gross margin as a percentage of net sales by approximately 60 basis points for both the three and six months ended August 31, 2019 and 40 and 30 basis points for the three and six months ended September 1, 2018.

*Selling, General and Administrative Expenses*

SG&A for the three months ended August 31, 2019 was $880.9 million, or 32.4% of net sales, compared with $909.7 million, or 31.0% of net sales, for the three months ended September 1, 2018. The increase in SG&A as a percentage of net sales was primarily attributable to, in order of magnitude, increases in technology-related expenses, including depreciation; and occupancy.

SG&A for the six months ended August 31, 2019 was $1.774 billion, or 33.5% of net sales, compared with $1.793 billion, or 31.5% of net sales, for the six months ended September 1, 2018. The increase in SG&A as a percentage of net sales was primarily attributable to, in order of magnitude, increases in technology-related expenses, including depreciation; payroll and payroll-related expenses (due to severance) and occupancy.

*Goodwill and other impairments*

Goodwill and other impairments for the three and six months ended August 31, 2019 was $28.4 million, or 1.0% of net sales and $429.6 million, or 8.1% of net sales, respectively. Goodwill impairments were $391.1 million, tradename impairments were $10.2 million and certain store-level and operating lease assets were $28.4 million. The non-cash pre-tax goodwill impairment charges were primarily the result of a sustained decline in the Company's market capitalization. There were no goodwill or other impairments for the three and six months ended September 1, 2018.

*Operating (Loss) Profit*

Operating loss for the three months ended August 31, 2019 was $182.3 million, or 6.7% of net sales, compared with operating profit of $78.9 million, or 2.7% of net sales, during the comparable period last year. For the six months ended August 31, 2019, operating loss was $589.1 million, or 11.1% of net sales, compared with operating profit of $160.1 million, or 2.8% of net sales, during the comparable period last year. The changes in operating (loss) profit as a percentage of net sales were the result of the reductions in the gross profit margin and the increases in SG&A as a percentage of net sales and goodwill and other impairments as described above.

*Interest Expense, net*

Interest expense, net for the three and six months ended August 31, 2019 was $16.3 million and $32.2 million, respectively, as compared to $14.6 million and $31.3 million, respectively, for the three and six months ended September 1, 2018. For the three and six months ended August 31, 2019 and September 1, 2018, interest expense, net primarily related to interest on the senior unsecured notes issued by the Company in July 2014.

*Income Taxes*

The effective tax rate for the three months ended August 31, 2019 was 30.1%, compared with 24.3% for the three months ended September 1, 2018. The tax rate for the three months ended August 31, 2019 and September 1, 2018 included net after tax benefits of approximately $5.4 million and $1.8 million, respectively, due to discrete federal and state tax items occurring during these quarters.

The effective tax rate for the six months ended August 31, 2019 was 17.9%, compared with 28.4% for the six months ended September 1, 2018. For the six months ended August 31, 2019, the effective tax rate reflects the impact of charges for goodwill and other impairments and severance costs, potions of which are non-deductible for tax purposes. The tax rates for the six months

ended August 31, 2019 and September 1, 2018 included net after tax costs of approximately $7.0 million and $1.5 million, respectively, due to discrete and federal and state tax items occurring during these quarters.

Potential volatility in the effective tax rate from year to year may occur as the Company is required each year to determine whether new information changes the assessment of both the probability that a tax position will effectively be sustained and the appropriateness of the amount of recognized benefit.

*Net (Loss) Earnings*

As a result of the factors described above, net loss for the three and six months ended August 31, 2019 was $138.8 million and $509.9 million, compared with net earnings of $48.6 million and $92.2 million, respectively, for the corresponding periods in fiscal 2018.

*Transformation*

The Company has undertaken significant change to adapt to the dynamic retail environment and the evolving needs of its customers to improve its competitive position and has been executing on a comprehensive plan to transform its business and position the Company for long-term success. During this interim period as described above, the Board and management team are taking a more holistic approach to the Company's on-going business transformation and have identified four key near-term priorities that include: 1) stabilizing sales and driving top-line growth; 2) resetting the cost structure; 3) reviewing and optimizing the Company's asset base, including its portfolio of retail banners; and 4) refining the Company's organization structure.

The long-term success of the Company's transformation efforts is dependent, in part, upon the Company's ability to execute its near-term priorities.

**Liquidity and Capital Resources**

The Company has been able to finance its operations, including its growth and acquisitions, substantially through internally generated funds. The Company ended the second quarter of fiscal 2019 in a strong cash position, which it anticipates maintaining, to provide the Company the flexibility to fund its ongoing initiatives and act upon other opportunities that may arise. As of August 31, 2019, the Company had approximately $1.004 billion in cash and investment securities, a decrease of approximately $90.6 million compared with the corresponding period in fiscal 2018. For fiscal 2019, the Company believes that it can continue to finance its operations, including its planned capital expenditures, debt service obligations, cash dividends, and share repurchases, through existing and internally generated funds. In addition, if necessary, the Company could borrow under its $250 million revolving credit facility or the available balances under its lines of credit. Capital expenditures for fiscal 2019 are planned to be approximately $350 million to $375 million, with approximately 50% related to technology projects, as well as the spend associated with a store refresh program, and investments in warehouses for e-commerce distribution and personalized product. In addition, the Company reviews its alternatives with respect to its capital structure on an ongoing basis.

*Fiscal* 2019 *compared to Fiscal* 2018

Net cash provided by operating activities for the six months ended August 31, 2019 was $255.9 million, compared with $639.0 million in the corresponding period in fiscal 2018. Year over year, the Company experienced a decrease in net earnings, as adjusted for non-cash expenses (primarily goodwill and other impairments and deferred income taxes) and a decrease in cash provided by the net components of working capital (primarily prepaid expenses and other current assets, accounts payable, and accrued expenses and other current liabilities, partially offset by merchandise inventories).

Retail inventory, which includes inventory in the Company's distribution facilities for direct to customer shipments, was approximately $2.3 billion at August 31, 2019, a decrease of 17.8% compared to retail inventory at September 1, 2018. The Company continues to focus on its inventory optimization strategies.

Net cash provided by investing activities for the six months ended August 31, 2019 was $362.8 million, compared with net cash used in investing activities of $5.0 million in the corresponding period of fiscal 2018. For the six months ended August 31, 2019, net cash provided by investing activities was primarily due to $488.0 million of redemptions of investment securities, net of purchases, partially offset by $125.2 million of capital expenditures. For the six months ended September 1, 2018, net cash used in investing activities was primarily due to $181.5 million of capital expenditures, partially offset by $176.5 million of redemptions of investment securities, net of purchases.

Net cash used in financing activities for the six months ended August 31, 2019 was $141.3 million, compared with $106.1 million in the corresponding period of fiscal 2018. The increase in net cash used in financing activities was primarily due to an increase in common stock repurchases of $35.2 million.

### *Seasonality*

The Company's business is subject to seasonal influences. Generally, its sales volumes are higher in the calendar months of August, November and December, and lower in February.

### *Critical Accounting Policies*

See "Critical Accounting Policies" under Item 7 of the Company's Annual Report on Form 10-K for the fiscal year ended March 2, 2019 ("2018 Form 10-K"), filed with the Securities and Exchange Commission ("SEC"). Except for the changes due to the adoption of ASU 2016-02 related to leases discussed in "Recent Accounting Pronouncements," Note 2, there were no changes to the Company's critical accounting policies during the first six months of fiscal 2019.

### *Forward-Looking Statements*

This Form 10-Q may contain forward-looking statements, including, but not limited to, the Company's progress and anticipated progress towards its long-term objectives. Many of these forward-looking statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal and similar words and phrases. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments; the ability to attract and retain qualified employees in all areas of the organization, including a permanent Chief Executive Officer; the cost of labor, merchandise and other costs and expenses; potential supply chain disruption due to trade restrictions, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; the ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets it serves; the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and the effect of other factors, on the Company's capital allocation strategy; risks associated with the ability to achieve a successful outcome for its business concepts and to otherwise achieve its business strategies; the impact of intangible asset and other impairments; disruptions to the Company's information technology systems including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to the Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade, changes to, or new tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; foreign currency exchange rate fluctuations; and the integration of acquired businesses. The Company does not undertake any obligation to update its forward-looking statements.

### *Item 3. Quantitative and Qualitative Disclosures about Market Risk*

The Company's exposure to market risk for changes in interest rates relates primarily to the Company's investment securities. The Company's market risks at August 31, 2019 are similar to those disclosed in Item 7A of the Company's 2018 Form 10-K.

As of August 31, 2019, the Company's investments include cash and cash equivalents of approximately $983.8 million and long term investments in auction rate securities of approximately $20.4 million at weighted average interest rates of 1.51% and 2.29%, respectively. The book value of these investments is representative of their fair values.

The Company's senior unsecured notes have fixed interest rates and are not subject to interest rate risk. As of August 31, 2019, the fair value of the senior unsecured notes was $1.146 billion, which is based on quoted prices in active markets for identical instruments compared to the carrying value of approximately $1.495 billion.

-27-

***Item 4. Controls and Procedures***

(a)    *Disclosure Controls and Procedures*

The Company's management, with the participation of its Principal Executive Officer and Principal Financial Officer, have reviewed and evaluated the effectiveness of the Company's disclosure controls and procedures (as defined in Exchange Act Rules 240.13a-15(e) and 15d-15(e)) as of August 31, 2019 (the end of the period covered by this quarterly report on Form 10-Q). Based on that evaluation, the Principal Executive Officer and the Principal Financial Officer have concluded that the Company's current disclosure controls and procedures are effective to ensure that information required to be disclosed by the Company in the reports that it files or submits under the Securities Exchange Act of 1934 is (i) recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and (ii) accumulated and communicated to our management, including our Principal Executive Officer and Principal Financial Officer, to allow timely decisions regarding required disclosure.

(b)    *Changes in Internal Control over Financial Reporting*

On March 3, 2019, the Company adopted the new lease accounting standard, ASU 2016-02, *Leases (Topic 842)*. As part of the adoption of the new lease standard, the Company implemented new lease accounting software and updated the Company's internal controls and processes. There were no other changes in the Company's internal controls over financial reporting that occurred during the Company's most recent fiscal quarter that have materially affected, or are reasonably likely to materially affect, the Company's internal controls over financial reporting.

-28-

**PART II - OTHER INFORMATION**

*Item 1. Legal Proceedings*

The District Attorney's office for the County of Ventura, together with District Attorneys for other counties in California (together, the "District Attorneys"), recently concluded an investigation regarding the management and disposal at the Company's stores in California of certain materials that may be deemed hazardous or universal waste under California law. On March 19, 2019, the District Attorneys provided the Company with a settlement demand that included a proposed civil penalty, reimbursement of investigation costs, and certain injunctive relief, including modifications to the Company's existing compliance program, which already includes associate training, on-going review of disposal rules applicable to various product categories, and specialized third-party disposal. The Company is working with the District Attorneys towards a resolution of this matter and has recorded an accrual for the estimated probably loss for this matter as of August 31, 2019 and as of March 2, 2019. While no assurance can be given as to its ultimate outcome, the Company does not believe that the final resolution of this matter will have a material effect on the Company's consolidated financial position, results of operations or liquidity.

The Company is party to various legal proceedings arising in the ordinary course of business, which the Company does not believe to be material to the Company's consolidated financial position, results of operations or liquidity.

