Edna D. Guerrasio
Jonathan E. Richman (admitted *pro hac vice*)
Proskauer Rose LLP
Eleven Times Square
New York, New York  10036
(212) 969-3000
eguerrasio@proskauer.com
jerichman@proskauer.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **STEPHEN AND JUNE VITIELLO,**<br>**Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**BED BATH & BEYOND INC.,** *et al.*,<br><br>**Defendants.** | Case No. 2:20-cv-04240-MCA-MAH |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

THIS MATTER having been brought before the Court by defendants Bed Bath & Beyond Inc., Mary Winston, Robyn D'Elia, and Mark Tritton, by way of a motion, filed on December 21, 2020, to dismiss plaintiffs' Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and the Court having considered all written submissions and arguments of counsel, and for good cause shown:

IT IS HEREBY ORDERED that defendants' motion to dismiss is GRANTED, and plaintiffs' Amended Class Action Complaint in this action is hereby DISMISSED in its entirety with prejudice and without leave to amend.

SO ORDERED this ___ day of _____, 202_.


_____
The Honorable Madeline Cox Arleo
United States District Judge