# EXHIBIT A

# THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## BBBY - Q4 2019 Bed Bath & Beyond Inc Earnings Call

## EVENT DATE/TIME: APRIL 15, 2020 / 9:00PM GMT

### OVERVIEW:

Co. reported 4Q19 net sales of $3.1b, GAAP diluted net loss per share of $0.53 and non-GAAP diluted EPS of $0.38.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



APRIL 15, 2020 / 9:00PM, BBBY - Q4 2019 Bed Bath & Beyond Inc Earnings Call

## CORPORATE PARTICIPANTS

**Janet M. Barth** *Bed Bath & Beyond Inc. - VP of IR*

**Mark J. Tritton** *Bed Bath & Beyond Inc. - President, CEO & Director*

**Robyn M. D'Elia** *Bed Bath & Beyond Inc. - CFO & Treasurer*

## CONFERENCE CALL PARTICIPANTS

**Bradley Bingham Thomas** *KeyBanc Capital Markets Inc., Research Division - Director and Equity Research Analyst*

**Carla Casella** *JP Morgan Chase & Co, Research Division - MD & Senior Analyst*

**Christopher Michael Horvers** *JP Morgan Chase & Co, Research Division - Senior Analyst*

**Curtis Smyser Nagle** *BofA Merrill Lynch, Research Division - VP*

**Jonathan Richard Matuszewski** *Jefferies LLC, Research Division - Equity Analyst*

**Michael Lasser** *UBS Investment Bank, Research Division - MD and Equity Research Analyst of Consumer Hardlines*

**Peter Sloan Benedict** *Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst*

**Robert Kenneth Griffin** *Raymond James & Associates, Inc., Research Division - Senior Research Associate*

**Seth Ian Sigman** *Crédit Suisse AG, Research Division - United States Hardline Retail Equity Research Analyst*

**Seth Mckain Basham** *Wedbush Securities Inc., Research Division - MD Of Equity Research*

**Simeon Ari Gutman** *Morgan Stanley, Research Division - Executive Director*

**Steven Paul Forbes** *Guggenheim Securities, LLC, Research Division - Analyst*

## PRESENTATION

**Operator**

Welcome to the Bed Bath & Beyond's Fourth Quarter Fiscal 2019 Earnings Call. (Operator Instructions) Today's conference call is being recorded. A rebroadcast of the conference call will be available beginning on Wednesday, April 15, 2020, at 8 p.m. Eastern Time through 8:00 p.m. Eastern Time on Friday, April 17, 2020. To access the rebroadcast, you may dial 1 (888) 843-7419 and enter passcode ID number 6105417#.

At this time, I'd like to turn the conference call over to Janet Barth, Vice President, Investor Relations. Please go ahead.

---

**Janet M. Barth** *- Bed Bath & Beyond Inc. - VP of IR*

Thank you, and good afternoon, everyone. Welcome to our fiscal 2019 fourth quarter earnings call. Today, we are coming to you from different locations as we are strictly adhering to the recommended social distancing guidelines. Please bear with us if you experience any minor delays or mixed audio quality on the call.

On the line with me today is President and CEO, Mark Tritton; and Chief Financial Officer and Treasurer, Robyn D'Elia. Before I hand you over to Mark for opening remarks, I will, as usual, take you through the legal safe harbor and cautionary declarations.

I want to remind you that our fiscal 2019 fourth quarter earnings release and slide presentation can be found in the Investor Relations section of our website at www.bedbathandbeyond.com and as exhibits to the Form 8-K we filed just ahead of the call. This conference call and the slides we refer to may contain forward-looking statements, including statements about or references to our outlook regarding the company's performance, our internal models and our long-term objectives. All such statements are subject to risks and uncertainties that could cause actual results to differ

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



materially from what we say during the call today. Please refer to our most recent periodic SEC filings for more detail on these risks and uncertainties, including the Risk Factors section in our annual report on Form 10-K. The company undertakes no obligation to update or revise any forward-looking statements.

Additionally, the information we will discuss today contains certain financial measures that exclude amounts or subject to adjustments that have the effect of excluding amounts that are included in the most directly comparable measure prepared in accordance with generally accepted accounting principles. For a reconciliation to the most comparable measures presented in accordance with GAAP, please refer to the table at the end of our earnings release available on our website and included as an exhibit to our Form 8-K filed today.

I will now turn the call over to Mark.

**Mark J. Tritton** *- Bed Bath & Beyond Inc. - President, CEO & Director*

Thank you, Janet, and good afternoon, everyone. As Janet said, we are coming together tonight from remote locations, and I'd like to thank all of you for joining us under these unprecedented circumstances.

Frankly, it seems like a different place and time. Life as we knew it before March is a distant memory. We are in the moment now, and I'd like to start by discussing our response to the COVID-19 pandemic. Then I'll talk about the strategic actions we are taking in this moment to build momentum around our transformation plans. Then Robyn will review our fourth quarter financial results and provide some further context around the potential impacts from the pandemic.

Our top priority is the health and safety of our customers and our teams. We are providing essential infant, health and personal care items to local communities through our buybuy BABY and Harmon stores as well as serving the rest of our loyal customers online through our digital channels. Our teams are working around the clock to provide these essential products to our customers and to ensure the supply chain is operating as efficiently as possible. I would like to take a minute to personally thank our associate teams on behalf of management and the Board. We thank you for your above and beyond service, attitude and dedication to our company and our loyal customers despite this extremely challenging situation. Making it easy to feel at home means different things to different people, and our teams have been working incredibly hard to support our customers. I also want to say thank you to our loyal customers and assure you that we will continue to work hard to help you access the essential products we sell as you manage through these very difficult times.

In this moment, we are focused on facilitating and coordinating our ongoing response to the current pandemic. There is no historical playbook for this situation. But we have a remarkable team, robust contingency plans and a very strong balance sheet, allowing us to navigate this unprecedented challenge with confidence. We quickly initiated our contingency plan, creating an essential response unit with emergency task force groups to focus on several priority areas, including our people, operations, customers, technology and our finances. While this situation is like nothing we've seen before, we are adapting as necessary and taking decisive actions to keep our people safe, deliver for our customers and strengthen our liquidity and financial flexibility. This is an important time for us now and moving forward. Bed Bath & Beyond can play an important role in supporting customers and their families in making it easy to feel at home.

All but approximately 170 of our buybuy BABY and Harmon stores are now temporarily closed at least until May 2. We continue to provide essential products such as infant, health and personal care items in store, subject to state and local regulations, and online through our various digital channels. We are rapidly evolving to meet the changing needs of our customers. They are relying on us more than ever to deliver essential products directly to their home.

All 4 of our e-commerce fulfillment centers are currently operating. And by the end of this week, we will have converted approximately 25% of our Bed Bath & Beyond and buybuy BABY stores in the U.S. and Canada into regional fulfillment centers to use our vast inventory resources to assign orders locally and deliver quickly.

With these conversions, we expanded our fulfillment capacity significantly. The regional fulfillment stores have doubled the capacity of our entire fulfillment network, facilitating approximately 44% of our overall daily orders with almost 40% of these orders being fulfilled within 50 miles of the

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



customers' home. This has been an incredible learning curve for us, and we continue to optimize our regional fulfillment capabilities to deliver faster and at lower cost.

While our supply chain is moving quickly to support our digital business in real time, rerouting products from the chain to DCs and regional fulfillment stores, our technology team has stood up a 24-hour group to continuously refine the order allocation logic between the fulfillment stores and DCs. Our buying team is rerouting store orders to the regional fulfillment locations and DCs, while at the same time canceling purchase orders and modifying receipt forecasts to reduce store inventory levels.

On the consumer-facing side, our teams are closely monitoring top sellers and adjusting quickly to get products that our customers need and partnering with our vendors to help keep us in stock and well positioned. I want to thank all of our business partners for their efforts and collaboration during this time.

