## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STEPHEN AND JUNE VITIELLO, **Individually and on Behalf of All Others Similarly Situated,** | No. 2:20-cv-04240-MCA-MAH |
| **Plaintiffs,** | |
| v. | |
| **BED BATH & BEYOND INC.,** *et al.***,** | |
| **Defendants.** | |

## DECLARATION OF RICHARD L. ELEM IN SUPPORT OF UNOPPOSED MOTION OF LEAD PLAINTIFF KAVIN BAKHDA FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF CLASS, AND APPROVAL TO PROVIDE NOTICE TO THE CLASS

I, Richard L. Elem, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with the Law Offices of Jan Meyer & Associates, P.C., liaison counsel for lead plaintiff Kavin Bakhda and the proposed settlement class.in the above-captioned action. I am a member of the Bar of the State of New Jersey.

2. I make this Declaration to provide the Court with copies of documents cited in Plaintiff's Memorandum of Law in support of his motion to preliminarily approve this class action settlement.

3. I make this Declaration on personal knowledge, except as otherwise stated.

4. Attached as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated October 25, 2021, with exhibits.

5. Attached as Exhibit 2 is a true and correct copy of the firm resume of Lead Counsel Bernstein Liebhard LLP.

00668716;V1

6. Attached as Exhibit 3 is a true and correct copy of an article by Laarni T. Bulan and Laura E. Simmons entitled *Securities Class Action Settlements – 2020 Review and Analysis*, Cornerstone Research.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: December 29, 2021

/s/ Richard L. Elem

_____

RICHARD L. ELEM