**EXHIBIT 2**

DocuSign Envelope ID: F567AEE2-4D91-4F62-A031-FCA24374B52E

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **STEPHEN AND JUNE VITIELLO, Individually and on Behalf of All Others Similarly Situated,**<br><br>      **Plaintiffs,**<br><br>  **v.**<br><br>**BED BATH & BEYOND INC.,** *et al.*,<br><br>      **Defendants.** | **No. 2:20-cv-04240-MCA-MAH** |

**DECLARATION OF LEAD PLAINTIFF KAVIN BAKHDA
IN SUPPORT OF MOTION FOR FINAL APPROVAL OF THE
SETTLEMENT, AN AWARD OF ATTORNEYS' FEES AND LITIGATION
EXPENSES, AND REIMBURSEMENT OF TIME FOR LEAD PLAINTIFF**

00687001;V1

I, Kavin Bakhda, hereby declare, under the penalty of perjury, as follows:

1.      I am the Court-appointed Lead Plaintiff in this action.  I reside in Singapore.  The claims in this action were assigned to me by my mother, Ragini Dhanvantray.  *See* ECF 19-2 at 2 n.2.[1]

2.      I submit this declaration in support of the final approval of the proposed Settlement, an award of Lead Counsel's attorneys' fees and reimbursement of expenses (as set forth in the memorandum of law in support of the motion for attorneys' fees and expenses), and an award of $5,000 to reimburse me for the time I spent representing the Class and assisting Lead Counsel in achieving the Settlement for the Class.  The statements contained herein are based upon my personal knowledge and upon information made available to me in my official capacity.

## A.    Background

3.      I am a Business Development Manager at Rikvin Capital in Singapore.  I have a finance and accounting degree from Curtin University and have more than five years of investing experience.

4.      In February 2020, prior to the filing of the above-captioned lawsuits, my parents and I contacted Bernstein Liebhard LLP ("Bernstein Liebhard") to

---

[1] Otherwise undefined terms have the definitions set forth in the October 25, 2021 Stipulation of Settlement.

discuss my mother's legal rights and options under the U.S. federal securities laws to recover the substantial losses she suffered from her investments in Bed Bath & Beyond, Inc. ("BBBY").  My parents designated me as the point person to communicate with Bernstein Liebhard given my experience working with and overseeing attorneys in my professional capacity.  I have been in regular contact with Bernstein Liebhard since February 2020.

5.      After the above-captioned lawsuits were filed in April 2020, my mother, in consultation with both me and my father, decided that I should pursue the Lead Plaintiff role in these actions as the assignee of my mother's claims.  We made this decision for practical reasons.  We are a close-knit family; my parents had made me the point person to communicate with Bernstein Liebhard about my mother's legal rights and options; I have repeatedly worked with and supervised attorneys in my professional capacity; and, in light of the COVID pandemic, it was safer for me to travel to the U.S. (if that were necessary) than either of my parents.

6.      I moved for appointment as lead plaintiff on June 15, 2020.  Four other shareholders also moved.  My motion was challenged by another movant, but I was deemed the most adequate movant by the Court and appointed as Lead Plaintiff on August 14, 2020.

7.      During the period of September 3, 2019 and February 11, 2020, inclusive (the "Class Period"), I (as assignee) purchased shares of BBBY common

00687001;V1                                                    2

stock.  I suffered substantial losses as a result of the misstatements and omissions during the Class Period that are alleged in this case.  For that reason, I was highly motivated to work with Lead Counsel to see that the recovery was maximized for my mother and all Class members.

**B.    The Litigation of the Action**

8.    I carefully monitored and was involved in the prosecution of the Action and supervised the activities of Bernstein Liebhard on behalf of the Class. Among other things, I: (i) reviewed the amended complaint and opposition to Defendants' motion to dismiss; (ii) communicated with Bernstein Liebhard regarding developments in the Action; (iii) participated in settlement negotiations; and (iv) reviewed and approved the terms of the Settlement.

9.    No major decisions were made by Lead Counsel in this case without my approval, including the decision to enter the Settlement.

**C.    Settlement Discussions**

10.    I believe I am well-positioned and qualified to evaluate the reasonableness and adequacy of the Settlement in this Action.

11.    On August 4, 2021, after mediation statements were exchanged between the parties and a two-day mediation was held before an experienced mediator, the parties reached an agreement in principle to settle the Action for $7

00687001;V1                                3

million. I approved this agreement and authorized Lead Counsel to enter the Settlement.

12. Based on my involvement in this Action, I strongly endorse the Settlement and believe it provides a very good result for the Class.

**D.    The Plan of Allocation**

13. Based on the explanation of the analysis of the proposed Plan of Allocation completed by Lead Counsel's retained financial consultant in the Action, I endorse the proposed Plan of Allocation. I understand from my communications with Bernstein Liebhard that the Plan of Allocation represents a fair and reasonable method for valuing claims submitted by members of the Class, and for distributing the Net Settlement Fund to members of the Class who submit valid and timely Claim Forms.

**E.    Lead Counsel's Fee and Expense Application**

14. As a Lead Plaintiff, I take seriously my role to ensure that the attorneys' fees are fair in light of the result achieved for the Class and reasonably compensate Lead Counsel for the work involved and substantial risks they undertook in litigating the Action on a fully contingency-fee basis.

15. I endorse the application for attorneys' fees of 33 1/3% of the Settlement. Indeed, the retainer I signed at the beginning of the case provided for a 33 1/3% fee in any settlement.

16.     I understand that this fee payment, if approved by the Court, will cover all other Plaintiffs' Counsel who contributed to the prosecution of the Action at the direction of Lead Counsel.  I believe that such approval is warranted as the payment represents a fair and reasonable fee to Plaintiffs' Counsel for their efforts in assisting the prosecution of the Action.

17.     I also believe that the litigation expenses being requested for reimbursement were necessary for the prosecution and successful resolution of the Action.  Therefore, I also endorse the application by Plaintiffs' Counsel for the reimbursement of their litigation expenses.

**F.     Lead Plaintiff's PSLRA Reimbursement Application**

18.     I personally spent 20 hours representing the Class, including by: (i) gathering relevant documents for my motion to be appointed as lead plaintiff: (ii) reviewing the amended complaint and opposition to Defendants' motion to dismiss; (iii) communicating regularly with Bernstein Liebhard regarding strategy and developments in the Action; (iv) participating in settlement negotiations; and (v) reviewing and approving the Settlement.  My normal hourly rate is $250.  Thus, the value of my time spent on this case is $5,000.

19.     In light of the work I performed in the fulfillment of my fiduciary obligations to the Class, I believe that my requested reimbursement of $5,000 is fair and reasonable and warrants this Court's approval.

## CONCLUSION

20.    Accordingly, I respectfully request that the Court approve the Settlement, the Fee and Expense Application, and the requested reimbursement for the time I spent on this case and helping to achieve this settlement.

21.    I, Kavin Bakhda, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury under the laws of the United States of America that the foregoing is true. 04/18/2022

Executed this _, day of April, 2022

DocuSigned by:

28DEAA1E97904E1...

_____

KAVIN BAKHDA