**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **STEPHEN AND JUNE VITIELLO, Individually and on Behalf of All Others Similarly Situated,**<br>**Plaintiffs,**<br>**v.**<br>**BED BATH & BEYOND INC., *et al.*,**<br>**Defendants.** | **No. 2:20-cv-04240-MCA-MAH** |

**DECLARATION OF LUIGGY SEGURA REGARDING: (A) MAILING OF NOTICE PACKET; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, LUIGGY SEGURA, declare as follows:

1. I am a Vice President at JND Legal Administration ("JND"). Pursuant to the Court's Order Preliminarily Approving Proposed Settlement, entered February 4, 2022 (ECF No. 78) (the "Preliminary Approval Order"), the Court approved Lead Plaintiff's selection of JND to serve as the Claims Administrator in connection with the proposed settlement of the above-captioned action (the "Action").[1] I submit this Declaration in order to provide the Court and the parties to the Action information regarding the mailing of the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice") and the Proof of Claim and Release Form (the "Claim Form", and together with the Notice, the

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed in the Stipulation of Settlement, filed October 25, 2021 (ECF No. 66-3) (the "Stipulation").

"Notice Packet"). The following statements are based on my personal knowledge and information provided to me by other experienced JND employees, and, if called as a witness, I could, and would testify competently thereto.

**MAILING OF THE NOTICE PACKET**

2. Pursuant to the Preliminary Approval Order, JND was responsible for printing the Notice Packet and mailing them to potential Class Members. A sample of the Notice Packet is attached hereto as Exhibit A.

3. On February 7, 2022, JND received a file from Lead Counsel with the names and addresses of persons who purchased or otherwise acquired the common stock of Bed Bath & Beyond Inc. ("BBBY" or the "Company") during the period from September 4, 2019 through February 11, 2020, inclusive (the "Class Period"). This list contained a total of 311 unique names. Prior to mailing the Notice Packets, JND verified the mailing records through the National Change of Address ("NCOA") database to ensure the most current address was being used. As a result, 11 addresses were updated with new addresses, and on February 24, 2022, JND mailed 311 Notice Packets via First-Class mail to potential Class Members.

4. JND also researched filings with the U.S. Securities and Exchange Commission (the "SEC") on Form 13-F to identify additional institutions or entities who may have purchased or otherwise acquired BBBY common stock during the Class Period.

As a result, on February 24, 2022, JND mailed Notice Packets via First-Class mail to the 565 institutions and/or entities identified.

5. As in most securities class actions, a large majority of Class Members are beneficial purchasers whose securities are held in "street name," *i.e.*, the securities are purchased by brokerage firms, banks, institutions or other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers. JND maintains a proprietary database with the names and addresses of the most common banks and brokerage firms, nominees and known third party filers. JND mailed Notice Packets via First-Class mail to 4,081 banks, brokerage firms, nominees and known third-party filers on February 24, 2022.

6. Based on all the sources of information described above, on February 24, 2022, JND mailed a total of 4,957 Notice Packets via First-Class mail (the "Initial Mailing").

7. JND also posted the Notice for brokers and nominees on the Depository Trust Company's ("DTC") Legal Notice System ("LENS") service. This service is made available to all brokers/nominees who use the DTC. The DTC LENS is a place for legal notices to be posted pertaining to publicly traded companies.

8. The Notice requested all persons who purchased or otherwise acquired shares of BBBY common stock during the Class Period for the benefit of another person or entity to (i) send the Notice Packet to all beneficial owners within fourteen (14) calendar days after receipt of the Notice, (ii) request from the Claims Administrator sufficient copies of

the Notice Packet to forward to all such beneficial owners and then, within fourteen (14) calendar days after receipt of those Notice Packets, forward them to all such beneficial owners, or (iii) provide a list of names, addresses, and email addresses (if available) of all such beneficial owners to the Claims Administrator, who would then send a copy of the Notice Packet to the beneficial owners.

9. JND also caused reminder postcards to be mailed by First-Class mail, postage prepaid, to the nominees in the Broker Database who did not respond to the Initial Mailing. The postcard advised nominees of their obligation to facilitate notice of the Settlement to their clients who purchased or otherwise acquired BBBY common stock during the Class Period.

10. In a further attempt to garner broker responses, JND reached out via telephone to the largest firms from the broker/nominee and third-party filer community.

11. Following the Initial Mailing, JND received an additional 30,335 unique names and addresses of potential Class Members from individuals, brokers and/or nominees requesting Notice Packets to be mailed to such persons or entities. JND also received requests from brokers and other nominee holders for 40,260 Notice Packets that will be forwarded by the nominees to their customers.

12. As a result of the efforts described above, as of April 28, 2022, JND mailed a total of 75,552 Notice Packets to potential Class Members, brokers, and/or nominee holders.

## PUBLICATION OF THE SUMMARY NOTICE

13. Pursuant to the Preliminary Approval Order, JND was also responsible for publishing the Summary Notice. Accordingly, JND caused the Summary Notice to be published once in *The Wall Street Journal* and *Investor's Business Daily* on March 7, 2022, and to be transmitted once over the *PR Newswire* on March 7, 2022. Attached hereto as Exhibit B are the publications for *The Wall Street Journal*, *Investor's Business Daily* and *PR Newswire*.

## TELEPHONE HELPLINE

14. Beginning on or about February 24, 2022, JND established and continues to maintain a toll-free telephone number (1-866-853-5009) for Class Members to call and obtain information about the Settlement and/or request a Notice and Claim Form. The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions. Callers requiring further assistance have the option to be transferred to a live operator during business hours. JND continues to maintain the telephone helpline and will update the interactive voice response system as necessary throughout the administration of the Settlement.

## SETTLEMENT WEBSITE

15. To further assist potential Class Members, JND, in coordination with Lead Counsel, designed, implemented, and currently maintains a website dedicated to the Settlement, www.bedbathbeyondSecuritiesLitigation.com (the "Settlement Website").

The Settlement Website became operational on or about February 24, 2022, and is accessible 24 hours a day, 7 days a week. Among other things, the Settlement Website includes general information regarding the Settlement, lists the exclusion, objection, and claim filing deadlines, as well as the date and time of the Court's Settlement Hearing. JND also posted to the Settlement Website copies of the Notice, Claim Form, Summary Notice, Stipulation of Settlement, Preliminary Approval Order, and other relevant Court documents.

16. The Settlement Website will continue to be updated with relevant case information and Court documents.

**REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE**

17. The Notice Packet, Summary Notice, and Settlement Website all inform potential Class Members that requests for exclusion are to be sent to the Claims Administrator, such that they are received no later than May 5, 2022. The Notice sets forth the information that must be included in any such requests for exclusion.

18. As of April 28, 2022, JND has received one (1) request for exclusion from the Settlement Class. Attached as Exhibit C is the request for Exclusion.

19. JND will submit a supplemental declaration after the May 5, 2022 deadline addressing any additional requests for exclusion received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 28, 2022 at New Hyde Park, New York.

Luiggy Segura

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **STEPHEN AND JUNE VITIELLO, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**BED BATH & BEYOND INC., *et al.*,**<br><br>**Defendants.** | **No. 2:20-cv-04240-MCA-MAH** |

**NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

***A Federal Court authorized this Notice. This is not a solicitation from a lawyer.***

**This notice is about the proposed settlement of a securities class action against Bed Bath & Beyond Inc. You might be a member of the class in that lawsuit, and you might be eligible to receive money under the proposed settlement.**

**NOTICE OF PENDENCY OF CLASS ACTION:** Your rights may be affected by the above-captioned securities class action (the "Action") pending in the United States District Court for the District of New Jersey (the "Court") if you purchased or otherwise acquired common stock of Bed Bath & Beyond Inc. ("BBBY" or the "Company") during the period from September 4, 2019 through February 11, 2020, inclusive (the "Class Period").[1]

**NOTICE OF SETTLEMENT**: The Court-appointed Lead Plaintiff, Kavin Bakhda (the "Lead Plaintiff"), on behalf of himself and the Class (as defined in ¶ 21 below), has reached a proposed settlement of the Action for $7,000,000 in cash.

**PLEASE READ THIS NOTICE CAREFULLY. This Notice explains important rights you may have, including the possible receipt of a payment from the Settlement. If you are a member of the Class, your legal rights will be affected whether or not you act.**

**If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please contact Lead Counsel or the Claims Administrator (*see* ¶ 71 below). Please DO NOT contact the Court, BBBY, the other Defendants in the Action, or their lawyers.**

1. **Description of the Action and the Class:** This Notice concerns a proposed settlement of claims in a securities class action brought by investors alleging that BBBY and certain BBBY

[1] All capitalized terms not otherwise defined in this Notice have the meanings given to them in the Settlement Agreement dated October 25, 2021. The Settlement Agreement is available at www.BedBathBeyondSecuritiesLitigation.com

executives (collectively, the "Defendants") violated the federal securities laws by making false and misleading statements about BBBY's business. The claims are described in more detail in ¶¶ 11-14 below. The proposed Settlement, if approved by the Court, will settle claims of the Class, as defined in ¶ 21 below.

2. **Statement of the Class's Recovery:** Subject to Court approval, Lead Plaintiff, on behalf of himself and the Class, has agreed to settle the Action in exchange for $7,000,000 in cash (the "Settlement Amount"), which will be deposited into an escrow account. The Net Settlement Amount (meaning the Settlement Amount plus any and all interest earned on it (the "Settlement Fund") less (i) any Tax Expenses; (ii) any Notice and Administrative Expenses; and (iii) any attorneys' fees and expenses awarded by the Court, including any award for the costs and expenses of Lead Plaintiff, will be distributed in accordance with a Plan of Allocation approved by the Court. The proposed Plan of Allocation is set forth in ¶¶ 50-55 below.

3. **Estimate of Average Amount of Recovery Per Share:** Based on Lead Plaintiff's damages expert's estimate of the number of shares of BBBY common stock that were purchased during the Class Period and might have been affected by the conduct at issue in the Action, and assuming that all Class Members choose to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses, and costs as described in this Notice) is $.082 per affected share. If the Court approves the fee and expense applications (discussed below), the average recovery would be approximately $.056 per allegedly damaged share. Those numbers, however, are only estimates. Some Class Members might recover more or less than the estimated amount depending on, among other factors, when and at what prices they purchased or sold their shares, and the total number and value of valid Claim Forms submitted. Distributions to Class Members will be made based on the Plan of Allocation described below (*see* ¶¶ 50-55 below) or such other Plan of Allocation as the Court might order.

4. **Average Amount of Damages Per Share:** The Parties do not agree on the average amount of damages per share of BBBY common stock that would be recoverable if Lead Plaintiff were to prevail in the Action. Among other things, Defendants do not agree with Lead Plaintiff's claim that they violated the federal securities laws or that any Class Members suffered any damages as a result of Defendants' alleged conduct.

5. **Attorneys' Fees and Expenses Sought:** Plaintiffs' Counsel have been prosecuting the Action on a wholly contingent basis and have not received any payment of attorneys' fees for their representation of the Class. They also have advanced the funds to pay expenses necessary to prosecute this Action.[2] Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 33 1/3% of the Settlement Fund. Lead Counsel also will apply for payment of expenses paid or incurred by Plaintiffs' Counsel in connection with the institution, prosecution, and resolution of the Action in an amount not to exceed $100,000. In addition, Lead Plaintiff will apply for payment of the reasonable costs and expenses he incurred directly related to his representation of the Class pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), in an amount not to exceed $5,000. Any fees and expenses that the Court awards to Plaintiffs' Counsel and Lead Plaintiff will be paid from the Settlement Fund.

---

[2] Plaintiffs' Counsel include Court-appointed Lead Counsel, Bernstein Liebhard LLP ("Lead Counsel"), the Law Offices of Jan Meyer & Associates, P.C. as Liaison Counsel for Plaintiffs and the Class, and additional counsel Pomerantz LLP.

Class Members will not be personally liable for any such fees or expenses. The estimated average cost for such fees and expenses, if the Court approves Lead Counsel's fee and expense application and Lead Plaintiff's application for a PSLRA Award, is $.026 per affected share.

6. **Identification of Attorneys' Representatives:** Lead Plaintiff and the Class are represented by Laurence J. Hasson and Joseph R. Seidman, Jr., of Bernstein Liebhard LLP, 10 East 40th Street, New York, NY 10016, (212) 779-1414, lhasson@bernlieb.com, seidman@bernlieb.com.

7. **Reasons for the Settlement:** Plaintiffs' main reason for entering into the Settlement is the substantial and certain recovery for the Class without the risk and delays inherent in further litigation. Moreover, the substantial recovery provided under the Settlement must be considered against the significant risk that a smaller recovery – or perhaps no recovery at all – might be achieved after contested motions, a trial of the Action, and the likely appeals that would follow a trial. That process could last several years. Defendants deny all allegations of wrongdoing and have agreed to the Settlement solely to eliminate the uncertainty, burden, and expense of further protracted litigation.

| **YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT:** | |
|---|---|
| **SUBMIT A CLAIM FORM *POSTMARKED* NO LATER THAN JUNE 6, 2022.** | This is the only way to be eligible to receive a payment from the Settlement Fund. If you are a Class Member and you remain in the Class, you will be bound by the Settlement as approved by the Court, and you will give up any Released Class Claims (defined in ¶ 21 below) that you might have against Defendants and the other Releasees (defined in ¶ 35 below). So if you remain in the Class, it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION THAT IS *RECEIVED* NO LATER THAN MAY 5, 2022.** | You can exclude yourself from the Class. If you do so, you will not be eligible to receive any payment from the Settlement Fund. Submitting a timely and valid exclusion request is the only way ever to be part of any other lawsuit against any of the Defendants or the other Releasees concerning the Released Class Claims. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION THAT IS *RECEIVED* NO LATER THAN MAY 5, 2022.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, the request for attorneys' fees and expenses, or the proposed award to Lead Plaintiff, you may write to the Court and explain what you do not like. You cannot object to any of those matters unless you are a Class Member and do not exclude yourself from the Class. |

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **GO TO A HEARING ON JUNE 2, 2022 AT 2:00 P.M., AND FILE A NOTICE OF INTENTION TO APPEAR THAT IS *RECEIVED* NO LATER THAN MAY 5, 2022.** | If you file a written objection and notice of intention to appear by May 5, 2022, you may speak in Court, at the Court's discretion, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and expenses or the award to Lead Plaintiff. However, you do not need to attend the hearing and speak to the Court if you prefer to object only in writing. The Court may change the date of the Fairness Hearing and may also order the Hearing to be held by telephone or videoconference, in which case instructions about date, time, and how to participate will be posted on www.BedBathBeyondSecuritiesLitigation.com |
| **DO NOTHING.** | If you are a member of the Class, but you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund. You will, however, remain a member of the Class, which means that you give up your right to sue about the claims that are resolved by the Settlement, and you will be bound by any judgments or orders entered by the Court in the Action. |

**WHAT THIS NOTICE CONTAINS**


| | |
|---|---|
| Why Did I Get This Notice? | Page 5 |
| What Is This Case About? | Page 5 |
| How Do I Know If I Am Affected By The Settlement? Who Is Included In The Class? | Page 7 |
| What Are Lead Plaintiff's Reasons For The Settlement? | Page 7 |
| What Might Happen If There Were No Settlement? | Page 8 |
| How Are Class Members Affected By The Action And The Settlement? | Page 8 |
| How Do I Participate In The Settlement? What Do I Need To Do? | Page 11 |
| How Much Will My Payment Be? | Page 11 |
| What Payment Are The Attorneys For The Class Seeking? How Will The Lawyers Be Paid? | Page 15 |
| What If I Do Not Want To Be A Member Of The Class? How Do I Exclude Myself? | Page 16 |
| When And Where Will The Court Decide Whether To Approve The Settlement? Do I Have To Participate in The Hearing? May I Speak At The Hearing If I Don't Like The Settlement? | Page 16 |
| What If I Bought Shares On Someone Else's Behalf? | Page 19 |
| Can I See The Court File? Whom Should I Contact If I Have Questions? | Page 19 |

## WHY DID I GET THIS NOTICE?

8. The Court directed that this Notice be mailed to you because you or someone in your family, or an investment account for which you serve as a custodian, might have purchased or otherwise acquired BBBY common stock during the Class Period. You therefore might be a Class Member in this Action, so you have a right to know about your options before the Court rules on the proposed Settlement. You also have the right to understand how this class action may generally affect your legal rights. If the Court approves the Settlement and the Plan of Allocation, the Claims Administrator selected by Lead Plaintiff and approved by the Court will make settlement payments after any objections and appeals have been resolved.

