# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **STEPHEN AND JUNE VITIELLO,** Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BED BATH & BEYOND INC.,** *et al.*,<br><br>Defendants. | No. 2:20-cv-04240-MCA-MAH |

### NOTICE OF LEAD PLAINTIFF'S MOTION
### FOR FINAL APPROVAL OF SETTLEMENT, PLAN
### OF ALLOCATION AND CERTIFICATION OF CLASS

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Lead Plaintiff Kavin Bakhda hereby moves this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure to grant the proposed Final Order and Judgment granting final approval of the Settlement, Plan of Allocation, and Final Certification of the Class.

This Motion is supported by the accompanying Memorandum of Law, Declaration of Laurence J. Hasson, and all exhibits thereto.

00688876;V1

Dated: April 28, 2022	Respectfully submitted,

/s/ Richard Elem

_____
Jan Meyer
Richard Elem
Law Offices of Jan Meyer & Associates, P.C.
1029 Teaneck Road
Second Floor
Teaneck, New Jersey  07666
Tel: (201) 862-9500
Email: jmeyer@janmeyerlaw.com
relem@janmeyerlaw.com

*Liaison Counsel for Lead Plaintiff and the Proposed Settlement Class*

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein
Laurence J. Hasson (admitted pro hac vice)
Joseph R. Seidman, Jr. (admitted pro hac vice)
10 East 40th Street
New York, NY  10016
Telephone: (212) 779-1414
Facsimile:  (212) 779-3218
lhasson@bernlieb.com
seidman@bernlieb.com
lsriken@bernlieb.com

*Lead Counsel for Lead Plaintiff and the Proposed Settlement Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
Brian Calandra
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

>Facsimile: (917) 463-1044
>Email: jalieberman@pomlaw.com
>bcalandra@pom.law
>
>*Additional Counsel for Lead Plaintiff and the Proposed Settlement Class*

## CERTIFICATE OF SERVICE

      I hereby certify that April 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                  */s/ Richard Elem*
                                                  RICHARD ELEM