**BERNSTEIN LIEBHARD LLP**
ATTORNEYS AT LAW
10 EAST 40TH STREET
NEW YORK, NEW YORK 10016

(212) 779-1414
FAX: (212) 779-3218
www.bernlieb.com

LAURENCE HASSON
lhasson@bernlieb.com

May 23, 2022

By ECF filing

The Honorable Michael A. Hammer
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:**   *Vitiello v. Bed Bath & Beyond Inc.*
          **Case No. 2:20-cv-04240-MCA-MAH**

Dear Judge Hammer:

    This firm represents Lead Plaintiff Kavin Bakhda and the settlement class in the above-captioned securities class action. We write on behalf of all parties concerning the fairness hearing scheduled for June 2, 2022, at 2:00 p.m., at which the Court will consider whether to grant final approval of the proposed settlement of this case.

    On May 2, 2022, the Court issued a text order (ECF No. 83) stating that the June 2 hearing would be conducted in person, at the courthouse in Newark. Because of continuing concerns about Covid-19, and because Lead Plaintiff's motion for approval of the proposed settlement is unopposed and only one putative class member has opted out of the settlement, the parties respectfully suggest that the Court could hold the fairness hearing by videoconference, rather than in person.

May 23, 2022
The Honorable Michael A. Hammer
Page 2

      The Court-approved class notice informed class members that the Court might hold the fairness hearing by videoconference (or by audio conference). If the Court agrees to hold a hearing by videoconference, the Claims Administrator will post access information on the settlement website.

      Thank you for your attention to this matter.

      Respectfully,

      /s/ Laurence J. Hasson

      Laurence J. Hasson

cc:    All counsel of record