# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STEPHEN AND JUNE VITIELLO, Individually and on Behalf of All Others Similarly Situated,<br><br>      **Plaintiffs,**<br><br>  **v.**<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>      **Defendants.** | No. 2:20-cv-04240-MCA-MAH |

## REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR (I) FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND CERTIFICATION OF CLASS; AND (II) AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES, AND REIMBURSEMENT OF TIME FOR LEAD PLAINTIFF

00692580;V1

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Lead Plaintiff Kavin Bakhda ("Lead Plaintiff"), on behalf of himself, additional named plaintiff Richard Lipka, and the Class, respectfully submits this reply memorandum in further support of his motions for (i) final approval of the proposed settlement, plan of allocation, and certification of the Class for settlement purposes; and (ii) an award of attorneys' fees and reimbursement of expenses, and reimbursement of time for Lead Plaintiff (the "Motions").[1]

## ARGUMENT

For the reasons articulated in the Motions, the Court should grant final approval of the proposed Settlement and approve the requested attorneys' fees and reimbursement of expenses, and reimbursement of time for Lead Plaintiff. *See* ECF Nos. 79-80. Final approval is further warranted because the period of time to object to the Motions has expired,[2] and no Class Member (or other person or entity) has raised any objection to the Motions. The absence of any objection to any aspect of the Motions demonstrates the Class's resounding support for final approval.

---

[1] Any undefined terms have the definitions set forth in the Stipulation of Settlement dated October 25, 2021 (the "Stipulation") (ECF No. 66-3).

[2] The deadline for filing any objection or request for exclusion was May 5, 2022. *See* ECF 78 ¶¶25, 30, 38(b) (Order Preliminarily Approving Settlement and Authorizing Notice).

Moreover, there is still only one request for exclusion from the Settlement – the same as when Lead Plaintiff moved for final approval. *See* Supplemental Declaration of Luiggy Segura Regarding: (A) Continued Mailing of Notice Packet; (B) Update on Call Center and Settlement Website; and (C) Report on Requests for Exclusion Received to Date, filed herewith, ¶7.

The lack of any objection to the Motions, and the fact that only a single Class Member requested exclusion from the Settlement, strongly supports the fairness of the Settlement, the fee and expense request, and the request to reimburse Lead Plaintiff for his time litigating this case and achieving this Settlement. *See* ECF Nos. 79-1 at 10-11; 80 at 25.

## CONCLUSION

For the reasons detailed above and in the Motions, Lead Plaintiff and Lead Counsel request that the Court grant final approval of (i) the Settlement, plan of allocation, and certification of the Class for settlement purposes; and (ii) Lead Counsel's request for attorneys' fees, expenses, and reimbursement of time for Lead Plaintiff.[3]

---

[3] The proposed Final Order and the proposed Judgment were submitted as Exhibits B and C, respectively, to the motion for preliminary approval. *See* ECF Nos. 66-5, 66-6. For the Court's convenience, attached hereto are versions of those documents with the date of preliminary approval and the final hearing included (they were unknown at the time of the motion for preliminary approval and, thus, were left blank), as well as with Magistrate Michael Hammer replacing Madeleine Cox Arleo as the signatory on both documents. *See* Exhibits A and B hereto.

Dated: May 26, 2022      Respectfully submitted,

/s/ Richard Elem

_____

Jan Meyer
Richard Elem
**LAW OFFICES OF JAN MEYER &
ASSOC., P.C.**
1029 Teaneck Road
Second Floor
Teaneck, New Jersey  07666
Tel: (201) 862-9500
Email: jmeyer@janmeyerlaw.com
      relem@janmeyerlaw.com

*Liaison Counsel for Lead Plaintiff and the
Settlement Class*

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein
Laurence J. Hasson (admitted pro hac vice)
Joseph R. Seidman, Jr. (admitted pro hac
vice)
10 East 40th Street
New York, NY  10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
bernstein@bernlieb.com
lhasson@bernlieb.com
seidman@bernlieb.com

*Lead Counsel for Lead Plaintiff and the
Settlement Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
Brian Calandra
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
bcalandra@pom.law

*Additional Plaintiffs' Counsel*