## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**STEPHEN AND JUNE VITIELLO,**
Individually and on Behalf of All Others
Similarly Situated,

                  **Plaintiffs,**

   v.

**BED BATH & BEYOND INC.,** *et al.*,

                  **Defendants.**

**No. 2:20-cv-04240-MCA-MAH**

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING: (A) CONTINUED MAILING OF NOTICE PACKET; (B) UPDATE ON CALL CENTER AND SETTLEMENT WEBSITE; AND (C) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, LUIGGY SEGURA, declare as follows:

1.      I am a Vice President at JND Legal Administration ("JND"). Pursuant to the Court's Order Preliminarily Approving Proposed Settlement, entered February 4, 2022 (ECF No. 78) (the "Preliminary Approval Order"), the Court approved Lead Plaintiff's selection of JND to serve as the Claims Administrator in connection with the proposed settlement of the above-captioned action (the "Action").[1] I submit this Declaration as a supplement to my previously filed declaration, the Declaration of Luiggy Segura Regarding: (A) Mailing of Notice Packet; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date dated April 28, 2022 (ECF. 79-5) (the

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed in the Stipulation of Settlement, filed October 25, 2021 (ECF No. 66-3) (the "Stipulation"), and the Initial Mailing Declaration defined here in.

"Initial Mailing Declaration"). The following statements are based on my personal knowledge and information provided to me by other experienced JND employees, and, if called as a witness, I could, and would testify competently thereto.

### CONTINUED MAILING OF THE NOTICE PACKET

2. Since the execution of the Initial Mailing Declaration, JND has continued to mail copies of the Notice Packet in response to requests from potential Class Members and brokers/nominees. Through May 25, 2022, JND has mailed a total of 84,601 Notice Packets to potential Class Members.

### CALL CENTER SERVICES AND SETTLEMENT WEBSITE

3. JND continues to maintain the toll-free telephone number (1-866-853-5009) and Interactive Voice Recording ("IVR") to accommodate inquiries about the Settlement for potential Class Members. As of May 25, 2022, there have been a total of 233 calls to the toll-free telephone number. Of these calls 195 have been handled by a live operator. JND has promptly responded to each telephone inquiry and will continue to respond to Class Member inquires via the toll-free telephone number.

4. JND also continues to maintain the website dedicated to the Settlement, www.bedbathbeyondSecuritiesLitigation.com (the "Settlement Website") to further assist potential Class Members.  As of May 25, 2022, the Settlement Website has received 1,583 visitors.

5.      JND will continue operating, maintaining and as appropriate updating the toll-free number and website with relevant case information until the conclusion of the administration.

## REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

6.      The Notice, Summary Notice, and Settlement Website all inform potential Class Members that requests for exclusion are to be sent to the Claims Administrator, such that they are received no later than May 5, 2022.  The Notice sets forth the information that must be included in any such requests for exclusion.

7.      As previously reported in the Initial Mailing Declaration, JND received one (1) request for exclusion from the Class. Since the execution of the Initial Mailing Declaration, JND has not received any additional requests for exclusion from the Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2022 at New Hyde Park, New York.


_____
Luiggy Segura