# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **STEPHEN AND JUNE VITIELLO,** Individually and on Behalf of All Others Similarly Situated,<br><br>          **Plaintiffs,**<br><br>  v.<br><br>**BED BATH & BEYOND INC.,** *et al.*,<br><br>          **Defendants.** | No. 2:20-cv-04240-MCA-MAH |

### NOTICE OF LEAD COUNSEL'S UNOPPOSED MOTION
### FOR DISTRIBUTION OF THE NET SETTLEMENT FUND TO
### AUTHORIZED CLAIMANTS AND APPROVAL OF *CY PRES* RECIPIENT

**TO:** **ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Lead Plaintiff Kavin Bakhda hereby moves this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure to grant the proposed order: (i) distributing the Net Settlement Fund to Authorized Claimants; (ii) approving JND Legal Administration's ("JND") determinations concerning distribution; (iii) paying JND Legal Administration its remaining fees; (iv) approving Lead Counsel's choice of Investor Protection Trust as the *cy pres* recipient should funds remain after the distributions; and (v) granting such other and further relief as may be required.

This Motion is supported by the accompanying Memorandum of Law, the supporting Declaration of Luiggy Segura, and all exhibits thereto.

00719579;V1

Dated: November 22, 2022                    Respectfully submitted,

/s/ Richard L. Elem
_____
Jan Meyer
Richard L. Elem
Law Offices of Jan Meyer & Associates, P.C.
1029 Teaneck Road
Second Floor
Teaneck, New Jersey  07666
Tel: (201) 862-9500
Email: jmeyer@janmeyerlaw.com
           relem@janmeyerlaw.com

*Liaison Counsel for Lead Plaintiff and the Proposed Settlement Class*

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein
Laurence J. Hasson (admitted pro hac vice)
Joseph R. Seidman, Jr. (admitted pro hac vice)
10 East 40th Street
New York, NY  10016
Telephone: (212) 779-1414
Facsimile:  (212) 779-3218
lhasson@bernlieb.com
seidman@bernlieb.com
lsriken@bernlieb.com

*Lead Counsel for Lead Plaintiff and the Proposed Settlement Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
Brian Calandra
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
           bcalandra@pom.law

*Additional Counsel for Lead Plaintiff and the Proposed Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that November 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

> */s/ Richard L. Elem*
> RICHARD L. ELEM