I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____    _____    6/6/2022
Signature                                                       Date

_____    _____
Print claimant name here

_____    _____
Signature of joint claimant, if any                            Date

_____    _____
Print joint claimant name here

**If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:**

_____    _____
Signature of person signing on behalf of claimant              Date

_____    _____
Print name of person signing on behalf of claimant here

_____    _____
Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – see ¶ 9 on page 4 of this Claim Form.)

9



Transaction Confirmation
Confirm Date: October 1, 2019

Page 1 of 1

Brokerage Account Number



| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 19274-0D4LWS | 1* | WQ# | 10-01-19 | 10-03-19 | 075896100 | 19274-P984F | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | BED BATH AND BEYOND COM USD0.01 | Principal Amount | 2,979.59 |
| | 289 | WE HAVE ACTED AS AGENT. | Commission / Fees | 4.95 |
| at | 10.3100 | | Settlement Amount | 2,984.54 |
| Symbol: | | | | |
| BBBY | | | | |



**Confirm Date: October 3, 2019**

Brokerage Account Number





Online                                      Fidelity.com
FAST(sm)-Automated Telephone               800-544-5555
Customer Service                           800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 19276-0BP22X | 1* | WK# | 10-03-19 | 10-07-19 | 075896100 | 19276-D4ZZF | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Sold | | BED BATH AND BEYOND COM USD0.01 | Principal Amount | 2,811.97 |
| | 289 | WE HAVE ACTED AS AGENT. | Commission / Fees | 4.95 |
| at | 9.7300 | LOTS WITHOUT SPECIFIC SHARES | Activity Assessment Fee | 0.06 |
| Symbol: | | INSTRUCTIONS WILL BE DEPLETED USING | Settlement Amount | 2,806.96 |
| BBBY | | FIRST IN, FIRST OUT METHOD. | | |

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, June 7, 2022 12:56 PM
**To:** CA - info@bedbathbeyondSecuritiesLitigation.com
**Subject:** BBBY Proof of Claim & Release Form
**Attachments:** BBBY Proof of Claim  Release Form.pdf

Due to relocation, the claims letter was forwarded with great delay. The claim form and proof is attached.

**Thanks,**

Notice: This message and attachments are from an attorney and may contain information that is proprietary, privileged, confidential or attorney work product. If you are not the intended addressee, you are not authorized to read, retain, copy or disseminate this message or any part of it.  The inadvertent disclosure of information contained in this message shall not constitute a waiver of any privilege or non disclosure protection under law. If you received it in error, please notify the sender and destroy  all copies.



Transaction Confirmation  
Confirm Date: October 3, 2019

Page 1 of 2

Brokerage Account Number





Online  
FAST(sm)-Automated Telephone  
Customer Service

Fidelity.com  
800-544-5555  
800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 19276-0BP22X | 1 * | WK# | 10-03-19 | 10-07-19 | 075896100 | 19276-D4ZZF | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Sold | | BED BATH AND BEYOND COM USD0.01 | Principal Amount | 2,811.97 |
| | 289 | WE HAVE ACTED AS AGENT. | Commission / Fees | 4.95 |
| at | 9.7300 | LOTS WITHOUT SPECIFIC SHARES | Activity Assessment Fee | 0.06 |
| Symbol: | | INSTRUCTIONS WILL BE DEPLETED USING | Settlement Amount | 2,806.96 |
| BBBY | | FIRST IN, FIRST OUT METHOD. | | |

## Request for Court Review

███████████████████████████████

Thu 9/22/2022 10:35 PM

To: CA - info@bedbathbeyondSecuritiesLitigation.com <info@bedbathbeyondSecuritiesLitigation.com>

📎 4 attachments (5 MB)
Document_2022-09-22_222408.pdf; BBBY Proof of Claim Release Form.pdf; thumbnail_image.png; thumbnail_image2.png;

Please see request and support attached.

**Thanks,**

███████████████

Notice: This message and attachments are from an attorney and may contain information that is proprietary, privileged, confidential or attorney work product. If you are not the intended addressee, you are not authorized to read, retain, copy or disseminate this message or any part of it.  The inadvertent disclosure of information contained in this message shall not constitute a waiver of any privilege or non disclosure protection under law. If you received it in error, please notify the sender and destroy  all copies.

