

**charles SCHWAB**

Schwab One® Account of ▮▮▮▮

**Account Number** ▮▮▮▮

**Statement Period**
September 1-30, 2019

**Protect your privacy and the environment. Switch to eStatements at www.schwab.com/lesspaper. Visit www.schwab.com/premiumstatement to explore the features and benefits of this statement.**



## Customer Service and Account Information

**Customer Service and Trading:**
Call your Schwab Representative
1 (800) 435-9050

**Bank Inquiries:**
1 (800) 435-9050

**Schwab by Phone™**

**Automated Services:**
1 (800) 435-8804

**TeleBroker®:**
1 (800) 272-4922

**Visit Our Web Site:**
schwab.com

**Cost Basis Updates:**
To provide updates for incomplete cost basis information, please visit schwab.com/gainloss

## Market Monitor



09/30-67074-TTIR2601-133035 *1-3



charles SCHWAB

Schwab One® Account of

Account Number

**Statement Period**
September 1-30, 2019

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
All references to "Schwab" in this document refer to the broker-dealer Charles Schwab & Co., Inc. Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings you should verify its content with this statement. Securities, products, and services are not available in all countries and are subject to country specific restrictions.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep Feature and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Bank Sweep and Bank Sweep for Benefit Plans features as a Schwab Cash feature for your brokerage account. Deposit accounts constitute direct obligations of banks affiliated with Schwab and are not obligations of Schwab. Deposit accounts are insured by the FDIC within applicable limits. The balance in the bank deposit accounts can be withdrawn on your order and the proceeds returned to your securities account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the and Bank Sweep for Benefit Plans- features, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Estimated Annual Income:** Derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon for making investment decisions.
**Fees and Charges:** It is your responsibility, and not Schwab's, to verify the accuracy of all fees. Margin interest charged to your Account during the statement period is included in this section of the statement.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep

and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Latest Price/Price (Investment Detail Section Only):** The most recent price evaluation available on the last business day of the statement period, normally the last trade price or bid. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships (LP) and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your periodic statement for this security is unpriced. FINRA rules require that certain LP and REIT securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price; if applicable, that accurate valuation information may not be available.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party and Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Option Customers:** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for the option contracts are allocated among customer short positions by an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment 4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550, Investment Income and Expenses, for additional information on Options.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If, on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than 1/2 of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products

and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information is not a solicitation or a recommendation to buy or sell. It may, however, be helpful for investment and tax planning strategies. Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.
**IN CASE OF ERRORS OR DISCREPANCIES:** If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.
**COMPLAINT CONTACT INFORMATION:** Complaints about Schwab statements, products or services may be directed to 1-800-435-4000. For clients residing outside of the U.S., call collect +1-415-667-8400. Please send any written complaints to the Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA.
**Address Changes:** It is your obligation to keep Schwab informed of any changes in your address, telephone number or other contact information. If you fail to notify Schwab of those changes, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. For assistance, you may contact Schwab at 1-800-435-4000. Clients residing outside of the U.S. may call Schwab collect at +1-415-667-8400.
**Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. Schwab or an affiliate acts as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Sweep Funds and as Transaction Services Agent for the Government Money Fund. Schwab or an affiliate is compensated by the Sweep Funds for acting in each of these capacities other than as Distributor. The amount of such compensation is disclosed in the prospectus. Additional information will be provided upon written request. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request.
Any third party trademarks appearing herein are the property of their respective owners. Schwab and its affiliated banks are subsidiaries of The Charles Schwab Corporation.
(1017-7MAX)

SIPC has taken the position that it will not cover the balances held in your deposit accounts maintained under programs like our Bank Sweep feature. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
© 2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0616-1157)



Schwab One® Account  of

Account Number

**Statement Period**
September 1-30, 2019

**Account Value as of 09/30/2019** ███

**Change in Account Value**  This Period  Year to Date  Account Value

**Asset Composition**  Market Value  % of Account Assets



| Margin Loan Information | Margin Loan Balance | Funds Available to Withdraw* | Securities Buying Power* | Margin Loan Rates Vary by Balance |
|---|---|---|---|---|

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 4 of 11



## Investment Detail - Bank Sweep

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



## Realized Gain or (Loss)

| | Acquired/ | Sold/ | | Realized |
|---|---|---|---|---|

Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.
Option Customers: Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.

## Transaction Detail - Purchases & Sales

### Equities Activity

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**charles SCHWAB**

Schwab One® Account of ██████████████

Account Number ██████████

**Statement Period**
**September 1-30, 2019**

## Transaction Detail - Purchases & Sales (continued)

**Equities Activity** (continued)



**Options Activity**

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

*charles* SCHWAB

Schwab One® Account  of

Account Number

Statement Period
**September 1-30, 2019**

## Transaction Detail - Purchases & Sales (continued)

**Options Activity** (continued)



Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

*charles* SCHWAB

Schwab One® Account of

**Account Number**

**Statement Period**
**September 1-30, 2019**

## Transaction Detail - Purchases & Sales (continued)

**Options Activity** (continued)



## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



| Schwab One® Account of | | Account Number | Statement Period |
| --- | --- | --- | --- |
| | | | **September 1-30, 2019** |

## Transaction Detail - Fees & Charges

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
| --- | --- | --- | --- | --- |

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [x,z] |
| --- | --- | --- | --- | --- | --- |

*Bank Sweep: Interest Rate as of 09/30/19 was 0.15%.  Your interest period was 08/16/19 - 09/15/19.* [z]

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



| | Schwab One® Account of | | Account Number | Statement Period |
| --- | --- | --- | --- | --- |
| | | | | September 1-30, 2019 |

## Trades Pending Settlement

| | Transaction | Quantity | Trade Date | Settle Date | Unit Price | Purchase/Debit | Sale/Credit |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CALL BED BATH & BEYOND: BBBY 10/18/2019 10.00 C | Short Sale | 12.0000 | 09/30/19 | 10/01/19 | 1.4300 | | 1,715.77 |
| BED BATH & BEYOND: BBBY | Bought | 1,200.0000 | 09/30/19 | 10/02/19 | 10.7400 | 12,888.00 | |
| **Total Trades Pending Settlement** | | | | | | **12,888.00** | **1,715.77** |

*Pending transactions are not included in account value.*

## Endnotes For Your Account

| Symbol | Endnote Legend |
| --- | --- |
| S | Short sale. Possible tax modifications of the holding period may be required for covered short positions. The market value of these securities will be expressed as a debit and be netted against any long positions in Total Account Value. |
| X | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| Z | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/compensation.

