**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **STEPHEN AND JUNE VITIELLO,** Individually and on Behalf of All Others Similarly Situated, | **No. 2:20-cv-04240-MCA-MAH** |
| **Plaintiffs,** | |
| **v.** | |
| **BED BATH & BEYOND INC.,** *et al.*, | |
| **Defendants.** | |

**[PROPOSED] ORDER DISTRIBUTING NET SETTLEMENT FUND TO AUTHORIZED CLAIMANTS AND APPROVING CY PRES RECIPIENT**

1.      Lead Counsel's Motion For Distribution of Net Settlement Fund to Authorized Claimants and Approval of Cy Pres Recipient is GRANTED.

2.      The funds that are currently in the Net Settlement Fund[1] (less any necessary amounts to be withheld for payment of potential tax liabilities and related fees and expenses) shall be distributed on a pro rata basis to the Authorized Claimants, identified in Exhibits D and E of the Declaration of Luiggy Segura in Support of Lead Plaintiff's Motion for Class Distribution Order ("Segura Administration Declaration").

3.      Any person asserting any rejected claim, or claim filed after October 7, 2022, the date used to finalize the administration by Claims Administrator JND Legal Administration ("JND") are finally and forever barred from asserting such claims.

---

[1] All definitions are set forth in the Stipulation of Settlement.

00719580;V1

4.      The Court finds that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund (including, but not limited to Lead Counsel and JND, the Court-appointed Claims Administrator) are released and discharged from any and all claims arising out of such involvement, and all Class Members are barred from making any further claims against the Net Settlement Fund or the Released Parties beyond the amount allocated to them pursuant to this Order.

5.      The checks for distribution to Authorized Claimants shall bear the notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER ISSUE DATE." Lead Counsel and JND are authorized to locate and/or contact any Authorized Claimant who has not cashed his, her, or its check within said time.

6.      If any funds remain in the Net Settlement Fund by reason of uncashed checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be re-distributed if economically feasible, after payment of any unpaid costs or fees incurred in administering the Net Settlement Fund for such redistribution, to Settlement Class.

7.      Members who have cashed their checks and who would receive at least $10.00 will receive monies in any such re-distribution. If any funds shall remain in the Net Settlement Fund six months after such re-distribution, then such balance shall be contributed to the Investor Protection Trust.

00719580;V1                                                        2

7.     The Court authorizes JND's remaining fees and expenses paid in connection with administering this Settlement.

8.     JND is hereby ordered that one year after a second distribution, if that occurs, or, if there is no second distribution, two years after the initial distribution, JND may destroy the paper copies of the Claims and all supporting documentation, and one year after all funds have been distributed, JND may destroy electronic copies of the same.

9.  This Court retains jurisdiction over any further application or matter which may arise in connection with this action.

.

SO ORDERED this _____ day of _____, 202_

_____
Michael A. Hammer, U.S.M.J.

00719580;V1                                    3

125214791v4