*Item 1A. Risk Factors*

In addition to the other information set forth in this Form 10-Q, carefully consider the factors discussed under "Risk Factors" in the Company's 2018 Form 10-K as filed with the Securities and Exchange Commission. These risks could materially adversely affect the Company's business, financial condition and results of operations. These risks are not the only risks the Company faces. The Company's operations could also be affected by additional factors that are not presently known to the Company or by factors that the Company currently considers immaterial to its business.

*Item 2. Unregistered Sales of Equity Securities and Use of Proceeds*

The Company's purchases of its common stock during the second quarter of fiscal 2019 were as follows:

| Period | Total Number of Shares Purchased (1) | | Average Price Paid per Share (2) | | Total Number of Shares Purchased as Part of Publicly or Announced Plans Programs (1) | | Approximate Dollar Value of Shares that May Yet Be Purchased Under the Plans or Programs (1)(2) |
|---|---|---|---|---|---|---|---|
| June 2, 2019 - June 29, 2019 | 895,000 | $ | 12.21 | | 895,000 | $ | 1,325,285,108 |
| June 30, 2019 - July 27, 2019 | 480,200 | $ | 11.34 | | 480,200 | $ | 1,319,838,739 |
| July 28, 2019 - August 31, 2019 | 8,500 | $ | 9.20 | | 8,500 | $ | 1,319,760,523 |
| Total | 1,383,700 | $ | 11.89 | | 1,383,700 | $ | 1,319,760,523 |

(1) Between December 2004 and September 2015, the Company's Board of Directors authorized, through several share repurchase programs, the repurchase of $11.950 billion of its shares of common stock. The Company has authorization to make repurchases from time to time in the open market or through other parameters approved by the Board of Directors pursuant to existing rules and regulations. Shares purchased, as indicated in this table, also include shares withheld to cover employee related taxes on vested restricted shares and performance stock unit awards.
(2) Excludes brokerage commissions paid by the Company.

*Item 6. Exhibits*

The exhibits to this Report are included herein.

-29-

| Exhibit No. | Exhibit |
|---|---|
| 10.1* | Form of Standard Performance Stock Unit Agreement under 2018 or 2012 Incentive Compensation Plan (incorporated by reference to Exhibit 10.1 to the Company's Form 8-K filed with the SEC on June 19, 2019) |
| 10.2* | Employment Agreement between the Company and Mary A. Winston (dated as of June 26, 2019) (incorporated by reference to Exhibit 10.1 to the Company's Form 8-K filed with the SEC on July 2, 2019) |
| 31.1** | Certification of Principal Executive Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2** | Certification of Principal Financial Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32** | Certification of Principal Executive Officer and Principal Financial Officer Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 101.INS | XBRL Instance Document - the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document |
| 101.SCH | Inline XBRL Taxonomy Extension Schema Document |
| 101.CAL | Inline XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.LAB | Inline XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE | Inline XBRL Taxonomy Extension Presentation Linkbase Document |
| 101.DEF | Inline XBRL Taxonomy Extension Definition Linkbase Document |
| 104 | The cover page of Bed Bath & Beyond Inc.'s Quarterly Report on Form 10-Q for the quarter ended August 31, 2019, formatted in Inline XBRL (included within Exhibit 101 attachments) |

_____

\*        This is a management contract or compensatory plan or arrangement.

\*\*       Filed herewith.

-30-

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**BED BATH & BEYOND INC.**

(Registrant)

Date: October 9, 2019

By:    */s/ Robyn M. D'Elia*

Robyn M. D'Elia

Chief Financial Officer and Treasurer

(Principal Financial and Accounting Officer)

-31-

**Exhibit 31.1**

**CERTIFICATION**

I, Mary A. Winston, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Bed Bath & Beyond Inc.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a.  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b.  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c.  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d.  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a.  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b.  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: October 9, 2019

*/s/ Mary A. Winston*

Mary A. Winston
Interim Chief Executive Officer

**Exhibit 31.2**

**CERTIFICATION**

I, Robyn M. D'Elia, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Bed Bath & Beyond Inc.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a.  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b.  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c.  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d.  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a.  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b.  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: October 9, 2019

*/s/ Robyn M. D'Elia*

Robyn M. D'Elia

Chief Financial Officer and Treasurer

(Principal Financial and Accounting Officer)

**Exhibit 32**

**CERTIFICATION**

The undersigned, the Principal Executive Officer and Principal Financial Officer of Bed Bath & Beyond Inc. (the "Company"), hereby certify, to the best of their knowledge and belief, that the Form 10-Q of the Company for the quarterly period ended August 31, 2019 (the "Periodic Report") accompanying this certification fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m or 78o(d)) and that the information contained in the Periodic Report fairly presents, in all material respects, the financial condition and results of operations of the Company. The foregoing certification is provided solely for purposes of complying with the provisions of Section 906 of the Sarbanes - Oxley Act of 2002 and is not intended to be used for any other purposes.

Date: October 9, 2019

/s/ Mary A. Winston

Mary A. Winston

Interim Chief Executive Officer

/s/ Robyn M. D'Elia

Robyn M. D'Elia

Chief Financial Officer and Treasurer

(Principal Financial and Accounting Officer)

# EXHIBIT K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 8-K

---

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15 (d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of Report (Date of earliest event reported) December 16, 2019**

---

# BED BATH & BEYOND INC.
**(Exact name of registrant as specified in its charter)**

---

| **New York** | **0-20214** | **11-2250488** |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(I.R.S. Employer Identification No.)** |

**650 Liberty Avenue, Union, New Jersey 07083**
**(Address of principal executive offices) (Zip Code)**

**(908) 688-0888**
**(Registrant's telephone number, including area code)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4 (c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| **Common stock, $.01 par value** | **BBBY** | **The Nasdaq Stock Market LLC (Nasdaq Global Select Market)** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

---

**Item 5.02**   **Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On December 17, 2019, Bed Bath & Beyond Inc. (the "Company") announced the restructuring of its leadership team, including, among other changes, the departure of Susan E. Lattmann, the Company's Chief Administrative Officer, effective as of December 16, 2019. As part of the restructure, the Chief Administrative Officer role has been eliminated. In connection with her separation from the Company, Ms. Lattmann will be entitled to those separation payments and benefits as are provided upon a termination of employment without "cause" pursuant to her employment agreement and outstanding option and performance stock unit award agreements. Following her separation, Ms. Lattmann will continue to be subject to certain restrictive covenants, including post-termination non-competition and non-solicitation covenants.

A copy of the Company's press release announcing the restructuring of the Company's leadership described above is attached hereto as Exhibit 99.1 and is incorporated herein by reference.

**Item 9.01**       **Financial Statements and Exhibits.**

(d)   Exhibits.

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release issued by Bed Bath & Beyond Inc. on December 17, 2019 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

*SIGNATURES*

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**BED BATH & BEYOND INC.**
(Registrant)

Date: December 17, 2019

By: /s/ Robyn M. D'Elia
Robyn M. D'Elia
Chief Financial Officer and Treasurer
(Principal Financial and Accounting Officer)

Exhibit 99.1

**FOR IMMEDIATE RELEASE**

### BED BATH & BEYOND INC. ANNOUNCES EXTENSIVE CHANGES
### TO LEADERSHIP TEAM

*Change Builds Further Momentum Around Transformation Plans*

UNION, New Jersey, Dec. 17, 2019— Bed Bath & Beyond Inc. (Nasdaq: BBBY) today announced an extensive restructure of its leadership team, including the departure of six senior members. This bold pivot reflects the priorities of new President and CEO, Mark Tritton, who will launch his new vision for the Company in early 2020. The new team will be charged with streamlining decision-making, accelerating the pace of transformation, and re-establishing Bed Bath & Beyond's authority in the home space through a more customer focused, omnichannel retail operation, a redefined product assortment, and a more convenient and inspirational shopping experience.

Mark Tritton, Bed Bath & Beyond's President and CEO said:

"We've helped millions of people make it easy to feel at home for almost half a century and our business remains uniquely placed to play an essential role in our customers' lives. To do so, we need to make the business we call home, as special as our customers make theirs.

This is the first in a number of important steps we're taking. Balancing our existing expertise with fresh perspectives from new, innovative leaders of change, will help us to better anticipate and support our customers in their life journeys and shopping needs."

In redefining the structure and roles of the new leadership team, five senior members are leaving their positions, including the Chief Merchandising Officer, Chief Marketing Officer, Chief Digital Officer, Chief Legal Officer & General Counsel, and Chief Administrative Officer. The sixth member, the Chief Brand Officer, resigned last week. While interim leads have been appointed, the Company has commenced a search to fill the positions of Chief Merchandising Officer, Chief Digital Officer, General Counsel, as well as a newly combined Chief Marketing and Brand Officer position.

Mark Tritton continued:

"As we look to the future, I would like to thank all those leaving today for their work and commitment to our business over many years."

**About the Company**

Bed Bath & Beyond Inc. and subsidiaries (the "Company") is an omnichannel retailer that is the trusted expert for the home and heart-felt life events. The Company sells a wide assortment of domestics merchandise and home furnishings. The Company also provides a variety of textile products, amenities and other goods to institutional customers in the hospitality, cruise line, healthcare and other industries. Additionally, the Company is a partner in a joint venture which operates retail stores in Mexico under the name Bed Bath & Beyond.

**Forward-Looking Statements**

This press release contains forward-looking statements, including, but not limited to, the Company's progress and anticipated progress towards its long-term objectives. Many of these forward-looking statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, and similar words and phrases. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments; the ability to attract and retain qualified employees in all areas of the organization; the cost of labor, merchandise and other costs and expenses; potential supply chain disruption due to trade restrictions, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; the ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets it serves; the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and the effect of other factors, on the Company's capital allocation strategy; risks associated with the ability to achieve a successful outcome for its business concepts and to otherwise achieve its business strategies; the impact of intangible asset and other impairments; disruptions to the Company's information technology systems including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to the Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade; changes to, or new, tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; foreign currency exchange rate fluctuations; and the integration of acquired businesses. The Company does not undertake any obligation to update its forward-looking statements.

**CONTACTS:**

INVESTOR CONTACT: Janet M. Barth, (908) 613-5820 OR IR@bedbath.com

MEDIA CONTACT: Dominic Pendry, (347) 604-0381 OR dominic.pendry@bedbath.com /
Allison McLarty, (646) 270-6797 BBBY@edelman.com

# EXHIBIT L

# THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## BBBY - Q3 2019 Bed Bath & Beyond Inc Earnings Call

## EVENT DATE/TIME: JANUARY 08, 2020 / 10:00PM GMT

### OVERVIEW:

Co. reported 3Q19 net sales of $2.8b, GAAP net loss per diluted share of $0.31 and adjusted non-GAAP net loss per diluted share of $0.38.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JANUARY 08, 2020 / 10:00PM, BBBY - Q3 2019 Bed Bath & Beyond Inc Earnings Call

## CORPORATE PARTICIPANTS

**Janet Barth**

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

**Robyn M. D'Elia** *Bed Bath & Beyond Inc. - CFO & Treasurer*

## CONFERENCE CALL PARTICIPANTS

**Atul Maheswari** *UBS Investment Bank, Research Division - Associate*

**Bradley Bingham Thomas** *KeyBanc Capital Markets Inc., Research Division - Director and Equity Research Analyst*

**Curtis Smyser Nagle** *BofA Merrill Lynch, Research Division - VP*

**Jonathan Richard Matuszewski** *Jefferies LLC, Research Division - Equity Analyst*

**Joshua Kamboj** *Morgan Stanley, Research Division - Research Associate*

**Oliver Wintermantel** *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

**Peter Sloan Benedict** *Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst*

**Robert Kenneth Griffin** *Raymond James & Associates, Inc., Research Division - Senior Research Associate*

**Seth Ian Sigman** *Crédit Suisse AG, Research Division - United States Hardline Retail Equity Research Analyst*

**Seth Mckain Basham** *Wedbush Securities Inc., Research Division - MD Of Equity Research*

**Steven Paul Forbes** *Guggenheim Securities, LLC, Research Division - Analyst*

## PRESENTATION

**Operator**

Welcome to Bed Bath & Beyond's Third Quarter Fiscal 2019 Earnings Call. (Operator Instructions) Today's conference call is being recorded. A rebroadcast of the conference call will be available beginning on Wednesday, January 8, 2020, at 8 p.m. Eastern Time through 8 p.m. Eastern Time on Friday, January 10, 2020. To access the rebroadcast, you may dial 1 (888) 843-7419 with a passcode ID of 49249207.