This kind of strategic action and innovation has allowed us to quickly implement curbside pickup, which was launched April 1 at buybuy BABY. In the first full week alone, we completed more than 11,000 curbside orders. We're also introducing curbside pickup at our Harmon stores later this week. Also this week, we are rolling our Buy Online, Pick up In-Store at our BABY stores. We are quickly learning how our customers want to shop with us, and we will continue to evolve the process digitally to create a best-in-class experience. Both BOPIS and curbside pickup will be rolled out to our Bed Bath & Beyond stores as a new service offering for our customers when we can safely reopen. These new services were fast tracked during this period and will significantly enhance our fulfillment capabilities to meet the growing needs of our customers.

With the vast majority of our stores temporarily closed, our customer-facing digital channels continue to service our customers, and we are seeing online demand grow significantly. For example, the Bed Bath & Beyond digital business is seeing net sales growth of more than 90% for the month of April to date, further strengthening our omnichannel strategic direction. This demand is being facilitated by our agile digital and marketing teams who are working together, responding to consumer data, creating newness and freshness across our sites, highlighting items customers need to make it easy to feel at home and communicating important information about changes in store hours and closures as well as safety measures so that our customers are clear on how we are operating and how they can shop with us.

As the quarantine phase of this pandemic has taken hold, we are seeing consumer purchasing demand focus on categories such as water filtration, air purifiers, vaporizers and humidifiers as well as kitchen electrics, cleaning and coffee needs. Now over the past month, we sold the equivalent of 10 million cups of coffee and 400% bread makers over the last year. And last week, we sold over 100% more vacuums compared to the same period of time last year.

This action to temporary close our stores has, of course, fundamentally changed the nature of our business in the short to midterm. The impact on our stores is obvious, but this decision affects the entire company. From IT to merchandising, finance to HR, the shape and structure of our business is radically different in this new environment across concepts and across the country. So in this moment, we are taking a holistic approach to managing our financial position, including larger efforts to reduce operating costs and strengthen our liquidity. In conjunction with the recent decision to extend the temporary store closures, we implemented several additional cost reductions, including a furlough of the majority of our store associates and a percentage of our corporate associates until at least May 2. Salaries will also reduce for myself and the executive team as well as the Board. We put an immediate stop to $150 million in CapEx spend and put a hold on share repurchases and future dividends. Robyn will provide further detail on our proactive measures in a minute.

We are balancing our ability to provide jobs and financial support for our associates in the short, medium and long term as well as prioritizing investments designed to strengthen our business. We believe these actions will help us further weather the storm and preserve our financial health for the good of our associates, customers and shareholders. If there is a silver lining, I would say that given the monumental changes we've made to our business over the past 4 weeks, our ability to act decisively, partner up and move with speed and agility has been greatly enhanced. I'm very proud of the ideas, inspiration and commitment that all our associates have made to serve our customers and our business. It's been incredible to come together as one united virtual team across the company to work together in ways perhaps that would have not been possible or even thought of in the past. We are leveraging this learning opportunity to be more collaborative and flexible in our focused priorities and then move more quickly so that we are ready to welcome our customers back when we can safely reopen our stores.

4

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

We have also provided much-needed support for local communities, serving food and care packages to seniors, military personnel and their families plus children in need from our Christmas Tree Shops stores across the country. And we've donated more than 0.5 million Easter chocolates, candies, cookies, baskets and toys to dozens of local charities, shelters, schools and community organizations nationwide from over 250 of our Cost Plus World Market stores.

Now turning to the fourth quarter, which just seem like a lifetime ago. In short, the pressures of store traffic trends and heavy promotional activity, coupled with the inventory management issues around the holiday selling period, hampered our efforts to stabilize the business in the fourth quarter. These trends are consistent with the information we provided on February 11 when we issued preliminary financial data for the first 2 months of the fourth quarter.

Product availability with certain key promotional categories, such as kitchen electrics, leading into the holiday period were either too low or just out of stock. We just didn't have enough of the right stuff, which hurt us. We are confident this is fully rectifiable in terms of our learning plan and implementation from now until the back half of fiscal 2020.

Our fourth quarter results were also pressured by heavier clearance activity during the quarter as we rapidly actioned on our strategic inventory reduction program. Now we surpassed the halfway mark of this initiative and are pleased with our progress. It's important to note that prior to this current business environment, we were sharpening our focus on inventory, ending the fourth quarter with approximately 16% less retail inventory at cost on an adjusted basis versus a year ago, so operating leaner and on a lower SKU base. We are now focusing our attention on optimizing our merchandising mix, which of course is a key focus for our new Chief Merchant, Joe Hartsig.

For the full fourth quarter, we also reported a positive shift in sales across our digital channel with a return to strong growth of about 16%. Sales in our mobile channels for both Bed Bath & Beyond and buybuy BABY each grew more than 30% year-over-year in the fourth quarter, and orders taken through our mobile app were up over 75%. These quarterly results strengthened our resolve to continue to make necessary bold and broad-based changes needed to modernize our business and gives us confidence about our ability to improve upon this quarterly performance. This includes the strategic restructuring program we implemented in late February to reduce annual SG&A expense by approximately $85 million and reset our cost structure.

Prior to COVID-19, we had solid strategic plans for fiscal 2020. In this moment, we need to be agile and focused on simplifying and strengthening our business where it matters most to our customers and reestablish our authority in the home space.

Let me now address the issues at hand and what we are working on. First, recruiting talent remains a top priority. We have an extensive interview process underway for the open roles. We have made bold moves. We have a robust process and have identified key candidates, with Joe Hartsig being the first major appointment as our new Chief Merchandising Officer. There will be more news on other great talent to come in the coming weeks. I'm excited to welcome Joe to the team. He has more than 30 years of experience in consumer brand development and retail merchandising with well-known consumer businesses like Walgreens, Walmart, Motorola and SC Johnson. To me, Joe is a merchant's merchant. And I'm looking to him to be a leader and a teacher as we rebuild our business, including improving key items in stocks and improving curation and further differentiation of our assortment, which is our #1 priority.

Second, we remain focused on generating funds from the sale of assets and simplifying our business. In addition to the previously announced sale-leaseback transaction, we recently sold the One Kings Lane business to a third-party for an undisclosed amount. As previously disclosed, we ended into a definitive agreement to sell our PersonalizationMall.com business to 1-800-FLOWERS for $252 million. 1-800 was required to close the transaction on March 30 but breached its obligation to do so. Accordingly, we filed an action to require them to close and intend to vigorously enforce our rights.

While we can make no assurances, we will continue to pursue other portfolio adjustments and evaluate the remaining owned real estate in an effort to create a stronger and more focused portfolio. Lastly and most importantly, we are driving our strategic growth plan. Under the current business environment, we have modified our capital investments, but will continue to invest with confidence where it matters most. We now plan to invest about $250 million focusing on our core business and key projects that support the omnichannel future of our company in 2020 and beyond, which are more relevant than ever, such as our digital and omni fulfillment capabilities, including BOPIS and curbside pickup, omni

5

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



inventory management as well as digital marketing and personalization. At a high level, we are reengineering our supply chain and our vendor relationships as well as further strengthening our owned brand strategy. We are postponing store remodels due to the coronavirus situation and the timing issues it's created as we don't want to interfere with the critical third and fourth quarter holiday period in 2020. We will also continue to review our store footprint as we have nearly 250 leases that are up for renewal in 2020 alone, which gives us added financial flexibility.

In technology, we'll continue to invest in order allocation logic to better leverage our stores and fulfillment centers and improve our site speed and checkout experience in addition to simplifying the process. Now we have postponed our plans for share repurchases, future dividends and debt reduction to preserve our financial position and retain financial flexibility. The company remains committed to its capital return program over the mid to longer term, and we will reevaluate when appropriate. Now is the time to stay liquid until we have more clarity on the global situation surrounding COVID-19. All the steps we've taken since I arrived at the company 5 short months ago, including this COVID-19 moment, reinforce our preliminary strategic plan focused on a singular purpose, to make it easy to feel at home. Our strategy will deliver against 5 key pillars, namely product, price, promise, place and people. We believe this strategy is more relevant today than ever and will support significant improvement in our financial performance and a deeper connection with our loyal customers. In this time, when home is even more central to our lives and being safe at home with family is essential, Bed Bath & Beyond takes on an even more important role, supporting customers and their families by making it easy to feel at home. We will provide inspiration and a curated, affordable assortment so that our customers can create a home they love.