9. This Notice is to inform you of the existence of this case and explain that it is a class action, how you might be affected, and how to exclude yourself from the Class if you wish to do so. The Notice also informs you of the terms of the proposed Settlement, your right to object to it, and a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation, Lead Counsel's motion for attorneys' fees and litigation expenses, and Lead Plaintiff's application for an award of costs (the "Fairness Hearing"). *See* ¶¶ 61-69 below for details about the Fairness Hearing.

10. The issuance of this Notice does not reflect any opinion by the Court about the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement. If the Court approves the Settlement and a Plan of Allocation, payments to Authorized Claimants will be made after any appeals have been resolved and after the completion of all claims processing. Please be patient, as this process can take some time to complete.

## WHAT IS THIS CASE ABOUT?

11. Bed Bath & Beyond Inc. ("BBBY") is a large retailer of household merchandise and home furnishings. BBBY's common stock trades on the NASDAQ exchange under the symbol "BBBY." Lead Plaintiff and additional named plaintiff Richard Lipka (collectively, "Plaintiffs") allege that Defendants made false and misleading statements to investors about BBBY's plan to reduce its inventory going into the 2019 holiday season and about the Company's inventory-management programs, practices, and software. Plaintiffs allege that the inventory-reduction program risked undercutting BBBY's sales and profits, but that Defendants did not disclose those risks and then downplayed them as they started to materialize. Plaintiffs contend that BBBY's stock price was inflated during the Class Period. Defendants deny those allegations.

12. On April 14, 2020, Stephen and June Vitiello filed a class-action complaint in the United States District Court for the District of New Jersey (the "Court"), asserting federal securities-law claims against BBBY and certain of its executive officers.

13. On August 14, 2020, the Court appointed Kavin Bakhda as Lead Plaintiff for the Action and approved Lead Plaintiff's selection of Bernstein Liebhard LLP as Lead Counsel.

14. On October 20, 2020, Lead Plaintiff and additional plaintiff Lipka filed their Amended Class Action Complaint (the "Complaint"). The Complaint asserted claims against BBBY and three of its current or former officers (Mark J. Tritton, the Company's Chief Executive Officer, Mary A. Winston, the Company's former Interim Chief Executive Officer, and Robyn M. D'Elia, the Company's former Chief Financial Officer) under Section 10(b) of the Securities

Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5, and against the individual defendants under Section 20(a) of the Exchange Act. The Complaint alleged that Defendants had made materially false and misleading statements during the Class Period about: (*i*) BBBY's management of inventory, including its use of promotions and markdowns to reduce inventory during the Class Period; (*ii*) BBBY's use of inventory, sales, and pricing programs in connection with its inventory-reduction program; (*iii*) BBBY's changes to its management positions and structure; and (*iv*) BBBY's financial guidance, projections, and earnings expectations. The Complaint further alleged that BBBY's stock price was artificially inflated during the Class Period because of Defendants' allegedly false and misleading statements and omissions, and that the stock price declined when the truth was revealed in January and February 2020. Defendants deny those allegations.

15. On December 21, 2020, Defendants moved to dismiss the Complaint. Plaintiffs opposed Defendants' motion on February 12, 2021, and Defendants filed their reply on March 15, 2021.

16. After the motion to dismiss had been fully briefed, Plaintiffs and Defendants (the "Parties") discussed the possibility of trying to resolve the Action, and they agreed to mediate the case before Jed D. Melnick, Esq., of JAMS (the "Mediator"). Defendants informed the Court that the Parties had agreed to engage in mediation to try to resolve the Action, and the Court then administratively terminated Defendants' pending motion to dismiss without ruling on it, subject to reinstatement if the mediation did not succeed.

17. The Parties provided the Mediator with the full briefing on Defendants' motion to dismiss, as well as additional confidential mediation statements. They then held two full-day mediation sessions with the Mediator on August 3 and 4, 2021. During the mediation sessions, the Parties engaged in vigorous negotiations with the assistance of the Mediator, and, at the end of the second day, they reached an agreement in principle to settle the Action for $7,000,000, based on a recommendation by the Mediator. The Settling Parties then signed a Term Sheet setting forth their agreement in principle, which was subject to certain terms and conditions, including execution of a formal Settlement Agreement, Plaintiffs' completion of Due-Diligence Discovery, and approval by the Court.

18. On October 25, 2021 the Parties entered into the Settlement Agreement, which contains the complete terms and conditions of the Settlement. The Settlement Agreement is available at www.BedBathBeyondSecuritiesLitigation.com. You should read it if you want a full understanding of its terms.

19. The proposed Settlement was subject to Plaintiffs' completion of Due-Diligence Discovery to confirm the Settlement's fairness. In connection with that Due-Diligence Discovery, BBBY gave Lead Plaintiff documents and information relating to the allegations in the Complaint. Lead Plaintiff was entitled to terminate the Settlement before seeking Court approval if the information produced during Due-Diligence Discovery caused Lead Plaintiff and Lead Counsel reasonably and in good faith to conclude that the proposed Settlement was not fair, reasonable, and adequate. After reviewing the Due-Diligence Discovery, Lead Plaintiff and Plaintiffs' Counsel chose to proceed with the Settlement and submit it to the Court for approval.

20. On February 4, 2022, the Court preliminarily approved the Settlement, authorized Lead Plaintiff to have this Notice sent to potential Class Members, and scheduled the Fairness Hearing to consider whether to grant final approval to the Settlement.

## HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT? WHO IS INCLUDED IN THE CLASS?

21. If you are a member of the Class, you are subject to the Settlement unless you timely request to be excluded from it. The Class consists of:

> all persons or entities who purchased or otherwise acquired BBBY common stock during the period from September 4, 2019 through February 11, 2020, inclusive (the "Class Period").

Excluded from the Class are:

a. such persons or entities who submit valid and timely requests for exclusion from the Class (for information on how to submit a request for exclusion, see "What If I Do Not Want To Be A Member Of The Class? How Do I Exclude Myself?" on page 16 below);

b. such persons or entities who, while represented by counsel, settled an actual or threatened lawsuit or other proceeding against one or more of the Releasees (defined below in ¶ 35) arising out of or related to the Released Class Claims (defined below in ¶ 34); and

c. BBBY and (*i*) all officers and directors of BBBY during the Class Period (including Mark J. Tritton, Mary A. Winston, and Robyn M. D'Elia), (*ii*) BBBY's Affiliates, subsidiaries, successors, and predecessors, (*iii*) any entity in which BBBY or any individual identified in subpart (*i*) has or had during the Class Period a Controlling Interest, and (*iv*) for the individuals identified in subpart(s) (*i*), (*ii*) and/or (*iii*), their Family Members, legal representatives, heirs, successors, and assigns.

**PLEASE NOTE: Receipt of this Notice does not mean you are a Class Member or will be entitled to a payment from the Settlement.**

**If you are a Class Member and you wish to be eligible to receive a payment from the Settlement, you must submit the Claim Form that is being distributed with this Notice, as well as the required supporting documentation described in the Claim Form, postmarked no later than June 6, 2022.**

## WHAT ARE LEAD PLAINTIFF'S REASONS FOR THE SETTLEMENT?

22. Lead Plaintiff and Lead Counsel believe that their claims against Defendants have merit. They recognize, however, the expense and length of continued proceedings necessary to pursue those claims through trial and appeals, as well as the very substantial risks they would face in establishing liability and damages. First, Lead Plaintiff faced substantial risks from Defendants' motion to dismiss. That motion was pending when the Parties reached an agreement in principle to settle the action. Defendants' motion argued that Defendants' statements about BBBY's inventory management and financial results were not materially false or misleading and that, in any event, Defendants had not made those statements with knowledge of any alleged falsity. Lead Plaintiff opposed Defendants' motion to dismiss and believes that the motion lacks merit, but Lead Plaintiff recognizes that there was a meaningful risk that Defendants could have persuaded the Court to dismiss the Action.

23. Second, even if the Complaint would have survived Defendants' motion to dismiss, Lead Plaintiff would have faced substantial challenges in developing facts to survive summary judgment

or establish Defendants' liability at trial. Lead Plaintiff would have faced challenges showing that Defendants' statements about BBBY's financial guidance and goals for the 2019 holiday season were materially false and misleading. Defendants likely would have contended that the statements were factually true. In addition, Defendants likely would have continued to argue that many of the statements about inventory levels and preparations for the 2019 holiday season were corporate optimism or puffery, and therefore non-actionable. Lead Plaintiff also would have faced challenges in proving that Defendants made the alleged false statements with the intent to mislead investors or were reckless in making the statements.

24. Third, Lead Plaintiff would have faced hurdles in establishing "loss causation" – *i.e.*, that the alleged misstatements caused investors' losses – and in proving damages. This case would have presented complicated issues relating to loss causation and damages because the Class Period ended immediately before the COVID-19 pandemic started to impose large financial losses on many sectors of the worldwide economy, leading to widespread declines in stock prices. Defendants would likely have argued that at least some part of any losses suffered by Class Members resulted from the effects of the pandemic, rather than from the statements alleged in the Complaint. Thus, Lead Plaintiff faced significant risks in continuing to pursue the Action.

25. In light of those risks and others, the amount of the Settlement, the immediacy of recovery to the Class, and the satisfactory completion of Due-Diligence Discovery, Lead Plaintiff and Lead Counsel believe that the proposed Settlement is fair, reasonable, and adequate, and in the best interests of the Class. Lead Plaintiff and Lead Counsel believe that the Settlement provides a substantial benefit to the Class, namely $7,000,000 in cash (less the various deductions described in this Notice), as compared to the risk that the claims in the Action would produce a smaller recovery, or no recovery, after motions to dismiss, summary judgment, trial, and appeals, possibly years in the future.

26. Defendants have denied the claims asserted against them and deny that the Class was harmed or suffered any damages from the conduct alleged in the Action. Defendants have agreed to the Settlement solely to eliminate the burden and expense of continued litigation. The Settlement therefore may not be construed as an admission of any wrongdoing by Defendants.

**WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT?**

27. If there were no Settlement, and if Lead Plaintiff failed to establish any essential legal or factual element of his claims against Defendants, neither Lead Plaintiff nor the other members of the Class would recover anything from Defendants. Also, if Defendants were successful in proving any of their defenses, either at summary judgment, at trial, or on appeal, the Class could recover substantially less than the amount provided in the Settlement, or nothing at all.

**HOW ARE CLASS MEMBERS AFFECTED BY THE ACTION AND THE SETTLEMENT?**

28. As a Class Member, you are represented by Lead Plaintiff and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense. You do not need to hire your own lawyer, but, if you do so, he or she must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section titled "When And Where Will The Court Decide Whether To Approve The Settlement?," below.

29. If you are a Class Member and do not wish to remain in the Class, you may exclude yourself from the Class by following the instructions in the section titled "What If I Do Not Want To Be A Member Of The Class? How Do I Exclude Myself?," below.

30. If you are a Class Member and wish to object to the Settlement, the Plan of Allocation, Lead Counsel's application for attorneys' fees and expenses, or Lead Plaintiff's application for a PSLRA Award, and if you do not exclude yourself from the Class, you may present your objections by following the instructions in the section titled "When And Where Will The Court Decide Whether To Approve The Settlement?," below.

31. If you are a Class Member and do not exclude yourself from the Class, you will be bound by any orders issued by the Court even if you have pending or later file any claim or lawsuit against the Releasees (as defined in ¶ 35 below) relating to the Released Class Claims (as defined in ¶ 34 below).

32. If the Settlement is approved, the Court will enter a judgment (the "Judgment") and a final approval order (the "Approval Order"). The Judgment and Approval Order will dismiss with prejudice the claims against Defendants and will provide that, on and after the Final Settlement Date, Lead Plaintiff and each of the other Class Members, on behalf of themselves and their respective heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such ("Releasors"), or any person purporting to assert a Released Class Claim on behalf of, for the benefit of, or derivatively for any such Releasors, for good and sufficient consideration, the receipt and adequacy of which are hereby acknowledged, shall be deemed to have, and by operation of law and of the Approval Order and Judgment shall have, fully, finally, and forever released, relinquished, settled, and discharged:

a. all Released Class Claims (as defined in ¶ 35 below) against each and every one of the Releasees as (defined in ¶ 34 below);

b. all Claims, damages, and liabilities as to each and every one of the Releasees to the extent that any such Claims, damages, or liabilities relate in any way to any or all acts, omissions, nondisclosures, facts, matters, transactions, occurrences, or oral or written statements or representations in connection with, or directly or indirectly relating to, (*i*) the prosecution, defense, or settlement of the Action, (*ii*) the Settlement Agreement or its implementation, (*iii*) the Settlement terms and their implementation, (*iv*) the provision of notice in connection with the proposed Settlement, and/or (*v*) the resolution of any Claim Forms submitted in connection with the Settlement; and

c. all Claims against any of the Releasees for attorneys' fees, costs, or disbursements incurred by Plaintiffs' Counsel or any other counsel representing Plaintiffs or any other Class Member in connection with or related in any manner to the Action, the settlement of the Action, or the administration of the Action and/or its Settlement, except to the extent otherwise specified in the Settlement Agreement.

33. In addition, the Judgment and Approval Order will contain an injunction providing that:

a. all Class Members (and their attorneys, accountants, agents, heirs, executors, administrators, trustees, predecessors, successors, Affiliates, representatives, and assigns) who have not validly and timely requested exclusion from the Class – and anyone else purporting to act on behalf of, for the benefit of, or derivatively for any of such persons or entities – are permanently enjoined from filing, commencing, prosecuting, intervening in, participating in

(as class members or otherwise), or receiving any benefit or other relief from any other lawsuit, arbitration, or administrative, regulatory, or other proceeding (as well as a motion or complaint in intervention in the Action if the person or entity filing such motion or complaint in intervention purports to be acting as, on behalf of, for the benefit of, or derivatively for any of the above persons or entities) or order, in any jurisdiction or forum, as to the Releasees based on or relating to the Released Class Claims; and

b. all persons and entities are permanently enjoined from filing, commencing, or prosecuting any other lawsuit as a class action (including by seeking to amend a pending complaint to include class allegations or by seeking class certification in a pending action in any jurisdiction) or other proceeding on behalf of any Class Members as to the Releasees, if such other lawsuit is based on or related to the Released Class Claims.

34. "Released Class Claims" means each and every Claim that existed as of, on, or before the Execution Date and that Plaintiffs or any other Class Member (*i*) asserted against any of the Releasees in the Action (including all Claims alleged in the Complaint) or (*ii*) could have asserted or could assert against any of the Releasees in connection with or relating directly or indirectly to any of the Operative Facts or any alleged statements about, mischaracterizations of, or omissions concerning them, whether arising under any federal, state, or other statutory or common-law rule or under any foreign law, in any court, tribunal, agency, or other forum, if such Claim also arises out of or relates to the purchase or other acquisition of BBBY Common Stock, or to any other Investment Decision, during the Class Period; *provided*, *however*, that the term "Released Class Claims" does not include (and will not release or impair) (*i*) any claims asserted in any action under the Employee Retirement Income Security Act of 1974; (*ii*) any claims asserted in any shareholder derivative action on behalf of BBBY, including without limitation the claims asserted in the Derivative Actions; or (*iii*) any claims to enforce this Settlement Agreement.

35. "Releasees" means BBBY, its affiliates, and their current and former officers (including Mark J. Tritton, Mary A. Winston, and Robyn M. D'Elia), directors, employees, agents, representatives, any and all in-house counsel and outside counsel (including Defendants' Counsel), advisors, administrators, accountants, accounting advisors, auditors, consultants, assigns, assignees, beneficiaries, representatives, partners, successors-in-interest, insurance carriers, reinsurers, parents, affiliates, subsidiaries, successors, predecessors, fiduciaries, service providers, and investment bankers, and other certain persons and entities affiliated with or related to them. The full definition of Releasees is set forth in the Settlement Agreement, available at www.BedBathBeyondSecuritiesLitigation.com.