 LEGAL ADMINISTRATION

Claim ID:  D3SABD427X

Bed Bath & Beyond Securities Litigation
c/o JND Legal Administration
P.O. Box 91135
Seattle, WA 98111

Email: info@BedBathBeyondSecuritiesLitigation.com
Toll-Free Number: 866-853-5009
Settlement Website: www.BedBathBeyondSecuritiesLitigation.com



Mailing Date: 9/2/2022
Response Due Date: 09/22/2022

Claim ID: D3SABD427X

Eligible Security: Bed Bath & Beyond Common Stock

Class Period: Between September 4, 2019 through February 11, 2020, inclusive

## NOTICE OF DEFICIENT/INELIGIBLE CLAIM SUBMISSION

Dear Claimant:

We received and processed the Proof of Claim and Release Form you submitted in the above-referenced securities litigation settlement. We have determined based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below.  In order to resolve the deficiencies; you must submit a written response with any required documentation as specified below postmarked no later than the due date printed at the top of this notice. Please include a copy of this notice with your response.   **If you fail to respond by the response due date set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

Reason for deficiency/ineligibility (Please see below for explanation):

CLAIM DOES NOT CALCULATE TO A RECOGNIZED CLAIM UNDER THE PLAN OF ALLOCATION

Bed Bath & Beyond Securities Litigation
c/o JND Legal Administration
P.O. Box 91135
Seattle, WA 98111

I hereby request the court review the full rejection of my claim. Party ███████ █████████) did buy an sale the securities at issue in the case. Party bought and sold said securities based on the misrepresentation of the Bed Bath & Beyond (Defendant). Class Administrator eligibility calculation erroneously exclude Party who was damaged. See supporting documents.

Reaards.



# PART I – CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications about this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. You must provide complete names of all persons and entities.

Beneficial Owner's First Name            MI       Beneficial Owner's Last Name

[REDACTED]                                        [REDACTED]

Joint Beneficial Owner's First Name (if applicable)     MI       Joint Beneficial Owner's Last Name

If this claim is submitted for an IRA, and if you would like any check that you might be eligible to receive to be made payable to the IRA, please include "IRA" in the "Last Name" box above (e.g., Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (executor, administrator, trustee, c/o, etc.), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

[REDACTED]

Street Address

[REDACTED]

City                                          State/Province       ZIP/Postal Code

[REDACTED]                                    [REDACTED]           [REDACTED]

Foreign Postal Code (if applicable)           Foreign County (if applicable)

Telephone Number (Day)                        Telephone Number (Evening)

[REDACTED]                                     —         —

Email address (email address is not required, but, if you provide it, you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

**Type of Beneficial Owner:**

Specify one of the following:

[✓] Individual(s)     [ ] Corporation     [ ] UGMA Custodian     [ ] IRA     [ ] Partnership

[ ] Estate            [ ] Trust           [ ] Other (describe): _____

2

# PART III – SCHEDULE OF TRANSACTIONS IN BBBY COMMON STOCK

Use this section to provide information on your holdings and trading of BBBY Common Stock (NASDAQ Ticker Symbol: BBBY; CUSIP: 075896100) during the requested time periods.  Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 6 above.

| 1. **HOLDINGS AS OF SEPTEMBER 4, 2019**– State the total number of shares of BBBY Common Stock held as of the **opening of trading** on September 4, 2019.  (Must be documented.)  If none, write "zero" or "0." _____ 0 _____ | Confirm Proof of Position Enclosed ☐ |
| --- | --- |

**2. PURCHASES/ACQUISITIONS FROM SEPTEMBER 4, 2019 THROUGH FEBRUARY 11, 2020** – Separately list each and every purchase or acquisition (including free receipts) of BBBY Common Stock from after the opening of trading on September 4, 2019 through and including the close of trading on February 11, 2020.  (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/ Acquired | Purchase Price Per Share | Total Purchase Price (excluding any fees, commissions, and taxes) | Confirm Proof of Purchase Enclosed |
| --- | --- | --- | --- | --- |
| 10 /01 /19 | 289 | $ 10.31 | $ 2979.59 | ☑ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

**3. PURCHASES/ACQUISITIONS FROM FEBRUARY 12, 2020 THROUGH MAY 11, 2020** – State the total number of shares of BBBY Common Stock purchased or acquired (including free receipts) from February 12, 2020 through the close of trading on May 11, 2020.  If none, write "zero" or "0." _____

| 4. **SALES FROM SEPTEMBER 4, 2019 THROUGH MAY 11, 2020** – Separately list each and every sale or disposition (including free deliveries) of BBBY Common Stock from after the opening of trading on September 4, 2019 through and including the close of trading on May 11, 2020. (Must be documented.) | IF NONE, CHECK HERE ☐ |
| --- | --- |

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
| --- | --- | --- | --- | --- |
| 10 /03 /19 | 289 | $ 9.73 | $ 2806.96 | ☑ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

| 4. **HOLDINGS AS OF MAY 11, 2020** – State the total number of shares of BBBY Common Stock held as of the close of trading on May 11, 2020.  (Must be documented.)  If none, write "zero" or "0." _____ | Confirm Proof of Position Enclosed ☐ |
| --- | --- |

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT.   PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE.  IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☐

Questions? Visit www.BedBathBeyondSecuritiesLitigation.com or call toll-free at 866-853-5009
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____

Signature of claimant                                                                     Date

Print claimant name here

_____

Signature of joint claimant, if any                                                  Date

Print joint claimant name here

**If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:**

_____

Signature of person signing on behalf of claimant                    Date

Print name of person signing on behalf of claimant here

_____

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – see ¶ 9 on page 4 of this Claim Form.)