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

charles
SCHWAB
BANK



| Account Number | Statement Period |
| --- | --- |
|  | October 1-31, 2019 |

## Customer Service Information

Call Toll Free:  **(888) 403-9000**

Visit the Schwab Website:  **www.schwab.com**

**Send Written Inquiries to:**
Charles Schwab Bank
P.O. Box 982605
El Paso, TX 79998-2605

**Send Deposits to:**
Charles Schwab Bank
P.O. Box 982605
El Paso, TX 79998-2605

## Schwab Bank News

**Schwab Mobile App**
Stay connected to your finances with the Schwab Mobile app, available at schwab.com/mobile.
Use the app to:

- Deposit checks to your Schwab Bank accounts by simply taking a picture with your iPhone®, iPad®, or Android TMpowered device.
- Transfer money between your Schwab and Schwab Bank accounts.
- View your Schwab Bank account balances and transaction history.
- Pay bills using Schwab Bank Bill Pay TM!
- Submit travel notices to help prevent issues with your Schwab Bank Visa® Platinum debit card.

(see page 2 for further details)

**Thank you for choosing Schwab Bank.**
Your business is important to us, and we look forward to serving your banking needs. If you have any questions or need assistance, please call a Schwab Bank Customer Service Representative at 1-888-403-9000. We're available 7:00 a.m. to 11:00 p.m. ET, Monday through Friday, and 9:00 a.m. to 10:30 p.m. ET on weekends. (0912-6109)

**Page 1 of 4**

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.

**charles SCHWAB BANK**

Account Number

Statement Period
**October 1-31, 2019**

## Schwab Bank News (continued)

The Schwab Mobile Deposit™ service is subject to certain eligibility requirements, limitations, and other conditions. Enrollment is not guaranteed, and standard hold policies apply. Requires a wireless signal or mobile connection. Access to Electronic Services may be limited or unavailable during periods of peak demand, market volatility, systems upgrade, maintenance, or for other reasons. Functionality may vary by operating system and/or device. Mobile carrier data charges may apply.

Page 2 of 4

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



| | Account Number | Statement Period<br>**October 1-31, 2019** |
|---|---|---|

**charles<br>SCHWAB<br>BANK**

## High Yield Investor Checking®

**Account Number:** ▮▮▮▮▮▮▮

| | This Period | Year to Date |
|---|---|---|
| **Nonsufficient Funds Fees** | | |

## Activity

| Date<br>Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.

**charles SCHWAB BANK**

Account Number ▮▮▮▮▮

Statement Period
**October 1-31, 2019**

### High Yield Investor Checking *(continued)*

**Account Number:** ▮▮▮▮▮

#### Checks Paid

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|--------|-----------|--------|--------|-----------|--------|
| | | | | | |

#### Interest Earned

#### IMPORTANT DEPOSIT ACCOUNT INFORMATION

**Electronic Transfers:** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the telephone number on the first page of this statement to find out whether or not the deposit has been made.

**In Case of Errors or Questions About Your Electronic Fund Transfers:** Telephone us or write us at the phone number or the address shown on the first page of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If you are a debtor in bankruptcy or you discharged your personal liability for your loan in bankruptcy, we are providing this statement to you for informational and compliance purposes only and this statement is not an attempt to collect a debt against you. If you have filed a Chapter 13 bankruptcy and your bankruptcy plan requires you to send your regular monthly loan payments to the Trustee, you should pay the Trustee instead of us and contact your attorney or Trustee if you have questions. If you want to stop receiving or having access to your statements, write to us.

**Page 4 of 4**

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



| Schwab One® Account of | Account Number | Statement Period |
|---|---|---|
| | | October 1-31, 2019 |

**Protect your privacy and the environment. Switch to eStatements at www.schwab.com/lesspaper.  Visit www.schwab.com/premiumstatement to explore the features and benefits of this statement.**





## Customer Service and Account Information

**Customer Service and Trading:**
Call your Schwab Representative
1 (800) 435-9050

**Bank Inquiries:**
1 (800) 435-9050

**Schwab by Phone** ™

**Automated Services:**
1 (800) 435-8804

**TeleBroker®:**
1 (800) 272-4922

**Visit Our Web Site:**
schwab.com

**Cost Basis Updates:**
To provide updates for incomplete cost basis information, please visit schwab.com/gainloss

Page 1 of 11

10/31-67074-TTIR2601-104238 *



Schwab One® Account  of

Account Number

**Statement Period**
**October 1-31, 2019**

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
All references to "Schwab" in this document refer to the broker-dealer Charles Schwab & Co., Inc. Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings you should verify its content with this statement. Securities, products, and services are not available in all countries and are subject to country specific restrictions.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep Feature and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Bank Sweep and Bank Sweep for Benefit Plans features as a Schwab Cash feature for your brokerage account. Deposit accounts constitute direct obligations of banks affiliated with Schwab and are not obligations of Schwab. Deposit accounts are insured by the FDIC within applicable limits. The balance in the bank deposit accounts can be withdrawn on your order and the proceeds returned to your securities account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the and Bank Sweep for Benefit Plans- features, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Estimated Annual Income:** Derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon for making investment decisions.
**Fees and Charges:** It is your responsibility, and not Schwab's, to verify the accuracy of all fees. Margin interest charged to your Account during the statement period is included in this section of the statement.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep

and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Latest Price/Price (Investment Detail Section Only):** The most recent price evaluation available on the last business day of the statement period, normally the last trade price or bid. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships (LP) and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your periodic statement for this security is unpriced. FINRA rules require that certain LP and REIT securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price; if applicable, that accurate valuation information may not be available.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party and Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Option Customers:** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for the option contracts are allocated among customer short positions by an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment 4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550, Investment Income and Expenses, for additional information on Options.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If, on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than 1/2 of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products

and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information is not a solicitation or a recommendation to buy or sell. It may, however, be helpful for investment and tax planning strategies. Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.
**IN CASE OF ERRORS OR DISCREPANCIES:** If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.
**COMPLAINT CONTACT INFORMATION:** Complaints about Schwab statements, products or services may be directed to 1-800-435-4000. For clients residing outside of the U.S., call collect +1-415-667-8400. Please send any written complaints to the Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA.
**Address Changes:** It is your obligation to keep Schwab informed of any changes in your address, telephone number or other contact information. If you fail to notify Schwab of those changes, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. For assistance, you may contact Schwab at 1-800-435-4000. Clients residing outside of the U.S. may call Schwab collect at +1-415-667-8400.
**Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. Schwab or an affiliate acts as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Sweep Funds and as Transaction Services Agent for the Government Money Fund. Schwab or an affiliate is compensated by the Sweep Funds for acting in each of these capacities other than as Distributor. The amount of such compensation is disclosed in the prospectus. Additional information will be provided upon written request. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request.
Any third party trademarks appearing herein are the property of their respective owners. Schwab and its affiliated banks are subsidiaries of The Charles Schwab Corporation.
(1017-7MAX)

SIPC has taken the position that it will not cover the balances held in your deposit accounts maintained under programs like our Bank Sweep feature. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
© 2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0616-1157)



| Change in Account Value | This Period | Year to Date | Account Value |
|---|---|---|---|

**charles SCHWAB**

Schwab One® Account of

| | Account Number | Statement Period |
|---|---|---|
| | | October 1-31, 2019 |

**Gain or (Loss) Summary**

| | Realized Gain or (Loss) This Period | | Unrealized Gain or (Loss) |
|---|---|---|---|
| | Short Term | Long Term | |