At this time, I'd like to turn the conference call over to Janet Barth, Vice President, Investor Relations. Please go ahead.

---

**Janet Barth**

Thank you, Adrienne, and good afternoon, everyone. Before we begin, I want to remind you that our fiscal 2019 third quarter earnings release and slide presentation can be found in the Investor Relations section of our website at www.bedbathandbeyond.com and as exhibits to the Form 8-K we filed just ahead of this call.

Joining me on our call today are Mark Tritton, Bed Bath & Beyond's President and Chief Executive Officer; and Robyn D'Elia, our Chief Financial Officer and Treasurer.

Let me remind you that this conference call and the slides we refer to may contain forward-looking statements, including statements about or references to our outlook regarding the company's performance, our internal models and our long-term objectives. All such statements are subject to risks and uncertainties that could cause actual results to differ materially from what we say during the call today. Please refer to our most recent periodic SEC filings for more detail on these risks and uncertainties, including the Risk Factors section in our annual report on Form 10-K. The company undertakes no obligation to update or revise any forward-looking statements.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



JANUARY 08, 2020 / 10:00PM, BBBY - Q3 2019 Bed Bath & Beyond Inc Earnings Call

Additionally, the information we will discuss today contains certain financial measures that exclude amounts or are subject to adjustments that have the effect of excluding amounts that are included in the most direct comparable measure prepared in accordance with generally accepted accounting principles. For a reconciliation to the most comparable measures presented in accordance with GAAP, please refer to the table at the end of our earnings release available on our website and included as exhibit to our Form 8-K filed today.

I will now turn the call over to Mark.

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Thank you, Janet, and good afternoon, everyone. I'm delighted to be here today during my very first earnings call as Bed Bath & Beyond's President and CEO. For many years, I've watched and admired this company as a competitor as well as a customer, reflecting on my own family's Back to College experiences. I'm excited for the opportunity to reconstruct, renovate and restore this iconic retailer.

For almost half a century, Bed Bath & Beyond has helped millions of people make it easy to feel at home. And I firmly believe our company remains uniquely placed to play an essential role in our customers' lives. To do so, we need to make the business we call home as special as our customers make theirs.

Since arriving in New Jersey just 66 days ago, I have been fully immersed in the business to assess our operations, our portfolio, our capabilities and our culture. My initial enthusiasm for coming to Bed Bath & Beyond has been affirmed. We have a highly recognizable and beloved brand with passionate associates and customers. As a business, we have substantial scale with over 1,000 stores across the U.S. and in Canada, strong brand awareness amongst our customers and a business model that is supported by our strong balance sheet and significant cash flow generation.

From day 1, I've received such a warm welcome from our associates across our company and an open invitation from the team to create and lead change. During my store visits, I've witnessed the passion of our associates as they serve our customers and their implicit desire to win. I've also seen our customers engaging with the brand and have listened to and responded directly to many customer concerns.

Turning to our recent quarterly performance. We reported sales of $2.8 billion, an 8.3% comp sales decline and an adjusted loss of $0.38 in an adjusted diluted earnings per share. The business was challenged by pre and post the Thanksgiving holiday period despite favorable results on a shifted basis during the 5-day holiday shopping period from Thanksgiving to Cyber Monday.

Let me be clear, these results are unsatisfactory and underscore the imperative for change and strengthen our sets of priorities and purpose. We must respond to the challenges we face as a business, including pressured sales and profitability, and reconstruct a modern, durable model for long-term profitable growth. Our path to achieving our objective will not be linear as evidenced by our third quarter results, but we will move quickly to cost correct and drive the business forward.

Now let me discuss our preliminary approach to lead our company into the future. We'll provide a further detailed plan in the coming months, but today, I want to share some high-level insights into where we are heading.

First is a deeper understanding of our customer and our market opportunity. Let's start with some data here. Based on results of a recent brand health tracker study, an NPD consumer tracking data, Bed Bath & Beyond is #1 in brand awareness for the housewares and home goods category and is a strong leader in consideration for bedding and bath. Overall, 79% of our customers have a favorable impression of our brand, and 75% of customers want to buy from our top categories such as home textiles and housewares. This data demonstrates that Bed Bath & Beyond is still a beloved, well-known brand with tremendous opportunity to grow share within a $51 billion U.S. market for the home-related categories we offer. We can and will be more competitive in our categories to win back share to build stronger authority and performance.

The data also speaks to our challenges, including a lack of clarity around purpose and value and a softer connection with Gen Z and millennial customers in our product categories. In addition, we know in our industry that 80% of traffic is influenced by a digital touch point, reinforcing that our digital business is a gateway to our customer and that we need to drastically improve our digital platform. There are also general market pressures such as increased investment in home categories for mass retailers; new competition from direct consumer brands; increased customer

3

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



JANUARY 08, 2020 / 10:00PM, BBBY - Q3 2019 Bed Bath & Beyond Inc Earnings Call

expectations across store, digital and delivery experiences; and the reality that the next generation of customers are not just digitally savvy but shop digital first. As such, we'll be leaning into the digital space to make it easier and more convenient for our customers to shop with us, including quickly evolving our strong performing Reserve Online, Pick up In-Store offering to a full Buy Online, Pick Up In-Store, or BOPUS, model during the first half of fiscal 2020.

We have a clear mandate to reestablish our authority as the preferred omnichannel home destination. In doing so, we need to clarify the meaning of value to our customers. Our future will be framed by customer and market insights to define our market opportunity and inform the development of a winning customer value proposition, one that we can bring to life for our customers across all our retail channels, customer segments, demographics and occasions. As such, we recently entered into a partnership with the NPD Group to assess their extensive retail market data and customized reporting and other data-driven services, which will enable us to more clearly review pricing, share and white space opportunities. Later this year, to build upon this partnership, we will also work with NPD to roll out a vendor collaboration program to further refine our assortments and strategies.

Regarding our go-forward strategy, we'll be grounded in the following 5 pillars. First, our product. We will refine and amplify an exciting omnichannel assortment that rebuilds authority and preference for Bed Bath & Beyond and creates energy through differentiation and curation. Second, our price. We'll invest in and clarify compelling value through more choice with opening price points, relevant owned brands and clear price communications to sharpen our value for quality proposition and to both acquire and win back customers. Third is our promise. We will clarify and deepen our relationship with our customers by connecting, engaging and motivating them to strengthen loyalty and lifetime value. Fourth is our place. We will accelerate and optimize connecting with, inspiring and energizing our customer by becoming a truly omni-always retailer to serve their preferred shopping needs. And lastly, but critically important, is our people. We'll create and sustain a talent engine and culture that attracts, retains and develops high-performing teams who consistently deliver operational excellence and business results.

With these 5 pillars as our guide, we're embracing a commitment to reconstruct and modernize our operating model to drive efficiency and effectiveness, charting a new course for our company. We look forward to sharing more details on these 5 strategic pillars and expectations for future performance over the next few months. We plan to host an investor event in the spring of 2020, and we thank you in advance for your patience and support while we finalize these plans.

In the meantime, our teams remain focused on accelerating our extensive transformation efforts and driving against our near-term priorities to generate savings and reinvest for the future growth. We've been reviewing and optimizing the company's asset base, including the portfolio of retail banners as a key source of further funds to potentially redeploy and reinvest. We've been reviewing and resetting the cost structure, modernizing for growth and refining our organization, which is expected to result in significant savings in both cost of sales and SG&A, including reducing overhead, improving sourcing, increasing private label penetration and optimizing our supply chain. We also have been more definitively analyzing our sales and share in an effort to improve our sales trend and top line growth in line with our future goals.

While our top line still remains challenged, we've made tangible progress on many of these priorities. One action we've taken includes the announcement earlier this week of the completion of a real estate sales leaseback transaction, which generated net proceeds of over $250 million. This deal includes commercial space, including retail stores, a distribution facility and our corporate office in Union, New Jersey, which will be -- continued to be occupied under the long-term leases. This activity marks the first step towards unlocking valuable capital in our business that can be put to work to amplify our plans to build a stronger and more efficient company to support revenue growth, financial stability and shareholder value.

While the specifics of our capital allocation strategy remain under review as the Board and management team evaluate future capital investments required to accelerate the company's ongoing business transformation, the net proceeds from the sale leaseback transaction and other potential cash-generating transactions could be used to reinvest in the company's core business operations to drive growth, fund share repurchases, reduce the company's outstanding debt or some combination of these. While we can't outline any specifics at this time, we are still actively pursuing other potential portfolio adjustments and working through the process with our outside advisers.

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**JANUARY 08, 2020 / 10:00PM, BBBY - Q3 2019 Bed Bath & Beyond Inc Earnings Call**

In connection with this process, the company continues to evaluate certain remaining owned real estate. Whether we engage in any such future action and the associated timing will be based on a careful assessment of each asset and how to best optimize its value for the business on a go-forward basis. I look forward to updating you on our progress in due course.

As we reconstruct and modernize our operating model, we need to embed the right leadership capabilities and accountability measures to ensure the business operates efficiently and effectively. A rethink of the company's leadership team was necessary to propel Bed Bath & Beyond forward. Last month, I announced extensive changes to our leadership team, including the departure of 6 senior members. We'll be putting a team in place that will not only have the right talent and expertise to execute our new vision and inject new ideas but also the right organizational structure to facilitate a more streamlined decision-making, to accelerate the pace of transformation and to reestablish Bed Bath & Beyond's authority in the home space.

Balancing our existing expertise with fresh perspectives from new, innovative leaders of change will help us to better anticipate and support our customers in their life journeys and shopping needs. During this period of transition, I am grateful to our leaders who have stepped up to provide key interim leadership in merchandising, digital, marketing, owned brands and legal. I've been buoyed by the immediate positive change that the engagement of these key leadership teams has provided. I'll be also leaning in during this transition period and personally overseeing the work of several teams as we solidify our strategy and plans together. In connection with the leadership announcement, I have been active in the recruitment process for these roles already. The volume of inbound interest has been extremely high, and I'm confident that we will recruit top talent for these positions.

In other activity, as part of our strategic focus, we have been further evaluating our product assortment. We're taking aggressive steps to rationalize the assortment and better manage inventory as we start a journey in building our offering of owned brands balanced with a powerful arsenal of core national brands. More to come on this soon.

Here are some of the early accelerated actions we are taking to lay the foundation to create a new vision for our company, one in which we work together to build a better business every day in a place where we make it easy for our millions of customers to feel at home. With respect to our sales stabilization efforts, we did see some positive signs of growth during the recent Thanksgiving sales period, benefiting from all our stores being open on Thanksgiving Day this year, new promotional activities and new pricing models. Comparing these 5 days from Thanksgiving through Cyber Monday 2019 versus 2018, comp sales actually increased by 7.1% supported by growth in physical stores of over 5% and strong growth from our digital channels in excess of 13%. These results begin to demonstrate that when we think and act differently, we can create meaningful positive outcomes. While the strong promotional activity during this holiday period is not preferred, we will be sharpening our value for quality proposition in an effort to not only win back customers but also attract new ones.