Now before turning the call over to Robyn, I just wanted to mention that we have previously planned to host an investor event this spring. And now under these circumstances, we are exploring other options, including potentially a virtual event, to take place at a more suitable time. We'll want to introduce you to the new team, showcase some of our new capabilities and early results and lay out our longer-term strategic growth objectives for the business. We'll keep you updated on our plans.

While we deal with the immediate priorities, we continue our work to drive the company forward. We have robust contingency plans, and I am confident that we are able to navigate this crisis. We have an iconic brand with great consumer brand loyalty, and we're taking this opportunity to deepen our connection with our customers as we strengthen our omni-always approach. I believe that Bed Bath & Beyond will emerge from this even stronger, given the strength of our brand, our people and our balance sheet.

Robyn will now review our fourth quarter results and then provide some context around the potential impacts from the COVID-19 pandemic and the measures we have taken to date to protect our financial position and maintain flexibility. I will then come back for some closing remarks. Robyn?

---

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

Thank you, Mark, and good afternoon, everyone. I hope you are all faring well under these very unusual circumstances.

On a GAAP basis, we reported a net loss per diluted share of $0.53 for the fourth quarter of fiscal 2019 compared to a net loss per diluted share of $1.92 in the prior year period. Our reported net loss in the fiscal 2019 fourth quarter includes an unfavorable impact of $0.91 per diluted share for special items, including $41 million in severance costs related to the strategic restructuring program initiated in February 2020 and the extensive leadership changes announced in December 2019; a noncash charge of approximately $35 million for the impairment of certain store level assets; a noncash charge of approximately $33 million for the impairment of certain trade names and other assets; and an expense of $33 million related to the loss on the sale-leaseback transaction announced in January 2020. On an adjusted basis, our fourth quarter non-GAAP earnings per diluted share was $0.38.

The remainder of my review of our quarterly results will be on a non-GAAP basis, as applicable, consistent with our prior disclosures to better represent year-over-year performance of the business during the comparative period. From this year's fourth quarter, we exclude the items I just mentioned, along with the related impact on the provision for income taxes. And from last year's fourth quarter, we exclude the $510 million pretax goodwill impairment charge and the related impact on the provision for income taxes.

As a reminder, our fourth quarter this year consisted of the 13 weeks ending February 29 and included the Cyber Monday holiday week, while our fourth quarter last year consisted of the 13 weeks ending March 2 and did not include the Cyber Monday holiday week.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



APRIL 15, 2020 / 9:00PM, BBBY - Q4 2019 Bed Bath & Beyond Inc Earnings Call

On February 11, we reported preliminary unaudited financial performance data for the first 2 months of the fiscal 2019 fourth quarter. We shared this update to provide visibility into the then current pressures on our business, including store traffic declines, combined with inventory management issues and the impact on revenue and margin resulting from increased promotional activity and markdowns.

Net sales in the quarter were $3.1 billion, a decrease of 6.1% from the fourth quarter of last year. Comp sales for the quarter decreased 5.6%, reflecting a high single-digit decline in the number of transactions, partially offset by a low single-digit increase in the average transaction amount. On a directional basis, comp sales from our stores declined about 10%, while comp sales from our digital channels increased by approximately 16%.

Similar to last quarter, our sales in the fourth quarter were positively modified by the calendar shift of the Cyber Monday holiday week. Adjusting for this calendar shift to exclude the Cyber Monday holiday week in both periods, our comp sales for the quarter declined 11%, with a decline in store sales of 13.6% and growth in digital sales of 1.1%.

Moving to gross margin. Our gross margin for the quarter was 32.6% of net sales as compared to 34.7% in the fourth quarter of last year. The 210 basis point decline was primarily due to an unfavorable impact on merchandise margins from promotional activity and markdowns. In addition, we had an increase in net direct-to-customer shipping expense due to the higher penetration of digital sales within the total mix of quarterly sales.

Moving to SG&A. Adjusted SG&A expense for the quarter was 30.7% of net sales as compared to 28.2% of net sales in the prior year period. This 250 basis point increase in SG&A, in order of magnitude, was primarily due to about 100 basis points of consulting expense associated with our efforts to expedite the ongoing transformation initiatives and review of assets and an increase in advertising expense, including digital marketing, related to the heavy promotional activity in the quarter and, to a lesser extent, the effect of fixed costs such as occupancy and technology-related expenses, including depreciation on a lower sales base.

Our quarterly effective tax rate was a benefit of 3.3% on an adjusted basis and included $8.3 million of net after-tax benefits due to distinct events occurring during the quarter. As a result of the lower pretax earnings base in the fourth quarter, these net after-tax benefits have a greater impact on the effective tax rate. Our effective tax rate in the fourth quarter last year on an adjusted basis was 19.7% and included approximately $8.9 million of net after-tax benefits due to distinct events occurring in that quarter.

Now looking to our balance sheet. We ended the year in a strong cash position with about $1.4 billion in cash and investments, including over $250 million in net proceeds from the sale-leaseback transaction that was completed during the quarter. Adjusted retail inventories of $2.1 billion at cost, excluding a charge for markdowns associated with our inventory reduction initiative, reflected a significant reduction of about 16% or over $400 million at cost at the end of the quarter compared to the end of the prior year period. We continue to action against our previously communicated $1 billion inventory reduction program at retail, and we are now about halfway through the program and plan to continue to work down the remaining inventory in fiscal 2020.

Moving to CapEx. Our capital expenditures for the year were $277 million, with nearly 50% of the expense related to technology projects, primarily focused on logistics, digital capabilities and analytics. The remaining CapEx expense was primarily related to investments in stores, including remodels and new store openings. We closed 26 stores and opened 2 stores during the quarter.

Regarding share repurchase activity, there were no open market repurchases during the fourth quarter. As a reminder, we have suspended repurchasing of our shares while conducting the review of our retail portfolio and real estate assets. The company currently remains committed to its capital return program over the mid to long term and will reevaluate when appropriate. To clarify, our previously announced first quarter dividend was paid on April 14 and was not impacted by the temporary suspension.

Moving on to fiscal 2020. Our first quarter and full year 2020 results will of course be unfavorably impacted by the COVID-19 pandemic. The duration and extent of the pandemic is highly uncertain, and our results could be impacted in ways we are not able to predict today. We're monitoring the situation closely regarding our associates, customers, business partners and supply chain.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

We ended fiscal 2019 with cash and investments of $1.4 billion. And while we feel we are well positioned to manage through these uncertain times, subsequent to the end of the fiscal year, we plan to take or are taking proactive steps to preserve liquidity and financial flexibility, such as drawing down the additional $236 million of available funds remaining from our revolving credit facility; suspended our plans to spend up to $600 million in fiscal 2020 for share repurchases, future dividends and debt reduction; postponed $150 million in planned capital expenditures out of fiscal 2020, including some store remodels; furloughed a majority of our workforce, including store and corporate associates, until at least May 2; temporarily reduce the salaries of our executive team, including myself and Mark, by 30%; temporarily reduced the quarterly cash compensation of our independent Board of Directors by 30%; reducing discretionary spend, such as business travel, advertising and expense associated with maintenance of stores that are temporarily closed; renegotiating extensions of payment terms for goods and services and rents; managing to lower inventory levels; and implementing applicable benefits of the CARES Act, such as deferring employer payroll taxes and utilizing the ability to carry back and deduct losses to offset prior income in previously filed tax returns.