36. The Judgment and Approval Order will also provide that, upon the Final Settlement Date, all Releasees, and anyone purporting to act on behalf of, for the benefit of, or derivatively for any such persons or entities, are permanently enjoined from commencing, prosecuting, intervening in, or participating in any claims or causes of action relating to Released Releasees' Claims.

37. "Released Releasees' Claims" means each and every Claim that has been, could have been, or could be asserted in the Action or in any other proceeding by any Releasee (including Defendants and their successors and assigns), or his, her, or its respective estates, heirs, executors, agents, attorneys (including in-house counsel, outside counsel, and Defendants' Counsel), beneficiaries, accountants, professional advisors, trusts, trustees, administrators, and assigns, against Plaintiffs, any other Class Members, or any of their respective attorneys (including, without limitation, Plaintiffs' Counsel), and that arises out of or relates in any way to the initiation,

prosecution, or settlement of the Action or the implementation of this Settlement Agreement; *provided*, *however*, that Released Releasees' Claim shall not include any Claim to enforce the Settlement Agreement.

## HOW DO I PARTICIPATE IN THE SETTLEMENT? WHAT DO I NEED TO DO?

38. To be eligible for a payment from the Settlement, you must be a member of the Class and must timely complete and return the Claim Form with adequate supporting documentation ***postmarked* no later than June 6, 2022**. A Claim Form is included with this Notice, or you may obtain one from the website maintained by the Claims Administrator for the Settlement, www.BedBathBeyondSecuritiesLitigation.com. You may also request that a Claim Form be mailed to you by calling the Claims Administrator toll-free at 866-853-5009 or by emailing the Claims Administrator at info@BedBathBeyondSecuritiesLitigation.com. Please retain all records of your ownership of and transactions in BBBY common stock, because you will need them to document your Claim. The Parties and Claims Administrator do not have information about your transactions in BBBY common stock.

39. If you request exclusion from the Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Amount.

## HOW MUCH WILL MY PAYMENT BE?

40. At this time, it is not possible to determine how much any individual Class Member might receive from the Settlement.

41. Under the Settlement, Defendants have agreed to pay $7,000,000 in cash (the "Settlement Amount"). The Settlement Amount will be deposited into an escrow account. The Settlement Amount plus any interest earned on it is called the "Settlement Fund." If the Court approves the Settlement, and if the Final Settlement Date occurs, the "Net Settlement Amount" (that is, the Settlement Fund less (i) any Tax Expenses; (ii) any Notice and Administrative Expenses; and (iii) any attorneys' fees and expenses awarded to Plaintiffs' Counsel or Lead Plaintiff by the Court) will be distributed to Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other Plan of Allocation as the Court may approve.

42. The Net Settlement Amount will not be distributed unless and until the Court has approved the Settlement and a Plan of Allocation, and the time for any petition for rehearing, appeal, or review, whether by certiorari or otherwise, has expired.

43. Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final. Defendants shall not have any liability, obligation, or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Amount, or the Plan of Allocation.

44. Approval of the Settlement is independent from approval of a Plan of Allocation. Any determination about a Plan of Allocation will not affect the Settlement, if it is approved.

45. Unless the Court otherwise orders, any Class Member who fails to submit a Claim Form postmarked on or before June 6, 2022 shall be fully and forever barred from receiving payments

pursuant to the Settlement, but will in all other respects remain a member of the Class and be subject to the provisions of the Settlement Agreement, including the terms of any Judgment entered and the releases given. This means that each Class Member releases the Released Class Claims (as defined in ¶34 above) against the Releasees (as defined in ¶35 above) and will be barred and enjoined from prosecuting any of the Released Class Claims against any of the Releasees whether or not such Class Member submits a Claim Form.

46. Participants in, and beneficiaries of, any BBBY employee-benefit plan covered by ERISA (an "ERISA Plan") should NOT include any information relating to their transactions in BBBY common stock held through the ERISA Plan in any Claim Form that they submit in this Action. They should include ONLY those shares that they purchased or acquired outside the ERISA Plan. Claims based on any ERISA Plan's purchases or acquisitions of BBBY common stock during the Class Period may be made by the plan's trustees.

47. The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Class Member.

48. Each Claimant shall be deemed to have submitted to the jurisdiction of the Court as to his, her, or its Claim Form.

49. Only members of the Class will be eligible to share in the distribution of the Net Settlement Amount. Persons and entities that are excluded from the Class by definition or that request exclusion from the Class will not be eligible for a payment and should not submit Claim Forms. The only security that is included in the Settlement is BBBY common stock.

**PROPOSED PLAN OF ALLOCATION**

50. For shares of BBBY common stock purchased or otherwise acquired between September 4, 2019 and February 11, 2020:

A. For shares held at the end of trading on May 11, 2020, the Recognized Loss shall be that number of shares multiplied by the lesser of:

(1) the applicable figure for purchase-date artificial inflation per share, as found in Table A; or

(2) the difference between the purchase price per share and $7.01.[3]

B. For shares sold between February 12, 2020 and May 11, 2020, the Recognized Loss shall be the lesser of:

(1) the applicable figure for purchase-date artificial inflation per share, as found in Table A; or

(2) the difference between the purchase price per share and the sales price per share; or

(3) the difference between the purchase price per share and the average closing price between February 12, 2020 and the date of sale, as found in Table B.[4]

C. For shares sold between September 4, 2019 and February 11, 2020, the Recognized Loss shall be that number of shares multiplied by the lesser of:

(1) the applicable figure for purchase-date artificial inflation per share less the applicable figure for sales-date artificial inflation per share, as found in Table A; or

(2) the difference between the purchase price per share and the sales price per share.

---

[3] Pursuant to Section 21(D)(e)(1) of the PSLRA, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." The mean (average) closing price of BBBY common stock during the period beginning on February 12, 2020 and ending on May 11, 2020 was $7.01 per share.

[4] Pursuant to Section 21(D)(e)(2) of the PSLRA, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, if the plaintiff sells or repurchases the subject security prior to the expiration of the 90-day period described in footnote 3, the plaintiff's damages shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the security and the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the plaintiff sells or repurchases the security."

**Table A**

| Purchase or Sale Date Range | Artificial Inflation Per Share |
|---|---|
| 09/04/2019 – 01/08/2020 | $6.06 |
| 01/09/2020 – 02/11/2020 | $3.34 |

**Table B**

| Date of Sale | Average Closing Price Between 02/12/2020 and Date of Sale Price | Date of Sale | Average Closing Price Between 02/12/2020 and Date of Sale Price |
|---|---|---|---|
| 02/12/2020 | $11.79 | 03/27/2020 | $8.71 |
| 02/13/2020 | $11.80 | 03/30/2020 | $8.57 |
| 02/14/2020 | $11.59 | 03/31/2020 | $8.45 |
| 02/18/2020 | $11.64 | 04/01/2020 | $8.31 |
| 02/19/2020 | $11.83 | 04/02/2020 | $8.18 |
| 02/20/2020 | $11.97 | 04/03/2020 | $8.07 |
| 02/21/2020 | $12.04 | 04/06/2020 | $7.97 |
| 02/24/2020 | $11.99 | 04/07/2020 | $7.89 |
| 02/25/2020 | $11.88 | 04/08/2020 | $7.83 |
| 02/26/2020 | $11.75 | 04/09/2020 | $7.78 |
| 02/27/2020 | $11.62 | 04/13/2020 | $7.72 |
| 02/28/2020 | $11.55 | 04/14/2020 | $7.66 |
| 03/02/2020 | $11.46 | 04/15/2020 | $7.59 |
| 03/03/2020 | $11.35 | 04/16/2020 | $7.54 |
| 03/04/2020 | $11.25 | 04/17/2020 | $7.48 |
| 03/05/2020 | $11.14 | 04/20/2020 | $7.41 |
| 03/06/2020 | $11.06 | 04/21/2020 | $7.35 |
| 03/09/2020 | $10.95 | 04/22/2020 | $7.30 |
| 03/10/2020 | $10.83 | 04/23/2020 | $7.25 |
| 03/11/2020 | $10.67 | 04/24/2020 | $7.21 |
| 03/12/2020 | $10.47 | 04/27/2020 | $7.20 |
| 03/13/2020 | $10.32 | 04/28/2020 | $7.19 |
| 03/16/2020 | $10.14 | 04/29/2020 | $7.17 |
| 03/17/2020 | $9.94 | 04/30/2020 | $7.16 |
| 03/18/2020 | $9.73 | 05/01/2020 | $7.13 |
| 03/19/2020 | $9.56 | 05/04/2020 | $7.11 |
| 03/20/2020 | $9.39 | 05/05/2020 | $7.08 |
| 03/23/2020 | $9.22 | 05/06/2020 | $7.06 |
| 03/24/2020 | $9.10 | 05/07/2020 | $7.04 |
| 03/25/2020 | $8.97 | 05/08/2020 | $7.03 |
| 03/26/2020 | $8.84 | 05/11/2020 | $7.01 |

## ADDITIONAL PROVISIONS OF THE PLAN OF ALLOCATION

51. Purchases and sales of BBBY common stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. For purposes of determining whether a Claimant has a "Recognized Claim," purchases, acquisitions, and sales of BBBY common stock will first be matched on a First In, First Out ("FIFO") basis.

52. The Net Settlement Fund will be allocated among all Authorized Claimants whose prorated payment is $10.00 or greater. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation, and a distribution will not be made to that Authorized Claimant.

53. Payment according to this Plan of Allocation will be deemed conclusive against all Authorized Claimants. Recognized Claims will be calculated as defined herein by the Claims Administrator and cannot be less than zero.

54. Distributions will be made to Authorized Claimants after all claims have been processed and after the Court has finally approved the Settlement. If any funds remain in the Net Settlement Fund by reason of uncashed checks or otherwise, the Claims Administrator will make reasonable and diligent efforts to have Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks. If any funds remain after the Claims Administrator has made those efforts, any portion of the Net Settlement Amount that cannot be distributed pursuant to the Plan of Allocation shall be distributed to a non-profit organization or organizations to be agreed upon by the Settling Parties and approved by the Court.

55. Payment pursuant to the Plan of Allocation, or such other plan as may be approved by the Court, shall be conclusive against all Authorized Claimants. No person shall have any claim against Plaintiffs, Lead Counsel, their damages expert, the Claims Administrator, or other agent designated by Lead Counsel, arising from determinations or distributions to claimants made substantially in accordance with the Stipulation, the Plan of Allocation approved by the Court, or further orders of the Court. Plaintiffs, Defendants, and all other Releasees shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund or the Net Settlement Fund, the Plan of Allocation, the determination, administration, calculation, or payment of any Claim Form, the non-performance of the Claims Administrator, the payment or withholding of Taxes owed by the Settlement Fund, or any losses incurred in connection therewith.

## WHAT PAYMENT ARE THE ATTORNEYS FOR THE CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?

56. Plaintiffs' Counsel have not received any payment for their services in pursuing claims against Defendants on behalf of the Class, and they have not been paid for their litigation expenses. Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 33 1/3% of the Settlement Fund. Lead Counsel has a retention agreement with Lead Plaintiff that provides for a contingency fee to be awarded to Lead Counsel after notice to the Class and approval by the Court. When it submits its motion for attorneys' fees, Lead Counsel will also apply for payment of litigation expenses that Plaintiffs' Counsel paid or incurred in an amount not to exceed $100,000, and for the reasonable costs and expenses that Lead Plaintiff directly incurred in representing the Class pursuant to the PSLRA, in an amount not to exceed $5,000. The Court will determine the amount

of any award of attorneys' fees and expenses to Plaintiffs' Counsel or any PSLRA Award to Lead Plaintiff. Any amounts approved by the Court will be paid from the Settlement Fund. Class Members will not be personally liable for any such fees or expenses.

**WHAT IF I DO NOT WANT TO BE A MEMBER OF THE CLASS? HOW DO I EXCLUDE MYSELF?**

57. Each Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless he, she, or it mails or delivers a written Request for Exclusion from the Class, addressed to **Bed Bath & Beyond Securities Litigation, Exclusions, c/o JND Legal Administration, P.O. Box 91135, Seattle, WA 98111**. The Request for Exclusion must be ***received*** no **later than May 5, 2022**. You will not be able to exclude yourself from the Class after that date. A Request for Exclusion must include the following information: (*i*) name, (*ii*) address, (*iii*) telephone number, (*iv*) email address, if available, (*v*) a statement that the potential Class Member wishes to request exclusion from the Class in *Vitiello v. Bed Bath & Beyond Inc.*, No. 2:20-cv-04240-MCA-MAH (D.N.J.), (*vi*) the number of shares of BBBY common stock held as of opening of trading on September 4, 2019 and purchased or otherwise acquired and/or sold through the close of trading on May 11, 2020, (*vii*) price(s) paid or value at receipt, and, if sold, the sales price(s), (*viii*) the date of each such transaction involving each such security, and (*ix*) the signature of the person or entity requesting exclusion or of an authorized representative. A Request for Exclusion shall not be valid and effective unless it provides all the information called for in this paragraph and is received within the time stated above, or is otherwise accepted by the Court.

58. If you do not want to be part of the Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Class Claim against any of the Releasees.

59. If you ask to be excluded from the Class, you will not be eligible to receive any payment from the Net Settlement Amount. You also will not be able to object to the proposed Settlement or participate in the Fairness Hearing.

60. Defendants have the right to terminate the Settlement if valid Requests for Exclusion are received from persons and entities entitled to be members of the Class in an amount that exceeds an amount agreed to by Lead Plaintiff and Defendants.

**WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT? DO I HAVE TO PARTICIPATE IN THE HEARING? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?**

61. **Class Members do not need to participate in the Fairness Hearing. The Court will consider any submissions made in accordance with the procedures explained below even if a Class Member does not speak at or otherwise observe the hearing. You can participate in the Settlement without attending the Fairness Hearing.**

62. **Please Note:** The date and time of the Fairness Hearing may change without further written notice to the Class. In addition, because of the Coronavirus (COVID-19), the Court might decide to hold the Fairness Hearing by telephone or videoconference, or otherwise allow counsel for the

Parties and for Class Members to appear at the hearing by phone or videoconference, without further written notice to the Class. **To determine whether the date and time of the Fairness Hearing have changed, or whether Class Members must or may participate by phone or videoconference, you should monitor the Court's docket and the Settlement website, www.BedBathBeyondSecuritiesLitigation.com, before making any plans to attend the Fairness Hearing in person. Any updates about the Fairness Hearing, including any changes to the date or time of the hearing or updates about in-person, telephonic, or video appearances at the hearing, will be posted to the Settlement website, www.BedBathBeyondSecuritiesLitigation.com. Also, if the Court requires or allows Class Members to participate in the Fairness Hearing by telephone or video, the phone or video access information will be posted to the website.**

63. The Fairness Hearing will be held on **June 2, 2022 at 2:00 p.m.**, before the Honorable Michael A. Hammer either in-person at the United States District Court for the District of New Jersey, Martin Luther King Building & United States Courthouse, 50 Walnut Street, Courtroom MLK2CA, Newark, NJ 07101, or by telephone or videoconference, to determine, among other things, (*i*) whether the proposed Settlement provided for in the Settlement Agreement is fair, reasonable, and adequate to the Class, and should be finally approved; (*ii*) whether, for purposes of the Settlement only, to grant final certification of the Action as a class action and to grant final appointment of Lead Plaintiff as Class representative and Lead Counsel as counsel for the Class; (*iii*) whether to dismiss the Action with prejudice against Defendants and whether to enter the Releases specified and described in the Settlement Agreement and in this Notice; (*iv*) whether to approve the proposed Plan of Allocation as fair and reasonable; (*v*) whether to grant Lead Counsel's motion for attorneys' fees and litigation expenses and Lead Plaintiff's motion for costs and expenses; (*vi*) whether to enter the permanent injunction and bar orders requested in the Settlement Agreement, and (*vii*) any other matters that may properly be brought before the Court in connection with the Settlement. The Court reserves the right to certify the Class; approve the Settlement, the Plan of Allocation, and Lead Counsel's motion for attorneys' fees and litigation expenses; and/or consider any other matter related to the Settlement at or after the Fairness Hearing without further notice to the members of the Class.