9



Transaction Confirmation
Confirm Date: October 3, 2019

Page 1 of 2

Brokerage Account Number



Online                                   Fidelity.com
FAST(sm)-Automated Telephone             800-544-5555
Customer Service                         800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 19276-0BP22X | 1* | WK# | 10-03-19 | 10-07-19 | 075896100 | 19276-D4ZZF | | |

DESCRIPTION and DISCLOSURES

| You Sold | | BED BATH AND BEYOND COM USD0.01 | Principal Amount | 2,811.97 |
|---|---|---|---|---|
| | 289 | WE HAVE ACTED AS AGENT. | Commission / Fees | 4.95 |
| at | 9.7300 | LOTS WITHOUT SPECIFIC SHARES | Activity Assessment Fee | 0.06 |
| Symbol: | | INSTRUCTIONS WILL BE DEPLETED USING | Settlement Amount | 2,806.96 |
| BBBY | | FIRST IN, FIRST OUT METHOD. | | |

## Re: Request for Court Review

████████████████████████████████████

Tue 9/27/2022 4:18 PM

To: CA - info@bedbathbeyondSecuritiesLitigation.com <info@bedbathbeyondSecuritiesLitigation.com>

Confirm, I seek resolution by Court Review.


**Thanks,**


████████████████████████


Notice: This message and attachments are from an attorney and may contain information that is proprietary, privileged, confidential or attorney work product. If you are not the intended addressee, you are not authorized to read, retain, copy or disseminate this message or any part of it.  The inadvertent disclosure of information contained in this message shall not constitute a waiver of any privilege or non disclosure protection under law. If you received it in error, please notify the sender and destroy  all copies.

---

**From:** CA - info@bedbathbeyondSecuritiesLitigation.com <info@bedbathbeyondSecuritiesLitigation.com>
**Sent:** Tuesday, September 27, 2022 2:09 PM
**To:** ███████████████████████████████
**Subject:** Re: Request for Court Review

Dear ████████

Thank you for your response. Please note you would only need to request a court review if you disagree with how the claim administrator processed your claim according to the Court Approved Plan of Allocation.  We have reviewed your claim and confirm 289 shares purchased during the class period are present. However, after calculating your claim to the Plan of Allocation on (pg. 13,  para. 50, section C. ) of the Notice, your Recognized Loss would be 0 as both the purchase and sale transactions took place within the same time period (explained further on PG 14, table A), indicating no loss. Table A refers to the artificial inflation period. This resulted in your Recognized Loss Amount set to zero. Please confirm the resolution of the court review.

Regards,

Claims Administrator
Bed Bath & Beyond Securities Litigation
www.BedBathBeyondSecuritiesLitigation.com

---

## Home | Vitiello v. Bed Bath & Beyond Inc.,et al.

This is the Bed Bath Beyond Securities Litigation Home page

www.bedbathbeyondsecuritieslitigation.com

**From:** ███████████████████████████

**Sent:** Thursday, September 22, 2022 10:35 PM

**To:** CA - info@bedbathbeyondSecuritiesLitigation.com <info@bedbathbeyondSecuritiesLitigation.com>

**Subject:** Request for Court Review

Please see request and support attached.


**Thanks,**


████████████████


Notice: This message and attachments are from an attorney and may contain information that is proprietary, privileged, confidential or attorney work product. If you are not the intended addressee, you are not authorized to read, retain, copy or disseminate this message or any part of it.  The inadvertent disclosure of information contained in this message shall not constitute a waiver of any privilege or non disclosure protection under law. If you received it in error, please notify the sender and destroy  all copies.

# DISPUTE #2

# CLAIM #

# DSH8254VRQ

# PART I – CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications about this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. You must provide complete names of all persons and entities.

Beneficial Owner's First Name ▮▮▮▮▮▮▮▮▮▮▮▮

MI ▮

Beneficial Owner's Last Name ▮▮▮▮▮▮▮▮▮▮▮▮

Joint Beneficial Owner's First Name (*if applicable*)

MI

Joint Beneficial Owner's Last Name

If this claim is submitted for an IRA, and if you would like any check that you might be eligible to receive to be made payable to the IRA, please include "IRA" in the "Last Name" box above (*e.g.*, Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number ▮▮▮▮▮▮▮▮

Street Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

City ▮▮▮▮▮▮▮▮▮▮

State/Province ▮▮▮

ZIP/Postal Code ▮▮▮▮▮

Foreign Postal Code (if applicable)

Foreign County (if applicable)

Telephone Number (Day) ▮▮▮▮▮▮▮▮▮▮▮▮

Telephone Number (Evening) ▮▮▮▮▮▮▮▮▮▮▮▮

Email address (email address is not required, but, if you provide it, you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

**Type of Beneficial Owner:**

Specify one of the following:

☒ Individual(s)    ☐ Corporation    ☐ UGMA Custodian    ☐ IRA    ☐ Partnership

☐ Estate    ☐ Trust    ☐ Other (describe): _____

2

# PROOF OF CLAIM AND RELEASE FORM

**Bed Bath & Beyond Securities Litigation**
**Toll-Free Number: 1-866-853-5009**
**Email: info@BedBathBeyondSecuritiesLitigation.com**
**Website: www.BedBathBeyondSecuritiesLitigation.com**

To be eligible to receive a share of the Net Settlement Amount in connection with the Settlement of this Action, you must complete and sign this Proof of Claim and Release Form ("Claim Form") and mail it by first-class mail to the address below, with supporting documentation, *postmarked* **no later than June 6, 2022**.