**Income Summary**

| | This Period | | Year to Date | |
|---|---|---|---|---|
| | Federally Tax-Exempt | Federally Taxable | Federally Tax-Exempt | Federally Taxable |

**Margin Loan Information**

| | Margin Loan Balance | Funds Available to Withdraw* | Securities Buying Power* | Margin Loan Rates Vary by Balance |
|---|---|---|---|---|

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**charles SCHWAB**

Schwab One® Account of

Account Number

Statement Period
**October 1-31, 2019**

## Cash Transactions Summary

This Period

Year to Date

## Investment Detail - Bank Sweep

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 5 of 11**



| | Schwab One® Account  of | | Account Number | Statement Period |
|---|---|---|---|---|
| | ████████████ | | ████████ | **October 1-31, 2019** |

## Realized Gain or (Loss)

| Short Term | | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|
| BED BATH & BEYOND: BBBY | | 6,000.0000 | multiple | 10/03/19 | 58,168.85 | 63,102.60 | (4,933.75) |
| CALL BED BATH & BEYOND  $10 10/18/19: BBBY 10/18/2019 10.00 C | EXP | 60.0000 S | 10/04/19 | 10/04/19 | 7,402.69 | 2,439.93 | 4,962.76 |

████████████████████████████████████████

*Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.*
*Option Customers:  Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.*

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 10/02/19 | 09/30/19 | Bought | BED BATH & BEYOND: BBBY | 1,200.0000 | 10.7400 | (12,888.00) |
| 10/03/19 | 10/01/19 | Bought | BED BATH & BEYOND: BBBY | 1,200.0000 | 10.7500 | (12,912.75) |
| 10/03/19 | 10/01/19 | Bought | BED BATH & BEYOND: BBBY | 1,200.0000 | 10.5800 | (12,725.95) |
| 10/03/19 | 10/01/19 | Bought | BED BATH & BEYOND: BBBY | 1,200.0000 | 10.4600 | (12,581.95) |
| 10/04/19 | 10/02/19 | Bought | BED BATH & BEYOND: BBBY | 1,200.0000 | 9.9700 | (11,993.95) |
| 10/07/19 | 10/03/19 | Sold | BED BATH & BEYOND: BBBY | (6,000.0000) | 9.7000 | 58,168.85 |

████████████████████████████████████████

*Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.*



| | Schwab One® Account of | | Account Number | Statement Period |
| --- | --- | --- | --- | --- |
| | | | | October 1-31, 2019 |

## Transaction Detail - Purchases & Sales (continued)

**Equities Activity** (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |
| **Total Equities Activity** | | | | | | **(5,990.14)** |

**Options Activity**

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 10/01/19 | 09/30/19 | Short Sale | CALL BED BATH & BEYOND $10    EXP 10/18/19: BBBY 10/18/2019 10.00 C | (12.0000) | 1.4300 | 1,715.77 |
| 10/02/19 | 10/01/19 | Short Sale | CALL BED BATH & BEYOND $10    EXP 10/18/19: BBBY 10/18/2019 10.00 C | (6.0000) | 1.4000 | 833.52 |
| 10/02/19 | 10/01/19 | Short Sale | CALL BED BATH & BEYOND $10    EXP 10/18/19: BBBY 10/18/2019 10.00 C | (6.0000) | 1.4000 | 833.51 |
| 10/02/19 | 10/01/19 | Short Sale | CALL BED BATH & BEYOND $10    EXP 10/18/19: BBBY 10/18/2019 10.00 C | (12.0000) | 1.2900 | 1,539.98 |
| 10/02/19 | 10/01/19 | Short Sale | CALL BED BATH & BEYOND $10    EXP 10/18/19: BBBY 10/18/2019 10.00 C | (12.0000) | 1.2200 | 1,455.98 |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



Schwab One® Account  of

Account Number

Statement Period
**October 1-31, 2019**

## Transaction Detail - Purchases & Sales (continued)

**Options Activity** (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 10/03/19 | 10/02/19 | Short Sale | CALL BED BATH & BEYOND $10  EXP 10/18/19: BBBY 10/18/2019 10.00 C | (4.0000) | 0.8600 | 341.31 |
| 10/03/19 | 10/02/19 | Short Sale | CALL BED BATH & BEYOND $10  EXP 10/18/19: BBBY 10/18/2019 10.00 C | (4.0000) | 0.8600 | 341.31 |
| 10/03/19 | 10/02/19 | Short Sale | CALL BED BATH & BEYOND $10  EXP 10/18/19: BBBY 10/18/2019 10.00 C | (4.0000) | 0.8600 | 341.31 |
| 10/04/19 | 10/03/19 | Cover Short | CALL BED BATH & BEYOND $10  EXP 10/18/19: BBBY 10/18/2019 10.00 C | 60.0000 | 0.4000 | (2,439.93) |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**charles SCHWAB**

Schwab One® Account of

Account Number

Statement Period
**October 1-31, 2019**

## Transaction Detail - Purchases & Sales (continued)

**Options Activity** (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|

## Transaction Detail - Deposits & Withdrawals

| Transaction Date | Process Date | Activity | Description | Location | Credit/(Debit) |
|---|---|---|---|---|---|

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 9 of 11

*charles* SCHWAB

Schwab One® Account  of

Account Number

Statement Period
**October 1-31, 2019**

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|

## Transaction Detail - Fees & Charges

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance X,Z |
|---|---|---|---|---|---|

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 10 of 11

*charles*
SCHWAB

Schwab One® Account of [REDACTED]

| Account Number | Statement Period |
|---|---|
| [REDACTED] | **October 1-31, 2019** |

## Bank Sweep Activity (continued)

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance<sup>X,Z</sup> |
|---|---|---|---|---|---|

[content redacted]

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| S | Short sale. Possible tax modifications of the holding period may be required for covered short positions. The market value of these securities will be expressed as a debit and be netted against any long positions in Total Account Value. |
| X | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| Z | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/compensation.

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



| Account Number | Statement Period |
| --- | --- |
| ▮▮▮▮▮ | **November 1-29, 2019** |

## Customer Service Information

Call Toll Free:  **(888) 403-9000**

Visit the Schwab Website:  **www.schwab.com**

| **Send Written Inquiries to:** | **Send Deposits to:** |
| --- | --- |
| Charles Schwab Bank | Charles Schwab Bank |
| P.O. Box 982605 | P.O. Box 982605 |
| El Paso, TX 79998-2605 | El Paso, TX 79998-2605 |

## Schwab Bank News

**If you are going on vacation, take your Schwab Bank Visa ® Platinum debit card along to save time and money.**
When you need cash, there's no need to spend valuable vacation time hunting for a specific ATM. Use any ATM worldwide, and Schwab Bank will reimburse you for cash withdrawal fees charged by ATM operators. What's more, if you're traveling abroad, Schwab Bank won't charge you any foreign exchange transaction fees for purchases made with your debit card. (see page 2 for further details)

**Submit your travel plans online.**
If you are traveling over the holidays, you can submit your request online. To get started, click on the "Travel Notices" link at schwab.com/TravelNotice. (0714-3603)

**Page 1 of 4**

© 2019 Charles Schwab Bank, All rights reserved. Member FDIC.