As I said earlier, our third quarter results were unsatisfactory. To some extent, our performance was impacted by self-inflicted issues such as poor inventory management, noncompetitive pricing and a lack of convenient shopping options like BOPUS, which I do know can be rectified going forward. In the near term, we will be focused on these issues in our operating model. And while improved performance will not be linear, we will continue to lay the foundation of our transformation as we work to address the internal and external headwinds that are impacting on our business currently.

In short, my mission is to ensure that Bed Bath & Beyond is well positioned for long-term success. We have a highly recognizable and beloved brand with passionate associates and customers. I truly believe this is one of the last iconic retailer turnarounds in this country, and I'm excited about the future of our business.

I'll now turn the call over to Robyn to review our quarterly financials. And then afterwards, I will make some closing remarks. Robyn?

---

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

Thank you, Mark. Let's start with a review of our GAAP results. We reported a net loss per diluted share of $0.31 for the third quarter of fiscal 2019 compared to net income per diluted share of $0.18 in the prior year period, which included a benefit of $0.16 from a gain on the sale of a building. Our reported net loss this quarter includes a net benefit of $0.07 per diluted share for special items, which includes a favorable adjustment of $24

5

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Client Id: 77

million to the company's previously established incremental reserve for future markdowns that was partially offset by a noncash charge of $12 million for the impairment of certain store level assets. On an adjusted basis, our non-GAAP net loss per diluted share was $0.38.

To better represent the year-over-year performance of the business during the comparative quarters and consistent with our disclosures during previous earnings calls in fiscal 2019, my review of our quarterly results will be on a non-GAAP basis, excluding the adjustment to the inventory reserve and the store impairment charge as well as last year's gain from the building sale. As a reminder, our third quarter this year consisted of the 13 weeks ending November 30 and included Black Friday and the Saturday after Thanksgiving, while our third quarter last year consisted of the 13 weeks ending December 1 and included Black Friday and Cyber Monday week.

Net sales in the quarter were $2.8 billion, a decrease of 9% from the third quarter of last year. Comp sales for the quarter decreased 8.3% and reflected a decrease in the number of transactions, partially offset by an increase in the average transaction amount. On a directional basis, comp sales from our stores declined in the high single-digit percentage range, while comp sales from our digital channel declined in the mid-single-digit percentage range. Sales for the third quarter were significantly impacted by the calendar shift of the Thanksgiving holiday. This year, there was 1 less week of holiday sales compared to the prior year period. Adjusting for this calendar shift to include Thanksgiving and Cyber Monday weeks in both periods, our comp sales declined only 3.6%, with a decline in store sales of 6.5% and growth in digital sales of 9.4%.

During a like-for-like comparable period covering the 5 days from Thanksgiving to Cyber Monday, our performance showed comp sales growth of 7.1%, including growth in stores of over 5% and digital growth in excess of 13%. Despite the calendar shift, our business remained challenged with some self-inflicted issues, including poor inventory management, noncompetitive pricing and a lack of convenient shopping options, and we are working to address these issues.

To create a noticeably different shopping experience for our customers, we executed a rapid refresh of 156 of our highest volume and most profitable Bed Bath & Beyond stores, including basic improvements to store entryways and checkout. We also engaged in new promotional activity during the holiday period, including special in-store and online sales events and the launch of our first-ever national Black Friday advertising campaign. Overall, these are positive steps, but we know we have a lot more work to do to stabilize our top line and margins.

Moving now to the gross margin. Our adjusted gross margin for the quarter was 32.3% of net sales as compared to 33.1% in the third quarter of last year. This 80 basis point decline is primarily due to a decrease in merchandise margin driven by a higher level of promotional activity in the quarter and was partially offset by a decrease in net direct-to-customer shipping expense. Our BEYOND+ membership program continues to grow and now stands at about 1.4 million members. While the BEYOND+ customer spends more and visits more often, the program continues to unfavorably impact our gross margin, including by about 35 basis points during the fiscal 2019 third quarter, which is similar to the prior year impact.

Moving to SG&A. Adjusted SG&A expense for the quarter was $931.8 million or 33.8% of net sales as compared to $982.5 million or 32.4% of net sales in the prior year period. This $51 million decrease reflects our progress in resetting our cost structure, including lower payroll and payroll-related expenses from several actions taken this year to reduce overhead costs and lower occupancy expenses resulting from our ongoing comprehensive real estate optimization efforts, partially offset by higher management consulting expenses associated with some of our strategic initiatives. As a percentage of net sales, the 140 basis point increase in SG&A was primarily due to the effect of our fixed costs such as occupancy and technology-related expenses, including depreciation, on a lower sales base as well as from higher advertising expenses. On an adjusted basis, our effective tax rate was 20.6% and includes $2.8 million of net after-tax costs due to distinct events occurring during the quarter.

Now looking to our balance sheet. We ended the quarter with $920 million in cash and investments. Retail inventories of $2.7 billion at cost reflected a reduction of 10% or $289 million at cost during the quarter compared to the end of the prior year period, excluding the impact of the incremental reserve for future markdowns. This 10% reduction in inventory is despite our quarterly sales decline of 9%.

Let me now briefly give an update on our inventory reduction initiative and the adjustment to the reserve I referenced earlier. As we disclosed last quarter, we initiated a plan to aggressively reduce up to $1 billion of inventory at retail over the next 18 months as part of our near-term priority to review and optimize our asset base. This included the removal of approximately $350 million of inventory at retail before the holiday.

6

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JANUARY 08, 2020 / 10:00PM, BBBY - Q3 2019 Bed Bath & Beyond Inc Earnings Call

In conjunction with this decision, we took an incremental reserve for future markdowns of $194 million in the second quarter. We have subsequently refined our plan. And as a result, we now estimate our recovery rate will be higher than originally planned. And therefore, we recorded a $24 million favorable adjustment to our reserve for future markdowns in the third quarter. This adjustment is reflected in our reconciliation for adjusted gross profit included in our financial disclosures.

Moving to CapEx. Our capital expenditures for the first 9 months were $188 million with nearly 50% related to technology projects primarily focused on logistics, digital capabilities and analytics. The remaining CapEx was primarily related to investments in stores, including remodels and new store openings.

During the third quarter, we closed 14 stores across all concepts and opened 4 stores. We now plan to close approximately 40 total stores, including about 20 Bed Bath & Beyond stores. We had previously planned to close 60 total stores, including about 40 Bed Bath & Beyond stores. We have decided to delay the closing of 20 of the 40 Bed Bath & Beyond stores that were scheduled to close to utilize these stores during the first half of fiscal 2020 to better facilitate the clearance and sell-through of the merchandise associated with the inventory reduction initiative. We are still on target to open approximately 10 total stores, including about 2 Bed Bath stores during fiscal 2019.

Regarding share repurchase activity. We had a low level of engagement in the market, repurchasing $1.2 million or 87,000 shares during the quarter. And as Mark stated earlier, our capital allocation strategy remains under review as the Board and management evaluate future capital investments required to accelerate the company's ongoing business transformation. Today, our Board of Directors declared a quarterly dividend of $0.17 per share to be paid on April 14, 2020, to shareholders of record as of March 13, 2020.

Similar to our third quarter results, we expect our sales and profitability to remain pressured during the fiscal 2019 fourth quarter. Considering these headwinds and Mark's ongoing work to assess the business and finalize the details of our go-forward strategic plan as well as the extensive senior leadership changes within the past month, we believe it is appropriate to withdraw our fiscal 2019 full year financial guidance.

Before I conclude, I'd like to provide a few additional pieces of information. First, our fiscal 2019 fourth quarter pretax earnings will include the following items: approximately $11 million of severance expense associated with the extensive leadership changes announced in December and approximately $33 million of a loss related to the sale leaseback transaction. Second, our fiscal 2019 capital expenditures are now planned to be lower at approximately $275 million to $300 million compared to our previous estimate of between $350 million to $375 million. This lower estimate is primarily due to the timing of projects.

And finally, in connection with the recently completed sale leaseback transaction, we will incur annual incremental pretax net occupancy cost of $11 million, which began with the closing of the transaction in late December. Our balance sheet will include roughly $190 million of incremental lease assets and liabilities from this transaction. The transaction generated net proceeds of more than $250 million and included about 2.1 million of our nearly 4 million square feet of owned real estate and consisted of 12 retail locations, 1 distribution facility and our corporate campus in New Jersey. And the lease terms on these properties generally range from 12 to 18 years.

I will now turn the call back over to Mark for some closing remarks.

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Thank you, Robyn. It is clear that we have some heavy lifting to do against the emerging plan and clear goals. I believe that to change the trajectory of our current results, we must first identify and understand where the customer needs and the marketplace are headed and then invest quickly and consistently to ensure our core business can serve those needs competitively. The approach we are taking to set the future strategy is very much aligned to fulfill this vision.

So today, I want to be clear on where we stand and where we are going. We're experiencing short-term pain, some of which has been self-inflicted. We are making bold and broad-based changes to modernize our business. We have a solid balance sheet. We will have a relentless focus on our customer. We'll act as a true omnichannel retailer. We will be agile and take a measured approach. And as such, these results will be accomplished over a period of quarters and years to create a stronger authority in our market and a sustainable, durable business model.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



JANUARY 08, 2020 / 10:00PM, BBBY - Q3 2019 Bed Bath & Beyond Inc Earnings Call

One of the advantages of my more than 30 years of experience in different retail environments is seeing other cultures, different structures and different models during turnaround situations and growth recovery. Through the lens of these experiences, I can see our company's fundamental advantages, challenges and opportunities much more clearly. It is this perspective that is helping me to look objectively at the business and make bold pivots to reconstruct, renovate and restore Bed Bath & Beyond. We have plenty of options and a healthy balance sheet, as I've said, to get to work and accomplish our goals.

As I said before, our path to achieving our objective will not be linear as evidenced by our third quarter results, but we will move quickly to cost correct and drive the business forward.

In closing, I want to say once again how delighted I am to have the opportunity to lead this iconic company. Our entire team of more than 60,000 associates and I recognize that we have work to do to get Bed Bath & Beyond to master the fundamentals and strengthen our execution. We will work together to finalize the details of our strategy, and we'll share these plans with you over the coming months. We appreciate your patience as we embark and pursue on this journey to position Bed Bath & Beyond to deliver long-term sustainable growth. We're all dedicated to advancing our company for the benefit of our customers, our vendor partners and our shareholders.

With that, I'd like to open the call to your questions.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) And our first question comes from Curt Nagle from Bank of America.

**Curtis Smyser Nagle** - *BofA Merrill Lynch, Research Division - VP*

So I guess the first one, both for you, Mark. Would the -- look, I know it's very early on, but -- and there's a lot of work to do, but what would be perhaps a reasonable time frame for you, I guess, to start seeing comp stabilization? And then as a follow-up to that, I guess, any more thoughts you could share in terms of the extent and maybe the time line of, I guess, putting forward the new or refreshed Bed Bath in terms of what operating segments do you think you'll hold on to?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. Thanks, Curt. So in terms of the time frame, again, we're still in the process of evaluation, and I want to be really clear here, continuing to accelerate the existing transformation work that was put in place which is really solid, and we've been able to double down on that since me coming onboard. And just looking to get clarity on our priorities, our investments and our Capex, we still have a few balls in the air there that we're looking to solidify so we could help prioritize and build that plan. That's why I'm sharing that I'll come back in the spring to be really clear on our 2020 plan and the pagination of those goals. So it's more work to be done but work in flight, so stay tuned on that. So the time line and the operating model will be commensurate with that. But there's some individual efforts that are already taking shape, and we see ourselves doubling down on those. To date, they're mostly focused on operational strength and excellence and reconciliation. I'm looking to drive more of the growth initiatives against those same pyramids of transformation and opportunity. And so again, that's going to be built into our plan.