Considering these circumstances, while we have trimmed CapEx by $150 million, we are now prioritizing approximately $250 million in essential capital expenditures to drive our strategic growth plans, as Mark described a few minutes ago. In addition, our capital structure provides further flexibility, including the potential to utilize significant balance sheet assets to generate incremental liquidity if needed. As of the end of the fiscal fourth quarter, we had approximately $2 billion of quality, primarily nonseasonal inventory on our balance sheet, which has not been pledged as collateral under our existing debt arrangements. These actions, together with our strategic efforts to reset the organization's cost structure including the recent restructuring program and our strong balance sheet, put us in a better position to manage through this period of uncertainty. We remain committed to keeping our shareholders informed about the business and our strategy to reestablish our authority in the home space.

Now I would like to provide some context around the potential impacts from the COVID-19 pandemic. Clearly, the full impact of this situation won't be known for months. However, what's important right now is that we are proactively managing the immediate challenges and playing an important role for our customers. As of Friday, March 20, we had temporarily closed over 50% of our stores across all banners until April 3. The approximately 700 stores that remained open in operation were stores that sell essential items such as health care, personal care, infant care, cleaning supplies or food and beverages. The following week, the company announced that it was temporarily closing all retail banners across the U.S. and Canada other than buybuy BABY and Harmon stores, subject to state and local regulations. This left about 170 of our 1,500 stores in operation to provide the essential items we sell to customers. On April 2, we extended the temporary store closures until May 2.

For the month of March, while we have not yet finalized our monthly results, we do have visibility to our sales performance. For the March period, we are able to share preliminary unaudited financial performance data. Overall, net sales across all banners were down approximately 31% versus the prior year March period. This was led by a decline of about 41% in store sales, as expected, due to less customer in-store shopping, resulting from self-quarantine guidelines and the initiation of temporary store closures and limited store hours.

Net sales from our digital channels, however, were strong in March, up about 16%, benefiting from an increase in digital shopping due to COVID-19 and further enhancements we have made in our fulfillment capabilities, including converting about 25% of our temporary closed stores to regional fulfillment stores, as Mark spoke about earlier.

The sales performance for both buybuy BABY and Harmon Face Values stores, which remain open to provide essential items, was better than the overall company for the March period.

Through the first 2 weeks of April, the fiscal quarter-to-date overall decline in our total net sales is around 42%, primarily due to the additional temporary store closures. However, net sales from our digital channels have further strengthened with year-over-year growth of more than 35%. Due to the level of market uncertainty, we will not provide further financial guidance for fiscal year 2020 at this time. As we work through 2020, we believe our financial discipline will help us take advantage of the opportunities available to us to withstand the current pressures on our business and emerge from the crisis well positioned to build and manage a modern, durable business model to capture long-term sustainable growth. Our strong cash position, along with our near-term actions, provide the company with continued financial resilience and ample short and midterm liquidity to fund the operations of the business. To reiterate what Mark said earlier, we do believe that Bed Bath & Beyond will emerge from this even stronger, given the strength of our brand, our people and our balance sheet.

I'll now turn the call back over to Mark for some closing remarks.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Thank you, Robyn. As Robyn shared, we have tremendous opportunities to build and manage a modern, durable business model to capture long-term sustainable growth. We'll be driving meaningful and inspiring engagements with our customers, refining and amplifying an exciting omnichannel assortment, providing compelling value through price and differentiation and delivering an omni-always shopping experience that serves our customers' needs. And we will continually look for ways to optimize our business model, whether through the supply chain or through other operating efficiencies across the business.

We'll also take advantage of the market dislocation that has already occurred and that will likely to continue, resulting in changes in the competitive landscape and opportunities for us to grow market share in the home, baby and personal care spaces. This time has been a test for all retailers. We believe Bed Bath & Beyond is positioned to come out stronger as we have the cash, the talent, the right plans and great, loyal customers.

I would like to finish where I started: by giving my heartfelt thanks to our teams who are going above and beyond to serve our company and our loyal customer base during this critical moment. I also wish all of you listening today continued safety and good health. Janet, we are now ready for questions.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) And our first question comes from Bobby Griffin with Raymond James.

**Robert Kenneth Griffin** - *Raymond James & Associates, Inc., Research Division - Senior Research Associate*

Can you hear me all right?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes.

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

Yes.

**Robert Kenneth Griffin** - *Raymond James & Associates, Inc., Research Division - Senior Research Associate*

I appreciate the update on March and April sales. Can we maybe get a little commentary or an update on where the cash balance and liquidity stands today and maybe the debt balance? Good cash flow in the fourth quarter, but that was as of the end of February. So any updated figures around that would be helpful.

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. I think, Bobby, this is a really fluid moment, and we are really pleased with the work we've done to date. What Robyn's outlined earlier is in terms of the compensation decisions, the renegotiation on terms, managing receipt flow, postponing CapEx and the suspension on shares and repurchases. I mean we've got hundreds of millions of dollars that we've saved. So our cash burn to date has been controlled, and we're really

9

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



happy with that. But we see even further activity in the subsequent weeks that we're able to action as we're now on full furlough. And this is before we've even drawn down on any other potential facilities. So we're liquid to start with. We have further liquidity available, and our cash burn has been really controlled.

One of the things we did do early on was bringing in a third-party consultant to really help us with a scenario plannings of short-, mid- and long-term closures due to COVID and to manage our cash flow proposition by day, by week. So it's been a significant focus very early on in this moment. We feel really good about where we stand.

**Robert Kenneth Griffin** - *Raymond James & Associates, Inc., Research Division - Senior Research Associate*

Okay. I appreciate that, Mark. And I guess, Robyn, I just want to make sure I heard your comments correctly. So the consulting fee for the quarter, it was -- you're talking about 1% of total sales, so about $30 million was the increase in consulting fees, in the SG&A for the fourth quarter?

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

Yes.

**Robert Kenneth Griffin** - *Raymond James & Associates, Inc., Research Division - Senior Research Associate*

Okay. And by 1% roughly what the -- go ahead. I'm sorry, Mark. I didn't mean to cut you off.

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

No. Yes. I mean what we want to outline is that we had some very unique fees that we're focusing on our transformation efforts and that was really centered around fourth quarter expenditure. So we don't see them being heavily repeated in subsequent quarters.

**Robert Kenneth Griffin** - *Raymond James & Associates, Inc., Research Division - Senior Research Associate*

Okay. And then if I could sneak one in, it's more on your comments of exiting a better, better performing company. Can you maybe just expand on that? Is there an opportunity to exit more streamlined from a labor organization model or from a store model where you can accelerate some closures? What could you do during this kind of shutdown period from either renegotiating leases or not coming back with the same level of labor that could really benefit the company on the rebound once we get stores back open again?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. I think every retailer with this hold is looking at that, Bobby. I think we're going to anticipate a tougher environment moving forward. And we were really fortunate to put in place some major SG&A announcements and changes in late February, which has really set us up further to win. And we took those costs in '19, which Robyn outlined. So we're already under that way. But we'd already begun and continue to deepen our commitment to a real estate portfolio review. And I think four-wall profitability and location and needs really do change going forward, and we'll have ongoing data to look at that more deeply. So that's work in flight. We're not ready to share that yet. We're still doing an assessment, and the situation is very fluid. I think labor is something that we also had taken a hard look at and made big adjustments in that February period in anticipation of better SG&A management. Again, continuing to look at it, but we feel like we made good preliminary strides.

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

And I would just add, on the occupancy front, we do have over 250 leases coming up for renewal in the next year.

10

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**THOMSON REUTERS**

APRIL 15, 2020 / 9:00PM, BBBY - Q4 2019 Bed Bath & Beyond Inc Earnings Call

**Operator**

And our next question comes from Michael Lasser from UBS.