64. Any Class Member who does not request exclusion may object to the Settlement, the proposed Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or Lead Plaintiff's application for expenses. Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the United States District Court for the District of New Jersey at the address set forth below **on or before May 5, 2022**. You must also serve the papers on Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are ***received*** **on or before May 5, 2022**.

| Clerk's Office | Lead Counsel | Defendants' Counsel |
|---|---|---|
| United States District Court<br>District of New Jersey<br>50 Walnut Street<br>Newark, NJ 07101 | **Bernstein Liebhard LLP**<br>Laurence J. Hasson, Esq.<br>Joseph R. Seidman, Jr., Esq.<br>10 East 40th Street<br>New York, NY 10016 | **Proskauer Rose LLP**<br>Jonathan E. Richman, Esq.<br>Eleven Times Square<br>New York, NY 10036 |

You must also ***email*** the objection and any supporting papers on or before May 5, 2022 to bbbyinformation@bernlieb.com and to jerichman@proskauer.com.

65. Any objection must state the specific reason(s), if any, for each objection, including any legal support the Class Member wishes to bring to the Court's attention and any evidence the Class Member wishes to introduce in support of such objection, and shall state whether the objection applies only to the objector, to a specific subset of the Class, or to the entire Class. In addition to the reason(s) for the objection, an objection must also include the name and docket number of this case (*Vitiello v. Bed Bath & Beyond Inc.*, No. 2:20-cv-04240-MCA-MAH (D.N.J.)) and the following information about the Class Member: (*i*) name, (*ii*) address, (*iii*) telephone number, (*iv*) email address, if available, (*v*) number of shares of BBBY common stock held as of opening of trading on September 4, 2019 and purchased or otherwise acquired and/or sold through close of trading on May 11, 2020, (*vi*) price(s) paid or value at receipt, and, if sold, the sales price(s), (*vii*) the date of each such transaction involving each such security, and (*viii*) account statements verifying all such transactions. You may not object to the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or Lead Plaintiff's application for expenses if you exclude yourself from the Class or if you are not a member of the Class.

66. You may file a written objection without having to speak at the Fairness Hearing. You may not, however, speak at the Fairness Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

67. If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the proposed Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees and expenses, or Lead Plaintiff's application for expenses, and if you have timely filed and served a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 64 above so that it is ***received*** **on or before May 5, 2022**. Persons who intend to object and present evidence at the Fairness Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and any exhibits they intend to introduce into evidence at the hearing. Such persons may be heard orally at the discretion of the Court.

68. You are not required to hire an attorney to represent you in making written objections or appearing at the Fairness Hearing. However, if you decide to hire an attorney, you may do so at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 64 above so that the notice is ***received*** **on or before May 5, 2022**.

69. **Unless the Court orders otherwise, any Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever**

**foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees and expenses, or Lead Plaintiff's application for expenses. Class Members do not need to appear at the Fairness Hearing or take any other action to show their approval of the proposed Settlement.**

## WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?

70. If you purchased or otherwise acquired BBBY common stock during the period from September 4, 2019 through February 11, 2020, inclusive, for the beneficial interest of persons or organizations other than yourself, you must, within fourteen (14) calendar days after receipt of this Notice, either (*i*) request from the Claims Administrator sufficient copies of the Notice and Claim Form (the "Notice Packet") to forward to all such beneficial owners and then, within fourteen (14) calendar days after receipt of those Notice Packets, forward them to all such beneficial owners; or (*ii*) provide a list of the names, addresses, and email addresses (if available) of all such beneficial owners to **Bed Bath & Beyond Securities Litigation, c/o JND Legal Administration, P.O. Box 91135, Seattle, WA 98111**, or email BBBSecurities@jndla.com. If you choose the second option, the Claims Administrator will send a copy of the Notice Packet to the beneficial owners. Upon full compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred, by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought. Copies of this Notice and the Claim Form may also be obtained from the Settlement website, www.BedBathBeyondSecuritiesLitigation.com by calling the Claims Administrator toll-free at 866-853-5009, or by emailing the Claims Administrator at info@BedBathBeyondSecuritiesLitigation.com.

## CAN I SEE THE COURT FILE?<br>WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?

71. This Notice contains only a summary of the terms of the proposed Settlement. For more detailed information about this Action and the proposed Settlement, you should review the papers on file in the Action, including the Settlement Agreement, which may be inspected during regular office hours at the Office of the Clerk, United States District Court for the District of New Jersey, Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, NJ 07101. Additionally, copies of the Settlement Agreement and any related orders entered by the Court will be posted on the Settlement website, www.BedBathBeyondSecuritiesLitigation.com.

All inquiries concerning this Notice and the Claim Form should be directed to:

*Bed Bath & Beyond Securities Litigation*
c/o JND Legal Administration
P.O. Box 91135
Seattle, WA 98111

and/or

Laurence J. Hasson
Joseph R. Seidman, Jr.
Bernstein Liebhard LLP
10 East 40th Street
New York, NY 10016
(212) 779 1414
lhasson@bernlieb.com
seidman@bernlieb.com

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF COURT, DEFENDANTS, OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: February 24, 2022

By Order of the Court
United States District Court
District of New Jersey

# PROOF OF CLAIM AND RELEASE FORM

**Bed Bath & Beyond Securities Litigation**
**Toll-Free Number: 1-866-853-5009**
**Email: info@BedBathBeyondSecuritiesLitigation.com**
**Website: www.BedBathBeyondSecuritiesLitigation.com**

To be eligible to receive a share of the Net Settlement Amount in connection with the Settlement of this Action, you must complete and sign this Proof of Claim and Release Form ("Claim Form") and mail it by first-class mail to the address below, with supporting documentation, ***postmarked*** **no later than June 6, 2022**.

**Mail to:**

*Bed Bath & Beyond Securities Litigation*
c/o JND Legal Administration
PO Box 91135
Seattle, WA 98111

***You must submit this Claim Form if you want to make a claim to share in the settlement payment. If you fill out this Claim Form according to the instructions below, you might be eligible to receive a cash payment if the Court approves the proposed Settlement.***

If you do not submit your Claim Form by the date specified, your claim might be rejected, and you might not be eligible to receive a payment from the Settlement.

Do not mail or deliver your Claim Form to the Court, Lead Counsel, Defendants' Counsel, or any of the Parties to the Action. Submit your Claim Form only to the Claims Administrator at the address printed above.

## CONTENTS

02 I. CLAIMANT INFORMATION

03 II. GENERAL INSTRUCTIONS

06 III. SCHEDULE OF TRANSACTIONS IN BBBY COMMON STOCK (NASDAQ TICKER: BBBY; CUSIP: 075896100)

07 IV. RELEASE OF CLAIMS AND SIGNATURE

# PART I – CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications about this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. You must provide complete names of all persons and entities.

Beneficial Owner's First Name | MI | Beneficial Owner's Last Name

Joint Beneficial Owner's First Name (*if applicable*) | MI | Joint Beneficial Owner's Last Name

If this claim is submitted for an IRA, and if you would like any check that you might be eligible to receive to be made payable to the IRA, please include "IRA" in the "Last Name" box above (*e.g.*, Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

City | State/Province | ZIP/Postal Code

Foreign Postal Code (if applicable) | Foreign County (if applicable)

Telephone Number (Day) — — | Telephone Number (Evening) — —

Email address (email address is not required, but, if you provide it, you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

**Type of Beneficial Owner:**

Specify one of the following:

☐ Individual(s) ☐ Corporation ☐ UGMA Custodian ☐ IRA ☐ Partnership

☐ Estate ☐ Trust ☐ Other (describe): ______________________

# PART II – GENERAL INSTRUCTIONS

1. You should completely read and understand the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Amount in the Notice. The Notice describes the proposed Settlement, how Class Members are affected by it, and how the Net Settlement Amount will be distributed if the Court approves the Settlement and Plan of Allocation. The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Notice, including the terms of the releases provided for in this Claim Form.

2. By submitting this Claim Form, you will be asking for a payment from the Settlement described in the Notice. IF YOU ARE NOT A CLASS MEMBER (*see* the definition of the Class on page 7of the Notice, which sets forth who is included in and who is excluded from the Class), OR IF YOU, OR SOMEONE ACTING ON YOUR BEHALF, SUBMITTED A REQUEST FOR EXCLUSION FROM THE CLASS, DO NOT SUBMIT A CLAIM FORM. **YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A CLASS MEMBER.** IF YOU ARE EXCLUDED FROM THE CLASS, ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

3. **Submission of this Claim Form does not guarantee that you will receive a payment from the Settlement. The distribution of the Net Settlement Amount will be governed by the Plan of Allocation set forth in the Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.**

4. Use the Schedule of Transactions in Part III of this Claim Form to supply all required details of your transaction(s) in, and holdings of, Bed Bath & Beyond Inc. ("BBBY") Common Stock. On this schedule, provide all of the requested information about your holdings, purchases, acquisitions, and sales of BBBY Common Stock (including free transfers and deliveries), whether such transactions resulted in a profit or a loss. **Failure to report all transaction and holding information during the requested time period might result in the rejection of your claim.**

5. **<u>Please note</u>**: Only shares of BBBY Common Stock purchased during the Class Period (*i.e.*, from September 4, 2019 through February 11, 2020, inclusive) are eligible under the Settlement. However, sales of BBBY Common Stock during the period from February 12, 2020 through and including the close of trading on May 11, 2020, will be used for purposes of calculating your claim under the Plan of Allocation. Although purchases and acquisitions during the period from February 12, 2020 through May 11, 2020 are not eligible for payment, you must provide information about them so that the Claims Administrator can balance your claim – *i.e.*, confirm that all transactions have been included by checking whether (a) the number of shares you held at the opening of trading on September 4, 2019 *plus* the number of shares you purchased/acquired from September 4, 2019 through May 11, 2020 *is equal to* (b) the number of shares you sold from September 4, 2019 through May 11, 2020, *plus* the number of shares you held at the close of trading on May 11, 2020.

6. You must submit genuine and sufficient documentation for all of your transactions in and holdings of BBBY Common Stock as set forth in the Schedule of Transactions in Part III of this Claim Form. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement. The Parties and the Claims Administrator do not independently have information about your investments in BBBY Common Stock. IF YOU DO NOT HAVE SUCH DOCUMENTS, PLEASE OBTAIN

COPIES OF THE DOCUMENTS OR EQUIVALENT DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION COULD RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the Claims Administrator. Also, do not highlight any portion of the Claim Form or any supporting documents.**

7. Use Part I of this Claim Form, titled "CLAIMANT INFORMATION," to identify the beneficial owner(s) of the BBBY Common Stock. You must enter the complete name(s) of the beneficial owner(s). If you held the BBBY Common Stock in your own name, you were the beneficial owner as well as the record owner. If, however, your BBBY Common Stock was registered in the name of a third party, such as a nominee or brokerage firm, you were the beneficial owner of the stock, but the third party was the record owner. The beneficial owner, not the record owner, must sign this Claim Form to be eligible to participate in the Settlement. If there were joint beneficial owners, each of the joint beneficial owners must sign this Claim Form, and their names must appear as "Claimants" in Part I of this Claim Form.

8. **One Claim Form should be submitted for each separate legal entity.** Separate Claim Forms should be submitted for each separate legal entity (for example, a claim from joint owners should not include separate transactions of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made solely in the individual's name). Conversely, a single Claim Form should be submitted on behalf of one legal entity including all transactions made by that entity, no matter how many separate accounts that entity has (for example, a corporation with multiple brokerage accounts should include all transactions made in all accounts on one Claim Form).

9. Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

(a) expressly state the capacity in which they are acting;

(b) identify the name, account number, last four digits of the Social Security Number (or taxpayer identification number), address, and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the BBBY Common Stock; and

(c) furnish evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established based only on having discretionary authority to trade securities in another person's accounts.)

10. By submitting a signed Claim Form, you will be swearing that you:

(a) own(ed) the BBBY Common Stock listed in the Claim Form; or

(b) are expressly authorized to act on behalf of the owner of that stock.

11. By submitting a signed Claim Form, you will be swearing to the truth of the statements it contains and the genuineness of the documents attached to it, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

12. If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after any appeals are resolved, and after the completion of all claims processing. The claims process will take substantial time to complete fully and fairly. Please be patient.

13. **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant will receive his, her, or its *pro rata* share of the Net Settlement Amount. If the prorated payment to any Authorized Claimant amounts to less than $10.00, it will not be included in the calculation, and no distribution will be made to that Authorized Claimant.

14. If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator, JND Legal Administration, at the above address, by email at info@BedBathBeyondSecuritiesLitigation.com, or by toll-free phone at 866-853-5009, or you can visit the Settlement website, www.BedBathBeyondSecuritiesLitigation.com, where copies of the Claim Form and Notice are available for downloading.

15. NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the ***mandatory*** electronic filing requirements and file layout, you may visit the Settlement website at www.BedBathBeyondSecuritiesLitigation.com, or you may email the Claims Administrator's electronic filing department at BBBSecurities@JNDLA.COM. **Any file not in accordance with the required electronic filing format might be rejected.** Only one claim should be submitted for each separate legal entity (*see* ¶ 8 above), and the ***complete*** name of the beneficial owner of the securities must be entered where called for (*see* ¶ 7 above). No electronic files will be considered to have been submitted unless the Claims Administrator issues an email to that effect. **Do not assume that your file has been received until you receive that email. If you do not receive such an email within 10 days after your submission, you should contact the electronic filing department at BBBSecurities@JNDLA.COM to inquire about your file and confirm it was received.**

**IMPORTANT: PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM WITHIN 60 DAYS AFTER YOUR SUBMISSION. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, CONTACT THE CLAIMS ADMINISTRATOR TOLL-FREE AT 866-853-5009.**

# PART III – SCHEDULE OF TRANSACTIONS IN BBBY COMMON STOCK

Use this section to provide information on your holdings and trading of BBBY Common Stock (NASDAQ Ticker Symbol: BBBY; CUSIP: 075896100) during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 6 above.

| 1. **HOLDINGS AS OF SEPTEMBER 4, 2019**– State the total number of shares of BBBY Common Stock held as of the **opening of trading** on September 4, 2019. (Must be documented.) If none, write "zero" or "0." ____________________ | Confirm Proof of Position Enclosed ☐ |
|---|---|

**2. PURCHASES/ACQUISITIONS FROM SEPTEMBER 4, 2019 THROUGH FEBRUARY 11, 2020** – Separately list each and every purchase or acquisition (including free receipts) of BBBY Common Stock from after the opening of trading on September 4, 2019 through and including the close of trading on February 11, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/ Acquired | Purchase Price Per Share | Total Purchase Price (excluding any fees, commissions, and taxes) | Confirm Proof of Purchase Enclosed |
|---|---|---|---|---|
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

**3. PURCHASES/ACQUISITIONS FROM FEBRUARY 12, 2020 THROUGH MAY 11, 2020** – State the total number of shares of BBBY Common Stock purchased or acquired (including free receipts) from February 12, 2020 through the close of trading on May 11, 2020. If none, write "zero" or "0." ____________________

| 4. **SALES FROM SEPTEMBER 4, 2019 THROUGH MAY 11, 2020** – Separately list each and every sale or disposition (including free deliveries) of BBBY Common Stock from after the opening of trading on September 4, 2019 through and including the close of trading on May 11, 2020. (Must be documented.) | **IF NONE, CHECK HERE** ☐ |
|---|---|

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

| 4. **HOLDINGS AS OF MAY 11, 2020** – State the total number of shares of BBBY Common Stock held as of the close of trading on May 11, 2020. (Must be documented.) If none, write "zero" or "0." ________________ | Confirm Proof of Position Enclosed ☐ |
|---|---|

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☐

# PART IV - RELEASE OF CLAIMS AND SIGNATURE

**YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 9 OF THIS CLAIM FORM.**

1. I (we) hereby acknowledge that, pursuant to the terms set forth in the Settlement Agreement, without further action by anyone, upon the Final Settlement Date, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such ("Releasors"), or any person purporting to assert a Released Class Claim on behalf of, for the benefit of, or derivatively for any such Releasors, for good and sufficient consideration, the receipt and adequacy of which are hereby acknowledged, shall be deemed to have, and by operation of law and of the Approval Order and Judgment shall have, fully, finally, and forever released, relinquished, settled, and discharged:
   a. all Released Class Claims (as defined in the Notice) against each and every one of the Releasees (as defined in the Notice);
   b. all Claims, damages, and liabilities as to each and every one of the Releasees to the extent that any such Claims, damages, or liabilities relate in any way to any or all acts, omissions, nondisclosures, facts, matters, transactions, occurrences, or oral or written statements or representations in connection with, or directly or indirectly relating to, (*i*) the prosecution, defense, or settlement of the Action, (*ii*) the Settlement Agreement or its implementation, (*iii*) the Settlement terms and their implementation, (*iv*) the provision of notice in connection with the proposed Settlement, and/or (*v*) the resolution of any Claim Forms submitted in connection with the Settlement; and
   c. all Claims against any of the Releasees for attorneys' fees, costs, or disbursements incurred by Plaintiffs' Counsel or any other counsel representing Plaintiffs or any other Class Member in connection with or related in any manner to the Action, the settlement of the Action, or the administration of the Action and/or its Settlement, except to the extent otherwise specified in the Settlement Agreement.
2. In addition, the Judgment and Approval Order will provide that:
   a. all Class Members (and their attorneys, accountants, agents, heirs, executors, administrators, trustees, predecessors, successors, Affiliates, representatives, and assigns) who have not validly and timely requested exclusion from the Class – and anyone else purporting to act on behalf of, for the benefit of, or derivatively for any of such persons or entities – are permanently enjoined from filing, commencing, prosecuting, intervening in, participating in (as class members or otherwise), or receiving any benefit or other relief from any other lawsuit, arbitration, or administrative, regulatory, or other proceeding (as well as a motion or complaint in intervention in the Action if the person or entity filing such motion or complaint in intervention purports to be acting as, on behalf of, for the benefit of, or derivatively for any of the above persons or entities) or order, in any jurisdiction or forum, as to the Releasees based on or relating to the Released Class Claims; and
   b. all persons and entities are permanently enjoined from filing, commencing, or prosecuting any other lawsuit as a class action (including by seeking to amend a pending complaint to include class allegations or by seeking class certification in a pending action in any jurisdiction) or other proceeding on behalf of any Class Members as to the Releasees, if such other lawsuit is based on or related to the Released Class Claims.