**Mail to:**

*Bed Bath & Beyond Securities Litigation*
c/o JND Legal Administration
PO Box 91135
Seattle, WA 98111

*You must submit this Claim Form if you want to make a claim to share in the settlement payment. If you fill out this Claim Form according to the instructions below, you might be eligible to receive a cash payment if the Court approves the proposed Settlement.*

If you do not submit your Claim Form by the date specified, your claim might be rejected, and you might not be eligible to receive a payment from the Settlement.

Do not mail or deliver your Claim Form to the Court, Lead Counsel, Defendants' Counsel, or any of the Parties to the Action. Submit your Claim Form only to the Claims Administrator at the address printed above.

# CONTENTS

**02**  I.   CLAIMANT INFORMATION

**06**  III.  SCHEDULE OF TRANSACTIONS IN BBBY COMMON STOCK (NASDAQ TICKER: BBBY; CUSIP: 075896100)

**03**  II.  GENERAL INSTRUCTIONS

**07**  IV.  RELEASE OF CLAIMS AND SIGNATURE

# PART III – SCHEDULE OF TRANSACTIONS IN BBBY COMMON STOCK

Use this section to provide information on your holdings and trading of BBBY Common Stock (NASDAQ Ticker Symbol: BBBY; CUSIP: 075896100) during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 6 above.

**1. HOLDINGS AS OF SEPTEMBER 4, 2019**– State the total number of shares of BBBY Common Stock held as of the **opening of trading** on September 4, 2019. (Must be documented.) If none, write "zero" or "0." _ZERO_

Confirm Proof of Position Enclosed ☐

**2. PURCHASES/ACQUISITIONS FROM SEPTEMBER 4, 2019 THROUGH FEBRUARY 11, 2020** – Separately list each and every purchase or acquisition (including free receipts) of BBBY Common Stock from after the opening of trading on September 4, 2019 through and including the close of trading on February 11, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/ Acquired | Purchase Price Per Share | Total Purchase Price (excluding any fees, commissions, and taxes) | Confirm Proof of Purchase Enclosed |
|---|---|---|---|---|
| 10 / 18/2019 | 1200 | $ 10.74 | $ 12 88̶8̶ ×1 | ☒ |
| 10 / 18/2019 | 3600 | $ 10467/1075 | $ 38220 65 | ☒ |
| 10 / 18/2019 | 1200 | $ 9.97 | $ 11,993.95 | ☐ |
| / / | | $ | $ | ☐ |

**3. PURCHASES/ACQUISITIONS FROM FEBRUARY 12, 2020 THROUGH MAY 11, 2020** – State the total number of shares of BBBY Common Stock purchased or acquired (including free receipts) from February 12, 2020 through the close of trading on May 11, 2020. If none, write "zero" or "0." _ZERO_

**4. SALES FROM SEPTEMBER 4, 2019 THROUGH MAY 11, 2020** – Separately list each and every sale or disposition (including free deliveries) of BBBY Common Stock from after the opening of trading on September 4, 2019 through and including the close of trading on May 11, 2020. (Must be documented.)

IF NONE, CHECK HERE ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 10 3/2019 | 6,000 | $ 9.70 | $ 58168.85 | ☒ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

**4. HOLDINGS AS OF MAY 11, 2020** – State the total number of shares of BBBY Common Stock held as of the close of trading on May 11, 2020. (Must be documented.) If none, write "zero" or "0." _ZERO_

Confirm Proof of Position Enclosed ☐

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☒

Questions? Visit www.BedBathBeyondSecuritiesLitigation.com or call toll-free at 866-853-5009
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

13.    **PLEASE NOTE:**  As set forth in the Plan of Allocation, each Authorized Claimant will receive his, her, or its *pro rata* share of the Net Settlement Amount.  If the prorated payment to any Authorized Claimant amounts to less than $10.00, it will not be included in the calculation, and no distribution will be made to that Authorized Claimant.

14.    If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator, JND Legal Administration, at the above address, by email at info@BedBathBeyondSecuritiesLitigation.com, or by toll-free phone at 866-853-5009, or you can visit the Settlement website, www.BedBathBeyondSecuritiesLitigation.com, where copies of the Claim Form and Notice are available for downloading.