Account Number

Statement Period
**November 1-29, 2019**

## Schwab Bank News *(continued)*

**Travel Disclosures**

Unlimited ATM fee rebates apply to cash withdrawals using the Schwab Bank Visa®
Platinum Debit Card wherever it is accepted. ATM fee rebates do not apply to any
fees other than fees assessed for using an ATM to withdraw cash from your Schwab
Bank account. Schwab Bank makes its best effort to identify those ATM fees eligible
for rebate, based on information it receives from Visa and ATM operators. In the event
that you have not received a rebate for a fee that you believe is eligible, please call a
Schwab Bank Client Service Specialist for assistance at 1-888-403-9000 (or for clients
of independent investment advisors, a Schwab Alliance Service team Member at
1-800-515-2157). Schwab Bank reserves the right to modify or discontinue the ATM
fee rebate at any time.

If you use your Card to withdraw foreign currency from an ATM, or to pay for a
purchase with foreign currency, Schwab Bank charges your account for the U.S. dollar
equivalent of the transaction. Depending on the specific arrangements that are in
place, the exchange rate and calculation of the U.S. dollar equivalent will be done by
the bank at which you conduct the transaction, the network to which the ATM belongs,
or Visa. The bank or network may also charge a fee. Schwab Bank does not assess
foreign transaction fees (i.e., a fee to convert US Dollars to local currency) to debit
cardholders. See the Schwab Bank Visa Debit Card Agreement or
https://client.schwab.com/secure/file?cmsid=P-711647&cv14  for details.

Charles Schwab & Co., Inc. and Charles Schwab Bank are separate but affiliated
companies and subsidiaries of The Charles Schwab Corporation. Brokerage products,
including the Schwab One brokerage account, are offered by Charles Schwab & Co.,
Inc., Member SIPC. Deposit and lending products, including the High Yield Investor
Checking account, are offered by Charles Schwab Bank, Member FDIC and an Equal
Housing Lender.

**Brokerage Products: Not FDIC-Insured · No Bank Guarantee · May Lose
Value**
(0613-0577)

**Page 2 of 4**

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.

**charles SCHWAB BANK**

## High Yield Investor Checking®

Account Number: ███████████

| Summary | Amount |
|---|---|
| ███████████████████████████████████ | |

| Nonsufficient Funds Fees | This Period | Year to Date |
|---|---|---|
| ███████████████████████ | | |

### Activity

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| ████████████████████████████ | | | | |

Page 3 of 4

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.

**charles SCHWAB BANK**

Account Number

**Statement Period**
**November 1-29, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** ▉▉▉▉▉▉

███████████████████████████████████████████

### Interest Earned

███████████████████████████████████████████

## IMPORTANT DEPOSIT ACCOUNT INFORMATION

**Electronic Transfers:** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the telephone number on the first page of this statement to find out whether or not the deposit has been made.

**In Case of Errors or Questions About Your Electronic Fund Transfers:** Telephone us or write us at the phone number or the address shown on the first page of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If you are a debtor in bankruptcy or you discharged your personal liability for your loan in bankruptcy, we are providing this statement to you for informational and compliance purposes only and this statement is not an attempt to collect a debt against you. If you have filed a Chapter 13 bankruptcy and your bankruptcy plan requires you to send your regular monthly loan payments to the Trustee, you should pay the Trustee instead of us and contact your attorney or Trustee if you have questions. If you want to stop receiving or having access to your statements, write to us.

**Page 4 of 4**

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**charles SCHWAB**

Schwab One® Account of

**Account Number**

**Statement Period**
**November 1-30, 2019**

**Protect your privacy and the environment. Switch to eStatements at www.schwab.com/lesspaper. Visit www.schwab.com/premiumstatement to explore the features and benefits of this statement.**



### Customer Service and Account Information

**Customer Service and Trading:**
Call your Schwab Representative
1 (800) 435-9050

**Bank Inquiries:**
1 (800) 435-9050

**Schwab by Phone**™

**Automated Services:**
1 (800) 435-8804

**TeleBroker®:**
1 (800) 272-4922

**Visit Our Web Site:**
schwab.com

**Cost Basis Updates:**
To provide updates for incomplete cost basis information, please visit schwab.com/gainloss

11/29-67074-TTIO2609-125533 *



Schwab One® Account of

**Account Number**

**Statement Period**
**November 1-30, 2019**

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
All references to "Schwab" in this document refer to the broker-dealer Charles Schwab & Co., Inc. Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings you should verify its content with this statement. Securities, products, and services are not available in all countries and are subject to country specific restrictions.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep Feature and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Bank Sweep and Bank Sweep for Benefit Plans features as a Schwab Cash feature for your brokerage account. Deposit accounts constitute direct obligations of banks affiliated with Schwab and are not obligations of Schwab. Deposit accounts are insured by the FDIC within applicable limits. The balance in the bank deposit accounts can be withdrawn on your order and the proceeds returned to your securities account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the and Bank Sweep for Benefit Plans- features, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Estimated Annual Income:** Derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon for making investment decisions.
**Fees and Charges:** It is your responsibility, and not Schwab's, to verify the accuracy of all fees. Margin interest charged to your Account during the statement period is included in this section of the statement.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Latest Price/Price (Investment Detail Section Only):** The most recent price evaluation available on the last business day of the statement period, normally the last trade price or bid. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships (LP) and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your periodic statement for this security is unpriced. FINRA rules require that certain LP and REIT securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, if applicable, that accurate valuation information may not be available.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party and Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Option Customers:** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for the option contracts are allocated among customer short positions by an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment 4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550, Investment Income and Expenses, for additional information on Options.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If, on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than 1/2 of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information is not a solicitation or a recommendation to buy or sell. It may, however, be helpful for investment and tax planning strategies. Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.
**IN CASE OF ERRORS OR DISCREPANCIES:** If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.
**COMPLAINT CONTACT INFORMATION:** Complaints about Schwab statements, products or services may be directed to 1-800-435-4000. For clients residing outside of the U.S., call collect +1-415-667-8400. Please send any written complaints to the Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA.
**Address Changes:** It is your obligation to keep Schwab informed of any changes in your address, telephone number or other contact information. If you fail to notify Schwab of those changes, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. For assistance, you may contact Schwab at 1-800-435-4000. Clients residing outside of the U.S. may call Schwab collect at +1-415-667-8400.
**Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. Schwab or an affiliate acts as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Sweep Funds and as Transaction Services Agent for the Government Money Fund. Schwab or an affiliate is compensated by the Sweep Funds for acting in each of these capacities other than as Distributor. The amount of such compensation is disclosed in the prospectus. Additional information will be provided upon written request. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request.
Any third party trademarks appearing herein are the property of their respective owners. Schwab and its affiliated banks are subsidiaries of The Charles Schwab Corporation.
(1017-7MAX)