**Operator**

And our next question comes from Bobby Griffin from Raymond James.

8

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JANUARY 08, 2020 / 10:00PM, BBBY - Q3 2019 Bed Bath & Beyond Inc Earnings Call

**Robert Kenneth Griffin** - *Raymond James & Associates, Inc., Research Division - Senior Research Associate*

Mark, welcome to Bed Bath & Beyond.

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Thanks, Bobby.

---

**Robert Kenneth Griffin** - *Raymond James & Associates, Inc., Research Division - Senior Research Associate*

My first question is to you, Mark. And I appreciate some of the early details on kind of the 5 pillars, but could you maybe talk about your view of couponing and how that fits into those pillars and your customers? And then my follow-up question is, just on the remaining real estate that's left, can you give a little color on what type of properties those are? Is it distribution centers, stores, other type of property that we might not be thinking of?

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. So let's start with couponing. So I think what -- the keyword that I think comes to mind here is really balance. So we know that the coupon is part of our heritage and our DNA, and we want to maintain that in our mix as part of our tools that we can reach out to customers with. But we do see that there's an opportunity to readjust our value proposition directly with the customer. And our research shows that we can sometimes be ambiguous or unclear about what that first price is when they're searching online, which is the primary vehicle for research. So really rebalancing our opening price points, priced right daily as well as meaningful promotions and coupon usage is going to be our structure going forward. We're already analyzing where our coupon has strength and where it has opportunities to be morphed into other opportunities such as promos or through regular price, well-priced business, and that work is currently in flight.

Regarding the real estate, we continue to look at all our options on the table equivalent to what we've seen now, stores, warehousing and other assets. But again, we're still in the process of evaluating that with outside support. We've made a bold first move with that. We'll see if there are other opportunities, and I look forward to sharing more as we evaluate.

---

**Operator**

And our next question comes from Simeon Gutman from Morgan Stanley.

---

**Joshua Kamboj** - *Morgan Stanley, Research Division - Research Associate*

This is Josh Kamboj on for Simeon. Mark, improving the digital offering is clearly in focus. Can you share some examples of what functions do you think need the most work as well as some of the time frames and level of investments involved in making those fixes?

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. I think this is one of the areas we can be the most agile because of the rapid change and the costs associated. So I think everything from the speed and accuracy that a customer can move through our website compared to our competition is being reviewed, how we tell stories to our customer and involve them for consideration as well as purchase, thinking about digital being a Trojan horse for the total experience and a true digital touch point as opposed to an independent silo, so enterprise thinking really here as digital as a gateway. So everything from how we feature on our website, how we represent value, how we celebrate key moments and missions and occasions for our customer as well as the key brands and categories they want to look at is really up for grabs. And we've started that work, and we've got support in analyzing that and looking at considerations like speed, agility and how we profile brands, price points and storytelling in key promotions. So all of that is being looked at, and

9

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



JANUARY 08, 2020 / 10:00PM, BBBY - Q3 2019 Bed Bath & Beyond Inc Earnings Call

we're deep in that at the moment. So we hope to get some traction on that very quickly in half 1 and be established and ready for the all-important second half.

---

**Joshua Kamboj** - *Morgan Stanley, Research Division - Research Associate*

That's very helpful. And then just one for Robyn to follow up. You mentioned the shifted comp of negative 3.6% versus the reported one. What was the gross margin for the quarter on a shifted calendar basis?

---

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

We haven't quantified or shared that information at this point.

---

**Operator**

And our next question comes from Michael Lasser from UBS.

---

**Atul Maheswari** - *UBS Investment Bank, Research Division - Associate*

This is Atul Maheswari on for Michael Lasser. So Mark, based on your initial assessment of the company's cost structure, where do you think are the key opportunities to cut costs? What are the biggest buckets? And how much do you think of the cost savings realized that you'll have to reinvest back into the business? And then along those lines, can you provide your initial assessment of which areas of the business need the most investments?

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Right. So I think that as we look at the buckets, we definitely see improvement in our COGS, and we're deep in negotiation process to revise our costs and work with our vendor base as well as we look to the more long-term proposition of how we build out our owned brand capabilities and invest in better price points and, therefore, better margins. So COGS is going to be one of those considerations. I think across the board, we've seen and have pre-identified through the transformation programs opportunities to create efficiency and effectiveness in how we work. And when we think more as an enterprise and with more agility, we can actually reduce some of these costs.

We've looked at all the buckets, and I'm not going to specify which ones at this point because we're still work in flight, where we see investing is really going to be what I talked about, in those 5 pillars. We invest in our experience through our place, in our people through our team, in our product and our promise. And so we're going to really drive value. And clearly, from what I've stated, digital will be one of the key areas. But the physical touch point of the stores and the digital touch point in tandem being reconstructed and renovated is going to be a key focus.

---

**Operator**

And our next question comes from Brad Thomas from KeyBanc Capital.

---

**Bradley Bingham Thomas** - *KeyBanc Capital Markets Inc., Research Division - Director and Equity Research Analyst*

Welcome to Bed Bath & Beyond, Mark.

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

## JANUARY 08, 2020 / 10:00PM, BBBY - Q3 2019 Bed Bath & Beyond Inc Earnings Call

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Thank you, Brad.

---

**Bradley Bingham Thomas** - *KeyBanc Capital Markets Inc., Research Division - Director and Equity Research Analyst*

I wanted to first ask kind of a high-level question and a question about the fourth quarter. I guess at a high level, Mark, I was hoping you could help us think about the near-term opportunities to improve merchandising and sourcing and costs that do seem to be pretty tremendous as we look at the company from the outside and just your willingness to try to harvest them and flow them through to the bottom line in the shorter term versus that opportunity to maybe reinvest in the business for the longer term and just how you're thinking about balancing those two. And then just as it relates to the fourth quarter, I was hoping you can give us a little more color around how December played out and if we should be thinking of that versus the negative 8% comp that you reported or the negative 3.6% adjusted just as we try to calibrate our models for the fourth quarter, any more color you can provide would be helpful.

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. So Brad, let me kind of take the first piece, which is harvesting the merchandising benefit. As I expressed a little earlier, we're knee-deep in that at the moment. I'm really pleased with the pace and what change looks like there in terms of harvesting better COGS and really looking to curate our assortment. I think one of the real strengths of the season when we're under pressure is that we were able to maintain our inventories and always look at that mix of sales growth versus inventory growth. And the team had done a great job in terms of keeping the lid on inventory and really culling through that aged and excess inventory side of the business. So that's a real strength. It helps set us up for 2020 in a really positive way.

As I mentioned earlier, the ideas around harvesting owned brand opportunities is one that needs a deep portfolio review, and I've already conducted that, and we've begun the process of that. But that's not an overnight sensation, and we want to get it right. But we will reconstruct our offer with a definitive mix of owned brand curated with national brand to create a unique and differentiated home authority. And so that's clearly on the agenda. Time of harvest, size of harvest, stay tuned. I'm going to come back when we, in spring, outline our overall plan, and that's what we're very actively working on at the moment.

In terms of Q4, we're still in the middle of that, and we're not going to be declaring any numbers there. But we have said that we continue to remain under pressure. And we're working through how we're performing there, and we have a number of balls in the air on what our options are and how we're going to come out. So again, not offering that at the moment, but thanks for your question.

---

**Operator**

And our next question comes from Seth Sigman from Crédit Suisse.

---

**Seth Ian Sigman** - *Crédit Suisse AG, Research Division - United States Hardline Retail Equity Research Analyst*

So I'm curious on the holiday performance, you talked about that 7.1% comp over the 5-day holiday period. You also mentioned that this was the first Black Friday campaign you ran, so I assume that helped. Anything else you would highlight that drove that positive comp? And if you could give us some perspective on how that exact period performed in prior years, maybe just last year to put it in context, that would be helpful.

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. So I can give you an overview, and Robyn will add some color to the actual numbers. I think, Seth, the issue for us was in the sum of the quarter, the Thanksgiving came in the closing days, and it came with a bang. But our lead-in was relatively soft, and we did lack great traffic enough to

11

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Client Id: 77

JANUARY 08, 2020 / 10:00PM, BBBY - Q3 2019 Bed Bath & Beyond Inc Earnings Call

compensate and balance out our full quarter. And that's a huge learning for us, and we won't repeat that in 2020. But what we did see is not only open the extra day, but we started entering into Thanksgiving period, and we saw real pressure on sales. And we realized that some of our activity in digital, by trying to remain independently profitable in that space and not thinking about the gateway experience on the Thanksgiving period, was distorting our true price value equation and what we could mean to the customer at that time.

We made really sharp pivots, and I was really proud of the team, and we instantly saw key items we're winning share back. We're watching it hour by hour. And we're able to do that digital first, of course, because of our agility there. Having a stronger presence in-store of signage and offers, and we think that's something we can still move more assertively on next year and combining that 360 experience. So they all lent itself to a much stronger period. Again, late in the quarter and only a small part of our overall performance, but they did give us green shoots of opportunity to say when we act and think differently, we can win. And our customer loves us and trusts us, we've just got to let them in the door.

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

And just regarding the numbers, we were pleased that when we made those changes, we were able to deliver positive results. Although in that window, in that 5-day window between Thanksgiving and Cyber Monday, having a positive over 5% comps in stores and a positive over 13% in digital is a very different trajectory than what we thought.

**Operator**

And our next question comes from Oliver Wintermantel from Evercore.

**Oliver Wintermantel** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Mark, you mentioned 5 pillars, so I just want to focus on 2 of those. One, you mentioned omnichannel and multichannel investments and the other one was price investments in your prepared remarks. So I don't want to put words in your mouth, but is it fair to assume that in this transition period, are you focusing more on top line growth than on margins to get the top line going and maybe invest in margins? Is that a fair assumption?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

I think that's a little too general. I mean I think we're looking in a very balanced way between sales and gross margin. What we are recognizing now, Oliver, is the need to ensure that in this new digital world and new retail environment that we're ensuring that traffic flows in the right way and that we're in the consideration pool appropriately for our customer. So competitively priced and realistically priced in the market becomes the investment that we need to make. I'm no stranger to this, I've been through it before, converting promotional sales or clearance sales to regular price sales. And it can be meaningful to our business in terms of our overall sales and stabilized gross margin. So we're looking at the balance of those 2. It's a word that I'm using frequently here, and it's quite deliberate. We're not just driving top line sales at the sacrifice of.

**Oliver Wintermantel** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. And for -- just as a follow-up, you mentioned the real estate strategy, and that's under review. Have you talked about the different brands that you own, what the strategy is there?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. We've taken an external partner to assess our overall concepts, and we're continuing to look at opportunities to maximize our portfolio. And I don't have anything to share at this point, but I look forward to coming back and sharing more ideas on where we're heading with our overall concepts and portfolio.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



JANUARY 08, 2020 / 10:00PM, BBBY - Q3 2019 Bed Bath & Beyond Inc Earnings Call

**Operator**

And our next question comes from Steve Forbes from Guggenheim.