**Michael Lasser** - *UBS Investment Bank, Research Division - MD and Equity Research Analyst of Consumer Hardlines*

So your sales, down 31% in March and quarter-to-date, 42%. So that implies that April, for the last 2 weeks of April, sales are running down 60%. A, is that right? And b, should we use that as a run rate number for how to think about your sales moving forward over the next few weeks as you close -- as you keep your stores closed?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. Michael, look, I mean, we're not going to comment further on Q1 results. And I think it's a very fluid moment. What we're seeing is our stores are closed, except for Harmon and buybuy BABY stores, where we're able to open. Our digital business in April is flying. And so the run rate that you see for March is not necessarily applicable because we've seen some significant shifts in consumer behavior with digital. But working into coming back at the end of Q1, we'll outline the outcome there. Very fluid moment at the moment, so we'll put pressboards on that.

**Michael Lasser** - *UBS Investment Bank, Research Division - MD and Equity Research Analyst of Consumer Hardlines*

And Mark, what is your plan for reopening your stores? Do you have an expectation when you'll be able to do that? It seems like in the most likely case is it's going to be state by state. When do you think you'll be able to open your first one? And when will that process be completed? And what is a realistic cash burn number as your stores are closed at this point, just so we can calibrate our models properly?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. Look, I mean, Michael, on the opening, no crystal ball here for Mark Tritton. But here's what I would say to you. We are -- we've moved from a now to a next to a future proposition in terms of our strategic planning. And while we are securing our current scenario and managing our teams, we are working on the reemergence and the reentry into the market and how that plays out. We don't have that time down, but we have multiple scenarios. We really tapped into major groups like RILA, who are doing a fantastic job in terms of sharing data and working with government to establish what reentry looks like. And to your point, Michael, I do think that it will be a region-by-region-based response. We'll be part of a bevy of retailers that follow the guidelines of government and come back into the market only when it's safe for our teams and our customers, and we'll be following those guidelines strictly.

Now when that is, we factored in our financial models on multiple scenarios, including a very elongated period. We feel really comfortable in terms of our cash burn and our liquidity as a result without touching any further available funds. And so we've looked at the math, and we've looked at the time frame. The actual date we will be ready -- and as we've talked about, we've already accelerated a number of capabilities during this downtime like BOPIS, like curbside pickup and like store fulfill that we think are actually going to really sustain and benefit our total business, including the digital -- great digital growth we've been seeing through the fourth quarter and now into Q1. So our model will begin and ready to go. But we are watching this by week, by month, by moment so that we can play it out.

**Operator**

And your next question comes from Curt Nagle from Bank of America.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Curtis Smyser Nagle** - *BofA Merrill Lynch, Research Division - VP*

So I kind of hate to belabor a point here, but I think it is important in terms of the cash balance. I know you just said that, look, you obviously do have a lot of cash on the books, additional liquidity. You said you've taken through multiple scenarios where even on a long-dated basis, you're pretty comfortable. But could you give a little more detail in terms of what the time line is? And given the things that you've done like probably getting concessions on the rents, furloughing 80% of the labor force, halting some CapEx, all those things, it's got to put you in at least a reasonable position to manage. So any more detail on that is important.

And again, I just kind of stress that given -- just looking at where the enterprise value of the company is it at the moment, it implies the market doesn't think that maybe liquidity or the management of that liquidity is there. So that's why I'm pressing.

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. Look, I mean, that's why we're sharing a lot of these points. Liquidity is definitely there, and we took really early steps to control our costs and move forward. I mean to kind of lean into a little bit more, Curt, I would tell you that while we've been still working on the exit towards furlough and the negotiations, we're immediately able to cap off more than 40% of our weekly cash burn rate immediately. And we're implementing further plans through based on what Robyn and I shared. So we've got strong controls there. Our modeling, we, like everybody, and I mean we've been talking to our financial advisers as well as RILA and the people I shared with, we've looked at an April scenario and a May scenario and an August scenario and an indefinite scenario. And in all of those, we've got really clear math about our sustainability and liquidity plus the availability to draw down on other facilities. So we've got control of cash burn, we have cash, and we have a plan.

Now this is not something that is years and years and years in the making. I think everyone is looking at this in these very short synapses but also looking at the worst-case scenarios. When we sat down with our Board and shared our worst-case scenarios, we have good liquidity, and we have stability in our business with the right actions taken to take us through. And I think we're in a really unusual position, Curt, in that we don't have rotting fruit in terms of our merchandise. We're primarily seasonless. We're not an apparel business, and we have sustainable product that we can leverage upon reentry, and we're not going to be in a blood bath in terms of cost.

So there are some real benefits to this space. And there's no doubt that the home business has become very fruitful in this period. We just need the customers to be able to access us and other retailers and products in a more fluid way, which is an omnichannel environment of true digital and physical stores. So we're looking forward to reopening, but we won't be doing anything until it's safe and appropriate.

**Curtis Smyser Nagle** - *BofA Merrill Lynch, Research Division - VP*

Understood. And then just as a quick follow-up. As you said, February and 4Q are very much in the rear view. But I just wanted to -- if you could possibly hash out some of the math in terms of what was implied for the February comp. And I think it improved relative to what was going on in the 2 prior months, but anything you could comment on that would be great.

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. I think for us, it was tough to hit the COVID moment when we just saw some pivots happening in February. We knew we were plagued by issues in December and January, would be transparent around that. Some of it was self-inflicted. I mean when we don't have best sellers in stock, we've got discounting and we don't have our inventory. I mean some of the sales decline we saw in our stores wasn't necessarily traffic. We did some intel work on that, saw the customers were coming in, and they just couldn't find the product in stock. So we were shooting ourselves in the foot. That is easily rectifiable, and we started to do that straight at the end of January. We saw positive comps coming through or more positive comps in terms of churn rate in February. And as we stated, we saw an acceleration of our digital business. It was doing well during the period, but that accelerated even further. So we've been seeing our full year '19 business, we were about 19% penetration in digital in total. For the fourth quarter alone, that was up to 21.3%, and we had double-digit comps there. Now we've seen that digital business even more deeply accelerate with

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**THOMSON REUTERS**

a lot of new customers, about 31%, 33% of our customers in this Q1 period being new to the Bed Bath & Beyond websites, buybuy BABY websites, et cetera. So we're garnering new business, and we're building plans with BOPIS, curbside and personalization to sustain those relationships.

So we're excited, if that's a word I can even use in this moment, about what lies ahead. But it definitely was some gentle momentum coming our way that was positive in February that belied the December-January trends. And then we hit this pause moment. So more to follow as we reopen up.

**Operator**

And our next question comes from Simeon Gutman from Morgan Stanley.

**Simeon Ari Gutman** - *Morgan Stanley, Research Division - Executive Director*

I wanted to ask first on the e-commerce business. Can you tell us the size of, I guess, the ongoing business at the end of '19? And then I thought I caught in the prepared remarks a 90% digital -- and I think, Mark, you said the business was flying. I heard a 90% and a 35%, and I just wanted to reconcile those numbers.

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. So I'm not going to provide the total number, but I just shared, Simeon, like Q4, we're at 21.3% of total sales. And so we're getting that digital engagement and follow through with the customer. What we've seen is these very sharp synapses. And one of the things that Robyn was outlining is the periods in which we were partially open then closed and then -- particularly in Bed Bath and then relying heavily on the digital business. We've seen strong conversion. It's never going to map out to be full coverage of our stores-based business. But we are seeing both demand and total sales in the 70%, 80% and 90% mark when we move into the April period. And as we mentioned, really ramping up and flexing with agility our capability to fulfill those orders, both in the stores that we're using as regional fulfillment centers as well as our DCs, have been tremendous. So we're meeting guest needs. We're working with them. We're fulfilling orders. We're working through our inventory, and we're building equity in our omni-always business. So some strong growth there.

What you were hearing in the 35% is just the aggregate of the total business beforehand, but it's definitely these kind of 2-week synapses as the world changed and the amount of stores that we had open was changing as well.