**CERTIFICATION**

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) that:

1. I (we) have read and understand the contents of the Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2. the claimant(s) is a (are) Class Member(s), as defined in the Notice, and is (are) not excluded by definition from the Class as set forth in the Notice;

3. the claimant(s) did ***not*** submit a request for exclusion from the Class;

4. I (we) own(ed) the BBBY Common Stock identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

5. the claimant(s) has (have) not submitted any other claim covering the same purchases of BBBY Common Stock and does (do) not know of any other person's having done so on the claimant's (claimants') behalf;

6. the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

7. I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator, or the Court may require;

8. the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this claim, and waives any right of appeal or review with respect to such determination;

9. I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10. the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence stating that the claim is not subject to backup withholding.**

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

________________________________________________

Signature of claimant Date

________________________________________________

Print claimant name here

________________________________________________

Signature of joint claimant, if any Date

________________________________________________

Print joint claimant name here

***If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:***

________________________________________________

Signature of person signing on behalf of claimant Date

________________________________________________

Print name of person signing on behalf of claimant here

________________________________________________

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – see ¶ 9 on page 4 of this Claim Form.)

# REMINDER CHECKLIST



1. Sign the above release and certification. If this Claim Form is being made on behalf of joint claimants, then both must sign.
2. Attach only **copies** of acceptable supporting documentation, because those documents will not be returned to you. Keep the original documents.





3. Do not highlight any portion of the Claim Form or any supporting documents.
4. Keep copies of the completed Claim Form and documentation for your own records.





5. The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days after your submission. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll-free at 866-853-5009.**
6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.



7. If you have any questions or concerns regarding your claim, contact the Claims Administrator at the address below, by email at info@BedBathBeyondSecuritiesLitigation.com, or by toll-free phone at 866-853-5009, or you may visit www.BedBathBeyoneSecuritiesLitigation.com. DO NOT call BBBY or its counsel with questions regarding your claim.

THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL, ***POSTMARKED*** **NO LATER THAN JUNE 6, 2022,** ADDRESSED AS FOLLOWS:

***Bed Bath & Beyond Securities Litigation***
**c/o JND Legal Administration**
**P.O. Box 91135**
**Seattle, WA 98111**

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before June 6, 2022 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.

# EXHIBIT B

# MARKETS


BRIAN CASSELLA/TNS/ZUMA PRESS
Rivian is expected to post a loss of $1.79 a share on Thursday.

## THE TICKER | MARKET EVENTS COMING THIS WEEK

### Monday

**Consumer credit** (in billions)

| | |
|---|---|
| Dec., previous | up $18.9 |
| Jan., expected | up $24.3 |

**Earnings expected*** (Estimate/Year Ago)

| | |
|---|---|
| AvidXchange Holdings | (0.12)/n.a. |
| Ciena | 0.45/0.52 |

### Tuesday

**Int'l trade deficit** (in billions)

| | |
|---|---|
| Dec., previous | $80.7 |
| Jan., expected | $87.3 |

**Wholesale inventories**

| | |
|---|---|
| Dec., previous | up 2.2% |
| Jan., expected | up 0.8% |

**Earnings expected*** (Estimate/Year Ago)

| | |
|---|---|
| Casey's General Stores | 1.45/1.04 |
| Dick's Sporting Goods | 3.47/2.43 |
| Guidewire Software | (0.11)/0.11 |
| Nuvei | 0.45/0.33 |
| Olaplex Holdings | 0.09/n.a. |
| Petco Health & Wellness | 0.24/0.17 |

### Wednesday

**Short-selling reports** (Ratio, days of trading volume of current position, at Feb 15)

| | |
|---|---|
| NYSE | 3.3 |
| Nasdaq | 2.7 |

**EIA status report** (Previous change in stocks in millions of barrels)

| | |
|---|---|
| Crude-oil stocks | down 2.6 |
| Gasoline stocks | down 0.5 |
| Distillates | down 0.6 |

**Mort. bankers indexes**

| | |
|---|---|
| Purch., prev. | down 2% |
| Refinan., prev. | up 1% |

**Earnings expected*** (Estimate/Year Ago)

| | |
|---|---|
| Campbell Soup | 0.69/0.84 |
| Diversey Holdings | 0.13/0.20 |
| Franco-Nevada | 0.86/0.85 |
| Thor Industries | 3.39/2.38 |

### Thursday

**Consumer-price index**

| | |
|---|---|
| All items, Jan. | up 7.5% |
| Feb., expected | up 7.8% |
| Core, Jan. | up 6.0% |
| Feb., expected | up 6.4% |

**EIA report: natural gas** (Previous change in stocks in billions of cubic feet)

| | |
|---|---|
| | down 139 |

**Initial jobless claims**

| | |
|---|---|
| Previous | 215,000 |
| Expected | 220,000 |

**Treasury budget** (in billions)

| | |
|---|---|
| Feb., '21 | $311.0 deficit |
| Feb., '22, exp | n.a. |

**Earnings expected*** (Estimate/Year Ago)

| | |
|---|---|
| LegalZoom.com | 0.00/n.a. |
| Lifestance Health | (0.30)/n.a. |
| Oracle | 1.18/1.16 |
| Rivian Automotive | (1.79)/n.a. |
| Ulta Beauty | 4.57/3.41 |
| Wheaton Precious Metals | 0.31/0.33 |

### Friday

**U.Mich. consumer index**

| | |
|---|---|
| Feb., final | 62.8 |
| March, preliminary | 62.3 |

* FactSet Estimates earnings-per-share estimates don't include extraordinary items (Losses in parentheses) ◆ Adjusted for stock split

Note: Forecasts are from Dow Jones weekly survey of economists

# Asian Markets Decline

*Continued from page B1*

drug distributor **Amerisource-Bergen** Corp. and conglomerate **Berkshire Hathaway** Inc.

Many investors see reason for optimism when stocks from different corners of the market rally simultaneously. Such moves hint at the underpinnings of a durable advance, even when that has yet to materialize at the level of major stock indexes. That contrasts with periods in recent years when big technology stocks lifted the market while other sectors languished.

"That can't sustain itself forever, so I think that's been a healthy development," said Hank Smith, head of investment strategy at Haverford Trust. Even with the recent down week, "what you're seeing is there is buying power out there."

Tech shares pulled back this year as the Federal Reserve's plan to raise interest rates weighs on the high value that investors assigned to those companies' future earnings. The losses in sectors ranging from industrials to financials to healthcare have been less severe, and the energy group has shot higher.

In one sign of the outsize influence of big tech companies, the S&P 500, which is weighted by market value, is lagging behind a version of the index in which each constituent is equally weighted. The S&P 500 Equal Weight Index is down 5.9% in 2022.

Investors this week will scrutinize new inflation data ahead of the central bank meeting, which begins March 15. They also will parse earnings reports from **Campbell Soup** Co., **Ulta Beauty** Inc. and software company **Oracle** Corp. for insights on cost pressures and customer demand.


LUKE SHARRETT/BLOOMBERG NEWS
Candy maker Hershey was among those companies whose stocks set records last week.

While the recent stock-market declines might make investors cringe, some point to signs that shares are poised for a rebound.

Profits among big U.S. companies are expected to grow more than 8% from 2021, and the stock market looks less expensive than it has since the early days of the pandemic in the wake of the recent selloff. The widespread selling on geopolitical news shows a rush from risk but not fundamental weakness that would weigh on stocks longer term, these investors said.

"It doesn't feel good right now, but it points to the potential for that breadth to improve markedly," said Shannon Saccocia, chief investment officer at SVB Private Bank.

On Wednesday, for example, more than 90% of the stocks in the S&P 500 advanced after Fed Chairman Jerome Powell said he would propose raising interest rates by one-quarter of a percentage point this month.

**Share of S&P 500 stocks above their 200-day moving average***

100%
80
60
40
20
0
2020
'21
'22

*Data as of March 3
Source: FactSet

Some investors had feared the Fed might raise rates by half a point. Higher rates tend to pressure stock valuations by reducing investors' risk appetite and denting the value analysts assign to companies' future earnings.

To be sure, other technical indicators have been bleak. The market's drawdown has been so widespread that the percentage of S&P 500 stocks trading above their 200-day moving averages recently hit its lowest level since May 2020.

And in late February, the 15-day moving average of the percentage of S&P 500 stocks declining in a trading session hit one of its highest levels since March 2020, according to brokerage Instinet.

It is too soon to know just how effects of the war in Ukraine and ensuing sanctions against Russia will ripple through the global economy. The prices of commodities from wheat to corn to aluminum have hit multiyear highs, and oil has surged above $100 a barrel for the first time since 2014. Gas prices have topped $5 a gallon in some parts of the country.

Mr. Powell said on Thursday that Russia's invasion was likely to push up inflation. He indicated the Fed wouldn't tolerate a significant period of higher inflation, even if that meant choking off economic growth.

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

CLASS ACTION

LEGAL NOTICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**STEPHEN AND JUNE VITIELLO, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, v.**
**BED BATH & BEYOND INC., *et al.*, Defendants.**

**No. 2:20-cv-04240-MCA-MAH**

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

**TO:** All persons and entities who purchased or otherwise acquired the common stock of Bed Bath & Beyond Inc. ("BBBY") during the period from September 4, 2019 through February 11, 2020, inclusive (the "Class Period") (the "Class").[1]

**PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS-ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of New Jersey (the "Court"), that the above-captioned securities class action (the "Action") is pending in the Court.

YOU ARE ALSO NOTIFIED that Lead Plaintiff in the Action, Kavin Bakhda, has reached a proposed settlement of the Action for $7,000,000 in cash (the "Settlement"), which, if approved, will resolve all claims in the Action.

A hearing will be held on **June 2, 2022, at 2:00 p.m.**, before the Honorable Michael A. Hammer, either in-person at the United States District Court for the District of New Jersey, Martin Luther King Building & United States Courthouse, 50 Walnut Street, Courtroom MLK2C, Newark, NJ 07101, or by telephone or videoconference, to determine: (i) whether to approve the proposed Settlement as fair, reasonable, and adequate; (ii) whether, for purposes of the proposed Settlement only, to certify the Action as a class action and to grant final appointment of Lead Plaintiff as Class representative and Lead Counsel as counsel for the Class; (iii) whether to dismiss the Action with prejudice against Defendants and to enter the releases specified and described in the Settlement Agreement dated October 25, 2021; (iv) whether to approve the proposed Plan of Allocation as fair and reasonable; and (v) whether to grant Lead Counsel's motion for an award of attorneys' fees and expenses and Lead Plaintiff's costs and expenses. If the hearing is held by telephone or videoconference, information on how to participate will be posted at www.BedBathBeyondSecuritiesLitigation.com.

**If you are a member of the Class, your rights will be affected by the pending Action and the Settlement, and you might be entitled to a payment from the Settlement.** If you have not yet received the Notice and Claim Form, you may obtain copies of them by contacting the Claims Administrator at Bed Bath Beyond Securities Litigation, c/o JND Legal Administration, PO Box 91135, Seattle, WA 98111; 866-853-5009; or www.BedBathBeyondSecuritiesLitigation.com. You can also download copies of the Notice and Claim Form from the Settlement website, www.BedBathBeyondSecuritiesLitigation.com.

If you are a member of the Class, you must submit a Claim Form ***postmarked*** **no later than June 6, 2022** to be eligible to receive a payment from the Settlement. If you do not submit a proper Claim Form, you will not be eligible to receive a payment from the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Class and want to exclude yourself from it, you must submit a valid request for exclusion that is ***received*** **no later than May 5, 2022**, in accordance with the instructions in the Notice. If you properly exclude yourself from the Class, you will not be bound by any judgments or orders entered in the Action, and you will not be eligible to receive a payment from the Settlement. Excluding yourself from the Class is the only option that might allow you to be part of any other current or future lawsuit against Defendants or any of the other released parties concerning the claims being resolved by the Settlement, even if you have pending or later file another lawsuit or other proceeding against the Releasees related to the claims covered by the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, Lead Counsel's motion for attorneys' fees and litigation expenses, or Lead Plaintiff's application for expenses must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are ***received*** **no later than May 5, 2022**, in accordance with the instructions set forth in the Notice.

**If you have any questions about this notice, the proposed Settlement, or your eligibility to participate in it, please contact the Claims Administrator or Lead Counsel. Do not contact the Court, the Clerk's office, Defendants, or their counsel regarding this notice.**

Requests for the Notice and Claim Form should be made to:

*Bed Bath Beyond Securities Litigation*
c/o JND Legal Administration
PO Box 91135
Seattle, WA 98111

Inquiries other than requests for the Notice and Claim Form should go to Lead Counsel:

BERNSTEIN LIEBHARD LLP
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
(212) 779 1414
lhasson@bernlieb.com
seidman@bernlieb.com

By Order of the Court.

[1] Certain persons and entities are excluded from the Class by definition as set forth in the full Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice"), available at www.BedBathBeyondSecuritiesLitigation.com.

**BedBathBeyondSecuritiesLitigation.com** **866-853-5009**

CLASS ACTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*In re Morgan Stanley Data Security Litigation*, 1:20-cv-05914-AT (S.D.N.Y.)

**If you are a former or current Morgan Stanley client who was sent a data breach notice letter in July 2020 and/or June 2021 notifying you that your Personal Information may have been compromised in Data Security Incidents, you are eligible for benefits from a class action settlement.**

*A federal court has authorized this Notice. This is not a solicitation from a lawyer. Please read this Notice carefully and completely.*

A class action Settlement has been proposed in a case against Morgan Stanley Smith Barney LLC ("Morgan Stanley") regarding its decommissioning of information technology ("IT") equipment containing customer data ("the Data Security Incidents"). Plaintiffs allege that in 2016 and 2019, Morgan Stanley failed to properly dispose of certain IT assets and, as a result, may have exposed its clients' private information, including, but not limited to, names, addresses, Social Security numbers, driver's license numbers, income, asset value, asset holding information, dates of birth and other personal information (collectively, "PII"). Morgan Stanley first disclosed the Data Security Incidents in July 2020 and June 2021.