15.    NOTICE REGARDING ELECTRONIC FILES:  Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  To obtain the *mandatory* electronic filing requirements and file layout, you may visit the Settlement website at www.BedBathBeyondSecuritiesLitigation.com, or you may email the Claims Administrator's electronic filing department at BBBSecurities@JNDLA.COM.  **Any file not in accordance with the required electronic filing format might be rejected.**  Only one claim should be submitted for each separate legal entity (*see* ¶ 8 above), and the *complete* name of the beneficial owner of the securities must be entered where called for (*see* ¶ 7 above).  No electronic files will be considered to have been submitted unless the Claims Administrator issues an email to that effect.  **Do not assume that your file has been received until you receive that email.  If you do not receive such an email within 10 days after your submission, you should contact the electronic filing department at BBBSecurities@JNDLA.COM to inquire about your file and confirm it was received.**

## IMPORTANT:  PLEASE NOTE

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD.  THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM WITHIN 60 DAYS AFTER YOUR SUBMISSION.  IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, CONTACT THE CLAIMS ADMINISTRATOR TOLL-FREE AT 866-853-5009.**

# PART IV - RELEASE OF CLAIMS AND SIGNATURE

## YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW
## AND SIGN ON PAGE 9 OF THIS CLAIM FORM.

1. I (we) hereby acknowledge that, pursuant to the terms set forth in the Settlement Agreement, without further action by anyone, upon the Final Settlement Date, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such ("Releasors"), or any person purporting to assert a Released Class Claim on behalf of, for the benefit of, or derivatively for any such Releasors, for good and sufficient consideration, the receipt and adequacy of which are hereby acknowledged, shall be deemed to have, and by operation of law and of the Approval Order and Judgment shall have, fully, finally, and forever released, relinquished, settled, and discharged:

   a. all Released Class Claims (as defined in the Notice) against each and every one of the Releasees (as defined in the Notice);

   b. all Claims, damages, and liabilities as to each and every one of the Releasees to the extent that any such Claims, damages, or liabilities relate in any way to any or all acts, omissions, nondisclosures, facts, matters, transactions, occurrences, or oral or written statements or representations in connection with, or directly or indirectly relating to, (*i*) the prosecution, defense, or settlement of the Action, (*ii*) the Settlement Agreement or its implementation, (*iii*) the Settlement terms and their implementation, (*iv*) the provision of notice in connection with the proposed Settlement, and/or (*v*) the resolution of any Claim Forms submitted in connection with the Settlement; and

   c. all Claims against any of the Releasees for attorneys' fees, costs, or disbursements incurred by Plaintiffs' Counsel or any other counsel representing Plaintiffs or any other Class Member in connection with or related in any manner to the Action, the settlement of the Action, or the administration of the Action and/or its Settlement, except to the extent otherwise specified in the Settlement Agreement.

2. In addition, the Judgment and Approval Order will provide that:

   a. all Class Members (and their attorneys, accountants, agents, heirs, executors, administrators, trustees, predecessors, successors, Affiliates, representatives, and assigns) who have not validly and timely requested exclusion from the Class – and anyone else purporting to act on behalf of, for the benefit of, or derivatively for any of such persons or entities – are permanently enjoined from filing, commencing, prosecuting, intervening in, participating in (as class members or otherwise), or receiving any benefit or other relief from any other lawsuit, arbitration, or administrative, regulatory, or other proceeding (as well as a motion or complaint in intervention in the Action if the person or entity filing such motion or complaint in intervention purports to be acting as, on behalf of, for the benefit of, or derivatively for any of the above persons or entities) or order, in any jurisdiction or forum, as to the Releasees based on or relating to the Released Class Claims; and

   b. all persons and entities are permanently enjoined from filing, commencing, or prosecuting any other lawsuit as a class action (including by seeking to amend a pending complaint to include class allegations or by seeking class certification in a pending action in any jurisdiction) or other proceeding on behalf of any Class Members as to the Releasees, if such other lawsuit is based on or related to the Released Class Claims.

Questions? Visit www.BedBathBeyondSecuritiesLitigation.com or call toll-free at 866-853-5009
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

## CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) that:

1.      I (we) have read and understand the contents of the Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.      the claimant(s) is a (are) Class Member(s), as defined in the Notice, and is (are) not excluded by definition from the Class as set forth in the Notice;

3.      the claimant(s) did *not* submit a request for exclusion from the Class;

4.      I (we) own(ed) the BBBY Common Stock identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

5.      the claimant(s) has (have) not submitted any other claim covering the same purchases of BBBY Common Stock and does (do) not know of any other person's having done so on the claimant's (claimants') behalf;

6.      the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

7.      I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator, or the Court may require;

8.      the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this claim, and waives any right of appeal or review with respect to such determination;

9.      I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10.      the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence stating that the claim is not subject to backup withholding.**

Questions? Visit www.BedBathBeyondSecuritiesLitigation.com or call toll-free at 866-853-5009
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____   4/8/22
                                                   Date

Pri_____

_____   _____
Signature of joint claimant, if any                Date

_____
Print joint claimant name here

**If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:**

_____   _____
Signature of person signing on behalf of claimant  Date

_____
Print name of person signing on behalf of claimant here

_____
Capacity of person signing on behalf of claimant, if other than an individual, e.g., executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – see ¶ 9 on page 4 of this Claim Form.)