SIPC has taken the position that it will not cover the balances held in your deposit accounts maintained under programs like our Bank Sweep feature. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
© 2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0616-1157)

**charles SCHWAB**

Schwab One® Account  of

**Account Number**

**Statement Period**
**November 1-30, 2019**

**Account Value as of 11/30/2019** ████████

**Change in Account Value**  This Period  Year to Date  Account Value

**Asset Composition**  Market Value  % of Account Assets



**charles SCHWAB**

Schwab One® Account of

Account Number

Statement Period
**November 1-30, 2019**

**Gain or (Loss) Summary**

| | Realized Gain or (Loss) This Period | | Unrealized Gain or (Loss) |
| --- | --- | --- | --- |
| | Short Term | Long Term | |

**Income Summary**

| | This Period | | Year to Date | |
| --- | --- | --- | --- | --- |
| | Federally Tax-Exempt | Federally Taxable | Federally Tax-Exempt | Federally Taxable |

**Margin Loan Information**

| | Margin Loan Balance | Funds Available to Withdraw* | Securities Buying Power* | Margin Loan Rates Vary by Balance |
| --- | --- | --- | --- | --- |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**charles SCHWAB**

Schwab One® Account of

Account Number

Statement Period
**November 1-30, 2019**

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**charles SCHWAB**

Schwab One® Account  of

Account Number

Statement Period
**November 1-30, 2019**

## Realized Gain or (Loss)

| Short Term | | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**charles SCHWAB**

Schwab One® Account  of

Account Number

**Statement Period
November 1-30, 2019**

**Transaction Detail - Purchases & Sales** (continued)

**Options Activity**

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|

**Transaction Detail - Deposits & Withdrawals**

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 7 of 9

**charles SCHWAB**

Schwab One® Account of

Account Number

Statement Period
**November 1-30, 2019**

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Process Date | Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ |

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance X,Z |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ |

## Endnotes For Your Account

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 8 of 9

charles
SCHWAB

Schwab One® Account of

Account Number    Statement Period
November 1-30, 2019

**Endnotes For Your Account** (continued)

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 9 of 9



**charles SCHWAB BANK**

**Account Number**

**Statement Period**
**November 30, 2019 to**
**December 31, 2019**

## Customer Service Information

Call Toll Free:  **(888) 403-9000**
Visit the Schwab Website:  **www.schwab.com**

**Send Written Inquiries to:**
Charles Schwab Bank
P.O. Box 982605
El Paso, TX 79998-2605

**Send Deposits to:**
Charles Schwab Bank
P.O. Box 982605
El Paso, TX 79998-2605

## Schwab Bank News



Page 1 of 4

© 2020 Charles Schwab Bank. All rights reserved. Member FDIC.



## Schwab Bank News (continued)

**Bank Statement Message for the Deposit Account Agreement (REG30610)**

**Page 9, section 1.2, Overdraft Protection**

The following changes were made to this section to clarify the scope of overdraft protection for ACH transfers. Overdraft protection will not be provided for ACH transfers initiated under the Schwab Bank Electronic Funds Transfer Service, but will be provided for ACH transfers initiated under a service other than the Schwab Bank Electronic Funds Transfer Service.

The following language in the fourth paragraph of page 9,

"Please note that you must have sufficient available funds in your High Yield Investor Checking account to cover ACH debits, as funds will not be transferred from your Overdraft Sources to cover ACH overdrafts."

Was replaced with:

"Please note that overdraft protection will not be provided for ACH transfers initiated under the Schwab Bank Electronic Funds Transfer Service. You must have sufficient Available Funds in your High Yield Investor Checking account to cover such ACH transfers, as funds will not be transferred from your Overdraft Sources to cover overdrafts from such ACH transfers. Overdraft protection is provided for ACH transfers initiated under a service other than the Schwab Bank Electronic Funds Transfer Service, including the Schwab MoneyLink® Service offered by Schwab Brokerage, the Schwab Bank Bill Pay Service, and services offered by parties other than Schwab Bank."

**Page 17, section 7.3, Real-Time Funds Transfers and Provisional Credit**

The following changes were made to this section to clarify the rights of Schwab Bank and Schwab Brokerage with respect to provisional credit granted in connection with Real-Time Funds Transfers, including the right to debit either your Schwab One® brokerage account or Schwab Bank account the full amount of any provisional credit granted in the event that either Schwab Bank or Schwab Brokerage does not receive final settlement for Real-Time Funds Transfers.

The first paragraph of this section was changed by adding a reference to "Schwab Brokerage" in the first and second sentence:

"If you initiate a Real-Time Funds Transfer between your Schwab One® brokerage account and your Schwab Bank checking or savings account, we or Schwab Brokerage will grant you provisional credit, and you will have access to funds transferred to the account designated by you on the day you specify the transfer should occur. We or Schwab Brokerage may, in our sole discretion, refuse to provide the provisional credit, regardless of previous provisional credit(s) for Real-Time Funds Transfers provided to you in the past.

The second paragraph of this section was changed by adding the clause "and authorize us to debit your Schwab One® brokerage account or Schwab Bank account if" in the first sentence::

"You agree to immediately repay us the full amount of any overdraft or provisional credit, plus any Nonsufficient Funds Fee(s), and authorize us to debit your Schwab One® brokerage account or Schwab Bank account if:

- for any reason the overdraft protection from your Schwab One® account fails (such as during a system or hardware failure or while transferring money between your High Yield Investor Checking and your Schwab One® accounts);
- the Bank does not receive final settlement for Real-Time Funds Transfers; and
- the Bank provides provisional credit to pay for any outstanding items (including, but not limited to, checks or debit transactions)."

The following language was added at the end of this section of section 7.3 as a new paragraph:

"You agree to immediately repay us, for the benefit of Schwab Brokerage, the full amount of any provisional credit granted by Schwab Brokerage, plus any Nonsufficient Funds Fee(s), and authorize us to debit your Schwab Bank account for such amount, for the benefit of Schwab Brokerage if:

- Schwab Brokerage does not receive final settlement for Real-Time Funds Transfers; and
- Schwab Brokerage provides provisional credit to pay for any outstanding items (including, but not limited to, checks or debit transactions)..

**(0120-93US)**

© 2020 Charles Schwab Bank. All rights reserved. Member FDIC.

charles
SCHWAB
BANK

Account Number

Statement Period
**November 30, 2019 to
December 31, 2019**

**High Yield Investor Checking®**

**Account Number:**

Nonsufficient Funds Fees

This Period

Year to Date

**Activity**

**Interest Earned**

Page 3 of 4

© 2020 Charles Schwab Bank. All rights reserved. Member FDIC.



**High Yield Investor Checking** *(continued)*                                    **Account Number:** ▆▆▆▆▆▆

## IMPORTANT DEPOSIT ACCOUNT INFORMATION

**Electronic Transfers:** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the telephone number on the first page of this statement to find out whether or not the deposit has been made.