**Steven Paul Forbes** - *Guggenheim Securities, LLC, Research Division - Analyst*

I wanted to start with a follow-up on the promotional plans you discussed. And maybe to start on that, maybe if you can sort of give us some color and expand on the decision during the quarter or, I guess, over the past couple of months to do the 25% off the entire purchase multiple times. And the reason I asked, right, is just looking for some insight into the customer response. And then also just maybe how that relates to your initial take, Mark, on the value proposition of the BEYOND+ membership program given that there is some inherent value, right, with those members' abilities to utilize coupons all the time and the frequency -- increasing the frequency and the depth of the coupon for everyone sort of distorts the value. So I'd just love to hear how you're sort of balancing promotional efforts with the BEYOND+ membership program.

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. So in terms of the Thanksgiving period, this was the first time that we actually deployed an active mass promotional strategy, not a coupon strategy. And I think that what we did inside those, we destacked it, so there was an absolute. And I think it talked clearly and resonated freely with the customer about value. And that's a really tight microcosm of time with its hyper focus on price and value and discounts in the market. So it's not a long-running opportunity and not a massively repeatable one. But where we see that we can strike with a simple, effective promotion, and they won't be as steep as we've shown here, this was, as I've said in the time and place, we'll balance that out with a portfolio of regular coupon and meaningful promotions. So we're currently reviewing the results that we've had and helping to shape how that becomes a more meaningful effort throughout our 2020 plan, so more follow on that.

So the other part of your question, can you just repeat that for me?

**Steven Paul Forbes** - *Guggenheim Securities, LLC, Research Division - Analyst*

Maybe just your initial perception, right, of the value proposition of the BEYOND+ membership program because, okay, obviously, part of that is that 20% off coupon, every day, every item. If there's going to be a change in the promotional plan here, it distorts the value, so just love to hear your initial perception.

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. I mean I think we are kind of putting it up for a total review across the board. I think what we see is that we have a guest who's incredibly loyal, and how do we reward them? How do we engage them? And I think they're looking for both. And so I think that the BEYOND+ 20% off is one strategy and one offer that we've used. And I think there's probably several more notes that we can add into that to play it a different way. But again, it's about a measured response between the action and co-reaction of each of those pieces' promo: BEYOND+, coupon and regular price. And so we're reviewing those in real time at the moment. It's definitely an area of focus for us.

**Operator**

And our next question comes from Jonathan Matuszewski from Jefferies.

**Jonathan Richard Matuszewski** - *Jefferies LLC, Research Division - Equity Analyst*

Great. Welcome, Mark.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

JANUARY 08, 2020 / 10:00PM, BBBY - Q3 2019 Bed Bath & Beyond Inc Earnings Call

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Thanks, Jonathan.

---

**Jonathan Richard Matuszewski** - *Jefferies LLC, Research Division - Equity Analyst*

Appreciate we'll be getting more color on the timing of potential divestitures in a few months with a broader vision, but what are the parameters you'll be using to prioritize in deciding which concepts you deem as core and which you deem as less important to the new Bed Bath?

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. It's a great question. I think that the great spot that we're in is the criteria isn't necessarily cash because we are so cash rich and we can add to that to invest in our business and do a number of different things. The criteria really is around what do we see is fundamentally connected to our core and that we can build sustainable growth and really build equity over time and also to what is an addition to our current workload or a subtraction to our current workload and our focus. So our portfolio is wide. They're all strong, and they're all great assets. But who we want to be in 1, 2, 3 years' time, I think we want to see ourselves as a core nucleus of brands and businesses that are interrelated and that can support one another and create true economies of scale. So that's part of the criteria that we're using as we assess.

---

**Jonathan Richard Matuszewski** - *Jefferies LLC, Research Division - Equity Analyst*

That's helpful. And just a quick follow-up, you mentioned the vendor collaboration program, I think, slated for later this year. Maybe just if you could just share kind of your vision for what that will become and what bed Bath is seeking to achieve there.

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. I think overall, I see vendors as a major key to the door in terms of our future success. They invested in us, and we work as a key partner. And I think we can double down on the partnership. And that really stems from a level of data, understanding our customer and their needs and really tapping into our vendors for their strength. And I think that that's an opportunity for us to be more symbiotic in the way that we work. And transferring of information and opportunity between us is, I think, one of the hallmarks of how I've operated in the past. I don't really want to double down on that here at Bed Bath & Beyond. As I said, I've only been here 66 days, and we've been doing a lot of things. One of the things I look forward to with my new team is really establishing a much deeper and closer relationship with our vendor partners along with more intuitive data to be able to make real-time business decisions, meet our customer needs and all of us prosper.

---

**Operator**

And our next question comes from Seth Basham from Wedbush Securities.

---

**Seth Mckain Basham** - *Wedbush Securities Inc., Research Division - MD Of Equity Research*

Welcome, Mark.

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Thanks, Seth.

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



JANUARY 08, 2020 / 10:00PM, BBBY - Q3 2019 Bed Bath & Beyond Inc Earnings Call

**Seth Mckain Basham** - *Wedbush Securities Inc., Research Division - MD Of Equity Research*

My first question is around omnichannel. You suggested a key piece of your turnaround plan is to build a true omnichannel retailer. Which retailers do you view as best-in-class in this regard already? And will you use these retailers as a road map for your transformation?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

A great question. I mean I think that I'm -- we're looking at the total marketplace and really trying to understand the customer -- how the customer has learned new ways of shopping, new ways of interacting and really looking at all those best practices across the board. And the key elements of those are really around a digital-first strategy, what we're calling an omni-always, and really thinking about digital as a gateway experience. Like we've seen some great statistics within the quarter that saw our mobile conversion outpace our desktop conversion for the very first time, and that's with the app playing a great role, and we think that it can be even more prevalent in the way that we interact with the customer. We see that ease and convenience is a very important part of our business. And I think that the last 12 months to 2 years is really seeing a renaissance in the interconnection between digital and physical, especially around BOPUS where there's been a lot of growth. And I don't think we've been geared effectively for that, and I think we've been missing out on that opportunity. We've seen some really great double-digit comp growth in our ROPUS business. But that is Reserve Online, Buy In-Store, which is still creating friction for the guest to have to go through the actual purchase at store. We're going to move to frictionless purchasing in early 2020 as we move into a BOPUS environment, which we see our competition already flourishing in that.

So we have big eyes and ears and really looking at our competition and seeing how they succeed but also how they're influencing future guest behavior, and we're looking to more quickly come on board with that. We know that we have been behind in that. That's everything from assortment, pricing, how we represent online and in-store, how we make it easier for customers to shop. All these are highly emulatable. But we also want to make sure that during that process, we're creating a unique and differentiated model from other retailers. So influence, yes; copying, no. And we have a great opportunity being a single authority in the home space to create a really unique 360 omni-always environment that I look forward to fast-tracking and sharing with you guys.

**Seth Mckain Basham** - *Wedbush Securities Inc., Research Division - MD Of Equity Research*

That's very helpful. And one follow-up question for Robyn. Just as we think about the fourth quarter reported comps, should we consider those to be 500 basis points better, so to speak, because of the calendar shift?

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

Well, in terms of fourth quarter, because we have a lot going on and we're making a lot of changes, we're still working on our plans. At this point, we feel it's appropriate not to comment on any metrics there.

**Seth Mckain Basham** - *Wedbush Securities Inc., Research Division - MD Of Equity Research*

I'm sorry, just in terms of the calendar shift, the impact in the third quarter was about 500 basis points between your reported and adjusted comp. So shouldn't you just get that back in the fourth quarter? That's all I want to clarify.

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

Oh, I understand. I'm sorry. Yes. I believe it -- I don't know if it would weight the same way on the fourth quarter sales, but we'll provide that information once we report fourth quarter earnings.

15

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

**Operator**

And we have time for one more question, Peter Benedict from Baird.

**Peter Sloan Benedict** - *Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst*

Great. Made it under the gun. Good to hear your voice. I guess, well, geez, one and a follow-up here. I'll start with just the private brand strategy because, obviously, that's something that you come with very fresh and a lot of experience in. I'm just curious what the infrastructure needs are and what needs to be put in place for you to kind of push that initiative at the level I assume you want to push it. Is it in place already? Is there -- or a lot of investment has to take place. Just curious, your thoughts around on that in terms of private brands.

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. So creating an owned brand stable really does take 2 things. I mean it takes a talented team, it takes a clear strategy but also takes great partners. And we're cultivating all 3 at the moment. We have an existing team who are very strong. We're currently deepening our partnership work. Our team has been out in Asia, working through that in the December period to fast track that. We see tons of upside in terms of our COGS assessment by converting discretionary labels into a more meaningful owned brand portfolio, and that's high on our agenda. There will be some infrastructure investment to get even greater talent to add to that team to get the job done. But this is why we're currently in flux, looking at our overall SG&A to make sure that we can really recut our operations to self-fund and drive these businesses. We see setting up this team in full but still creating operational efficiencies and cost savings to our SG&A as a result. But we're really excited to build off that team and build a portfolio and a staged set of events as I've done in prior companies around the introduction of owned and defendable brands that you can only find in Bed Bath & Beyond and in our portfolio. It's not -- as we have to design, source, create brands, move forward, that's not an overnight sensation. But I'm really excited about what I'm seeing as the early footprint of what we're going to be doing there.

**Peter Sloan Benedict** - *Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst*

No, that's helpful. And then I guess my last question or my follow-up would be on just the role of registry at Bed Bath & Beyond. Historically, it's been a pretty important part of the business. Just curious, your views on registry and what you think you can do there, if that's an area of focus for you.

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. I mean I actually was just reviewing some data around that yesterday, and some really very positive signs there. I think that that's been a tougher market for everyone in total. But particularly in our baby business, we've been gaining market share as a result of our registry, and we're building deeper trust and engagement with our customers. And I think that it's a way that we can reignite our engagement even further. We've seen some declines in our overall sales in registry while still maintaining a very high share penetration in the registry space. We are known for this. I think it's something we won't ignore, and we'll find ways to ignite it inside our strategic plan. If you kind of think about the combination of really unique product offering through owned brand and the power of registry and the power of BOPUS and the in the power of digital, you start to really get a new frontier in the way that we can drive our business.

**Operator**

And this concludes the question-and-answer session. I'll now turn the call back over to Janet Barth for final remarks.

16

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Janet Barth**

Thank you, and thank you all for participating in our call today. If we didn't get to your questions or if you have additional questions, as always, please feel free to contact me for a follow-up call. Otherwise, have a good night. Thank you.

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Thank you.

---

**Operator**

Thank you, ladies and gentlemen. This concludes today's conference call. Thank you for participating, and you may now disconnect.