**Simeon Ari Gutman** - *Morgan Stanley, Research Division - Executive Director*

Got it. My follow-up in this temporary period until we restart, can you talk about anything surprising you about the complexion of what's being sold online and, I guess if you can, about the margin mix, if there's a wide difference in margin among your product categories? And then if online becomes more normal for the foreseeable future, I think you suggested there's all these different scenarios you're planning for, what does that mean for the margin, I guess, complexion of the overall business?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. I think our mix is very fluid at the moment. I'm -- clearly, people are leaning into cleaning, into kitchen, into baking, into home care. And so this is a great time for us. Our textile business is not as strong, and that's something that we see coming forward as people look to refresh their home. We think this is going to be -- if people have been staring at the same 4 walls for a month or 2 now, Simeon, I think the idea of refreshing your bathroom, your bedroom, your kitchen, that's going to be pivotal in terms of some of the engagement of customers and how they return into the market more than maybe an apparel purchase or definitely a travel purchase.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

So discretionary spending, I think, will be focused, and we may be a strong beneficiary there. So margin is balanced. And what we see is that our digital business always performs at a much lower coupon rate. And therefore, at this point, we're getting a really balanced response there. I think that the -- we see online acceleration. I think there are a lot of people who are talking around that. And I think the great thing about that is that -- some of the changes we've most recently made in terms of fulfillment and support. I mean not having BOPIS versus the rest of the industry has been an Achilles' heel. We were set to launch that in full in May in stores, and we've maintained that spend and commitment to be ready when our doors do open. And then have also added in curbside. And now we've stood up store fulfill, which was something that we had on our agenda, but we wanted to get through the other pieces first. We've accelerated those. And as you talked about that in terms of the impact, I'm no stranger with previous employers on the margin mix that a store fulfill via order or BOPIS can do in terms of the math and the margin on digital. So we'll start to model that out.

Now is not the time to get accurate about that, but we believe that's positive things that lie ahead for us. And then we've already begun to convert some discretionary merchandise into more of an owned brand platform ahead of a major relaunch in 2021 at the start. So we'll see some margin benefits for those products in the back end, the digital fulfill benefits in the back end. But it will be a new journey.

---

**Operator**

And our next question comes from Seth Sigman from Crédit Suisse.

---

**Seth Ian Sigman** - *Crédit Suisse AG, Research Division - United States Hardline Retail Equity Research Analyst*

Just wanted to start with pricing. Mark, it seems like you were pleased with some of the results as you sharpen price over the holiday period. What are you learning about in terms of Bed Bath's pricing today? What changes should we expect in the current environment and, I guess, beyond that?

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. Look, I mean I think that we entered into promotional activity in a way that we hadn't ever before, Seth. I think that if we go back to the end of the third quarter, start of the fourth quarter, it was the first time we'd ever really been truly promotional outside of coupon. And we really didn't lay down the plans to get there in the right way. So we burn the margin and we burn a lot of inventory and weren't prepared to get back into stock. So they're kind of tough learnings. But they're also redeemable moments that we can translate into new actions.

I think that the one thing that I've noticed coming into the business and have been working with the team on is the role of value and price/value equation. I think that we know that customers don't want to do the math, and they want to have simple, readable affordability. And I think that's what we're missing from our equation. Both in-store and online, we haven't been making value. And I don't mean just sharp price.

I mean the -- resonating true value to the customer has been a little bit difficult in places than how we've operated. And so we've learned a ton of what not to do. And as a result, you're going to see coming through in our digital channel a refresh of how we're presenting value and talking to our guests with clarity and simplicity. You'll see that roll through circulars. And then when we open up, you'll start to see it manifest in things like end caps and price point presentation, a real clear, understandable everyday value. So we -- there's no doubt that as we come out of this COVID-19 moment and with unemployment and some tough times ahead, customers want to be able to get value, see value, understand value and have it resonate with them quickly. And we think we've got some great plans in place to really step into that. And that doesn't mean giving away the margin farm. It just means being really clear on our intent upfront. So a ton of learnings from our strengths and opportunities that we've already begun to channel through to our plans moving forward.

---

**Seth Ian Sigman** - *Crédit Suisse AG, Research Division - United States Hardline Retail Equity Research Analyst*

Got it. Okay. That's helpful. And then just in terms of the need to pair back on spending this year, can you just elaborate on the programs that are getting pushed out? And how important were those to the stability that I guess you were expecting as we move through this year?

14

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**THOMSON REUTERS**

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. Look, I mean I think it's less about the stability and more about the long-term benefits. And really, we were just talking about postponing. We're not talking about canceling. The major one really there, Seth, is around the store remodel programs. I've been working on -- since I joined on a program with the team, we've got 3 test stores that are showing really positive signs of growth from the core model, and that was without any assortment changes. Just -- and any of the price point changes and clarity that we talked about. So refreshment of the stores is something we then fast tracked. And we're ready to roll out 25, 26 stores to really give us a model to accelerate our spend in subsequent years. Now that was going to take place and be ready all before the beginning of the Back to College period so we didn't interrupt with our key selling period. And then in Q3, Q4, we would have been done.

Having to ice those at the moment was really tough because we had some good work that we wanted to put into play. But it would have been crazy to spend that money, disrupt Q3 and Q4 and wanting to preserve some CapEx. So we've got the plans. We've got the info, and we've got the dream. We're just going to finesse that further as we get ready to implement that in early 2021. So it's postponed, not canceled. But it really helps us with liquidity, and it helps us to be focused on the right things in this interim position.

**Operator**

And your next question comes from Steve Forbes from Guggenheim.

**Steven Paul Forbes** - *Guggenheim Securities, LLC, Research Division - Analyst*

So I wanted to focus maybe on, to start, the 250 leases that are up for renewal this year. So if you can maybe discuss how many of those are the core Bed Bath & Beyond brand and then provide some color right around the discussion with those landlords, given the leverage situation that you're in. Is there a particular quarter that is heavy with expirations and/or, right, has digital strength in the business sort of impacted your perception, right, as you enter these discussions?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. Look, I would say to you, Steve, that we're still mid-flight in really getting the clarity on the perception change. We believe there will be some. We'd already had a preliminary view of it. Look, I think this is -- I'm not going to get heavy on detail here because I would say to you it's a work in flight. And this is where we really work out who our great partners are and how we can work together. We have a staged event across the portfolio. Clearly, we have more weight in Bed Bath because we have more stores. But we're going to be looking at each region, each concept and each time frame to really map out what is the best sustainable pathway and portfolio moving forward.

And we're going to be working really closely with our real estate partners. A lot of pressure on them at the moment as well as us. We're all in it together. So we're going to sit with them. And I don't want to kind of break out and disclose anything ahead of time because we need to do our analysis and then work on those very plans. And it won't be a one-size-fits-all. We're really looking at the menu of options. But it's clear that this is pressuring the moment for what really does generate profitability. But we will also take into consideration, as we think about store fulfillment from those stores, how it changes the benefit and model of each of the locations.

**Steven Paul Forbes** - *Guggenheim Securities, LLC, Research Division - Analyst*

And then maybe just a quick follow-up on inventory management. It's sort of interesting here given your comments around not having enough inventory this holiday, right, holiday 2019, about all the uncertainty that exists today. So maybe just give us an update or discuss how you're planning your inventory buys this year, and particularly for holiday 2020, what's sort of the typical time frame when you have to make those decisions and commit to those POs? And how important, right, is it that you're open by the time those commitments occur?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

APRIL 15, 2020 / 9:00PM, BBBY - Q4 2019 Bed Bath & Beyond Inc Earnings Call

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. Look, I mean, a couple of things there. I think that we've been -- Joe has been leading the charge here and having deep conversation with all our majors and our general vendor bases about flow. If you go back to the inventory position that we had, there's kind of 2 things going there. The good news was that overall, we reduced our inventory by about 16% at the close of the quarter. And so we were working leaner on that. But inside of that, we did have big misses. Not by having more inventory. We think that's a good level that we can come down to. But we could have traded some of our mix to be more in stock of our key items and generated more sales and gross margin by having the right merchandise. So again, the level coming down is a positive, the curation within the level becomes critical. Joe has really lent into that charge, getting it back in stock about top 100, 250, 500 items and making sure that we can draw that down. I think also getting the flexibility to draw the stock from different places helps us to kind of speed up sales and get clarity and delivery to the customer on time.