**AM I INCLUDED?**

You are a Settlement Class Member if you have an existing or closed Morgan Stanley account established in the United States and were sent a notice letter by Morgan Stanley in July 2020 and/or June 2021 (the "Settlement Class"). If you received a notice from the Settlement Administrator about this class action Settlement addressed to you, then the Settlement Administrator has already determined that you are a Settlement Class Member. If you did not receive a notice but believe you may be a Class Member, please contact the Settlement Administrator at (855) 604-1744 to verify your identity and receive further information.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The Settlement, if approved by the Court, would establish a Settlement Fund of $60 million, which will be used to provide at least 24-months of fraud insurance coverage for all Settlement Class Members, reimburse Class Members for out-of-pocket losses and lost time researching and remedying the effects of the Data Security Incidents, as well as to pay Plaintiffs' attorneys' fees, costs, and expenses, and a service award for each of the named Plaintiffs. As part of the Settlement, Morgan Stanley will also hire and pay for a third party for a period of 12 months to attempt to locate and retrieve additional missing IT devices potentially containing customer PII. Morgan Stanley will also pay reasonable costs of notice and administration separately from the Settlement Fund.

**DO I HAVE A LAWYER IN THE CASE?**

The Court appointed Jean S. Martin of Morgan & Morgan and Linda P. Nussbaum of Nussbaum Law Group, P.C. as "Class Counsel" to represent all members of the Settlement Class. You will not be individually charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense. Class Counsel intends to request up to 33 1/3% of the Settlement Fund for attorneys' fees, costs, and expenses. The Court will decide the amount of fees and expenses to award. Class Counsel will also request that a Service Award of $5,000 be paid to each of the Class Representatives for their services in the litigation as representatives of the Settlement Class.

**THE COURT'S FINAL APPROVAL HEARING**

The Court will hold a hearing to decide whether to grant final approval of the Settlement and any requests for attorneys' fees, costs, and expenses. The Court has scheduled a Final Approval Hearing at **11:00am ET** on **Wednesday, June 8, 2022**, via teleconference. The details for attending the teleconference can be found on the Settlement Website. You do not need to attend this hearing to receive benefits from the Settlement, but if you wish to speak at the Final Approval Hearing, you must make a request to do so in your written objection or comment. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check www.MorganStanleyDataSecuritySettlement.com or call (855) 604-1744.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are timely objections, the Court will consider them at this hearing. The Court will also rule on the request for attorneys' fees and reasonable costs and expenses, as well as the request for service awards for the Class Representatives. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long the Court will take to make these decisions.

**WHAT ARE MY OPTIONS?**

**Submit a Claim Form**
**Deadline: Postmarked by June 2, 2022**

This is the only way to receive a monetary payment for losses suffered as a result of the Data Security Incidents. You can file a claim online on www.MorganStanleyDataSecuritySettlement.com, download a Claim Form from the Settlement Website and mail it, or you may call (855) 604-1744 and ask that a Claim Form be mailed to you. If your Claim Form is determined to be complete and valid, you will receive an email (at the email address provided in the Claim Form) after the Court grants Final Approval prompting you to select how you would like to be paid. You can receive your payment via a variety of digital options such as digital debit card or PayPal, or you can elect to receive a check.

**Ask to be Excluded from the Settlement**
**Deadline: Postmarked by May 3, 2022**

You will not receive a payment, but you will retain the right to bring your own action against Morgan Stanley related to the Data Security Incidents. This is the only option that allows you to bring a separate action against Morgan Stanley related to the Data Security Incidents. For detailed information on how to exclude yourself from the Settlement, please visit www.MorganStanleyDataSecuritySettlement.com.

**Object to the Settlement**
**Deadline: Postmarked by May 3, 2022**

You may write to the Court about why you do not like the Settlement. You may also write to the Court about why you support the Settlement. For detailed information on how to object to or comment on the Settlement, please visit www.MorganStanleyDataSecuritySettlement.com.

**Appear at the Final Approval Hearing on June 8, 2022**

You may ask to speak in Court about the fairness of the Settlement. If you wish to speak at the Final Approval Hearing, you must make a request to do so in your written objection or comment.

**Do Nothing**

If you do nothing, you will not get a monetary payment from this Settlement. If the Court grants final approval, you will be entitled to enroll in Aura's Financial Shield Services for a period of at least 24 months from the Effective Date of the Settlement, which will provide broad fraud insurance coverage. You will give up rights to submit a claim in this Settlement or to bring a different action against Morgan Stanley related to the Data Security Incidents.

AVIATION

**Exclusive King Air**
Fractional ownership opportunities available for the Milwaukee and Chicago region.
Contact: LS2Aviation@outlook.com

BUSINESS OPPORTUNITIES

**PRO SPORTFISHING ROD & TACKLE SHOP**
**TURN-KEY** 37+ year track record!
2M+ Gross. 400K+ Net benefit to Owner
Retail - Wholesale - Ecommerce
Email: inquire@sfl-tackleshopforsale.com

BUSINESS OPPORTUNITIES

**INVESTOR & PARTNER-MEDICAL DEVICE**
**For Carpal Tunnel Syndrome Sufferer's, Computer Gamer's**
USPTO UTILITY PATENT # 9,927,890
Web Site: www.mrmedimouse.com (view video)
**NO OTHER COMPUTER MOUSE LIKE IT !**
CALL P.PERLMAN (561) 628-0885 or
e mail: percad@aol.com
Trademark Reg. Dr. Mouse Logo
**"I AM A CURED CTS SUFFERER"**

## Top 9 Dividend Aristocrats

Companies in the S&P 500 Dividend Aristocrats index with top IBD Composite Ratings

| Name | Symbol | RS Rating | Comp Rating | Annual Div Yield |
|---|---|---|---|---|
| Exxon Mobil | XOM | 97 | 99 | 4.33% |
| Nucor | NUE | 97 | 98 | 1.44 |
| Chevron | CVX | 97 | 98 | 3.68 |
| Archer Daniels Midland | ADM | 95 | 96 | 1.99 |
| Sysco | SYY | 91 | 96 | 2.12 |
| AbbVie | ABBV | 96 | 94 | 3.73 |
| Brown & Brown | BRO | 93 | 93 | 0.60 |
| Atmos Energy | ATO | 93 | 92 | 2.44 |
| General Dynamics | GD | 95 | 90 | 2.03 |

Sources: ProShares ETFs, IBD Analytics

INVESTOR'S CORNER

# Finding The Best Dividend Stocks Can Give You A Volatility Buffer

BY MICHAEL MOLINSKI
INVESTOR'S BUSINESS DAILY

Given the volatility of the stock market, wouldn't it be great if you had a steady stream of income that you could count on? Investing in the best dividend stocks can help.

Top dividend stocks can yield a steady income, but they can also beat the market. Of course, investors should pay attention to a company's fundamentals and other factors before buying a dividend stock.

Look for companies with solid earnings and above-market yields. A good stock price track record is important, too: If a stock's price is in decline, its dividend yield rises.

IBD's The Income Investor can help find dividend winners. Found in Investors.com and IBD Weekly, the column features stocks that meet those criteria. That puts these stocks in more of the growth-and-income camp vs. simply income.

Why is it important to pay attention to earnings, yield and other factors? If a company hits a tough patch or its profits falter, that could hurt its ability to keep making dividend payouts. That's why a steady earnings track record is key, as is dividend growth rate. That growth rate can be found in three screens that appear with the Income Investor, online and IBD Weekly: Dividend, Utility and REIT Leaders. To access the dividend screens at Investors.com, go to the homepage and click on the Stock Lists tab, then IBD Data Tables.

The broadest screen is Dividend Leaders, featuring names such as Canadian communications company BCE (BCE), which climbed to a record high Thursday after a long consolidation. BCE is less volatile than any S&P 500 stock, and has a solid dividend yield of 5.4%, which has been growing since 2003. The Dividend Leaders list today is chock full of names from the oil and pipelines group, such as Devon Energy (DVN) and Enbridge (EBN), which have hit new highs due to the rise in oil prices. Also, natural gas play Enterprise Products Partners (EPD) with a 6.49% annualized yield. There are several real estate and financials stocks as well.

But don't look at just the high dividend payers. You want names known for a steady earnings track record and dependable dividends, such as energy giant Chevron (CVX) and pharmaceutical company AbbVie (ABBV). Both stocks are in the S&P 500 Dividend Aristocrats ETF (NOBL), which tracks companies that have increased their dividends for at least the past 25 years.

## LEGAL NOTICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**STEPHEN AND JUNE VITIELLO, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, v. BED BATH & BEYOND INC., *et al.*, Defendants.**

**No. 2:20-cv-04240-MCA-MAH**

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

**TO:** All persons and entities who purchased or otherwise acquired the common stock of Bed Bath & Beyond Inc. ("BBBY") during the period from September 4, 2019 through February 11, 2020, inclusive (the "Class Period") (the "Class").[1]

**PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS-ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of New Jersey (the "Court"), that the above-captioned securities class action (the "Action") is pending in the Court.

YOU ARE ALSO NOTIFIED that Lead Plaintiff in the Action, Kavin Bakhda, has reached a proposed settlement of the Action for $7,000,000 in cash (the "Settlement"), which, if approved, will resolve all claims in the Action.

A hearing will be held on **June 2, 2022, at 2:00 p.m.**, before the Honorable Michael A. Hammer, either in-person at the United States District Court for the District of New Jersey, Martin Luther King Building & United States Courthouse, 50 Walnut Street, Courtroom MLK2C, Newark, NJ 07101, or by telephone or videoconference, to determine: (i) whether to approve the proposed Settlement as fair, reasonable, and adequate; (ii) whether, for purposes of the proposed Settlement only, to certify the Action as a class action and to grant final appointment of Lead Plaintiff as Class representative and Lead Counsel as counsel for the Class; (iii) whether to dismiss the Action with prejudice against Defendants and to enter the releases specified and described in the Settlement Agreement dated October 25, 2021; (iv) whether to approve the proposed Plan of Allocation as fair and reasonable; and (v) whether to grant Lead Counsel's motion for an award of attorneys' fees and expenses and Lead Plaintiff's costs and expenses. If the hearing is held by telephone or videoconference, information on how to participate will be posted at www.BedBathBeyondSecuritiesLitigation.com.

**If you are a member of the Class, your rights will be affected by the pending Action and the Settlement, and you might be entitled to a payment from the Settlement.** If you have not yet received the Notice and Claim Form, you may obtain copies of them by contacting the Claims Administrator at Bed Bath Beyond Securities Litigation, c/o JND Legal Administration, PO Box 91135, Seattle, WA 98111; 866-853-5009; or www.BedBathBeyondSecuritiesLitigation.com. You can also download copies of the Notice and Claim Form from the Settlement website, www.BedBathBeyondSecuritiesLitigation.com.

If you are a member of the Class, you must submit a Claim Form ***postmarked*** **no later than June 6, 2022** to be eligible to receive a payment from the Settlement. If you do not submit a proper Claim Form, you will not be eligible to receive a payment from the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Class and want to exclude yourself from it, you must submit a valid request for exclusion that is ***received*** **no later than May 5, 2022**, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Class, you will not be bound by any judgments or orders entered in the Action, and you will not be eligible to receive a payment from the Settlement. Excluding yourself from the Class is the only option that might allow you to be part of any other current or future lawsuit against Defendants or any of the other released parties concerning the claims being resolved by the Settlement, even if you have pending or later file another lawsuit or other proceeding against the Releasees related to the claims covered by the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, Lead Counsel's motion for attorneys' fees and litigation expenses, or Lead Plaintiff's application for expenses must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are ***received*** **no later than May 5, 2022**, in accordance with the instructions set forth in the Notice.

**If you have any questions about this notice, the proposed Settlement, or your eligibility to participate in it, please contact the Claims Administrator or Lead Counsel. Do not contact the Court, the Clerk's office, Defendants, or their counsel regarding this notice.**

Requests for the Notice and Claim Form should go to:

*Bed Bath Beyond Securities Litigation*
c/o JND Legal Administration
PO Box 91135
Seattle, WA 98111

Inquiries other than requests for the Notice and Claim Form should go to Lead Counsel:

BERNSTEIN LIEBHARD LLP
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
(212) 779 1414
lhasson@bernlieb.com
seidman@bernlieb.com

By Order of the Court.

[1] Certain persons and entities are excluded from the Class by definition as set forth in the full Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice"), available at www.BedBathBeyondSecuritiesLitigation.com.

BedBathBeyondSecuritiesLitigation.com 866-853-5009

# IBD SMART NYSE + NASDAQ Tables With 10 Vital Rankings

*Unsurpassed ideas and ratings to help you invest better*

10 VITAL RANKINGS

1 **IBD Composite Rating** has 5 Smart-Select Ratings, 1-99, with 99 the best. Ratings of 98 or more are boldfaced.

2 **Earnings Per Share** (EPS) rating compares your stock's last 2 quarters and 3 years EPS growth to all stocks. Rating of 90 means earns outperformed 90% of all stocks.

3 **Relative Strength** (RS) Stock's relative price change in last 12 months vs. all stocks. Best rate 80 or more.

4 **Sales+Profit Margins+ROE Rating** combines recent sales, profit margins and return on equity into an A to E rating. ROE over 17% is preferred.

5 **Accumulation/Distribution** Our price and vol. formula shows if your stock is under accumulation (buying) or distribution (selling) last 3 months. A buying; E selling.

6 **Vol % Change** is volume traded yesterday vs. average daily volume last 50 days. Vol % chg. + 50% & up bolded.

7 **52-Week High** is boldfaced if closing price within 10% of new high.

8 **Boldfaced stocks** are up 1 point or more or new high. Underlined stocks are down 1 point or more or at a new low.

9 ♦ Stocks have EPS & RS Ratings of 80 or more and were IPOs in the last 15 years.