9

# REMINDER CHECKLIST



1. Sign the above release and certification. If this Claim Form is being made on behalf of joint claimants, then both must sign.

2. Attach only **copies** of acceptable supporting documentation, because those documents will not be returned to you. Keep the original documents.





3. Do not highlight any portion of the Claim Form or any supporting documents.

4. Keep copies of the completed Claim Form and documentation for your own records.





5. The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days after your submission. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll-free at 866-853-5009.**

6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.



7. If you have any questions or concerns regarding your claim, contact the Claims Administrator at the address below, by email at info@BedBathBeyondSecuritiesLitigation.com, or by toll-free phone at 866-853-5009, or you may visit www.BedBathBeyoneSecuritiesLitigation.com. DO NOT call BBBY or its counsel with questions regarding your claim.

THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL, *POSTMARKED* **NO LATER THAN JUNE 6, 2022,** ADDRESSED AS FOLLOWS:

**Bed Bath & Beyond Securities Litigation
c/o JND Legal Administration
P.O. Box 91135
Seattle, WA 98111**

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before June 6, 2022 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.

charles
SCHWAB

Schwab One® Account of

Account Number

**Trade Confirmation**

---

**BOUGHT**   Bed Bath & Beyond Dividends reinvested (Symbol: BBBY)

Security No./CUSIP: 075896-10-0 | | Type: Margin | Trade: 10/02/19 | Settle: 10/04/19

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 1,200 | 9.97 | 11,964.00 | Commission | 29.95 | 11,993.95 |

For this security:
- Schwab acted as your agent.

Internal Use Only: 1, E

---

**SOLD**   Bed Bath & Beyond 10/18/2019 $10 Call (Symbol: BBBY 10/18/2019 10.00 C)

Security No./CUSIP: 000059667135 | | Type: Short | Trade: 10/02/19 | Settle: 10/03/19

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 4 | 0.86 | 344.00 | Commission | 2.60 | 341.31 |
| | | | Exch Process Fee | 0.09 | |
| 4 | 0.86 | 344.00 | Commission | 2.60 | 341.31 |
| | | | Exch Process Fee | 0.09 | |
| 4 | 0.86 | 344.00 | Commission | 2.60 | 341.31 |
| | | | Exch Process Fee | 0.09 | |
| 12 | | $ 1,032.00 | | $8.07 | $ 1,023.93 |

Please see "Terms and Conditions" for more information.

Case 2:20-cv-04240-MCA-MAH   Document 94-2   Filed 11/22/22   Page 25 of 40 PageID: 2204

**charles SCHWAB**

Schwab One® Account of ███████████████

Account Number ████████

**Trade Confirmation**

*SOLD*   **Bed Bath & Beyond 10/18/2019 $10 Call**  (Symbol: BBBY 10/18/2019 10.00 C)  *Continued*

Security No./CUSIP: 000059667135

Type: Short   Trade: 10/02/19   Settle: 10/03/19

**For this security:**
- We will hold this new option position short in your account (sold to open).
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

Internal Use Only: 1, E

Please see "Terms and Conditions" for more information.

Case 2:20-cv-04240-MCA-MAH    Document 94-2    Filed 11/22/22    Page 26 of 40 PageID: 2205

**charles SCHWAB**

Schwab One® Account of

Account Number

**Trade Confirmation**

---

*BOUGHT*    **Bed Bath & Beyond Dividends reinvested** (Symbol: BBBY)

| Security No./CUSIP: 075896-10-0 | | | Type: Margin | Trade: 09/30/19 | Settle: 10/02/19 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 1,200 | 10.74 | 12,888.00 | N/A | | 12,888.00 |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 1, E

---

*SOLD*    **Bed Bath & Beyond 10/18/2019 $10 Call** (Symbol: BBBY 10/18/2019 10.00 C)

| Security No./CUSIP: 000059667135 | | | Type: Short | Trade: 09/30/19 | Settle: 10/01/19 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 12 | 1.43 | 1,716.00 | Exch Process Fee | 0.23 | 1,715.77 |

**For this security:**
- We will hold this new option position short in your account (sold to open).
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

Internal Use Only: 1, E

Please see "Terms and Conditions" for more information.