**In Case of Errors or Questions About Your Electronic Fund Transfers:** Telephone us or write us at the phone number or the address shown on the first page of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If you are a debtor in bankruptcy or you discharged your personal liability for your loan in bankruptcy, we are providing this statement to you for informational and compliance purposes only and this statement is not an attempt to collect a debt against you. If you have filed a Chapter 13 bankruptcy and your bankruptcy plan requires you to send your regular monthly loan payments to the Trustee, you should pay the Trustee instead of us and contact your attorney or Trustee if you have questions. If you want to stop receiving or having access to your statements, write to us.

© 2020 Charles Schwab Bank. All rights reserved. Member FDIC.



*charles* SCHWAB

Schwab One® Account of ▮▮▮▮▮

Account Number ▮▮▮▮▮

Statement Period
**December 1-31, 2019**

**Protect your privacy and the environment. Switch to eStatements at www.schwab.com/lesspaper. Visit www.schwab.com/premiumstatement to explore the features and benefits of this statement.**



## Customer Service and Account Information

**Customer Service and Trading:**
Call your Schwab Representative
1 (800) 435-9050

**Bank Inquiries:**
1 (800) 435-9050

**Schwab by Phone**™

**Automated Services:**
1 (800) 435-8804

**TeleBroker®:**
1 (800) 272-4922

**Visit Our Web Site:**
schwab.com

**Cost Basis Updates:**
To provide updates for incomplete cost basis information, please visit schwab.com/gainloss

Page 1 of 8

12/31-67074-TTIQ2612-111250 *1-5



## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
All references to "Schwab" in this document refer to the broker-dealer Charles Schwab & Co., Inc. Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings you should verify its content with this statement. Securities, products, and services are not available in all countries and are subject to country specific restrictions.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep Feature and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Bank Sweep and Bank Sweep for Benefit Plans features as a Schwab Cash feature for your brokerage account. Deposit accounts constitute direct obligations of banks affiliated with Schwab and are not obligations of Schwab. Deposit accounts are insured by the FDIC within applicable limits. The balance in the bank deposit accounts can be withdrawn on your order and the proceeds returned to your securities account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the and Bank Sweep for Benefit Plans- features, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Estimated Annual Income:** Derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon for making investment decisions.
**Fees and Charges:** It is your responsibility, and not Schwab's, to verify the accuracy of all fees. Margin interest charged to your Account during the statement period is included in this section of the statement.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep

and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Latest Price/Price (Investment Detail Section Only):** The most recent price evaluation available on the last business day of the statement period, normally the last trade price or bid. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships (LP) and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your periodic statement for this security is unpriced. FINRA rules require that certain LP and REIT securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, if applicable, that accurate valuation information may not be available.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party and Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Option Customers:** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for the option contracts are allocated among customer short positions by an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment 4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550, Investment Income and Expenses, for additional information on Options.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If, on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than 1/2 of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products

and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information is not a solicitation or a recommendation to buy or sell. It may, however, be helpful for investment and tax planning strategies. Schwab does not provide tax advice and encourages you to consult with your tax professional. **Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.)** Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). **If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**COMPLAINT CONTACT INFORMATION:** Complaints about Schwab statements, products or services may be directed to 1-800-435-4000. For clients residing outside of the U.S., call collect +1-415-667-8400. Please send any written complaints to the Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA.
**Address Changes:** It is your obligation to keep Schwab informed of any changes in your address, telephone number or other contact information. If you fail to notify Schwab of those changes, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. For assistance, you may contact Schwab at 1-800-435-4000. Clients residing outside of the U.S. may call Schwab collect at +1-415-667-8400.
**Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. Schwab or an affiliate acts as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Sweep Funds and as Transaction Services Agent for the Government Money Fund. Schwab or an affiliate is compensated by the Sweep Funds for acting in each of these capacities other than as Distributor. The amount of such compensation is disclosed in the prospectus. Additional information will be provided upon written request. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request.
Any third party trademarks appearing herein are the property of their respective owners. Schwab and its affiliated banks are subsidiaries of The Charles Schwab Corporation.
(1017-7MAX)

SIPC has taken the position that it will not cover the balances held in your deposit accounts maintained under programs like our Bank Sweep feature. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
© 2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0616-1157)

**charles SCHWAB**

Schwab One® Account of

Account Number

Statement Period
**December 1-31, 2019**

**Account Value as of 12/31/2019**

**Change in Account Value**          This Period          Year to Date          Account Value

**Asset Composition**          Market Value          % of Account Assets



Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**charles SCHWAB**

Schwab One® Account of  [redacted]

Account Number  [redacted]

Statement Period
**December 1-31, 2019**

## Cash Transactions Summary

This Period          Year to Date

[redacted]

## Investment Detail - Bank Sweep

[redacted]

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**charles SCHWAB**

Schwab One® Account of

Account Number

Statement Period
**December 1-31, 2019**

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance X,Z |
|---|---|---|---|---|---|

## Trades Pending Settlement

| Transaction | Quantity | Trade Date | Settle Date | Unit Price | Purchase/Debit | Sale/Credit |
|---|---|---|---|---|---|---|

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Schwab One® Account  of**

**Account Number**

**Statement Period**
**December 1-31, 2019**

## Trades Pending Settlement (continued)



| Transaction | Quantity | Trade Date | Settle Date | Unit Price | Purchase/Debit | Sale/Credit |
|---|---|---|---|---|---|---|

## Endnotes For Your Account

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**charles SCHWAB**

Schwab One® Account of

Account Number

Statement Period
**December 1-31, 2019**

**Endnotes For Your Account** (continued)

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**charles SCHWAB BANK**

**Account Number** ███████

**Statement Period**
**January 1-31, 2020**

## Customer Service Information

Call Toll Free: **(888) 403-9000**

Visit the Schwab Website: **www.schwab.com**

**Send Written Inquiries to:**
Charles Schwab Bank
P.O. Box 982605
El Paso, TX 79998-2605

**Send Deposits to:**
Charles Schwab Bank
P.O. Box 982605
El Paso, TX 79998-2605



## Schwab Bank News

**Your Bank 1099 is available online.**

To view your 1099-INT tax statements, log in to Schwab.com and select "Statements".

A 1099-INT statement will be generated for accounts with more than $10 in earned interest.
(1099-0039)

**Thank you for choosing Schwab Bank.**
Your business is important to us, and we look forward to serving your banking needs. If you have any questions or need assistance, please call a Schwab Bank Customer Service Representative at 1-888-403-9000. We're available 7:00 a.m. to 11:00 p.m. ET, Monday through Friday, and 9:00 a.m. to 10:30 p.m. ET on weekends. (0912-6109)

**Page 1 of 4**

© 2020 Charles Schwab Bank. All rights reserved. Member FDIC.