---

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2020, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



# EXHIBIT M

THOMSON REUTERS

# EDITED TRANSCRIPT

Bed Bath & Beyond Inc to Host Conference Call To Discuss Recent Transactions and Capital Allocation Strategy Conference Call

EVENT DATE/TIME: FEBRUARY 18, 2020 / 10:30PM GMT

THOMSON REUTERS | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



1

## FEBRUARY 18, 2020 / 10:30PM GMT, Bed Bath & Beyond Inc to Host Conference Call To Discuss Recent Transactions and Capital Allocation Strategy Conference Call

### CORPORATE PARTICIPANTS

**Janet M. Barth** *Bed Bath & Beyond Inc. - VP of IR*
**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*
**Robyn M. D'Elia** *Bed Bath & Beyond Inc. - CFO & Treasurer*

### CONFERENCE CALL PARTICIPANTS

**Alessandra Jimenez** *Raymond James & Associates, Inc., Research Division - Research Analyst*
**Anthony Chinonye Chukumba** *Loop Capital Markets LLC, Research Division - SVP*
**Curtis Smyser Nagle** *BofA Merrill Lynch, Research Division - VP*
**Katharine Amanda McShane** *Goldman Sachs Group Inc., Research Division - Equity Analyst*
**Michael Lasser** *UBS Investment Bank, Research Division - MD and Equity Research Analyst of Consumer Hardlines*
**Seth Mckain Basham** *Wedbush Securities Inc., Research Division - MD Of Equity Research*
**Simeon Ari Gutman** *Morgan Stanley, Research Division - Executive Director*
**Steven Paul Forbes** *Guggenheim Securities, LLC, Research Division - Analyst*

### PRESENTATION

**Operator**

Welcome to the Bed Bath & Beyond conference call. (Operator Instructions) Today's conference call is being recorded. Rebroadcast of the conference call will be available beginning on Tuesday, February 18, 2020, at 8 p.m. Eastern Time through 8 p.m. Eastern Time on Thursday, February 20, 2020. To access the rebroadcast, you may dial (888) 843-7419 with passcode ID of 49413391. At this time, I'd like to turn the conference call over to Janet Barth, Vice President, Investor Relations. Please go ahead.

**Janet M. Barth** *Bed Bath & Beyond Inc. - VP of IR*

Thank you, Adrianne, and good afternoon, everyone. We appreciate you joining us today to discuss today's announcements, including our agreement to sell PersonalizationMall.com and then our communication regarding our capital allocation strategy. Both of these releases can be found in the Investor Relations section of our website at www.bedbathandbeyond.com and as exhibits to Form 8-Ks we filed ahead of this call.

Joining me on our call today are Mark Tritton, Bed Bath & Beyond's President and Chief Executive Officer; and Robyn D'Elia, our Chief Financial Officer and Treasurer.

Let me remind you that this conference call may contain forward-looking statements, including statements about or references to our outlook regarding the company's performance or internal models and our long-term objectives. All such statements are subject to risks and uncertainties that could cause actual results to differ materially from what we say during the call today. Please refer to our most recent periodic SEC filings for more detail on these risks and uncertainties, including the Risk Factors section in our annual report on Form 10-K. The company undertakes no obligation to update or revise any forward-looking statements. The purpose of our call today is to hear your feedback and answer questions about these recent announcements. We do not plan to comment on our fiscal fourth quarter and full year results nor provide additional financial guidance regarding fiscal 2020 or beyond.

I will now turn the call over to Mark for some brief opening remarks, and then we'll open up the call to Q&A.

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

Thanks, Janet. Good afternoon, everybody. We really appreciate you all being here on such short notice. I know this has been a really busy day out there for most of you. So I'd like to welcome you to my 106th day in the role and with that I'd like to mark with a couple of important announcements, which we've shared with you already.

First, earlier this morning, we announced an agreement to sell PersonalizationMall.com, which, as said in the release, is another important step towards simplifying and deepening our focus on our core home, baby and beauty businesses. The deal helps us to begin to streamline our business and unlocks valuable capital that we can use to reinvest where it matters most for our shareholders and our customers. So to that end, this afternoon, we announced our fiscal 2020 capital allocation strategy, which includes up to approximately $600 million in capital returned to shareholders and debt reduction, and CapEx expense in the range of $350 million to $400 million,

THOMSON REUTERS | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## FEBRUARY 18, 2020 / 10:30PM GMT, Bed Bath & Beyond Inc to Host Conference Call To Discuss Recent Transactions and Capital Allocation Strategy Conference Call

primarily for investment in stores, IT and digital projects, and supply chain infrastructure. We believe this balanced approach to the use of our capital will enhance shareholder value, improve the in-store and online experience and position our company to achieve our long-term objectives to deliver sustainable growth. So with that, I'd like to open up for your questions around today's announcement and the capital allocation expenditure.

### QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) And our first question comes from Seth Basham from Wedbush.

**Seth Mckain Basham** *Wedbush Securities Inc., Research Division - MD Of Equity Research*

Thank you for your announcement and for doing this call. I think these are all steps in the right direction. There's still a number of questions that we had and we're getting from investors. But let me just ask you one. As we look into the future, you're clearly going to be returning a bunch of capital to shareholders. You have a lot of investments ahead of you as well. One of the questions that we continue to get is what's going to happen to operating cash flows in 2020 with all the moving pieces? Could you give some color on how you think the operating cash flow plan will unfold in 2020 without providing any specific guidance?

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes, a tricky one. Seth, I think what I'd say to you is that in formulating this plan, we have fashioned it against our 2020 and beyond first-wave expectations, and we are planning to maintain a strong level of free cash flow as per has been our norm. So maintaining that against cash from operations coming in has been a balancing act. So I really can't detail out that number by quarter, but to say that, the steadiness of our free cash flow is uninterrupted by this investment.

**Seth Mckain Basham** *Wedbush Securities Inc., Research Division - MD Of Equity Research*

That's helpful. And as it relates to your inventory plans, a few -- I guess a couple of quarters ago, there was a plan to take out about $1 billion of inventory out of retail. Is that plan still intact for 2020?

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes, it is. I mean a couple of things on inventory. We've had a double-edged sword in terms of inventory, and I would talk to, firstly, the negative in that we've been dealing with some out-of-stocks in terms of our primary items that have been driving our business traditionally and that's what's hurt us in the third and fourth quarter. We see that as fully rectifiable in terms of the learning plan and implementation for 3rd and 4th in 2020. So on that inventory side, we didn't have enough of the right stuff. Overall, though, we've got $1 billion worth of inventory that we look to take out through aged merchandise. About 1/3 of that we've already traded through ahead of our schedule. So we're pleased with the progress there. It is affecting a little bit heavily in clearance sales, but we see that as a moment in time. Overall, though, we have been trading -- we're closing at the moment with about 15% less inventory. So we're operating leaner and getting better turns. We just need to course-correct in terms of the mix of merchandise and our focus. So a lot of messages in there around inventory.

Less inventory. We continue to trade on less inventory, and that's going to free up cash for us in the future. And we need to right-size our current inventory into the right items and the best sellers and getting the stock of those both now and in the future.

**Operator**

Your next question comes from Curtis Nagle from Bank of America.

**Curtis Smyser Nagle** *BofA Merrill Lynch, Research Division - VP*

So maybe I'll just -- first question, just stick on the subject of capital allocation. So look, arguably, if we are at a point where maybe we can at least start to think about a turn and improvement in the operating structure. You guys have pretty cheap debt. It's long-dated, lots of cash, more to come. Why not, at least for the moment, kind of forgo the debt reduction and stick to buyback, particularly where shares are now?

THOMSON REUTERS | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## FEBRUARY 18, 2020 / 10:30PM GMT, Bed Bath & Beyond Inc to Host Conference Call To Discuss Recent Transactions and Capital Allocation Strategy Conference Call

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes, I think that we definitely will weigh more that way, Curtis. I think we just want to provision in there to assess in real-time when we become available to act that -- as you said, the debt isn't sizable. It's not close, but ways we can shave off anything that's short to near term as well as balancing against share buyback is where we're going to act. I think that's why we've created approximate ranges there because we do see a weighting more into the share buyback territory, but wanted to create the provision to act accordingly.

**Curtis Smyser Nagle** *BofA Merrill Lynch, Research Division - VP*

Okay. Fair answer. And then just in a couple of your remarks today and last week with the pre-announcement, you've made a mention in terms of the SG&A structure. And I think that's pointing to labor. I understand it's a sensitive subject and am not asking for specific detail. But in terms of just like for us to think about where you think you can perhaps pull back a bit and kind of where reductions might be directed and maybe, to some degree, magnitude of how big that could be?

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. It's kind of -- I'm not going to provide a lot of specifics because here's what I'd tell you. I mean coming out of third quarter and being transparent around our SG&A percentage growth, it's really clear that we have to take affirmative action to right-size that mix of SG&A in our business. And so prior to me coming on board, there was transformation efforts built with consultant partners to do deep dives on everything from COGS improvements to SG&A management. And we've made good on that by robustly attacking those while balancing out though then [right-side] investments you see in the capital allocation to invest in key strategies to create the right dynamics in growth. Now having said that, every stone in this company, concepts and every facet of SG&A is being upturned to look for a sharper response. And I've made it really clear to the teams that our current trajectory and our spend is not sustainable or valuable and that we will take steps accordingly. So you can expect a touch point on everything under the SG&A banner. More will follow soon, but I'm not prepared to provide any kind of further level of detail on that based on sensitivities as you can understand.

**Operator**

The next question comes from Michael Lasser from UBS.

**Michael Lasser** *UBS Investment Bank, Research Division - MD and Equity Research Analyst of Consumer Hardlines*

So given the time line here where you sold some real estate, you've sold PMall and now you're announcing a capital allocation strategy. Should we take that cadence to assume that you're done at least for the near term with big portfolio transformation action?

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

No, I don't think that's the signal we wanted to send. It's one of the points of clarification we want to make on the call today. When we entered into an agreement with Goldman Sachs, it was to review our total portfolio. Clearly, Bed Bath & Beyond is not part of that deal. And clearly, we see strength in assets like buybuy BABY and in our beauty business. But in total, we see that we want to ensure that we're focused on our core, and we wanted to understand the value of retaining or divesting of any of these assets, and we continue to be in that process. So we have an assessment of their values and the market interest, and we'll continue to pursue anything that we think leads us to the right mix and conclusion to really establish a more focused point of view around our home, baby and beauty business.

**Michael Lasser** *UBS Investment Bank, Research Division - MD and Equity Research Analyst of Consumer Hardlines*

And Mark, some of the messages that you've delivered earlier in your tenure to the investment community is that this is a longer-term transformation. This isn't going to happen overnight. So why wouldn't it be necessary to have a fortress balance sheet to get the company through a tougher time rather than returning $600 million of cash right now and maintain that flexibility and perhaps the confidence of all your stakeholders in the near term rather than prioritizing some capital return right now?

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. Look, I would agree with you from the point of view that we believe holding our fortress in terms of cash holdings to sustain and whether what will be a recovery journey is an important facet of what we're planning to do. That is actually built into our plan. So as I mentioned earlier, I think maintaining our average free cash flow and then focusing on our cash generated from sales is the balancing

THOMSON REUTERS | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



FEBRUARY 18, 2020 / 10:30PM GMT, Bed Bath & Beyond Inc to Host Conference Call To Discuss Recent Transactions and Capital Allocation Strategy Conference Call

act, how we continue forward. We think we're well positioned in there. We did see excess free cash, and we think that's valuable to be utilized in a more appropriate way. So again, the keyword, Michael, is balance, and we think we found that in these choices, and we've done our research and feel good about both investing and then maintaining that core fortress.

**Michael Lasser** *UBS Investment Bank, Research Division - MD and Equity Research Analyst of Consumer Hardlines*

And my final question is on PMall. In 1-800-FLOWERS release, they noted that it's going to contribute $150 million -- reached revenues of $150 million, and it expects it to be accretive. So can you give us some parameters on how we should be modeling the EBIT loss from this divestiture or for the removal of EBIT from this divestiture?

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

Well, as we said, we're not going to give full guidance in terms of Q4 of 2020 at this point. I'll let Robyn pick up on the plan.