In terms of the point around the commitments, we quickly moved into an evaluation of high-risk merchandise, seasonal merchandise and anything that kind of -- if we looked at our long-term plan of what could have been a close at hold, really looking at minimizing our quantification of risk and adjusting flow. So that's a very fluid discussion, a very real discussion. And that began on day 1 when we started to see the problem emerge. So it's a real strength in having Joe on board, focusing on this. And our overall inventory plans are really highlighted by being in stock with best sellers, getting our preplan with our vendors in place so that we could get that in stock and we play out the third and fourth quarter in a different way and then keeping a close eye on seasonality and flow of merchandise from offshore vendors.

**Operator**

And our next question comes from Jonathan Matuszewski from Jefferies.

**Jonathan Richard Matuszewski** - *Jefferies LLC, Research Division - Equity Analyst*

Just a follow-up question on reopenings, clearly dependent on state and local laws and obviously your own discretion. Should we expect some type of throughput constraints to be in the cards when stores reopen?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

You mean in terms of inventory or...

**Jonathan Richard Matuszewski** - *Jefferies LLC, Research Division - Equity Analyst*

In terms of customer traffic and things like that. Just trying to get a sense of how quickly these stores could ramp to normalized levels considering maybe some health and safety concerns?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. I think in general, in the industry, the consensus that I've been seeing, Jonathan, is that everyone is planning for -- I mean this is not going to be a light switch moment where everything goes back to the immediate moment. We have got -- our financial plans are very conservative when I talked about the modeling in terms of an expectation of a highly reduced sales level so that we can work out our financial plan to be as liquid as possible no matter what. And so there's a number of percentages being bandied around there. I'm not going to contribute to the dialogue other than to say we have multiple scenarios, and some of them quite deep, to ensure that we've got our liquidity in place even if the return is there.

Our general -- I think there's going to be different rules here. I think you've got to remember that -- I think that this is -- we're looking at a lot of the recessionary moments from the past as models. But you also have the fear factor of safety inside piece. And So large gatherings, shopping at the

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

mall, those things become more questionable maybe for others. So less than 10% of our fleet is mall-based. We're big box, and we're independent. We think that will work in our favor, and that helps us to do things like curbside pickup and the fluidity of BOPIS much faster than maybe a mall-based retailer. And we think there'll be a gradual turn on, but we also think there will be categories that come back faster. And I think that home will be a beneficiary much faster than apparel. And we think that there's some positive upside to establishing relationships and transactions with customers early, but we know it's going to be graded. And a lot of that, as you mentioned and I mentioned earlier, will be a phased approach based on safety and regional return to full business.

**Jonathan Richard Matuszewski** - *Jefferies LLC, Research Division - Equity Analyst*

Yes. That's super helpful. And then just a quick follow-up. You alluded to continuing to take a look at the portfolio in terms of banner divestitures potentially and evaluating options for owned real estate. Just give us your thoughts on how does this COVID-19 backdrop inform your view on a sense of timing and urgency for banner disposals. And if you could just remind us of how much owned real estate there is left to monetize.

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Well, I'm not going to disclose that number specifically, Jonathan. But what I would say to you is that, look, clearly, the tougher moment to think about transacting with individuals -- although we do have some good dialogue that continues on because we've got good businesses, I think the good thing for us is that there is an opportunity to work on other concepts. We don't have to do that to maintain the strong level of liquidity. We've built our plans with these things in place, and all of that just remains potential positive upside. So there's no pain, pressure or push to have to complete these within a time frame. They're all just future opportunities. So time will tell. And as I said, we've just completed 1 deal right in the middle of this. We're still negotiating with others. So it's a fluid moment.

**Operator**

And our next question comes from Christopher Horvers from JPMorgan.

**Christopher Michael Horvers** - *JP Morgan Chase & Co, Research Division - Senior Analyst*

So a couple of just clarification questions. So first, jumping back to that 90% e-commerce growth number. You're saying that's the core Bed Bath comp once all the stores had closed, is that right?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. And that's in the month -- that's what we're seeing accelerating in the month of April.

**Christopher Michael Horvers** - *JP Morgan Chase & Co, Research Division - Senior Analyst*

Right. That's...

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

Right. The 90% relates to Bed Bath for the month of April, April to date.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

**APRIL 15, 2020 / 9:00PM, BBBY - Q4 2019 Bed Bath & Beyond Inc Earnings Call**

---

**Christopher Michael Horvers** - *JP Morgan Chase & Co, Research Division - Senior Analyst*

Got it. And then in terms of -- you mentioned improving the cash burn rate, 40%. It sounds like, obviously, your biggest costs are inventory, payroll and rent. So is that 40% a good proxy in terms of the -- sort of what the benefit of the furloughing was that you did recently?

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

No. I think what I was expressing there and both Robyn and I were sharing is to date, that has been -- we've still had payroll and we still have rent in those numbers. Subsequent to that, we've taken these additional actions. So we were able to control some of our outgoings, and we're in a transition for -- during the period. That's kind of an all-in moment where we were still in transition. We see further benefits to controlling the burn rate. And clearly, being on furlough, looking at our payment terms and looking at our rent status is only going to add hundreds of millions of dollars' worth of benefit by month to how we can operate.

---

**Christopher Michael Horvers** - *JP Morgan Chase & Co, Research Division - Senior Analyst*

Yes. And so just the 2 follow-ups to that is as you think about the total SG&A dollars, we have rent that's disclosed is -- I've always thought a rule of thumb that 40% of SG&A or so is payroll within the SG&A reporting. Is that fair? And then related to the rents, one of the questions that we're asking is have you paid all of your April rents? And how are you thinking about May? I mean you've seen other retailers talk about declaring force majeure. There's an article in the Wall Street Journal today about retailers not paying rent. So how are you thinking about, overall, your need to pay rent on closed stores from a contractual perspective?

---

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. Look, I just -- I think it's prudent not to comment on that, Christopher, as that discussion's in flight. And as I mentioned earlier, we want to be respectful with our partners to work through solutions together. We're all taking a look at this, and we know that this is painful on both sides. And so we're seeing multiple scenarios that we're negotiating with different partners on how to manage rent, both in the April period immediately but also go forward. So I'm not -- we're not going to be commenting on that today other than to say we are robustly engaged in this process and working with our partners to resolve multiple scenarios that we can both support.

---

**Christopher Michael Horvers** - *JP Morgan Chase & Co, Research Division - Senior Analyst*

And then the SG&A payroll portion?

---

**Robyn M. D'Elia** - *Bed Bath & Beyond Inc. - CFO & Treasurer*

In terms of the SG&A, we haven't broken those component pieces out. But in terms of sizing them in order, payroll is the most significant, followed by occupancy.

---

**Operator**

And our next question comes from Peter Benedict from Baird.

---

**Peter Sloan Benedict** - *Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst*

Most of mine have been answered, but I just -- I wanted to -- Mark, I just wanted to ask you about the status of this PMall transaction. I mean, first of all, is PMall operating right now? I don't know what their status is in this environment. And then just how do you expect that to play out? I mean is this something that's just kind of more of a question of when, not if? Or is it more serious than that?

18

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Mark J. Tritton** *- Bed Bath & Beyond Inc. - President, CEO & Director*

Well, Peter, I think that we filed based on the lack of completion. So you have to respect my tentativeness in terms of saying too much. I think that they are still operational. It's a highly profitable business, and it does really well. It's a great asset, and we had a good deal. And so the date and gate got passed. We tried to negotiate through that, and we found that we were forced into the situation. We're going to vigorously pursue the completion. It's a great business, and it's operating well. And that's all I can really say about at this point.