10 ● after the stock symbol means stock story at investors.com

IBD Composite Rating / Earnings Per Share Growth Rating / Relative Price Strength Rating / Sales + Profit Margins + ROE / Accumulation/Distribution (3 mos.) / 52-wk High / Stock / Dividend % Yield / Stock Smbl / Close Price / Weekly Chg / Vol % Chg / Vol 1000 / PE

**1. AGRICLTRE** +3.1% Daily Change +24.71% Since Jan. 1

95 84 93 B A- 11.8 Adecgro .. AGRO 10.50 +1.22 +56 7.1m 9
90 95 78 B B- 158 AGCO 0.6 AGCO 129.8 +11.45 +29 424m 12
95 91 85 A- 109 Bunge 1.9 BG 108.3 +3.13 +82 11m 8
99 99 99 A A+ NH CF Indstrs 1.3 CF 91.25 +11.75 +46 28m 13
87 66 89 C B 11.0 Corteva Inc 1.1 CTVA 51.48 -0.36 +42 21m 24
98 97 86 A A 86.0 Darling Ingredients .. DAR 75.79 +5.14 +84 11m 19
87 84 85 B B- 400 Deere 1.1 DE 390.1 +43.09 +36 14m 21
96 99 72 B B 122 FMC 1.7 FMC 121.3 +3.31 +33 5.1m 17
99 81 98 A B 11.7 I C L Group Ltd 2.8 ICL 11.50 +0.28 +113 5.0m 17
98 97 79 D A NH Intrepid Potash .. IPI 70.56 +18.67 +372 3.3m 71
99 71 99 A A+ NH LSB Inds .. LXU 17.65 +1.75 +188 6.0m 18
98 71 99 A A+ NH Mosaic 0.8 MOS 59.83 +10.30 +116 70m 11
99 99 97 A A NH Nutrien 2.0 NTR 94.99 +13.77 +98 32m 15
97 77 97 A A+ NH Sociedad Quim Mnra 0.5 SQM 78.15 +13.75 +55 11m 37

**2. ENERGY** +3.0% Daily Change +17.54% Since Jan. 1

▸IPO within last 15 years and EPS & RS 80 or higher

98 91 97 A B NH ♦Cactus 0.8 WHD 54.74 +5.66 +64 3.3m 77
94 87 94 D A- 14.3 ♦Rattler Midstream L 8.9 RTLR 13.48 -0.04 +133 3.8m 16

99 71 98 B B+ NH A P A Corp 1.3 APA 39.48 +5.81 +34 65m 10
82 53 69 B B 17.0 Algonquin Power Util 4.6 AQN 14.70 +0.44 +17 13m 20
98 62 99 B B+ NH Alliance Res 6.5 ARLP 15.31 +2.24 +93 5.7m 11
96 62 99 E A NH Alpha Metallurgical .. AMR 116.2 +21.44 +43 2.4m
83 81 68 B C+ 101 Ameresco .. AMRC 63.19 +4.77 +16 2.4m 42
92 75 81 B B- 11.7 Antero Midstream Cor 8.8 AM 10.21 +0.60 +20 22m 11
99 71 99 B A- NH Antero Resources .. AR 25.42 +2.77 +9 46m 18
99 71 99 A A 153 Arch Resources Inc 0.7 ARCH 152.4 +35.84 +91 5.7m 8
74 49 76 E B- 22.0 Archaea Energy Inc C .. LFG 17.93 +0.43 +27 3.2m 74
99 97 96 E B NH Baker Hughes Co Cl A 2.2 BKR 33.22 +3.72 +39 62m 52
86 81 81 B B- 18.6 Black Stone Minerals 8.7 BSM 12.00 +0.49 +30 3.0m 16
95 71 81 A C- 34.2 BP 4.5 BP 28.01 -2.72 +60 133m 7
83 68 93 B D- 19.4 BP Midstream 8.7 BPMP 16.05 -1.47 +103 6.5m 11
99 71 99 B A+ 15.6 BP Prudhoe By Rylty 4.9 BPT 13.69 +1.78 +58 6.8m 99
99 71 97 A B NH Brigham Minerals Cl 2.7 MNRL 27.44 +5.59 +148 4.2m 24
99 71 94 A B 47.2 California Resrces 1.6 CRC 43.10 +2.95 +4 3.8m 7
99 89 97 A B+ 65.5 Callon Petroleum .. CPE 59.79 +8.23 +34 13m 6
97 78 98 C B 60.7 Canadian Ntrl Res 4.0 CNQ 58.98 +4.22 +32 25m 9
98 59 98 C B- 16.2 Cenovus Energy 0.7 CVE 16.06 +0.77 +46 89m 59
81 71 45 B C+ 30.5 ChampionX 1.4 CHX 21.37 +0.22 -3 8.6m 35
74 66 38 C B 206 Chart Inds .. GTLS 143.8 +14.20 +22 3.3m 52
99 71 99 B B+ NH Cheniere Energy 4.6 CQP 58.47 +5.88 +34 1.5m 16
79 1 98 .. A- NH Cheniere Energy 0.9 LNG 139.6 +10.38 +87 19m
90 12 98 B A NH Chesapeake Energy 2.1 CHK 85.00 +9.92 +28 10m 2
99 71 97 B A NH Chevron 3.6 CVX 158.7 +18.27 +84 137m 19
81 42 73 C C- 55.4 China Petrl Chem 9 SNP 50.26 -0.06 +21 794 5
97 97 95 A B+ 59.7 Civitas Resources In 3.2 CIVI 57.61 +10.14 +45 6.1m 7
74 34 84 D B- 39.8 Clearway EnergyB 4.0 CWEN 33.56 +0.64 +55 3.9m 72
99 71 96 A A- NH CNX Resrces .. CNX 17.74 +1.30 +3 17m 11
99 71 99 A A+ NH Conocophillips 1.8 COP 100.3 +9.59 +50 65m 16
98 36 99 D A+ 36.2 Consol Energy .. CEIX 35.92 +6.32 +71 4.0m 40
99 71 98 A B+ NH Continental Res 1.1 CLR 60.90 +8.58 +41 14m 13
96 95 74 B B 21.3 Cosan S A Ads 2.4 CSAN 17.60 +1.27 -3 737 17
95 99 95 B B+ NH Coterra Energy Inc 8.6 CTRA 26.11 +3.40 +59 68m 13
96 99 83 B B 33.9 Crestwood Equity 8.1 CEQP 30.90 +1.20 +26 4.3m
86 94 84 B A 56.5 D T Midstream Inc 4.4 DTM 55.95 +3.76 +34 3.6m 16
93 91 95 A B+ 110 Daqo New Energy .. DQ 47.63 +4.71 +33 9.3m 4
98 46 95 C A- 34.2 DCP Midstream 4.6 DCP 33.75 +1.87 +33 4.1m 21
99 96 92 A B 91.3 Denbury Inc .. DEN 77.17 +6.40 +11 3.0m 30
99 71 99 A B- 60.7 Devon Energy 6.7 DVN 59.57 +4.37 +35 89m 16
99 94 97 A B- 142 Diamondback Energy 1.7 FANG 137.8 +4.53 +13 16m 12
85 36 93 C A- 14.5 Dorian LPG .. LPG 14.29 +0.78 +17 2.4m 9
98 88 97 A B 15.3 Earthstone Energy .. ESTE 13.77 +1.49 +39 4.8m 15
95 80 92 B B NH Enbridge 6.1 ENB 44.75 +2.15 +35 36m 16
97 68 91 A A- 11.6 Energy Transfer 6.1 ET 10.43 +0.64 +5 112m 5

98 65 99 B A B 13.6 Enerplus 1.2 ERF 13.52 +1.28 +49 20m 10
96 71 88 B C 32.6 Eni Spa 3.9 E 28.72 -2.52 +58 4.1m 9
80 97 85 A B+ 282 Enphase Energy .. ENPH 158.2 +4.42 +1 17m 65
95 71 89 A B+ 25.7 Enterprise Products 7.3 EPD 25.43 +1.63 +13 41m 11
99 98 97 A B NH EOG Rsrces 2.5 EOG 118.8 +11.47 +18 27m 13
98 92 95 A A- NH Epsilon Energy 0.5 EC 17.52 +1.89 +46 7.3m 8
96 72 97 A B- 34.4 Equinor Asa 1.5 EQNR 33.64 +2.37 +9 23m 9
96 71 96 C A- NH EQT .. EQT 26.36 +3.60 +51 64m 29
76 13 94 E A+ 11.4 Euronav NV 1.1 EURN 11.13 +0.14 +46 9.9m
99 71 96 B B+ NH Exxon Mobil 4.2 XOM 84.09 +6.25 +25 188m 15
97 99 97 A C 26.3 Flex Lng Ltd 14 FLNG 20.05 -3.55 +49 4.3m 6
87 38 94 E A- 13.5 Genesis Energy 4.9 GEL 12.25 +0.96 +28 4.4m
93 63 90 E A- 18.5 Geopark 1.0 GPRK 15.47 +1.08 +19 1.8m
95 71 90 B B 28.0 Global Prtnrs 9.0 GLP 25.69 -0.03 0 536 19
86 29 98 E A+ 18.3 Golar LNG .. GLNG 17.98 +0.98 +104 11m
98 74 97 B B+ 34.3 Halliburton Co 1.4 HAL 34.13 +1.60 +27 81m 31
94 42 97 D A+ NH Helmerich Payne 2.5 HP 39.49 +5.26 +45 10m
99 71 95 B B+ 102 Hess 1.5 HES 101.2 +3.65 +21 18m 46
98 57 96 A A- NH Hess Midstream 6.2 HESM 33.49 +2.59 +59 4.0m 19
99 71 98 B B+ 46.2 Imperial Oil 2.3 IMO 46.12 +2.27 +7 2.5m 13
79 28 89 E A- 21.0 Intl Seaways 1.3 INSW 18.49 +0.53 +50 4.6m
50 21 88 D A- 66.4 JinkoSolar .. JKS 49.37 +5.77 +41 8.8m 41
87 43 95 A B 17.1 Kimbell Royalty Prtn 8.2 KRP 16.12 +0.51 +56 2.6m 32
98 72 90 A A- 19.3 Kinder Morgan 5.7 KMI 18.84 +1.77 +39 119m 14
93 94 97 A A- 99 Laredo Petroleum .. LPI 83.00 +9.09 +57 6.1m 9
87 38 94 E A- 11.6 Liberty Energy Inc .. LBRT 14.16 +2.28 +124 19m
89 42 95 C B+ 17.8 Liberty Oilfield Sv .. LBRT 14.16 +2.28 +124 19m
92 72 80 A C- 53.9 Magellan Midstrm 8.4 MMP 49.46 +2.68 -11 5.1m 10
98 75 98 A B NH Magnolia OG 1.2 MGY 23.80 +2.84 +19 9.3m 9
99 71 99 A B+ NH Marathon Oil 0.9 MRO 23.81 +1.93 +31 131m 14
99 71 95 B B+ NH Marathon Petr 3.0 MPC 77.73 +1.19 +1 35m
95 71 95 D B- 81.4 Marathon Petr 3.0 MPC 77.73 +1.19 +1 35m
99 98 98 A B NH Matador Resrcs 0.4 MTDR 53.57 +7.89 +16 10m 12
97 57 91 A D B 34.4 MPLX 8.7 MPLX 32.49 +0.82 +30 15m 11
99 76 96 A C- 12.2 MRC Global .. MRC 11.23 +1.33 +15 4.1m 41
99 71 98 B B NH Murphy Oil 1.6 MUR 37.35 +4.19 +11 10m 28
95 64 99 B A NH MVOil 10 MVO 11.88 +1.44 -2 648 16
95 62 89 B B+ 57.0 New Fortress Energy 1.2 NFE 34.68 +8.82 +127 8.1m 80
57 10 81 C D+ 88.8 Nextera Energy Prtn 3.4 NEP 80.14 +4.61 -22 2.0m 44
99 89 98 A B+ NH Northern Oil Gas 2.0 NOG 27.39 +3.79 +82 9.5m 7
94 71 90 D C+ 12.0 NOW .. DNOW 10.44 +1.19 -2 4.3m 99
90 62 77 B B 20.7 Nustar Energy 9 NS 16.85 +1.50 +2 3.0m 28
99 71 96 A B 147 Oasis Petroleum 1.6 OAS 144.5 +17.68 +25 1.7m 15
99 71 99 A B+ NH Occidentl Petrol 0.9 OXY 56.15 +17.41 +189 314m 22
90 64 91 D B- 18.2 Oceaneering Intl .. OII 15.17 +1.03 +88 6.9m 89
98 87 94 A B+ NH Oneok 5.5 OKE 68.42 +4.42 +64 23m 20
98 80 98 A B+ 49.1 Ovintiv Inc 1.6 OVV 48.65 +7.24 +53 28m 9
96 71 97 D C- 20.0 PBF Energy .. PBF 20.21 +3.12 +29 24m
99 71 98 B B+ NH Patterson Uti Energy 1.1 PTEN 15.10 +1.60 +69 27m
96 71 97 D C+ NH PBF Energy .. PBF 20.21 +3.12 +12 9.2m 8
99 73 98 A B+ NH PDC Energy 1.6 PDCE 70.63 +13.72 +12 9.2m 8
99 55 99 B A+ NH Peabody Energy .. BTU 26.35 +10.34 +166 103m 11
98 71 93 B B+ NH Pembina Pipeline 5.6 PBA 36.29 +2.90 +37 8.2m 18
96 67 99 A B+ 14.7 Permian Basin Rylty 1.9 PBT 13.42 +0.42 -2 1.5m 67
98 34 95 C B NH Petrochina 7.4 PTR 55.84 +4.19 +20 1.2m 7
94 36 98 B A- 15.1 Petroleo Bras 12 PBR 14.51 +0.32 +9 189m 4
93 36 97 B B NH Petroleo Bras Ptr 14 PBRA 13.64 +0.27 +8 73m 4
95 71 87 B D+ 94.3 Phillips 66 4.4 PSX 84.30 -0.39 +18 21m 14
97 78 93 A B- 46.3 Phillips 66 Partners 8.3 PSXP 42.07 -0.24 -6 3.2m 14
99 99 97 A B+ 245 Pioneer Natural Res 9.0 PXD 241.2 +11.88 +35 17m 18
83 39 87 B B- 14.0 Plains All Amer Pipe 6.6 PAA 10.86 +0.06 +29 18m 15
92 41 88 D C B- 13.0 Plains Gp 6.2 PAGP 11.57 +0.64 +34 21m 36
94 50 97 D B+ NH ProPetro .. PUMP 13.88 +1.95 +33 6.0m
99 71 99 B A+ 20.0 Rama Res 2.4 METC 18.41 +4.25 +79 4.8m 20
99 71 99 A B+ NH Range Resrcs .. RRC 26.48 +3.07 +203 102m 13
96 54 98 A B 37.2 Ranger Oil Corp Cl A .. ROCC 36.78 +5.49 +44 2.5m 10
87 69 89 B A 85.7 Renewable Energy .. REGI 61.04 +17.23 +383 32m 13
98 75 99 C A NH Sandridge Energy .. SD 15.65 +2.61 +34 4.8m 8

94 27 97 C A 25.7 Sasol .. SSL 24.27 +1.68 +8 2.5m 28
95 76 95 C C+ 42.6 Schlumberger 1.3 SLB 38.94 -0.51 +76 97m 30
91 54 94 B B NH SFL Corporation Ltd 7.8 SFL 10.31 +0.34 +5 4.7m 7
95 76 91 B C 56.1 Shell Plc Ads 1.0 SHEL 49.39 -4.82 +68 43m 9
99 71 99 B B NH SM Energy 0.1 SM 39.89 +7.32 +32 16m 21
91 88 83 A A 389 SolarEdge Tech .. SEDG 293.2 +15.30 +49 7.0m 60
83 66 63 B D 16.4 Suburban Propane 8.7 SPH 14.88 +0.18 -36 898 8
91 71 96 B C+ 51.7 Suncor Energy 4.2 SU 31.47 +1.67 +36 57m 12
90 49 91 D A+ 47.0 Sunoco 7.7 SUN 42.62 +0.41 -39 985 8
99 71 97 C A+ 18.9 Talos Energy .. TALO 18.09 +2.47 +40 9.8m 99
96 26 98 C A NH Targa Resrcs 2.0 TRGP 69.53 +5.79 +57 12m 99
91 65 92 B B NH Tenaris 5.0 TRP 56.39 +3.45 -19 8.3m 13
80 27 91 E A- 16.1 Teekay Tankers .. TNK 14.06 +0.33 +150 3.9m
93 80 78 A D+ 60.0 Totalenergies S E Ad 3.6 TTE 49.20 -5.50 +75 25m 7
88 62 98 E B- NH Valaris Limited .. VAL 47.50 +7.83 +71 3.4m
99 71 92 C C+ 93.8 Valero Energy 4.6 VLO 85.98 +1.11 +28 26m 35
87 24 99 E A- 19.9 Vermilion Energy .. VET 19.70 +1.59 +10 13m 4
99 71 99 A A- 39.2 Warrior Met Coal 0.6 HCC 38.35 +6.85 +79 6.4m 8
86 49 99 E B- 35.6 Weatherford Intl .. WFRD 31.97 +4.22 +62 2.5m
96 63 94 A B+ 27.3 WesternMidstream 5.1 WES 25.60 +1.11 +32 8.3m 11
97 73 98 A B NH Whiting Petroleum 1.6 WLL 83.43 +13.76 +29 3.6m 6
97 94 94 A B+ NH Williams Cos 5.1 WMB 33.47 +2.78 +13 54m 24