Case 2:20-cv-04240-MCA-MAH    Document 94-2    Filed 11/22/22    Page 27 of 40 PageID: 2206

charles
SCHWAB

Schwab One® Account of

Account Number

**Trade Confirmation**

**BOUGHT**    Bed Bath & Beyond Dividends reinvested  (Symbol: BBBY)

Security No./CUSIP: 075896-10-0 | | | | Type: Margin | Trade: 10/01/19 | Settle: 10/03/19

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 1,200 | 10.75 | 12,900.00 | Commission | 12.75 | 12,912.75 |
| 1,200 | 10.58 | 12,696.00 | Commission | 29.95 | 12,725.95 |
| 1,200 | 10.46 | 12,552.00 | Commission | 29.95 | 12,581.95 |
| 3,600 | | $ 38,148.00 | | $72.65 | $ 38,220.65 |

For this security:
- Schwab acted as your agent.

Internal Use Only: 1, E

**SOLD**    Bed Bath & Beyond 10/18/2019 $10 Call  (Symbol: BBBY 10/18/2019 10.00 C)

Security No./CUSIP: 000059667135 | | | | Type: Short | Trade: 10/01/19 | Settle: 10/02/19

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 6 | 1.40 | 840.00 | Commission | 6.37 | 833.52 |
| | | | Exch Process Fee | 0.11 | |
| 6 | 1.40 | 840.00 | Commission | 6.38 | 833.51 |
| | | | Exch Process Fee | 0.11 | |
| 12 | 1.29 | 1,548.00 | Commission | 7.80 | .1,539.98 |
| | | | Exch Process Fee | 0.22 | |

Continued  on Next Page

Please see "Terms and Conditions" for more information.

**charles SCHWAB**

Schwab One® Account of

Account Number

**Trade Confirmation**

**SOLD**   **Bed Bath & Beyond 10/18/2019 $10 Call**  (Symbol: BBBY 10/18/2019 10.00 C)  *Continued*

Security No./CUSIP: 000059667135

| | | | | | Type: Short | Trade: 10/01/19 | Settle: 10/02/19 |
|---|---|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 12 | 1.22 | 1,464.00 | Commission | 7.80 | 1,455.98 |
| | | | Exch Process Fee | 0.22 | |
| 36 | | $ 4,692.00 | | $29.01 | $ 4,662.99 |

**For this security:**

Internal Use Only: 1, E

- We will hold this new option position short in your account (sold to open).
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.

**charles SCHWAB**

Schwab One® Account of

Account Number

**Trade Confirmation**

---

**SOLD**    **Bed Bath & Beyond Dividends reinvested** (Symbol: BBBY)

Security No./CUSIP: 075896-10-0    Type: Margin    Trade: 10/03/19    Settle: 10/07/19

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 6,000 | 9.70 | 58,200.00 | Commission | 29.95 | 58,168.85 |
| | | | Exch Process Fee | 1.20 | |
| **6,000** | | **$ 58,200.00** | | **$31.15** | **$ 58,168.85** |

Internal Use Only: 1, E

**For this security:**
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

---

**BOUGHT**    **Bed Bath & Beyond 10/18/2019 $10 Call** (Symbol: BBBY 10/18/2019 10.00 C)

Security No./CUSIP: 000059667135    Type: Short    Trade: 10/03/19    Settle: 10/04/19

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 60 | 0.40 | 2,400.00 | Commission | 39.00 | 2,439.93 |
| | | | Exch Process Fee | 0.93 | |
| **60** | | **$ 2,400.00** | | **$39.93** | **$ 2,439.93** |

Internal Use Only. 1, E

**For this security:**
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Bought to close your short option position.

Disclosures Continued on Next Page

---

Please see "Terms and Conditions" for more information.

*charles*
**SCHWAB**

Schwab One® Account of ████████████

Account Number ████████

**Trade Confirmation**

**BOUGHT**   Bed Bath & Beyond 10/18/2019 $10 Call (Symbol: BBBY 10/18/2019 10.00 C)   *Continued*

Security No./CUSIP: 000059667135

Type: Short     Trade: 10/03/19     Settle: 10/04/19

*Disclosures Continued*

- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



APR 1 1 2022

Bed Bath + Beyond Securities Litigation
c/o JND Legal Administration
PO Box 91135
Seattle WA 98111



 LEGAL
ADMINISTRATION

Claim ID: DSH8254VRQ

**Bed Bath & Beyond Securities Litigation**
**c/o JND Legal Administration**
**P.O. Box 91135**
**Seattle, WA 98111**

SEP 1 9 2022

**Email: info@BedBathBeyondSecuritiesLitigation.com**
**Toll-Free Number: 866-853-5009**
**Settlement Website: www.BedBathBeyondSecuritiesLitigation.com**



**Mailing Date: 9/2/2022**
**Response Due Date: 09/22/2022**

**Claim ID: DSH8254VRQ**

**Eligible Security: Bed Bath & Beyond Common Stock**

**Class Period: Between September 4, 2019 through February 11, 2020, inclusive**

## NOTICE OF DEFICIENT/INELIGIBLE CLAIM SUBMISSION

Dear Claimant:

We received and processed the Proof of Claim and Release Form you submitted in the above-referenced securities litigation settlement. We have determined based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies; you must submit a written response with any required documentation as specified below postmarked no later than the due date printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response due date set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

Reason for deficiency/ineligibility (Please see below for explanation):

CLAIM DOES NOT CALCULATE TO A RECOGNIZED CLAIM UNDER THE PLAN OF ALLOCATION

 LEGAL ADMINISTRATION

Claim ID:  DSH8254VRQ

**Explanation of Claim Deficiency/Ineligibility:**

### CLAIM DOES NOT CALCULATE TO A RECOGNIZED CLAIM UNDER THE PLAN OF ALLOCATION

In accordance with the Plan of Allocation set forth in the Notice, the Claim referenced above does not calculate to a Recognized Claim and is, therefore, ineligible to receive a payment from the Net Settlement Fund.