**charles SCHWAB BANK**

Account Number

Statement Period
**January 1-31, 2020**

**High Yield Investor Checking®**                                                    **Account Number:**

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|

© 2020 Charles Schwab Bank. All rights reserved. Member FDIC.



| | Account Number | Statement Period |
|---|---|---|
| | ███████ | **January 1-31, 2020** |

## High Yield Investor Checking *(continued)* 

**Account Number:** ███████

**Checks Paid**

[redacted]

**Interest Earned**

[redacted]

### IMPORTANT DEPOSIT ACCOUNT INFORMATION

**Electronic Transfers:** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the telephone number on the first page of this statement to find out whether or not the deposit has been made.

**In Case of Errors or Questions About Your Electronic Fund Transfers:** Telephone us or write us at the phone number or the address shown on the first page of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If you are a debtor in bankruptcy or you discharged your personal liability for your loan in bankruptcy, we are providing this statement to you for informational and compliance purposes only and this statement is not an attempt to collect a debt against you. If you have filed a Chapter 13 bankruptcy and your bankruptcy plan requires you to send your regular monthly loan payments to the Trustee, you should pay the Trustee instead of us and contact your attorney or Trustee if you have questions. If you want to stop receiving or having access to your statements, write to us.

**Page 3 of 4**

© 2020 Charles Schwab Bank. All rights reserved. Member FDIC.



**charles SCHWAB**

Schwab One® Account of

Account Number

Statement Period
**January 1-31, 2020**

**Protect your privacy and the environment. Switch to eStatements at www.schwab.com/lesspaper.  Visit www.schwab.com/premiumstatement to explore the features and benefits of this statement.**



**Customer Service and Account Information**

**Customer Service and Trading:**
Call your Schwab Representative
1 (800) 435-9050

**Bank Inquiries:**
1 (800) 435-9050

**Schwab by Phone**™

**Automated Services:**
1 (800) 435-8804

**TeleBroker®:**
1 (800) 272-4922

**Visit Our Web Site:**
schwab.com

**Cost Basis Updates:**
To provide updates for incomplete cost basis information, please visit schwab.com/gainloss



Schwab One® Account of

Account Number

**Statement Period**
**January 1-31, 2020**

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
All references to "Schwab" in this document refer to the broker-dealer Charles Schwab & Co., Inc. Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings you should verify its content with this statement. Securities, products, and services are not available in all countries and are subject to country specific restrictions.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep Feature and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Bank Sweep and Bank Sweep for Benefit Plans features as a Schwab Cash feature for your brokerage account. Deposit accounts constitute direct obligations of banks affiliated with Schwab and are not obligations of Schwab. Deposit accounts are insured by the FDIC within applicable limits. The balance in the bank deposit accounts can be withdrawn on your order and the proceeds returned to your securities account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the and Bank Sweep for Benefit Plans- features, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Estimated Annual Income:** Derived from information provided by out-side parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon for making investment decisions.
**Fees and Charges:** It is your responsibility, and not Schwab's, to verify the accuracy of all fees. Margin interest charged to your Account during the statement period is included in this section of the statement.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep

and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Latest Price/Price (Investment Detail Section Only):** The most recent price evaluation available on the last business day of the statement period, normally the last trade price or bid. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships (LP) and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your periodic statement for this security is unpriced. FINRA rules require that certain LP and REIT securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price; if applicable, that accurate valuation information may not be available.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party and Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Option Customers:** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for the option contracts are allocated among customer short positions by an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment 4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550, Investment Income and Expenses, for additional information on Options.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If, on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than 1/2 of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products

and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information is not a solicitation or a recommendation to buy or sell. It may, however, be helpful for investment and tax planning strategies. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**COMPLAINT CONTACT INFORMATION:** Complaints about Schwab statements, products or services may be directed to 1-800-435-4000. For clients residing outside of the U.S., call collect +1-415-667-8400, Please send any written complaints to the Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA.
**Address Changes:** It is your obligation to keep Schwab informed of any changes in your address, telephone number or other contact information. If you fail to notify Schwab of those changes, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. For assistance, you may contact Schwab at 1-800-435-4000. Clients residing outside of the U.S. may call Schwab collect at +1-415-667-8400.
**Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. Schwab or an affiliate acts as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Sweep Funds and as Transaction Services Agent for the Government Money Fund. Schwab or an affiliate is compensated by the Sweep Funds for acting in each of these capacities other than as Distributor. The amount of such compensation is disclosed in the prospectus. Additional information will be provided upon written request. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request.
Any third party trademarks appearing herein are the property of their respective owners. Schwab and its affiliated banks are subsidiaries of The Charles Schwab Corporation.
(1017-7MAX)

SIPC has taken the position that it will not cover the balances held in your deposit accounts maintained under programs like our Bank Sweep feature. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
© 2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0616-1157)

Page 2 of 11

**charles SCHWAB**

Schwab One® Account of

Account Number

Statement Period
**January 1-31, 2020**

**Account Value as of 01/31/2020**

**Change in Account Value**     This Period     Year to Date     Account Value

**Asset Composition**     Market Value     % of Account Assets

**charles SCHWAB**

Schwab One® Account of

Account Number

Statement Period
**January 1-31, 2020**

## Gain or (Loss) Summary

| | Realized Gain or (Loss) This Period | | Unrealized Gain or (Loss) |
|---|---|---|---|
| | Short Term | Long Term | |

## Income Summary

| | This Period | | Year to Date | |
|---|---|---|---|---|
| | Federally Tax-Exempt | Federally Taxable | Federally Tax-Exempt | Federally Taxable |

## Margin Loan Information

| | Margin Loan Balance | Funds Available to Withdraw* | Securities Buying Power* | Margin Loan Rates Vary by Balance |
|---|---|---|---|---|

The opening margin loan balance for the statement period was $0.00.
For more information about the margin feature, please visit schwab.com/margin.
*Values include any cash plus the amount available using margin borrowing.

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



| Schwab One® Account of | Account Number | Statement Period |
|---|---|---|
| ▉▉▉▉▉▉ | ▉▉▉▉ | **January 1-31, 2020** |

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|


## Realized Gain or (Loss)

| Short Term | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Realized Gain or (Loss) |
|---|---|---|---|---|---|---|

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**charles SCHWAB**

Schwab One® Account of ██████████████

Account Number ████████

Statement Period
**January 1-31, 2020**

## Realized Gain or (Loss) (continued)

| Short Term (continued) | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Realized Gain or (Loss) |
|---|---|---|---|---|---|---|
| | | | | | | |

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 6 of 11



 Schwab One® Account of

 Account Number

Statement Period
**January 1-31, 2020**

## Transaction Detail - Purchases & Sales (continued)

**Equities Activity** (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|

**Options Activity**

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**charles SCHWAB**

Schwab One® Account of

Account Number

**Statement Period**
**January 1-31, 2020**

**Transaction Detail - Purchases & Sales** (continued)

**Options Activity** (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|



Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Schwab One® Account of

**charles SCHWAB**

Account Number

**Statement Period**
**January 1-31, 2020**

## Transaction Detail - Purchases & Sales (continued)

**Options Activity** (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|



Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

| | *charles* SCHWAB | Schwab One® Account of | Account Number | Statement Period January 1-31, 2020 |

## Transaction Detail - Purchases & Sales (continued)

**Options Activity** (continued)

## Transaction Detail - Deposits & Withdrawals

| Transaction Date | Process Date | Activity | Description | Location | Credit/(Debit) |
|---|---|---|---|---|---|

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



| Schwab One® Account of | | Account Number | Statement Period |
|---|---|---|---|
| | | | **January 1-31, 2020** |

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance $^{X,Z}$ |
|---|---|---|---|---|---|



## Endnotes For Your Account

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**charles SCHWAB**

Schwab One® Account  of

**Account Number**

**Statement Period**
**February 1-29, 2020**

Protect your privacy and the environment. Switch to eStatements at
www.schwab.com/lesspaper.  Visit www.schwab.com/premiumstatement to
explore the features and benefits of this statement.