**Robyn M. D'Elia** *Bed Bath & Beyond Inc. - CFO & Treasurer*

Right. So they did provide information around PMall's revenue. As you know, I mean, PMall is not material to Bed Bath as a whole, but it did contribute and was accretive to us.

**Michael Lasser** *UBS Investment Bank, Research Division - MD and Equity Research Analyst of Consumer Hardlines*

Can I just state that question another way, Robyn? Was this lower-than-average or higher-than-average EBIT margin business?

**Robyn M. D'Elia** *Bed Bath & Beyond Inc. - CFO & Treasurer*

It was higher than average.

**Operator**

And the next question comes from Simeon Gutman from Morgan Stanley.

**Simeon Ari Gutman** *Morgan Stanley, Research Division - Executive Director*

Maybe 2 quick questions on PMall. First, can you tell us after-tax proceeds? How they'll look relative to pretax? And then following up on that last question or asking a little differently, the contribution to EBITDA, you're also suggesting that's immaterial? You're saying -- because you're saying it was relatively immaterial to Bed Bath & Beyond?

**Robyn M. D'Elia** *Bed Bath & Beyond Inc. - CFO & Treasurer*

Yes, it's immaterial to Bed Bath & Beyond as a whole. Let me go back to your proceeds question. The $250 million are -- it's gross proceeds. As we mentioned, the transaction will close during our first quarter. We have a little work to do in terms of finalizing the gain that we expect to realize on the transaction. And so the tax implications will come a little bit further down the road, and we'll be able to provide that at that point in time.

**Simeon Ari Gutman** *Morgan Stanley, Research Division - Executive Director*

Okay. And then a follow-up on the capital allocation and the buyback. Can you tell us the timing of the potential buyback? Is it Board-controlled? Mark, how does that work? And I guess asking the prior question another way. Your traffic was just down materially. It seems like the business performed a little worse than you were expecting. Doesn't it make sense to just wait it out a little to see that your strategy gains steam before you start deploying that capital?

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

So on the first part of the question, Simeon, we actually are still within the quarter, and we're yet to release our results. So we're not going to be available to trade until after the 15th of April and then we'll be in the game.

I think in terms of your second question, we feel like we've got coverage, but also, too, when we diagnose some of the issues that we faced in third and fourth quarter, we know that we're going to have a different set of circumstances as we go in by implementing BOPIS by the end of half 1 to facilitate an engagement with a customer that we didn't have. We're going to have price management floated properly, which we didn't have coming into the third and fourth quarter. We're going to have our inventory right-sized. It's clear learnings there, and we're going to be able to de-stack and manage our promotions. So we feel like there's enough self-inflicted wounds that for us

THOMSON REUTERS | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## FEBRUARY 18, 2020 / 10:30PM GMT, Bed Bath & Beyond Inc to Host Conference Call To Discuss Recent Transactions and Capital Allocation Strategy Conference Call

we'll be able to quantify the recovery on that, and we can adjust out what that means in terms of the performance of the quarter to be a lot more stable and really stem the declines that we saw in the third and fourth. As we look at our quarterly stacks, we see that this is really kind of tough times and hence why we wanted to be declarative around it. But we do see recovery as being staged, and we're in Phase 1 of it. So there's no like high mission accomplished by next third and fourth quarter by any means. But we do see elements of the financial and sales and product plans that give us a chance to create greater stability and rectify some of our wounds from this third and fourth quarter.

**Operator**

And the next question comes from Steve Forbes from Guggenheim.

**Steven Paul Forbes** *Guggenheim Securities, LLC, Research Division - Analyst*

I wanted to follow up on the buyback commentary, right, given the 4Q pre-announcement and maybe just the current business conditions, right, that you mentioned in the release. So maybe if you can just provide some parameters, right, as we think about the timing, if there are any, right, around financial leverage or the interest coverage ratio of the business that could impact the level of buyback activity that actually transpires next year.

**Robyn M. D'Elia** *Bed Bath & Beyond Inc. - CFO & Treasurer*

Yes. I think we indicated we may spend up to $600 million on deploying capital. And so we're going to continue, obviously, to monitor the business conditions of the company as we move through the year. We're not communicating an intended leverage ratio at this point in time related to debt buybacks or anything, but we're going to continue to monitor and act in a prudent manner.

**Steven Paul Forbes** *Guggenheim Securities, LLC, Research Division - Analyst*

And then maybe a follow-up on that. I think if I take the commentary thus far on the call, whether it be the free cash flow outlook for 2020 or just the recent comment on the transitory pressures that transpired in 2019, it does seem as though you're sort of indicating for a relatively stable margin outlook for next year relative to where we're likely going to come in, in 2019. Can you just confirm whether that's sort of correct in line with the internal plan? Or just talk about -- or confirm that you're not anticipating a further moderation in EBIT margin next year.

**Robyn M. D'Elia** *Bed Bath & Beyond Inc. - CFO & Treasurer*

We're not intending to provide any guidance around 2020 on the call today.

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes, Steve, again, as we outlined, I'm not going to provide 2020 guidance. I would say to you that what we expect to see is step change and green shoots through quarter-to-quarter as we get through the year, and that we had some key pivots and activities in the third and fourth, which were in desperate need of being right-sized. So there's more definitive actions that we're already putting into place to correct there, but we're not giving any guidance on '20 overall.

**Operator**

And our next question comes from Kate McShane from Goldman Sachs.

**Katharine Amanda McShane** *Goldman Sachs Group Inc., Research Division - Equity Analyst*

I was curious about the other side of the equation, the $350 million to $400 million. Why that is the right amount for the investments that you anticipate? And over what time frame can we expect this investment? I'm just wondering, too, just given that you're still building out your management bench how that fits to what you're thinking?

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. Great question. I mean I think the $350 million to $400 million is definitely being calced out based on the key strategic pillars that we want to drive for -- to stem a decline in 2020, and they've been definitively mapped against those as opposed to prior spend, which has been more sporadic. So it's bigger stakes against the big ticket issues that are going to both invest in some green shoots in 2020, but more importantly, set us up for success in 2021 when we branch into more of our full-blown strategic intent. So I think that this provides pathways, whether it be IT infrastructure or stores infrastructure, supply chain reformation that is getting us ready for the ability to

THOMSON REUTERS | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**FEBRUARY 18, 2020 / 10:30PM GMT, Bed Bath & Beyond Inc to Host Conference Call To Discuss Recent Transactions and Capital Allocation Strategy Conference Call**

increase our own brand penetration in overseas imports or to be a true omni-channel retailer or to maximize the opportunity of BOPIS within 2020. So they've been very focused, and they're also balanced against our ability to achieve them and deliver the appropriate ROI and metrics per investment.

**Janet M. Barth** *Bed Bath & Beyond Inc. - VP of IR*

Adrianne, is there another question?

**Operator**

Yes. Anthony Chukumba from Loop Capital Markets.

**Anthony Chinonye Chukumba** *Loop Capital Markets LLC, Research Division - SVP*

So I had a question about the capital allocation plan. So you're talking about $600 million of buybacks and debt repurchases. It sounds like it's going to be a little more weighted towards the buybacks -- or sorry, buybacks and dividends. And I guess I was just wondering, why wouldn't you be a little bit more aggressive on the debt paydown, particularly given the fact that 2019 was kind of a difficult year, particularly from a free cash flow perspective? So I guess I'm sort of taking the other side of Curt's question earlier and asking why you wouldn't be more aggressive in terms of buying back or paying down debt.

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. So we see that the debt horizon is both manageable and not sizable. As I mentioned earlier in the call, we don't have a pressing obligation there. We'll always look to shave wherever possible. And that's why we've left it open to create the mix in real time in 2020 against each of those variables being share buyback versus debt reduction. But again, we see -- we would like to keep some provision there and chip away at debt, but we don't see it as pressing as a need. It's just about our comfortable mix that we can manage.

**Anthony Chinonye Chukumba** *Loop Capital Markets LLC, Research Division - SVP*

Got it. Okay. And then just one follow-up question, not related. But -- so last week, you announced the fourth quarter update and then this morning, you announced the sale of PersonalizationMall.com. And then today, after the close, you're announcing this capital allocation plan. I guess I'm just trying to reconcile that because I'm thinking that you could have announced, I don't know, all those at once or maybe had 2 announcements. I'm just trying to understand why there are sort of 3 different announcements, including 2 today?

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

Wouldn't have that been lovely? The rationale is the timing of these events. So again, we saw that the impact of December and January sales was important to comment to manage expectations. We had not completed the PersonalizationMall deal. This came together quickly, and we notified you guys exactly within the time frame of completion of deal so that we could communicate. And while the deal was in motion, we have to be careful about that. So would we have rather a single event that said, "Hi, we've got some difficulties, but we also have some bright side?" Absolutely. I think we're saying that within the span of 1 week to the best of our ability and with the completion of the deal. So intent was absolutely there in what you wanted, Anthony, but this is the way the cards fell.

**Operator**

And the next question comes from Bobby Griffin from Raymond James.

**Alessandra Jimenez** *Raymond James & Associates, Inc., Research Division - Research Analyst*

This is Alessandra Jimenez on for Bobby Griffin. First, can you quantify what portion of the $350 million to $400 million in CapEx will be for in-store initiatives?

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

I'm not going to provide any specifics around that. But what I would say, Alessandra, is I'd like to kind of clarify what our intent is with that spend. There's really a 2-part plan. One is really around investment in rejuvenation of the stores. As I mentioned earlier, we'll be investing in our BOPIS function to bring this up to speed with the rest of the industry. And I think that's going to create great, frictionless and 360 shopping for our customers. That will be implemented by the end of first half in 2020, along with an update on our checkout as well as an investment in in-store marketing so we can more clearly resonate price value and price clarity to our customer, which has been one of the prohibitive factors in closing transactions. So that's going to help us there. So that's a portion of that spend, specifically

THOMSON REUTERS | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## FEBRUARY 18, 2020 / 10:30PM GMT, Bed Bath & Beyond Inc to Host Conference Call To Discuss Recent Transactions and Capital Allocation Strategy Conference Call

around stores. The second will be, as we test and finalize a range of stores that -- up to 3 stores that I've been playing with since day 1, there was work in flight that I've modified. We're putting together our next iteration of our new store plan, reduced inventory, increased visibility, clarity on price and a better shopping experience. We're getting great preliminary results that are still work in flight on the test models, and looking to roll out a number of those and a finite level for then further test in -- and iterate in 2020. That would all be ahead of, subject to the performance of those, outstripping our base model plan, a deep investment in 2021, when we feel like we've got both our category assortment plans as well as our space plans aligned.

**Alessandra Jimenez** *Raymond James & Associates, Inc., Research Division - Research Analyst*

And then just a follow-up for that. Do you know how much you're going to be rolling out in 2020 for the bigger test?

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes, we see that as being under 30 doors. I think it's prudent to walk in. I'm still getting data, and I want to make sure that we incorporate some of the work we have in flight from our strategy to be incorporated into these stores. So under 30, we're still finalizing that number and then test and iterate across several geographies and customer types to give us the impact.

**Operator**

And this concludes the question-and-answer session. I'll now turn the call back over to Janet Barth for final remarks.

**Janet M. Barth** *Bed Bath & Beyond Inc. - VP of IR*

Thank you, Adrianne, and thank you all for participating in the call today. If we didn't get your questions or if you have additional questions, please feel free to contact me for a follow-up call. Have a good night, everyone.

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

Thank you.

**Operator**

Thank you. Ladies and gentlemen, this concludes today's conference. Thank you for participating, and you may now disconnect.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS THOMSON REUTERS'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2020 Thomson Reuters. All Rights Reserved.


©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.