**Peter Sloan Benedict** *- Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst*

Okay. That's fair. Understood. And then just back to the -- in the fourth quarter, can you give us a sense how much of that -- of the 210 basis point hit to gross margin, how much of that was from the digital fulfillment headwinds?

**Robyn M. D'Elia** *- Bed Bath & Beyond Inc. - CFO & Treasurer*

The majority was really on -- related to markdowns and promotional activity. So more heavily weighted there, with just a lesser extent was the shift in the mix to digital.

**Mark J. Tritton** *- Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. We really saw some pain points there based on the promotional activity and how we managed it. And that, as I said earlier, Peter, has been a tight learning. There was some impact of the digital sale, but it was outweighed by the margin impact that we took with markdowns and promos.

**Operator**

And our next question comes from Brad Thomas from KeyBanc.

**Bradley Bingham Thomas** *- KeyBanc Capital Markets Inc., Research Division - Director and Equity Research Analyst*

Most of mine have been answered, but I guess, Mark, I want to just follow up on the opportunity in merchandising and your vision ahead here. I know your background is merchandising, and you just brought Joe on board. I guess could you talk about how much you think that the assortment in the store needs to change as you think about the next few years? And what areas you think you can most quickly address here potentially even this year?

**Mark J. Tritton** *- Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. Look, I mean we've already identified and are moving forward on those strategies. So that remains unchanged with this moment, and I want to be really clear around that. A couple of things there, Brad. I think the first thing that we noticed, and we just talked about value earlier on the call, is that we have some real gaps in opening price point and the clarity of communication around value to our customers. So we're leaning into that space. I think the second piece is around really reducing a high level of duplication in items. And we really want to focus on a curation of differentiation and relevance to our customer. And where we've done that, we've seen real wins. In some of these stores that I was talking about earlier that I was playing with the models on, we've reduced the SKU count by 20% to 30%, and we were seeing double-digit comps at the same time. So when we curate, we make our assortment more focused and understandable.

And then I've just been working even today on -- with Joe on a number of really great owned brands that we're cultivating and getting ready to launch at the start of next fiscal year because these things take time, and we're developing newness there, which will help reframe out each of the key rooms and categories and occasions that we are currently dominant in and have strong market share but also ones where we want to cultivate.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## APRIL 15, 2020 / 9:00PM, BBBY - Q4 2019 Bed Bath & Beyond Inc Earnings Call

So I think that there's a modernity and a freshness and a relevance and an affordability in that home and personal care space as well as our efforts inside BABY, which were well underway. That can really create more relevant merchandise assortment. So we're upturning a lot of rocks there. We're renegotiating costs across the board, which had already been done and worked on.

So there's a margin upside. There's a mix upside, and then there's a perception upside, including value, that we see coming. And that will be evolutionary throughout the rest of 2020, and you're really going to see some strong green shoots in late 2020, early 2021.

**Operator**

And our next question comes from Seth Basham of Wedbush.

**Seth Mckain Basham** - *Wedbush Securities Inc., Research Division - MD Of Equity Research*

My question is first on the e-commerce business for Bed Bath & Beyond on the current environment. You noted the really strong growth there, 9% in April. What do you think the potential is for growth in that business if you had been able to meet all of the demand that you're seeing?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Yes. It's a great question. I mean, look, I mean I think we really would have been hitting on some high double-digit comps. And I think that we had to restrain some demand based on availability of inventory, especially in key items. And so those items are strong. They're not markdown-driven. That would have been a real boom for us, Seth. And I think that bodes well for where we can cut and paste those experiences into benefits in third and fourth quarter in 2020.

The upside of it, I think, is also going to be distorted by the current behavior in COVID-19. And that's why I'm really excited about the fact that we've built background capabilities very quickly to sustain that as the total market opens back up. And then we've been seeing where we have really changed the cadence of our communication dialogue and the way we've set up our digital website to be more relevant to weekly guest needs. We're really connecting with customers and driving high double-digit comps in those categories that we're leaning into and building real engagement and data with these customers. So I think it's too early to say how high is high. I think the industry in total believes that penetration rates will be increased. We're already on that pathway. And when I'm saying 21% of our business in Q4 was already digital, we see a lot of upside in that, but we also want to balance out that with growth in our stores.

**Seth Mckain Basham** - *Wedbush Securities Inc., Research Division - MD Of Equity Research*

Got it. And then as a follow-up, of course, we've only been in the stay-at-home scenario for a few weeks now, but have you started to see a material change in the mix of products being demanded, for example, a shift away from demand for cleaning products or anything like that, that would be notable or surprising?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

No. I mean I mentioned a little earlier in my comments, Seth, I mean we've definitely seen the stay-at-home moments in terms of cooking and cleaning and supporting the family in this early piece have been really exceptional. I mean bread makers, blenders and vacuums and cleaning products, water filtration, coffee, coffee, coffee, like -- people like, hell, just going to make the best of it at home. Now that's a boom for us. And we think -- we actually think that as people come out at this moment, we think that some of the data that we're seeing very early, and it's preliminary, there's going to be some discretionary spend move away from specific categories.

But we believe that people will want to celebrate their home, reinforce it, refresh it, invite friends for smaller moments and build equity in entertaining and start to celebrate the home. And then leading into a Back to College moment, which we're really primed, which is your home away from home,

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



we're really ready to take on that. So I think this kind of new cocooning, new nesting, new love for home and valuing the environment -- while we all want to step outside, clearly, I think there's going to be safety as a consideration. And I think there's going to be a love and respect for the home that we're ready to take advantage of. So we see different categories rolling through, and we're watching that really closely.

**Operator**

And our last question comes from Carla Casella from JPMorgan.

**Carla Casella** - *JP Morgan Chase & Co, Research Division - MD & Senior Analyst*

Just a couple that weren't addressed. One, you're making a lot of changes, you mentioned, with the merchandising and working with your vendors on that. Have you changed any of your terms with your vendors during COVID or been able to extend terms, something that might help you from the working capital front in the near term?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

Absolutely, Carla. I think that was one of the first things that Joe and team and Robyn really worked on, was like, hey, great partners, this is going to be tough when we all know we're in a situation we know we're going to be in for the long term. We know we're liquid. We know we're strong, and we have a plan, and just let everybody work together on what we can do here. And so without going into great detail, know that those conversations were very robust, and we've asked for a level of support. It's just short to midterm. It's not the standard way we'll operate. And we'll all work on it together. And we've seen some really good lean-ins there to change that liquidity. And as I said, some of the burn rates we talked about earlier were not inclusive of those actions taking hold yet. So that's a further benefit to cash flow.

But yes, look, it was on our to-do list very early on, and we began in earnest to sit with our partners and renegotiate just in the short to mid how we can play with terms and how we can work. And that goes for both our product vendors as well as our key supply partners.

**Carla Casella** - *JP Morgan Chase & Co, Research Division - MD & Senior Analyst*

Okay. Great. And then you've talked in the past about using your strong balance sheet and asset base. But I just want to clarify, the way I calculate it, it doesn't look like you have any additional stores or distribution assets that you could use for sale-leasebacks. Is that right, you've pretty much sold everything that you owned?

**Mark J. Tritton** - *Bed Bath & Beyond Inc. - President, CEO & Director*

No. We still have DC facilities, offices, et cetera, that are in the mix. We're not focused on the stores piece. There are still assets that we have to review and play with.

**Operator**

And that concludes our question-and-answer session. I'll turn the call back over to Janet Barth for closing remarks.

**Janet M. Barth** - *Bed Bath & Beyond Inc. - VP of IR*

Thank you all for participating on our call today. Feel free to contact me with any additional questions or comments. Have a good night and stay safe, everyone.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**APRIL 15, 2020 / 9:00PM, BBBY - Q4 2019 Bed Bath & Beyond Inc Earnings Call**

**Operator**

Thank you, ladies and gentlemen. This concludes today's conference call. Thank you for participating. You may now disconnect.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2020, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


**THOMSON REUTERS**