**3. MINING** +2.0% Daily Change +20.30% Since Jan. 1

85 63 73 B B- 74.5 Agnico Eagle Mines 2.8 AEM 56.49 +4.69 +48 23m 23
98 75 99 A B+ NH Alcoa 0.4 AA 90.66 +12.81 +61 62m 13
94 63 93 C A 26.8 Anglogold Ashanti 0.8 AU 25.07 +3.23 +43 23m 16
99 96 94 A C- 73.7 B H P Group Ltd Adr 12 BHP 73.12 +6.06 -22 24m 9
85 51 93 C B 25.4 Barrick Gold 1.7 GOLD 24.20 +1.64 +29 136m 20
97 71 95 B A- 18.2 Buenaventura Mining .. BVN 11.28 +1.54 +19 7.5m 23
71 24 91 E A 23.5 Cameco 0.4 CCJ 23.48 +0.67 +55 51m
98 93 92 A C+ 163 Franco-Nevada 0.8 FNV 158.2 +11.11 +34 4.1m 44
96 97 71 A B NH Freeport-McMoRan 0.6 FCX 50.11 +3.77 +21 118m 16
86 25 97 B A- NH Gold Fields 1.6 GFI 15.52 +2.31 +61 72m 15
97 94 88 B A- 35.6 Mesabi 14 MSB 28.75 +2.90 -33 502 6
94 70 81 A C 53.0 MP Materials .. MP 38.95 -7.90 +29 18m 44
90 60 94 B C 75.3 Newmont Corporation 3.0 NEM 74.28 +6.38 +44 55m 25
89 64 90 C D 15.1 Osisko Gold Royaltie 1.2 OR 13.70 +1.37 +24 4.1m 38
92 61 95 B B NH Pretium Resrcs .. PVG 14.89 +0.56 +8 5.7m 19
98 93 90 A B 89.7 Rio Tinto 9.0 RIO 81.88 +3.92 +43 33m 6
97 91 92 B B+ 129 Royal Gold 1.1 RGLD 128.6 +8.05 +3 2.9m 32
87 17 95 A A+ NH Sibanye Stillwater 6.5 SBSW 20.11 +2.73 +69 33m
99 71 99 A A- 83.3 Southern Copper 4.7 SCCO 76.60 +7.81 +30 7.1m 17
96 66 94 A A- NH SSR Mining 1.1 SSRM 20.89 +1.13 +54 12m 12
98 74 96 A B NH Teck Resrcs 0.9 TECK 41.49 +4.65 +99 50m 7
90 22 96 A B+ 22.0 Turquoise Hill Resrc .. TRQ 20.77 -0.24 +12 5.2m 7
97 78 95 A B 21.0 Vale Sa 13 VALE 20.15 +2.33 +16 199m 4
93 75 88 B B 49.1 Wheaton Precious Met 1.2 WPM 46.73 +2.77 +37 16m 34

**4. MISC** -0.8% Daily Change +8.06% Since Jan. 1

43 54 25 B E 208 3M 4.1 MMM 146.7 -3.78 +10 18m 14
83 85 73 B D 98.1 Ball 0.9 BLL 90.20 -0.67 +2 9.1m 25
89 89 91 C D+ 494k Berkshire HathawayA .. BRKA 487k +8095 +1 10 26
89 89 91 C D+ 329 Brkshre HathawayB .. BRKB 325.3 +6.10 +7 27m 26
98 90 91 B C+ 56.0 Carlisle Cos. 0.9 CSL 232.2 -8.01 +41 2.0m 24
74 71 92 .. C 18.5 CF Acquisition VI Cl .. CFVI 12.37 -0.35 -72 7.5m
91 81 82 B B 108 Crane 1.9 CR 101.6 +0.06 +29 1.8m 15
93 79 92 B A+ 124 Crown 0.7 CCK 124.3 +1.75 +101 12m 16
58 9 99 .. A 175 Digital World Acq Cp .. DWAC 97.54 +8.07 -31 24m 99
75 80 54 B D- 125 Eaton 2.2 ETN 149.8 -4.34 +38 15m 22
46 57 34 D D- 116 Emerson Electric 2.2 EMR 91.58 -1.24 +3 16m 21
74 80 54 B C+ 105 Emerson Electric 0.4 GE 89.14 -7.23 -9 30m 42
95 85 83 C B 21.8 Graphic Packaging 1.5 GPK 20.29 +0.02 +15 16m 17
60 66 34 B D+ 236 Honeywell Internatio 2.1 HON 187.4 -1.13 +36 25m 23

62 72 38 C D- 81.8 Johnson Controls 2.2 JCI 62.92 -2.51 +21 25m 22
89 74 78 A B+ 145 Mercer Intl 2.3 MERC 12.90 -0.45 +3 1.3m 5
95 94 90 A D 71.9 Otter Tail 2.6 OTTR 63.14 +0.32 -10 727 14
95 87 84 B B+ 156 PackgingCpAmer 2.7 PKG 149.6 -0.01 -13 3.2m 15
81 63 81 B D+ 32.3 Reynolds Consumer Pr 3.0 REYN 30.48 +0.13 -39 1.5m 19
89 64 73 B B+ 505 Roper Tech 0.5 ROP 454.6 +6.16 +1 2.7m 37
92 88 91 B C+ 70.4 Sealed Air 1.2 SEE 66.16 -2.30 +31 6.3m 18
78 88 63 B E 45.8 Silgan 1.5 SLGN 41.83 -0.32 +12 2.3m 12
83 69 97 C B- 27.3 Verso 1.5 VRS 26.65 +0.05 +3 2.0m 7
60 69 35 C C- 62.0 Westrock 2.3 WRK 43.71 -2.53 +31 15m 12

**5. METALS** -0.4% Daily Change +4.34% Since Jan. 1

98 71 97 E A+ 27.0 Allegheny Tech .. ATI 26.05 +0.59 -10 11m 99
89 75 73 A E 37.9 Arcelor Mittal 1.9 MT 29.34 -2.31 +4 29m 2
72 40 85 E B+ 49.2 Carpenter Technolog 2.2 CRS 36.62 -2.03 -5 2.5m
97 63 99 D A+ NH Century Aluminum .. CENX 29.49 +6.51 +83 15m
96 78 96 A B+ 26.5 Cleveland-Cliffs .. CLF 25.95 +4.44 +54 167m 4
99 99 94 A A- 40.1 Commercial Metals 1.4 CMC 39.74 +2.08 +51 8.1m 8
73 37 81 B C- 21.6 Constellium Se .. CSTM 17.84 -1.73 +65 5.5m 8
97 73 86 D B 36.7 Howmet Aerospace Inc 0.2 HWM 33.85 -1.90 +54 25m 33
89 69 99 C B+ 35.7 Kaiser Aluminum 2.1 KALU 96.6 Huadi International .. HUDI 18.95 -1.76 -97 40 94
96 80 83 A D+ 44.6 Insteel Inds 0.3 IIIN 37.93 +0.79 -34 381 8
96 98 89 A D- 57.3 Mueller Inds 1.8 MLI 55.55 -1.94 +38 2.2m 6
98 97 97 A B- 140 Nucor 1.4 NUE 138.7 +8.67 +2 18m 5
99 98 94 A A- 194 Reliance Steel Alu 1.9 RS 188.9 +5.44 +78 3.2m 8
96 74 98 A C+ NH Ryerson 1.3 RYI 31.83 +7.81 +63 1.7m 4
95 89 85 A B+ 59.3 Schnitzer Steel 1.5 SCHN 50.96 +5.89 +67 2.5m 7
98 97 96 A A- NH Steel Dynamics 1.8 STLD 77.38 +8.37 +43 16m 4
96 74 93 B D- 27.2 Tenaris Sa 2.1 TS 25.92 +0.60 +28 17m 13
89 72 79 A E 56.9 Ternium Sa 7.1 TX 41.04 +1.61 +1 5.5m 2
97 71 97 A B+ 20.3 Timkensteel .. TMST 19.47 +2.01 +47 5.8m 6
97 91 96 A B NH US Steel 0.6 X 31.42 +4.51 +23 116m 2
95 90 82 A C- 75.5 Worthington Indstrs 1.9 WOR 59.96 +2.80 +2 1.1m 7

**6. AEROSPACE** +1.0% Daily Change +9.64% Since Jan. 1

94 82 92 D B 46.1 AAR .. AIR 43.81 +0.23 +4 1.7m 23
77 84 34 B B 49.8 Aerojet Rocketdyne .. AJRD 39.23 +2.25 +7 4.7m 20
36 46 29 .. C 278 Boeing .. BA 180.8 -20.64 +12 54m
91 71 94 B A NH Curtiss-Wright 0.5 CW 155.9 +17.55 +116 1.8m 21
73 61 73 D C 19.4 Embraer Sa .. ERJ 13.01 -0.75 -5 12m
90 59 94 C A NH General Dynamics 2.1 GD 245.3 +17.31 +93 13m 21
96 86 87 B B 153 Heico Corporation 0.1 HEI 148.6 +4.53 +18 2.3m 67
90 90 68 B D- 139 HeicoA 0.1 HEIA 123.1 +3.57 +16 1.9m 53
82 71 63 E B- 65.0 Hexcel .. HXL 54.02 -2.96 +16 3.7m 99
86 38 99 C A+ 224 Huntington Ingalls I 2.2 HII 218.0 +18.18 +18 4.3m 16
92 87 94 C B NH L3Harris Technologie 1.7 LHX 266.9 +33.37 +46 12m 20
93 88 95 B A+ NH Lockheed Martin 2.4 LMT 458.2 +48.66 +115 24m 16
91 67 95 C B+ 75.3 Mercury Systems .. MRCY 69.81 +12.92 +105 7.8m 32
92 76 96 C A NH Northrop Grumman 1.3 NOC 468.6 +58.90 +98 9.7m 19
97 70 95 A A+ 14.6 Rada Electronic Inds .. RADA 13.36 +1.17 +35 4.4m 26
88 71 93 C B- 104 Raytheon Technologie 2.0 RTX 99.6 +1.47 +82 59m 23
67 40 74 C C- 53.6 Spirit Aerosys 0.1 SPR 42.18 -8.51 +59 16m
97 96 64 A B- 46.5 Teledyne Tech .. TDY 450.0 +21.40 +25 1.3m 27
80 59 64 C C+ 79.5 Textron 0.1 TXT 71.23 -0.25 +2 6.6m 21
81 76 80 .. B 688 TransDigm .. TDG 633.1 -29.39 +54 2.2m 48
88 71 96 .. B- 25.6 Triumph .. TGI 23.78 -0.67 +10 4.1m 47

**7. TRANSPRT** -1.1% Daily Change -6.65% Since Jan. 1

▸IPO within last 15 years and EPS & RS 80 or higher

92 94 88 C B+ 27.5 ♦Schneider Natl 1.2 SNDR 26.98 +1.11 +15 3.6m 11
89 84 99 A B- NH ♦ZimIntegrated 13 ZIM 71.88 +1.78 +5 18m 2
96 94 91 C A- NH 32.7 Air Transport .. ATSG 31.19 +1.97 +159 4.6m 18
46 71 34 C C 74.3 Alaska Air .. ALK 49.14 -2.28 +9 27m
93 99 87 C A 125 Arcbest 0.4 ARCB 87.57 -2.18 -34 1.5m 10
93 96 88 A D+ 97.1 Atlas Air Worldwide .. AAWW 82.36 +5.24 -2 3.4m 4

IBD Composite Rating / Earnings Per Share Growth Rating / Relative Price Strength Rating / Sales + Profit Margins + ROE / Accumulation/Distribution (3 mos.) / 52-wk High / Stock / Dividend % Yield / Stock Smbl / Close Price / Weekly Chg / Vol % Chg / Vol 1000 / PE

# Notice of Pendency of Class Action and Proposed Settlement for All Purchasers or Acquirers of Bed Bath & Beyond Inc. Common Stock

NEWS PROVIDED BY
**JND Legal Administration →**
Mar 07, 2022, 09:17 ET

SEATTLE, March 7, 2022 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **STEPHEN AND JUNE VITIELLO, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**BED BATH & BEYOND INC., *et al.*,**<br><br>**Defendants.** | **No. 2:20-cv-04240-MCA-MAH** |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

This notice is for all persons and entities who purchased or otherwise acquired the common stock of Bed Bath & Beyond Inc. ("BBBY") during the period from September 4, 2019 through February 11, 2020, inclusive (the "Class Period") (the "Class"). Certain persons and entities are excluded from the Class by definition as set forth in the full Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice"), available at www.BedBathBeyondSecuritiesLitigation.com.

**PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS-ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of New Jersey (the "Court"), that the above-captioned securities class action (the "Action") is pending in the Court.

YOU ARE ALSO NOTIFIED that Lead Plaintiff in the Action, Kavin Bakhda, has reached a proposed settlement of the Action for $7,000,000 in cash (the "Settlement"), which, if approved, will resolve all claims in the Action.

A hearing will be held on **June 2, 2022, at 2:00 p.m.**, before the Honorable Michael A. Hammer, either in-person at the United States District Court for the District of New Jersey, Martin Luther King Building & United States Courthouse, 50 Walnut Street, Courtroom MLK2C, Newark, NJ 07101, or by telephone or videoconference, to determine: (*i*) whether to approve the proposed Settlement as fair, reasonable, and adequate; (*ii*) whether, for purposes of the proposed Settlement only, to certify the Action as a class action and to grant final appointment of Lead Plaintiff as Class representative and Lead Counsel as counsel for the Class; (*iii*) whether to dismiss the Action with prejudice against Defendants and to enter the releases specified and described

in the Settlement Agreement dated **October 25, 2021**; (*iv*) whether to approve the proposed Plan of Allocation as fair and reasonable; and (*v*) whether to grant Lead Counsel's motion for an award of attorneys' fees and expenses and Lead Plaintiff's costs and expenses. If the hearing is held by telephone or videoconference, information on how to participate will be posted at www.BedBathBeyondSecuritiesLitigation.com.

**If you are a member of the Class, your rights will be affected by the pending Action and the Settlement, and you might be entitled to a payment from the Settlement**. If you have not yet received the Notice and Claim Form, you may obtain copies of them by contacting the Claims Administrator at Bed Bath Beyond Securities Litigation, c/o JND Legal Administration, PO Box 91135, Seattle, WA 98111; 866-853-5009; or www.BedBathBeyondSecuritiesLitigation.com. You can also download copies of the Notice and Claim Form from the Settlement website, www.BedBathBeyondSecuritiesLitigation.com.

If you are a member of the Class, you must submit a Claim Form ***postmarked*** **no later than June 6, 2022** to be eligible to receive a payment from the Settlement. If you do not submit a proper Claim Form, you will not be eligible to receive a payment from the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Class and want to exclude yourself from it, you must submit a valid request for exclusion that is ***received*** **no later than May 5, 2022**, in accordance with the instructions in the Notice. If you properly exclude yourself from the Class, you will not be bound by any judgments or orders entered in the Action, and you will not be eligible to receive a payment from the Settlement. Excluding yourself from the Class is the only option that might allow you to be part of any other current or future lawsuit against Defendants or any of the other released parties concerning the claims being resolved by the Settlement, even if you have pending or later file another lawsuit or other proceeding against the Releasees related to the claims covered by the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, Lead Counsel's motion for attorneys' fees and litigation expenses, or Lead Plaintiff's application for expenses must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are ***received*** **no later than May 5, 2022**, in accordance with the instructions set forth in the Notice.

If you have any questions about this notice, the proposed Settlement, or your eligibility to participate in it, please contact the Claims Administrator or Lead Counsel. Visit www.BedBathBeyondSecuritiesLitigation.com or call toll-free at 866-853-5009. **Do not contact the Court, the Clerk's office, Defendants, or their counsel regarding this notice.**

Requests for the Notice and Claim Form should go to:

Bed Bath Beyond Securities Litigation
c/o JND Legal Administration
PO Box 91135
Seattle, WA 98111

Inquiries other than requests for the Notice and Claim Form should go to Lead Counsel:

BERNSTEIN LIEBHARD LLP
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
(212) 779 1414
lhasson@bernlieb.com
seidman@bernlieb.com

By Order of the Court.

SOURCE JND Legal Administration

# EXHIBIT C







April 1, 2022

Bed Bath & Beyond Securities Litigation, Exclusions
C/O JND Legal Administration
P.O. Box 91135
Seattle, WA 98111

Dear Sirs:

I am requesting that I be excluded from the Bed Bath and Beyond Securities Litigation, Exclusions Class in Vitiello v. Bed Bath & Beyond Inc. No. 2:20-cv-04240-MCA-MAH (D.M.J.).

Number of shares of BBBY common stock held: 31

Number of shares of BBBY common stock sold: 0

Account number: 0000013225

Phone number: 863-496-5235

E-mail:

Address:
FL

Yours truly,

Hale

J Hale


Hale
FL 34759
BBB
APR 05 2022
FL 328
2 APR 2022 PM 3 L
Bed Bath + Beyond Securities Litigation, Exclusions
C/O JND Legal Administration
P.O. Box 91135
Seattle, WA 98111
98111-923535