### How To Fix:

You can resolve this condition of ineligibility only by submitting additional purchase transactions of BBBY Common Stock during the Class Period, i.e., from September 4, 2019 through February 11, 2020, inclusive, that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. You must also support any additional transactions with acceptable documentation.

Acceptable documentation includes securities broker's confirmation slips, month- and year-end account statements or similar documentation (self-generated documents are not acceptable).

SEP 1 9 2022

Dear Sirs,

My name is ███████████████████

My claim ID is    DSH8254VRQ

I have included Monthly Statements
From My Charles Schwab account
For new information

I request that the Court Review
the Full or partial rejection of
My Claim.

Sincerely Yours

███████████████████████

███████████████████████

SEP 19 2022

Dear Sirs,

My name is ████████████████

I want too appeal my claim that was rejected my claim number is:

DSH8254VRQ

I request that the Court Review the full or partial rejection of my claim

I have included Monthly statements from my Charles Schwab Account

Sincerely Yours,

████████████████

Claim ID DSH8254VRQ

P.S. I need the money!!

Bed Bath & Beyond Securities Litigation
c/o JND Legal Administration
P.O. Box 91135
Seattle, WA 98111





**charles SCHWAB BANK**

█████████████    Account Number    ████████████

**Statement Period**
**August 31, 2019 to**
**September 30, 2019**

## Customer Service Information

Call Toll Free:  **(888) 403-9000**

Visit the Schwab Website:  **www.schwab.com**

**Send Written Inquiries to:**
Charles Schwab Bank
P.O. Box 982605
El Paso, TX 79998-2605

**Send Deposits to:**
Charles Schwab Bank
P.O. Box 982605
El Paso, TX 79998-2605

## Schwab Bank News

**Receive transaction alerts on your Charles Schwab Bank High Yield Investor Checking account.**

**Alerts:** You can enroll in email, SMS Text, and Mobile App [1] (Push) notification alerts to monitor activities on your account like these:
- Purchases over a dollar threshold (Minimum $1)
- ATM withdrawals over a dollar threshold (Minimum $1)
- International Purchases
- Online, phone, mail purchases

Set up these alerts and stay aware of activity on your account. To learn more, visit: Schwab.com/BankAlerts. (1019-9YYB)  **(Please see disclosure on page 2)**

**Schwab Bank Debit Card Lock/Unlock**
If you misplaced your Schwab Bank Visa Platinum Debit Car, the card lock/unlock feature allows you to block transactions on your Debit Card from your computer or mobile device [1]. Once you find your Debit Card, unlock it and start using it again. To learn more, visit Schwab.com and click on "Account Servicing", then "Lock/Unlock Card". (1019-9YYB)
**(Please see disclosure on page 2)**

Page 1 of 4

© 2019 Charles Schwab Bank. All rights r████████████ IC.

charles
SCHWAB
BANK

Account Number

Statement Period
**August 31, 2019 to**
**September 30, 2019**

**Schwab Bank News** *(continued)*

[1]Requires a wireless signal or mobile connection. Access to Electronic Services may be limited or unavailable during periods of peak demand, market volatility, systems upgrade, maintenance, or for other reasons. Functionality may vary by operating system and/or device.

**Page 2 of 4**

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



Statement Period
**August 31, 2019 to
September 30, 2019**



**High Yield Investor Checking**®

**Account Number:** ███████████

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.

**charles SCHWAB BANK**

Account Number

## High Yield Investor Checking *(continued)*

**Account Number:**

### IMPORTANT DEPOSIT ACCOUNT INFORMATION

**Electronic Transfers:** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the telephone number on the first page of this statement to find out whether or not the deposit has been made.

**In Case of Errors or Questions About Your Electronic Fund Transfers:** Telephone us or write us at the phone number or the address shown on the first page of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If you are a debtor in bankruptcy or you discharged your personal liability for your loan in bankruptcy, we are providing this statement to you for informational and compliance purposes only and this statement is not an attempt to collect a debt against you. If you have filed a Chapter 13 bankruptcy and your bankruptcy plan requires you to send your regular monthly loan payments to the Trustee, you should pay the Trustee instead of us and contact your attorney or Trustee if you have questions. If you want to stop receiving or having access to your statements, write to us.

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.