**Customer Service and
Account Information**

**Customer Service and Trading:**
Call your Schwab Representative
1 (800) 435-9050

**Bank Inquiries:**
1 (800) 435-9050

**Schwab by Phone**™

**Automated Services:**
1 (800) 435-8804

**TeleBroker®:**
1 (800) 272-4922

**Visit Our Web Site:**
schwab.com

**Cost Basis Updates:**
To provide updates for incomplete
cost basis information, please visit
schwab.com/gainloss



Schwab One® Account  of                                      Account Number            Statement Period
                                                                                                        **February 1-29, 2020**

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
All references to "Schwab" in this document refer to the broker-dealer Charles Schwab & Co., Inc. Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings you should verify its content with this statement. Securities, products, and services are not available in all countries and are subject to country specific restrictions.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep Feature and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Bank Sweep and Bank Sweep for Benefit Plans features as a Schwab Cash feature for your brokerage account. Deposit accounts constitute direct obligations of banks affiliated with Schwab and are not obligations of Schwab. Deposit accounts are insured by the FDIC within applicable limits. The balance in the bank deposit accounts can be withdrawn on your order and the proceeds returned to your securities account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the and Bank Sweep for Benefit Plans- features, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Estimated Annual Income:** Derived from information provided by out-side parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon for making investment decisions.
**Fees and Charges:** It is your responsibility, and not Schwab's, to verify the accuracy of all fees. Margin interest charged to your Account during the statement period is included in this section of the statement.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep

and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Latest Price/Price (Investment Detail Section Only):** The most recent price evaluation available on the last business day of the statement period, normally the last trade price or bid. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships (LP) and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your periodic statement for this security is unpriced. FINRA rules require that certain LP and REIT securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price; if applicable, that accurate valuation information may not be available.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party and Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Option Customers:** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for the option contracts are allocated among customer short positions by an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment 4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550, Investment Income and Expenses, for additional information on Options.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7 day yield as of the statement period. Yields vary. If, on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than 1/2 of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products

and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information is not a solicitation or a recommendation to buy or sell. It may, however, be helpful for investment and tax planning strategies. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**COMPLAINT CONTACT INFORMATION:** Complaints about Schwab statements, products or services may be directed to 1-800-435-4000. For clients residing outside of the U.S., call collect +1-415-667-8400. Please send any written complaints to the Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA.
**Address Changes:** It is your obligation to keep Schwab informed of any changes in your address, telephone number or other contact information. If you fail to notify Schwab of those changes, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. For assistance, you may contact Schwab at 1-800-435-4000. Clients residing outside of the U.S. may call Schwab collect at +1-415-667-8400.
**Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. Schwab or an affiliate acts as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Sweep Funds and as Transaction Services Agent for the Government Money Fund. Schwab or an affiliate is compensated by the Sweep Funds for acting in each of these capacities other than as Distributor. The amount of such compensation is disclosed in the prospectus. Additional information will be provided upon written request. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request.
Any third party trademarks appearing herein are the property of their respective owners. Schwab and its affiliated banks are subsidiaries of The Charles Schwab Corporation.
(1017-7MAX)

SIPC has taken the position that it will not cover the balances held in your deposit accounts maintained under programs like our Bank Sweep feature. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
© 2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0616-1157)

**charles SCHWAB**

Schwab One® Account of

Account Number

Statement Period
**February 1-29, 2020**

**Account Value as of 02/29/2020:**

**Change in Account Value**   This Period   Year to Date  Account Value [in Thousands]

**Asset Composition**   Market Value   % of Account Assets



**Gain or (Loss) Summary**

| | Realized Gain or (Loss) This Period | | Unrealized Gain or (Loss) |
|---|---|---|---|
| | Short Term | Long Term | |

**Income Summary**

| | This Period | | Year to Date | |
|---|---|---|---|---|
| | Federally Tax-Exempt | Federally Taxable | Federally Tax-Exempt | Federally Taxable |

**Margin Loan Information**

| Margin Loan Balance | Funds Available to Withdraw* | Securities Buying Power* | Margin Loan Rates Vary by Balance |
|---|---|---|---|

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 4 of 14

**charles SCHWAB**

Schwab One® Account of

Account Number

Statement Period
**February 1-29, 2020**

## Cash Transactions Summary

This Period                Year to Date

## Investment Detail - Bank Sweep

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 5 of 14

![charles SCHWAB]

Schwab One® Account of ▮▮▮▮▮

**Account Number** ▮▮▮▮▮

**Statement Period**
**February 1-29, 2020**

## Realized Gain or (Loss)

| | Acquired/ | Sold/ | | Realized |
| --- | --- | --- | --- | --- |



Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 6 of 14



## Realized Gain or (Loss) (continued)

| Short Term (continued) | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Realized Gain or (Loss) |
|---|---|---|---|---|---|---|

Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.

Option Customers: Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.

## Transaction Detail - Purchases & Sales

### Equities Activity

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



## Transaction Detail - Purchases & Sales (continued)

**Equities Activity** (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



## Transaction Detail - Purchases & Sales (continued)

**Options Activity**

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

| charles SCHWAB | Schwab One® Account of | | Account Number | Statement Period February 1-29, 2020 |

## Transaction Detail - Purchases & Sales (continued)

**Options Activity** (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|



Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

charles
SCHWAB

Schwab One® Account  of

Account Number

Statement Period
**February 1-29, 2020**

## Transaction Detail - Purchases & Sales (continued)

**Options Activity** (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|



Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**charles SCHWAB**

Schwab One® Account of

Account Number

Statement Period
**February 1-29, 2020**

**Transaction Detail - Purchases & Sales** (continued)

**Options Activity** (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



 Schwab One® Account of

 **Account Number**

**Statement Period**
**February 1-29, 2020**

**Transaction Detail - Dividends & Interest** (including Money Market Fund dividends reinvested)

**Transaction Detail - Fees & Charges**

**Bank Sweep Activity**

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance X,Z |
|---|---|---|---|---|---|

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 13 of 14



**Bank Sweep Activity** (continued)

**Endnotes For Your Account**

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



Bed Bath and Beyond
Securities Litigation
c/o JND Legal Administration
P.O. Box 91135
Seattle WA. 98111